| | |
|---|---|
| John P. Kristensen (SBN 224132) | Dena C. Sharp (SBN 245869) |
| **KRISTENSEN LAW GROUP** | dsharp@girardsharp.com |
| 120 Santa Barbara St., Suite C9 | Adam E. Polk (SBN 273000) |
| Santa Barbara, California 93101 | apolk@girardsharp.com |
| Telephone: (805) 837-2000 | Simon S. Grille (SBN 294914) |
| john@kristensen.law | sgrille@girardsharp.com |
| | **GIRARD SHARP LLP** |
| Devin J. Stone (SBN 260326) | 601 California Street, Suite 1400 |
| **EAGLE TEAM LLP** | San Francisco, CA 94108 |
| 1050 Connecticut Ave., NW | Telephone: (415) 981-4800 |
| Suite 5038 | Facsimile: (415) 981-4846 |
| Washington, DC 20036 | |
| Telephone: (833) 507-8326 | Gary M. Klinger (*pro hac vice* forthcoming) |
| devin@eagleteam.law | gklinger@milberg.com |
| | Alexandra M. Honeycutt (*pro hac vice* forthcoming) |
| Josh Sanford (SBN 2001037) (*pro hac vice* forthcoming) | ahoneycutt@milberg.com |
| Jarrett Ellzey (SBN 24040864) (*pro hac vice* forthcoming) | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| Leigh S. Montgomery (SBN 24052214) (*pro hac vice* forthcoming) | 227 W. Monroe Street, Suite 2100 |
| **KSM, LLP** | Chicago, IL 60606 |
| 1105 Milford Street | Telephone: (866) 252-0878 |
| Houston, Texas 77066 | |
| Telephone: (713) 554-2377 | John J. Nelson (SBN 317598) |
| jsanford@eksm.com | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| jellzey@eksm.com | 402 W Broadway, Suite 1760 |
| lmontgomery@eksm.com | San Diego, CA 92101 |
| | Telephone: (858) 209-6941 |
| *Attorneys for Plaintiffs* | jnelson@milberg.com |
| [*Additional Counsel on Signature Page*] | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>Plaintiffs,<br><br>v. | Case No.: 5:24-cv-09470-BLF<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
Case No.: 5:24-cv-09470-BLF

| | | |
|---|---|---|
| 1 | PAYPAL, INC., | |
| 2 | Defendant. | |
| 3 | ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated, | Case No.: 5:24-cv-09510-SVK |
| 4 | | |
| 5 | Plaintiffs, | |
| 6 | v. | |
| 7 | PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| 8 | | |
| 9 | | |
| 10 | Defendants. | |
| 11 | GamersNexus LLC, | Case No.: 5:25-cv-00114-BLF |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| 15 | | |
| 16 | | |
| 17 | Defendant. | |
| 18 | CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-EKL |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| 23 | | |
| 24 | Defendant. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
Case No.: 5:24-cv-09470-BLF

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California, Plaintiffs Wendover Productions, LLC ("Wendover"), Businessing, LLC ("Businessing"); The Charismatic Voice, LLC ("Charismatic"); Clearvision Media, Inc. ("Clearvision"); and Gear Live Media, LLC ("Gear"), Eli Silva, and Ashley Gardiner; GamersNexus LLC; and Claudia Jane Young file this administrative motion to consider whether *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.) (the "Silva Action"), filed on December 30, *GamersNexus LLC v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.) (the "GamersNexus Action"), filed on January 3, 2025, and *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124 (N.D. Cal.) (the "Young Action"), filed on January 3, 2025 should be related to *Wendover, et al. v. PayPal*, No. 5:24-cv-09470 (N.D. Cal.) (the "Wendover Action"), filed on December 29, 2024.

Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The Silva, GamersNexus, Young, and Wendover Actions name overlapping Defendants and include substantially similar factual allegations regarding PayPal's use of the Honey browser extension to allegedly misappropriate sales commissions that should be awarded to online marketers, including Plaintiffs and Class members. The cases involve overlapping class definitions and both bring claims for tortious interference, conversion, unjust enrichment, violations of California's Unfair Competition Law, and injunctive relief. Thus, each action will require adjudication of the same or substantially similar questions of law and fact. Under these circumstances, separate assignment of these actions would likely create a duplication of labor and expenses and potentially lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court find these actions to be related.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2025 | Respectfully submitted, |
| 2 | By: /s/ *Adam E. Polk* | By: /s/ *John P. Kristensen* |
| | Dena C. Sharp (SBN 245869) | John P. Kristensen (SBN 224132) |
| 3 | Adam E. Polk (SBN 273000) | **KRISTENSEN LAW GROUP** |
| 4 | Simon S. Grille (SBN 294914) | 120 Santa Barbara St., Suite C9 |
| | **GIRARD SHARP LLP** | Santa Barbara, California 93101 |
| 5 | 601 California Street, Suite 1400 | Telephone: (805) 837-2000 |
| | San Francisco, CA 94108 | john@kristensen.law |
| 6 | Telephone: (415) 981-4800 | Devin J. Stone (SBN 260326) |
| 7 | dsharp@girardsharp.com | **EAGLE TEAM LLP** |
| | apolk@girardsharp.com | 1050 Connecticut Ave., NW |
| 8 | sgrille@girardsharp.com | Suite 5038 |
| | | Washington, DC 20036 |
| 9 | Gary M. Klinger (*pro hac vice* forthcoming) | Telephone: (833) 507-8326 |
| 10 | Alexandra M. Honeycutt (*pro hac vice* forthcoming) | devin@eagleteam.law |
| 11 | **MILBERG COLEMAN BRYSON  PHILLIPS GROSSMAN, PLLC** | Josh Sanford (SBN 2001037) (*pro hac vice* forthcoming) |
| 12 | 227 W. Monroe Street, Suite 2100 | Jarrett Ellzey (SBN 24040864) (*pro hac vice* forthcoming) |
| | Chicago, IL 60606 | |
| 13 | Telephone: (866) 252-0878 | Leigh S. Montgomery (SBN 24052214) (*pro hac vice* forthcoming) |
| 14 | gklinger@milberg.com | **EKSM, LLP** |
| | ahoneycutt@milberg.com | 1105 Milford Street |
| 15 | | Houston, Texas 77066 |
| 16 | John J. Nelson (SBN 317598) | Telephone: (713) 554-2377 |
| | **MILBERG COLEMAN BRYSON  PHILLIPS GROSSMAN, PLLC** | jsanford@eksm.com |
| 17 | 402 W Broadway, Suite 1760 | jellzey@eksm.com |
| | San Diego, CA 92101 | lmontgomery@eksm.com |
| 18 | Telephone: (858) 209-6941 | |
| 19 | jnelson@milberg.com | *Attorneys for Plaintiffs Wendover Productions, LLC, a Limited Liability Company; Businessing, LLC, a Limited Liability Company; The Charismatic Voice, LLC, a Limited Liability Company; Clearvision Media, Inc.; and Gear Live Media, LLC, a Limited Liability Company* |
| 20 | *Attorneys for Plaintiffs Eli Silva and Ashley Gardiner* | |
| 21 | | |
| 22 | | |
| 23 | | Thomas Eric Loeser (SBN 202724) |
| 24 | | **COTCHETT PITRE & MCCARTHY LLP** |
| | | 1809 7th Avenue, Suite 1610 |
| 25 | | Seattle, WA 98101 |
| | | Telephone: (206) 802-1272 |
| 26 | | tloeser@cpmlegal.com |
| 27 | | *Attorneys for Plaintiff GamersNexus, LLC* |
| 28 | - 2 - | |

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
Case No.: 5:24-cv-09470-BLF

Brian O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt*
Amy Keller*
Daniel R. Schwartz*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

\*<em>pro hac vice</em> application to be filed

<em>Attorneys for Claudia Jayne Young</em>

## **ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: January 7, 2025           /s/ Adam E. Polk
                                 Adam E. Polk

- 3 -
UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
Case No.: 5:24-cv-09470-BLF