| | |
|---|---|
| John P. Kristensen (SBN 224132) | Dena C. Sharp (SBN 245869) |
| **KRISTENSEN LAW GROUP** | dsharp@girardsharp.com |
| 120 Santa Barbara St., Suite C9 | Adam E. Polk (SBN 273000) |
| Santa Barbara, California 93101 | apolk@girardsharp.com |
| Telephone: (805) 837-2000 | Simon S. Grille (SBN 294914) |
| john@kristensen.law | sgrille@girardsharp.com |
| | **GIRARD SHARP LLP** |
| Devin J. Stone (SBN 260326) | 601 California Street, Suite 1400 |
| **EAGLE TEAM LLP** | San Francisco, CA 94108 |
| 1050 Connecticut Ave., NW | Telephone: (415) 981-4800 |
| Suite 5038 | Facsimile: (415) 981-4846 |
| Washington, DC 20036 | |
| Telephone: (833) 507-8326 | Gary M. Klinger (*pro hac vice* forthcoming) |
| devin@eagleteam.law | gklinger@milberg.com |
| | Alexandra M. Honeycutt (*pro hac vice* forthcoming) |
| Josh Sanford (SBN 2001037) (*pro hac vice* forthcoming) | ahoneycutt@milberg.com |
| Jarrett Ellzey (SBN 24040864) (*pro hac vice* forthcoming) | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| Leigh S. Montgomery (SBN 24052214) (*pro hac vice* forthcoming) | 227 W. Monroe Street, Suite 2100 |
| **EKSM, LLP** | Chicago, IL 60606 |
| 1105 Milford Street | Telephone: (866) 252-0878 |
| Houston, Texas 77066 | |
| Telephone: (713) 554-2377 | John J. Nelson (SBN 317598) |
| jsanford@eksm.com | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| jellzey@eksm.com | 402 W Broadway, Suite 1760 |
| lmontgomery@eksm.com | San Diego, CA 92101 |
| | Telephone: (858) 209-6941 |
| *Attorneys for Plaintiffs* | jnelson@milberg.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company, | Case No.: 5:24-cv-09470-BLF<br><br>**DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | |

| | |
|---|---|
| PAYPAL, INC., | |
| Defendant. | |
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated, | Case No.: 5:24-cv-09510-SVK |
| Plaintiffs, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendants. | |
| GamersNexus LLC, | Case No.: 5:25-cv-00114-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendant. | |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-EKL |
| Plaintiff, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendant. | |

I, Adam E. Polk, declare as follows:

1. I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Administrative Motion to Consider whether cases should be related. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. A stipulation pursuant to Local Rule 7-11 for Plaintiffs' Administrative Motion to Relate could not be obtained because Defendants have not yet been served in each of the related cases.

3. I have conferred with all parties to this litigation in connection with this administrative motion to relate, including Defendants. Counsel for Plaintiffs each agree that the above-captioned cases are related under Civil Local Rule 3-12. Counsel for Defendants agree not to oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 7, 2025 in San Francisco, California.

/s/ Adam E. Polk
Adam E. Polk

- 1 -

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-09470-BLF