**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>                    Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>                    Defendant. | Case No.: 5:24-cv-09470-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>                    Defendants. | Case No.: 5:24-cv-09510-SVK |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-09470-BLF

| | |
|---|---|
| GamersNexus LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>　　　　　　Defendant. | Case No.: 5:25-cv-00114-BLF |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>　　　　　　Defendant. | Case No.: 5:25-cv-00124-EKL |

This matter comes before the Court on Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

IT IS SO ORDERED that *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.), *GamersNexus LLC v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.), and *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124 (N.D. Cal.) are related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the undersigned Judge.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　Hon. Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-09470-BLF