John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
john@kristensen.law

Devin J. Stone (SBN 260326)
**EAGLE TEAM LLP**
1050 Connecticut Ave., NW
Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326
devin@eagleteam.law

Josh Sanford (SBN 2001037) (*pro hac vice* forthcoming)
Jarrett Ellzey (SBN 24040864) (*pro hac vice* forthcoming)
Leigh S. Montgomery (SBN 24052214) (*pro hac vice* forthcoming)
**KSM, LLP**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
jsanford@eksm.com
jellzey@eksm.com
lmontgomery@eksm.com

*Attorneys for Plaintiffs*
[*Additional Counsel on Signature Page*]

Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Gary M. Klinger (*pro hac vice* forthcoming)
gklinger@milberg.com
Alexandra M. Honeycutt (*pro hac vice* forthcoming)
ahoneycutt@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>Plaintiffs,<br><br>v. | Case No.: 5:24-cv-09470-BLF<br><br>**PROOF OF SERVICE RE UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

| | |
|---|---|
| PAYPAL, INC., | |
|        Defendant. | |
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated, | Case No.: 5:24-cv-09510-SVK |
|        Plaintiffs, | |
|        v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
|        Defendants. | |
| GamersNexus LLC, | Case No.: 5:25-cv-00114-BLF |
|        Plaintiff, | |
|        v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
|        Defendant. | |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-EKL |
|        Plaintiff, | |
|        v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
|        Defendant. | |

PROOF OF SERVICE RE UNOPPOSED ADMINISTRATIVE MOTION
Case No.: 5:24-cv-09470-BLF

**PROOF OF SERVICE**

I, Marie Montoya, declare that I am over 18 years of age and not a party to this action. My business address is Girard Sharp LLP, 601 California Street, Suite 1400, San Francisco, CA 94108. On January 7, 2025, I served the following documents *via Electronic Mail or via First Class Mail*:

(1) UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11;

(2) DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and

(3) [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11.

On:

| Counsel for Plaintiffs: | Defendants: |
|---|---|
| Gary M. Klinger<br>Alexandra M. Honeycutt<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com<br>ahoneycutt@milberg.com | PayPal, Inc. (Via First Class Mail)<br>c/o CT Corporation System<br>330 N. Brand Blvd.<br>Glendale, CA 91203<br><br>PayPal Holdings, Inc. (Via First Class Mail)<br>c/o CT Corporation System<br>330 N. Brand Blvd.<br>Glendale, CA 91203 |
| John J. Nelson (SBN 317598)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br>jnelson@milberg.com<br><br>*Attorneys for Plaintiffs Eli Silva and Ashley Gardiner* | Paul F. Rugani<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>2050 Main Street Suite 1100<br>Irvine, CA 92614-8<br>Telephone: (949) 852-7765<br>prugani@orrick.com<br><br>*Counsel for PayPal Holdings, Inc.; and PayPal, Inc.* |

- 1 -
PROOF OF SERVICE RE UNOPPOSED ADMINISTRATIVE MOTION
Case No.: 5:24-cv-09470-BLF

Thomas Eric Loeser (SBN 202724)
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
tloeser@cpmlegal.com

*Attorneys for Plaintiff GamersNexus, LLC*

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

*Attorneys for Claudia Jayne Young*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 7, 2025, at Los Angeles, California.

*[signature]*
Marie Montoya