John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
*john@kristensen.law*

Devin J. Stone (SBN 260326)
**EAGLE TEAM LLP**
1050 Connecticut Ave., NW
Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326
*devin@eagleteam.law*
***Attorneys for Plaintiffs and all
others similarly situated***
(*denotes *pro hac vice* forthcoming)

Josh Sanford*
Arkansas Bar No. 2001037
Jarrett Ellzey*
Texas Bar No. 24040864
Leigh S. Montgomery*
Texas Bar No. 24052214
Tommy Kherkher*
Texas Bar No. 24113389
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
*jsanford@eksm.com*
*jellzey@eksm.com*
*lmontgomery@eksm.com*
*tkherkher@eksm.com*

**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| Wendover Productions, LLC, a Limited Liability Company; Businessing, LLC, a Limited Liability Company; The Charismatic Voice, LLC, a Limited Liability Company; Clearvision Media, Inc.; and Gear Live Media, LLC, a Limited Liability Company<br><br>    *Plaintiffs*<br><br>        vs.<br><br>PAYPAL, INC.,<br><br>    *Defendant.* | Case No.: 5:24-cv-9470-BLF<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>L.R. 3-15 |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Wendover Production, LLC ("Wendover"), Businessing, LLC ("Businessing"), The Charismatic Voice, LLC ("Charismatic"), Clearvision Media, Inc. ("Clearvision"), and Gear Live Media, LLC ("Gear") (collectively "Plaintiffs"), by and through their undersigned counsel of record, hereby submits the following disclosure statement per Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 11, 2025

**KRISTENSEN LAW GROUP || EKSM, LLP || EAGLE TEAM LLP**

*/s/ John P. Kristensen*
John P. Kristensen
Jarrett L. Ellzey
Josh Sanford
Leigh Montgomery
Tommy Kherkher
Devin J. Stone
***Attorneys for Plaintiffs and the Class***

# CERTIFICATE OF SERVICE

      I certify that on Saturday, January 11, 2025, a true and correct copy of the attached **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

Dena C. Sharp
Adam E. Polk
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

      I certify that on Friday, January 10, 2025, a true and correct copy of the attached **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** was served via *Electronic Mail* or *First Class Mail* to counsel f record, including the following participants:

| | |
|---|---|
| Gary M. Klinger | John J. Nelson |
| Alexandra M. Honeycutt | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | 402 W Broadway, Suite 1760 |
| 227 W. Monroe Street, Suite 2100 | San Diego, CA 92101 |
| Chicago, IL 60606 | Telephone: (858) 209-6941 |
| Telephone: (866) 252-0878 | jnelson@milberg.com |
| gklinger@milberg.com | |
| ahoneycutt@milberg.com | |
| | |
| *Attorney for Plaintiffs Eli Silva and Ashley Gardiner* | *Attorney for Plaintiffs Eli Silva and Ashley Gardiner* |

# CERTIFICATE OF SERVICE

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
*tloeser@cpmlegal.com*

Karen B. Swope
Jacob M. Alhadeff
**COTCHETT PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
*kswope@cpmlegal.com*
*jalhadeff@cpmlegal.com*

*Attorneys for Plaintiff GamersNexus, LLC*

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
*briano@dicellolevitt.com*
Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
*alevitt@dicellolevitt.com*
*akeller@dicellolevitt.com*
*dschwartz@dicellolevitt.com*
*julwick@dicellolevitt.com*

*Attorneys for Plaintiff Claudia Jayne Young*

PayPal, Inc. (Via First Class Mail)
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA 91203

PayPal Holdings, Inc. (Via First Class Mail)
c/o CT Corporation System
330 N. Brand Blvd.
Glendale, CA 91203

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
*prugani@orrick.com*

*/s/ John P. Kristensen*
John P. Kristensen