PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: +1 949 567 6700
Facsimile: +1 949 567 6710

RICHARD A. JACOBSEN
(*pro hac vice forthcoming*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for PayPal, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Wendover Productions, LLC, a Limited Liability Company; Businessing, LLC, a Limited Liability Company; The Charismatic Voice, LLC, a Limited Liability Company; Clearvision Media, Inc.; and Gear Live Media, LLC, a Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>PayPal, Inc.<br><br>Defendant. | Case No. 5:24-cv-9470-BLF<br><br>**DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br>[Fed. R. Civ. P. 7.1; Civ. L.R. 3-15]<br><br>Hon. Beth Labson Freeman |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant PayPal, Inc., by its counsel, states that PayPal Holdings, Inc. is the parent corporation of PayPal, Inc. and there is no publicly held corporation that owns ten percent (10%) or more of PayPal Holdings, Inc. stock.

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant PayPal, Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 13, 2025

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Paul Rugani*_____
PAUL RUGANI

Attorneys for Defendant
PAYPAL, INC.