UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Wendover Productions, LLC,

Plaintiff(s),

v.

PAYPAL, INC.,

Defendant(s).

Case No. 5:24-cv-09470-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Josh Sanford, an active member in good standing of the bar of State of Arkansas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Wendover Productions, LLC, a l in the above-entitled action. My local co-counsel in this case is John P. Kristensen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 224132.

| 4200 Montrose Blvd Suite 200 Houston, Texas 77006 | 120 Santa Barbara St., Suite C9 Santa Barbara, California 93101 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (713) 554-2377 | (805) 837-2000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jsanford@eksm.com | john@kristensen.law |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2001037.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2025                                                      Josh Sanford
                                                                                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Josh Sanford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I certify that on Wednesday, January 15, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – JOSH SANFORD** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

Adam E. Polk
Dena C. Sharp
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
[apolk@girardsharp.com](mailto:apolk@girardsharp.com)
[dsharp@girardsharp.com](mailto:dsharp@girardsharp.com)
[sgrille@girardsharp.com](mailto:sgrille@girardsharp.com)
[3768906420@filings.docketbird.com](mailto:3768906420@filings.docketbird.com)
[avongoetz@girardsharp.com](mailto:avongoetz@girardsharp.com)

***Attorney for Plaintiffs Eli Silva and Ashley Gardiner***

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
[prugani@orrick.com](mailto:prugani@orrick.com)

***Attorney for Defendant PayPal, Inc.***

Clement S. Roberts
**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: [croberts@orrick.com](mailto:croberts@orrick.com)

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: [ccarroll@orrick.com](mailto:ccarroll@orrick.com)
212-506-5000
Email: [rjacobsen@orrick.com](mailto:rjacobsen@orrick.com)

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: [gmoss@orrick.com](mailto:gmoss@orrick.com)

***Attorneys for Defendant PayPal, Inc.***

# CERTIFICATE OF SERVICE

      I certify that on Wednesday, January 15, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – JOSH SANFORD** was served via *Electronic Mail* or *First Class Mail* to counsel of record, including the following participants:

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
ahoneycutt@milberg.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
tloeser@cpmlegal.com

Karen B. Swope
Jacob M. Alhadeff
**COTCHETT PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiff GamersNexus, LLC*

Adam E. Polk

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dschwartz@dicellolevitt.com
julwick@dicellolevitt.com

*Attorneys for Plaintiff Claudia Jayne Young*

Clement S. Roberts

# CERTIFICATE OF SERVICE

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
prugani@orrick.com

**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

*Attorney for Defendant PayPal, Inc.*

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

*Attorneys for Defendant PayPal, Inc.*


*/s/ John P. Kristensen*
John P. Kristensen