Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*
*Eli Silva And Ashley Gardiner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No.: 5:24-cv-9470-BLF<br><br>**UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No.: 5:24-cv-09510-SVK |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

| | |
|---|---|
| GamersNexus LLC, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, <br><br> Defendant. | Case No.: 5:25-cv-00114-BLF |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL, INC. and PAYPAL HOLDINGS, INC., <br><br> Defendant. | Case No.: 5:25-cv-00124-EKL |
| SHONNA COLEMAN, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, <br><br> Defendants. | Case No.: 5:25-cv-00367-NC |

- 2 -

UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

- 3 -

| | | |
|---|---|---|
| 1 | JOSE MORAN, individually and on behalf of others similarly situated, | Case No.: 5:25-cv-00476-SVK |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | v. | |
| 6 | PAYPAL INC. and PAYPAL HOLDINGS, INC., | |
| 7 | Defendants. | |
| 8 | LYON FITNESS, LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00501-NC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated, | Case No.: 4:25-cv-00518-PHK |
| 17 | | |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| 21 | | |
| 22 | Defendants. | |
| 23 | BREVARD MARKETING LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00573-VKD |
| 24 | | |
| 25 | Plaintiff, vs. | |
| 26 | PAYPAL, INC and PAYPAL HOLDINGS, INC, | |
| 27 | | |
| 28 | Defendants. | |

UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California, Plaintiffs in the above-captioned actions file this administrative motion to consider whether *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.) (the "Silva Action"), filed on December 30, *GamersNexus LLC v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.) (the "GamersNexus Action"), filed on January 3, 2025, *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124 (N.D. Cal.) (the "Young Action"), filed on January 3, 2025, *Coleman v. PayPal, Inc., et al.*, No. 5:25-cv-00367 (N.D. Cal.) (the "Coleman Action"), filed on January 1, 2025, *Moran v. Paypal, Inc., et al.*, No. 5:25-cv-00476 (N.D. Cal.) (the "Moran Action"), filed on January 14, 2025, *Lyon Fitness, LLC v. Paypal, Inc., et al.*, No. 5:25-cv-00501 (N.D. Cal.) (the "Lyon Fitness Action"), filed on January 14, 2025, *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518 (N.D. Cal.) (the "Oganesyan Action"), filed on January 15, 2025, and *Brevard Marketing v. PalPal,et al., Inc.*, No. 5:25-cv-00573 (N.D. Cal) (the "Brevard Action"), should be related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470 (N.D. Cal.) (the "Wendover Action"), filed on December 29, 2024. All parties have filed the Certification of Conflicts and Interested Entities or Persons required by Civil Local Rule 3-15.

Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The Silva, GamersNexus, Young, Coleman, Moran, Lyon Fitness, Oganesyan, Brevard, and Wendover Actions name overlapping Defendants and include substantially similar factual allegations regarding PayPal's use of the Honey browser extension to allegedly misappropriate sales commissions that should be awarded to online marketers, including Plaintiffs and Class members.

The cases involve overlapping class definitions and bring claims for tortious interference, conversion, unjust enrichment, violations of the Lanham Act, California's Unfair Competition Law, and injunctive relief. Thus, each action will require adjudication of the same or substantially similar questions of law and fact. Under these circumstances, separate assignment of these actions would

likely create a duplication of labor and expenses and potentially lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court find these actions to be related.

As indicated in the attached declaration, all Plaintiffs in the listed actions support this administration motion and Defendants do not oppose the requested relief.

Dated: January 16, 2025                                   Respectfully submitted,

By: */s/ Adam E. Polk*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Gary M. Klinger (*pro hac vice* forthcoming)
Alexandra M. Honeycutt (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
ahoneycutt@milberg.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiffs Eli Silva and Ashley Gardiner*

- 5 -
UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
john@kristensen.law

Devin J. Stone (SBN 260326)
**EAGLE TEAM LLP**
1050 Connecticut Ave., NW
Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326
devin@eagleteam.law

Josh Sanford (SBN 2001037) (*pro hac vice* forthcoming)
Jarrett Ellzey (SBN 24040864) (*pro hac vice* forthcoming)
Leigh S. Montgomery (SBN 24052214) (*pro hac vice* forthcoming)
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
jsanford@eksm.com
jellzey@eksm.com
lmontgomery@eksm.com

*Attorneys for Plaintiffs Wendover Productions, LLC, Businessing, LLC, The Charismatic Voice, LLC, Clearvision Media, Inc., and Gear Live Media, LLC*

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
tloeser@cpmlegal.com

*Attorneys for Plaintiff GamersNexus, LLC*

Brian O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121

- 6 -
UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt (*pro hac vice* forthcoming)
Amy Keller (*pro hac vice* forthcoming)
Daniel R. Schwartz (*pro hac vice* forthcoming)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900

*Attorneys for Claudia Jayne Young*

E. Michelle Drake
emdrake@bm.net
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933

Sophia Marie Rios
srios@bm.net
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: 619-489-0300

Joshua P. Davis
jdavis@bm.net
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 215-0962

*Attorneys for Plaintiff Shonna Coleman*

Roger Norton Heller
rheller@lchb.com
Elizabeth Joan Cabraser
ecabraser@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

Danna Z. Elmasry
delmasry@lchb.com
Jason Louis Lichtman
jlichtman@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

*Attorneys for Plaintiff Jose Moran*

Rosemary M. Rivas
rmr@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiff Lyon Fitness, LLC*

Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlawpc.com
**HAMMONDLAW, P.C.**
1201 Pacific Ave., 6th Floor
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385

Douglas J. McNamara (*pro hac vice* forthcoming)
dmcnamara@cohenmilstein.com
Karina G. Puttieva (SBN 317702)
kputtieva@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Edgar Oganesyan and Matthew Ely*

- 8 -
UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

Chris A. Seeger (*pro hac vice* forthcoming)
David R. Buchanan (*pro hac vice* forthcoming)
Stephen Weiss (*pro hac vice* forthcoming)
Scott A. George (*pro hac vice* forthcoming)
**SEEGER WEISS LLP**
55 Challenger Rd, Suite 600
Ridgefield Park, NJ 05667
Telephone: 973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sweiss@seegerweiss.com
sgeorge@seegerweiss.com

*Attorneys for Plaintiff Brevard Marketing LLC*

UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

**ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: January 16, 2025             /s/ *Adam E. Polk*
                                    Adam E. Polk

- 10 -
UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11