UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____ ,

        Plaintiff(s),

  v.

_____ ,

        Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 08, 2025

Re: Mr. Jarrett Lee Ellzey, State Bar Number 24040864

To Whom It May Concern:

This is to certify that Mr. Jarrett Lee Ellzey was licensed to practice law in Texas on November 06, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# CERTIFICATE OF SERVICE

   I certify that on Wednesday, January 15, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – JARRETT ELLZEY** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Adam E. Polk<br>Dena C. Sharp<br>Simon S. Grille<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>apolk@girardsharp.com<br>dsharp@girardsharp.com<br>sgrille@girardsharp.com<br>3768906420@filings.docketbird.com<br>avongoetz@girardsharp.com<br><br>***Attorney for Plaintiffs Eli Silva and Ashley Gardiner*** | Clement S. Roberts<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>415-773-5700<br>Fax: 415-773-5759<br>Email: croberts@orrick.com<br><br>Connor Carroll<br>Richard Jacobsen<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>51 W 52nd Street<br>New York, NY 10019<br>212-506-3557<br>Email: ccarroll@orrick.com<br>212-506-5000<br>Email: rjacobsen@orrick.com |
| Paul F. Rugani<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>2050 Main Street Suite 1100<br>Irvine, CA 92614-8<br>Telephone: (949) 852-7765<br>prugani@orrick.com<br><br>***Attorney for Defendant PayPal, Inc.*** | Geoffrey Gavin Moss<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>355 S. Grand Avenue<br>Ste 2700<br>Los Angeles, CA 90071<br>213-612-2373<br>Fax: 213-612-2499<br>Email: gmoss@orrick.com<br><br>***Attorneys for Defendant PayPal, Inc.*** |

# CERTIFICATE OF SERVICE

I certify that on Thursday, January 16, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – JARRETT ELLZEY** was served via *Electronic Mail* or *First Class Mail* to counsel of record, including the following participants:

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*
*ahoneycutt@milberg.com*

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
*tloeser@cpmlegal.com*

Karen B. Swope
Jacob M. Alhadeff
**COTCHETT PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
*kswope@cpmlegal.com*
*jalhadeff@cpmlegal.com*

*Attorneys for Plaintiff GamersNexus, LLC*

Adam E. Polk

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
*jnelson@milberg.com*

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Brian O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
*briano@dicellolevitt.com*

Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
*alevitt@dicellolevitt.com*
*akeller@dicellolevitt.com*
*dschwartz@dicellolevitt.com*
*julwick@dicellolevitt.com*

*Attorneys for Plaintiff Claudia Jayne Young*

Clement S. Roberts

## CERTIFICATE OF SERVICE

| | |
|---|---|
| Paul F. Rugani<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>2050 Main Street Suite 1100<br>Irvine, CA 92614-8<br>Telephone: (949) 852-7765<br>*prugani@orrick.com*<br><br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>415-773-5700<br>Fax: 415-773-5759<br>Email: croberts@orrick.com<br><br>***Attorney for Defendant PayPal, Inc.*** | Connor Carroll<br>Richard Jacobsen<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>51 W 52nd Street<br>New York, NY 10019<br>212-506-3557<br>Email: ccarroll@orrick.com<br>212-506-5000<br>Email: rjacobsen@orrick.com<br><br>Geoffrey Gavin Moss<br>**ORRICK, HERRINGTON & SUTCLIFFE**<br>355 S. Grand Avenue<br>Ste 2700<br>Los Angeles, CA 90071<br>213-612-2373<br>Fax: 213-612-2499<br>Email: gmoss@orrick.com<br><br>***Attorneys for Defendant PayPal, Inc.*** |

*/s/ John P. Kristensen*
John P. Kristensen