UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

        _____ ,

             Plaintiff(s),

    v.

        _____ ,

            Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

      I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| My Address of Record | Local co-counsel's Address of Record |
| My Telephone # of Record | Local co-counsel's Telephone # of Record |
| My Email Address of Record | Local co-counsel's Email Address of Record |

      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

      A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

      I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

    I certify that on Wednesday, January 16, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – TOMMY KHERKHER** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

Adam E. Polk
Dena C. Sharp
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*apolk@girardsharp.com*
*dsharp@girardsharp.com*
*sgrille@girardsharp.com*
*3768906420@filings.docketbird.com*
*avongoetz@girardsharp.com*

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
*prugani@orrick.com*

*Attorney for Defendant PayPal, Inc.*

Clement S. Roberts
**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

*Attorneys for Defendant PayPal, Inc.*

# CERTIFICATE OF SERVICE

I certify that on Wednesday, January 16, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – TOMMY KHERKHER** was served via *Electronic Mail* or *First Class Mail* to counsel of record, including the following participants:

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com
ahoneycutt@milberg.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
tloeser@cpmlegal.com

Karen B. Swope
Jacob M. Alhadeff
**COTCHETT PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiff GamersNexus, LLC*

Adam E. Polk

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Brian O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dschwartz@dicellolevitt.com
julwick@dicellolevitt.com

*Attorneys for Plaintiff Claudia Jayne Young*

Clement S. Roberts

## **CERTIFICATE OF SERVICE**

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
*prugani@orrick.com*

**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

***Attorney for Defendant PayPal, Inc.***

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

***Attorneys for Defendant PayPal, Inc.***

*/s/ John P. Kristensen*
John P. Kristensen