1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  Wendover Productions, LLC, a ,   Case No. 5:24-cv-09470-BLF
5          Plaintiff(s),
6      v.                            **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  PAYPAL, INC.,      ,              (CIVIL LOCAL RULE 11-3)
8          Defendant(s).
9

10 I, Jarrett Ellzey, an active member in good standing of the bar of
11 State of Texas & New Mexico, hereby respectfully apply for admission to practice pro hac
12 vice in the Northern District of California representing: Wendover Productions, LLC, a Li in the
13 above-entitled action. My local co-counsel in this case is John P. Kristensen, an
14 attorney who is a member of the bar of this Court in good standing and who maintains an office
15 within the State of California. Local co-counsel's bar number is: 224132.

16
17 4200 Montrose Blvd Suite 200 Houston, Texas 77006           120 Santa Barbara St., Suite C9 Santa Barbara, California 93101
   MY ADDRESS OF RECORD                                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18 (713) 554-2377                                              (805) 837-2000
19 MY TELEPHONE # OF RECORD                                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20 jellzey@eksm.com                                            john@kristensen.law
   MY EMAIL ADDRESS OF RECORD                                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22     I am an active member in good standing of a United States Court or of the highest court of
23 another State or the District of Columbia, as indicated above; my bar number is: 24040864.
24     A true and correct copy of a certificate of good standing or equivalent official document
25 from said bar is attached to this application.
26     I have been granted pro hac vice admission by the Court 0 times in the 12 months
27 preceding this application.
28

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: January 15, 2025                                          Jarrett Ellzey
                                                                   APPLICANT
5

6  ═══════════════════════════════════════════════════════════════════════════

7

8                    ORDER GRANTING APPLICATION
9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11  IT IS HEREBY ORDERED THAT the application of Jarrett Ellzey is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.

15  Dated: January 17, 2025

16

17                                          [signature]
18                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 08, 2025

Re: Mr. Jarrett Lee Ellzey, State Bar Number 24040864

To Whom It May Concern:

This is to certify that Mr. Jarrett Lee Ellzey was licensed to practice law in Texas on November 06, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# CERTIFICATE OF SERVICE

      I certify that on Wednesday, January 15, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – JARRETT ELLZEY** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

Adam E. Polk
Dena C. Sharp
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
dsharp@girardsharp.com
sgrille@girardsharp.com
3768906420@filings.docketbird.com
avongoetz@girardsharp.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
prugani@orrick.com

*Attorney for Defendant PayPal, Inc.*

Clement S. Roberts
**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

*Attorneys for Defendant PayPal, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on Thursday, January 16, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – JARRETT ELLZEY** was served via *Electronic Mail* or *First Class Mail* to counsel of record, including the following participants:

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*
*ahoneycutt@milberg.com*

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
*tloeser@cpmlegal.com*

Karen B. Swope
Jacob M. Alhadeff
**COTCHETT PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
*kswope@cpmlegal.com*
*jalhadeff@cpmlegal.com*

*Attorneys for Plaintiff GamersNexus, LLC*

Adam E. Polk

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
*jnelson@milberg.com*

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
*briano@dicellolevitt.com*

Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
*alevitt@dicellolevitt.com*
*akeller@dicellolevitt.com*
*dschwartz@dicellolevitt.com*
*julwick@dicellolevitt.com*

*Attorneys for Plaintiff Claudia Jayne Young*

Clement S. Roberts

# CERTIFICATE OF SERVICE

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
*prugani@orrick.com*

**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

*Attorney for Defendant PayPal, Inc.*

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

*Attorneys for Defendant PayPal, Inc.*


*/s/ John P. Kristensen*
John P. Kristensen