**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>               Plaintiffs,<br>  v.<br>PAYPAL, INC.,<br><br>               Defendant. | Case No.: 5:24-cv-9470-BLF<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 |
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>  v.<br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>               Defendants. | Case No.: 5:24-cv-09510-SVK |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

- 2 -

|   |   |
|---|---|
| GamersNexus LLC, | Case No.: 5:25-cv-00114-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendant. | |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-EKL |
| Plaintiff, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendant. | |
| SHONNA COLEMAN, on behalf of herself and all others similarly situated, | Case No.: 5:25-cv-00367-NC |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendants. | |

- 2 -
[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | | |
|---|---|---|
| 1 | JOSE MORAN, individually and on behalf of others similarly situated, | Case No.: 5:25-cv-00476-SVK |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PAYPAL INC. and PAYPAL HOLDINGS, INC., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | LYON FITNESS, LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00501-NC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated, | Case No.: 4:25-cv-00518-PHK |
| 16 | | |
| 17 | | |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| 21 | | |
| 22 | Defendants. | |
| 23 | BREVARD MARKETING LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00573-VKD |
| 24 | | |
| 25 | Plaintiff, vs. | |
| 26 | PAYPAL, INC and PAYPAL HOLDINGS, INC, | |
| 27 | | |
| 28 | Defendants. | |

- 3 -
[<s>PROPOSED</s>] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  This matter comes before the Court on Plaintiffs' Unopposed Amended Administrative
2  Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.
3  Upon consideration of the foregoing motion, the papers submitted in support, and good cause
4  appearing, the Court hereby GRANTS the motion.
5  IT IS SO ORDERED that *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.), *GamersNexus LLC
6  v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No.
7  5:25-cv-00124 (N.D. Cal.), *Coleman v. Paypal Inc., et al.*, No. 5:25-cv-00367 (N.D. Cal.), *Moran v.
8  Paypal, Inc., et al.*, No. 5:25-cv-00476 (N.D. Cal.), *Lyon Fitness v. Paypal, Inc., et al.*, No. 5:25-cv-
9  00501 (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518 (N.D. Cal.), and
10 *Brevard Marketing v. PalPal,et al., Inc.*, No. 5:25-cv-00573 (N.D. Cal), are related to *Wendover, et
11 al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the undersigned
12 Judge.

14 Dated: January 17, 2025

        _____
15      Hon. Beth Labson Freeman
16      United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED