1 | Dena C. Sharp (SBN 245869)
  | dsharp@girardsharp.com
2 | Adam E. Polk (SBN 273000)
  | apolk@girardsharp.com
3 | Simon S. Grille (SBN 294914)
  | sgrille@girardsharp.com
4 | **GIRARD SHARP LLP**
5 | 601 California Street, Suite 1400
  | San Francisco, CA 94108
6 | Telephone: (415) 981-4800
7 | Facsimile: (415) 981-4846

8 | *Attorneys for Plaintiffs*
  | *Eli Silva and Ashley Gardiner*
9 |

10 |                 **UNITED STATES DISTRICT COURT**
   |                 **NORTHERN DISTRICT OF CALIFORNIA**
11 |                         **SAN JOSE DIVISION**

12 |
13 | WENDOVER PRODUCTIONS, LLC, a Limited      | Case No.: 5:24-cv-9470-BLF
   | Liability Company; BUSINESSING, LLC, a    |
14 | Limited Liability Company; THE            | **UNOPPOSED ADMINISTRATIVE**
   | CHARISMATIC VOICE, LLC, a Limited         | **MOTION TO CONSIDER WHETHER**
15 | Liability Company; CLEARVISION MEDIA,     | **CASES SHOULD BE RELATED**
   | INC.; and GEAR LIVE MEDIA, LLC, a Limited | **PURSUANT TO CIVIL LOCAL RULES 3-**
16 | Liability Company,                        | **12 AND 7-11**

17 |              Plaintiffs,

18 |     v.

19 | PAYPAL, INC.,

20 |              Defendant.

21 |
22 | CAMERON KING, *individually and on behalf of* | Case No.: 5:25-cv-00581-NC
   | *all others similarly situated*,
23 |
24 |              Plaintiff,

25 |     v.

26 | PAYPAL HOLDINGS, INC. and PAYPAL,
   | INC.,
27 |
              Defendants.
28 |

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

| | |
|---|---|
| KARIN BAUER, ANGELA STURGES, and CHRISTIE SHINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00580-SVK |
| BENJAMIN KAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00668-NC |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California, Plaintiffs Eli Silva and Ashley Gardiner file this administrative motion to consider whether *King v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00581 (N.D. Cal.) (the "King Action"), filed on January 16, 2025; *Bauer, et al. v. Paypal, Inc., et al.*, No. 5:25-cv-00580 (N.D. Cal.) (the "Bauer Action"), filed on January 16, 2025; and *Kayne v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00668 (N.D. Cal.) (the "Kayne Action"), filed on January 20, 2025, should be related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470 (N.D. Cal.) (the "Wendover Action"), filed on December 29, 2024. Plaintiffs anticipate that the Certification of Conflicts and Interested Entities or Persons required by Civil Local Rule 3-15 will be filed in all cases shortly.

Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The King, Bauer, Kayne, and Wendover Actions name overlapping Defendants and include substantially similar factual allegations regarding PayPal's use of the Honey browser extension to allegedly misappropriate sales commissions that should be awarded to online marketers, including Plaintiffs and Class members.

The cases involve overlapping class definitions and bring claims for tortious interference, conversion, unjust enrichment, California's Unfair Competition Law, and injunctive relief. Thus, each action will require adjudication of the same or substantially similar questions of law and fact. Under these circumstances, separate assignment of these actions would likely create a duplication of labor and expenses and potentially lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court find these actions to be related.

As indicated in the attached declaration, all Plaintiffs in the listed actions support this administrative motion and Defendants do not oppose the requested relief.

Dated: January 21, 2025

Respectfully submitted,

By: /s/ Adam E. Polk
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

*Attorneys for Plaintiffs Eli Silva and Ashley Gardiner*

- 4 -

**ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: January 21, 2025         */s/ Adam E. Polk*
                                Adam E. Polk

- 4 -
UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11