1  Dena C. Sharp (SBN 245869)
   dsharp@girardsharp.com
2  Adam E. Polk (SBN 273000)
   apolk@girardsharp.com
3  Simon S. Grille (SBN 294914)
   sgrille@girardsharp.com
4  **GIRARD SHARP LLP**
5  601 California Street, Suite 1400
   San Francisco, CA 94108
6  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
7

8  *Attorneys for Plaintiffs*
   *Eli Silva and Ashley Gardiner*
9

10                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11                     **SAN JOSE DIVISION**

12  WENDOVER PRODUCTIONS, LLC, a Limited        Case No.: 5:24-cv-9470-BLF
    Liability Company; BUSINESSING, LLC, a
13  Limited Liability Company; THE
    CHARISMATIC VOICE, LLC, a Limited          **DECLARATION OF ADAM E. POLK IN**
14  Liability Company; CLEARVISION MEDIA,      **SUPPORT OF UNOPPOSED**
    INC.; and GEAR LIVE MEDIA, LLC, a Limited  **ADMINISTRATIVE MOTION TO**
15  Liability Company,                          **CONSIDER WHETHER CASES SHOULD**
                                                **BE RELATED**
16
17                              Plaintiffs,
18            v.
19  PAYPAL, INC.,
20                              Defendant.
21  CAMERON KING, *individually and on behalf of*   Case No.: 5:25-cv-00581-NC
    *all others similarly situated*,
22
23                              Plaintiff,
24            v.
25  PAYPAL HOLDINGS, INC. and PAYPAL,
    INC.,
26
27                              Defendants.
28

---

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| KARIN BAUER, ANGELA STURGES, and CHRISTIE SHINN, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00580-SVK |
| Plaintiffs, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendants. | |
| BENJAMIN KAYNE, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00668-NC |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC. and PAYPAL, INC., | |
| Defendants. | |

I, Adam E. Polk, declare as follows:

1.     I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Administrative Motion to Consider whether cases should be related. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.     A stipulation pursuant to Local Rule 7-11 for Plaintiffs' Administrative Motion to Relate could not be obtained because Defendants do not join in the motion and have not yet been served in each of the related cases.

3.     I have conferred with all parties to this litigation in connection with this administrative motion to relate, including Defendants. Counsel for Plaintiffs each agree that the above-captioned cases are related under Civil Local Rule 3-12. Counsel for Defendants agree not to

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 21, 2025 in San Francisco, California.

*/s/ Adam E. Polk*
Adam E. Polk

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED