1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| CAMERON KING, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00581-NC |

| | |
|---|---|
| KARIN BAUER, ANGELA STURGES, and CHRISTIE SHINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00580-SVK |
| BENJAMIN KAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00668-NC |

This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

IT IS SO ORDERED that *King v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00581-NC (N.D. Cal.), *Bauer, et al. v. Paypal, Inc., et al.*, No. 5:25-cv-00580-SVK (N.D. Cal.), and *Kayne v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00668 (N.D. Cal.), are related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470-BLF (N.D. Cal.), and all cases are now assigned to the undersigned Judge.

Dated: _____

                                                    Hon. Beth Labson Freeman
                                                    United States District Judge