# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al., | Case No. 24-cv-09470-BLF |
| Plaintiffs, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AS TO COUNSEL TOMMY KHERKHER** |
| PAYPAL INC, | |
| Defendant. | [Re: ECF 31] |

Plaintiffs' counsel, Tommy Kherkher, has submitted an application for admission of attorney pro hac vice. *See* ECF 31.  The application is DENIED WITHOUT PREJUDICE on the ground that the application does not include a certificate showing that counsel is an active member in good standing of the bar of a United States Court or of the highest court of another state or the District of Columbia, as required by Civil Local Rule 11-3.

**IT IS SO ORDERED.**

Dated:  January 22, 2025

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California