Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Eli Silva and*
*Ashley Gardiner*

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice* forthcoming)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com
*Attorneys for Plaintiff Jose Moran*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL, INC., <br><br> Defendant. | Case No.: 5:24-cv-9470-BLF <br><br> **DECLARATION OF ADAM E. POLK IN SUPPORT OF PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** <br><br> Date: May 8, 2025 <br> Time: 9:00 a.m. <br> Location: Courtroom 3 – 5th Floor <br><br> Hon. Beth Labson Freeman |

(*Additional Captions on Following Pages*)

1

DECLARATION OF ADAM E. POLK ISO PLAINTIFFS' UNOPPOSED JOINT MOTION FOR
CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM
CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF

| | |
|---|---|
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated, | Case No.: 5:24-cv-09510-BLF |
|         Plaintiffs, | |
|     v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
|         Defendants. | |
| GAMERSNEXUS LLC, | Case No.: 5:25-cv-00114-BLF |
|         Plaintiff, | |
|     v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
|         Defendant. | |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-BLF |
|         Plaintiff, | |
|     v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
|         Defendant. | |

2

DECLARATION OF ADAM E. POLK ISO PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF

| | |
|---|---|
| SHONNA COLEMAN, on behalf of herself and all others similarly situated, | Case No.: 5:25-cv-00367-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendants. | |
| JOSE MORAN, individually and on behalf of others similarly situated, | Case No.: 5:25-cv-00476-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL INC. and PAYPAL HOLDINGS, INC., | |
| Defendants. | |
| LYON FITNESS, LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00501-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation, | |
| Defendants. | |

3

DECLARATION OF ADAM E. POLK ISO PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF

| | |
|---|---|
| EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated, | Case No.: 3:25-cv-00518-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendants. | |
| BREVARD MARKETING LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00573-BLF |
| Plaintiff, | |
| vs. | |
| PAYPAL, INC and PAYPAL HOLDINGS, INC, | |
| Defendants. | |

I, Adam E. Polk, declare as follows:

1.      I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Motion for Consolidation of Actions and to Set Process for Appointment of Interim Class Counsel. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.      I have conferred with all known parties to this litigation in connection with this Motion, including Defendants. Counsel for Plaintiffs who have filed cases to date each agree that the above-captioned cases should be consolidated pursuant to Federal Rule of Civil Procedure Rule 42(a) and agree that the Court should set a process for appointment of interim class counsel under Rule 23(g). Counsel for Defendants do not oppose consolidation of the above-captioned cases and take no position on the appointment of interim class counsel.

DECLARATION OF ADAM E. POLK ISO PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true

2  and correct. Executed January 22, 2025 in San Francisco, California.

3

4                                                      /s/ Adam E. Polk
                                                       Adam E. Polk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ADAM E. POLK ISO PLAINTIFFS' UNOPPOSED JOINT MOTION FOR
CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM
CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF