|  |  |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company,<br><br>    Plaintiffs,<br>v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | Case No.: 5:24-cv-09470-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

(*Additional Captions on Following Pages*)

| | |
|---|---|
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>        Defendants. | Case No.: 5:24-cv-09510-BLF |
| GAMERSNEXUS LLC,<br><br>        Plaintiff,<br>  v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>        Defendant. | Case No.: 5:25-cv-00114-BLF |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>        Defendant. | Case No.: 5:25-cv-00124-BLF |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF

| | |
|---|---|
| SHONNA COLEMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>    Defendants. | Case No.: 5:25-cv-00367-BLF |
| JOSE MORAN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL INC. and PAYPAL HOLDINGS, INC.,<br><br>    Defendants. | Case No.: 5:25-cv-00476-BLF |
| LYON FITNESS, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation,<br><br>    Defendants. | Case No.: 5:25-cv-00501-BLF |

2
[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF

| | |
|---|---|
| EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | Case No.: 3:25-cv-00518-BLF |
| BREVARD MARKETING LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAYPAL, INC and PAYPAL HOLDINGS, INC,<br><br>Defendants. | Case No.: 5:25-cv-00573-BLF |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Unopposed Motion for Consolidation of Actions and to Set Process for Appointment of Interim Class Counsel, IT IS HEREBY ORDERED that the Motion is GRANTED as set forth below:

1. The Court hereby consolidates the following cases, as well as any future related actions: *Wendover, et al. v. PayPal Inc.*, No. 5:24-cv-09470-BLF (N.D. Cal.); *Silva v. Paypal Holdings, Inc., et al.*, No. 5:24-cv-09510-BLF (N.D. Cal.); *GamersNexus LLC v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114-BLF (N.D. Cal.); *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124-BLF (N.D. Cal.); *Coleman v. PayPal, Inc., et al.*, No. 5:25-cv-00367 (N.D. Cal.); *Moran v. Paypal, Inc., et al.*, No. 5:25-cv-00476-BLF (N.D. Cal.); *Lyon Fitness, LLC v. Paypal, Inc., et al.*, No. 5:25-cv-00501-BLF (N.D. Cal.); *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518-BLF (N.D. Cal.); and *Brevard Marketing LLC v. PayPal, Inc. et al.*, No. 5:2025-cv-00573-BLF (N.D. Cal.) (collectively, "Consolidated Actions").

2. The files of the Consolidated Actions shall be maintained under the Master File Case No. No. 5:24-cv-09470-BLF, the docket number assigned to the first-filed case, and be recaptioned under the title *In re Paypal Honey Browser Extension Litigation*.

3. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Actions shall be consolidated with the Consolidated Actions for pre-trial purposes. The parties shall file an administrative motion to consider whether the action is related pursuant to Civil Local Rules 3-12 and 7-11 and either a motion to consolidate or a stipulation whenever a case that should be consolidated with the Consolidated Actions is filed in, transferred to, or removed to this District.

4. If the Court determines that the case is related, the clerk shall:

   a. Place a copy of this Order in the separate file for such action;

   b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

   c. Direct that this Order be served upon Defendant(s) in the new case; and

   d. Make appropriate entry in the Consolidated Action's docket.

5. Plaintiffs' counsel may file any applications for the appointment of interim class counsel in the Consolidated Actions no later than fourteen (14) days after entry of this Order.

    a. Each attorney's individual or joint application shall not exceed ten (10) pages double-spaced addressing the factors set forth in Rule 23(g) and may attach or include a link to their firm resume(s).

    b. Counsel may file an optional two-page double-spaced response (including attachments), no later than five (5) business days from the filing deadline of the initial applications. No replies will be permitted.

6. Within 45 days of the Order appointing the interim lead counsel or other designated counsel in the Consolidated Actions, Plaintiffs shall file a Consolidated Complaint.

    a. Defendant will respond to the Consolidated Complaint within 45 days.

    b. If Defendant responds to the Consolidated Complaint by way of motion, Plaintiffs will have 40 days to oppose the motion, and Defendant will have 21 days to reply.

**IT IS SO ORDERED.**

Dated: _____

                                      Hon. Beth Labson Freeman
                                      United States District Judge

5

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CONSOLIDATION OF ACTIONS AND TO SET PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No.: 5:24-cv-09470-BLF