United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al., <br>  Plaintiffs, <br> v. <br> PAYPAL INC., <br>  Defendant. | Case No. 24-cv-09470-BLF |
| CAMERON KING, <br>  Plaintiff, <br> v. <br> PAYPAL HOLDINGS, INC., et al., <br>  Defendants. | Case No. 25-cv-00581-BLF |
| KARIN BAUER, et al., <br>  Plaintiffs, <br> v. <br> PAYPAL INC., et al., <br>  Defendants. | Case No. 25-cv-00580-BLF |
| BENJAMIN KAYNE, <br>  Plaintiff, <br> v. <br> PAYPAL HOLDINGS INC., et al., <br>  Defendants. | Case No. 25-cv-00668-BLF <br><br> **ORDER DIRECTING PARTIES TO RESPOND TO JOINT MOTION TO CONSOLIDATE CASES** <br><br> [Re: ECF 38] |

The Court has related *Silva v. PayPal*, No. 5:24-cv-09510-BLF (N.D. Cal.), *GamersNexus LLC v. PayPal Holdings, Inc.*, et al., No. 5:25-cv-00114-BLF (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124-BLF (N.D. Cal.), *Coleman v. PayPal Inc., et al.*, No. 5:25-cv-00367-BLF (N.D. Cal.), *Moran v. PayPal, Inc., et al.*, No. 5:25-cv-00476-BLF (N.D. Cal.), *Lyon Fitness v. PayPal, Inc., et al.*, No. 5:25-cv00501-BLF (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518-BLF (N.D. Cal.), *Brevard Marketing v. PayPal,et al., Inc.*, No. 5:25-cv-00573-BLF (N.D. Cal.),  *King v. PayPal Inc., et al.*, No. 5:25-cv-00581-BLF (N.D. Cal.), *Bauer v. PayPal Inc., et al.*, No. 5:25-cv-580-BLF (N.D. Cal.), and *Kayne v. PayPal Holdings Inc., et al.*, No. 5:25-cv-668-BLF (N.D. Cal.) to *Wendover Productions, LLC, et al. v. PayPal Inc.*, No. 5:24-cv-9470-BLF, (N.D. Cal.). and all cases are now assigned to the undersigned Judge. ECF 35, 39.

On January 22, 2025, the plaintiffs in *Silva v. PayPal*, No. 5:24-cv-09510-BLF (N.D. Cal.), *GamersNexus LLC v. PayPal Holdings, Inc.*, et al., No. 5:25-cv-00114-BLF (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124-BLF (N.D. Cal.), *Coleman v. PayPal Inc., et al.*, No. 5:25-cv-00367-BLF (N.D. Cal.), *Moran v. PayPal, Inc., et al.*, No. 5:25-cv-00476-BLF (N.D. Cal.), *Lyon Fitness v. PayPal, Inc., et al.*, No. 5:25-cv-00501-BLF (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518-BLF (N.D. Cal.), *Brevard Marketing v. PayPal,et al., Inc.*, No. 5:25-cv-00573-BLF (N.D. Cal.) and *Wendover Productions, LLC, et al. v. PayPal Inc.*, No. 5:24-cv-09470-BLF (N.D. Cal.) filed an unopposed Joint Motion for Consolidation of Actions and to Set Process for Appointment of Interim Class Counsel ("Joint Motion"). ECF 38. The Parties in *King v. PayPal Inc., et al.*, No. 5:25-cv-00581-BLF (N.D. Cal.), *Bauer v. PayPal Inc., et al.*, No. 5:25-cv-580-BLF (N.D. Cal.), and *Kayne v. PayPal Holdings Inc., et al.*, No. 5:25-cv-668-BLF (N.D. Cal.) SHALL file a response to the Joint Motion **on or before January 28, 2025**.

**IT IS SO ORDERED.**

Dated:  January 23, 2025

_____
BETH LABSON FREEMAN
United States District Judge