1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company | Case No.: 5:24-cv-9470-BLF |

11
12
13
14
15

**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

                             Plaintiffs,

16

    v.

17
18

PAYPAL, INC.,

19

                            Defendant.

20

VICTORIA WADE, *individually and on behalf of all others similarly situated*,

21

Case No.: 5:25-cv-00701-NC

22

                           Plaintiff,

23

    v.

24
25

PAYPAL, INC.,

26

                            Defendant.

27
28

1   This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to

2   Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

3   Upon consideration of the foregoing motion, the papers submitted in support, and good cause

4   appearing, the Court hereby GRANTS the motion.

5   IT IS SO ORDERED that *Wade v. Paypal, Inc.* No. 5:25-cv-00701 (N.D. Cal.) is related to

6   *Wendover, et al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the

7   undersigned Judge.

8

9   Dated: _____

10
                                    _____
                                    Hon. Beth Labson Freeman
11                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-9470-BLF