UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____,

Plaintiff(s),

v.

_____,

Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____.

| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
|---|---|
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF GOOD STANDING
## and
## STATEMENT OF DISCIPLINE

I, Daniel J. McCoy, Clerk of the United States District Court for the Western District of Louisiana, do hereby certify that

## TOM KHERKHER #40189

was duly admitted to practice as an attorney in this Court on October 12, 2023 and is currently in good standing in this Court. There have been no disciplinary actions nor are there any pending disciplinary actions with this Court.

THUS DONE AND SIGNED at Shreveport, Louisiana, on January 24, 2025.



Daniel J. McCoy
Clerk of Court

By:_____
Deputy Clerk

# CERTIFICATE OF SERVICE

I certify that on Wednesday, January 24, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – TOMMY KHERKHER** was served via CM/ECF to all participants of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

Adam E. Polk
Dena C. Sharp
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
dsharp@girardsharp.com
sgrille@girardsharp.com
3768906420@filings.docketbird.com
avongoetz@girardsharp.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
prugani@orrick.com

*Attorney for Defendant PayPal, Inc.*

Clement S. Roberts
**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

*Attorneys for Defendant PayPal, Inc.*

# CERTIFICATE OF SERVICE

      I certify that on Wednesday, January 24, 2025, a true and correct copy of the attached **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE – TOMMY KHERKHER** was served via *Electronic Mail* or *First Class Mail* to counsel of record, including the following participants:

Gary M. Klinger
Alexandra M. Honeycutt
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
[gklinger@milberg.com](mailto:gklinger@milberg.com)
[ahoneycutt@milberg.com](mailto:ahoneycutt@milberg.com)

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Thomas Eric Loeser
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
[tloeser@cpmlegal.com](mailto:tloeser@cpmlegal.com)

Karen B. Swope
Jacob M. Alhadeff
**COTCHETT PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
[kswope@cpmlegal.com](mailto:kswope@cpmlegal.com)
[jalhadeff@cpmlegal.com](mailto:jalhadeff@cpmlegal.com)

*Attorneys for Plaintiff GamersNexus, LLC*

Adam E. Polk

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
[jnelson@milberg.com](mailto:jnelson@milberg.com)

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Telephone: (619) 923-3939
[briano@dicellolevitt.com](mailto:briano@dicellolevitt.com)

Adam J. Levitt
Amy Keller
Daniel R. Schwartz
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
[alevitt@dicellolevitt.com](mailto:alevitt@dicellolevitt.com)
[akeller@dicellolevitt.com](mailto:akeller@dicellolevitt.com)
[dschwartz@dicellolevitt.com](mailto:dschwartz@dicellolevitt.com)
[julwick@dicellolevitt.com](mailto:julwick@dicellolevitt.com)

*Attorneys for Plaintiff Claudia Jayne Young*

Clement S. Roberts

# CERTIFICATE OF SERVICE

Paul F. Rugani
**ORRICK, HERRINGTON & SUTCLIFFE**
2050 Main Street Suite 1100
Irvine, CA 92614-8
Telephone: (949) 852-7765
prugani@orrick.com

**ORRICK, HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105-2669
415-773-5700
Fax: 415-773-5759
Email: croberts@orrick.com

*Attorney for Defendant PayPal, Inc.*

Connor Carroll
Richard Jacobsen
**ORRICK, HERRINGTON & SUTCLIFFE**
51 W 52nd Street
New York, NY 10019
212-506-3557
Email: ccarroll@orrick.com
212-506-5000
Email: rjacobsen@orrick.com

Geoffrey Gavin Moss
**ORRICK, HERRINGTON & SUTCLIFFE**
355 S. Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-612-2373
Fax: 213-612-2499
Email: gmoss@orrick.com

*Attorneys for Defendant PayPal, Inc.*


*/s/ John P. Kristensen*
John P. Kristensen