PAUL F. RUGANI
(SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

RICHARD A. JACOBSEN
(admitted pro hac vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

Attorneys for Defendant
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company,<br><br>    Plaintiffs,<br><br> v.<br><br>PAYPAL, INC.<br><br>    Defendant. | Case No.: 5:24-cv-9470-BLF<br><br>**DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES** |

| | |
|---|---|
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No.: 5:24-CV-09510-BLF |
| GamersNexus LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No.: 5:25-cv-00114-BLF |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00124-BLF |

- 2 -
DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES

| | |
|---|---|
| SHONNA COLEMAN, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>            Defendants. | Case No.: 5:25-cv-00367-BLF |
| JOSE MORAN, *individually and on behalf of others similarly situated*,<br><br>            Plaintiff,<br><br>   v.<br><br>PAYPAL INC. and PAYPAL HOLDINGS, INC.,<br><br>            Defendants. | Case No.: 5:25-cv-00476-BLF |
| LYON FITNESS, LLC, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation,<br><br>            Defendants. | Case No.: 5:25-cv-00501-BLF |

| | |
|---|---|
| EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>　　　　　　Defendants. | Case No.: 4:25-cv-00518-BLF |
| BREVARD MARKETING LLC, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYPAL, INC and PAYPAL HOLDINGS, INC,<br><br>　　　　　　Defendant. | Case No.: 5:25-cv-00573-BLF |
| CAMERON KING, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>　　　　　　Defendants. | Case No.: 5:25-cv-00581-BLF |

DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES

| | |
|---|---|
| KARIN BAUER, ANGELA STURGES, and CHRISTIE SHINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00580-BLF |
| BENJAMIN KAYNE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-00668-BLF |

The Court has related Silva v. PayPal, No. 5:24-cv-09510-BLF (N.D. Cal.), *GamersNexus LLC v. PayPal Holdings, Inc., et al.*, No. 5:25-cv-00114-BLF (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124-BLF (N.D. Cal.), *Coleman v. PayPal Inc., et al.*, No. 5:25-cv-00367-BLF (N.D. Cal.), Moran v. PayPal, Inc., et al., No. 5:25-cv-00476-BLF (N.D. Cal.), *Lyon Fitness v. PayPal, Inc., et al.*, No. 5:25-cv00501-BLF (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518-BLF (N.D. Cal.), *Brevard Marketing v. PayPal,et al., Inc.*, No. 5:25-cv-00573-BLF (N.D. Cal.), *King v. PayPal Inc., et al.*, No. 5:25-cv-00581-BLF (N.D. Cal.), Bauer v. PayPal Inc., et al.*, No. 5:25-cv-00580-BLF (N.D. Cal.), and *Kayne v. PayPal Holdings Inc., et al.*, No. 5:25-cv-00668-BLF (N.D. Cal.) to *Wendover Productions, LLC, et al. v. PayPal Inc.*, No. 5:24-cv-9470- BLF, (N.D. Cal.). and all cases are now assigned to Hon. Beth Labson Freeman.  ECF 35, 39.

On January 22, 2025, the plaintiffs in *Silva v. PayPal*, No. 5:24-cv-09510-BLF (N.D. Cal.), *GamersNexus LLC v. PayPal Holdings, Inc.*, et al., No. 5:25-cv-00114-BLF (N.D. Cal.), *Young v.*

- 5 -

DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES

*Paypal Inc.*, et al., No. 5:25-cv-00124-BLF (N.D. Cal.), *Coleman v. PayPal Inc. et al.*, No. 5:25-cv-00367-BLF (N.D. Cal.), *Moran v. PayPal, Inc., et al.*, No. 5:25-cv-00476-BLF (N.D. Cal.), Lyon Fitness v. PayPal, Inc., et al., No. 5:25-cv-00501-BLF (N.D. Cal.), *Oganesyan et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518-BLF (N.D. Cal.), *Brevard Marketing v. PayPal, Inc., et al.*, No. 5:25-cv-00573-BLF (N.D. Cal.), and *Wendover Productions, LLC, et al. v. PayPal Inc.*, No. 5:24-cv-09470-BLF (N.D. Cal.) filed an unopposed Joint Motion for Consolidation of Actions and to Set the Process for Appointment of Interim Class Counsel ("Joint Motion"). ECF 38.

Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") file this statement of non-opposition in response to the Joint Motion and the Court's January 23, 2025 order directing the parties in *King v. PayPal Inc., et al.*, No. 5:25-cv-00581-BLF (N.D. Cal.), *Bauer v. PayPal Inc., et al.*, No. 5:25-cv-580-BLF (N.D. Cal.), and *Kayne v. PayPal Holdings Inc., et al.*, No. 5:25-cv-668-BLF (N.D. Cal.) to file a response to the Joint Motion on or before January 28, 2025. *See* ECF 40. Defendants also do not oppose consolidating any future related actions filed in, removed to, or transferred to this Court, pursuant to Fed. R. Civ. P. 42(a) under the docket of the first-filed *Wendover* action, including two actions filed on January 24, 2025 captioned *Smith v. PayPal Holdings, Inc.*, No. 5:25-cv-00847 and *The Latina Tradwife, LLC v. PayPal Holdings, Inc., et.al.*, No. 5:25-cv-00850. Defendants reserve all rights, including the right to compel arbitration.

Dated: January 28, 2025                          Respectfully submitted,

                                              PAUL F. RUGANI
                                              RICHARD A. JACOBSEN
                                              Orrick, Herrington & Sutcliffe LLP

                                              By: */s/ Paul F. Rugani*
                                              PAUL F. RUGANI

                                              *Attorneys for Defendants*

DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES