Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*
*Eli Silva and Ashley Gardiner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL, INC., <br><br> Defendant. | Case No.: 5:24-cv-9470-BLF <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| Xavier Smith, <br><br> Plaintiff, <br><br> v. <br><br> PayPal Holdings, Inc., <br><br> Defendant. | Case No. 5:25-cv-00847-SVK |

| | |
|---|---|
| THE LATINA TRADWIFE, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.<br><br>Defendants. | Case No. 5:25-cv-00850-VKD |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California, Plaintiffs Eli Silva and Ashley Gardiner file this administrative motion to consider whether *Smith v. PayPal Holdings, Inc.,* No. 5:25-cv-00847 (N.D. Cal.) (the "Smith Action"), filed on January 24, 2025, and *The Latina Tradwife, LLC v. PayPal Holdings, Inc. and PayPal, Inc.*, No. 5:25-cv-00850 (N.D. Cal.) (the "Latina Tradwife Action"), filed on January 24, 2025, should be related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470 (N.D. Cal.) (the "Wendover Action"), filed on December 29, 2024. All parties have filed the Certification of Conflicts and Interested Entities or Persons required by Civil Local Rule 3-15.

Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The Smith, Latina Tradwife, and Wendover Actions name overlapping Defendants and include substantially similar factual allegations regarding PayPal's use of the Honey browser extension to allegedly misappropriate sales commissions that should be awarded to online marketers, including Plaintiffs and Class members.

The cases involve overlapping class definitions and bring claims for tortious interference, conversion, unjust enrichment, California's Unfair Competition Law, and injunctive relief. Thus, each action will require adjudication of the same or substantially similar questions of law and fact. Under

these circumstances, separate assignment of these actions would likely create a duplication of labor and expenses and potentially lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court find these actions to be related.

As indicated in the attached declaration, all Plaintiffs in the listed actions support this administration motion and Defendants do not oppose the requested relief.

Dated: January 28, 2025                               Respectfully submitted,

By: /s/ Adam E. Polk
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

*Attorneys for Plaintiffs Eli Silva and Ashley Gardiner*

- 3 -
UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
Case No.: 5:24-cv-9470-BLF

**ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: January 28, 2025            /s/ *Adam E. Polk*
                                   Adam E. Polk

- 4 -

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11
Case No.: 5:24-cv-9470-BLF