Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*
*Eli Silva and Ashley Gardiner*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL, INC., <br><br> Defendant. | Case No.: 5:24-cv-9470-BLF <br><br> **DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Xavier Smith, <br><br> Plaintiff, <br><br> v. <br><br> PayPal Holdings, Inc., <br><br> Defendant. | Case No. 5:25-cv-00847-SVK |

| | |
|---|---|
| THE LATINA TRADWIFE, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.<br><br>Defendants. | Case No. 5:25-cv-00850-VKD |

I, Adam E. Polk, declare as follows:

1. I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Administrative Motion to Consider whether cases should be related. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. A stipulation pursuant to Local Rule 7-11 for Plaintiffs' Administrative Motion to Relate could not be obtained because Defendants do not join in the motion.

3. I have conferred with all parties to this litigation in connection with this administrative motion to relate, including Defendants.  Counsel for Plaintiffs agree that the above-captioned cases are related under Civil Local Rule 3-12. Counsel for Defendants agree not to oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 28, 2025 in San Francisco, California.

*/s/ Adam E. Polk*
Adam E. Polk

- 2 -
DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-9470-BLF