1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>                    Plaintiffs,<br><br>       v.<br><br>PAYPAL, INC.,<br><br>                    Defendant. | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| Xavier Smith,<br><br>                    Plaintiff,<br><br>v.<br><br>PayPal Holdings, Inc.,<br><br>                    Defendant. | Case No. 5:25-cv-00847-SVK |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-9470-BLF

| | |
|---|---|
| THE LATINA TRADWIFE, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.<br><br>Defendants. | Case No. 5:25-cv-00850-VKD |

This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

IT IS SO ORDERED that *Smith v. PayPal Holdings, Inc.*, No. 5:25-cv-00847 (N.D. Cal.) and *The Latina Tradwife, LLC v. PayPal Holdings, Inc. and PayPal, Inc.*, No. 5:25-cv-00850 (N.D. Cal.) are related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the undersigned Judge.

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Judge