1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| 11 WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a 12 Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited 13 Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited 14 Liability Company | Case No.: 5:24-cv-9470-BLF **[PROPOSED]** **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

15

Plaintiffs,

16

v.

17

PAYPAL, INC.,

18

Defendant.

19

20  VICTORIA WADE, *individually and on behalf of*     Case No.: 5:25-cv-00701-NC
21  *all others similarly situated*,

22            Plaintiff,

23      v.

24  PAYPAL, INC.,

25            Defendant.

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No.: 5:24-cv-9470-BLF

1    This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to

2  Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

3    Upon consideration of the foregoing motion, the papers submitted in support, and good cause

4  appearing, the Court hereby GRANTS the motion.

5    IT IS SO ORDERED that *Wade v. Paypal, Inc.* No. 5:25-cv-00701 (N.D. Cal.) is related to

6  *Wendover, et al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the

7  undersigned Judge.

8

9  Dated: _January 28, 2025_
            _____

10                                                      _____
                                                        Hon. Beth Labson Freeman
11                                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    - 2 -
          [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
              MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
                           Case No.: 5:24-cv-9470-BLF