UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER L SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>            Defendant. | Case No.  25-cv-00847-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Beth Labson Freeman for consideration of whether the case is related to 24-cv-9470-BLF *Wendover Productions, LLC v. PayPal Inc.*

**SO ORDERED.**

Dated: January 28, 2025

SUSAN VAN KEULEN
United States Magistrate Judge