United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al.,<br>Plaintiffs,<br>v.<br>PAYPAL INC, et al.,<br>Defendants. | Case No. 24-cv-09470-BLF<br><br>**ORDER DENYING MOTION FOR PRO HAC VICE WITHOUT PREJUDICE**<br><br>[Re: ECF 61] |

The Motion for Leave to Appear Pro Hac Vice at ECF 61 was filed without completing all required fields. Thus, the motion is hereby DENIED without prejudice to re-filing with proper completion of the application.

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
BETH LABSON FREEMAN
United States District Judge