Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| EDDIE BLOTNICKI, MIESHA DOBBS, COURTNEY DORAN, JULES FLETCHER, CAROLYN JOHNSTON, ANGELA KACHONIK, LAUREN LEATHERMAN, AMY MALCOLM, TATIANA MARQUEZ, KARA MILLER, AND LEILANI SHIMODA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-01386-NC |

I, Adam E. Polk, declare as follows:

1. I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Administrative Motion to Consider whether cases should be related. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. A stipulation pursuant to Local Rule 7-11 for Plaintiffs' Administrative Motion to Relate could not be obtained because Defendants do not join in the motion.

3. I have conferred with all parties to this litigation in connection with this administrative motion to relate, including Defendants.  Counsel for Plaintiffs agree that the above-captioned cases are related under Civil Local Rule 3-12. Counsel for Defendants agree not to oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 11, 2025 in San Francisco, California.

*/s/ Adam E. Polk*
Adam E. Polk

- 1 -

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED