1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| EDDIE BLOTNICKI, MIESHA DOBBS, COURTNEY DORAN, JULES FLETCHER, CAROLYN JOHNSTON, ANGELA KACHONIK, LAUREN LEATHERMAN, AMY MALCOLM, TATIANA MARQUEZ, KARA MILLER, AND LEILANI SHIMODA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-01386-NC |

1    This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to
2    Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.
3    Upon consideration of the foregoing motion, the papers submitted in support, and good cause
4    appearing, the Court hereby GRANTS the motion.
5    IT IS SO ORDERED that *Blotnicki, et al. v. Paypal, Inc, et al.,* No. 5:25-cv-01386 (N.D. Cal.)
6    is related to *In Re Paypal Honey Browser Extension Litigation*, No. 5:24-cv-9470 (N.D. Cal.) and all
7    cases are now assigned to the undersigned Judge.

9    Dated: _____

_____
Hon. Beth Labson Freeman
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED