UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re PayPal Honey Browser Extension Litigation, | Case No. 5:24-cv-09470-BLF |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| , | |
| Defendant(s). | |

I, Scott George, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Brevard Marketing LLC in the above-entitled action. My local co-counsel in this case is Adam Polk, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 273000.

| 55 Challenger Rd 6th floor, Ridgefield Park, NJ 07660 | 601 California Street, Suite 1400 San Francisco, CA 94108 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 973-639-9100 | (415) 981-4800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sgeorge@seegerweiss.com | apolk@girardsharp.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4839502.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/11/2025

Scott George
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott George is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 11, 2025

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Scott Alan George

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 29, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on February 9, 2025.

*Robert D. Mayberger*

Clerk of the Court

CertID-00213658