AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

## CERTIFICATE OF GOOD STANDING

I, LeAnna R. Wilson, Clerk of the Eastern District of

Tennessee, certify that

# Alexandra M. Honeycutt,

was duly admitted to practice in this Court

on ___8-21-2023___ and is in good standing as a member

of the Bar of this Court.

Dated at ___Knoxville, TN___ on ___Wednesday February 12, 2025___ .



DEPUTY CLERK