Steven A. Schwartz (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bmm@chimicles.com*
*amk@chimicles.com*

James J. Rosemergy (*pro hac vice* forthcoming)
**CAREY, DANIS & LOWE**
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
*jrosemergy@careydanis.com*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No.: 5:24-cv-09470-BLF<br><br>**DECLARATION OF STEVEN A. SCHWARTZ IN SUPPORT OF PLAINTIFF VICTORIA WADE'S MOTION TO APPOINT CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP AS INTERIM CO-LEAD COUNSEL PURSUANT TO FRCP 23(g)** |

I, Steven A. Schwartz, declare as follows:

1.      I am a partner at Chimicles Schwartz Kriner & Donaldson-Smith LLP ("Chimicles Schwartz"), and one of the attorneys of record for Plaintiff Victoria Wade ("Plaintiff") in *Wade v. PayPal, Inc.*, No. 5:25-cv-701 (N.D. Cal. Jan. 21, 2025) ("*Wade*"). I submit this declaration in support of Plaintiff's Motion to Appoint Chimicles Schwartz Kriner & Donaldson-Smith LLP as Interim Co-Lead Counsel Pursuant to FRCP 23(g). I submit this declaration based on personal knowledge, and if called to do so, could testify to the matters contained herein.

2.      Plaintiffs in this consolidated action allege that they earn income through affiliate marketing and provides consumers with affiliate links that direct their followers to online retailers' goods or services. Plaintiffs then earn commissions on these sales. Plaintiffs allege that PayPal, through

its Honey shopping browser extension, secretly redirects the referral payments, taking the earnings for itself. Similar actions based on similar facts, have been filed against other companies.[1]

3.    Before filing *Wade* on January 21, 2025, Chimicles Schwartz, along with our co-counsel James Rosemergy of Carey, Danis & Lowe, interviewed potential class representatives and class members, researched content creators' and online marketers' complaints concerning PayPal and its Honey shopping browser, investigated the technical details of the complaints, researched publicly available sources concerning Defendant's knowledge, researched the law, and drafted a class action complaint.

4.    The Chimicles Schwartz firm is one of the nation's preeminent class action law firms, with an established track record over the past 30 years of achieving substantial, ground-breaking results for the classes they represent. Moreover, despite being based on the East Coast, Mr. Schwartz and Ms. McDonald have a decades-long extraordinary track record representing plaintiff classes in California federal and state courts, including before this Court. The relevant experience of the Chimicles Schwartz firm and its attorneys is contained in the firm resume attached hereto as Exhibit 1.

5.    The Chimicles Schwartz firm has self-funded resources to see this litigation through to its conclusion, including trial and does not and will not use litigation financing, which implicates potential conflicts of interest.

6.    If appointed, my partner Beena McDonald and I commit to make this case a priority and will *personally* commit the time and resources necessary to provide effective representation to the proposed class. Chimicles Schwartz has 14 attorneys, all of whom represent plaintiffs in complex litigation, as well as a full team of non-lawyer professionals. The Firm is fully committed to pursuing the best interests of Plaintiff and class members and will devote all the resources necessary to bring this matter to a successful conclusion.

---

[1]  See *In re Capital One Financial Corp. Affiliate Marketing Litig.*, No. 1:25-cv-00023-AJT-WBP (E.D. Va.) (13 cases) and *Boycat, Inc. v. Microsoft Corp.*, No. 2:25-cv-00088-BAT (W.D. Wash.) (motion for consolidation of 6 other cases).

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.
Executed on February 12, 2025, in Berwyn, Pennsylvania.

By:   /s/ *Steven A. Schwartz*
Steven A. Schwartz

# EXHIBIT 1



| | |
|---|---|
| **HAVERFORD** | 361 West Lancaster Avenue<br>Haverford, PA 19041<br>Voice: 610-642-8500<br>Toll Free: 866-399-2487<br>Fax:  610-649-3633 |
| **WILMINGTON** | 2711 Centerville Rd.<br>Suite 201<br>Wilmington, DE 19808<br>Voice: 302-656-2500<br>Fax: 302-656-9053 |

# Our Attorneys - Partners



## NICHOLAS E. CHIMICLES

Nicholas Chimicles is a partner in the Firm's Haverford office. He has been lead counsel and lead trial counsel in major complex litigation, antitrust, securities fraud and breach of fiduciary duty suits for over 30 years.

***Representative Cases:***

- *Kukornis v. Walmart Inc.,* Case No. 8:22-cv-02402 (M.D. Fla.). Mr. Chimicles together with partner Kimberly Donaldson-Smith litigated a consumer class action against Walmart involving claims of systemic overcharging for certain weighted goods and negotiated a $45 million settlement that has received nationwide media coverage. The settlement was given final approval in June 2024 by a federal judge in Tampa.

- *SEPTA v. Orrstown Financial Services, Inc.* (M.D. Pa.). Mr. Chimicles led our Firm's team, including partners Kimberly Donaldson-Smith and Timothy Mathews, in representing the lead plaintiff in a securities class action, that had a $15 million settlement approved in May 2023. That settlement, which included a monetary contribution from the defendant bank's former outside auditor, represented a significant percentage of the recoverable damages. The case is also noteworthy for spawning a landmark Third Circuit decision that upheld the district judge's granting a motion to amend the complaint to rejoin the outside auditor and other defendants years after their initial dismissal, one of several reasons the district court's settlement approval order commended our Firm for its "relentless" efforts in the more than decade-old case.

- In three related cases involving the collection of improperly imposed telephone utility users taxes, Mr. Chimicles was co-lead counsel representing taxpayers in the Superior Court in Los Angeles, resulting in the creation of settlement funds totaling more than $120 million. *Ardon v. City of Los Angeles* ($92.5 million)(2016); *McWilliams v. City of Long Beach* ($16.6 million)(2018); and *Granados v. County of Los Angeles* ($16.9 million)(2018). The suits were settled after the Supreme Court of California unanimously upheld the rights of taxpayers to file class action refund claims under the California Government Code.

- *W2007 Grace Acquisition I, Inc., Preferred Stockholder Litigation*, Civ. No. 2:13-cv-2777, involved various violations of contractual, fiduciary and corporate statutory duties by defendants who engaged in various related-party transactions, wrongfully with- held dividends and financial information, and failed to timely hold an annual preferred stockholder meeting. This litigation resulted in a swift settlement valued at over $76 million after ten months of hard-fought litigation.

- *Lockabey v. American Honda Motor Co.*, Case No. 37-2010-87755 (Superior Ct., San Diego). A settlement valued at over $170 million resolved a consumer action involving false advertising claims relating to the sale of Honda Civic Hybrid vehicles as well as claims relating to a software update to the integrated motor assist battery system of the HCH vehicles. As a lead counsel, Mr. Chimicles led a case that, in the court's view, was "difficult and risky" and provided "significant public value."

- *City of St. Clair Shores General Employees Retirement System, et al. v. Inland Western Retail Real Estate Trust, Inc.*, Case No. 07 C 6174 (N.D. Ill.). A $90 million settlement was reached in 2010 in this class action challenging the accuracy of a proxy statement that sought (and received) stockholder approval of the merger of an external advisor and property managers by a multi-billion dollar real estate investment trust, Inland Western Retail Real Estate Trust, Inc. The settlement provided that the owners of the advisor/property manager entities (who are also officers and/or directors of Inland Western) had to return nearly 25% of the Inland Western stock they received in the merger.

- *In re Real Estate Associates Limited Partnerships Litigation*, No. CV 98-7035 DDP, was tried in the federal district court in Los Angeles before the Honorable Dean D. Pregerson. Mr. Chimicles was lead trial counsel for the Class of investors in this six-week jury trial of a securities fraud/breach of fiduciary duty case that resulted in a $185 million verdict in late 2002 in favor of the Class (comprising investors in the eight REAL Partnerships) and against the REALs' managing general partner, National Partnership Investments Company ("NAPICO") and the four individual officers and directors of NAPICO. The verdict included an award of $92.5 million in punitive damages against NAPICO. This total verdict of $185 million was among the "Top 10 Verdicts of 2002," as reported by the National Law Journal (verdictsearch.com). On post-trial motions, the Court upheld in all respects the jury's verdict on liability, upheld in full the jury's award of $92.5 million in compensatory damages, upheld the Class's entitlement to punitive damages (but reduced those damages to $2.6 million based on the application of California law to NAPICO's financial condition), and awarded an additional $25 million in pre-judgment interest. Based on the Court's decisions on the post-trial motions, the judgment entered in favor of the Class on April 28, 2003 totaled over $120 million.

- *CNL Hotels & Resorts, Inc. Securities Litigation*, Case No. 6:04-cv-1231 (M.D. Fla., Orl. Div. 2006). The case settled Sections 11 and 12 claims for $35 million in cash and Section 14 proxy claims by substantially reducing the merger consideration by nearly $225 million (from $300 million to $73 million) that CNL paid for internalizing its advisor/manager.

- *Prudential Limited Partnerships Litigation*, MDL 1005 (S.D.N.Y.). Mr. Chimicles was a member of the Executive Committee in this case where the Class recovered from Prudential and other defendants $130 million in settlements, that were approved in 1995. The Class comprised limited partners in dozens of public limited partnerships that were marketed by Prudential.

- *PaineWebber Limited Partnerships Litigation*, 94 Civ. 8547 (S.D.N.Y.). Mr. Chimicles was Chairman of the Plaintiffs' Executive Committee representing limited partners who had invested in more than 65 limited partnerships that PaineWebber organized and/or marketed. The litigation was settled for a total of $200 million, comprising $125 million in cash and $75 million in additional benefits resulting from restructurings and fee concessions and waivers.

