| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No.: 5:24-cv-09470-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPOINT CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP AS INTERIM CO-LEAD COUNSEL PURSUANT TO FRCP 23(g)** |

The Court, having reviewed Plaintiff Victoria Wade's Motion to Appoint Chimicles Schwartz Kriner & Donaldson-Smith LLP as Interim Co-Lead Counsel Pursuant to FRCP 23(g), and for good cause shown, GRANTS the motion and ORDERS as follows:

Pursuant to Fed R. Civ. P. 23(g), Chimicles Schwartz Kriner & Donaldson-Smith LLP is appointed as Interim Co-Lead Counsel, along with _____, to act on behalf of the proposed class in the consolidated case, and in any additional cases that might be consolidated herewith. Interim Co-Lead Counsel will have sole authority over all matters concerning the prosecution of the case on behalf of the plaintiffs and the proposed class in the consolidated case, including: (a) coordinating all proceedings, including preparing, structuring, and presenting pretrial and other case management orders; (b) convening meetings of counsel; (c) communicating with defense counsel; (d) the initiation, response, scheduling, briefing and argument of all motions; (e) the scope, order and

conduct of all discovery proceedings; (f) assigning non-duplicative work to be performed by other plaintiffs' counsel as appropriate; (g) retaining experts; (h) appearing on behalf of the plaintiffs at all court conferences, hearings, and trial; (i) the timing and substance of any settlement negotiations and settlement; and (j) allocating any attorneys' fees awarded by the Court among the various counsel doing work on the case.

**IT IS SO ORDERED.**

Dated:

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE