1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL** |
|---|---|

Upon Consideration of Plaintiffs Eli Silva, Ashley Gardiner, Jose Moran, and GamersNexus, LLC's Motion for Appointment of Interim Class Counsel, the Court **GRANTS** the motion and **HEREBY ORDERS** as follows:

**Appointment of Co-Lead Counsel**

1. Girard Sharp LLP; Lieff Cabraser Heimann & Bernstein, LLP; and Cotchett Pitre & McCarthy LLP are appointed Co-Lead Counsel and, together with the members of the Plaintiffs' Executive Committee, shall serve as Interim Class Counsel in this consolidated action pursuant to Federal Rule of Civil Procedure 23(g).

2. Consistent with the Manual for Complex Litigation, Fourth, §§ 10.221 and 40.22, Co-Lead Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in the consolidated action:

    a. directing, coordinating, and supervising the prosecution of Plaintiffs' claims;

    b. preparing, structuring, and presenting pretrial and other case management orders;

    c. convening meetings of counsel;

    d. communicating with defense counsel;

    e. initiating, responding to, scheduling, briefing, and arguing all motions;

    f. appearing at all hearings and conferences regarding the case;

    g. determining the scope, order, and conduct of all discovery;

    h. assigning work to Plaintiffs' counsel in this action, as necessary and appropriate;

    i. retaining experts;

    j. conducting settlement negotiations on behalf of named Plaintiffs and the class;

    k. entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

    l. collecting and reviewing time and expense records from Plaintiffs' counsel on a regular basis, as provided in the Timekeeping Protocol attached as Exhibit A to this Order or as otherwise ordered by the Court;

   m. coordinating activities to avoid duplication and inefficiency in the filing, serving, and implementation of pleadings, other court papers, discovery papers, and discovery practice, and generally in the litigation;

   n. coordinating discovery and briefing; and

   o. performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court.

**Appointment of Plaintiffs' Executive Committee**

3. The Court appoints a Plaintiffs' Executive Committee consisting of Berger Montague PC, Cohen Milstein Sellers & Toll PLLC, DiCello Levitt LLP, Ellzey Kherkher Sanford Montgomery, LLP, Hausfeld LLP, Keller Rohrback LLP, Milberg Coleman Bryson Phillips Grossman PLLC, Seeger Weiss LLP, and Stueve Siegel Hanson LLP.

4. Plaintiffs' Executive Committee members will work with Co-Lead Counsel to ensure that work is completed efficiently and without duplication, and in accordance with the Timekeeping Protocol attached as Exhibit A to this Order.

5. The Court may amend or expand the Plaintiffs' Executive Committee upon request from Co-Lead Counsel or on the Court's own motion, if and as circumstances warrant.

**Additional Matters**

6. The Court approves the Timekeeping Protocol to be followed by all counsel for plaintiffs, attached as Exhibit A to this Order.

7. Any discussions of a settlement of this litigation or any part thereof shall be conducted by Co-Lead Counsel in coordination with Settlement Liaison Counsel.

8. This Order shall apply to any action filed in, transferred to, or removed to this Court, which relates to the subject matter at issue in this case. All other plaintiffs' counsel who are or may become involved in this litigation are prohibited from taking any action on behalf of the putative class without advance authorization from Co-Lead Counsel, except for an application to modify or be relieved from this Order. Co-Lead Counsel shall serve a copy of this Order on counsel for Plaintiffs in any related action not yet consolidated.

9. Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Beth Labson Freeman
United States District Court Judge