Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
Joy D. Merklen (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100

*Counsel for Plaintiff*
*The Latina Tradwife, LLC*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No.: 5:24-cv-9470-BLF<br><br>**STUEVE SIEGEL HANSON LLP'S JOINDER IN MOTION OF ELI SILVA, ET AL. TO APPOINT CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Date: May 29, 2025<br>Courtroom: 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman |

# NOTICE OF MOTION AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 29, 2025, in Courtroom 3, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, Plaintiff Latina Tradwife, LLC will and hereby does (1) join the motion of Eli Silva, et al. to appoint Interim Lead Counsel and (2) move this Court, pursuant to its Order of January 29, 2025 (ECF No. 49) and Federal Rule of Civil Procedure 23(g), to appoint Stueve Siegel Hanson LLP to the Plaintiffs' Executive Committee.

This Motion is based on this Notice of Motion and Motion; the firm resume attached hereto as Exhibit A; the Motion of Eli Silva, et al. to Appoint Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein LLP, and Cotchett Pitre & McCarthy LLP as Interim Co-Lead Counsel and to Appoint an Executive Committee; any response papers filed in further support of the Motion; all documents on file in the above-captioned action and in related actions; the arguments presented by counsel at the hearing on this Motion; and any other matter the Court may wish to consider.

DATED: February 12, 2025                    Respectfully submitted,

By: /s/ *Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
Joy D. Merklen (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
merklen@stuevesiegel.com

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to this Court's January 29, 2025 Order (ECF No. 49), and Federal Rule of Civil Procedure 23(g), Stueve Siegel Hanson LLP respectfully submits this application to be appointed as a member of the Plaintiffs' Executive Committee. The firm and its lawyers have decades of experience serving as lead counsel in major class actions and commercial litigation, including many cases involving complex data and technological issues. Stueve Siegel Hanson has worked cooperatively with nearly all of plaintiffs' counsel involved in this matter, and it is well suited to serve on the Plaintiffs' Executive Committee as proposed by the *Silva* plaintiffs and their counsel.

Rule 23(g) provides that in appointing interim class counsel, the Court must consider counsel's work in identifying or investigating the claims, counsel's relevant experience and knowledge of the law, and counsel's resources. Fed. R. Civ. P. 23(g)(1)(A)(i)–(iv), (3). Stueve Siegel Hanson readily meets these criteria, as shown below and in the resume of the firm and pertinent lawyers attached as **Exhibit A**.

**A.     Professional Experience and Legal Knowledge in This Type of Litigation**

Stueve Siegel Hanson has devoted much of its practice to leading complex litigation involving emerging technologies, novel legal theories, and complex damages analyses. Many of these cases resulted in groundbreaking settlements. For example, the firm represented consumers as Co-Lead Counsel in securing the $1.5 billion settlement (including $505 million in available cash) in *In re: Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 1:17-md-02800-TWT (N.D. Ga.) (Hon. Thomas W. Thrash, Jr.); the $350 million settlement in *In re T-Mobile Customer Data Security Breach Litigation*, MDL No. 4:21-md-03019-BCW (W.D. Mo.) (Hon. Brian C. Wimes); and the $190 million settlement in *In re: Capital One Consumer Data Security Breach Litigation*, MDL No. 1:19-md-2915 (E.D. Va.) (Hon. Anthony J. Trenga).

As to the specific technical issues presented in the litigation now before this Court, Stueve Siegel Hanson has been at the forefront of pursuing novel claims against companies engaging in predatory practices related to internet browser technologies. For example, the firm is currently litigating claims against a marketing company that partnered with thousands of retailers to surreptitiously monitor the browsing activities of millions of consumers. In that case, we

1

successfully stated claims for wiretapping, worked with experts to technically establish how the illicit tracking occurred, and prepared a pending motion for class certification. *See McClung v. AddShopper, Inc.*, No. 23-cv-1996, 2024 WL 189006, at *1 (N.D. Cal. Jan. 17, 2024) (Hon. Vince Chhabria) (recognizing that "[m]isappropriating a person's browsing activity across a network of thousands of online retailers and using it to barrage that person's devices with unwanted email communications (particularly without giving the person a way to put a stop to the communications) is the type of intrusion on privacy and seclusion that can be vindicated in the federal courts"). Also in this district, the firm serves as lead counsel in *Lundy v. Meta Platforms, Inc.*, No. 3:18-cv-6793 (N.D. Cal.) (Hon. James Donato) (involving Facebook's collection of location data from users), and *In re 23andMe, Inc., Customer Data Security Breach Litigation*, No. 3:24-md-3098 (N.D. Cal.) (Hon. Edward M. Chen) (involving breach of genetic information and other sensitive personal data).

The Stueve Siegel Hanson team seeking leadership here—including Norman Siegel, Barrett Vahle, and Joy Merklen—will draw on that experience to effectively and efficiently represent the plaintiffs in this case. In addition to leading the *Equifax*, *T-Mobile*, and *Capital One* MDLs, Norman Siegel recently completed leading a series of cases against insurers for improperly calculating the cost of insurance charge on variable life insurance policies, resulting in separate settlements against State Farm, USAA, Lincoln National, and John Hancock totaling over $725 million. The State Farm settlement was reached only after Mr. Siegel tried a certified class case before a jury, which resulted in a $40 million verdict. *Vogt v. State Farm Life Ins. Co.*, No. 16-cv-4170 (W.D. Mo. 2018). This is one of *seven* certified class actions the firm has successfully tried to verdict in recent years, which demonstrates the firm's willingness to "go the distance" when early resolution cannot be achieved. Mr. Siegel currently serves as MDL Co-Lead Counsel in *In re: Consumer Vehicle Driving Data Collection*, MDL No. 1:24-md-3115 (Hon. Thomas W. Thrash, Jr.), involving General Motors' collection and sale of On-Star driving data. This experience is particularly relevant to the sophisticated expert analysis of large datasets that likely will be part of this case.

