# EXHIBIT A



# NORMAN E. SIEGEL
## PARTNER



T 816.714.7112
siegel@stuevesiegel.com

Norman E. Siegel litigates high-stakes cases for companies and individuals. He has earned a reputation locally and nationally for his ability to strategize, negotiate and deliver results. He was recently named by *Best Lawyers* as a 2020 "Lawyer of the Year" and by *Law360* as a "Titan of the Plaintiff's Bar" for his work in class action litigation following big wins against some of the largest corporations in America. Norm has successfully tried to verdict a wide range of cases, obtaining several multimillion-dollar jury verdicts, and has obtained billions in settlements for his clients. Norm concentrates his practice in three principal areas:

**Business Litigation.** Norm successfully deploys the firm's contingency fee business litigation model in bet-the-company and "David vs. Goliath" matters involving intellectual property, breach of contract, fraud, misrepresentation and more. In one such matter, he prosecuted a groundbreaking antitrust case on behalf of Heartland Surgical Specialty Hospital, which claimed the region's dominant hospital systems conspired to prevent it from obtaining in-network provider contracts. After Norm secured a key admission from a defense witness, Heartland settled with all defendants.

**Data Breach and Privacy.** Named one of Law360's "MVPs of the Year" for Cybersecurity and Privacy, Norm has served as lead counsel in several of the largest data breach cases litigated to date, including the sprawling multidistrict litigation alleging Equifax compromised the personal information of more than 148 million Americans in a 2017 data breach. More than 250 cases were filed against Equifax, and Norm was selected lead counsel over scores of other applicants. A leader in this burgeoning field of law, Norm has prosecuted data breach claims against Capital One, Quest Diagnostics, Target Corp., The Home Depot Inc., Marriott, the Office of Personnel Management, and the National Board of Examiners in Optometry, and he is the co-founder of the American Association for Justice's data breach and privacy group.

**Class Actions.** Norm's recent work includes multimillion-dollar jury verdicts and settlements on behalf of consumers who were overcharged for life insurance policies. In *Vogt v. State Farm Insurance Co.*, Norm delivered the closing argument to the jury that returned a $34 million verdict for Missouri owners of State Farm life insurance. Norm also served as lead counsel in *Larson v. John Hancock Life Insurance Co.*, a nationwide class action that ultimately settled for $59.75 million just before trial. For his work in the field, *Best Lawyers* recently named Norm "Lawyer of the Year" for class action litigation.

Norm began his career as an Assistant Attorney General at the Missouri Attorney General's Office, where he gained a broad range of experience in complex litigation. He was later named partner at the firm now known as Dentons before starting Stueve Siegel Hanson.

Norm was recognized as a 2020 Missouri Lawyers Awards Influential Lawyer by *Missouri Lawyers Weekly*; has been named among the "500 Leading Plaintiffs' Lawyers in America" by Lawdragon; and is listed among *Best Lawyers in America* and *Kansas City Business Journal*'s "Best of the Bar." He has been honored several times as a Top 100 Missouri/Kansas "Super Lawyer" and a Benchmark Plaintiffs "Local Litigation Star."

Norm has served on the boards of the Healthcare Foundation of Greater Kansas City, the Kansas City Bar Foundation and the Negro Leagues Baseball Museum. Outside the office, he enjoys tennis, collecting art, and spending time with his family.

## EXPERIENCE

Over the last 25 years, Norm has recovered over $3 billion in judgments and settlements against the largest corporations in the world. Recent litigation highlights include the following cases:

*Glover v. Connecticut General* (Insurance Litigation) Norm serves as lead counsel in this litigation alleging defendants improperly calculated the cost of insurance charge on 191,000 flexible premium adjustable life Insurance policies. After nearly 8 years of litigation, Norm secured a $147.5 million settlement, which was preliminarily approved in 2024. With the other cost of insurance judgments and settlements (discussed below) Norm has now recovered over $725 million in cash in cost of insurance litigation.

*In re: Consumer Vehicle Data Tracking Litigation* (Privacy Litigation) Norm was appointed lead counsel in this multidistrict litigation centralizing scores of cases filed around the country in 2024 claiming General Motors surreptitiously collected and sold driving data collected through its On-Star telematics system. Norm is responsible for leading all aspects of the litigation pending in the Northern District of Georgia. The case is ongoing.

*In re: Change Healthcare Customer Data Security Breach Litigation* (Business Interruption Litigation) Norm was appointed lead counsel to represent medical providers and hospitals in this multidistrict litigation claiming damages as a result of a ransomware attack on Change Healthcare. Providers claim they have been unable to process insurance claims and obtain payments for medical services provided to patients as a result of the attack, which occurred in 2024. The case is ongoing.

*Niewinski v. State Farm* (Insurance Litigation) Norm served as class counsel in this case alleging State Farm improperly included non-mortality factors in calculating the cost of insurance charge under its 86040 insurance contract. Norm negotiated the $65 million settlement reached in 2024, and with the *Rogowski* settlement and *Vogt* judgment (discussed below), Norm has recovered $430 million in cash from State Farm in cost of insurance litigation.

*In re: T-Mobile Customer Data Security Breach Litigation* (Data Breach Litigation) Norm was appointed lead counsel in this massive data breach impacting millions of T-Mobile customers. Norm led the settlement discussions leading to a $500 million settlement—including $350 million in cash—which was approved in 2023. With the settlement in *T-Mobile*, *Equifax* and *Capital One*, Norm has secured the 3 largest data breach settlements on record, totaling over $1 billion in cash and an additional $1.2 billion in other relief.

*Rogowski v. State Farm* (Insurance Litigation) Norm served as class counsel in this case alleging State Farm improperly included non-mortality factors in calculating the cost of insurance charge under its 94030 insurance contract. Norm negotiated the $325 million settlement, which was approved and implemented in 2023, and is the largest cost of insurance overcharge settlement on record.

*In Re: Capital One Customer Data Security Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this MDL alleging that Capital One compromised the confidential information of nearly 100 million credit applicants. Norm led all aspects of the litigation, successfully argued against Defendants' motions to dismiss the case, and later argued class certification and motions for summary judgment. While those motions were pending, Norm led negotiations securing a $195 million settlement—the third largest data breach settlement on record.

*Spegele v. USAA Life Insurance Company* (Insurance Litigation) Norm served as lead counsel in this class action alleging that USAA overcharged policy owners by including unauthorized charges in its cost of insurance charge in violation of the contract. The Court certified a nationwide class of over 70,000 policy owners in 2020, and Norm negotiated a $90 million settlement that was approved in 2021.

*In Re: AMCA Customer Data Security Breach Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this MDL alleging that Quest Diagnostics negligently entrusted the private medical information to collection agency AMCA, which suffered a massive data breach impacting more than 10 million Quest customers. The consolidated litigation is ongoing.

