Sophia M. Rios, SBN 305801
srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
T. 619.489.0300

*Attorney for Plaintiff Shonna Coleman*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No.: 24-cv-09470-BLF<br><br>**NOTICE OF MOTION & MOTION TO BE APPOINTED TO PLAINTIFFS' EXECUTIVE COMMITTEE BY SOPHIA M. RIOS OF BERGER MONTAGUE PC, AND JOINDER IN MOTION FROM ELI SILVA, ET AL. TO APPOINT INTERIM CO-LEAD COUNSEL**<br><br>Date: May 29, 2025<br>Time: 9:00 am<br>Courtroom: 3, 5th Fl.<br>Judge: Hon. Beth Labson Freeman |

**NOTICE OF MOTION AND MOTION**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 29, 2025, at 9:00 am in Courtroom 3, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, Plaintiff Shonna Coleman will and hereby does move this Court, pursuant to its Order of January 29, 2025 (ECF No. 49) and Federal Rule of Civil Procedure 23(g), to appoint Sophia M. Rios of Berger Montague PC to Plaintiffs' Executive Committee. Plaintiff Coleman additionally supports and joins the Joint Motion to Appoint Girard Sharp LLP; Lieff Cabraser Heimann & Bernstein, LLP; and Cotchett Pitre & Mccarthy LLP as Interim Co-Lead Class Counsel.

This Motion is based on this Notice of Motion and Motion; the memorandum of points and authorities that follows; the Joint Motion to Appoint Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein, LLP, and Cotchett Pitre & Mccarthy LLP as Interim Co-Lead Class Counsel and any papers filed in support of the Joint Motion; any response papers filed in further support of the Motion; all documents on file in the above-captioned action and in related actions; the arguments presented by counsel at the hearing on this Motion; and any other matter the Court may wish to consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 23(g)(3), I, Sophia Rios of Berger Montague PC, hereby request appointment to the Plaintiffs' Executive Committee.[1] I should be appointed for the following primary reasons:

**I.   I Possess the Requisite Professional Experience and Knowledge of the Law.**

I am a Shareholder at Berger Montague PC[2] and have managed the San Diego office since 2020. I have practiced class action litigation for ten years. I spent the first five years of my career defending large corporations in class action litigation and business disputes. I left the defense side to align my work with my personal values and have spent the last five years representing plaintiffs in class cases. I helped to recover $100 million for consumers in 2024 alone. I was named by Super Lawyers as a San Diego Rising Star in 2023 and 2024, by Best Lawyers as One to Watch from 2022-2024, and by the San Diego Daily Transcript as one of San Diego's Top 40 Under 40 Business Professionals in 2020. I am a graduate of U.C. Berkeley and Stanford Law School. As a first-generation college student and woman of color, I am committed to furthering diversity and inclusion in the practice of law and serve on Berger Montague's Diversity, Equity & Inclusion Task Force.

I have significant subject matter expertise that positions me well to lead here. Specifically, I have spearheaded numerous cases challenging corporations' use of website pixels and cookies to break the law. *See Osheske v. Silver Cinemas Acquisition Co. d/b/a Landmark Theaters*, No. 2:22-cv-09463-HDV (C.D. Cal.); *Taino v. Bow Tie Cinemas, LLC*, No. 1:23-cv-05371-VSB (S.D.N.Y.); *Bretto v. AMC Entm't Holdings, Inc.*, No. 2:23-cv-02317-DDC (D. Kan.); *Doe v. Baystate Health System Inc.*, No. 2384CV01949 (Suffolk Cnty. Super. Ct.). During the investigations of these matters, I developed technical skills that will benefit the class here, such as learning how to evaluate and record information being transmitted by cookies and tracking pixels while browsing the Internet.

---

[1] To the extent the Court delineates specific responsibilities for Plaintiffs' Executive Committee members, I submit that I am uniquely qualified to lead Plaintiffs' efforts to obtain discovery from Defendant PayPal.

[2] Berger Montague's firm biography is available at https://bergermontague.com/wp-content/uploads/Firm-Bio-Introduction.pdf.

I am also familiar with the technologies used to provide last click attribution and pay commissions to content creators. For example, I have led cases seeking to impose corporate liability for paying commissions to individuals who market to their social networks using unique links similar to the affiliate links at issue in this case. *See, e.g.*, *Moore v. Robinhood Fin., LLC*, No. 2:21-cv-01571-BJR (W.D. Wash.); *Bottoms v. Block Inc.*, No. 2:23-cv-1969-MJP (W.D. Wash.).

In these cases, I led all aspects of the litigation, including offensive discovery. I selected and worked with expert witnesses during the investigation of the violations and during discovery to ensure that we obtained necessary data and source code, to analyze what we received, and to explain in lay terms how the evidence furthered plaintiffs' claims. I also took significant depositions, including a two-day 30(b)(6) deposition in *Robinhood* concerning the company's complex databases and collection of data from users' devices.

Another significant case where I spearheaded discovery efforts includes *Fernandez v. CoreLogic Credco, LLC*, Case No. 3:20-cv-01262-JM-SBC (S.D. Cal.). The case challenged defendant's use of flawed software for reporting consumers as matches to a government watchlist. I managed most aspects of both offensive and defensive discovery in the matter, including drafting discovery requests and responses, leading meet and confers, handling several discovery disputes and the related arguments, managing the review of over 50,000 documents produced by defendant, and being the main client contact while responding to discovery requests. My familiarity with the record in that case allowed me to effectively marshal the strongest evidence for depositions and plaintiff's motion for class certification. I also assisted in drafting a technical expert report critiquing defendant's software for reporting matches, defended that expert at deposition, and deposed one of defendant's experts. The case settled for $58.5 million before class certification was decided.

