**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litig.* | Case No.: 24-cv-9470 <br><br> **JOINDER IN SILVA PLAINIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE** <br><br> Hon. Beth Labson Freeman |

**NOTICE OF JOINDER IN MOTION AND MOTION FOR LEADERSHIP**

PLEASE TAKE NOTICE that the undersigned respectfully (1) joins the Silva Plaintiffs' Motion to Appoint Interim Co-Lead Counsel, (2) moves for appointment to the Plaintiffs' Executive Committee, and (3) for the appointment of Christopher A. Seeger as Settlement Liaison. This Motion is based on the following memorandum of points and authorities, and the resume of Seeger Weiss LLP, attached hereto Exhibit A.

DATED: February 12, 2025                    Respectfully submitted,

/s/ Christopher A. Seeger
Chris A. Seeger (admitted *pro hac vice*)
David R. Buchanan (admitted *pro hac vice*)
Stephen Weiss (admitted *pro hac vice*)
Scott A. George (admitted *pro hac vice*)
SEEGER WEISS LLP
55 Challenger Rd
Suite 600
Ridgefield Park, NJ 05667
Tel: 973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sweiss@seegerweiss.com
sgeorge@seegerweiss.com

## MEMORANDUM OF POINTS AND AUTHORITIES

Seeger Weiss LLP ("Seeger Weiss") joins in Eli Silva's Motion to Appoint Interim Co-Lead Counsel and Plaintiffs' Executive Committee in *In re PayPal Honey Browser Extension Litig.*, which proposes appointment of Seeger Weiss as Offensive Discovery Chair of the Executive Committee and Christopher A. Seeger to work alongside Co-Lead Counsel as Settlement Liaison.

Seeger Weiss is broadly regarded as one of the nation's preeminent trial law firms, with an established track record of leading some of the most complex and impactful cases on behalf of injured parties. The firm is at the forefront of the law on issues of importance to our communities, whether redressing the Opioid epidemic, obtaining life-changing benefits for former NFL players and their families, compensating thousands of veterans injured by 3M's defective earplugs, holding social media platforms responsible for victimizing our children, bringing Volkswagen to justice in the "Clean Diesel" litigation, stepping up in the wake of the long-concealed AT&T data-breach or, here, holding a leading financial institution accountable for its surreptitious poaching of commissions owed to online content creators.

Mr. Seeger is a founding partner of Seeger Weiss who, for most of his three decades in practice, has represented people and entities injured by the acts of others. Frequently selected by his peers and appointed by courts to coordinate and steward the class and mass actions in which his firm is involved, Mr. Seeger has developed a preternatural ability to build consensus and ultimately resolve some of the largest and most economically complex litigations in the last decade. Such litigation includes: *In re 3M Combat Arms Earplug Prods. Liab. Litig.*, MDL 2885 (N.D. Fla.) (appointed Co-Lead Counsel in largest MDL in history, and led negotiation of global settlement worth $6 billion); *In re Nat'l Prescription Opiate Litig.*, MDL No. 2804 (N.D. Ohio) (appointed Co-Lead Counsel of the Negotiation Class and to the Executive Committee and Settlement Committee, which reached settlements to date worth over $50 billion); *In re Nat'l Football League Players' Concussion Injury Litig.*, MDL No. 2323 (E.D. Pa.) (appointed Lead Class Counsel and negotiated an uncapped 65 year settlement program, which has paid out more

than $1 billion in monetary awards to date); *In re Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, MDL No. 3014 (W.D. Pa.) (appointed Co-Lead Counsel and lead negotiator of three global settlements valued at over $1.5 billion); *In re Proton-Pump Inhibitor Products Liability Litigation (No. II)*, MDL No. 2786 (D.N.J.) (appointed Co-Lead Counsel; negotiated over $600 million in settlements with multiple defendants); and *In re Volkswagen 'Clean Diesel' Marketing Sales Practices Litigation*, MDL No. 2672 (N.D.Ca.) (appointed to Plaintiffs' Steering Committee and Settlement Committee, which drove settlement worth more than $10 billion).

More broadly, Seeger Weiss brings considerable depth and experience to its proposed role as a member of the Executive Committee in this litigation. Substantively, the Firm has deep experience in technology-centered cases, like this one, with issues touching on computers and internet technologies, such as *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL 3047 (N.D. Ca.), *In re AT&T, Inc. Customer Data Security Breach Litig.*, MDL No. 3114 (N.D. Tex.) (data breach litigation including current and former customers from a wide range of telecommunications and media services), *In re: Snowflake, Inc., Data Security Breach Litig.*, MDL No. 3126 (D. Mon.) (data breach litigation involving several retail and telecommunications defendants and their customers), and *In re Intel Corp. CPU Marketing, Sales Practices and Products Liab. Litig*, MDL No. 2828 (D. Or.) (consumer class action related to flawed computer chips).

Likewise, as a trial firm that litigates its cases from "tip to tail," Seeger Weiss is frequently asked (as here) by its co-leadership firms to lead the offensive discovery program for the complex cases in which it focuses.  To that end, Seeger Weiss has deep experience in all aspects of discovery in complex consolidated/coordinated cases, from the negotiation and execution of the "first day" orders that set the table for the litigation and discovery (e.g., ESI and format of production orders, preservation orders, discovery orders, expert protocols, etc.), to the conferral and resolution of discovery disputes, ESI and document management and synthesis, expert discovery, and trial preparation.  In collaboration with the leadership teams it serves—with its

prior experience and Rule 1 front of mind—Seeger Weiss attorneys craft focused and efficient discovery programs to expeditiously discover the facts and issues at the heart of the litigation. With regard to the instant proceedings, the Seeger Weiss attorneys committed to supporting the firm's role on the Executive Committee are nationally regarded for their experience in leading discovery programs in large complex cases such as this.

David Buchanan has lead discovery in some of the most significant (and sprawling) litigations of the past decade, including *In re 3M Earplugs,* in which he served as Co-Chair of the PSC and Discovery Committee for plaintiffs for the largest products liability MDL in history, and *In re Insulin Pricing Litig.,* where as Co-Lead Counsel, he, with the broader Seeger Weiss team, lead the discovery effort in for the claims of hundreds of state and local governments against six drug manufacturer and prescription benefit manager defendants.

Shauna Itri, a discovery thought leader and member of *The Sedona Conference* working group on e-discovery, has led the discovery program for several large MDL litigations, including in the recently settled *Philips CPAP* litigation mentioned above, and, together with Mr. Buchanan, will support the firm's efforts here.

While Mr. Buchanan and Ms. Itri well reflect the experience and capabilities of Seeger Weiss's attorneys, the firm's commitment to the Executive Committee extends to a broader range of associate and partner talent—with diverse personal backgrounds and litigation experience—who are expected to support the firm's proposed role for plaintiffs in this litigation.

Dated: February 12, 2025

/s/ Christopher A. Seeger
Chris A. Seeger (admitted *pro hac vice*)
David R. Buchanan (admitted *pro hac vice*)
Stephen Weiss (admitted *pro hac vice*)
Scott A. George (admitted *pro hac vice*)
SEEGER WEISS LLP
55 Challenger Rd
Suite 600
Ridgefield Park, NJ 05667
Tel: 973-639-9100
cseeger@seegerweiss.com

dbuchanan@seegerweiss.com
sweiss@seegerweiss.com
sgeorge@seegerweiss.com

JOINDER IN SILVA PLAINTIFFS' MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL
AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE