Karina G. Puttieva (SBN 317702)
Douglas J. McNamara (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
dmcnamara@cohenmilstein.com

*Counsel for Plaintiffs Oganesyan and Ely*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No.: 5:24-cv-9470-BLF<br><br>**JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Hon. Beth Labson Freeman<br><br>Date: 5/29/2025<br>Time: 9:00 a.m.<br>Courtroom: 3 - 5th Floor |

# NOTICE OF MOTION AND MOTION FOR LEADERSHIP

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 29, 2025, at 9:00 a.m. in Courtroom 3, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, that the undersigned respectfully (1) joins the Silva Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and (2) moves for appointment to the Plaintiffs' Executive Committee. This Motion is based on the following memorandum of points and authorities, the select resumes of Cohen Milstein Sellers & Toll PLLC, Douglas J. McNamara and Karina Puttieva, attached hereto Exhibit A, and the Silva Plaintiffs' motion to serve as Interim Co-Lead Counsel, and an Executive Committee consisting of Berger Montague PC, Cohen Milstein Sellers & Toll PLLC, Dicello Levitt LLP, Ellzey Kherkher Sanford Montgomery, LLP, Hausfeld LLP, Keller Rohrback LLP, Milberg Coleman Bryson Phillips Grossman PLLC, Seeger Weiss LLP, and Stueve Siegel Hanson LLP.

DATED: February 12, 2025                Respectfully submitted,

By: /s/ *Karina Puttieva*
Karina G. Puttieva (SBN 317702)
Douglas J. McNamara (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
dmcnamara@cohenmilstein.com

*Counsel for Plaintiffs Oganesan and Ely*

**MEMORANUM OF POINTS AND AUTHORITIES**

Consistent with this Court's January 29, 2025 Order (ECF No. 49), and the Federal Rule of Civil Procedure 23(g), Cohen Milstein respectfully moves to be appointed as a member of the Plaintiffs' Executive Committee. Cohen Milstein Sellers & Toll, PLLC is one of the nations' leading plaintiffs' class action firms for the past 50 years and has recovered tens of billions of dollars in damages for injured plaintiffs. *See* Exhibit A. Cohen Milstein possesses the expertise and can draw upon the resources necessary to vigorously prosecute this action and protect the interests of the class.

### A. Professional Experience in This Type of Litigation

Cohen Milstein has earned recognition as a "class-action powerhouse" and one of "America's 25 Most Influential Law Firms." Its consumer protection group is "known for notching big wins for plaintiffs," and has been recognized as a Group of the Year by Law360 for several years running. Cohen Milstein has successfully litigated the types of claims asserted in this case, and is well-suited for leadership in this litigation.

First, Ms. Puttieva, who will be primarily responsible for litigating this case, and Mr. McNamara, who will provide senior-level guidance, have significant experience in some of the largest technology and consumer protection litigation to date. Ms. Puttieva has played important roles in managing discovery and briefing in the following pertinent cases:

- ***DZ Reserve et al. v. Meta Platforms*** (N.D. Cal.): Cohen Milstein is Co-Class Counsel, representing advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. The court granted class certification on March 29, 2022. On March 21, 2024, the United States Court of Appeals for the Ninth Circuit affirmed the lower court's class certification ruling for the damages class.

- ***Brooks, et al. v. Thomson Reuters*** (N.D. Cal.): Cohen Milstein is Co-Class Counsel, representing a class of putative plaintiffs who claim that Thomson Reuters's CLEAR platform not only surreptitiously collects vast quantities of Californians' personal data but then sells this information to third parties, including commercial and government entities. On October 9, 2024, the court verbally granted preliminary approval of a $27.5 million settlement.

• **_In re MGM Resorts International Data Breach Litigation_** (D. Nev.): Cohen Milstein's Mr. McNamara serves as Co-Lead Interim Class Counsel in this consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of tens-of-millions of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On January 22, 2025, the court preliminarily approved a $45 million global settlement against MGM Resorts.

Some of Mr. McNamara's key leadership roles include:

• **_In re MOVEIt Customer Data Security Breach Litigation_** (D. Mass.): Mr. McNamara serves as co-lead counsel overseeing this multidistrict litigation addressing a massive May 2023 data breach involving Progress Software Corp.'s file-sharing software, impacting more than 2,500 organizations, including hospitals, banks, businesses, governments, pension funds, universities, among others, and more than 67 million individuals worldwide. A 12(b)(1) motion was denied and bellwether defendants filed 12(b)(6) motions on February 4, 2025.

• **_In re Caesars Data Breach Litig._** (D. Nev): Mr. McNamara is co-lead counsel regarding a data breach where tens of millions of PII was taken by a criminal gang called Scattered Spider. The case is currently awaiting ruling on a motion to dismiss.

