# **Exhibit A**

COHENMILSTEIN

# About the Firm

**We are trailblazers in plaintiff-side and class action litigation, handling groundbreaking cases resulting in landmark decisions involving antitrust, securities, consumer rights, civil rights, and other far-reaching matters.**

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington, we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- Employee Benefits / ERISA
- Ethics and Fiduciary Counseling
- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower/False Claims Act

In 2024, *Law360* recognized our Securities Litigation & Investor Protection practice as a "2023 Practice Group of the Year." *The National Law Journal* also named Cohen Milstein's Securities Litigation and Mass Torts practices "Practice of the Year" for 2024. *Chambers USA* and *Legal 500* have also consistently ranked Cohen Milstein as a "Top Tier Firm" and "Leading Firm" in Antitrust, Securities Litigation, Product Liability, Mass Torts, ERISA, and Employment Law. The firm has also been named among the "Best Law Firms for Female Attorneys" in *Law360's* 2024 "Glass Ceiling Report."

Our attorneys, individually, are heralded as among the best in their practices by industry surveys and organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal.*

cohenmilstein.com

**COHENMILSTEIN**

# | Consumer Protection

We are at the forefront of protecting consumers across the United States from corporate malfeasance.

Our primary objective is to protect consumer rights through class actions under federal and state laws, bringing a full measure of justice to consumers, while holding corporate wrongdoers responsible. Some of our cases have achieved landmark settlements, while others have established legal precedent.

## Nationally Recognized

We have received numerous accolades for our work in consumer law:

- *The National Law Journal* – Consumer Protection - Practice of the Year (2018, 2022)
- *Law360* – Practice Group of the Year – Class Action (2017, 2020, 2021)
- *Law360* – Practice Group of the Year – Consumer Protection (2018, 2019)

## Our Practice

We represent individuals and small businesses in state and federal consumer class actions, spanning all industries.

The scope of our practice includes, but is not limited to:

- Data Privacy Breach
- False Advertising & Unfair Business Practices
- Automotive and Product Defects
- Healthcare Fraud

## Our People

Several of our team members hail from distinguished, senior leadership roles in consumer protection law, including the former Deputy Associate Attorney General of the U.S. Department of Justice and a former president of Public Justice, the nation's foremost not-for-profit plaintiffs' foundation, which leads social advocacy and corporate reform through precedent-setting class actions and trials.

# Representative Consumer Protection Matters

## We have led some of the country's highest-profile consumer protection class actions, including:

- *In Re Anthem, Inc. Data Breach Litigation* (N.D. Cal.): On August 16, 2018, the Court granted final approval to a $115 million settlement – the largest data breach settlement in U.S. history – ending claims that Anthem Inc., one of the nation's largest for-profit managed health care companies, put 79 million consumers' personal information, including social security numbers and health date, at risk in a 2015 data breach. Cohen Milstein was Co-Lead Counsel in this watershed nationwide class action.

- *In re Equifax, Inc., Customer Data Security Breach Litigation* (N.D. Ga.): On December 19, 2019, the Court granted final approval a landmark $1.5 billion settlement concluding this data breach class action affecting more than 147 million people in the U.S. The settlement consists of a record-breaking $425 million in monetary and injunctive benefits and requires Equifax to spend $1 billion to upgrade its security and technology. Cohen Milstein was on the Plaintiffs' Steering Committee and was Co-Chair of the Expert Committee.

- *In re Apple Inc. Device Performance Litigation* (N.D. Cal.): On March 17, 2021, the Court granted final approval of a $500 million settlement fund, which the Court called one of the largest class action settlements in the Ninth Circuit. Apple will use the fund to pay impacted owners of Apple's iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus who claimed that Apple failed to disclose material information about Apple's iOS software operating system updates. Douglas McNamara was appointed to the Plaintiffs' Steering Committee and was co-chair of the Expert Committee.

- *Herrera, et al. v. JFK Medical Center LP et al.* (M.D. Fla.): On December 14, 2018, Cohen Milstein secured final approval of a $220 million injunctive relief settlement from Florida-based HCA hospitals for patients who were allegedly overcharged for emergency X-rays and CT scans provided after they suffered an automobile accident and covered in part by their mandatory Florida Personal Injury Protection (PIP) insurance. Cohen Milstein was Lead Counsel in this state-wide litigation.

- *Khoday et al v. Symantec Corp. et al.* (D. Minn.): In April 2016, the Court granted final approval of a $60 million all-cash deal one month before this certified class action was about to go to trial – one of the most significant consumer settlements in years –

cohenmilstein.com

COHENMILSTEIN

against Symantec, Corp. and Digital River, Inc. regarding the marketing of a re-download service in conjunction with the sale of Norton software. Cohen Milstein was Lead Counsel in this nationwide class action.

