John P. Kristensen
SBN 224132
**EKSM LLP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
*john@kristensen.law*

Jarrett Ellzey*
Leigh S. Montgomery*
Tommy Kherkher*
**EKSM LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77066
Telephone: (713) 554-2377
*jellzey@eksm.com*
*lmontgomery@eksm.com*
*tkherkher@eksm.com*

(*denotes *pro hac vice* admission)

Devin J. Stone
(SBN 260326)
**EKSM LLP**
1050 Connecticut Ave., NW
Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326
*devin@eagleteam.law*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No.: 5:24-cv-9470-BLF<br><br>**JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Hon. Beth Labson Freeman<br><br>Hearing Date:  May 29, 2025<br>Hearing Time:  9:00 A.M.<br>Courtroom:     3 |

0

## NOTICE OF MOTION AND MOTION FOR LEADERSHIP

PLEASE TAKE NOTICE that the undersigned respectfully (1) joins the Silva Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and (2) moves for appointment to the Plaintiffs' Executive Committee. This Motion is based on the following memorandum of points and authorities, and the select resumes of EKSM (including its of counsel) – Exhibit A.

DATED: February 12, 2025         Respectfully submitted,

*/s/ Jarrett L. Ellzey*
Jarrett Ellzey*
Leigh S. Montgomery*
Tommy Kherkher*
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Telephone: (713) 554-2377
*jellzey@eksm.com*
*lmontgomery@eksm.com*
*tkherkher@eksm.com*
**Attorneys for Plaintiffs Wendover Productions LLC,**

i

JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL AND
MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 24-cv-9470-BLF

**MEMORANUM OF POINTS AND AUTHORITIES**

Consistent with this Court's January 29, 2025 Order (ECF No. 49), and Federal Rule of Civil Procedure 23(g), Wendover Productions, LLC, Businessing, LLC, The Charismatic Voice, LLC, Clearvision Media, Inc., and Gear Live Media, LLC hereby join the Silva Plaintiffs' Motion to Appoint Interim Lead Counsel and respectfully moves for EKSM to be appointed as a member of the Plaintiffs' Executive Committee. Due to their extensive experience in the online affiliate marketing space, EKSM possesses unique and invaluable knowledge of the underlying scheme at the heart of this class action lawsuit. Their deep understanding of the industry—coupled with direct access to over 1,300 affected potential class members and witnesses—positions them as a critical, if not indispensable, component of the Plaintiffs' Executive Committee. Beyond their industry expertise, the firm brings a proven track record of trial success in business torts, substantial resources, and litigation experience that will significantly benefit this case. EKSM possesses the expertise and can draw upon the resources necessary to vigorously prosecute this action and protect the interests of the class.

First, EKSM and its co-counsel have an unparalleled experience in the digital sphere. The various social media accounts of EKSM and its clients have amassed billions of views and a following of over 5.5 million subscribers across every major platform. They regularly lecture attorneys and content creators on legal issues related to social media, solidifying their status as the industry's undisputed thought leaders. Moreover, their deep ties to the social media landscape allowed them to be the first to file suit in this matter—*Wendover v. PayPal*—demonstrating their proactive commitment to protecting affected parties.

Second, as detailed below, the EKSM trial team has secured successful verdicts for tortious interference claims like those alleged in this case. Their litigation experience in this area is not only extensive but also highly relevant, equipping them to navigate the complexities of this action effectively. Given the complexity of this litigation and the substantial interests at stake, strong leadership by experienced class action litigators, industry insiders, and trial lawyers is essential. The proposed executive committee comprises a team with a demonstrated history of successfully litigating and resolving class actions, and they are fully committed to vigorously prosecuting this case in the best interests of the class.

1

JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL AND
MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 24-cv-9470-BLF

## II. LEGAL STANDARD

In appointing lead counsel, the court considers: "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class." Fed.R.Civ.P. 23(g)(1)(A). In addition, the Court "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed.R.Civ.P. 23(g)(1)(B).

