# EXHIBIT A
# FIRM RESUME



JARRETT ELLZEY
TOM KHERKHER
JOSH SANFORD
LEIGH MONTGOMERY
SEAN SHORT
ANNA STIRITZ
REBECCA MATLOCK
*DEVIN STONE
*JOHN KRISTENSEN

4200 MONTROSE BLVD., STE. 200,
HOUSTON, TX 77006
WWW.EKSM.COM
TELEPHONE: (888) 350-3931
FACSIMILE: (888) 276-3455

EKSM, LLP's members have a proven track record of successfully handling complex class action lawsuits, ensuring justice for all members of the class. Our class action attorneys are dedicated to representing groups of plaintiffs who have been harmed by defective products, fraudulent practices, or other widespread misconduct.

**Jarrett L. Ellzey** is deeply committed to championing the rights of the injured, combating corporate misconduct, and holding wrongdoers accountable. With offices located in Texas and New Mexico, he has stood by plaintiffs in complex commercial cases, navigated nationwide consumer class actions, and tackled labor disputes in federal courts across key states like Texas, California, New Mexico, Pennsylvania, New York, Florida, and more.

Mr. Ellzey graduated from Texas Tech University in 2000 and from South Texas College of Law in 2003. Distinct from many class action attorneys, he has a notable record of trial success in complex litigation. In just his second jury trial, he secured an eight-figure verdict after a five-week trial on a tortious interference claim; and over a five-year span, he achieved more than $23 million in verdicts in single-event cases. Mr. Ellzey's work in a high-stakes commercial real estate trial led to his recognition in the Texas Verdicts Hall of Fame, further demonstrating his ability to navigate complex litigation successfully. In Mr. Ellzey's first class action case as sole lead counsel, he obtained a $10 million settlement against a national insurance carrier and their international law firm defending. Building on that success, Mr. Ellzey spent years partnering with top-tier litigators nationwide to pursue high-stakes class actions.

Mr. Ellzey has experience building excellent litigation teams.  Recently, as lead counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Mr. Ellzey and his team recovered $40 million for the State after eleven years of litigation. He achieved such a settlement by understanding the necessary components of a litigation team and filling those spots with the right people.

Board Certified in Civil Trial Law, Mr. Ellzey is a member of the prestigious American Board of Trial Advocates. He is also a Fellow of both the Texas Bar Foundation and the Houston Bar Foundation, honors reserved for distinguished attorneys recognized for their professional achievements and contributions to the legal community. Mr. Ellzey has significant trial experience, having tried dozens of cases to verdict in the last fifteen years.  His work in a high-stakes commercial real estate trial earned me recognition in the Texas Verdict Hall of Fame in 2013.

In September of 2015, Mr. Ellzey obtained a unanimous jury verdict of for plaintiffs in a consumer mortgage dispute. *See Danielle Geoffrion and Darren Kasmir v. Nationstar Mortgage, LLC*; Case no. 4:14-cv-00350 (E.D. Tex. Sept. 14, 2015) (Hon. Amos Mazzant). While the amount at stake was not significant, the case was filed under the Real Estate Settlement Procedures Act, a trial under which is rare, and victory rarer for plaintiffs. For this achievement, Mr. Ellzey was named "Litigator of the Week" by *Texas Lawyer* magazine, a state-wide publication.

Also in 2015, Mr. Ellzey obtained a $5.5M verdict against Wells Fargo for consumers that arose out of the subprime mortgage scandal and economic meltdown of 2008. He has been named a Super Lawyer every year since 2014 and was selected as a Rising Star in 2013.

In addition to being licensed to practice by the State of Texas and State of New Mexico, Mr. Ellzey is also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District of Illinois, U.S. District Court for the Eastern District of Michigan, and U.S. Bankruptcy Court for the District of New Mexico.

Mr. Ellzey has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Mr. Ellzey has been appointed class counsel in a number of class actions under consumer protection statutes. *See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013)*; Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

Mr. Ellzey has also worked on data breach class actions as counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas). Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D.

Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

**Leigh S. Montgomery** has spent her entire legal career helping individuals and small businesses maximize the results they can achieve from the civil justice system. Whether fighting the insurance industry or one individual, she will happily represent her clients from pre-lawsuit negotiations through trial and appeal until they get the very best legal resolution to their disputes.

Leigh has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Leigh also has worked on data breach class actions as local counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center* (Bexar County, Texas). Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D. Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

**Josh Sanford** practices almost exclusively in employment litigation, focusing on wage-and-hour law. This includes trial work in cases arising under the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Mr. Sanford was voted "Best Attorney" (tie) in a readers' poll published by The Courier in Russellville, AR. Josh has served as the president of the Pope County Bar Association. In addition, Josh has been a member of the American, Arkansas and Pope County Bar Associations, the Arkansas Trial Lawyers Association, the National Employment Lawyers Association, the Russellville Kiwanis Club and the Russellville Chamber of Commerce.

