Christopher L. Springer (SBN 291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496, Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Attorney for Plaintiff Xavier L. Smith*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-09470-BLF<br><br>**JOINDER IN MOTION BY ELI SILVA, ET AL. TO APPOINT INTERIM CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Date:     May 29, 2025<br>Time:     9:00 a.m.<br>Location: Courtroom 3 – 5th Floor<br><br>Hon. Beth Labson Freeman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned respectfully (1) joins the Motion by Eli Silva, *et al.* to Appoint Interim Co-Lead Counsel and (2) moves for appointment to the Plaintiffs' Executive Committee. This Motion is based on the following memorandum of points and authorities as well as the firm resume of Keller Rohrback L.L.P., attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 12th day of February, 2025.

KELLER ROHRBACK L.L.P.

By: */s/ Christopher L. Springer*
Christopher L. Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Cari Campen Laufenberg (*pro hac vice* to follow)
Derek W. Loeser (*pro hac vice* to follow)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Attorneys for Plaintiff Xavier L. Smith*

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 23(g) and the Court's January 29, 2025 Order, ECF No. 49, Plaintiff Xavier Smith (No. 5:25-cv-00847-BLF) respectfully joins the Motion by Plaintiffs Eli Silva, Ashley Gardiner, Jose Moran, and GamersNexus to Appoint Girard Sharp LLP; Lieff Cabraser Heimann & Bernstein, LLP; and Cotchett Pitre & McCarthy LLP as Interim Co-Lead Class Counsel (the "Silva Proposal") and moves for entry of an Order appointing Keller Rohrback L.L.P. ("Keller Rohrback") as a member of the proposed Executive Committee.

## I. INTRODUCTION

Plaintiff Smith respectfully submits the following application for Keller Rohrback to serve as a member of the proposed Executive Committee to represent the interests of millions of individuals and entities on platforms like YouTube, Instagram, and TikTok from whom Defendants PayPal, Inc. and PayPal Holdings, Inc. ("PayPal" or "Defendants") have misappropriated affiliate marketing commissions. Keller Rohrback has extensive professional experience in complex consumer class action litigation, including serving in numerous court-appointed leadership positions. Throughout its service, Keller Rohrback has shown a commitment to pursuing relief on behalf of consumers, employees, investors, and others, who would otherwise have little or no recourse to seek compensation for their injuries. Keller Rohrback has established a proven track record of working cooperatively with others, including both plaintiffs' and defense counsel, and has repeatedly demonstrated its willingness and ability to commit the resources and time necessary to successfully pursue cases of this magnitude. Keller Rohrback's appointment as a member of the proposed Executive Committee will help ensure that this important litigation is allocated the significant experience and resources necessary to further Plaintiffs' claims on behalf of the putative class.

## II. THE RULE 23(G) FACTORS SUPPORT KELLER ROHRBACK'S APPOINTMENT

### A. The Federal Rule of Civil Procedure 23(g) Factors

The Court may "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3). The factors for appointing class counsel under Rule 23(g)(1) include "the work counsel has done in identifying or investigating potential claims in the action; . . . counsel's experience in handling class actions, other

complex litigation, and the types of claims asserted in the action; . . . counsel's knowledge of the applicable law; . . . the resources that counsel will commit to representing the class; . . . [and] any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1) & (g)(4).

**B.      Keller Rohrback's Complex Litigation Group Has the Expertise and Resources to Support this Litigation.**

For more than 35 years, Keller Rohrback's nationally recognized Complex Litigation Group has successfully represented consumers, employees, and government entities nationwide in many of the most complex and cutting-edge cases. Headquartered in Seattle, it has offices nationwide in Oakland, Santa Barbara, Portland, Denver, Phoenix, Missoula, and New York. With more than sixty attorneys, Keller Rohrback frequently serves as lead counsel and in other appointed leadership positions in prominent consumer class actions, and has successfully litigated cases in state and federal courts throughout the nation, obtaining judgments and settlements on behalf of clients in excess of $94 billion. *See* Keller Rohrback L.L.P. Firm Resume, attached as Exhibit A.

Keller Rohrback prides itself on serving the public interest by taking on cases that make a tangible difference in our communities. Many of these cases are currently being or were litigated in this District, including *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, MDL No. 2843 (N.D. Cal.) (Co-Lead Counsel), *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.) (Plaintiffs' Steering Committee), *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability*, MDL No. 2777 (N.D. Cal.) (Plaintiffs' Steering Committee), and *In re JUUL Labs, Inc., Mktg. Sales Pracs. & Prod. Liab. Litig.*, No. 19-MD-02913-WHO (N.D. Cal.) (one of four co-lead counsel), among others.

Moreover, Keller Rohrback is a full-service law firm with a wide array of practice groups. As such, the Complex Litigation Group is able to call upon attorneys who specialize in business and commercial law, financial products and services, bankruptcy and financial restructuring, and insurance coverage litigation. This breadth and depth of legal knowledge and litigation experience has frequently been invaluable in helping to prosecute and resolve complex consumer matters.

