Amanda V. Boltax (*pro hac vice*)
James J. Pizzirusso* (D.C. Bar No. 477604)
Ian J. Engdahl* (D.C. Bar No. 1613748)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
T: (202) 540-7200
F: (212) 202-4322
mboltax@hausfeld.com
jpizzirusso@hausfeld.com
iengdahl@hausfeld.com

Ashley M. Crooks* (NY Bar No. 5800776)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
F: (212) 202-4322
acrooks@hausfeld.com

*Counsel for Plaintiff Cameron King*

**pro hac vice* forthcoming

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ***IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION*** | Case No.: 5:24-cv-09470-BLF<br><br>**JOINDER IN SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Hon. Beth Labson Freeman<br><br>Hearing Date: May 29, 2025<br>Hearing Time: 9:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned respectfully (1) joins the Silva Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and (2) moves for appointment to the Plaintiffs' Executive Committee. This Motion is based on the following memorandum of points and authorities, and the select resumes of Hausfeld LLP, Ashley M. Crooks, James J. Pizzirusso, Amanda V. Boltax, and Ian J. Engdahl, attached hereto as **Exhibit A**.

DATED: February 12, 2025

Respectfully submitted,

*/s/ Amanda V. Boltax*
Amanda V. Boltax (*pro hac vice*)
James J. Pizzirusso* (D.C. Bar No. 477604)
Ian J. Engdahl* (D.C. Bar No. 1613748)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
T: (202) 540-7200
F: (212) 202-4322
mboltax@hausfeld.com
jpizzirusso@hausfeld.com
iengdahl@hausfeld.com

Ashley M. Crooks* (NY Bar No. 5800776)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
F: (212) 202-4322
acrooks@hausfeld.com

*Counsel for Plaintiff Cameron King*

**pro hac vice* forthcoming

**INTRODUCTION**

Hausfeld LLP ("Hausfeld") respectfully submits this joinder in the Silva Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and motion for appointment to the Plaintiffs' Executive Committee, pursuant to this Court's January 29, 2025 Order (ECF No. 49) and Federal Rule of Civil Procedure 23(g). Hausfeld's diverse data privacy and technology team has extensive experience leading high-profile cybersecurity and data privacy class actions, and they have the requisite knowledge, experience, and resources to ensure this case runs efficiently and smoothly. The proposed leadership team from Hausfeld includes Ashley M. Crooks, James J. Pizzirusso, Amanda V. Boltax, and Ian J. Engdahl, whose experience and accomplishments are summarized herein and in the attached **Exhibit A**.

    **I.**    **The Experience and Qualifications of Hausfeld's Team Are Unmatched**

Hausfeld has been at the forefront of data breach and privacy litigation for more than a decade, leading and obtaining groundbreaking results in the largest data privacy cases in the country, including: *In re Equifax, Inc. Customer Data Sec. Breach Litig.*, No. 1:17-md-2800-TWT (N.D. Ga.) ($1.5 billion settlement); *In re T-Mobile Data Sec. Breach Litig.*, MDL No. 3019 (W.D. Mo.) ($500 million settlement); and *In re: Marriott Int'l Inc., Customer Data Sec. Breach Litig.*, MDL No. 2879 (D. Md.) (class certification obtained), among others.

Widely acknowledged as one of the country's preeminent and most successful class action law firms, Hausfeld is well-suited for leadership in this case. For three years running, *Chambers and Partners* has ranked Hausfeld "as a leading plaintiff-side practice in cybersecurity and privacy litigation actions," the *only* plaintiffs' firm in the country to receive that recognition. Hausfeld is also the only plaintiffs' firm in the country ranked by the *Legal500* in Cyber Law.[1] Hausfeld's data privacy and technology team is distinguished by its deep bench of experienced attorneys, who are uniquely qualified to help lead this case as a member of the Plaintiffs' Executive Committee:

---

[1] In 2021, Law360 recognized Hausfeld with a Practice Group of the Year Award in Cybersecurity and Privacy. And in 2024, *The National Law Journal* recognized Hausfeld with an "Elite Trial Lawyer" award in the Privacy/Data Breach category.

