# HAUSFELD
## FOR THE CHALLENGE

Practice Group of the Year" in Cybersecurity & Privacy. Additionally, in 2021, Mr. Pizzirusso was personally named as one of *Law360*'s "Cybersecurity & Privacy MVPs" (the only plaintiffs' attorney to receive that distinction). *SuperLawyers* has recognized Mr. Pizzirusso as a "Top Rated Class Action & Mass Torts Attorney" in Washington, DC since 2016 and Lawdragon has named him as one of 500 Leading Plaintiff Consumer Lawyers since 2019.



**Hausfeld, which 'commits extensive resources to the most difficult cases,' widely hails as one of the few market-leading plaintiff firms.**
*The Legal 500*

# Hausfeld: a global reach

Hausfeld's international reach enables it to advise across multiple jurisdictions and pursue claims on behalf of clients worldwide. Hausfeld works closely with clients to deliver outstanding results while always addressing their business concerns. Hausfeld does so by anticipating issues, considering innovative strategies, and maximizing the outcome of legal disputes in a way that creates shareholder value. The firm's inventive cross border solutions work to the benefit of the multinational companies it often represents.

## Creative solutions to complex legal challenges

Hausfeld lawyers consistently apply forward-thinking ideas and creative solutions to the most vexing global legal challenges faced by clients. As a result, the firm's litigators have developed numerous innovative legal theories that have expanded the quality and availability of legal recourse for claimants around the globe that have a right to seek recovery. Hausfeld's impact was recognized by the *Financial Times*, which honored Hausfeld's European team with the "Innovation in Legal Expertise - Dispute Resolution," award, which was followed up by FT commending Hausfeld's North American team for its innovative work in the same category. In addition, *The Legal 500* has ranked Hausfeld as the only top tier claimants firm in private enforcement of antitrust/competition law in both the United States and the United Kingdom. For example, the landmark settlement that Hausfeld negotiated to resolve claims against Parker ITR for antitrust overcharges on marine hoses represented the first private resolution of a company's global cartel liability without any arbitration, mediation, or litigation—creating opportunities never before possible for dispute resolution and providing a new model for global cartel settlements going forward.

## Unmatched global resources

The firm combines its U.S. offices on both coasts and vibrant European presence with a broad and deep network around the globe to offer clients the ability to seek redress or confront disputes in every corner of the world and across every industry. With over 165 lawyers in offices in Washington, D.C., Boston, New York, Philadelphia, San Francisco, Amsterdam, Berlin, Düsseldorf, Hamburg, Brussels, Stockholm, and London, Hausfeld is a "market leader for claimant-side competition litigation" (*The Legal 500*).

# Litigation achievements

Hausfeld has achieved groundbreaking decisions and settlements on behalf of victims of data breach and privacy violations, including:

*In re: T-Mobile Customer Data Security Breach Litigation MDL* Represented a class of plaintiffs, as co-lead counsel, whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.

*In re Marriott International Inc., Customer Data Security Breach Litig.* Representing a class of plaintiffs as co-lead plaintiffs' counsel against hotel chain Marriott and its data security vendor Accenture. Hausfeld's filing came on the heels of Marriott's admission that approximately 5.25 million unencrypted passport numbers and 20.3 million encrypted passport numbers were among the sensitive customer records accessed by hackers. A federal judge in Maryland granted class certification in May 2022, issuing a 70-plus page opinion certifying the case for trial. The opinion allows the plaintiffs to seek damages related to overpayment for hotel rooms, as well as statutory and nominal damages. The Court also found that consumers might be able to recover damages for the inherent value of their personal information stolen during the breach. This is by far the largest of any consumer data breach class action ever certified. An appeal is currently pending.

