Daniel R. Schwartz (*admitted pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago IL 60602
Tel.: (312) 214-7900
dschwartz@dicellolevitt.com

Brian O'Mara (Bar No. 229737)
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: (619) 923-3939
briano@dicellolevitt.com

*Counsel for Plaintiffs*

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No.: 5:24-cv-9470-BLF<br><br>**DICELLO LEVITT LLP'S JOINDER IN MOTION OF ELI SILVA, ET AL. TO APPOINT CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Date: May 29, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 29, 2025, in Courtroom 3, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, Plaintiff Claudia Young will and hereby does (1) join the motion of Eli Silva, *et al.* to appoint Interim Lead Counsel and (2) move this Court, pursuant to its Order of January 29, 2025 (ECF No. 49) and Federal Rule of Civil Procedure 23(g), to appoint DiCello Levitt LLP to the Plaintiffs' Executive Committee.

This Motion is based on this Notice of Motion and Motion; the firm resume attached hereto as Exhibit A; the Motion of Eli Silva, *et al.* to Appoint Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein LLP, and Cotchett Pitre & McCarthy LLP as Interim Co-Lead Counsel and to Appoint an Executive Committee; any response papers filed in further support of the Motion; all documents on file in the above-captioned action and in related actions; the arguments presented by counsel at the hearing on this Motion; and any other matter the Court may wish to consider.

DATED: February 12, 2025

Respectfully submitted,

/s/ *Daniel R. Schwartz*

Daniel R. Schwartz (*admitted pro hac vice*)
Amy Keller (*pro hac vice forthcoming*)
James Ulwick (*pro hac vice forthcoming*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
dschwartz@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to this Court's January 29, 2025 Order (ECF No. 49), and the Federal Rule of Civil Procedure 23(g), DiCello Levitt LLP ("DiCello Levitt") respectfully joins the Motion from Eli Silva, et al. to appoint Interim Co-Lead Counsel and submits this Application to be appointed as a member of the Plaintiffs' Executive Committee.

### I.     Professional Experience In This Type Of Litigation

DiCello Levitt LLP ("DiCello Levitt") is well-suited for leadership in this litigation.

First, DiCello Levitt attorneys, including those who will work on this matter, have unique insight into the defendant here. For example, while he was at Boies Schiller Flexner LLP, Kirkland & Ellis LLP, and Quinn Emanuel LLP, Daniel Schwartz, one of the attorneys who will be leading DiCello Levitt's efforts here, represented multiple financial institutions, including those operating in financial technology. Most recently, he represented AliPay Inc., a payment platform with more than 1.3 billion users that ultimately overtook Defendant PayPal as the world's largest online digital payment platform, in multiple matters. During that representation, Mr. Schwartz gained insight into how financial technology companies operate and interact with merchants. Those merchant interactions are central to the case, since litigating PayPal's unlawful acts will involve a technical understanding of how payment platforms operate alongside merchant sellers when consumers make online purchases.

Second, DiCello Levitt attorneys have some of the most robust experience in the country respecting complex technology and consumer litigation. Its Privacy, Technology, and Cybersecurity practice group has routinely been recognized as the one of the best in the country, and is the only such group to receive Law360's Cybersecurity & Privacy Group Of The Year three years in a row (2020-2022). Successful and/or ongoing litigations driven by the group include, among other matters:

- *In re Equifax Inc. Customer Data Sec. Breach Litig.*, No. 1:17-md-2800-TWT (N.D. Ga.) (co-leading, along with Girard Sharp, largest of its kind data breach class action, and achieving a class settlement of up to $505.5 million and an additional $1 billion worth of injunctive relief).

- *State of New Mexico v. Facebook Inc.*, No. D-101-cv-2021-00132 (D.N.M.) (As commissioned counsel for the State of New Mexico, a team of DiCello Levitt attorneys seeks to hold Facebook accountable for harms arising out of the Cambridge Analytica scandal).

- *In re Facebook Internet Tracking Litigation*, No. 12-md-02314-EJD (N.D. Cal.) (the second top-ten settlement among all data privacy and data breach class actions that DiCello Levitt was responsible for co-leading, resulting in a $90 million class settlement, review of which the Supreme Court recently denied).

- *In re Google RTB Consumer Privacy Litigation*, No. 21-cv-02155 (N.D. Cal.) (ongoing litigation in which DiCello Levitt was appointed to the Plaintiffs' Executive Committee, alleging selling of Google users' personal information).

- *Calhoun et al. v. Google LLC,* No. 20-cv-05146 (N.D. Cal.) (ongoing litigation in which DiCello Levitt was appointed co-lead counsel representing a class of Chrome web browser users in privacy litigation, in which the Ninth Circuit Court of Appeals recently reversed the District Court's grant of summary judgment in Plaintiffs' favor, sending the case to trial).

- *In re: Consumer Vehicle Driving Data Tracking Collection*, 24-md-3115 (N.D. Ga.) (ongoing MDL in which DiCello Levitt was appointed co-lead of the OnStar track plaintiffs' class, in which Plaintiffs have alleged unsanctioned, massive, ongoing data collection through GM vehicles and the OnStar on-board communications system).

- *In Re: Snowflake, Inc., Data Security Breach Litigation*, 24-md-03126 (D. Mont.) (ongoing MDL in which DiCello Levitt was appointed co-lead counsel involving a cluster of breaches of the Snowflake cloud platform that affected dozens of major corporate entities and allegedly resulted in the exfiltration of the personal information of over 500 million individuals).

