Alexandra M. Honeycutt (*pro hac vice* granted)
**MILBERG COLEMAN BRYSON**
 **PHILLIPS GROSSMAN, PLLC**
800 S. Gay St., Ste. 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
Email: ahoneycutt@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (865) 522-0049
Email: gklinger@milberg.com

*Counsel for Plaintiffs Silva and Gardiner*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No.: 5:24-cv-9470-BLF<br><br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC'S JOINDER IN THE SILVA PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND MOTION FOR APPOINTMENT TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**<br><br>Date: May 29, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3-5th Floor<br>Judge: Hon. Beth Labson Freeman |

# NOTICE OF MOTION AND MOTION FOR APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on May 29, 2025, at 9:00 a.m. in Courtroom 3, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, the undersigned respectfully (1) joins the Silva Plaintiffs' Motion to Appoint Interim Co-Lead Counsel and (2) moves this Court, pursuant to its Order of January 29, 2025 (ECF No. 49) and Federal Rule of Civil Procedure 23(g), to appoint Milberg Coleman Bryson Phillips Grossman PLLC to the Plaintiffs' Executive Committee.

This Motion is based on this Notice of Motion and Motion; the firm resume (attached hereto as Exhibit A); the Motion of Eli Silva, et al. to Appoint Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein LLP, and Cotchett Pitre & McCarthy LLP as Interim Co-Lead Counsel and to Appoint an Executive Committee; any response papers filed in further support of the motion; all documents on file in the above-captioned action and in related actions; the arguments presented by counsel at the hearing on this Motion; and any other matter the Court may wish to consider.

DATED: February 12, 2025         Respectfully submitted,

By: /s/ *Alexandra M. Honeycutt*
Alexandra M. Honeycutt (*pro hac vice* granted)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay St., Ste. 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
Email: ahoneycutt@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (865) 522-0049
Email: gklinger@milberg.com

*Counsel for Plaintiffs Silva and Gardiner*

**MEMORANUM OF POINTS AND AUTHORITIES**

Consistent with this Court's January 29, 2025 Order (ECF No. 49), and Federal Rule of Civil Procedure 23(g), Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg") respectfully moves to be appointed as a member of the Plaintiffs' Executive Committee. As one of the nation's leading plaintiffs' class action firms, Milberg has repeatedly taken the lead in landmark cases that have set groundbreaking legal precedents, prompted changes in corporate governance, and recovered over $50 billion in verdicts and settlements for injured plaintiffs. *See* Exhibit A. As one of the largest plaintiffs' class action firms in the United States (and abroad), Milberg possesses the expertise and can draw upon the resources necessary to vigorously prosecute this action and protect the interests of the class.

### A. Professional Experience in This Type of Litigation

Milberg has successfully litigated the types of claims asserted in this case and is well-suited for leadership. Ms. Honeycutt, who will be primarily responsible for litigating this case, and Mr. Klinger, who will provide senior-level guidance, each have significant experience litigating complex class cases such as this one. Over the past 3 years, Mr. Klinger and Ms. Honeycutt have settled over 50 class action cases on a non-reversionary class-wide basis while acting as lead or co-lead counsel. Ms. Honeycutt has performed extensive work investigating plaintiffs' claims, briefing motions, and leading discovery in the following cases:

- ***In Re Lincare Holdings Inc. Data Breach Litigation***, (M.D. Fla.): Ms. Honeycutt was appointed interim co-lead counsel and settlement counsel and helped obtain a $7,250,000.00 settlement on behalf of nearly 3 million patients.

- ***In re Advocate Aurora Health Pixel Litigation***, (E.D. Wisc.): Ms. Honeycutt and Mr. Klinger were each appointed as co-lead settlement counsel in one of the first ever class action cases involving the alleged use of tracking technologies inside patient portals. Milberg helped obtain a $12,225,000.00 settlement on behalf of 2.5 million patients.

- ***In Re Independent Living Systems Data Breach Litigation***, (S.D. Fla.): Ms. Honeycutt was appointed as interim co-lead counsel in a data breach class action involving 4

million consumers. The parties recently reached a class-wide settlement, and plaintiffs' motion for preliminary approval is forthcoming.

• **Boone v. Snap, Inc.**, (18th Cir. DuPage Cty., Ill.): Mr. Klinger served as lead counsel, and Ms. Honeycutt helped obtain a settlement of $35 million for 3 million consumers in a privacy class action involving the Illinois Biometric Information Privacy Act.

As a senior associate with Milberg's data privacy and cybersecurity practice group, Ms. Honeycutt has learned how to create and analyze network traffic reports for internet browsing sessions and has worked with experts to draft written discovery that captures website owners' use of analytics tools, tracking software, and historical changes to websites. These skills will be valuable to this case, as will Mr. Klinger's guidance and senior-level expertise.

In addition to the cases above, some of Mr. Klinger's recent leadership roles include:

• **In re MGM Resorts International Data Breach Litigation** (D. Nev.): Mr. Klinger serves as interim co-lead class counsel, and the court recently granted preliminary approval of a $45 million global settlement against MGM Resorts on January 22, 2025.

• **In re: East Palestine Train Derailment** (N.D. Ohio): Milberg played a key role in discovery efforts, and Mr. Klinger served on the leadership team that obtained a settlement of $600 million in a complex class action brought on behalf of residents.

