**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**|PROPOSED| ORDER GRANTING MOTION TO APPOINT JASON S. RATHOD INTERIM CO-LEAD CLASS COUNSEL** |

Having reviewed Plaintiffs Eddie Blotnicki, Miesha Dobbs, Courtney Doran, Jules Fletcher, Carolyn Johnston, Angela Kachonik, Lauren Leatherman, Amy Malcolm, Tatiana Marquez, Kara Miller, and Leilani Shimoda Motion to Appoint Jason S. Rathod as Interim Co-Lead Class Counsel, and for good cause shown, the Court GRANTS the MOTION and ORDERS as follows:

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the following individuals and their firms are appointed as Interim Co-Lead Class Counsel in the above-captioned matter: Jason S. Rathod of Migliaccio & Rathod LLP, _____ of _____ ; _____ of _____ ; _____ of _____ ; and _____ of _____. Interim Co-Lead Counsel shall have exclusive authority over all matters concerning the prosecution and settlement of the case on behalf of the plaintiffs and the proposed class(es) in this consolidated litigation.

**IT IS SO ORDERED**

Dated: _____          _____

                                                                                 HON. BETH LABSON FREEMAN
                                                                                 UNITED STATES DISTRICT JUDGE