- *In Re Phoenix Leasing Incorporated Limited Partnership Litigation*, Superior Court of the State of California, County of Marin, Case No. 173739. In February 2002, the Superior Court of Marin County, California, approved the settlement of this case which involved five public partnerships sponsored by Phoenix Leasing Incorporated and its affiliates and resulting in entry of a judgment in favor of the class in the amount of $21 million.

- *In re the Mendik Real Estate Limited Partnership*, N.Y. Supreme Ct. No. 97-600185. Mr. Chimicles, as co-lead counsel, negotiated a settlement which provided for the prompt sale of more than $100 million of the partnership's real estate assets. Additionally, as co-lead counsel, Mr. Chimicles, together with partner Pamela Tikellis, negotiated the settlement of a suit filed against the general partners of Aetna Real Estate Associates, L.P., providing for the orderly liquidation of the more than $200 million in that partnership's real estate holdings, the reduction of general partner fees and the payment of a special cash distribution to the limited partners. (Aetna Real Estate Associates, L.P., Area GP Corporation and Aetna/Area Corporation, Delaware Chancery Court, New Castle County, Civil Action Nos. 15386-NC and 15393-NC).

- *Continental Illinois Corporation Securities Litigation*, Civil Action No. 82 C 4712 (N.D. Ill.) involving a twenty-week jury trial in which by Mr. Chimicles was lead trial counsel for the Class that concluded in July, 1987 (the Class ultimately recovered nearly $40 million).

*Practice Areas:*
  ○ Antitrust
  ○ Automobile Defects and False Advertising
  ○ Corporate Mismanagement & Shareholder Derivative Action
  ○ Defective Products and Consumer Protection
  ○ Mergers & Acquisitions
  ○ Non-Listed REITs
  ○ Other Complex Litigation
  ○ Securities Fraud

*Education:*

University of Virginia School of Law

University of Virginia Law Review; co-author of a course and study guide entitled "Student's Course Outline on Securities Regulation," published by the University of Virginia School of Law

University of Pennsylvania, B.A., 1970

*Admissions:*

Supreme Court of Pennsylvania
United States Supreme Court
Second Circuit Court of Appeals
Third Circuit Court of Appeals
Fourth Circuit Court of Appeals
Sixth Circuit Court of Appeals
Ninth Circuit Court of Appeals
Tenth Circuit Court of Appeals
Eleventh Circuit Court of Appeals
Court of Appeals for the D.C. Circuit
Eastern District of Pennsylvania
Eastern District of Michigan
Northern District of Illinois
District of Colorado
Eastern District of Wisconsin
Court of Federal Claims
Southern District of New York

*Honors:*

o  Recipient of the American Hellenic Institute's Heritage Achievement & National Public Service Award (2019)
o  Fellow of the American Bar Foundation (2017) -an honorary organization of lawyers, judges and scholars whose careers have demonstrated outstanding dedication to the welfare of their communities and to the highest principles of the legal profession.
o  Prestigious 2016 Thaddeus Stevens Award of the Public Interest Law Center (Philadelphia) in recognition of his leadership and service to this organization.
o  Ellis Island Medal of Honor in May 2004, in recognition of his professional achievements and history of charitable contributions to educational, cultural and religious organizations.
o  Pennsylvania and Philadelphia Super Lawyers, 2006-present
o  AV® rated by Martindale-Hubbell

*Memberships & Associations:*

o  Supreme Court of Pennsylvania Disciplinary Board Hearing Committee Member, 2008-2014.
o  Past President of the National Association of Securities and Commercial Law Attorneys based in Washington, D.C., 1999-2001
o  Chairman of the Public Affairs Committee of the American Hellenic Institute, Washington, D.C.
o  Member of the Boards of Directors of Opera Philadelphia, Pennsylvanians for Modern Courts, and the Public Interest Law Center of Philadelphia.

# Our Attorneys - Partners



## STEVEN A. SCHWARTZ

Steven Schwartz is a partner in the Firm's Haverford office. He has prosecuted complex class actions in a wide variety of contexts. Notably, Mr. Schwartz has been successful in obtaining several settlements and judgments where class members received a full recovery on their damages

***Representative Cases:***

- *In re Philips Recalled CPAP, Bi-Level PAP, And Mechanical Ventilator Products Litigation, MDL No. 3014 (W.D. Pa.).* The Court appointed Mr. Schwartz as Plaintiffs' Co-Lead Counsel in this multi district litigation alleging claims for economic losses, medical monitoring and personal injury in connection with Philips' recall of millions of CPAPs, BiPAPs and ventilators that contained polyester-based polyurethane foam that degrades into particles and emits volatile toxic compounds. The Court approved proposed class settlements of class members' economic loss and medical monitoring claims, and the parties reached a private settlement of personal injury claims that, collectively, will require the Philips defendants to pay approximately $1.7 billion to settle the Litigation.

- *Edward Asner v. SAG-AFTRA Health Fund*, No. 20-10914 (C.D. Cal.). Mr. Schwartz serves as Co-Lead Class Counsel in this ERISA case, which challenges the SAG-AFTRA Health Plan Trustees' decision to merge the SAG and AFTRA health plans, their related failures to implement the merger and properly manage the Plan's deteriorating financial condition, their imprudent negotiation of the 2019 and 2020 Commercials, Netflix and TV/Theatrical contracts, and the subsequent decision to eliminate health bene- fits for senior actors. The parties reached a proposed settlement for $20.6 million along with substantial non-monetary bene- fits. *See* https://youtu.be/4LgRxJnxl8o featuring prominent actors supporting the lawsuit.

- *In re Macbook Keyboard Litigation*, No. 5:18-cv-02813 -EJD (N. D. Cal.). Mr. Schwartz served as Co-Lead Class Counsel in this case alleging that the ultra-thin "butterfly keyboard in Apple MacBooks were defective. Shortly before trial, the case settled for $50 million. The settlement was recognized as the Number 1 Consumer Fraud Settlement in California for 2022 by TopVerdict.com.

- *Snitzer v. Board of Trustees of the American Federation of Musicians Pension Plan*, No. 1:17-cv-5361 (S.D.N.Y.). Mr. Schwartz served as Plaintiffs' Lead Counsel in this case which alleged that the Trustees of the AFM Pension Plan made a series of imprudent, overly-aggressive bets by investing an excessive percentage of plan assets in risky asset classes such ss emerging markets equities and private equity far beyond the percentage of such investment by other Taft-Hartley pension plans. The cases settled shortly before trial for $26.85 million plus substantial governance reforms including appointment of a Neutral In- dependent Fiduciary. The Trustee independent neutral trustee. The $26.85 million cash recovery represented the vast majority of provable damages that likely could have been won at trial and between about 65% to 75% of the Trustees' available insurance policy limits to pay any final judgment achieved through continued litigation.

- *In re Cigna-American Specialty Health Administrative Fee Litigation*, No. 2:16-cv-03967-NIQA (E. D. Pa.). Mr. Schwartz served as co-lead counsel in this national class action alleging that defendant Cigna and its subcontractor, ASH, violated the written terms of ERISA medical benefit by treating ASH's administrative fees as medical expenses to artificially inflate the amount of "benefits" owed by plans and the cost-sharing obligations of plan participants and beneficiaries. The Court approved the $8.25 million settlement in which class members were automatically mailed checks representing a full or near-full recovery of the actual amount they paid for the administrative fees. ECF 101 at 4, 23-24.

- *Rodman v. Safeway Inc.*, No. 11-3003-JST (N.D. Cal.). Mr. Schwartz served as Plaintiffs' Lead Trial Counsel and presented all of the district court and appellate arguments in this national class action regarding grocery delivery overcharges. He was successful in obtaining a national class certification and a series of summary judgment decisions as to liability and damages resulting in a $42 million judgment, which represents a full recovery of class members' damages plus interest. The $42 million judgment was entered shortly after a scheduled trial was postponed due to Safeway's discovery misconduct, which resulted in the district court imposing a $688,000 sanction against Safeway. The Ninth Circuit affirmed the $42 million judgment. 2017 U.S. App. LEXIS 14397 (9th Aug. 4, 2017).

- *In re Apple iPhone/iPod Warranty Litig.*, 3:10-1610-RS (N.D. Cal.). Mr. Schwartz served as co-lead counsel in this national class action in which Apple agreed to a $53 million non-reversionary, cash settlement to resolve claims that it had improperly denied warranty coverage for malfunctioning iPhones due to alleged liquid damage. Class members were automatically mailed settlement checks for more than 117% of the average replacement costs of their iPhones, net of attorneys' fees, which represented an average payment of about $241

- *In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, No. 06 C 7023, (N.D. Ill.) & Case 1:09-wp-65003-CAB (N. D. Ohio) (MDL No. 2001). Schwartz served as co-lead class counsel in this case which related to defective central control units ("CCUs") in front load washers manufactured by Whirlpool and sold by Sears. After extensive litigation, including two trips to the Seventh Circuit and a trip to the United States Supreme Court challenging the certification of the plaintiff class, he negotiated a settlement shortly before trial that the district court held, after a contested proceeding approval proceeding, provided a "full value, dollar-for-dollar recovery" that was "as good, if not a better, [a] recovery for Class Members than could have been achieved at trial." 2016 U.S. Dist. LEXIS 25290 at *35 (N.D. Ill. Feb. 29, 2016).

- *Chambers v. Whirlpool Corp., et al., Case No.*11-1773 FMO (C.D. Cal.). Mr. Schwartz served as co-lead counsel in this national class action involving alleged defects resulting in fires in Whirlpool, Kenmore, and KitchenAid dishwashers. The district court approved a settlement which he negotiated that provides wide-ranging relief to owners of approximately 24 million implicated dishwashers, including a full recovery of out-of-pocket damages for costs to repair or replace dishwashers that suffered Over- heating Events. In approving the settlement, Judge Olguin of the Central District of California described Mr. Schwartz as "among the most capable and experienced lawyers in the country in [consumer class actions]." 214 F. Supp. 3d 877, 902 (C.D. Cal. 2016).