If appointed to the Plaintiffs' Executive Committee, as proposed by the *Silva* plaintiffs, Barrett Vahle will lead Stueve Siegel Hanson's work on the expert committee. Since his judicial clerkships, Mr. Vahle has amassed more than 15 years of experience working on expert issues in complex litigation, mostly on behalf of plaintiffs in federal courts. In *Capital One*, for example, Mr. Vahle developed and defended damages expert opinions that had never been presented in a prior data breach case and argued extensive *Daubert* motions at the class certification stage. He also led his firm's offensive discovery efforts, taking more than 50 depositions along with co-counsel. Mr. Vahle's experience in leading class actions includes serving as co-lead counsel for the consumer plaintiffs in *In re The Home Depot, Inc. Consumer Data Security Data Breach Litigation*, MDL No. 1:14-md-02583 (N.D. Ga.), where he argued the motion to dismiss and shepherded the class settlement, on behalf of 56 million consumers, through approval and administration. *See also, e.g.*, *Abubaker v. Dominion Dental USA, Inc.*, No. 1:19-cv-1050, 2021 WL 6750844, at *1 (E.D. Va. Nov. 19, 2021) (Mr. Vahle was appointed lead and settlement class counsel; approving nationwide settlement for 3 million insurance subscribers); *Hapka v. CareCentrix*, No. 2:16-cv-2372-CM (D. Kan.) (lead counsel and settlement class counsel in a case involving phishing of employee W-2 information). In this district, Mr. Vahle was co-lead and settlement class counsel in *Lundy*, a case involving alleged improper collection and use of Facebook users' location information, where he retained and developed experts in geolocation and mobile phone technology. This experience will substantially benefit representation of the putative plaintiff classes in this case.

Joy Merklen is a 2020 graduate of the University of Kansas School of Law, where she was Editor-in-Chief of the Kansas Law Review. Ms. Merklen joined Stueve Siegel Hanson after serving as a judicial law clerk to Judge Nancy L. Moritz of the U.S. Court of Appeals for the Tenth Circuit and to Judge Julie A. Robinson of the U.S. District Court for the District of Kansas. Since joining the firm, Ms. Merklen has gained experience in a variety of class and commercial cases, including extensive work on this case and other matters involving alleged misuse of browser extensions at the expense of internet content creators and influencers. If Stueve Siegel Hanson is appointed to leadership, Ms. Merklen will assist with all aspects of the firm's assigned role, including retention and discovery of plaintiff and defendant experts.

### B. Work Undertaken to Advance This Litigation

This litigation is brought on behalf of online creators, business entities, and sole proprietors who earn their living by encouraging online shoppers to purchase particular goods and services from particular merchants in exchange for an affiliate or commission payment. Stueve Siegel Hanson conducted a thorough investigation of potential claims and ultimately filed suit on behalf of content creators against PayPal and other operators of coupon browser extensions. Soon after filing, the firm began cooperatively working with counsel for the *Silva* plaintiffs and others on the proposed Executive Committee, with whom the firm has longstanding professional and cooperative relationships. Our independent and collective research, investigation, pleading, and other substantive advance work reflect the care and commitment we have devoted—and will continue to devote—to this litigation.

### C. Willingness and Availability to Commit to This Project

Stueve Siegel Hanson and each of its undersigned lawyers personally commit to dedicating as much time as needed to effectively and zealously represent the class and discharge the duties of appointed counsel. We will endeavor to secure the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

### D. Willingness to Commit the Necessary Resources

Stueve Siegel Hanson is a 35-lawyer firm dedicated exclusively to litigation. The firm has a two-decade long history of providing all necessary resources to litigate cases where we have been provided the privilege of representing a class in multi-district and other complex consolidated class litigation. As reflected in the attached resume, the firm will bring the necessary human capital to litigate this case effectively. The firm has the economic resources to fund this case, has never used or sought litigation finance to fund any case, and will not use outside funding here.

### E. Ability to Work Cooperatively with Others

One of the hallmarks of success as lead counsel in any complex case is the ability to work cooperatively and efficiently with other members of a team. The Stueve Siegel Hanson team has a record of working cooperatively with others, including all of the *Silva* plaintiffs' proposed co-lead counsel and nearly all of the lawyers applying for leadership in this litigation. The firm also has a

proven history of working cooperatively across the aisle with most of the largest defense firms in the country, including PayPal's counsel.

### F. Conclusion

Stueve Siegel Hanson has the experience, knowledge, and resources needed to serve the putative class and the Court, and the firm respectfully requests appointment to the *Silva* plaintiffs' proposed Plaintiffs' Executive Committee.

DATED: February 12, 2025						Respectfully submitted,

By: /s/ *Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
Joy D. Merklen (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
merklen@stuevesiegel.com

*Counsel for Plaintiff*
*The Latina Tradwife, LLC*