*Reyes v. Experian Information Solutions* (Consumer Litigation) Norm served as lead counsel in this litigation accusing Experian of improperly reporting delinquent loan accounts. After the case was initially dismissed, Norm successfully argued for reversal before the Ninth Circuit Court of Appeals and later secured nationwide certification of a class, leading to settlements totaling $29 million—one of the largest recoveries under the Fair Credit Reporting Act.

*In Re: Equifax Data Breach Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this case alleging Equifax compromised the name, address, social security number and other personal information of over 148 million Americans. Norm led several aspects of the litigation including serving as chair of the settlement committee. The case was resolved in July 2019 for a record $1.5 billion–the largest data breach settlement of all time.

*Vogt v. State Farm Insurance Co.* (Insurance Litigation) Norm was lead counsel in this class action on behalf of Missouri owners of State Farm life insurance. The plaintiffs alleged that State Farm improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract. In June 2018, Norm tried this case to a jury, and delivered the closing argument that returned a verdict of $34 million for the class. Following State Farm's unsuccessful appeals and the application of interest, State Farm paid a judgment of $40 million in 2022.

*Larson v. John Hancock Life Insurance Co.* (Insurance Litigation) Norm was lead counsel in this nationwide class action alleging that John Hancock overcharged policy owners by including expenses in its cost of insurance charge in violation of the insurance contract. Norm and his team successfully secured class certification for John Hancock Flex V policyholders, and secured a settlement of $59.75 million just prior to trial.

*Liang v. National Board of Examiners in Optometry* (Data Breach and Privacy Litigation) Norm represented a class of optometrists that alleged their personal information was compromised by the national testing organization for eye doctors. The case was initially dismissed based on standing grounds, but Norm successfully argued before the Fourth Circuit Court of Appeals that the allegations in the Complaint sufficiently alleged Article III standing. The case settled in 2019 on terms the Court described as "outstanding relief for the class."



*Doe v. Uber* (Sexual Assault) Norm and sued Uber Technologies, Inc. on behalf of a sexual assault victim referred to as Jane Doe. Ms. Doe, a postgraduate student in Kansas City, alleged she was raped by her Uber driver, who is a felon previously convicted of attempted first-degree murder with intent to kill. After extensive discovery, the case was settled in 2018.

*In Re: The Home Depot Customer Data Security Breach Litigation* (Data Breach and Privacy Litigation) Norm was appointed lead counsel in this litigation alleging that Home Depot negligently allowed the credit and debit card information of over 40 million customers to fall into fraudsters' hands for sale on the black market. Norm led the team that secured a global consumer settlement, which included $13 million in cash, monitoring for all class members, and required Home Depot to overhaul its data security.

*In Re: Target Consumer Data Security Breach Litigation* (Consumer Litigation) Norm was named to a team of four lawyers to represent consumers in this Multi District Litigation against Target Corporation following the announcement that hackers had apparently stolen 40 million customers' credit and debit card information and compromised 70 million customers' names, addresses, phone numbers and email addresses. The case settled, providing a fund of $10 million for class members who suffered out of pocket losses, and compelled Target to remediate its data security.

*In Re Peregrine Financial Group Customer Litigation* (Business Litigation) Norm served as co-lead counsel on a team pursuing U.S. Bank and JP Morgan for their alleged role in the $200 million fraud perpetrated against customers of Peregrine Financial Group. Plaintiffs in the case allege that the banks were aware – or should have been aware – of the fraud undertaken by Russell Wasendorf Sr., Peregrine's founder. The scheme collapsed in July 2012, following Mr. Wasendorf's suicide attempt and suicide note describing the fraud. Norm and co-counsel secured settlements worth more than $75 million.

*Mortgage Backed Securities Litigation* (Securities Litigation) Norm represented several banking institutions in cases claiming the banks were sold mortgage backed securities under false pretenses. In particular, the cases claim the securities were sold as safe investments but were in fact far riskier than represented. Several of the cases claim the sellers did not adhere to the underwriting standards outlined in the offering documents, making the securities much less stable than the buyers were led to believe. Other cases claim the banks were sold "off-label" mortgage-backed securities that were sold as safe alternatives to government backed MBS.

*Mobile Captions Co. v. Hamilton Relay et al.* (Business Litigation) Norm represents Mobile Captions Company, a start-up technology company that had developed an innovative system to provide written "captions" on cell phones to aid hard of hearing customers. The suit alleges that Defendants Hamilton Relay and CapTel conspired to put Mobile Captions Company out of business to squash competition and build their own business around the technology. Following a two-week arbitration, Hamilton was found to have breached its agreement with Mobile Captions and Mobile Captions was awarded damages.

*H&R Block Compliance Fee Litigation* (Consumer Litigation) Norm led a class action lawsuit against H&R Block claiming the tax preparation giant unfairly charged customers a bogus "compliance fee." The suit alleges that beginning with the 2010 tax year, H&R Block began charging a compliance fee to its tax preparation clients ranging from $2 to $4 for each return. H&R Block represents that the "Tax Preparer Compliance Fee consists of costs incurred by H&R Block to comply with new U.S. tax preparation registration requirements." However, the IRS does not mandate a compliance fee and does not charge any compliance fee for filing individual tax returns. Norm led the negotiations resulting in a settlement on behalf of the class.

*In re: Simply Orange Orange Juice Litigation* (Consumer Litigation) Norm was designated lead counsel in this consumer case alleging that the Coca-Cola Company misrepresents its Simply Orange product. The lawsuit alleges that the Defendant has been falsely claiming that its Simply Orange orange juice is "100% Pure Squeezed Orange Juice" and "a pure, natural orange juice with a taste that's the next best thing to fresh-squeezed." In truth, the Complaint alleges, Coca-Cola's Simply Orange is heavily processed and flavored - it is not 100% pure or natural. The case settled in 2017 with Coke agreeing to modify how it markets the product.

*Crossroads Wireless Litigation* (Business Litigation) Norm successfully litigated this securities case against investment bankers and brokers for statutory and common law fraud. Norm represented more than a dozen independent telephone companies and not-for-profit co-ops in Missouri, Kansas, Nebraska and Kentucky seeking to recover nearly $40 million they invested in the now-defunct Crossroads Wireless project. Defendants in the case included investment banks Brown Brothers Harriman and George K. Baum. A confidential settlement was reached on behalf of the telephone companies.



*In re: Underfilled Propane Litigation* (Consumer Litigation) Norm was lead counsel in this multi-district litigation related to underfilled propane tanks in the Western District of Missouri. Plaintiffs generally alleged that Defendants AmeriGas and Ferrellgas conspired to reduce the propane sold in replacement barbeque-type propane cylinders but continued to sell the cylinders as "full." More than 15 cases were filed around the country and eventually consolidated by the Judicial Panel on Multidistrict Litigation. Norm worked with the team that secured a class action settlement with AmeriGas for $10 million, and later settlement with Ferrellgas for $25 million.