The class here will also benefit from my knowledge of how the defensive discovery process is managed at corporations like PayPal, as I worked on the defense side for half a decade. I have experience consulting with corporate class action defendants regarding collecting and preserving documents and data, negotiating ESI agreements and Protective Orders, managing large document reviews and the resulting productions, and preparing defense witnesses for deposition. My decade-

long experience in class actions, coupled with my demonstrated personal commitment to challenging corporations who misuse technology to violate others' rights, positions me well to lead offensive discovery here.

In addition to my subject matter expertise, I also have experience working on large cases that involve multiple firms and defendants. I am currently leading several aspects of two complex MDLs that involve technological issues where my firm serves as lead counsel: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, Case No. 24-md-03108-DWF-DJF (D. Minn.) (challenging shutdown of payment portal that processes 15 billion transactions and $1.5 trillion per year in health claims paid to healthcare providers), and *In re MOVEit Customer Data Security Breach Litigation*, 1:23-md-03083 (D. Mass.) (seeking relief for consumers affected by security error in source code of file transfer software used at thousands of organizations affecting almost 100 million individuals). The relationships I have built through that work, and the level of support for my application here, demonstrate that I work cooperatively and effectively with others.

**II.     My Work Identifying, Investigating, and Advancing Plaintiffs' Claims Justifies Appointment.**

I, along with a team at Berger Montague, began investigating this claim when a public news story about Defendants' conduct broke. Specifically, we began working with attorneys at Girard Sharp LLP, Milberg Coleman Bryson Phillips Grossman, and Stueve Siegel Hanson LLP. We also retained are own own independent computer science expert who has helped bolster our understanding of the technological underpinnings of Defendants' conduct. That expert will be able to assist in reviewing applicable source code and log data during discovery. Since filing, we have retained two additional experts, one with expertise in influencer marketing and another in quantitative data analysis.

With the help of our independent experts, Berger Montague has filed two additional complaints against defendants engaging in conduct similar to Defendants here: *Coleman v. Microsoft Corporation*, No. 2:25-cv-00137 (W.D. Wash.); and *Coleman v. Capital One Financial Corp. et al.*, 1:25-cv-00060-AJT-WBP (E.D. Va.) (now consolidated *at In re: Capital One Financial*

*Corporation, Affiliate Marketing Litigation*, 1:25-cv-00023-AJT-WBP (E.D. Va.)). In short, we are committed to seeking relief for the content creators that have been wronged by Defendants and others, in this case and similar cases. Our subject matter expertise will deepen as these cases progress.

**III.     Berger Montague Can Bring Appropriate Resources to Bear.**

Berger Montague employs over 100 attorneys and has offices in eight cities, including San Diego and San Francisco. We have handled some of the nation's largest cases, including significant cases in this district. For example, this Court recognized my firm's qualifications to lead significant litigation when it appointed Berger Montague as Interim Co-Lead Publisher Class Counsel in *In re Google Digital Publisher Antitrust Litigation*, No. 5:20-cv-08984-BLF (N.D. Cal.) (ECF 76). My firm also chaired the class committee in *In re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 3:19-md-02913-WHO (N.D. Cal.) (achieving an overall MDL settlement of approximately $1.2 billion and a consumer class settlement of $255 million). We have also handled some of the nation's largest cases, including *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-MD-1720 (E.D.N.Y.), a case that spanned over a decade and resulted in the largest ever class action settlement in an antitrust case ($5.6 billion) and *Cook v. Rockwell International Corporation*, No. 90-cv-00181 (D. Colo.), where the firm won a $554 million jury verdict on behalf of thousands of people whose homes were exposed to plutonium from the former Rocky Flats nuclear weapons site near Denver, Colorado.

I have reached a point in my career where I am ready to be appointed to lead positions in significant cases and I bring to this application the full support of my firm. Berger Montague understands the financial and human resource commitments this case will require and is enthusiastically willing to undertake this representation. We will not use litigation funding to finance this case.

Moreover, while I have been the primary attorney driving this case and will continue to do so, the class will also benefit from senior guidance within the firm, including from Berger Montague Executive Shareholder, E. Michelle Drake. Ms. Drake co-chairs the firm's consumer protection and

data privacy practices. She focuses her practice primarily on consumer privacy, improper credit reporting, and financial services class actions. She has practiced law since 2001 and holds degrees from Harvard College, Harvard Law School, and Oxford University. Ms. Drake has extensive experience representing consumers in MDL proceedings and has served as lead or co-lead class counsel in over fifty privacy class actions and has achieved relief for consumers valued in the billions of dollars.[3]

IV.     **Conclusion**

For the foregoing reasons, I respectfully request a position on the Plaintiffs' Executive Committee in this action.

DATED: February 12, 2025                    Respectfully submitted,

By: /s/*Sophia M. Rios*
Sophia M. Rios, SBN 305801
srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
T. 619.489.0300

Joshua P. Davis, SBN 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
T.415.215.0962; F.215.875.4604

E. Michelle Drake*
emdrake@bm.net
Marika K. O'Connor Grant, SBN 334469
moconnorgrant@bm.net
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470
**pro hac vice pending*

*Attorneys for Plaintiff Coleman*

---

[3] For more information, *see* https://bergermontague.com/attorneys/e-michelle-drake/.