• **_In re Apple Inc. Device Performance Litigation_** (N.D. Cal.): On March 17, 2021, the Court granted final approval of a $500 million settlement fund, which the Court called one of the largest class action settlements in the Ninth Circuit. Apple will use the fund to pay impacted owners of selected Apple iPhones who claimed that Apple failed to disclose material information about Apple's iOS software operating system updates. Mr. McNamara was appointed to the Plaintiffs' Steering Committee and was co-chair of the Expert Committee.

Second, Ms. Puttieva and Mr. McNamara have deep experience working with technical experts and on cases of first impression, both of which will be critical in this case. For Ms. Puttieva, this includes analysis of Meta's source code in _DZ Reserve v. Meta Platforms_, as well as directing the database and data broker experts in _Brooks v Thomson Reuters_, a first-of-its-kind case concerning surreptitious aggregation and sale of personal data by a defendant who had no

direct relationship to the class. For Mr. McNamara, this includes working with data security experts in *In re Apple*, *In re Marriott International Inc. Customer Data Security Breach Litigation* (D. Md.), and *In Re Blackbaud, Inc., Customer Data Security Breach Litigation* (D.S.C). Third, Ms. Puttieva offers additional insight into defendants' and plaintiffs' industries in this case. A 2017 graduate, she began her legal career in Nixon Peabody LLP's Los Angeles office where she represented both FinTech and Social Media clients on data privacy compliance matters and understands the business models at issue.

### B. Work Undertaken to Advance This Litigation

With the help of co-counsel HammondLaw, P.C. Cohen Milstein retained a computer science professor as an expert to independently investigate and analyze Paypal's Honey browser extension and Paypal's cookie-stuffing conduct on a technical level. Based on the expert's independent findings, Cohen Milstein extensively researched potential claims at issue in this action, including, most notably, the little-used Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030, *et seq*. and its California counterpart, the Comprehensive Computer Data Access and Fraud Act, Cal. Penal Code § 502. The Oganesyan complaint was the first on file to allege these cutting-edge claims.

### C. Willingness and Availability to Commit to this Project

Cohen Milstein is willing and able to commit the necessary time and effort to this litigation. Ms. Puttieva is an eighth-year associate who will be principally responsible for litigating this case, with the backing and guidance of Mr. McNamara. While Ms. Puttieva has worked on many complex consumer protection cases, this matter would represent her first opportunity to be in a leadership role in a class action. Thus, she will be uniquely motivated to dedicate her time and energy to this case.

### D. Willingness to Commit the Necessary Resources

Cohen Milstein is capable of standing toe-to-toe with Paypal. Cohen Milstein does not need or use third-party litigation funding. Cohen Milstein will dedicate all necessary resources and capital to ensure that the case is aggressively, yet efficiently, prosecuted on behalf of Plaintiffs and the Class. To that end, Cohen Milstein avoids billing that does not advance Plaintiffs' interests

and has formulated a timekeeping protocol for firms working the case that has been adopted in other similar complex litigations. *See e.g., In re MGM*, 20-cv-00376-JAD-NJK, ECF No. 67-10.

### E. Ability to Work Cooperatively with Others

Cohen Milstein has worked on this case with HammondLaw, who developed this case, retained experts early in the investigation, and has extensive class action experience. Mr. McNamara and Ms. Puttieva have also worked cooperatively other applicants for leadership. This includes Leiff Cabraser in *In re Marriott* and Cotchett Pitre & McCarthy in *In re Apple*. Both firms have stellar attorneys, are easy to work with, and have shown exemplary legal judgment in litigating large, complex cases. Additionally, Cohen Milstein has been impressed with Girard Sharp's reputation and their extensive work in putting this case together. For these reasons, Cohen Milstein joins in the Silva Plaintiffs' motion to appoint Leiff Cabraser, Cotchett Pitre & McCarthy, and Girard Sharp as interim co-lead counsel and support the proposed executive committee team, with its a proven history of litigating and resolving class actions in the best interests of the class.

### F. Conclusion

Cohen Milstein meets all the necessary requirements of Rule 23(g) to lead this litigation. If appointed to the Plaintiffs Executive Committee, Cohen Milstein will litigate efficiently, working cooperatively with Paypal's Counsel and consistent with this Court's practices.

DATED: February 12, 2025                    Respectfully submitted,

By: /s/ *Karina Puttieva*
Karina G. Puttieva (SBN 317702)
Douglas J. McNamara (*pro hac vice* forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
dmcnamara@cohenmilstein.com

*Counsel for Plaintiffs Oganesyan and Ely*

## PROOF OF SERVICE

I hereby certify that on February 12, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Karina Puttieva*
Karina G. Puttieva