- *In re: Caterpillar, Inc. Engine Products Liability Litigation* (D.N.J.): On September 20, 2016, the Court granted final approval of a $60 million settlement, ending a consolidated class action lawsuit brought by 22 trucking and transportation firms and individuals in 18 states who had purchased or leased vehicles powered by defective MY2007 CAT engines, heavy-duty, on-highway diesel engines designed and manufactured by Caterpillar. Cohen Milstein was Co-Lead Counsel in this multi-state class action.

- *In re MGM Resorts International Data Breach Litigation* (D. Nev.): Cohen Milstein serves as Co-Lead Interim Class Counsel and represents plaintiffs nationwide in a consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On January 22, 2025, the court preliminarily approved a $45 million global settlement against MGM Resorts.

- *LLE One, LLC, et al. v. Facebook* (N.D. Cal.): On June 26, 2020, the Court granted final approval of a $40 million settlement in a consolidated, consumer class action against Facebook for allegedly disseminating inflated video metrics – as much as 150% - 900% – to advertisers. Plaintiffs' allegations against Facebook include violations of California's Unfair Competition Law (§ 17200), breach of implied duty to perform with reasonable care, as well as fraud.

- *Ariza v. Luxottica Retail North America (LensCrafters)* (E.D.N.Y.):  On September 27, 2024, the court granted final approval of a $39 million settlement in this certified class action. Purchasers of LensCrafters' Accufit Digital Measurement System (Accufit) services alleged that LensCrafters used false, misleading advertising, and deceptive sales practices about Accufit being "five times more accurate" in measuring pupillary distance than traditional methods to induce customers to purchase LensCrafter's higher-priced prescription lens products. Cohen Milstein was Lead Counsel.

- *In Re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation* (E.D. Va.): On October 9, 2018, the Court granted final approval of a $36 million settlement that ends this multidistrict product liability and consumer litigation against Lumber Liquidators, the largest specialty retailer of hardwood flooring in North America.  Plaintiffs alleged that Lumber Liquidators falsely labelled and made false statements that its Chinese-

cohenmilstein.com

COHENMILSTEIN

manufactured laminate flooring, sold between January 1, 2009 and May 31, 2015, complied with California Air Resource Board's (CARB) formaldehyde emissions limits. "60 Minutes" aired two investigative stories into these allegations. Cohen Milstein was Co-Lead Counsel in this nationwide class action.

- *Brooks, et al. v. Thomson Reuters* (N.D. Cal.): Cohen Milstein is representing a class of putative plaintiffs who claim that Thomson Reuters's CLEAR platform not only surreptitiously collects vast quantities of Californians' personal data but then sells this information to third parties, including commercial and government entities. On October 9, 2024, the court verbally granted preliminary approval of a $27.5 million settlement.

- *Prescott, et al. v. Reckitt Benckiser LLC* (N.D. Cal.): Cohen Milstein serves as sole Lead Counsel in this certified false advertising class action, alleging that Woolite laundry detergent "Color Renew" and "revives colors" representation is false and misleading because Woolite does not renew or revive color in clothing. On March 28, 2024, the court granted final approval of a $3.27 million settlement.

cohenmilstein.com



# Douglas J. McNamara

Partner

**WASHINGTON, DC**
**T** 202.408.4600
**dmcnamara@cohenmilstein.com**

**PRACTICE AREAS**
Consumer Protection

**ADMISSIONS**
District of Columbia | New York

**EDUCATION**
New York University School of Law, J.D., 1995 | University at Albany - State University of New York, B.A., summa cum laude, Departmental Honors, 1992

## Overview

**Douglas J. McNamara** litigates complex, multi-state class action lawsuits against manufacturers and consumer service providers such as banks, insurers, credit card companies and others. As a tireless advocate for consumers, he has worked on numerous cases involving data breaches, dangerous pharmaceuticals and medical devices, light cigarettes, defective consumer products, and environmental torts.

Doug has been involved in precedent-setting cases that tackled issues of preemption, choice of law, and class certification. He is a hands-on litigator who takes pleasure in the details, facts, and documents of each case.

Prior to joining Cohen Milstein in 2001, Doug was a litigation associate at an international defense firm, specializing in pharmaceutical and product liability cases. He started his career at New York City's Legal Aid Society, defending indigent criminal defendants at trial and on appeal.

## Current Cases

### In re MGM Resorts International Data Breach Litigation

In re MGM Resorts International Data Breach Litigation (D. Nev.): On February 1, 2021, Cohen Milstein's Douglas J. McNamara was appointed Co-Lead Interim Class Counsel in this consolidated data breach class action against MGM Resorts for failing to implement reasonable data security practices, thereby

allowing the personal information of between 10.6 million and 142 million MGM hotel guests and customers to be stolen on or about July 7, 2019.