Here, inclusion of EKSM is necessary due to its unique blend of experience from which leadership in this case will undoubtedly need to draw.

## III. COUNSEL'S QUALIFICATIONS

By appointing EKSM to the Executive Committee, the class will obtain the expertise of EKSM's attorneys including Jarrett Ellzey, Leigh Montgomery, and Devin Stone. They bring extensive litigation experience and unparalleled knowledge of the creator economy and digital marketplace. Their credentials include (*See* Exhibit A, Complete Resume):

- **Devin Stone:** Devin Stone, of EKSM's, class action experience comes largely on the defense side for Fortune 500 companies; he has defended numerous class actions achieving many favorable pre-trial outcomes for his clients. In addition to his legal practice, Mr. Stone is passionate about providing legal education to law students and lay people alike. Mr. Stone teaches at Georgetown University Law Center, but he is most well known as the attorney behind the YouTube channel Legal Eagle, the most watched law-related channel in the country. Mr. Stone's YouTube channel has over 3.5 million subscribers and nearly one billion views. He is universally regarded as "The Attorney" of the creator economy. Additionally, Mr. Stone is a co-owner of a social media agency and streaming platform that works with approximately 200 top creators in the industry. On his own behalf and that of his clients, he is intimately familiar with all aspects of affiliate marketing, sponsorships, and advertising in the social media space. There is not another attorney in the nation with a better understanding of social media creators and the affiliate economy.

2

JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL AND
MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 24-cv-9470-BLF

- **Jarrett Ellzey:** Jarrett Ellzey of EKSM is a leader in consumer class action litigation, having prosecuted over 100 class cases in courts across the country. Mr. Ellzey has spent most of his 21-year career advocating for small businesses, employees, and consumers in complex commercial disputes and high-stakes class actions. With offices in Texas, Arkansas, and New Mexico, Mr. Ellzey has litigated cases nationwide, representing plaintiffs in federal courts, including Texas, California, and Florida. His practice spans intricate commercial matters, nationwide consumer class actions, and labor disputes, earning him a reputation as a formidable advocate for plaintiffs.

Mr. Ellzey has a notable record of trial success in class actions. In his second jury trial, he secured an eight-figure verdict after a five-week trial on a tortious interference claim; and over a five-year span, he achieved more than $23 million in verdicts in single-event cases. His work in a high-stakes commercial real estate dispute led to his recognition in the Texas Verdicts Hall of Fame. In his first class action case as sole lead counsel, he obtained a $10 million settlement against a national insurer. Mr. Ellzey has partnered with top-tier litigators to pursue high-stakes class actions.

Board Certified in Civil Trial Law, Mr. Ellzey is a member of the prestigious American Board of Trial Advocates. He is also a Fellow of both the Texas Bar Foundation and the Houston Bar Foundation, honors reserved for distinguished attorneys recognized for their professional achievements and contributions to the legal community.

- **Leigh Montgomery:** Leigh Montgomery of EKSM is a skilled class action attorney dedicated to ensuring that individuals and small businesses maximize their recovery in the civil justice system. She has extensive experience in class certification, trial, and appeals, including securing a key appellate victory in *Mattson v. New Penn Financial, LLC* before the Ninth Circuit. Her litigation expertise will be instrumental in advancing this case through complex procedural hurdles.

## IV. COUNSEL'S ABILITY TO WORK COOPERATIVELY WITH OTHERS

EKSM and its co-counsel have a track record of working collaboratively with co-counsel, defense attorneys, and courts in large-scale litigation. Their experience managing class actions and complex class actions ensures they can efficiently and effectively advance the interests of the putative class. Given EKSM's vast experience within the online affiliate marketing space, it has unique knowledge of the underlying scheme that is the basis of this class action lawsuit. Importantly, EKSM

3

JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL AND
MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 24-cv-9470-BLF

has already engaged in a detailed fact-gathering investigation, including interviewing numerous potential class members and witnesses about their experiences with Defendants. These factors combined with their successful track record as trial lawyers, their resources, and class action litigation experience, makes EKSM a well-suited, if not an indispensable, component of the Plaintiffs' Executive Committee. Indeed, counsel from other cases (including proposed interim co-lead counsel) have already coordinated with and drawn from the knowledge of EKSM.