Josh has served as class counsel in several cases which the presiding Courts granted motions to proceed as a Rule 23 class: *Bonton v. Centerfold Entertainment Club, Inc.,* No. 6:14-CV-6074-RTD (W.D. Ark.); *Oliva v. C.L.A. Incorporated,* 4:12-CV-243 (E.D. Ark.); and *Sherri Dandison, et al. v. Hanks Furniture, Inc.,* 4:15-62-DPM.

**Tom Kherkher** is licensed to practice law in all courts of the State of Texas and Louisiana, as well as the U.S. District Court for the Southern District of Texas. A distinguished litigator and member of Houston's Chaldean community, Mr. Kherkher has built a formidable reputation in high-stakes litigation, successfully advocating against opponents with decades more experience.

By the age of 30, Mr. Kherkher had independently managed large dockets of cases against major insurance companies and corporations, securing over $70 million in settlements within just six

years of graduating law school. His success in complex litigation led him to become a founding partner at EKSM, where he continues to lead high-value cases.

Beyond the courtroom, Mr. Kherkher is a recognized authority in the social media affiliate marketing space, with approximately 2 million subscribers across his platforms. His ability to leverage digital outreach has expanded his influence in both the legal and business communities.

In addition to our partners, we have several associate attorneys dedicated to preparing, researching, and overseeing the outcome of all our cases.

**Devin Stone** is Of Counsel for EKSM. He is licensed to practice before all courts in the states of California, New York, Virginia, and Maryland as well as the District of Columbia.  Mr. Stone graduated from the UCLA School of law in Los Angeles, Ca in 2008, where he received an academic scholarship.  Mr. Stone began his civil litigation career at Akin Gump Strauss Hauer & Feld ("Akin") in Century City, California. There, he worked on a wide variety of litigation matters including several high-profile class action defense cases.

In 2011, Mr. Stone, along with several partners at Akin, left the firm to start the Los Angeles office of Barnes & Thornburg, also located in Century City, California.  There, he continued to work on a wide variety of litigation and trial matters including many class action defense cases.  Many of the class action defense cases were on behalf of Fortune 500 companies including Gruma, S.A.B. de C.V. (owner of Mission Foods) and home security company ADT Inc.

In 2016, Mr. Stone relocated to the Washington DC office of Barnes & Thornburg while continuing to work on a mix of California, Virginia, Maryland, and Washington, DC litigation matters.  In 2017, Mr. Stone left Barnes & Thornburg to focus on his own legal practice, several online businesses, and his passion for legal education.  To that end, Mr. Stone launched several online education websites and started the YouTube channel LegalEagle.  Launching these online businesses was one of the reasons he became familiar with the world of affiliate marketing and the creator economy in general.

LegalEagle is the preeminent law-related YouTube channel in the country.  The mission of the channel is to demystify legal issues in the news and popular culture for lawyers and lay people alike.  LegalEagle currently has over 3.5 million subscribers and has nearly 1 billion views on YouTube alone.  It also has a large social media presence on Facebook, Instagram, TikTok, Twitter/X, and Bluesky.  LegalEagle is the largest law-related YouTube channel by watch time and viewer engagement.

Mr. Stone has lectured extensively to lawyers and social media creators. He often speaks on legal issues in social media and social media issues in law, and is considered a thought leader in the industry.

Mr. Stone has extensive personal connections to social media creators on many different platforms. In part, because he is a co-owner and co-founder of Nebula, an agency that represents approximately 200 top YouTube creators and podcasters.

Mr. Stone intimately familiar with most aspects of affiliate marketing, sponsorships, and advertising in the social media space.  He is also passionate about legal education.  To that end,

for the last five years, Mr. Stone has been an adjunct professor of legal research, analysis, and writing (LRAW) at Georgetown University Law Center in Washington DC.

**John Kristensen** is Of Counsel at EKSM. He is an attorney licensed to practice before all Courts in the States of California and Massachusetts, and the founding partner at Kristensen Law Group.

Mr. Kristensen has offices in California and Massachusetts. He is an attorney licensed to practice in the States of California and Massachusetts. Mr. Kristensen is admitted to practice before the United States District Court for the Northern, Eastern, Southern, Central Districts of California, the United States District Court for the District of Colorado, the United States District Courts for the Eastern and Western District of Wisconsin, the District of Massachusetts and the United States District Court for the District of Columbia, as well as the Seventh and Ninth Circuit Courts of Appeal.