If appointed, the following attorneys will lead the Keller Rohrback team in this matter.

**Cari Campen Laufenberg** is a senior partner at Keller Rohrback who focuses her practice on large-scale and complex class action litigation involving highly technical issues like those present here. Ms. Laufenberg has served in leadership roles in numerous consumer data breach cases. Currently, she serves as Co-Lead Counsel in *In re 23andMe, Inc. Customer Data Security Breach Litigation*, No. 3:24-md-3098-EMC, MDL No. 3098, (N.D. Cal.), litigation involving the wrongful exposure of highly sensitive personal and genetic information for 6.4 million customers. She also serves as Co-Lead Counsel in *In Re: T Mobile Customer Data Security Breach Litigation*, No. 4:23-md-03073-BCW, MDL No. 3073 (W.D. Mo.), involving a November 2022 data breach that impacted 37 million T-Mobile customers. In serving as Co-Lead Counsel in these and other matters, Ms. Laufenberg has shown dedication, skill, and a track record of success. For example, in *In Re: T-Mobile Customer Data Security Breach Litigation*, No. 4:21-md-03019-BCW, MDL No. 3019 (W.D. Mo.), she worked effectively and efficiently as Co-Lead Counsel and other members of the leadership team to negotiate a ground-breaking $350 million settlement on behalf of 76 million class members. Ms. Laufenberg's additional leadership positions and accomplishments are set forth in Exhibit A.

**Derek W. Loeser** is a senior partner at Keller Rohrback and a member of the firm's Executive Committee. Mr. Loeser has extensive experience serving in leadership roles in class action cases, including as Co-Lead Counsel in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, MDL No. 2843, the consumer privacy class action prompted by the Facebook/Cambridge Analytica scandal which ultimately resulted in a $725 million settlement—the largest privacy class action settlement to date in the United States, and the most Facebook has ever paid to resolve a class action. Mr. Loeser also served as Class Counsel in *Jabbari, et al. v. Wells Fargo & Co., et al.*, Case No. 15-02159-VC (N.D. Cal.), the consumer class action stemming from the Wells Fargo unauthorized account scandal. Mr. Loeser and the Keller Rohrback team achieved a $142 million settlement requiring the bank to refund all improper fees and provide first-of-its kind credit damage reimbursement, among other relief, to Wells Fargo customers.

In addition to his class action work, Mr. Loeser helps manage the Keller Rohrback team representing state and local government entities in a number of matters involving significant public health crises. For example, Mr. Loeser lead the Keller Rohrback team litigating government cases

against opioid manufacturers and distributors in *In re National Prescription Opiate Litigation*, MDL No. 2804. In the *Opioid MDL*, Mr. Loeser served on the Expert and Law & Briefing Committees and lead the litigation against a major opioid manufacturer. Mr. Loeser's additional leadership positions and accomplishments are set forth in Exhibit A.

**Christopher L. Springer** is a partner at Keller Rohrback who has considerable experience litigating cases involving complex technology including the aforementioned *Facebook* litigation as well as the *23andMe* and *T-Mobile* data breach matters. He was recently appointed to serve on the Plaintiffs' Steering Committee in *In re: Consumer Vehicle Driving Data Tracking Collection*, No. 1:24-MD-3115-TWT (N.D. Ga.). Mr. Springer's additional accomplishments are set forth in Exhibit A.

**C.     Keller Rohrback Will Work Effectively and Efficiently with Other Plaintiffs' Counsel**

If appointed to the Proposed Executive Committee, Keller Rohrback will continue to work collaboratively with other counsel to advance the interests of the proposed class. In this regard, Keller Rohrback has a demonstrated track record of working collaboratively with all counsel to achieve impressive outcomes that maximize results for class members. Moreover, given Keller Rohrback's significant experience serving in leadership roles in multidistrict litigation, the Keller Rohrback team understands the importance of performing work solely at the direction of Interim Co-Lead Counsel to ensure there is an efficient and effective management of Plaintiffs' efforts.

### III.     CONCLUSION

For the foregoing reasons, Plaintiff Smith respectfully requests the entry of an Order adopting the Silva Proposal and appointing Keller Rohrback L.L.P. as a member of the proposed Executive Committee, in accordance with the Proposed Order submitted with the Silva proposal.

RESPECTFULLY SUBMITTED this 12th day of February, 2025.

KELLER ROHRBACK L.L.P.

By: /s/ *Christopher L. Springer*
    Christopher L. Springer (SBN 291180)
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Tel.: (805) 456-1496
    Fax: (805) 456-1497
    cspringer@kellerrohrback.com

Cari Campen Laufenberg (*pro hac vice* to follow)
Derek W. Loeser (*pro hac vice* to follow)
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Attorneys for Plaintiff Xavier L. Smith*

# CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on February 12, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Sarah Skaggs*
Sarah Skaggs