**Ashley M. Crooks:** Ms. Crooks is a senior counsel in Hausfeld's New York office. As a member of Hausfeld's pioneering Cyber Law practice, Ms. Crooks is committed to advancing the law on issues surrounding technology, privacy, and data security. Ms. Crooks is well-versed in both sides of complex litigation, with experience representing both defendants and plaintiffs in a variety of high-stakes commercial, mass tort, and data privacy matters at all stages of litigation. Ms. Crooks began her legal career at a large international law firm, where she served on national counsel teams in consolidated mass tort proceedings and multidistrict product liability litigation, and she has managed dozens of cases through all stages of pretrial litigation under accelerated discovery periods in state and federal courts across the United States. She has extensive experience in nearly every phase of complex litigation, from initial investigation and pleading to discovery management, dispositive motion practice, settlement negotiation, fact and expert witness development, trial, and appeal. Ms. Crooks also has extensive experience litigating data privacy class actions and has previously been appointed to leadership in state and federal courts, including in *In re: Fred Hutchinson Cancer Center Data Breach Litigation*, Case No. 23-2-24266-1 (Wash.) (appointed to plaintiffs' steering committee) and *Bianucci, et al. v. Rite Aid Corporation*, Case No. 2:24-cv-03356-HB (E.D. Pa.) (appointed as plaintiffs' co-lead counsel).

**James J. Pizzirusso:** As a founding partner of Hausfeld, Mr. Pizzirusso has achieved national renown and unmatched success as one of the country's preeminent cybersecurity, technology, and consumer protection attorneys. In 2024, for the fourth year in a row, *Chambers and Partners* ranked Mr. Pizzirusso as a top lawyer in "Privacy and Data Security: Litigation"—the *only* plaintiffs' attorney to achieve this distinction. *Chambers* described Mr. Pizzirusso as "a highly experienced litigator, noted for his successful track record for plaintiffs in high-stakes cybersecurity and privacy law class actions."[2] Mr. Pizzirusso was involved in negotiating the two *largest* data breach settlements

---

[2] Mr. Pizzirusso has been widely recognized for his work in data breach and privacy law. The *National Law Journal* named Mr. Pizzirusso as one of its "2023 Class Action/Mass Tort Trailblazers," and previously named him as a "2020 Washington, DC Trailblazer," and a "2017 Cybersecurity Trailblazer." *SuperLawyers* has recognized Mr. Pizzirusso as a "Top Rated Class Action & Mass Torts Attorney" in Washington, D.C. since 2016, and *Lawdragon* has named him as one of 500 Leading Plaintiff Consumer Lawyers in the country since 2019. Law360 also named Mr. Pizzirusso a "2021 Cybersecurity and Privacy MVP."

2

ever reached. As co-lead counsel in *In re T-Mobile Data Security Breach Litig.*, MDL No. 4:21-md-03019-BCW (W.D. Mo.), he helped reach a settlement valued at $500 million (the second largest data breach settlement) for the seventy million victims of that data breach. Mr. Pizzirusso was also appointed to the plaintiffs' steering committee and settlement committee in *In re Equifax, Inc. Customer Data Sec. Breach Litig.* MDL No. 1:17-md-2800-TWT (N.D. Ga.), where he was instrumental in putting together the *largest* ever data breach settlement: a $500 million cash settlement with $1 billion in upgraded data security. Given his extensive expertise and accomplishments in this field, more than 35 courts (including 9 MDLs) have appointed Mr. Pizzirusso to leadership positions in technology and consumer protection class actions and he has effectively directed and worked with hundreds of lawyers, including many of those seeking appointment here.

**Amanda V. Boltax:** Ms. Boltax is an associate in Hausfeld's Washington, D.C. office. Ms. Boltax holds a Bachelor of Science degree in Computer Science and spent four years working as a full-stack mobile and web developer before beginning her legal career. Her unique background brings invaluable expertise to Hausfeld's Cyber Law practice. Ms. Boltax is also well-versed in complex litigation, with experience representing plaintiffs in a variety of high-stakes antitrust and data privacy matters. She has managed numerous cases, with national counsel teams, through all stages of pretrial litigation under accelerated discovery schedules in federal courts across the United States. Ms. Boltax was recently appointed to leadership in *Hulewat, et al. v. Medical Management Resource Group, LLC*, No. 2:24-cv-00377 (D. Ariz.), and she has been directly involved in numerous high-profile data privacy cases in which Hausfeld has been appointed to leadership positions.