*In re Equifax, Inc. Customer Data Security Breach Litig.* Reached a $1.5 billion settlement for data breach victims as part of the court-appointed Plaintiffs' Steering and Settlement Committee. This massive 2017 breach exposed the Social Security numbers, birth dates, addresses, driver's licenses, and credit card numbers of millions of consumers. In 2021, the Eleventh Circuit Court of Appeals upheld the settlement over the appeal of several objectors making it the largest data breach settlement ever approved by a Circuit Court of Appeals.

www.hausfeld.com

**HAUSFELD**
**FOR THE CHALLENGE**

***In re TikTok, Inc. Consumer Privacy Litig.*** Obtained a $92 million settlement, one of the largest Biometric Information Protection Act ("BIPA") settlements ever, against popular app, TikTok. TikTok violated the Illinois BIPA laws, as well as numerous other privacy statutes, with its face capturing software that numerous minors and young adults use to share videos and messages.

***In re Target Corporation Customer Data Security Breach Litig.*** Secured a $60 million settlement to a nationwide class of financial institutions after class certification. This data breach was the largest data breach at the time, where financial institutions were forced to replace millions of credit cards. The settlement covered the out-of-pocket costs sustained due to the breach and required Target to implement numerous data security changes going forward.

***In re Premera Blue Cross Customer Data Sec. Breach Litig.*** Secured a $74 million settlement, as a member of the Executive Leadership Committee, on behalf of health insurance customers' whose data was stolen. Premera Blue Cross was aware of their inadequate data security when an employee opened a phishing email, giving hackers access to company data.

**HAUSFELD**
**FOR THE CHALLENGE**

Case 5:24-cv-09470-BLF     Document 87-1     Filed 02/12/25     Page 2 of 13

# Ashley M. Crooks

Counsel
New York

she / her / hers

✉ acrooks@hausfeld.com
📞 +1 646 518 9126
in https://www.linkedin.com/in/ashley-m-crooks/



## OVERVIEW

Ashley is Counsel in Hausfeld's New York office with a practice focus in cybersecurity and data privacy litigation.

As a member of Hausfeld's pioneering cybersecurity practice, Ashley is committed to advancing the law on issues surrounding technology, privacy, and data security. She is well-versed in both sides of complex litigation, with experience representing both individual and corporate clients in a variety of high-stakes commercial, mass tort, and data privacy matters in state and federal courts across the country. Ashley began her legal career at a large international law firm, where she served on national counsel teams in consolidated mass tort proceedings and multidistrict product liability litigation. Prior to joining Hausfeld, Ashley also worked for a litigation boutique in Brooklyn, NY, specializing in commercial and financial disputes.

Ashley has extensive experience in nearly every phase of complex litigation, from initial investigations and pleading, to discovery management, dispositive motion practice, settlement negotiation, fact and expert witness development, trial, and appeal. She also has significant experience in early assessment and resolution of cases, including group settlement administration.

Ashley earned her J.D. from Georgetown Law in 2015, where she served as a Legal Research and Writing Fellow and Articles Editor for the American Criminal Law Review.

## EDUCATION

Georgetown University Law Center, J.D., *cum laude*, 2015

The University of Texas at Austin, B.A., *high honors*, 2010

## BAR ADMISSIONS

New Jersey

New York

Texas

# AFFILIATIONS

American Bar Association, Member (2023 - present)

National Asian Pacific American Bar Association, Member (2023)

New York State Bar Association (2020)

State Bar of Texas (2015)

# JAMES J. PIZZIRUSSO

**Partner**
Washington, DC



jpizzirusso@hausfeld.com

+1 202 540 7154

LinkedIn

## OVERVIEW

As a co-founder of the firm, James has led Hausfeld's Data Breach/Privacy and Consumer Protection practice groups since the firm's inception and courts have personally appointed him to leadership positions in dozens of successful class actions. He has diverse practice centering on cybersecurity and privacy law, but also handles cases involving consumer protection, antitrust law (with an emphasis in agriculture), and sports and entertainment law. James' practice also includes domestic and international environmental and public health litigation.