Third, DiCello Levitt is well-situated to chair law and briefing in this highly technical, internet-centric matter. Amy Keller, who chairs the Privacy, Technology, and Cybersecurity group, is widely recognized as one of the top tech lawyers in the country, and has been appointed to lead eight separate class actions implicating internet technology, including one of the largest data breach settlements ever achieved in the United States. On many occasions, she and her team have successfully navigated complex matters of first impression. Daniel Schwartz—a former Ninth Circuit clerk and the other partner leading DiCello Levitt's efforts here—is likewise a highly accomplished attorney and legal writer: in the last few months alone, he was the lead author of a successful 23(f) petition before the Fourth Circuit in *Oliver et al v. Navy Federal Credit Union*, No. 23-cv-01731 (E.D. Va.), a putative class action relating to alleged racially disparate impact from Navy Federal Credit Union's mortgage origination policy; a successful petition for certiorari before the Wisconsin Supreme Court in *McDaniel v. Wisconsin Department of Corrections*, No. 20-cv-4571 (Wis.), a putative class action relating to underpayment of corrections officers for pre- and post-shift labor; and, along with attorneys at Lieff Cabraser, the successful motion to dismiss opposition in *Sowa v. Mercedes Benz*, No. 1:23-cv-000636

(N.D. Ga.), a putative class action relating to an alleged automotive defect involving a Mercedes subframe.

In short, the DiCello Levitt team is well-versed in tackling complex legal issues, including matters of first impression, and particularly suited to lead law and briefing here.

## II.     Work DiCello Levitt Has Already Done To Support The Class

The DiCello Levitt team has invested substantial time and effort researching possible claims, analyzing the ad-technology industry, testing out the specific browser extension at issue, and developing legal strategies. It has also retained multiple experts with deep knowledge of the ad-tech industry and the technical capabilities of browser extensions like the Honey PayPal extension at issue here. The investigation has been extensive and is ongoing.

## III.    Ability To Work Cooperatively With Other Applicants

DiCello Levitt attorneys have exceptionally strong working relationships with attorneys from all the firms potentially involved in leadership here, including Lieff Cabraser, Girard Sharp, and Cotchett Pitre & McCarthy LLP. A representative sample of other cases on which DiCello Levitt attorneys and the attorneys from potential Co-Lead counsel have successfully worked together include:

- *In re Equifax Inc. Customer Data Sec. Breach Litig.*, No. 1:17-md-2800-TWT, (N.D. Ga.) (in collaboration with Cohen Milstein, Berger Montague, Girard Sharp, Hausfeld, and Milberg Coleman, achieving a class settlement of up to $505.5 million and an additional $1 billion worth of injunctive relief related to a data breach).

- *In Re: ZF-TRW Airbag Control Units Prods. Liab. Litig.*, No. 2:19-ml-2905 (C.D. Cal.) (in collaboration with Berger Montague and Lieff Cabraser, achieving settlement benefits worth more than $147.8 million).

- *In Re: Navistar Maxxforce Engines Marketing, Sales Practices and Prods. Liab. Litig.*, No. 1:14-cv-10318 (N.D. Ill.) (in collaboration with Lieff Cabraser, achieving settlement of $135 million).

- *In re Marriott Int'l, Inc., Customer Data Sec. Breach Litig.*, No. 8:19-md-2879 (D. Md.) (DL appointed as consumer plaintiffs' co-lead counsel alongside Hausfeld and Cohen Milstein, and Stueve Siegel and Lieff Cabraser on consumer plaintiffs' steering committee).

- *In re: Consumer Vehicle Driving Data Tracking Collection*, No. 1:24-md-3115 (N.D. Ga.) (DL appointed as co-lead counsel for litigation tracks, collaborating with Stueve Siegel, Cotchett, and Girard Sharp).

### IV. Willingness To Commit Resources

DiCello Levitt is a well-established, successful law firm that has already poured substantial resources and personnel into the investigation and litigation of this matter. DiCello Levitt will also employ the uniquely valuable DiCello Levitt Trial Center, a platform for lawyers to test their cases through focus grouping, storytelling, and a science-informed method of trial preparation. The Trial Center's work has contributed to more than $2 billion in verdicts since the firm's inception in 2017, and its use would likely vitiate the need to hire outside jury consultants here, saving the class significant resources in any recovery. As a member of the Executive Committee, the DiCello Levitt team would commit the same resources and effort to this case as it has to its other, successful class action litigations.

### V. Conclusion

DiCello Levitt meets all the necessary requirements of Rule 23(g) to lead this litigation. If appointed to the Plaintiffs' Executive Committee, it will litigate efficiently and effectively, and work well with co-counsel and with PayPal's Counsel.

Dated: February 12, 2025                      Respectfully submitted,

/s/ *Brian O'Mara*
Brian O'Mara (Bar No. 229737)
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: (619) 923-3939
briano@dicellolevitt.com

Daniel R. Schwartz (*admitted pro hac vice*)
Amy Keller (*pro hac vice forthcoming*)
James Ulwick (*pro hac vice forthcoming*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
dschwartz@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Emma Bruder (*pro hac vice forthcoming*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor

New York, NY 10017
Tel.: (646) 933-1000
ebruder@dicellolevitt.com

*Counsel for Plaintiff
Claudia Young*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2025, I electronically filed the *Motion to Appoint Interim Co-Lead Counsel and Application to Plaintiffs' Executive Committee* with the Clerk of the Court using the ECF, who in turn sent notice to counsel of record.

Dated: February 12, 2025                    /s/ *Brian O'Mara*
                                                            Brian O'Mara