• **In Re: Arthur J. Gallagher Data Breach Litigation** (N.D. Ill.): Mr. Klinger served as lead counsel and reached a settlement of $21 million on behalf of 3 million consumers.

• **In re MOVEIt Customer Data Security Breach Litigation** (D. Mass.): Mr. Klinger was appointed to the leadership committee in this multidistrict litigation addressing a massive May 2023 data breach that impacted more than 2,500 organizations and over 67 million individuals worldwide.

Additionally, Milberg has substantial experience working with technical experts on cases of first impression. For example, Ms. Honeycutt and Mr. Klinger were instrumental in bringing national attention to the unlawful disclosure of private health information through the use of online tracking technologies (e.g. the Meta Pixel and Google Advertising tools), including by investigating and filing one of the first cases of its kind in the United States. *See Quinto v The*

*Regents of the University of California*, Case No. 22-cv-012970 (Sup. Ct. Alameda Cty.) (complaint filed June 16, 2022). In the wake of the lawsuit, and due to Milberg's investigation, UCLA issued notice to more than 94,000 California consumers advising their private information was unlawfully disclosed to third-parties. *See* https://www.uclahealth.org/data-notice (last visited Jan. 12, 2025). Following the *Quinto* lawsuit, the Department of Health and Human Services (DHHS) issued a bulletin on the requirements under HIPAA for online tracking technologies providing that "[r]egulated entities are not permitted to use tracking technologies in a manner that would result in impermissible disclosures of ePHI to tracking technology vendors or any other violations of the HIPAA Rules." *See* https://www.hhs.gov/about/news/2022/12/01/hhs-office-for-civil-rights-issues-bulletin-on-requirements-under-hipaa-for-online-tracking-technologies.html. (last visited Feb. 3, 2025).

### B. Work Undertaken to Advance This Litigation

With the help of co-counsel Girard Sharp LLP, Milberg worked with experts to independently investigate and analyze PayPal's Honey browser extension and the specific manner in which it altered the Silva Plaintiffs' affiliate marketing cookies. Although this case was covered extensively in the press prior to the first-filed action, Milberg went one step further with its investigation and analysis to help ensure that the named class representatives withstand future arguments concerning standing and adequacy. Based on the expert's independent findings, Milberg included specific factual allegations demonstrating that the Silva Plaintiffs' affiliate marketing cookies were indeed removed and replaced with PayPal's own cookies upon activation of the PayPal Honey browser extension. *See Silva* Compl. ¶¶60-62. Although it was filed second, the Silva complaint was the first action to demonstrate that creators participating in different affiliate marketing programs were harmed by PayPal's conduct, regardless of which affiliate marketing program they participated in.

### C. Willingness and Availability to Commit to this Project

Milberg has, and will continue to, dedicate as much time as needed to effectively and zealously represent the class. Ms. Honeycutt is a fourth-year associate who will be principally responsible for litigating this case, with the backing and guidance of Mr. Klinger. Ms. Honeycutt

has worked on many consumer protection cases involving complex technology, and she was instrumental in interviewing, investigating, and developing—alongside co-counsel—claims brought on behalf of Plaintiffs Silva and Gardiner. Ms. Honeycutt is passionate about learning and understanding technical aspects of this case, including the functionality browser extensions, which makes her uniquely motivated to dedicate her time and energy to this case.

### D. Willingness to Commit the Necessary Resources

Milberg has, and will continue to, dedicate all necessary resources and capital to ensure that the case is aggressively prosecuted on behalf of Plaintiffs and the Class. Milberg has more than 100 lawyers, paralegals, and support staff who can, as appropriate, help to effectively and efficiently prosecute this case.

### E. Ability to Work Cooperatively with Others

Milberg has worked on this case with Girard Sharp since its inception and has worked cooperatively with other applicants for leadership in this case and other recent cases. *See In re MCG Health Data Security Issue Litigation*, Case No. 2:22-cv-00849-RSM-DWC (W.D. Wash.)(Mr. Klinger of Milberg and Adam Polk of Girard Sharp LLP were appointed as class counsel); *Karling v. Samsara Inc.*, Case No. 1:22-cv-00295 (N.D. Ill.)(Milberg and Leiff Cabraser have worked extensively on this case together since 2022); *In re: Capital One Financial Corporation, Affiliate Marketing Litigation*, Case No. 1:25-cv-00023 (E.D.Va.). Milberg joins in the Silva Plaintiffs' motion to appoint Leiff Cabraser, Cotchett Pitre & McCarthy, and Girard Sharp as interim co-lead counsel and support the proposed executive committee team, with its proven history of litigating and resolving class actions in the best interests of the class.

### F. Conclusion

Milberg meets all the necessary requirements of Rule 23(g) to lead this litigation. If appointed to the Plaintiffs Executive Committee, Milberg will vigorously litigate the case while striving for efficiency and working cooperatively with PayPal's Counsel.

DATED: February 12, 2025                  Respectfully submitted,

                                          By: /s/ *Alexandra M. Honeycutt*

Alexandra M. Honeycutt (*pro hac vice* granted)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay St., Ste. 1100
Knoxville, TN 37929
Telephone: (866)-252-0878
Facsimile: (865)-522-0049
Email: ahoneycutt@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
Telephone: (202)-429-2290
Facsimile: (865)-522-0049
Email: gklinger@milberg.com

*Counsel for Plaintiffs Silva and Gardiner*