- *Wong v. T-Mobile*,05-cv-73922-NGE-VMM (E.D. Mich.). In this billing overcharge case, Mr. Schwartz served as co-lead class counsel and negotiated a settlement where T-Mobile automatically mailed class members checks representing a 100% net recovery of the overcharges and with all counsel fees paid by T-Mobile in addition to the class members' 100% recovery.

- *In re Certainteed Corp. Roofing Shingle Products Liability Litig.*, No, 07-md-1817-LP (E.D. Pa.). In this MDL case related to defective roof shingles, Mr. Schwartz served as Chair of Plaintiffs' Discovery Committee and worked under the leadership of co-lead class counsel. The parties reached a settlement that provided class members with a substantial recovery of their out-of-pocket damages and that the district court valued at between $687 to $815 million.

- *Shared Medical Systems 1998 Incentive Compensation Plan Litig.*, Term 2003, No. 0885 (Phila. C.C.P.). In this case on behalf of Siemens employees, after securing national class certification and summary judgment as to liability, on the eve of trial, Mr. Schwartz negotiated a net recovery for class members of the full amount of the incentive compensation sought (over $10 mil- lion) plus counsel fees and expenses. At the final settlement approval hearing, Judge Bernstein remarked that the settlement "should restore anyone's faith in class action[s]. . . ." Mr. Schwartz served as co-lead counsel in this case and handled all of the arguments and court hearings.

- *In re Pennsylvania Baycol: Third-Party Payor Litig.*, Sept. Term 2001, No. 001874 (Phila. C.C.P.) ("Baycol"). Mr. Schwartz served as co-lead class counsel in this case brought by health and welfare funds and insurers to recover damages caused by Bayer's withdrawal of the cholesterol drug Baycol. After extensive litigation, the court certified a nationwide class and granted plaintiffs' motion for summary judgment as to liability, and on the eve of trial, he negotiated a settlement providing class members with a net recovery that approximated the maximum damages (including pre-judgment interest) that class members suffered. That settlement represented three times the net recovery of Bayer's voluntary claims process (which AETNA and CIGNA had negotiated and was accepted by many large insurers who opted out of the class

5

early in the litigation)

- *Wolens v. American Airlines, Inc*. Mr. Schwartz served as plaintiffs' co-lead counsel in this case involving American Airlines' retroactive increase in the number of frequent flyer miles needed to claim travel awards. In a landmark decision, the United States Supreme Court held that plaintiffs' claims were not preempted by the Federal Aviation Act. 513 U.S. 219 (1995). After eleven years of litigation, American Airlines agreed to provide class members with mileage certificates that approximated the full extent of their alleged damages, which the Court, with the assistance of a court-appointed expert and after a contested proceeding, valued at between $95.6 million and $141.6 million.

- *In Re ML Coin Fund Litigation*,(Superior Court of the State of California for the County of Los Angeles). Mr. Schwartz served as plaintiffs' co-lead counsel and successfully obtained a settlement from defendant Merrill Lynch in excess of $35 million on behalf of limited partners, which represented a 100% net recovery of their initial investments (at the time of the settlement the partnership assets were virtually worthless due to fraud committed by Merrill's co-general partner Bruce McNall, who was convicted of bank fraud).

- *Nelson v. Nationwide*, July Term 1997, No. 00453 (Phila. C.C.P.). Mr. Schwartz served as lead counsel on behalf of a certified class. After securing judgment as to liability in the trial court (34 Pa. D. & C. 4th 1 (1998)), and defeating Nationwide's Appeal be- fore the Pennsylvania Superior Court, 924 PHL 1998 (Dec. 2, 1998), he negotiated a settlement whereby Nationwide agreed to pay class members approximately 130% of their bills.

*Practice Areas:*
- Antitrust
- Corporate Mismanagement & Shareholder Derivative Action
- Defective Products and Consumer Protection
- Other Complex Litigation
- Securities Fraud

*Education:*

Duke University School of Law, J.D., 1987
Law & Contemporary Problems Journal, Senior Editor
University of Pennsylvania, B.A., 1984 - *cum laude*

*Admissions:*

Supreme Court of Pennsylvania
United States Supreme Court
Second Circuit Court of Appeals
Third Circuit Court of Appeals
Sixth Circuit Court of Appeals
Seventh Circuit Court of Appeals
Eighth Circuit Court of Appeals
Ninth Circuit Court of Appeals
Eastern District of Pennsylvania
Western District of Pennsylvania
Eastern District of Michigan

*Honors:*

National Trial Lawyers Top 100
AV® rated by Martindale-Hubbell
Pennsylvania Super Lawyers,2006-present
America's Top 100 High Stakes Litigator

# Our Attorneys - Partners



# ROBERT J. KRINER, JR.

Robert Kriner is a partner in the Firm's Wilmington office. He has prosecuted actions, including class and derivative actions, on behalf of stockholders, limited partners and other investors with claims relating to mergers and acquisitions, the enforcement of fiduciary duties, the election of directors, and the enforcement of statutory rights of investors such as the right to inspect books and records. Mr. Kriner has also successfully prosecuted claims on behalf of participants in pension and welfare plans under the Employee Retirement Income Security Act of 1974 ("ERISA"), asserting breaches of fiduciary duty by the plan trustees that injured the plans and participants.

***Representative Cases:***

- *Carlisle v. The Board of Trustees of the American Federation of the New York State Teamsters Conference Pension and Retirement Fund et al*, C.A. No 8:21-cv-00455. Mr. Kriner is currently prosecuting an ERISA action on behalf of the participants in the New York Teamsters Pension Plan, asserting breaches of fiduciary duty against the plan trustees.

- *Maggi v. International Travel Network, LLC*, C.A. No. 1:24-cv-00009-CFC, and a Bitcoin mining Ponzi scheme, *Dettmering et al v. VBit Technologies Corp*. et al, C.A. No.1:22-cv-01482. Mr. Kriner is currently prosecuting consumer claims in the United States District Court for the District of Delaware relating to travel insurance.

- *Piteira et al. v. Cody Kerns, et al.* C.A. No. 0390-MTZ. Mr. Kriner also is currently prosecuting a class action on behalf of limited partners of CDK Fund I, LP in the Delaware Court of Chancery, asserting that a purported hedge fund formed by Defend ant Cody Kerns solicited limited partner investments and operated the fund based on false representations and secret self-dealing, resulting in massive losses to the limited partners and unjust personal gains to Cody Kerns and his co-conspirators.

- Mr. Kriner is currently prosecuting a derivative action in the Delaware Court of Chancery against senior officers and directors of Blue Bell Creameries USA Inc., seeking to recover massive economic damages sustained by the company and its stockholders as a result of the company-wide Listeria contamination of the company's production facilities in 2015.

- *Edward Asner v. SAG-AFTRA Health Fund*, No. 20-101914 (resulting in a $20.6 million settlement for performers and actors affected by changes to health plan); *Snitzer v. Board of Trustees of the American Federation of Musicians Pension Plan*, No. 1:17-cv-5361 (resulting in a $26.85 million cash settlement along with substantial governance reforms).

- *Ninivaggi et al v. University of Delaware*, C.A. No. 1:20-cv-01478. Mr. Kriner has also successfully prosecuted claims on behalf of University of Delaware students who paid for but did not receive school services during the COVID-19 pandemic, resulting in a $6.3 million settlement that provided approximately $200 per student in direct cash payments.

- *Marchand v. Barnhill.* C.A. No. 0586-NAC. Mr. Kriner successfully obtained a full reversal of the Chancery Court's dismissal of the claims by the Delaware Supreme Court in a landmark ruling on *Caremark* fiduciary oversight claims under Delaware law. *Marchand v. Barnhill*, 212 A.3d 805 (Del. 2019). Following the reversal, a Special Litigation Committee of the Blue Bell Board took control of the claims, determined the claims should proceed and returned control of the case to the stockholder plaintiff. The trial is currently scheduled for November 2025 and will be the first trial of *Caremark* claims in the Delaware Chancery Court.

- *Sample v. Morgan*, C.A. No. 1214-VCS (obtaining full recovery for share- holders diluted by an issuance of stock to

management).

- *In re Genentech, Inc. Shareholders Litigation, Consolidated* C.A. No. 3911-VCS (leading to a nearly $4 billion increase in the price paid to the Genentech stockholders)

- *In re Kinder Morgan, Inc. Shareholders Litigation, Consolidated Case* No. 06-C-801 (action challenging the management led buyout of Kinder Morgan, settled for $200 million)

- *In re Bank of America Corporation Stockholder Derivative Litigation,* C.A. No. 4307-CS. (derivative action relating to BOA's acquisition of Merrill Lynch & Co. resulting in a settlement which included a $62.5 million payment to Bank of America)

- *In re Madison Square Garden Entertainment Corp. Stockholders Litigation, Consol.* C.A. No. 2021-0468-LWW (action challenging the acquisition of Dolan family-controlled MSG Networks Inc. by Dolan family-controlled Madison Square Garden Entertainment Corp., resulting in a $48.5 million cash settlement for the MSGN stockholder class)

- *In re FAST Acquisition Corp. Shareholders Litig.*, C.A. No. 2022-0702-PAF (Del. Ch.) (action challenging the winding down of FAST (action in- volving a special purpose acquisition company) and management's decision to retain for itself a termination fee received from a previously terminated business combination, which settled for $12.5 million in cash)

- *Fannin v. UMTH Land Development L.P., C.A. No. 12541-PAF* (derivative and direct claims for breaches of fiduciary duty, breaches of contract and unjust enrichment relating to self-dealing and misrepresentations by controllers of a limited partnership, resulting in settlement of $7 million monetary relief and substantial governance reforms).