*Hopkins v. Premcor, et al.* (Environmental Litigation) Norm represented landowners and residents of Hartford, Illinois who are living on top of a four-million-gallon underground gasoline plume. Residents of Hartford, which is located between the refineries to the East and the Missouri River to the West, have experienced severe gas fumes in their homes, fires in water wells, and a substantial impairment to their living environment. After several years of litigation, the plaintiffs reached a $39.5 million settlement agreement with refiners Premcor, BP, Shell, Apex and Sinclair.

*Heartland v. HCA Midwest Division, et al.* (Antitrust Litigation) Norm completed the successful prosecution of a groundbreaking antitrust case on behalf of Heartland Surgical Specialty Hospital, a physician owned specialty acute care hospital. Heartland claimed that the dominant hospital systems in the Kansas City area conspired among themselves and with the dominant managed care organizations in the region to prevent Heartland from obtaining in-network provider contracts. Heartland also alleged the defendants tortiously interfered with Heartland's ability to obtain provider contracts. Following three years of intense litigation including nearly 100 depositions and the exchange of over 3 million pages of documents, Heartland settled with all defendants. Norm scored a key admission regarding the conspiracy in the depositions, when a defense witness testified there was an unwritten, but understood agreement to keep Heartland out of the market.

*In re: H&R Block Express IRA Litigation* (Consumer Litigation). Norm was appointed by the Court to serve as lead counsel against H&R Block in this class action alleging that the tax firm misled consumers in the marketing and sale of the "Express IRA" product. Plaintiffs alleged that consumers who opened Express IRAs lost money because H&R Block's fees for the accounts exceeded the interest earned by the accounts. The lawsuit further alleged that H&R Block failed to adequately explain the Express IRA's financial consequences and limitations and that H&R Block knew that the Express IRA was an unsuitable investment for most of its clients. The firm achieved a settlement for $24.4 million in 2010.

*Parkinson v. Hyundai Motor America, Inc.* (Consumer Litigation) Norm was appointed lead counsel in this consumer class action against Hyundai Motor America alleging that Hyundai marketed and sold vehicles with defective flywheel systems. The case was settled in June 2010 in favor of the plaintiffs. Eligible class members received cash reimbursements for money spent on certain flywheel/clutch parts repairs to their 2003 Hyundai Tiburons.

*Kelly, et al. v. State Farm* (Business Litigation) In August 2005, Norm (along with partner George Hanson) won a $26.5 million jury verdict for five State Farm agents who had accused State Farm of violating their agents' agreements. The verdict came after a three-week trial in Independence Missouri. The agents argued that they were improperly terminated after publicly criticizing management's policies as to policyholders. The agents, who collectively had over 115 years of service with State Farm, spoke out following a series of substantial verdicts and settlements against State Farm that revealed improper claims handling, fraudulent use of medical utilization reviews, specification of non-OEM replacement parts, and other practices considered harmful to policyholders. Norm delivered the closing argument at trial, and the jury returned a verdict in the amount sought by the agents.

*Robert Half of Kansas City v. Robert Half International* (Franchise Litigation) This arbitration pitted a long-time franchisee against its franchisor, Robert Half International - a $4 billion company that bills itself as the worldwide leader in specialized employment placement. RHI began buying back franchisees in the mid-1980s and by the late 1990s, only a few of the original 100+ franchisees remained. Our client, a RHI franchisee since 1971 and was the last holdout, came to SSH seeking to enforce his rights under the RHI franchise agreement. A contentious arbitration ensued, resulting in a confidential settlement. Norm took the lead in prosecuting the case, including deposing RHI's second in command.

*United States of America v. Supreme Insulation* (White Collar Criminal Defense) In late 2001, Norm obtained an acquittal in a federal price-fixing case after a seven-week federal jury trial in Houston, Texas. The case followed several convictions of individuals in the same industry, and one witness who pled guilty and testified against Norm's client. Norm was responsible for several key direct and cross examinations in the case, including the cross examination of an ex-employee, and the direct examination of the defendant's expert witness. The Government had sought jail sentences of 4 years or more.



*In re: Hyundai Horsepower Litigation* (Consumer Class Action Litigation) Norm was co-lead counsel in the Hyundai Horsepower Litigation, which netted class relief totaling between $75-$125 million. The case was aggressively litigated over nearly two years and was fought on numerous fronts. The nationwide litigation began in September 2002 when Hyundai announced it had overstated horsepower ratings in more than 1 million vehicles sold in the United States over a 10-year period. SSH was one of several firms around the country that filed class actions against Hyundai, but in early 2003, Hyundai announced it had settled the case on a nationwide basis with two lawyers in Beaumont, Texas. SSH was part of a leadership group of intervenors in Beaumont who were provided 90 days to conduct discovery and challenge the settlement. Norm took the lead in discovery; processing more than 80,000 pages of Hyundai documents and taking the depositions of top Hyundai management, including the CEO of Hyundai Motor America, and a corporate representative of HMA's parent in Seoul, South Korea. This discovery led to lengthy briefing and ultimately a ruling by the Beaumont Court that the proposed settlement was unfair to class members. Following that ruling, Hyundai entered talks with Norm's group, resulting in the settlement valued at $75-$125 million.

*Weld Racing Inc. v. Gragg's Paint Co.* (Business Litigation) In 2003, Norm continued his successful streak in jury trials, winning a $1.5 million jury verdict on behalf of SSH client Weld Racing against Gragg's Paint Company. Weld Racing is a high-end manufacturer of forged chrome wheels, run by a former Indy 500 racer Greg Weld. Weld historically forged all its wheels and outsourced its chrome plating, but in 1999 began to construct an in-house plating facility. Gragg's Paint Co., the defendant, recommended a lining for the metal tanks in the chrome plating line. The lining failed, resulting in significant delays in the chrome line and substantial expenses related to scrapped wheels. Weld made breach of warranty and negligent misrepresentation claims against Gragg's and the case proceeded to trial. After a week-long trial, the jury awarded exactly what Weld claimed in damages - $1,589,426.13.

*Formula1.com v. FIA (*Antitrust/Domain Name Litigation) Norm played a significant role in the Firm's representation of Formula1.com, handling the expert depositions and pre-trial expert evidentiary issues. The Formula1.com case raised timely and complex issues of trademark and antitrust law which were litigated to a settlement in January 2002.



*Multi-Media International, LLC v. PROMAG Retail Services, LLC* (RICO). Norm defended a RICO and business tort action brought in the United States District Court for the District of Kansas. Of particular significance, Norm briefed a motion to dismiss the Complaint in which the Court was persuaded to overrule its own prior decision on an important issue of statutory interpretation concerning RICO's national service of process provision, 18 U.S.C. 1965(b). Norm also successfully persuaded the Court to dismiss the corporate defendant for failure state a RICO claim under 18 U.S.C. 1962(c) because of plaintiff's failure to allege a RICO enterprise distinct from the defendant persons. The Court's decision is reported at 343 F. Supp. 2d 1024 (D. Kan. 2004). Shortly after these decisions, the case was dismissed by stipulation of the parties.