### MOVEit Data Breach Litigation

In re: MoveIt Customer Data Security Breach Litigation (D. Mass.) Cohen Milstein is one of five court-appointed co-lead counsel overseeing this multidistrict litigation addressing the massive May 2023 data breach involving Progress Software Corp.'s file-sharing software, MOVEit Transfer, which impacted more than 2,500 organizations, including hospitals, banks, businesses, governments, pension funds, universities, among others, and more than 67 million individuals worldwide.

### General Motors Litigation

General Motors Litigation (E.D. Mich.): Cohen Milstein, as court-appointed Lead Counsel and Plaintiff Steering Committee Chair, represents a certified class of consumers in more than 25 states who purchased or leased new and used vehicles manufactured by GM in a consolidated breach of warranty and deceptive and fraudulent business practices class action against GM. Plaintiffs bring their claims under state consumer protection statutes and express and implied warranty law of their respective states, related to GM's manufacture and sale of defective eight-speed automatic transmissions (GM 8L90 or the 8L45), manufactured by between 2015 and 2019.

### In re Blackbaud, Inc., Customer Data Breach Litigation

In re Blackbaud, Inc., Customer Data Breach Litigation (D.S.C.): On February 16, 2021, Cohen Milstein was appointed to the Plaintiffs' Steering Committee in this data breach class action in which Plaintiffs claim that Blackbaud failed to take reasonable steps to prevent a data beach, starting in February 2020, and failed to promptly or accurately provide notice of the data breach to those affected.

### In re Marriott International Inc. Customer Data Security Breach Litigation

In re Marriott International Inc. Customer Data Security Breach Litigation (D. Md.): Cohen Milstein serves as Co-Lead Counsel to oversee a putative nationwide class action related to the data breach of personal information of nearly 400 million customers of Starwood-branded hotels, subsequently acquired by Marriott in 2016, making it one of the largest data breaches in U.S. history.

### AT&T Data Breach Litigation

Unruh, et al. v. AT&T Mobility LLC (N.D. Ga.): Cohen Milstein is representing a putative class of AT&T customers, whose names, addresses, phone numbers, Social Security numbers, and other personally identifiable information (PII) were the subject of a massive data breach. Plaintiffs claim that upon learning of the breach in August 2021 when hackers auctioned the database of 70 million customers' PII in an online hacking forum, AT&T denied the breach ever occurred and refused to investigate. Three

cohenmilstein.com

years later when the contents of the database were publicly leaked on the dark web and independently verified did AT&T admit the breach occurred and began an investigation.

### Baus, et al. v. Ford Motor Company

Baus, et al. v. Ford Motor Company (E.D. Mich.): Cohen Milstein represents plaintiffs who purchased or leased vehicles manufactured by Ford Motor Company in a consolidated breach of warranty and deceptive and fraudulent business practices class action against Ford Motor Company. Plaintiffs bring their claims under the Magnuson Moss Warranty Act and the consumer fraud statutes of their respective states, related to Ford's manufacture and sale of defective Ford F-150 pickup trucks, Model Years 2018-2020 equipped with 5.0L engines.

## Past Cases

### In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation

In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation (E.D. Va.): Cohen Milstein is co-lead counsel in a consumer class action lawsuit, alleging the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. On October 9, 2018, the Court granted final approval of a $36 million settlement. Mr. McNamara was involved in all aspects of the litigation, including discovery, writing and arguing pleadings, and settlement.

### Khoday et al v. Symantec Corp. et al.

Khoday et al. v. Symantec Corp. et al. (D. Minn.): Cohen Milstein was lead counsel in a nationwide class action involving the marketing to consumers of a re-download service in conjunction with the sale of Norton software. In April 2016, the case settled in a $60 million all-cash deal a month before it was to go to trial – one of the most significant consumer settlements in years. Douglas McNamara was involved in all aspects of the case, from managing the litigation to overseeing a staff of contract attorneys to settlement discussions.

### Caterpillar, Inc. Engine Products Liability Litigation

Caterpillar Product Liability Litigation (D.N.J.): Cohen Milstein was co-lead counsel in a nationwide product liability class action lawsuit alleging Caterpillar sold diesel engines with defective exhaust emissions system that resulted in power losses and shutdowns. The case was settled in September 2016 for $60 million.