## V. COUNSEL'S WILLINGNESS TO DEVOTE TIME AND RESOURCES

EKSM and its co-counsel are fully prepared to commit substantial resources to the vigorous prosecution of this action, including dedicating significant attorney time, staff, and financial assets to ensure a robust and effective litigation strategy. The proposed team has a proven record of successfully litigating major class actions and possesses the necessary infrastructure—including substantial lines of credit, an ample workforce, and cash reserves—to sustain this case through trial, if necessary. With these resources in place, EKSM is well-equipped to join the Executive Committee and aggressively pursue justice on behalf of the class.

## VI. COUNSEL'S WORK IN THIS ACTION TO DATE

EKSM and its co-counsel have already undertaken significant efforts, including:
- Conducting a detailed investigation into the facts underlying the claims by interviewing over 1,300 potential claimants, and in the process, learning the impact of Defendant's alleged conduct.
- Conducting interviews of potential witnesses to verify the facts related to Defendant's scheme.
- Engaging with experts in digital advertising, data privacy, and affiliate marketing to develop evidentiary support for the case.
- Drafting and filing the initial complaint and related pleadings.
- Meeting with opposing counsel to discuss deadlines and preliminary matters.
- Coordinating discovery plans and liaising with other plaintiffs' counsel to streamline pretrial proceedings.

## VIII. EKSM SUPPORTS APPOINTMENT OF GIRARD SHARP LLP, LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, AND COTCHETT PITRE & MCCARTHY, LLP AS INTERIM CO-LEAD COUNSEL

EKSM has successfully litigated numerous class actions alongside attorneys from LCHB and can attest to their preparedness, diligence, and efficiency. Because of his positive experiences with LCHB, Mr. Ellzey reached out to attorneys at LCHB immediately after learning of the firm's

4

investigation into the allegations in this lawsuit and began coordinating and sharing information. Additionally, EKSM knows the work and reputations of Cotchette, Pitre & McCarthy and Girard Sharp very well from the data breach class action space and likewise met in person with partners from each firm to coordinate, share information, and discuss strategy. EKSM has high confidence in these firms and fully supports their applications for leadership.

**IX. CONCLUSION**

For the foregoing reasons, Plaintiffs Wendover Productions, LLC, Businessing, LLC, The Charismatic Voice, LLC, Clearvision Media, Inc., and Gear Live Media, LLC respectfully request that this Court appoint EKSM to the Plaintiffs' Executive Committee to assist leadership in this litigation on behalf of the putative class.

DATED: February 12, 2025          Respectfully submitted,

*/s/ Jarrett L. Ellzey*
Jarrett Ellzey*
Leigh S. Montgomery*
Tommy Kherkher*
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Telephone: (713) 554-2377
*jsanford@eksm.com*
*jellzey@eksm.com*
*lmontgomery@eksm.com*
*tkherkher@eksm.com*

*Attorneys for Plaintiffs Wendover Productions, LLC, Businessing, LLC, The Charismatic Voice, LLC, Clearvision Media, Inc., and Gear Live Media, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder in Silva Plaintiffs' motion to appoint Interim Co-Lead Counsel and motion for Appointment to the plaintiffs' executive committee has been filed using the Court ECF system, which will notify all users of this filing.

February 12, 2025

/s/ Jarrett L. Ellzey
Jarrett L. Ellzey

6

JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL AND
MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE
Case No. 24-cv-9470-BLF