Mr. Kristensen graduated from Washington & Lee University School of Law in Lexington, Virginia in 2002, where he received an academic scholarship. Upon graduation, he moved back to Los Angeles and quickly gained admission to the California Bar. Mr. Kristensen began his civil litigation career at Daniels, Fine, Israel, Schonbuch & Lebovits, LLP in Century City. Mr. Kristensen then spent four years at a multi- disciplinary practice, at the firm Avila & Peros, LLP.

In 2008, Mr. Kristensen accepted employment at a firm, O'Reilly & Danko, which subsequently changed its name to O'Reilly || Collins. That firm was one of the preeminent plaintiffs' law firms in the country. During his tenure there, Mr. Kristensen obtained numerous seven and eight-figure verdicts and settlements.

In 2011, Mr. Kristensen was responsible for what was then a record and maximum fine against an automotive company, pursuant to his request that the federal government investigate an auto manufacturer for its statements regarding conducting a recall overseas, but not conducting that same recall for similar vehicles in the United States. The manufacturer paid the maximum fine more than $16,000,000.00 as a result of his investigation.

In 2011, the Daily Journal selected me as one of five associates to watch in the state of California in its annual 20 under 40 Edition. He was the sole plaintiffs' attorney to receive the accolade. Mr. Kristensen has also been named to Super Lawyers' Rising Stars for Southern California in 2012, 2013 and 2014. He have been named a Super Lawyer for Southern California every year since.

Mr. Kristensen has tried multiple employment litigation cases, including against exotic dance clubs, and wrongful death trials wherein I have obtained numerous million-dollar settlements. He, along with EKSM attorneys, have also handled many matters in arbitration through final hearing.

Mr. Kristensen has litigated cases against NBC, Enterprise Rent-A-Car, Spearmint Rhino, Ford Motor Company, Toyota Motor Company, General Motors, Taco Bell, Sony and numerous other large corporations. His practice has included in multiple appellate cases where he has argued successfully before the California Courts of Appeal.

---

During the Toyota Sudden Acceleration litigation, Mr. Kristensen was appointed by Hon. Anthony J. Mohr to the Plaintiffs' Steering Committee and was re-appointed in 2012 by Hon. Lee Edmon. Judge Edmon also appointed him as a member of the national fee committee to recommend the allocations and disbursements of the common benefit fund.

In 2012, Mr. Kristensen took a position with one of the nation's top Class Action Law Firms, Strange & Carpenter, where he was instrumental in preparing one of the bellwether sudden acceleration cases that resolved in December 2012. That case was a model for the California Class Claim, which resolved along with the national case. Today, he remains in the role as the youngest attorney appointed to the plaintiffs' committees in the California Toyota Sudden Acceleration cases.

In 2017, Mr. Kristensen obtained what was then a record Title IX settlement against UC Regents. Mr. Kristensen was appointed Class Counsel in the matter of *Mankin v. Mountain West Research Center,* L.C., Case Number 2:13-cv-06447-DSF-AGR in the Central District of California. The class settlement in that matter was approved by Hon. Dale S. Fischer.

On August 7, 2019, Mr. Kristensen was appointed Class Counsel in the matter of *George v. Shamrock Saloon II, LLC*, Case Number 17-cv-6663 (RA) (HBP) in the Southern District of New York by Magistrate Judge Pitman. Class certification was contested and an objection on the class certification, not his qualifications, was made to Hon. Ronnie Abrams, who adopted Magistrate Judge Pitman's report and recommendations in its entirety.

On October 23, 2019, in a contested motion for class certification in the Central District of California, Hon. George H. Wu appointed Mr. Kristensen as Class Counsel in the matter of *Lisa Friedman v. Jillian Michaels, et al.*, Case No. 19- CV-9414-GW(SSx) in the Central District of California.

Mr. Kristensen was appointed Class Counsel in the matter *Guzman v. Polaris Industries., et al.*, Case No. 8:19-cv-01543-FLA-KES in the Central District of California. He is the lead trial counsel in that case, which is set for trial on May 5, 2025. The case is based on Polaris' failing to test the roll cages on their off-road vehicles in compliance with the stated OSHA standard. The *Guzman* case was certified after a successfully overturning summary judgment in the Ninth Circuit, and also obtaining a decision that any dismissal of UCL claims under *Sonner* are without prejudice, permitting Plaintiffs to re-file in State Court.

In the past four years alone, Mr. Kristensen obtained plaintiffs' verdict in the past four years of $8.9 million, $5.5 million in a business dispute with the only cause of action was intentional interference with contractual relations, and two employments cases tried in the Western District of Texas and Los Angeles Superior Court. Twice the jury found malice and the cases went to punitive damages.