**Ian J. Engdahl:** Mr. Engdahl is an associate in Hausfeld's Washington, D.C. office. Mr. Engdahl litigates complex consumer-protection, data privacy, antitrust, and environmental matters on behalf of consumers and other plaintiffs, and his work has contributed to the recovery of billions of dollars for the firm's clients. As a core member of Hausfeld's Cyber Law practice, Mr. Engdahl leverages his sophisticated understanding of technology and data privacy issues to achieve pathbreaking results for data breach victims. Mr. Engdahl is a fierce advocate for robust data privacy, fraud, and AI-safety protections for consumers, both inside and outside the courtroom. He authored an amicus brief for the Electronic Frontier Foundation in the Supreme Court, arguing for broad

recognition of data privacy harms. He is also a member of the Sedona Conference Working Group 11, which advances the law on issues surrounding technology, privacy, artificial intelligence, and data security. Mr. Engdahl has served as a panelist on issues ranging from the legal implications of frontier AI models to bank liability for data-breach-related consumer fraud for events hosted by organizations including the RAND Corporation and Sedona Conference Working Group 11.

Hausfeld's team has the necessary experience, knowledge, and skill to lead this case, and each member of the team is willing and able to commit the necessary time and effort to advance the litigation. They have already worked cooperatively with other Plaintiffs' counsel to chart a course for this case, with the goal of maximizing litigation efficiency on behalf of Plaintiffs and the putative class. The Hausfeld team is also knowledgeable and familiar with the legal claims and defenses at issue here and will bring that substantial expertise to this case.

**II.     Hausfeld Has Already Performed Substantial Work to Advance This Case**

Hausfeld's team has already undertaken significant efforts to advance this litigation by, *inter alia*: conducting their own factual investigation, identifying and interviewing potential plaintiffs and putative class members, researching viable claims and legal theories, drafting and filing an independent complaint with their own findings, and working cooperatively with other counsel for the benefit of Plaintiffs and the putative class. Leveraging the technical expertise of Hausfeld's Cyber Law team, the firm performed its own detailed investigation into the facts of this case, including a thorough analysis of the underlying technology at issue. The work performed and resources committed by Hausfeld's team to date demonstrate their willingness and ability to effectively represent Plaintiffs and the putative class. *See* Fed. R. Civ. P. 23(g)(1)(A)(i).

**III.    Hausfeld Has Sufficient Resources to Manage This Litigation**

Hausfeld has the resources and infrastructure required to effectively manage this case. *See* Fed. R. Civ. P. 23(g)(1)(A)(iv). According to the *Global Competition Review*, Hausfeld "is clearly recognized as one of the best plaintiffs' firms in the country." With over 175 lawyers achieving tens of billions of dollars in recoveries for consumer classes to date, it is also one of the largest. The firm is sufficiently capitalized and possesses the necessary resources and infrastructure to handle this complex litigation. Hausfeld will fully self-fund its share of expenses in this case, without outside

funding, and will continue to devote all necessary resources and efforts to ensure the litigation is aggressively, yet efficiently, prosecuted on behalf of Plaintiffs and the putative class.

### IV. Additional Factors Support Hausfeld's Appointment

In addition to their extensive experience, skills, and resources, Hausfeld's team reflects the diversity of the bar and the putative class. *See* Duke Guidelines and Best Practices (Second Edition), Bolch Judicial Institute (2018), at 38 (Best Practice 3C) (noting that leadership appointments should "responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds"). Hausfeld's thirteen-person Cyber Law practice group includes a majority of women (eight), three people of color, and members of the LGBTQ+ community. The team proposed by Hausfeld here reflects the firm's commitment to staffing litigation with attorneys from diverse backgrounds and seniority levels whose strengths complement each other and strengthen their representation of Plaintiffs and the putative class. *See In re Robinhood Outage Litig.*, 2020 WL 7330596, at *2 (N.D. Cal. July 14, 2020) ("[L]eadership roles should be made available to newer and less experienced lawyers, and the attorneys running this litigation should reflect the diversity of the proposed national class.").

### CONCLUSION

For the foregoing reasons, the undersigned counsel respectfully request that the Court appoint Hausfeld to the Plaintiffs' Executive Committee (or any other position(s) the Court deems appropriate).

DATED: February 12, 2025

Respectfully submitted,

*/s/ Amanda V. Boltax*
Amanda V. Boltax (*pro hac vice*)
James J. Pizzirusso* (D.C. Bar No. 477604)
Ian J. Engdahl* (D.C. Bar No. 1613748)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
T: (202) 540-7200
F: (212) 202-4322
mboltax@hausfeld.com
jpizzirusso@hausfeld.com
iengdahl@hausfeld.com

Ashley M. Crooks* (NY Bar No. 5800776)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
F: (212) 202-4322
acrooks@hausfeld.com

*Counsel for Plaintiff Cameron King*

**pro hac vice* forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: February 12, 2025                /s/ *Amanda V. Boltax*
                                        Amanda V. Boltax