**Clients**

James has pursued justice on behalf of his clients, both domestically and abroad, in a wide variety of practice areas and on behalf of notable clients. Aside from representing consumers suffering from privacy violations and consumer fraud, his clients have included musicians (e.g., Chuck D. of Public Enemy) and professional athletes (e.g., Jim Brown). He has successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill. James has also represented farmers and other entities seeking damages related to unauthorized releases of genetically modified crops. Domestically, he has represented municipalities and individuals suffering harm related to lead paint and other toxic products.

James' distinctive approach to litigation has resulted in recoveries of billions of dollars for his clients and class members.

## EDUCATION

George Washington University Law School, J.D., with honors, 2001
University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998

## BAR ADMISSIONS

District of Columbia
The Supreme Court of the United States
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Sixth Court
United States Court of Appeals for the Ninth Court
Several Federal District Courts

## AFFILIATIONS

ABA Antitrust Law Section's Consumer Protection Committee, Vice Chair (2022-present)
ABA Antitrust Law Section's Competition Torts Committee, Vice Chair (2020-2022)
ABA Antitrust Section's Food & Agriculture Committee, Co-Chair (2017)
ABA Antitrust Section's Food & Agriculture Committee, Vice Chair (2014-2016)
ABA Antitrust Section's Trade, Sports, Professional Associations Committee, Vice Chair (2012- 2013)
George Washington University Law School, Adjunct Professor, Environmental and Toxic Torts (2009)
George Washington University Law School, Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic (2007)
Sedona Conference Data Security and Privacy Liability (Working Group 11) Steering Committee, Appointed Member (2020-2023)

## WHAT OTHERS SAY

**Chambers and Partners**
- Band 2, Privacy and Data Security: Litigation, 2024
- Band 3, Privacy and Data Security: Litigation since 2021
- Global Guide: Privacy & Data Security: Litigation - USA in 2023 and 2024
- Hausfeld ranked as band 1 in Privacy and Data Security Litigation (nationwide) (the only Plaintiffs' firm in the country to receive a Band 1 ranking)

**Financial Times**
- Shortlisted Hausfeld for the "Innovative Lawyers in Cyber Security and Data Protection" Award

**Law360**
- Hausfeld recognized as "2021 Practice Group of the Year" in Cybersecurity & Privacy
- Cybersecurity & Privacy MVP in 2021 (the only plaintiffs' attorney to receive that distinction)
- Runner up Litigator of the Week in December 2023

**Lawdragon**
- 500 Leading Environmental & Energy Lawyer in 2021
- The Green 500: Leaders in Environmental Law in 2021
- 500 Leading Plaintiff Consumer Lawyers since 2019
- 500 Leading Litigators in America in 2022

**National Law Journal**
- Elite Trial Lawyers, Hausfeld wins Privacy/Data Breach category in 2024
- Class Action/Mass Tort Trailblazer in 2023
- Washington, D.C. Trailblazer in 2020
- Cybersecurity Trailblazer in 2017

**Super Lawyers**
- Super Lawyer, Consumer Law in Washington, DC since 2016

**Who's Who Legal**
- Global Leader, Competition: Plaintiff in 2020 & 2023
- International Who's Who of Competition Lawyers & Economists by the Global Competition Review and Who's Who Legal in 2014.

**Other**
- DC Local Litigation Star from 2013-2015 and Antitrust Litigation Star in 2012 by Benchmark Litigation.
- One of just four Rising Stars under 40, Consumer Protection and Privacy Law in 2012 by Law360.
- James is regularly asked to appear as a speaker at conferences around the country and has presented on topics including antitrust, consumer protection, toxic torts, and public interest litigation.
- Legal 500 - Firms To Watch: Cyber law (including data privacy and data protection)