**Practice Areas:**
- Corporate Mismanagement & Shareholder Derivative Action
- Mergers & Acquisitions
- Other Complex Litigation
- Securities Fraud

**Education:**
Delaware Law School of Widener University, J.D., 1988
University of Delaware, B.S. Chemistry, 1983

**Admissions:**
Supreme Court of Delaware
District of Delaware

**Memberships & Associations:**
Delaware State Bar Association

# Our Attorneys - Partners



## KIMBERLY DONALDSON-SMITH

Kimberly Donaldson Smith is a partner in the Firm's Haverford office. She has been counseling clients and prosecuting cases on complex issues involving securities, business transactions and other class actions for over two decades. She concentrates her practice in sophisticated consumer and securities class action litigation in federal courts throughout the country, and in shareholder derivative and direct actions brought under state fiduciary and corporate laws litigated in federal and state courts nationwide.

Notably, Ms. Donaldson-Smith was an integral member of the trial team that successfully litigated the *In re Real Estate Associates Limited Partnership Litigation*, No. CV 98-7035 DDP (CD. Cal.) through a six-week jury trial that resulted in a landmark $184 million plaintiffs' verdict, which is one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act of 1995. The Real Estate Associates judgment was settled for $83 million, which represented full recovery for the Class (and an amount in excess of the damages calculated by Plaintiffs' expert).

Ms. Donaldson-Smith is a Board Member (as of June 2024) of Pennsylvanians for Modern Courts (PMC). PMC, a nonpartisan nonprofit, works to educate all Pennsylvanians about our courts and how to navigate them with confidence, provide resources to make that possible for all residents of the Commonwealth, and advocate for judicial reforms that promote inclusion and access to justice. Currently a Keystone Member, for many years Ms. Donaldson-Smith served as an active member and Board member of The Saturday Club, a non-profit women's volunteer and philanthropic organization established in 1886, supporting and executing on the Club's mission of improving the lives of women, children and families in the greater Philadelphia region.

Since 2006, Ms. Donaldson-Smith has been recognized by Law & Politics and the publishers of Philadelphia Magazine as a Pennsylvania Super Lawyer or Rising Star, as listed in the Super Lawyers' publications.

***Representative Cases:***

- *Kukorinis v. Walmart Inc.,* Case No. 8:22-cv-02402-VMC (M.D. Fla.) On June 28, 2024, Judge Covington granted final approval of the proposed $45 million settlement of this consumer class action against Walmart involving allegations of systemic overcharging for certain weighted goods.

- *Hughes, et al. v. UGI Storage Company*, No. 0714-CV-2014 (Tioga Co., Pa.) Representing individual and a proposed class of property owners who allege that their subterranean oil and gas rights were subject to an unlawful taking by UGI, which operates several underground gas storage facilities in Tioga County, PA.

- *In re HomeAdvisor, Inc. Litigation*, Case No: 1:16-cv-01849-PAB-KLM (D. Colo.) Representing home service professionals who allege unfair and fraudulent business practices by Defendants in violation of the Lanham Act and various states' consumer protection and unfair competition laws.

- *Orrstown Financial Services, Inc., et al., Securities Litig.*, No. 12-cv-00793 (M.D. Pa.) $15 million settlement secured on behalf of Orrstown investors, which included a monetary contribution from the defendant bank's former outside auditor and represented a significant percentage of the shareholders recoverable damages. The case is also noteworthy for spawning a landmark Third Circuit decision that upheld the district judge's granting a motion to amend the complaint to rejoin the outside auditor and other defendants years after their initial dismissal, one of several reasons the district court's settlement approval order commended CSKD for its "relentless" efforts in the more than decade-old case.

- *Ferrer et al v. CareFirst, Inc., et al*, Case No. 16-cv-02162 (D.D.C.). Landmark action and settlement securing monetary recovery and reimbursements for lactation support and counseling services, an ACA-mandated preventive benefit.

- *Westmoreland County v. Inventure Foods*, No. CV2016-002718 (Super Ct. Ariz.) (Settlement achieved that recovered over 35% of investors' damages.

- *Milliken v. American Realty Capital Hospitality Advisors, LLC et al.,* Case No. 18-cv-1757 (U.S. District Court, S.D.N.Y). Derivative settlement of over $15 million.

- *Gamburg, et al., v. Hines Real Estate Investment Trust, Inc., et al.,* Case No. 24C16004496 (Cir. Ct. Baltimore City). Derivative and class settlement securing a cash payment representing recovery of over 20% of contested fees paid to affiliates.

- *Trumbo et al. v. The Inland Group, et al.* (Circuit Court of Cook County, IL Case No. 13-CH-07790). Derivative settlement of $11.1 million.

- *Roth v. The Phoenix Companies, Inc. and U.S. Bank National Association, in its capacity as Indenture Trustee, Index No. 650634/2016 (N.Y. Sup. Ct.)* Secured settlement on behalf of bondholders in connection with a 2015 going-private merger. Within seven days of the Firm filing a complaint seeking injunctive relief, the Firm secured material benefits for Bondholders, including, most significantly, ongoing access to material financial and corporate information which increased the value of the Bonds by $17.5 million and secured ongoing liquidity for the Bonds. In approving the settlement, the Court stated that "I think the plaintiffs were successful in getting everything they could have gotten .... I think it's a great settlement."

- *W2007 Grace Acquisition I, Inc., Preferred Stockholder Litigation,* Civ. No. 2:13-cv-2777 (W.D. Tenn.). Settled state law securities and common law claims against the company failing to provide preferred stockholders with critical financial information and liquidity after the company went private. After ten months of hard fought-litigation, the Firm secured a settlement, which was approved on December 4, 2015, that secured $76 million in cash consideration and liquidity for the preferred stockholders.

- *In re Empire State Realty Trust, Inc. Investor Litigation*, Case 650607/2012 (NY Supreme Court). Secured a $55,000,000 cash settlement fund and $100 million tax savings for the Empire investors.

- *CNL Hotels & Resorts Inc. Federal Securities Litigation*, Case No. 04-cv-1231 (M.D. Fla.). Secured a $35,000,000 cash settlement fund and a $225 million savings for the CNL shareholders.

- *Inland Western Retail Real Estate Trust, Inc., et al. Litigation*, Case 07 C 6174 (U.S.D.C. N.D. Ill). Secured a $90 million savings for the Inland shareholders subjected to a self-dealing transaction.

- *Wells REIT Securities Litigation*, Case 1:07-cv-00862/1:07-cv-02660 (U.S.D.C. N.D. GA). Secured a $7 million cash settlement fund for the Wells REIT investors.

- *In re DVI, Inc. Sec. Litig.*, 2:03-CV-05336-LDD (USDC E.D. Pa.). Secured a $23 million recovery from multiple defendants during the 10-year, hard-fought litigation.

- *Shelter Properties II Limited Partnership, National Property Investors III, US Realty Partners Limited Partnership, Shelter Properties IV Limited Partnership, Fox Strategic Housing Income Partners Investor Litigation*, Case Number: 2011CV5225 (Dist. Ct. CO) (Settlement of breach of fiduciary duty claims that substantially increased – on average, across the five partnerships, an in- crease in excess of 100% of - the Merger Consideration paid to the investors.)

***Practice Areas:***
  o   Corporate Mismanagement & Shareholder Derivative Action
  o   Securities Fraud

- o   Non-Listed REITs
- o   Mergers & Acquisitions

***Education:***

      Villanova University School of Law, J.D., 1999 – *cum laude*
      Boston University, B.A., Political Science, 1996

***Admissions:***

      Pennsylvania Supreme Court
      New Jersey Supreme Court
      Third Circuit Court of Appeals
      District of New Jersey
      Eastern District of Pennsylvania

***Memberships & Associations:***

      Pennsylvania Bar Association
      Vilanova Law School Alumni Association

***Honors:***

      Pennsylvania Super Lawyers: 2013 – Present
      Pennsylvania Rising Star, Super Lawyers: 2006 – 2012
      Sutton Who's Who in America

# Our Attorneys - Partners



## TIMOTHY N. MATHEWS

Timothy Mathews is a partner in the Firm's Haverford office. He has been described as "among the most capable and experienced lawyers in the country" in consumer class action litigation. *Chambers v. Whirlpool*, 214 F. Supp 3d 877 (C.D. Cal. 2016). He is also an experienced appellate attorney in the United States Courts of Appeals for the Third, Fourth, Ninth, and Eleventh Circuits, as well as the Supreme Court of California.

Mr. Mathews graduated from Rutgers School of Law-Camden with high honors, where he served as Lead Marketing Editor for the Rutgers Journal of Law & Religion, served as a teaching assistant for the Legal Research and Writing Program, received the 1L legal Writing Award, and received a Dean's Merit Scholarship and the Hamerling Merit Scholarship. He received his B.A. from Rutgers University-Camden in 2000 with highest honors, where he was inducted into the Athenaeum honor society.

Mr. Mathews also serves as Co-Chair of the Planning Commission for the township of Lower Merion. His pro bono work has included representation of the Holmesburg Fish and Game Protective Association in Philadelphia. He also served on the Amicus Committee for the National Association of Shareholder and Consumer Attorneys (NASCAT) for over ten years.

***Representative Cases:***

- S*EPTA v. Orrstown Financial Services, Inc., et al.* (M.D. Pa) - $15 million settlement in a securities fraud action after successfully briefing and arguing a landmark appeal in the United States Court of Appeals for the Third Circuit (*SEPTA v. Orrstown Fin. Servs*., 12 F.4th 337, 342 (3d Cir. 2021).

- *Suarez v. Nissan North America* (M.D. Tenn.) – over $50 million settlement providing reimbursements, free repairs, and extend- ed warranty for Nissan Altima headlamps.