*Shlomovitch v. Aquila* (Corporate Governance Litigation) Norm represented Aquila Inc. in defense of numerous class action lawsuits stemming from Utilicorp's tender offer for Aquila stock. The class plaintiffs generally alleged that Aquila 's board failed to take appropriate steps in response to the tender offer, and sought to block the tender offer and subsequent short-form merger of the companies. In early 2002, a Delaware Chancery Judge denied plaintiffs' claims for immediate injunctive relief, paving the way for the successful tender offer and merger of the two companies.

OTHER SIGNIFICANT CASES (LISTED BY AREA OF PRACTICE)

Trademark and Intellectual Property

Since starting in private practice, Norm has successfully litigated several cases involving trademark rights, claims of product disparagement and domain disputes.

In *Joannou v. Lincoln Hockey LLC, et al.*, Norm represented a Washington D.C. area artist in a lawsuit against the owners of the Washington Capitals, a National Hockey League team, for copyright infringement. The lawsuit alleged that defendants copied and misappropriated the plaintiff's copyrighted logo designs throughout all forms of media and merchandising. This matter has been settled to the mutual satisfaction of the parties.



In *IGA v. Home Town Grocers* Norm represented Home Town Grocers against allegations that Home Town Grocers had violated IGA's "Home Town Proud" trademark. After winning at the preliminary injunction stage, Norm was able to procure a successful settlement, allowing Home Town Grocers to maintain its name.

Norm acted as plaintiff's counsel in *Hoechst v. Schering Plough*, a Lanham Act case in which Hoechst alleged that Schering Plough disparaged Hoechst's Allegra brand of non-sedating antihistamine in an effort to promote its own brand, Claritin. Norm handled several witnesses at the preliminary injunction hearing and helped force Schering Plough to change the way it promoted its drugs as part of a favorable settlement.

In *Primedia Intertec Corp. v. TMC*, 35 F. Supp. 2d 809 (D. Kan. 1998), Norm successfully defended Technology Marketing Corporation in a dispute with Primedia. Primedia had alleged that TMC infringed on its "Telephony" trademark by producing a publication entitled "Internet Telephony." Norm handled all aspects of trial preparation and obtained a favorable settlement when he was successful in excluding Primedia's experts on Daubert grounds.

In *Chemidex v. Chemdex*, Norm acted as lead counsel for Chemidex, a small Internet start-up at the time, in its trademark infringement suit against Chemdex, a leading business-to-business Internet site serving the life sciences industry. Norm handled all witnesses and argument at the preliminary injunction hearing, and his performance there forced a favorable settlement. Chemdex has since changed its name to Ventro.

Racketeering Influenced and Corrupt Organizations Act

Norm has the rare distinction of prosecuting and defending two of the largest cases brought in Missouri under the federal racketeering law known as RICO. While at the State of Missouri, Norm was part of a team assigned to unravel the Second Injury Fund scandal that resulted in convictions of lawyers, doctors and an administrative law judge in the Eastern District of Missouri. The subsequent civil case, Missouri v. Roussin, resulted in nearly $1 million in settlements with the criminal defendants - money that was returned to the citizens of Missouri. Norm also defended the largest criminal indictment ever brought in the Western District of Missouri, a RICO case brought against a former officer of the J.C. Nichols Company.



Insurance

While at Blackwell Sanders, Norm cut his teeth in the insurance industry by representing dozens of insureds in cases ranging from personal injury and medical malpractice, to trade disparagement and civil rights. When he joined Sonnenschein, he acted as lead counsel on several cases where the insurance company itself was a defendant. These cases typically involved allegations of bad faith and unfair claims practices. Several recent cases illustrate Norm's depth and successes in this area.

In *Bishop v. Empire Fire & Marine*, 47 F. Supp. 2d 1300 (D. Kan. 1999), Norm made new law in the State of Kansas regarding the standard for waiving underinsured motorist coverage. The insured had alleged that the coverage had not been waived, but Norm convinced the court otherwise, and was successful on summary judgment.

In *Tran v. Allstate*, Norm successfully defended Allstate Insurance Company against claims that company had improperly accused its insureds of violating the Kansas fraudulent insurance act. In the underlying case (where Norm was not involved), the Trans had alleged that Allstate failed to pay on their homeowner's claim following a purported robbery. Allstate counterclaimed, alleging that the Trans had falsified claim information. The Trans were successful on their claim and Allstate lost its counterclaim. Norm was retained to represent Allstate on the Trans' subsequent suit for malicious prosecution, and was able to successfully argue that Allstate should be entitled to summary judgment.

## COMMUNITY & PROFESSIONAL

Former Chairman of the Board, Healthcare Foundation of Greater Kansas City

- In 2005, Attorney General Jay Nixon appointed Norm to serve on the Community Advisory Committee of the $450 million Healthcare Foundation of Greater Kansas City. Norm served as Chair of the CAC and was elected to the Board of Directors of the Foundation in 2008; he served as Vice-Chairman, and in 2009 was elected to serve as Chairman of the Board.

Board Member, Kansas City Metropolitan Bar Foundation Cy Pres

Committee, Legal Aid of Western Missouri

Rule 45 Subcommittee, Federal Rules Committee



## HONORS & RECOGNITIONS

*Chambers USA* Band 1, Litigation: Mostly Plaintiffs - Missouri

*Best Lawyers in America*

- Mass Tort Litigation/Class Actions - Plaintiffs "Lawyer of the Year" in Kansas City, Mo. (2020)
- Bet-the-Company Litigation (2025)
- Commercial Litigation (2014-present)
- Mass Tort Litigation/Class Action-Plaintiffs (2016-present)
- Consumer Protection Law (2017-present)
- Privacy and Data Security Law (2021-present)

*Law360*

- MVP of the Year, Class Action (2023)
- Titans of the Plaintiffs Bar (2020)
- MVP of the Year, Cybersecurity & Privacy (2019)
- Practice Group of the Year, Cybersecurity & Privacy (2019)

*Missouri Lawyers Weekly*

- The POWER List: Commercial and Consumer Law (2020-2022, 2024); Top 100 POWER List (2022)
- Missouri Lawyers Awards, Influential Lawyer (2020)

Missouri & Kansas *Super Lawyers*, 2006-present

- Top 100: Missouri & Kansas Super Lawyers (2013, 2016-2021)
- Top 50: Kansas City Super Lawyers (2017)
- Top 50: Kanas City Business (2014)

*Kansas City Business Journal* Best of the Bar

*AmLaw Litigation Daily* Litigator of the Week

*Lawdragon Magazine* 500 Leading Plaintiffs' Lawyers in America

*Benchmark Plaintiffs* Local Litigation Star for Missouri (2013-2015)

AV Preeminent® Peer Review Rated - Martindale Hubbell



## EDUCATION

**Washington University School of Law, J.D.**

- Law Journal: Washington University Journal of Urban Contemporary Law, Articles Editor