### Herrera et al v. JFK Medical Center Limited Partnership and HCA, Inc.

Herrera v. JFK Medical Center and HCA, Inc. (M.D. Fla.): Cohen Milstein was lead counsel in a class action lawsuit alleging that four Florida plaintiffs and others like them were billed inflated and exorbitant fees for emergency radiology services, in excess of the amount allowed by law, covered in part by their mandatory Florida Personal Injury Protection insurance. When the district court struck plaintiffs' class claims, Ms. Martin successfully petitioned the Eleventh Circuit Court of Appeals to accept immediate appellate review and obtained a reversal of the district court's order. Cohen Milstein resolved the case and secured final approval of a $220 million injunctive relief settlement.

### In Re: Apple Inc. Device Performance Litigation

In re Apple Inc. Device Performance Litigation (N.D. Cal.): On March 17, 2021, the Court granted final approval of a $500 million settlement fund, which the Court called one of the largest class action settlements in the Ninth Circuit. Apple will use the fund to pay impacted owners of Apple's iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus who claimed that Apple failed to disclose material information about Apple's iOS software operating system updates. Douglas McNamara was appointed to the Plaintiffs' Steering Committee and was co-chair of the Expert Committee.

### NAACP DACA Litigation

Department of Homeland Security, et al. v. Regents of the University of California, et al. (S. Ct. No. 18-587): On June 18, 2020, the Supreme Court blocked the Trump Administration's plan to rescind the Deferred Action for Childhood Arrivals (DACA) program, preserving immigration protections for approximately 650,000 current DACA recipients and opening the door for at least 130,000 new applicants to seek the protections afforded by DACA. Cohen Milstein represented the National Association for the Advancement of Colored People, the United Food & Commercial Workers International Union and the American Federation of Teachers in one of three cases consolidated before the Supreme Court.

COHENMILSTEIN

# Karina G. Puttieva
Associate

**WASHINGTON, DC**
**T** 202.408.4600 | **F** 202.408.4699
**kputtieva@cohenmilstein.com**



**PRACTICE AREAS**
Consumer Protection

**ADMISSIONS**
California | District of Columbia

**EDUCATION**
University of California, Berkeley School of Law, J.D., 2017 | Haverford College, B.A., magna cum laude, 2011

## Overview

**Karina G. Puttieva** is an associate in Cohen Milstein's Consumer Protection practice. Her practice focuses on litigating class actions on behalf of consumers who have been misled, deceived or harmed by large corporations. Her work often addresses the intersection of data privacy, consumer fraud, and the misappropriation and sale of consumer data.

Karina is also a member of the firm's Hiring and Diversity Committee and plays an integral role in the annual fellowship program.

Prior to joining Cohen Milstein, Karina was a litigation associate at a highly regarded national defense firm.

## Current Cases

### In re MGM Resorts International Data Breach Litigation
In re MGM Resorts International Data Breach Litigation (D. Nev.): Cohen Milstein serves as Co-Lead Interim Class Counsel in this consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of tens-of-millions of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On January 22, 2025, the court preliminarily approved a $45 million global settlement against MGM Resorts.

### DZ Reserve et al. v. Meta Platforms

DZ Reserve et al. v. Meta Platforms (N.D. Cal.): Cohen Milstein represents advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. The court granted class certification on March 29, 2022. On March 21, 2024, the United States Court of Appeals for the Ninth Circuit affirmed the lower court's class certification ruling for the damages class.

### General Motors Litigation

General Motors Litigation (E.D. Mich.): Cohen Milstein, as court-appointed Lead Counsel and Plaintiff Steering Committee Chair, represents a certified class of consumers in more than 25 states who purchased or leased new and used vehicles manufactured by GM in a consolidated breach of warranty and deceptive and fraudulent business practices class action against GM. Plaintiffs bring their claims under state consumer protection statutes and express and implied warranty law of their respective states, related to GM's manufacture and sale of defective eight-speed automatic transmissions (GM 8L90 or the 8L45), manufactured by between 2015 and 2019.

### TR CLEAR Data Privacy Litigation

Brooks, et al. v. Thomson Reuters (N.D. Cal.): Cohen Milstein is representing a class of putative plaintiffs who claim that Thomson Reuters's CLEAR platform not only surreptitiously collects vast quantities of Californians' personal data but then sells this information to third parties, including commercial and government entities. On October 9, 2024, the court verbally granted preliminary approval of a $27.5 million settlement.

### TikTok Child Privacy Litigation

Villanueva, et al. v. Bytedance Inc., et al. (C.D. Cal.): Cohen Milstein is representing parents of children, who are minors, in a putative consumer protection class action who claim that TikTok collects and uses their young children's personal information without providing direct notice to parents or gaining parents' verifiable consent in violation of the Children's Online Privacy Protection Act of 1998 ("COPPA") and the COPPA Rule.