# EXPERIENCE

## Technology & Data Breach

- *In re Equifax, Inc. Customer Data Sec. Breach Litig.* MDL No. 1:17-md-2800-TWT (N.D. Ga.) (PSC and Settlement Committee) ($500 million settlement with $1 billion in upgraded data security) (largest data breach settlement ever reached)
- *In re T-Mobile Data Security Breach Litig.,* MDL No. 4:21-md-03019-BCW (W.D. Mo.) (Co-Lead Counsel) ($500 million settlement) (second largest data breach settlement)
- *In re: Marriott International Inc., Customer Data Security Breach Litig.,* MDL No. 19-md-2879 (D. Md.) (Co-Lead Counsel) (pending)
- *In re American Medical Collection Agency, Inc. Customer Data Sec. Breach Litig.,* MDL No. 19-md-2904 (D.N.J.) (Steering Committee) ($6.3 million partial settlement) (pending)
- *In re Capital Health Systems, Inc., Data Breach Litig.,* No. 3:23-cv-23234 (D.N.J.) (Co-Lead Counsel) (pending)
- *Doe v. Highmark, Inc.,* No. 2:23-cv-00350-NR (W.D. Pa.) (PSC) (pending)
- *In re LastPass Data Sec. Incident Litig.,* 1:22-cv-12047-PBS (D. Mass.) (Co-Chair of PSC) (pending)
- *In re: Entertainment Partners Data Breach Litig.,* 2:23-cv-06546-CAS-PVC (PSC) ($10M settlement reached)
- *In Re: Overby-Seawell Company Customer Data Sec. Breach Litig.,* MDL No. 1:23-md-03056 (N.D. Ga.) (PSC) ($6M settlement reached)
- *Miller v. NextGen Healthcare, Inc.,* 1L23-cv-02043 (N.D. Ga.) (PSC) (pending)
- *Kolstedt v. TMX Fin. Corp. Serv., Inc.,* 4:23-cv-00076 (S.D. Ga.) (PSC) (pending)
- *In re Enzo Biochem Data Sec. Litig.,* 2:23-cv-04282 (E.D.N.Y.) (Co-Lead) (tentative settlement reached)
- *In re: T-Mobile 2022 Customer Data Sec. Breach Litig.,* 4:23-md-03073-BCW (W.D. Mo.) (Co-Lead) (pending)
- *Silvers v. HCA Healthcare, Inc.,* 3:23-cv-00684 (M.D. Tn.) (Executive Committee) (pending)
- *In re: MOVEit Customer Data Sec. Breach Litig.,* 1:23-md-03083-ADB (D. Mass.) (PSC) (pending)
- *Gordon v. Zeroed-In Technologies, LLC,* 1:23-cv-03284-BAH (D. Md.) (Co-Lead) (pending)
- *Price v. Carnival Corp.,* 3:23-cv-00236-GPC-MSB (S.D. Cal.) (Co-Lead) (pending)
- *Detrixhe v. Integris Health, Inc.,* CJ-2023-7235 (Dist. Ct. Okl. Cty) (Co-Lead) (pending)
- *In re: HealthEC LLC Data Breach Litig.,* No. 2:24-cv-00026-JKS-ESK (D.N.J.) (Plaintiffs' Executive Committee) (pending)
- *In re: Postmeds, Inc., Data Breach Litig.,* No. 4:23-cv-05710-HSG (N.D. Cal.) (Co-Lead) ($7.5M settlement pending)
- *In re Harvard Pilgrim Data Security Incident,* No. 23-11211-NMG (D. Mass.) (Co-Lead) (tentative settlement reached)
- *In re Premera Blue Cross Customer Data Sec. Breach Litig.,* MDL No. 3:15-md-2633-SI (D. Or.) (Executive Leadership Committee) ($74 million settlement)
- *In re Target Corporation Customer Data Security Breach Litig.,* MDL No. 14-25522 (D. Minn.) (Steering Committee on behalf of financial institutions, contested nationwide class certification granted, $60 million settlement approved)
- *In re: Arby's Rest. Group, Inc. Data Security Litig.,* 1:17-cv-514-AT (N.D. Ga.) (Co-Lead) (~$5 million settlement)
- *Greater Chautauqua Federal Credit Union v. Kmart Corp.,* 1:15-cv-02228 (N.D. Ill.) (Co-Lead) (~$18.5 million settlement)
- *First Choice Federal Credit Union v. Wendy's,* 2:16-cv-00506 (W.D. Pa.) (Plaintiffs' Executive Committee) ($50 million settlement)
- *In re SAV-RX Data Breach Litigation,* 8:24CV204 (D. Neb.) (Co-Lead Counsel)
- *Tanya Owens, et. al, v. MGM Resorts International, et. al.,* 2:23-cv-01480-RFB-MDC (D. Nev.) (Co-Lead Counsel)
- In re: Snowflake, Inc. Data Security Breach Litigation, 2:24-md-03126-BMM (D. Mont.) (Plaintiffs' Executive Committee)