- *Rodman v. Safeway, Inc.* (N.D. Cal.) – $42 million judgment against Safeway, Inc., representing 100% of damages plus interest for grocery delivery overcharges.

- *Ardon v. City of Los Angeles* (Superior Court, County of Los Angeles) – $92.5 million tax refund settlement with the City of Los Angeles after winning landmark decision in the Supreme Court of California securing the rights of taxpayers to file class-wide tax refund claims under the CA Government Code.

- *McWilliams v. City of Long Beach* (Superior Court, County of Los Angeles) - $16.6 million telephone tax refund settlement.

- *Granados v. County of Los Angeles* - $16.9 million telephone tax refund settlement.

- *In re 24 Hour Fitness Prepaid Memberships. Litig.* (N.D. Cal.) - Full-relief settlement providing over $8 million in refunds and an estimated minimum of $16 million in future rate reductions, for class of consumers who purchased prepaid gym memberships.

- *Chambers v. Whirlpool Corp.* (C.D. Cal.) – Settlement providing 100% of repair costs and other benefits for up to 24 million dish- washers that have an alleged propensity to catch fire due to a control board defect.

- *Livingston v. Trane U.S. Inc.* (D.N.J.) – multimillion-dollar settlement providing repair reimbursements, extended warranty cover- age, and free service for owners of defective air conditioners.

- *In re Apple iPhone Warranty Litig.* (N.D. Cal.) – $53 million settlement in case alleging improper iPhone warranty denials; class members received on average 118% of their damages.

- *In re Colonial Bancgroup, Inc.* – Settlements totaling $18.4 million for shareholders in securities lawsuit involving one of the largest U.S. bank failures of all time.

- *International Fibercom* (D. Ariz.) – Represented plaintiff in insurance coverage actions against D&O carriers arising out of securities fraud claims; achieved a near-full recovery for the plaintiff.

- *In re Mutual Funds Investment Litigation*, MDL 1586 (D. Md.) – Lead Fund Derivative Counsel in the multidistrict litigation arising out of the market timing and late trading scandal of 2003, which involved seventeen mutual fund families and hundreds of par- ties, and resulted in over $250 million in settlements.


***Practice Areas:***
- Antitrust
- Corporate Mismanagement
- Consumer Fraud & Deceptive Products
- Securities Fraud

***Education:***
Rutgers School of Law-Camden, J.D., 2003 - *with HighHonors*
Rutgers University-Camden, B.A., 2000 - *with HighestHonors*

***Admissions:***
Supreme Court of Pennsylvania
New Jersey Supreme Court
Eastern District of Pennsylvania
District of New Jersey
First Circuit Court of Appeals
Third Circuit Court of Appeals
Fourth Circuit Court of Appeals
Ninth Circuit Court of Appeals
Eleventh Circuit Court of Appeals

***Memberships & Associations:***
National Association of Shareholder and Consumer Attorneys (NASCAT) Amicus Committee Member
Rutgers Journal of Law & Religion – Lead Marketing Editor (2002-2003)

***Honors:***
Lawdragon 500 Leading Plaintiff Lawyer, 2019-2021
Super Lawyers, 2019-2023
Pennsylvania Super Lawyers Rising Star 2008, 2010, 2013-2014
Rutgers Law Legal Writing Award 2003

# Our Attorneys - Partners



## SCOTT M. TUCKER

Scott Tucker is a partner in the Firm's Wilmington office. Mr. Tucker is a member of the Firm's Mergers & Acquisitions and Corporate Mismanagement and Shareholder Derivative Action practice areas. Since joining the Firm, Mr. Tucker has participated in the prosecution of many successful actions led by the Firm.

Mr. Tucker is a Member of the Richard S. Rodney Inn of Court. While attending law school, Mr. Tucker was a member of the Securities Arbitration Clinic and received a Corporate Counsel Certificate from the Center for Law and Business Enterprise.

*Representative Cases:*

- *Marchand v. Barnhill* C.A. No. 0586-NAC, a derivative action in the Delaware Court of Chancery against senior officers and directors of Blue Bell Creameries USA Inc., seeking to recover the significant economic damages sustained by the Company and its stock- holders resulting from the Listeria contamination of the Company's production facilities in 2015.

- *Piteira et al. v. Cody Kerns, et al.* C.A. No. 0390-MTZ, a class action brought on behalf of limited partners of CDK Fund I, LP in the Delaware Court of Chancery, asserting that a purported hedge fund formed by Defendant Cody Kerns solicited limited partner in- vestments and operated the fund based on false representations and secret self- dealing, resulting in massive losses to the limited partners and unjust personal gains to Cody Kerns and his co-conspirators.

- *Maggi v. International Travel Network, LLC*, C.A. No. 1:24-cv-00009-CFC, a class action brought in the United States District Court for the District of Delaware asserting claims on behalf of purchasers of trip protection coverage from the International Travel Network dba ASAP Tickets who purchased trip coverage and were refused reimbursement for a covered cancellation.

- *Dettmering et al v. VBit Technologies Corp. et al,* C.A. No.1:22-cv-01482, a class action lawsuit filed in the United States District Court for the District of Delaware on behalf of investors who were misled into investing in a Bitcoin mining operation that turned out to be a Ponzi scheme.

- *Onusz v. West Realm Shires Inc.*, et al., No. 22-50513-JTD (Bankr. D. Del.), this FTX Adversary Class Action was brought on behalf of all FTX Customers that have been unable to withdraw, access or use their funds and digital assets held at FTX. The case stems  from the actions (or inactions) of a closely-knit group of young executives who ran FTX, once the second largest "cryptocurrency" exchange in the world, and who failed to implement the necessary safeguards to protect customer assets.

- *In re HomeAdvisor, Inc. Litigation*, Case No: 1:16-cv-01849-PAB-KLM (D. Colo.), representing home service professionals who allege unfair and fraudulent business practices by Defendants in violation of common law and various states' consumer protection and unfair competition laws.

- *In re FAST Acquisition Corp. Shareholders Litig.*, C.A. No. 2022-0702-PAF (Del. Ch.) (action challenging the winding down of FAST (a special purpose acquisition company ("SPAC")) and managements' decision to retain for itself a termination fee received from a previously terminated business combination. The action settled for $12.5 million in cash)

- *In re Madison Square Garden Entertainment Corp. Stockholders Litigation*, Consol. C.A. No. 2021-0468-LWW (Del. Ch.) (action challenging a related party transaction between MSG Networks Inc. and Madison Square Garden Entertainment

Corp., which settled for $48.5 million in cash)

- *In re Sanchez Derivative Litigation*, C.A. No. 9132-VCG (Del. Ch.) (action challenging a related party transaction between Sanchez Energy Inc. and Sanchez Resources, LLC a privately held company, which settled for roughly $30 million in cash and assets)

- *City of Roseville Employees' Retirement System, et al. v. Ellison, et al.*, C.A. No. 6900-VCP (Del. Ch.) (action challenging the acquisition by Oracle Corporation of Pillar Data Systems, Inc., a company majority-owned and controlled by Larry Ellison, the Chief Executive Officer and controlling shareholder of Oracle, which led to a settlement valued at $440 million, one of the larger derivative settlements in the history of the Court of Chancery challenging a related party transaction between MSG Networks Inc. and Madison Square Garden Entertainment Corp., which settled for $48.5 million in cash).

- *In re Sanchez Derivative Litigation*, C.A. No. 9132-VCG (Del. Ch.) (action challenging a related party transaction between Sanchez Energy Inc. and Sanchez Resources, LLC a privately held company, which settled for roughly $30 million in cash and assets).

- *City of Roseville Employees' Retirement System, et al. v. Ellison, et al.*, C.A. No. 6900-VCP (Del. Ch.) (action challenging the acquisition by Oracle Corporation of Pillar Data Systems, Inc., a company majority- owned and controlled by Larry Ellison, the Chief Executive Officer and controlling shareholder of Oracle, which led to a settlement valued at $440 million, one of the larger derivative settlements in the history of the Court of Chancery.

- *In re Genentech, Inc. Shareholder Litigation*, C.A. No. 3911-VCS (Del. Ch.) (action challenging the attempt by Genentech's con- trolling stockholder to take Genentech private which resulted in a $4 billion increase in the offer).

- *In re J.Crew Group, Inc., Shareholders Litigation* C.A. No. 6043-CS (Del. Ch.) (action that challenged the fairness of a going private acquisition of J.Crew by TPG and members of J.Crew's management which resulted in a settlement fund of $16 million and structural changes to the go-shop process, including an extension of the go-shop process, elimination of the buyer's informational and matching rights and requirement that the transaction be approved by a majority of the unaffiliated shareholders).

- *In re Kinder Morgan, Inc. Shareholders Litigation*, Consol. C.A. No. 06-C-801 (Kan.) (action challenging the management led buy-out of Kinder Morgan Inc., which settled for $200 million).

**Practice Areas:**
- Corporate Mismanagement & Shareholder Derivative Action
- Mergers & Acquisitions

**Education:**
SUNY Cortland, B.S., 2002, *cum laude*
Syracuse University College of Law, 2006, J.D., *cum laude*
Whitman School of Management at Syracuse University, 2006, M.B.A

**Admissions:**
Supreme Court of Delaware
Supreme Court of Connecticut
District of Colorado
District of Delaware
Third Circuit Court of Appeals

**Honors:**
Named a 2016, 2017, 2018, and 2019 Delaware "Rising Star"
Hubbell-Distinguished rated
Secretary of the Board of Bar Examiners of the Supreme Court of the State of Delaware, 2015–2017

Asst. Secretary of the Board of Bar Examiners of the Supreme Court of the State of Delaware, 2013-2015
Associate Member of the Board of Bar Examiners of the Supreme Court of the State of Delaware, 2010-2013
Member, Richard S. Rodney Inn of Court

# Our Attorneys - Partners



## BEENA M. MCDONALD

Beena Mallya McDonald is Partner in the Firm's Haverford office. She brings more than 20 years of litigation experience as a federal and state trial attorney, having first-chaired numerous civil and criminal jury trials, hundreds of bench trials, and innumerable arbitrations, motions, and depositions. She has also successfully argued before the Judicial Panel on Multidistrict Litigation for centralization of large-scale nationwide class actions.