**Tufts University, B.A.**

- Major: Political Science

## ADMISSIONS

Missouri

U.S. District Court Western District of Missouri

U.S. District Court Eastern District of Missouri

U.S. District Court District of Kansas

U.S. Court of Appeals 1st Circuit

U.S. Court of Appeals 2nd Circuit

U.S. Court of Appeals 3rd Circuit

U.S. Court of Appeals 4th Circuit

U.S. Court of Appeals 5th Circuit

U.S Court of Appeals 7th Circuit

U.S. Court of Appeals 8th Circuit

U.S. Court of Appeals 9th Circuit

U.S. Court of Appeals 10th Circuit

U.S. Court of Appeals 11th Circuit

United States Supreme Court



# BARRETT J. VAHLE
## PARTNER



T 816.714.7132
vahle@stuevesiegel.com

Barrett Vahle represents consumers and companies in complex litigation; he pursues resolutions for clients through trial, arbitration, mediation, and settlement. Recognized for years as a "Super Lawyer," Barrett focuses his practice on a wide range of consumer class actions involving data breaches, privacy issues, banking and insurance practices, and unfair practices in the sales and marketing of consumer goods. He also represents businesses in commercial disputes against their suppliers and contractors.

**Data Privacy.** Barrett is among the country's most experienced attorneys in data privacy and cybersecurity litigation. He has played a key role representing consumers in many of the nation's largest data breach class actions, including multidistrict litigation against Equifax, Capital One, and T-Mobile. Barrett served as co-lead consumer counsel in multidistrict litigation against Home Depot after a 2014 data breach exposed payment card information for 50 million shoppers. The settlement set the standard for resolution of data breach cases, including payment of a cash fund, credit monitoring and identity theft protection for class members, and improvements in the company's data security practices. In addition to his work in large MDLs, Barrett has been appointed as consumer class counsel in numerous other cases involving data privacy issues.

**Consumer Class Actions.** Barrett serves in leadership roles in other high-profile consumer class actions. He played a key role in obtaining a Missouri Lawyers Largest Plaintiff's Settlement in a consumer MDL involving sales of pre-filled propane tanks, and one of the largest settlements in Missouri history against Merck & Co. for its sales and marketing of the drug Vioxx. He is most proud of securing $30 million in settlements on behalf of bank debit-card customers who alleged unfair overdraft fees.

Barrett credits his two federal clerkships – one with Judge Duane Benton of the U.S. Court of Appeals for the Eighth Circuit, one with Judge Dean Whipple of the U.S. District Court for the Western District of Missouri – for honing his legal writing and providing first-hand perspective on the federal court process. He credits his childhood on a Missouri family farm for teaching him the value of hard work.



**Commercial Disputes.** Barrett advocates for businesses in a wide range of contingency litigation matters, including antitrust and unfair competition, breach of contract, breach of fiduciary duty, and fraud. Before joining Stueve Siegel Hanson in 2009, Barrett worked at Sonnenschein Nath & Rosenthal LLP, now known as Dentons, where his litigation practice focused on complex commercial, trade secret, non-compete, white-collar criminal defense and appellate matters.

Barrett is committed to understanding each client's business context; on one significant matter, Barrett spent weeks on-site at a client's facility, where he learned the company's systems and worked alongside senior management, auditors, and accountants. This experience provided him with significant business context, a complement to his legal training.

## EXPERIENCE

### Selected Data Breach and Privacy Litigation

*In re: Equifax, Inc., Customer Data Security Breach Litig*. (N.D. Ga.) – Norman Siegel was appointed as co-lead counsel in multidistrict litigation against Equifax following its massive data breach impacting 147 million Americans. In December 2019, the Court granted final approval to a historic settlement that includes up to $505.5 million in cash benefits and requires Equifax to spend at least $1 billion upgrading its data security. In addition to extensive work on the settlement, Barrett served as the lead drafter of the consolidated complaint and successful opposition to Equifax's motion to dismiss.

*In re: Capital One Consumer Data Security Breach Litig.* (E.D. Va.) – Norman Siegel was appointed as co-lead counsel in multidistrict litigation against Capital One following a data breach involving 98 million U.S. residents who applied for credit card products. On September 13, 2022, the Hon. Anthony J. Trenga granted final approval to an "outstanding" settlement that includes a non-reversionary $190 million cash settlement fund "in a case with a significant level of risk." Barrett worked on all aspects of the litigation and settlement.

*In re: Home Depot Customer Data Security Breach Litig*. (N.D. Ga.) – Barrett served as plaintiffs' co-lead counsel and participated in all aspects of this MDL including negotiations resulting in a settlement that provided a multimillion-dollar cash fund, identity theft protection, and injunctive relief to the settlement class.



*CareCentrix Data Breach Litig*. (D. Kan.) – Barrett served as lead and settlement class counsel in this phishing case compromising the social security numbers of thousands of CareCentrix employees. The case was settled in December 2017 and included automatic cash payments to class members with fraudulent tax returns, believed to be the first data breach settlement to include this feature.

*In re: Dominion Dental Services USA, Inc. Data Breach Litig.* (E.D. Va.) – Barrett served as plaintiffs' co-lead and settlement class counsel in this case against a leading insurer and administrator of dental and vision benefits. The plaintiffs alleged that Dominion suffered a data breach whereby the sensitive personal, financial, and medical information of health plan members was accessed as part of an ongoing, nine-year long data breach. The Court approved a class settlement in 2021.

*Johnson v. LifeBridge Health, Inc*. (Cir. Ct. Balt. City, Md.) – Barrett was lead counsel in a class action against LifeBridge Health after a data breach exposed the names, addresses, dates of birth, medication details, diagnoses, insurance data, clinical and treatment information, and in some cases, social security numbers of more than 530,000 LifeBridge patients. The case was resolved through a class settlement approved in 2022.

*Heeger v. Meta Platforms, Inc.* (N.D. Cal.) – Barrett was co-lead and class counsel in a class action alleging that Facebook's location tracking practices violated users' right to privacy and intruded on their personal affairs without consent. The parties reached a $37.5 million class settlement in 2023.

**Selected Consumer Fraud Litigation**

*Plubell, et al. v. Merck & Co., Inc.* (Cir. Ct. Jackson County, Mo.) – Barrett, along with other Stueve Siegel Hanson attorneys, prosecuted a Missouri statewide class action on behalf of all Missouri purchasers of Vioxx, the Cox-2 pain reliever that Merck pulled off the market after the FDA identified several misleading sales practices. After the firm defeated an interlocutory appeal, the case was certified as a class action and set for trial. On the eve of trial, the firm reached a settlement making available to the class $220 million in cash compensation.



*In re: Pre-Filled Propane Tank Marketing and Sales Practices Litig.* (W.D. Mo.) – Barrett was a member of the team that prosecuted this multidistrict litigation related to underfilled propane tanks in the Western District of Missouri. Plaintiffs generally alleged that Defendants AmeriGas and Ferrellgas conspired to reduce the amount of propane sold in replacement barbeque-type propane cylinders but continued to sell the cylinders as "full." More than 15 cases were filed around the country and eventually consolidated by the Judicial Panel on Multidistrict Litigation. In 2010, the Court approved a class action settlement between plaintiffs and AmeriGas for $10 million, and appointed Stueve Siegel Hanson as settlement class counsel. In 2012, the Court approved a class action settlement of $25 million between plaintiffs and Ferrellgas.