**Antitrust/Competition**

- *In re Processed Egg Products Antitrust Litig.* – $136 million in settlements reached on behalf of direct purchasers of shell eggs.
- *In re Fresh and Process Potatoes Antitrust Litig.* – $19.5 million settlement reached on behalf of purchasers of potatoes.
- *In re New Jersey Tax Sale Certificates Antitrust Litig.* – $9.5 million settlement on behalf of victims of bid-rigging conspiracy related to tax sale certificates.

**Deceptive Business Practices & Consumer Protection**

- *Morris v. Bank of America, N.A.* (Appointed co-lead, $75 million settlement involving excessive overdraft and insufficient funds fees)
- *In re Sony PS3 "Other OS" Litig.* (Appointed co-lead counsel in case involving falsely advertised PlayStations: $4 million settlement)
- *Radosti v. Envision EMI, LLC* ($17.5 million nationwide settlement)
- *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litig.* ($8 million nationwide settlement)
- *Brown v. Transurban (USA), Inc.* (Appointed co-lead counsel: nationwide settlement in this case involving excessive toll lane fees)
- *In re Honey Transshipping Litig.* ($4 million nationwide Lanham Act settlement on behalf of honey producers)
- Represented Vital Farms in Lanham Act litigation against competitor resulting in confidential settlement

**Public Entity**

We have extensive experience representing public and governmental entities, including state Attorneys General Offices, municipal utility boards, and counties in high-stakes investigations and litigation involving a variety of legal practice areas, including antitrust, consumer protection, financial services, and environmental law. The firm's public entity portfolio includes:

- Retention by state Attorneys General Offices for antitrust litigation against Big Tech platforms.
- Retention by the largest public water supplier in the country relating to environmental contamination.
- Retention by public entities to pursue antitrust claims relating to fraud in financial markets; and
- Retention by the state of West Virginia in one of the earliest cases against the pharmaceutical industry relating to the opioid crisis, filed decades before the current wave of opioid litigation.

**Sports & Entertainment**

- *In re Warner Music Group Corp. Digital Downloads Litig.* – Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *James v. UMG Recordings, Inc.* - Nationwide settlement of royalty dispute involving $11.5 million in past damages and future royalty increases in perpetuity.
- *Dryer v. Nat'l Football League* – $50 million settlement on behalf asserting copyright and publicity rights claims from the NFL's use of retired players' images and likenesses.

# Mandy Boltax

**Associate**
Washington, DC

she/her/hers

✉ mboltax@hausfeld.com
📞 +1 202 748 8164



## OVERVIEW

Mandy's practice focuses on holding powerful institutions to account in complex civil litigation matters involving antitrust, competition, privacy, and civil and human rights disputes. Mandy earned her J.D. from Duke University School of Law, where she was an academic writer and legal historical researcher, with a focus on the civil rights era, the pernicious conservative origins of the Chicago School Economics and its impact on the American antitrust doctrine, and race, poverty, and law. Additionally, Mandy externed as a judicial law clerk at the U.S. District Court for the District of Columbia with the Honorable Royce C. Lamberth.