Ms. McDonald focuses her practice on a complex litigation including consumer protection, data privacy and security, ERISA, and securities fraud cases. She manages cases that demand significant motion practice, massive e-discovery, and numerous depositions of Fortune 500 corporate 30(b)(6) witnesses and fiduciaries, product design and development engineers, marketing heads, investment company executives, and liability and damages experts. She also serves as part of the firm's Client Business Development group, responsible for overseeing client portfolio monitoring, evaluation, and litigation, and maintaining client relationships.

Prior to joining the Firm, Ms. McDonald served as a Special Assistant United States Attorney with the U.S. Attorney's Office for the Southern District of California, where she prosecuted high stakes federal corruption, firearms, drug importation, and illegal immigration cases. Upon initially receiving her law degree, she rose through the ranks to become a senior attorney at the Defender Association of Philadelphia. She also served as Lead Counsel in cases throughout the Philadelphia area while in-house at Allstate Insurance Company. Her extensive trial experience is also bolstered by her business management experience working for a Fortune 200 company, allowing her to bring this business acumen to her current practice representing defrauded consumers and investors.

Ms. McDonald has been recognized as a Super Lawyer and is called upon and known for her trial skills and mentorship in trial academy pro- grams. Specifically, Ms. McDonald is a Diverse Leaders' Academy Appointee ('22-'24) for the American Bar Association's Litigation Section, and is a Co-Chair for the 2026 Litigation Section Annual Conference. She is also a Co-Chair of the ABA Litigation Section's Diverse Trial Lawyer Academy having co-created and co-led a 3-day trial program in Philadelphia, PA, in conjunction with Temple University Beasley School of Law. Ms. McDonald also serves as faculty for the Philadelphia Bar Association's Young Trial Lawyers' Academy. She also serves in leadership roles in the Sedona Conference and the Philadelphia Chapter of the South Asian Bar Association. Importantly, Ms. McDonald especially strives to mentor attorneys new to the practice of law, especially young women, to ensure they are guided and supported through the large, complex litigations that are part of her practice.

As the daughter of Indian parents who immigrated to this country 60 years ago, Ms. McDonald is the first born in her family in the United States and the first attorney in her family. She is a proud, single Mom to twin teenage boys, and while not working, is often seen on the sidelines as a soccer, lacrosse and basketball Mom.

**Representative Cases:**

- *In re Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation* (MDL No. 3014) (W.D. Pa.). Ms. McDonald successfully argued before the Judicial Panel on Multidistrict Litigation for centralization of more than 100 class action and per- sonal injury cases to the Western District of Pennsylvania, arising out of Philips' recall of certain

Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices, due to the potential that its polyester-based polyurethane (PE-PUR) sound abatement foam may degrade into particles or off-gas volatile organic com- pounds that may then be ingested or inhaled by the user, causing injury The Court granted final approval of a settlement of economic loss claims that require the Philips defendants to pay over $479 million to class members. In addition, CSKD and the other Co-Lead Counsel reached a $1.1 billion proposed settlement for the personal injury and medical monitoring claims.

- *Woodall v. Octapharma Plasma, Inc.*, No. 3:24-cv-424 (W.D.N.C.). Ms. McDonald was appointed to the Executive Committee in this data breach litigation alleging that a targeted cyberattack and data breach occurred on April 17, 2024, caused by Octapharma Plasma, Inc.'s inadequately protected computer systems, which resulted in unauthorized access to the personally-identifiable ("PII") and protected health information ("PHI") of thousands of individuals.

- *C.K. v. Ann & Robert H. Lurie Children's Hospital of Chicago*, No. 3:24-cv-424 (N.D. Ill.) Ms. McDonald has moved to be appointed to the Executive Committee in this data breach litigation alleging the theft and sale by a cybercrime group of highly confidential children's hospital records including, among other things, medical condition, diagnosis and treatment records, belonging to approximately 800,000 victims.

- *In re Chevy Bolt EV Battery Litigation*, No. 2:21-cv-13256-TGB-CI (E.D. Mich.). Ms. McDonald argued before the Judicial Panel on Multidistrict Litigation, that was ultimately centralized in the Eastern District of Michigan, in this class action against General Motors LLC and various LG entities alleging that the Chevy Bolt EV is defective, causing its electric battery to overheat when charged to full or nearly full capacity, which has resulted in devastating fires and created an unreasonable safety risk to these vehicle owners. The operative complaint covers all Model Year 2020 – 2022 Chevy Bolts EVs and asserts that the defendants, as claimed by both GM and LG, were "strategic partners" in researching, developing, and manufacturing the Bolt EV and its critical components, including the defective electric battery cells and pack.

- *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.). Ms. McDonald was vital to the CSKD Co-Lead team in this class action lawsuit alleging that smartphones manufactured by Google and Huawei contain defects that cause the phones to "bootloop" and experience sudden battery drain; after overcoming a motion to dismiss, a $9.75 million settlement was reached, which Judge Beth Labson Freeman described as "substantial" and an "excellent resolution of the case."

- *Weeks v. Google LLC*, No. 5:18-cv-00801-NC (N.D. Cal.). Ms. McDonald played a pivotal role in the CSKD Co-Lead team in this consumer class action against Google relating to Pixel smartphones, alleging that Google sold these phones with a known microphone defect; after defeating a motion to dismiss, a $7.25 million settlement was reached, which Magistrate Judge Nathanael M. Cousins described as being an "excellent result."

- *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415- CMA (D. Colo.). Ms. McDonald was part of the CSKD Co-Lead team in this class action relating to a data breach suffered by Chipotle that allegedly exposed consumers' payment card data to hackers, in which a $1.6 million settlement was reached.

- *Christofferson v. Creation Entertainment, Inc.*, No. 19STCV11000 (Sup. Ct. CA). Ms. McDonald was instrumental to the CSKD Co-Lead team in this class action relating to a data breach suffered by Creation Entertainment that allegedly exposed consumers' payment card data to hackers, in which a $950,000 settlement was reached.

- *Turner v. Sony Interactive Entertainment LLC*, No. 4:21-cv-02454-DMR (N.D. Cal.) Ms. McDonald was part of the CSKD Co-Lead team in this class action lawsuit alleging that Sony's PlayStation 5 DualSense Controller suffers from a "drift defect" that results in character or gameplay moving on the screen with- out user command or manual operation of the controller thereby compromising its core functionality.

- *Davis v. Washington University*, No. 4:17-cv-01641-RLW (E.D. Missouri). Ms. McDonald was vital to the CSKD Co-Lead team in this ERISA class action lawsuit alleging breach of fiduciary duties in managing the Washington University in St.

Louis Retirement Plan – one of the largest university retirement plans in the country with $5.8 billion in assets and more than 27,000 participants – causing it to incur unreasonable and excessive record- keeping fees; Judge White approved a $7.5 million settlement on behalf of the class.

- *Spitzley v. Mercedes-Benz U.S. Int'l, Inc.*, 7:21-cv-00074-RDP (N.D. Ala.). Ms. McDonald was part of the CSKD Co-Lead team in this ERISA class action lawsuit alleging breach of fiduciary duties in managing the Mercedes-Benz International Retirement and Savings Plan – a $934 million plan with more than 4,400 participants – causing it to incur unreasonable and excessive fees for retirement plan services.

- *Mator v. Wesco Distribution, Inc.*, No. 2:21-cv-00403-MJH (W.D. Pa.). Ms. McDonald was instrumental to the CSKD Co-Lead team in this ERISA class action lawsuit alleging breach of fiduciary du- ties by imprudently allowing the Wesco Distribution, Inc. Retirement Savings Plan – a $837 million plan with more than 8,200 participants – to pay unreasonable recordkeeping and administrative expenses and retain higher-cost share classes of funds when lower-cost funds were available.

- *Hummel v. East Penn Mfg. Co., Inc.*, No. 5:21-cv-01652 (E.D. Pa.). Ms. McDonald was an integral part of the CSKD Co-Lead team in this ERISA class action lawsuit alleging breach of fiduciary duties in managing the East Penn Manufacturing Co., Inc. Profit Sharing & 401(k) Savings Plan – with $279 million in assets and over 10,000 participants – by imprudently failing to monitor recordkeeping fees and determine the reasonableness of those fees.

- *Cunningham v. USI Ins. Services LLC*, No. 7:21-cv-01819-NSR (S.D.N.Y.). Ms. McDonald is vital to the CSKD Co-Lead team in this ERISA class action lawsuit alleging breach of fiduciary duties in managing the USI 401(k) Plan – a $848 million plan with over 9,800 participants – by paying unreasonable and excessive retirement plan services fees.

- *Westmoreland County v. Inventure Foods*, No. CV2016-002718 (Super Ct. Ariz.). Ms. McDonald was part of the CSKD Co-Lead team in this state securities shareholder class action filed against Inventure Foods, Inc., after identifying that the company's stock price had suffered a precipitous decline due to troubles at a manufacturing facility, including a major food recall. After mediation, a preliminary settlement was reached that recovers over 35% of damages for investors.

- *Orrstown Financial Services, Inc., et al., Securities Litig.*, No. 12-cv-00793 (USDC M.D. Pa.). Ms. McDonald was part of the CSKD Co-Lead team in this federal securities class action lawsuit by large transportation authority institutional investor client, named sole lead plaintiff, challenging false and misleading statements made by Orrstown to investors about its internal controls and financial condition; the court has preliminarily approved a $15 million settlement.