*Allen, et al. v. UMB Bank, et al.* (Cir. Ct. Jackson County, Mo.) – Barrett and Patrick Stueve successfully negotiated a $7.8 million settlement of a class action lawsuit against UMB Bank and its affiliated entities for overdraft fees charged to customers. The lawsuit alleged that these practices violated Missouri's consumer protection laws and UMB's contracts with its customers.

*Eaton v. Bank of Oklahoma, N.A.* (Dist. Ct. Tulsa County, Okla.) – Barrett and Patrick Stueve secured a $19 million settlement in a class action lawsuit against Bank of Oklahoma for overdraft fees charged to customers.

*Molina v. Intrust Bank, N.A.* (Dist. Ct., Sedgwick County, Kan.) – In 2012, Barrett successfully obtained a $2.7 million settlement for plaintiffs in a class action lawsuit against Intrust Bank and its affiliates for overdraft fees assessed by the bank to their customers.

**Selected Business Contingency Litigation**

*Associated Wholesale Grocers, Inc., et al. v. United Egg Producers, et al.* (Dist. Ct. Wyandotte County, Kan.) – Barrett represented Associated Wholesale Grocers, Inc., and local grocery stores in an antitrust lawsuit against numerous egg producers and egg industry trade groups for artificial inflation of egg prices. The lawsuit alleged that defendants engaged in a conspiracy designed to increase the price of eggs in violation of the Kansas Restraint of Trade Act. After nearly four years of litigation, Stueve Siegel Hanson successfully resolved this case in 2014.



*In re Eclipse Aviation Depositor Litig.* (Dist. Ct. Bernalillo County, N.M.) – Barrett represented businesses and individuals seeking the return of hundreds of millions of dollars of aircraft deposits based on negligent misrepresentations. This extensive New Mexico litigation resulted in substantial confidential settlements.

*Crossroads Wireless Litig.* (Cir. Ct. Jackson County, Mo.) – Barrett was part of the team that successfully litigated this securities case against investment bankers and brokers for statutory and common law fraud. The firm represented more than a dozen independent telephone companies and not-for-profit co-ops in Missouri, Kansas, Nebraska and Kentucky seeking to recover nearly $40 million they invested in the now-defunct Crossroads Wireless project. Defendants in the case included investment banks Brown Brothers Harriman and George K. Baum. A confidential settlement was reached on behalf of the telephone companies.

**Selected Criminal Defense**

While at Sonnenschein Nath & Rosenthal LLP (now Dentons), Barrett devoted a significant portion of his practice to criminal defense and post-conviction relief work, including:

*United States v. Kathryn Shields, et al.* (W.D. Mo. 2007) – With his mentor Curtis E. Woods, Barrett prepared and defended a one-month jury trial of a criminal mortgage fraud conspiracy case. Both of their clients were acquitted of all charges. Nine other defendants were either convicted at trial or pleaded guilty and cooperated with the government.

*Kenneth Glenn Thomas v. Allen* (N.D. Ala.) – With Jerome T. Wolf, Barrett investigated, prepared, and second-chaired a bench trial seeking a writ of habeas corpus, presenting evidence that their client was ineligible for execution by the State of Alabama because he was mentally retarded as defined in *Atkins v. Virginia*, 122 S. Ct. 2242 (2002). Barrett drafted the post-trial briefs. District Judge C. Lynwood Smith, Jr.'s landmark decision vacating the death sentence, 614 F. Supp. 2d 1257 (N.D. Ala. 2009), was upheld on appeal, 607 F.3d 749 (11th Cir. 2010).



**Publications and Professional Presentations**

Duane Benton and Barrett J. Vahle, The Burger-Blackmun Relationship: Lessons for Collegiality from the Blackmun Papers, 70 Mo. L. Rev. 995 (2005)

Securing Data-Breach Claims, Co-Author, Trial Magazine (2015)

KCMBA, *Business Litigation Handbook*, Punitive Damages in Kansas and Missouri (2017)

Faculty, AAJ Education's Highlights and Strategies in Data Breach Litigation (2015)

Faculty, Tips from Experts: Navigating the Pros and Cons of Arbitration (2015)

Faculty, Scientific Evidence in Federal Litigation (2016)

## HONORS & RECOGNITIONS

*The Best Lawyers in America:* Commercial Litigation, Mass Tort Litigation / Class Actions - Plaintiffs, 2021-2023

Missouri & Kansas *Super Lawyers*, 2013-2022

Missouri Lawyers Weekly "Up and Coming Lawyer," 2018

## EDUCATION

**University of Missouri School of Law**

J.D., *cum laude*, 2004

- Honors: Judge Shepard Barclay Prize
- Honors: Order of the Coif
- Law Review: Missouri Law Review, Editor-in-Chief
- Chair, Student Honor Code Committee

**University of Missouri**

B.S., Fisheries and Wildlife, *magna cum laude*, 2001



## ADMISSIONS

Missouri, 2004

U.S. District Court, Western District of Missouri

U.S. District Court, District of Kansas

U.S Court of Appeals, 3rd Circuit

U.S. Court of Appeals, 4th Circuit

U.S. Court of Appeals, 8th Circuit

U.S. Court of Appeals, 9th Circuit

U.S. Court of Appeals, 10th Circuit

U.S. Court of Appeals, 11th Circuit



# JOY MERKLEN
## ATTORNEY



T 816.714.7117
merklen@stuevesiegel.com

Joy Merklen advocates for individuals and companies in a variety of high-stakes complex litigation matters.

Before joining Stueve Siegel Hanson, Joy served as a judicial law clerk to Judge Nancy L. Moritz of the U.S. Court of Appeals for the Tenth Circuit and to Judge Julie A. Robinson of the U.S. District Court for the District of Kansas. These clerkships provided her with invaluable insights into the judicial decision-making process and effective advocacy.

In law school, Joy was the Editor-in-Chief of the *Kansas Law Review*.

She is fluent in French and Indonesian.