Before law school, Mandy worked for several years as a full-stack software engineer, programming mobile and web applications. She worked with several small tech start-ups, tackling diverse issues, such as food justice and sustainability, educational access, and animal welfare.

In 2023, Mandy was recognized in the Unconventional Award category, an award given to those persons who stand out from the pack by taking a different approach to litigation or problem-solving, one of five award categories that make up the Hausfeld Values Awards, an annual recognition program that highlights the achievements of Hausfeld team members based on their significant contributions made and results achieved over the prior calendar year.

Working towards a diverse, equitable, and inclusive world is paramount to Mandy who is an active member of our LGBTQ+ Alliance working group.

## EDUCATION

Duke University School of Law, J.D., 2022

Binghamton University, State University of New York, B.S., Computer Science, B.A. Creative Writing, 2015

## BAR ADMISSIONS

District of Columbia

Oregon

# AFFILIATIONS

American Bar Association - Antitrust Section, Member (2022)

Duke Center on Law and Technology, Access to Justice Technology Fellow (2020)

Duke Law Anti-Racism Project, Student Leader and Co-Founder (2020-2021)

National Lawyers Guild, Legal Observer (2020-2022)

The Beat Within at Rivarde Juvenile Detention Center, Workshop Leader and Community Outreach Coordinator (2018-2019)

# EXPERIENCE

### Antitrust/Competition

- *In re LIBOR-Based Financial Instruments Antitrust Litigation* – In which a certified class of purchasers of over-the-counter (OTC) financial instruments with interest payments tied to the London Interbank Offering Rate (LIBOR) are challenging the collusive manipulation of U.S. Dollar LIBOR by the world's largest financial institutions. The collusion is claimed to have suppressed the U.S. Dollar LIBOR rate, which allowed the defendant banks to benefit financially to the detriment of their counterparties in OTC financial instruments such as swaps and bonds. The case has resulted in $590 million in settlements with four banks (Barclays, Citibank, HSBC, and Deutsche Bank), and continues against the remaining thirteen defendant banks.

# IAN J. ENGDAHL

**Associate**
Washington, DC

he / him/ his

iengdahl@hausfeld.com
+1 202 849 4772



## / OVERVIEW

Ian litigates complex antitrust, consumer-protection, data-privacy, and environmental matters on behalf of consumers and other plaintiffs. Ian's practice focuses on high-impact class-action litigation, often at the crossroads of law and technology. His work has contributed to the recovery of billions of dollars for the firm's clients.

As a core member of the firm's Technology and Data Breach practice group, Ian leverages his sophisticated understanding of technology and data-privacy issues to achieve pathbreaking results for data-breach victims. Ian has represented consumers in some of the largest data-breach class actions to date, including In re Marriott International Inc. Customer Data Security Breach Litigation, In re T-Mobile Data Security Breach Litigation, and In re Equifax, Inc. Customer Data Security Breach Litigation. Ian also represents consumers in several biometric privacy cases.

In his antitrust practice, Ian has taken on the world's largest banks, Big Tech, and the pharmaceutical industry. He was part of the team that litigated against global banks for price-fixing in the foreign exchange market. He currently represents an app-developer startup in litigation against Meta for monopolization of the personal social networking market as well as consumers asserting price-fixing claims against generic drug manufacturers. Ian has also achieved exceptional results for individual antitrust clients in opt-out litigation.

In his consumer-protection work, Ian has helped consumers recover nearly $100 million in settlements from banks and retailers that have charged consumers improper junk fees.

In his environmental practice, Ian is proud to represent the state where he grew up, Maine, in litigation alleging that the fossil-fuel industry violated Maine law by misrepresenting the role the industry and its products have played in climate change.