*Practice Areas:*
- o  Consumer Protection and Defective Products
- o  Data Breach and Data Privacy
- o  ERISA
- o  Corporate Mismanagement and Shareholder Derivative Action
- o  Other Complex Litigation

*Education:*
Widener University Delaware Law School, J.D., 1998
Pennsylvania State University, B.A., English, 1995

*Admissions:*
Pennsylvania
District of Columbia
Third Circuit Court of Appeals
Eastern District of Pennsylvania
Western District of Pennsylvania
Middle District of Pennsylvania
Eastern District of Michigan

***Memberships & Associations:***
      The Sedona Conference, Working Group 1
            Drafting Committee on Discovery in Multidistrict Litigation
            Speaker: *WG1 Drafting Committee on Unique eDiscovery Challenges in Multidistrict Litigation*
      American Bar Association
            Co-Chair, 2026 Section Annual Conference
            Co-Chair, Diverse Trial Lawyers Academy
            Co-Chair, Virtual Programming Board
            Diverse Leaders Academy 2022-2024
            Class and Derivative Suits Committee
      American Association of Justice
      Philadelphia Bar Association
            Federal Courts Committee
            Women in the Profession Committee
      South Asian Bar Association

***Speaking Engagements:***
      The Sedona Conference, *WG1 Drafting Committee on Unique eDiscovery Challenges in Multidistrict Litigation*
      ABA Litigation Section Annual 2023, *The Great Tuna Debate*
      CLEF Annual 2023*, What's New in Defendants' Playbook*

# Our Attorneys – Of Counsel



## ANTHONY ALLEN GEYELIN

Anthony Geyelin is Of Counsel in the Firm's Haverford office where, since 2001, he has used his extensive private and public sector corporate and regulatory experience to assist the firm in the effective representation of its many clients. Tony has previously worked as an associate in the business department of a major Philadelphia law firm; served as Chief Counsel and then Acting Insurance Commissioner with the Pennsylvania Insurance Department in Harrisburg; and represented publicly traded insurance companies based in Pennsylvania and Georgia as their senior vice president, general counsel and corporate secretary.

Tony has represented the firm's clients in multiple significant litigations, including the DynCorp False Claim Act, Home Advisor, Orrstown, Anadarko (Chesapeake Energy), Ford Sync, Whirlpool Fire, Clear Channel, Carrier Air Conditioner, Cipro Antitrust, Phoenix Leasing and Reliance Insurance Company Insolvency Matters.

Outside of the office Tony's pro bono, professional and charitable activities have included volunteering as a Federal Public Defender; serving as a member and officer of White-Williams Scholars, the Schuylkill Canal Association, and the First Monday Business Club of Philadelphia organizations; and as a member of the National Association of Insurance Commissioners and the Radnor Township (PA) Planning Commission.

**Practice Areas:**
- Antitrust
- Automotive Defects and False Advertising
- Consumer Fraud and Defective Products
- Other Complex Litigation

**Education:**
> Villanova University School of Law, J.D. - *cum laude*
>> *Villanova Law Review*, Associate Editor
>> *Villanova Moot Court Board*
>> Obert Corporation Law Prize
> University of Virginia, B.A., English literature

**Admissions:**
> Supreme Court of Pennsylvania
> Eastern District of Pennsylvania
> Federal Circuit

# Our Attorneys – Of Counsel



## ALISON GABE GUSHUE

Alison Gushue is Of-Counsel in the Firm's Haverford Office. Her practice is devoted to litigation, with an emphasis on consumer fraud, securities, and derivative cases. Ms. Gushue also provides assistance to the Firm's Institutional Client Services Group.

Prior to joining the firm, Ms. Gushue was counsel to the Pennsylvania Securities Commission in the Division of Corporation Finance. In this capacity, she was responsible for reviewing securities registration filings for compliance with state securities laws and for working with issuers and issuers' counsel to bring noncompliant filings into compliance.

Ms. Gushue has also provided pro bono legal services to nonprofit organizations in Philadelphia such as the Philadelphia Bankruptcy Assistance Project, the Public Interest Law Center of Philadelphia, and the Community Legal Services of Philadelphia.

*Representative Cases:*

- *Lockabey et al. v. American Honda Motor Co., Inc.*, Case No. 37-2010-00087755-CU-BT (San Diego Super. Ct.) (settlement valued by court at $170 million for a class of 460,000 purchasers and lessees of Honda Civic Hybrids to resolve claims that the vehicle was advertised with fuel economy representations it could not achieve under real-world driving conditions, and that a software update to the IMA system further decreased fuel economy and performance).

- *In re DVI Inc. Securities Litigation*, Case No. 2:03-cv-05336-LDD (over $17m in settlements recovered for the shareholder class in lawsuit alleging that the company's officers and directors, in conjunction with its external auditors and outside counsel, violated the federal securities laws).

- *In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.,* No. 06-cv-7023 (N.D. Ill.) & Case No. 09-wp-65003-CAB (N.D. Ohio) (MDL No. 2001) (settlement providing a "full-value, dollar-for-dollar recovery" that was "as good, if not a better, recovery for Class Members than could have been achieved at trial" in a lawsuit relating to defective central control units in front-load washers manufactured by Whirlpool and sold by Sears.) 2016 U.S. Dist. LEXIS 20290 at *35 (N.D. Ill. Feb. 29, 2016).

- *Orrstown Financial Services, Inc., et al., Securities Litig.,* No. 12-cv-00793 (M.D. Pa.) (federal securities lawsuit challenging false and misleading statements made by Orrstown Bank to investors about its internal controls and financial condition).

*Practice Areas:*
- Automotive Defects and False Advertising
- Consumer Fraud and Defective Products
- Other Complex Litigation
- Securities Fraud

*Education:*
Villanova University School of Law, J.D., 2006
    Villanova Environmental Law Journal – managing editor of student works (2006), staff writer (2005)

University of California, Los Angeles, B.A., 2003 – *cum laude*

***Admissions:***

Supreme Court of Pennsylvania
New Jersey Supreme Court
Eastern District of Pennsylvania
District of New Jersey
District of Colorado

***Memberships & Associations:***

Philadelphia Bar Association

***Honors:***

Pennsylvania Super Lawyers 2019-present
Pennsylvania Super Lawyers Rising Star 2013-2016

# Our Attorneys – Of Counsel



# GARRETT W. WOTKYNS

Garrett Wotkyns is Of-Counsel at the Firm's Scottsdale, AZ office. He has litigated complex class actions, opt-out cases for corporate plaintiffs and commercial arbitrations across a variety of contexts.

### Representative Cases:

- *Metropolitan Bank Group Inc. v. SunTrust Robinson Humphrey:* originated and led opt-out FINRA action representing regional bank against its broker-dealer concerning brokered sale of noncumulative Lehman preferred bonds; settled for confidential amount.

- *Diebold v. Northern Trust and Louisiana Firefighters' Retirement System (LFRS) v. Northern Trust*: originated and helped lead two companion class actions, one on behalf of ERISA-governed retirement plans and investors, and the other on behalf of public employee plans and investors and other non-ERISA investors, alleging that defendants Northern Trust Investments and the Northern Trust Company breached their fiduciary duties to plaintiffs by imprudently investing Plaintiffs' retirement savings in connection with Northern Trust's securities lending program. A combined settlement of $60 million dollars was achieved.

- *In Re JPMorgan Stable Value Fund ERISA Litigation*: originated and helped lead ERISA class action on behalf of class of retirement investors in JPMorgan's Stable Value Fund. The case concerned the performance of several JPMorgan stable value funds that held mortgage-backed securities during the financial crisis. A settlement of $75 million was achieved.

- *Baylor College of Medicine v. Citigroup*: originated and helped lead opt-out FINRA action representing medical college against its broker-dealer concerning LIBOR-pegged interest rate swaps and auction rate bond issuances; settled for confidential amount.

- *Conlon v. Northern Trust*: originated and helped lead ERISA class action on behalf of class of retirement investors concerning alleged self-dealing and disloyalty in selection of target date funds for use in Defendants' employee 401(k) plan. A settlement of $6.9 million was achieved.

### Education:
University of Chicago Law School, Chicago, IL; J.D., June 1999
    Staff member, University of Chicago Law Review; "Streetlaw" volunteer teacher
Rice University, Houston TX, B.A., *magna cum laude,* in History and English, May 1996
    President's Honor Roll; Phi Beta Kappa

### Speaking Engagements:
Cambridge Institute, 10th Annual Antitrust Litigation Forum, 2019
American Conference Institute, 16th National Forum on ERISA Litigation, 2018
American Conference Institute, 15th National Forum on ERISA Litigation, 2017
Cambridge Institute, 8th Annual Antitrust Litigation Forum, 2017
Bridgeport CLE, Consumer Class Action Litigation Conference, 2017
State Bar of Arizona, Annual Convention, 2017
Bridgeport CLE, Consumer Class Action Litigation Conference, 2016

Practicing Law Institute, 17th Annual Consumer Financial Services Institute, 2012
Practicing Law Institute, 16th Annual Consumer Financial Services Institute, 2011

**Publications:**

"Bank Lawsuits Against Securities Broker-Dealers and the 'Sophisticated Investor' Defense," The Arizona Banker, 2011
"Silvas and Subprime Class Actions: Another Brick in the Federal Preemption Wall," ABA Class Action and Derivative Suit News- letter, 2008

# Our Attorneys – Associates



# ZACHARY P. BEATTY

Zachary Beatty is an associate in the Firm's Haverford office. He focuses his practice on complex litigation including securities fraud, shareholder derivative suits, and consumer protection class actions.