### EDUCATION

**University of Kansas School of Law**

J.D., 2020

- Order of the Coif
- Faculty Award for Outstanding Academic Achievement
- Payne & Jones Lawyering Award
- 6 CALI Excellence for the Future Awards
- Kansas Law Review, Editor-in-Chief
- Shook, Hardy & Bacon Scholar for Civil Procedure and Constitutional Law

**University of California, Berkeley**

B.A., Sociology, with highest distinction, 2016

### ADMISSIONS

Kansas

Missouri

U.S. Court of Appeals, Tenth Circuit



# OUR PEOPLE



**Stephen Ahal**
Attorney
816.714.7128



**Joseph E. Bryant**
Attorney
816.714.7147



**Crystal Cook Leftridge**
Attorney
816.714.7107



**Stefon J. David**
Attorney
816.714.7125



**Jillian R. Dent**
Partner
816.714.7142



**Tanner J. Edwards**
Attorney
816.714.7122



**George A. Hanson**
Partner
816.714.7115



**David A. Hickey**
Senior Counsel
816.714.7187



**Todd E. Hilton**
Partner
816.714.7118



**Jordan A. Kane**
Attorney
816.714.7146



**Ethan M. Lange**
Partner
816.714.7174



**Kate Marshall**
Attorney
816.714.7135



**Abby McClellan Paradise**
Attorney
816.714.7123



**Joy Merklen**
Attorney
816.714.7117



**K. Ross Merrill**
Attorney
816.714.7136



**J. Austin Moore**
Partner
816.714.7105



# OUR PEOPLE



**Nisha Naik**
Attorney
816.714.7150



**Alexander T. Ricke**
Partner
816.714.7141



**Norman E. Siegel**
Partner
816.714.7112



**Steve Six**
Partner
816.714.7190



**Brandi Spates**
Attorney
816.714.7114



**Benjamin J. Stueve**
Attorney
816.714.7181



**Patrick J. Stueve**
Partner
816.714.7110



**Lindsay Todd Perkins**
Partner
816.714.7143



**Barrett J. Vahle**
Partner
816.714.7132



**Caleb Wagner**
Attorney
816.714.7140



**Larkin Walsh**
Senior Counsel
816.714.7139



**Stephanie A. Walters**
Attorney
816.714.7184



**Bradley T. Wilders**
Partner
816.714.7126



**Kasey Youngentob**
Attorney
816.714.7130



**Yasmin Zainulbhai**
Senior Counsel
816.714.7145



# WHO WE ARE

For more than 20 years, Stueve Siegel Hanson has achieved exceptional litigation results through an unconventional business model for law firms: Our payment for legal services depends entirely on the results we achieve.

Through this approach, we have recovered billions of dollars in damages and relief for consumers, entrepreneurs, employees, farmers, small and large businesses, and a variety of economic underdogs.

The cases we handle address some of the most complex areas of the law, including antitrust, intellectual property, Fair Labor Standards Act collective actions, consumer and securities class actions, cybersecurity, franchise disputes and other complex business litigation.

Our team of lawyers includes some of the best-trained and most experienced trial lawyers in the country. Stueve Siegel Hanson's founders were partners at some of the nation's largest law firms; they are joined by attorneys trained at top law schools, prominent corporate firms and judicial clerkships. Together, we share a drive to level the playing field in litigation and work toward justice for all.

We are honored to have been recognized as a repeat *Law360* Practice Group of the Year, among the *National Law Journal*'s Elite Trial Lawyers, and as *Chambers USA* Leading Lawyers – but we are equally proud to be recognized for our contributions to the profession outside the courtroom.

Of our investment in diverse law and journalism students, *Missouri Lawyers Weekly* wrote: "Any firm can talk about promoting DEI, but Stueve Siegel Hanson has put its money where its mouth is when it comes to creating a more equitable environment."



# OUR MISSION

Stueve Siegel Hanson provides aggressive, cutting-edge representation in litigation. Our law firm serves companies in business disputes as well as individuals harmed by dangerous products, unfair employers or unsavory business practices.

Because we work on a contingency model, our fees are based on the results we achieve. This means our trial lawyers have the same interests you do: Succeed for you and we succeed ourselves, fail you and we fail ourselves.

We believe the pursuit of justice should not be subject to the dysfunction of the billable hour, which rewards attorneys more for time than the results achieved. We take pride in winning efficiently and effectively as our clients' partner in the courtroom.

We invest in our firm, our profession and our community. We recruit the brightest attorneys from the nation's top law firms, and together we maintain a culture of camaraderie and respect. We apply new technology to further our efficiency, communication and creativity. We give our time and talents to pro bono projects, community service and bar organizations. While we take considerable pride in earning awards and recognition, we are most fulfilled by results, referrals and repeat business.



# JUDICIAL PRAISE

"I've always been impressed with the professionalism and the quality of work that has been done in this case by both the plaintiffs and the defendants. On more than one occasion, it has made it difficult for the Court because the work has been so good."

**Hon. Nanette Laughrey**
U.S. District Court for the Western District of Missouri
*Nobles, et al., v. State Farm Mutual Automobile Insurance Co.*

"The complex and difficult nature of this litigation, which spanned across multiple jurisdictions and which involved multiple types of plaintiffs and claims, required a great deal of skill from plaintiffs' counsel, including because they were opposed by excellent attorneys retained by Syngenta. That high standard was met in this case, as the Court finds that the most prominent and productive plaintiffs' counsel in this litigation were very experienced had very good reputations, were excellent attorneys, and performed excellent work. In appointing lead counsel, the various courts made sure that plaintiffs would have the very best representation...

In this Court's view, the work performed by plaintiffs' counsel was consistently excellent, as evidenced at least in part by plaintiffs' significant victories with respect to dispositive motion practice, class certification, and trial."

**Hon. John Lungstrum**
U.S. District Court for the District of Kansas
*In Re: Syngenta AG MIR 162 Corn Litigation*

"The most compelling evidence of the qualifications and dedication of proposed class counsel is their work in this case. Considering how far this action has come despite a grant of summary judgment in Defendant's favor and a reversal on appeal, proposed class counsel have made a strong showing of their commitment to helping the class vigorously prosecute this case."

**Hon. Andrew J. Guilford**
U.S. District Court for the Central District of California
*Reyes v. Experian*

"I believe this was an extremely difficult case. I also believe that it was an extremely hard fought case, but I don't mean hard fought in any negative sense. I think that counsel for both sides of the case did an excellent job...

I congratulate the plaintiffs and I also congratulate the defense lawyers on the very, very fine job that both sides did in a case that did indeed pose novel and difficult issues."

**Hon. Audrey G. Fleissig**
U.S. District Court for the Eastern District of Missouri
*William Perrin, et al., v. Papa John's International, Inc.*



"The experience, reputation and ability of class counsel is outstanding."

**Hon. Michael Manners**
Circuit Court of Jackson County, Missouri
*Berry v. Volkswagen Grp. of Am., Inc.*

"It appears that plaintiffs' counsel's experience in wage-hour class actions has unmatched depth."

**Hon. J. Thomas Marten**
U.S. District Court for the District of Kansas
*Garcia v. Tyson Foods, Inc.*



# CLASS AND COLLECTIVE ACTIONS

Since opening its doors in 2001, Stueve Siegel Hanson has obtained substantial results in a wide range of complex commercial, class, and collective actions while serving as lead or co-lead counsel.