Ian is a fierce advocate for robust data privacy, fraud, and AI-safety protections for consumers, both inside and outside the courtroom. He authored an amicus brief for the Electronic Frontier Foundation in the Supreme Court, arguing for broad recognition of data-privacy harms. He is a member of the Sedona Conference Working Group 11, which advances the law on issues surrounding technology, privacy, artificial intelligence, and data security. He has served as a panelist on issues ranging from the legal implications of frontier AI models to bank liability for data-breach-related consumer fraud for events hosted by organizations including the RAND Corporation and Sedona Conference WG11.

Ian is co-chair of the firm's Technology Committee and serves on the firm's Social Inclusion Committee and Summer Associate Committee.

## EDUCATION

Georgetown University Law Center, J.D., cum laude, 2018
Rhodes College, B.A. in Political Economy, cum laude, 2012

## BAR ADMISSIONS

District of Columbia
U.S. District Court for the District of Columbia
U.S. District Court for the District of Maryland
United States Court of Appeals, Fourth Circuit

## AFFILIATIONS

American Association for Justice, Member (2024 - Present)
American Bar Association, Member
Georgetown Journal on Poverty Law & Policy, Managing Editor (2017-2018)
Public Justice, Member (2024 - Present)
The Sedona Conference, Working Group 11, Member

## WHAT OTHERS SAY

### Algernon Sydney Sullivan Award

- Recipient of the Algernon Sydney Sullivan Award for Character and Commitment to Public Service in 2013
- One nominator wrote, "When one thinks of who Algernon Sydney Sullivan may have been as a young man, Ian Engdahl comes to mind. Not only do these two men share a love of the art of oratory and a passion for law and justice, but the philosophy of both revolves around making better the lives of others even before themselves."

## EXPERIENCE

### Antitrust/Competition

- *In re Foreign Exchange Benchmarks Rates Antitrust Litigation* – Hausfeld represented market participants in the foreign exchange market against international banks alleged to have fixed the price of foreign exchange instruments, securing settlements with 15 major financial institutions amounting to more than $2.3 billion.
- *In re Diisocyanates Antitrust Litigation* – Represents a class of direct purchasers of the industrial chemicals methylene diphenyl diisocyanate (MDI) and toluene diisocyanate (TDI) in claims against major industrial suppliers for conspiring to artificially inflate prices in violation of federal antitrust law.
- *Phhhoto, Inc. v. Meta Platforms, Inc. (F/K/A Facebook, Inc.)* – Hausfeld represents PHHHOTO Inc., an upstart photo app that alleges Facebook engaged in an anticompetitive course of conduct to force PHHHOTO out of business.
- *In re Generic Pharmaceuticals Pricing Antitrust Litig.* – Hausfeld represents a class of end-payers alleging generic drug manufacturers and marketers conspired to unlawfully inflate the price of critical medications.

**Commercial & Financial Disputes**

- *Morris v. Bank of America, N.A.* - Hausfeld represented a class of consumers harmed by Bank of America's improper fees on overdraft and insufficient-funds transactions resulting in a $75 million settlement.
- *McNeil v. Capital One* - A class action on behalf of consumers harmed by Capital One's improper overdraft and insufficient-funds fees, resulting in a $16 million settlement.

**Technology & Data Breach**

- *In re: Marriott International Inc., Customer Data Security Breach Litig., MDL No. 19-md-2879 (D. Md.)* - Representing a class of plaintiffs against hotel chain Marriott and its data security vendor Accenture. This is by far the largest of any consumer data breach class action ever certified. An appeal is currently pending.
- *In re T-Mobile Data Security Breach Litig., No. 4:21-md-03019-BCW (W.D. Mo.)* - Representing a class of plaintiffs whose data was exposed during a 2021 breach, securing a $350 million settlement and an agreement to increase data security spending by $150 million over the next two years, one of the largest per capita settlements ever reached in a large data breach.
- *In re Equifax, Inc. Customer Data Sec. Breach Litig., No. 1:17-md-2800-TWT (N.D. Ga.)* - Hausfeld represented consumer plaintiffs in one of the largest data breaches in history, resulting in a $500 million settlement with $1 billion in upgraded data security.