Mr. Beatty received his law degree from Michigan State University College of Law in 2017. While in law school, he served as a managing editor for the Michigan State Law Review. His law school career was marked by several academic honors including earning Jurisprudence Awards for receiving the highest grades in his Corporate Finance, Business Enterprises, Constitutional Law II, and Advocacy classes. Mr. Beatty clerked for a small central Pennsylvania law firm and clerked for the Honorable Carol K. McGinley in the Lehigh County Court of Common Pleas. He also clerked for the Firm's Haverford office. He graduated from York College of Pennsylvania where he majored in history.

**Representative Cases:**

- *Oddo v. Arcoaire Air Conditioning & Heating*, No. 8:15-cv-01985-CAS-E (C.D. Cal.) (consumer class action against Carrier Corpo- ration arising out of the sale of air conditioners that contained an unapproved rust inhibitor in the compressor, which causes widespread failures of thermostatic expansion valves. The plaintiffs allege that the unapproved rust inhibitor was present in virtually all Carrier-manufactured air conditioners from December 2013 through August 2014),

- *Livingston v. Trane U.S. Inc.*, No. 2:17-cv-06480-ES-MAH (D.N.J.) (consumer class action against Trane U.S. Inc. arising out of the sale of air conditioners that contained an unapproved rust inhibitor in the compressor, which causes widespread failures of thermostatic expansion valves).

- *In re MyFord Touch Consumer Litig.*, No. C-13-3072 EMC (N.D. Cal.) (consumer class action against Ford alleging flaws, bugs, and failures in certain Ford automobile infotainment systems. CSK&D is co-lead counsel in this certified class action).

- *Weeks v. Google LLC*, No. 5:18-cv-00801-NC (N.D. Cal.) (consumer class action against Google relating to Pixel smartphones alleging that Google sold these phones with a known defect).

- *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.) (class action lawsuit alleging that smartphones manufactured by Google and Huawei contain defects that cause the phones to "bootloop" and experience sudden battery drain; CSK&D has been appointed interim co-lead class counsel.

- *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415- CMA (D. Colo.) (class action relating to a data breach suffered by Chipotle that allegedly exposed consumers' payment card data to hackers, in which case CSK&D has been appointed interim co- lead counsel).

- *Chambers v. Whirlpool Corp.*, No. 11-1773-0FMO (C.D. Cal.) (a national class action involving alleged defects resulting in fires in Whirlpool, Kenmore, and KitchenAid dishwashers. The district court approved a settlement which he negotiated that provides wide-ranging relief to owners of approximately 24 million implicated dishwashers, including a full recovery of out-of-pocket damages for costs to repair or replace dishwashers that suffered Overheating Events).

***Practice Areas:***
- o   Defective Products and Consumer Protection
- o   Corporate Mismanagement & Shareholder Derivative Action
- o   Other Complex Litigation
- o   Securities Fraud

***Education:***

Michigan State University College of Law, J.D., 2017 summa cum laude

Michigan State Law Review – managing editor (2016-2017), staff editor (2015-2016)

York College of Pennsylvania, B.A. *magna cum laude*, 2013

***Admissions:***

Supreme Court of Pennsylvania

Eastern District of Pennsylvania

United States Court of Appeals for the Ninth Circuit

***Honors:***

2019-2021 Rising Star, Pennsylvania Super Lawyers

# Our Attorneys – Associates



## ALEX M. KASHURBA

Alex Kashurba is an associate in the Firm's Haverford office. He focuses his practice on complex litigation including securities, consumer protection, and data privacy class actions.

Mr. Kashurba received his law degree from the University of Michigan Law School. While in law school, he interned for the United States Attorney's Office for the Eastern District of Pennsylvania as well as the Office of General Counsel for the United States House of Representatives. Prior to joining the Firm, Mr. Kashurba served as a law clerk in the United States District Court for the Western District of Pennsylvania, including for the Honorable Kim R. Gibson and the Honorable Nora Barry Fischer. Mr. Kashurba graduated from The College of William & Mary where he majored in Government.

***Representative Cases:***

- *In re Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation* (MDL No. 3014) (W.D. Pa.) (MDL of more than 100 class action and personal injury cases consolidated in the Western District of Pennsylvania, arising out of Philips' recall of certain Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices, due to the potential that its polyester-based polyurethane (PE-PUR) sound abatement foam may degrade into particles or off-gas volatile organic compounds that may then be ingested or inhaled by the user, causing injury) The Court granted final approval of a settlement of economic loss claims that require the Philips defendants to pay over $479 million to class members. In addition, CSKD and the other Co-Lead Counsel reached a $1.1 billion proposed settlement for the personal injury and medical monitoring claims).

- *Suarez v. Nissan North America*, No. 3:21-cv-00393 (M.D. Tenn.) (appointed lead class counsel in a consumer class action alleging defective headlamps in Nissan Altima vehicles, a settlement valued at over $50 million that provided reimbursements, free repairs, and an extended warranty received final approval from the Court).

- *Udeen, et al. v. Subaru of America, Inc.*, No. 1:18-cv-17334-RBK-JS (D.N.J.) (final approval granted of a settlement valued at $6.25 million in this consumer class action involving defective infotainment systems in certain Subaru automobiles).

- *In re: MacBook Keyboard Litig.*, No: 5:18-cv-02813-EJD (N.D. Cal.) (class action lawsuit alleging that Apple sold 2015 and later MacBook and 2016 and later MacBook Pro laptops with a known defect plaguing the butterfly keyboards, and allowing dust and other debris to disrupt keyboard use; CSK&D is appointed interim co-lead counsel).

- *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.)(final approval of a $9.75 million settlement granted in this class action lawsuit which alleged that Google smartphones contained a defect that caused "bootlooping" and sudden battery drain; CSK&D served as co-lead class counsel).

- *Weeks, et al. v. Google LLC*, 5:18-cv-00801-NC (N.D. Cal.) (final approval of a $7.25 million settlement granted in this consumer class action alleging that Google sold first-generation Pixel smartphones with a known microphone defect; CSK&DS was appoint- ed co-lead class counsel).

- *Gordon, et al. v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415-CMA (D. Colo.) (final approval granted in class action relating to a data breach that allegedly exposed consumers' payment card data to hackers; CSK&D served as co-lead class counsel).

***Practice Areas:***
  - Consumer Protection and Defective Products
  - Data Breach and Data Privacy
  - Securities Fraud
  - Other Complex Litigation

***Education:***
University of Michigan Law School, J.D. cum laude, 2014
The College of William & Mary, B.A. cum laude, 2011

***Admissions:***
Supreme Court of Pennsylvania
New Jersey Supreme Court
Western District of Pennsylvania
Eastern District of Pennsylvania
Middle District of Pennsylvania
District of New Jersey
Central District of Illinois
Eastern District of Michigan
District of Colorado

***Memberships & Associations:***
Rising Star, Pennsylvania Super Lawyers, 2021 - 2022

# Our Attorneys – Associates



## JULIANA DEL PESCO

Juliana Del Pesco is an associate in the Firm's Delaware office. She focuses her practice on corporate and fiduciary duty litigation.

Ms. Del Pesco received her LL.M. degree from the University of Pennsylvania Carey Law School in 2018. While in law school, she served as an interpreter at the Transnational Legal Clinic. Ms. Del Pesco also has a JD equivalent from the Universidade Presbiteriana Mackenzie, Brazil, in 2009. Prior to joining the firm she worked at one of Brazil's most prestigious firms, where she represented clients in complex litigation cases and cases involving contract disputes, class action lawsuits, consumer law, product liability, and environmental law. She also provided legal opinions addressing the applicability of Brazilian law to foreign clients.

**Practice Areas:**
- o  Corporate Mismanagement & Shareholder Derivative Action
- o  Mergers & Acquisitions
- o  Securities Fraud
- o  Other Complex Litigation

**Education:**
University of Pennsylvania Carey Law School, LL.M., 2018
Pontificia Universidade Catolica, Sao Paulo, Brazil, Specialization in Contract Law, 2011
Universidade Presbiteriana Mackenzie, Brazil, JD equivalent, 2009

**Admissions:**
Supreme Court of Pennsylvania
Brazil, Sao Paolo

# Our Attorneys – Associates



## MARISSA N. PEMBROKE

Marissa Pembroke is an associate in the Firm's Haverford Office. She focuses her practice on representing consumers in class actions for claims involving false advertising, consumer fraud, and defective products.

Ms. Pembroke received her law degree from Rutgers University School of Law – Camden. During law school, she was a mediator and helped settle disputes between landlords and tenants in Camden County. Ms. Pembroke was also an advocate for domestic abuse victims and helped victims obtain restraining orders. She clerked for a small law firm in South Jersey where she advised municipalities on various zoning and employment matters. Ms. Pembroke also clerked for a boutique firm in Philadelphia that specializes in business litigation.

During her last year at law school, Ms. Pembroke was an editor for the Journal of Law and Religion. Her article was selected for publication in 2021. She received her undergraduate degree from Jefferson University in 2016.

As a Philadelphia native, Marissa enjoys exploring the Philadelphia area's food scene and attending sporting events. She also spends her spare time exercising and traveling..

*Representative Cases:*

- *In re Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation* (MDL No. 3014) (W.D. Pa.) (MDL of more than 100 class action and personal injury cases consolidated in the Western District of Pennsylvania, arising out of Philips' recall of certain Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices, due to the potential that its polyester-based polyurethane (PE-PUR) sound abatement foam may degrade into particles or off-gas volatile organic compounds that may then be ingested or inhaled by the user, causing injury).

*Practice Areas:*
- o  Consumer Protection and Consumer Fraud
- o  Data Breach and Data Privacy
- o  Other Complex Litigation

*Education:*
Rutgers Law School, J.D., 2021
Thomas Jefferson University, 2016

*Admissions:*
**Supreme Court of** Pennsylvania
Eastern District of Pennsylvania
Middle District of Pennsylvania

*Honors:*
2025 Rising Star, Pennsylvania Super Lawyers