Over the past decade, verdicts and settlements include:

*Antitrust*

- Obtaining $53 million in settlements between a class of direct purchasers of automotive lighting products and several manufacturers accused of participating in a price fixing scheme.
- Obtaining a $25 million settlement in a nationwide antitrust class action regarding price fixing of aftermarket automotive sheet metal parts.
- Obtaining a $7.25 billion settlement in a massive price-fixing case brought by a class of U.S. merchants against Visa, Mastercard and their member banks.
- Obtaining $33 million in nationwide class action alleging price fixing for certain polyurethanes in Urethanes antitrust case.
- Obtaining a $25 million settlement in a class action lawsuit that alleged Blue Rhino and certain competitors conspired to reduce the amount of propane gas in cylinders sold to customers. The firm obtained a $10 million settlement in a related suit against AmeriGas.

*Data Privacy*

- Obtaining a historic $1.5 billion settlement in a nationwide class action stemming from credit reporting firm Equifax's massive 2017 data breach.
- Obtaining $500 million, plus additional benefits, for victims of the T-Mobile data breach.
- Obtaining a $190 million settlement in a class action following a Capital One data breach that compromised the confidential information of nearly 100 million credit applicants.
- Obtaining a $115 million settlement (at the time, the largest data breach settlement in U.S. history) resulting from a 2015 data breach affecting Anthem, Inc., one of the nation's largest for profit managed health care companies.
- Obtaining a $38 million settlement with Meta relating to alleged insufficient disclosures of location-tracking practices in the Facebook application.
- Obtaining two settlements totaling $29 million to resolve consumer class action claims against Experian, one of the "big three" credit reporting agencies, arising out of the company's reporting of delinquent loan accounts.
- Obtaining a $10 million settlement in a class action resulting from a data breach at Target Corp.
- Obtaining a $3.25 million settlement in data privacy litigation on behalf of more than 61,000 optometrists whose personal information was compromised by the national optometry board.
- Obtaining a $2.3 million settlement in a class action stemming from a data breach at global technology company Citrix's internal network.
- Obtaining a $1.3 million settlement on behalf of 7,000 employees of litigation services provider UnitedLex following a data breach resulting in extensive tax fraud.



**Catastrophic Injury**

- Obtaining $39.5 million in settlements from three refiners on behalf of adjacent homeowners who were living above a large plume of gasoline leaked from the refineries and connecting pipelines.

**Commercial Litigation**

- Obtaining a $1.51 billion settlement – the largest agribusiness settlement in U.S. history – for U.S. corn growers, grain handling facilities and ethanol production plants that purchased corn seeds prematurely sold by Syngenta.
- Obtaining a $218 million jury verdict for a class of Kansas corn producers who purchased corn seeds prematurely sold by Syngenta.
- Obtaining a $56 million settlement on behalf of a class of government entities against Trinity Industries and its manufacturing arm, Trinity Highway Products, to remove and replace the companies' 4-inch ET Plus guardrail end terminals on Missouri roads.
- Obtaining a $55 million settlement for U.S. dairy farmers who purchased the Classic model of the voluntary milking system (VMS) manufactured and sold by DeLaval Inc.
- Obtaining a $49.75 million settlement in the United States with Lely on behalf of dairy farmers who purchased its robotic milking system, the Lely Astronaut A4.
- Obtaining more than $44 million in restitution and $7.9 million in cash for dentists against Align Technology, Inc. in a nationwide deceptive trade practices case.

**Consumer Class Action**

- Obtaining up to $220 million in damages for all Missouri residents who purchased the prescription pain reliever Vioxx before it was removed from the market.
- Obtaining more than $75 million in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles.
- Obtaining $29.5 million in settlements for overdraft fees charged to customers from UMB Bank, Bank of Oklahoma and Intrust Bank.
- Obtaining $19.4 million for purchasers of H&R Block's Express IRA product related to allegedly false representations made during the sales presentation.

**Cost of Insurance**

- Obtaining an appellate victory against Kansas City Life maintaining the full amount of damages awarded by the jury for overcharges to the cash values of the class of Missouri policyholders' universal life insurance policies and obtaining an additional award of prejudgment interest to bring the total judgment to over $48 million.
- Obtaining three jury verdicts of over $33 million in three class action jury trials against Kansas City Life on behalf of Missouri and Kansas policy owners.
- Obtaining a $2.25 billion settlement in a class action lawsuit against The Lincoln National Life Insurance Company over alleged life insurance policy overcharges.



- Obtaining two nationwide class action settlements with State Farm for $325 million and $65 million on behalf of policy owners alleging the insurer improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract.
- Obtaining a $59.75 million settlement in a nationwide class action lawsuit against John Hancock Life Insurance Company (U.S.A.) over alleged life insurance policy overcharges.
- Obtaining a $325 million settlement in a nationwide class action against State Farm on behalf of policy owners alleging the insurer improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract.
- Obtaining a $34 million jury verdict in a class action trial against State Farm on behalf of Missouri policy owners alleging the insurer improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract. The jury verdict was affirmed by the Eighth Circuit on appeal and the appellate court awarded an additional $5 million in prejudgment interest bringing the total recovery to nearly $40 million.

***Wage and Hour***

- Obtaining a $73 million settlement on behalf of current and former Bank of America retail banking and call center employees who alleged violations of the Fair Labor Standards Act.
- Obtaining approximately $50 million in settlements on behalf of DirecTV satellite technicians who were denied overtime and minimum wages in a California state court class action, more than 50 federal mass actions, and a collective arbitration.
- Obtaining a $27.5 million settlement for a class of loan originators who were misclassified as exempt and denied overtime.
- Obtaining a $25 million settlement for a class of mortgage consultants for unpaid overtime as lead counsel in multidistrict litigation.
- Obtaining a $24 million settlement to resolve a collective arbitration and more than 50 federal mass actions involving misclassified satellite technicians denied overtime and minimum wages.
- Obtaining a $14.5 million settlement for a class of inventory associates for unpaid overtime.
- Obtaining a $12.5 million settlement for multiple classes and collective of pizza delivery drivers alleging vehicle expenses reduced their wages below the minimum wage.
- Obtaining a $12.5 million settlement for classes of workers at two MGM casinos for tip credit violations.
- Obtaining a $10.5 million settlement for a class of bank employees for misclassification as being exempt from overtime.
- Obtaining a $9.8 million settlement for collectives of workers at three Rush Street Gaming casinos for tip credit and wage deduction violations.
- Obtaining an $8.5 million settlement for a collective of employees in the hospitality industry for unpaid minimum wages.
- Obtaining a $7.7 million settlement for a class of loan account servicers misclassified as exempt and denied overtime.
- Obtaining a $7.5 million settlement for class of loan processors in multidistrict litigation.



- Obtaining $6 million settlement for a class of workers at Wind Creek Casino for tip credit and wage deduction violations.
- Obtaining a $5.5 million settlement for a class of workers at Rivers Casino Schenectady for tip credit and overtime violations.
- Obtaining dozens of settlements between $1 million and $5 million for classes and collectives seeking unpaid overtime and minimum wages.



**STUEVE SIEGEL HANSON**

460 Nichols Road, Suite 200
Kansas City, Missouri 64112
stuevesiegel.com
816.714.7100

