Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Jeffrey A. Neiman (*pro hac vice* forthcoming)
jneiman@mnrlawfirm.com
Michael A. Pineiro (*pro hac vice* forthcoming)
mpineiro@mnrlawfirm.com
Brandon S. Floch (*pro hac vice* forthcoming)
bfloch@mnrlawfirm.com
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: 305.400.4260
Fax: 757.260.9857

Benjamin J. Widlanski (*pro hac vice* forthcoming)
bwidlanski@kttlaw.com
Tal J. Lifshitz (*pro hac vice* forthcoming)
tjl@kttlaw.com
Rachel Sullivan (*pro hac vice* forthcoming)
rs@kttlaw.com
Michael Lorigas (*pro hac vice* forthcoming)
mlorigas@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: 305.372.1800
Fax: 305.372.1800

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | **Case No. 5:24-cv-9470-BLF** |
| BRODIE THAT DOOD, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL, INC. and PAYPAL HOLDINGS, INC., <br><br> Defendants. | **Case No. 5:25-cv-1476** <br><br> **MOTION IN SUPPORT OF GIRARD SHARP LLP, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, AND COTCHETT PITRE & MCCARTHY LLP AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF KOZYAK TROPIN & THROCKMORTON LLP TO THE EXECUTIVE COMMITTEE** <br><br> Date: May 29, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 3 – 5th Floor <br> Judge: Hon. Beth Labson Freeman |

# NOTICE OF MOTION AND MOTION

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 29, 2025, at 9:00 am in Courtroom 3, 5th Floor of the above-entitled Court located at 280 South 1st Street, San Jose, CA 95113, Plaintiff Brodie That Dood, Inc. ("Brodie That Dood") will and hereby does move this Court, pursuant to its Order of January 29, 2025 (ECF No. 49) and Federal Rule of Civil Procedure 23(g), to appoint Kozyak Tropin & Throckmorton LLP to Plaintiffs' Executive Committee.

This Motion is based on this Notice of Motion and Motion; the memorandum of points and authorities that follows; any response papers filed in further support of the Motion; all documents on file in the above-captioned action and in related actions; the arguments presented by counsel at the hearing on this Motion; and any other matter the Court may wish to consider.

Dated: February 12, 2025    Respectfully submitted,

/s/ *Adam E. Polk*

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

MOTION IN SUPPORT OF GIRARD SHARP LLP, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, AND COTCHETT PITRE & MCCARTHY LLP AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF KOZYAK TROPIN & THROCKMORTON LLP TO THE EXECUTIVE COMMITTEE

Counsel for Plaintiff Brodie That Dood, Inc. file this motion in support of Girard Sharp LLP ("Girard Sharp"); Lieff Cabraser Heimann & Bernstein LLP ("LCHB"); and Cotchett Pitre & McCarthy LLP ("CPM") for appointment as Co-Lead Interim Class Counsel and move the Court for the appointment of Kozyak Tropin & Throckmorton LLP ("KTT") to the executive committee.

## BACKGROUND

Plaintiff Brodie That Dood, Inc. ("Brodie That Dood") is an online content creator with more than 16 million followers. Brodie That Dood has potentially lucrative affiliate marketing relationships with numerous online retailers and has had such relationships since its founding in 2020. Like the other plaintiffs in this consolidated action, Plaintiff Brodie That Dood has lost thousands of dollars in affiliate commissions to an unfair and deceptive scheme orchestrated by PayPal, Inc. and PayPal Holdings, Inc. (together, "PayPal") using the Honey browser extension.

Plaintiff Brodie That Dood filed a class action complaint against PayPal in the Northern District of California on February 12, 2025. *See* Class Action Complaint [ECF No. 1]. *Brodie That Dood, Inc. v. PayPal, Inc., et al.*, No. 5:25-cv-1476 (N.D. Cal.). Plaintiff's counsel has prepared and will file in short order an unopposed administrative motion to relate Plaintiff's case to the cases consolidated before this Court.

Plaintiff Brodie That Dood is represented by KTT and Marcus Neiman Rashbaum & Pineiro LLP, with Girard Sharp as local counsel. Girard Sharp, LCHB, and CPM have filed a Motion for Appointment as Interim Class Counsel, seeking the appointment of Girard Sharp, LCHB, and CPM as Co-Lead Interim Class Counsel and proposing that an Executive Committee be established for the efficient administration of this litigation. KTT supports the appointment of Girard Sharp, LCHB, and CPM as Co-Lead Interim Class Counsel and moves for its own appointment to the Executive Committee, should one be formed.

**I.    KTT SUPPORTS THE APPOINTMENT OF GIRARD SHARP, LCHB, AND CPM AS CO-LEAD INTERIM CLASS COUNSEL.**

KTT has worked extensively with Girard Sharp and LCHB, and its experiences with those firms have been both cooperative and professional. KTT served as Lead Class Counsel, with Girard Sharp on the Plaintiffs' Steering Committee, in *Daccache v. Raymond James Financial, Inc.*, a class action litigated and settled in the Southern District of Florida and the District of Vermont. *See Daccache v. Raymond*

*James & Assocs.*, No. 1:16-cv-21575 (S.D. Fla.); *Qureshi v. People's United Bank,* No. 2:18-cv-163 (D. Vt.). The named Plaintiffs in *Daccache* were foreign investors seeking citizenship through the United States' EB-5 visa with claims for fraud, breach of fiduciary duty, aiding and abetting, and state statutory claims against the mastermind of a multimillion-dollar Ponzi and his accomplices. In cooperation with the court-appointed receiver, KTT and Girard Sharp secured a $150 million-plus settlement for the defrauded investors.

KTT also worked with Girard Sharp in *In re Woodbridge Investments Litigation*, No. 2:18-cv-103 (C.D. Cal.), with Girard Sharp serving as Lead Class Counsel and KTT serving on the executive committee. *Woodbridge* was a consolidated class action brought on behalf of investors against a major bank for facilitating a Ponzi scheme. After several years of litigation in bankruptcy court and district court, the parties reached a $54.5 million settlement approved by the court in December 2021.

KTT's working relationship with LCHB spans several decades. KTT worked with LCHB in *In re Managed Care HMO Litig.*, MDL No. 1334 (S.D. Fla.), a multidistrict litigation filed in 1997 in which medical societies and several hundred thousand physicians sued Aetna, Cigna, Humana, and other managed care organizations for monetary and structural relief. Successfully certified as a RICO class action, this case—along with a second, equally challenging action against the Blue Cross entities—was settled for hundreds of millions of dollars in monetary relief and also provided structural relief to physicians valued at well over a billion dollars. KTT was Co-Lead Counsel in the *Managed Care* litigation and worked extensively with attorneys from LCHB in that role.

KTT has also worked with LCHB in *In re Takata Airbag Products Liability Litigation,* MDL No. 2599, litigated in the Southern District of Florida; *In re Evenflo Company, Inc. Marketing, Sales Practices*, *and Products Liability Litigation*, MDL No. 2938, in the District of Massachusetts, and *In re RealPage Rental Software Antitrust Litigation*, MDL No. 3071, which is pending in the Middle District of Tennessee.

Based on its extensive experience working closely with Girard Sharp and LCHB, KTT unequivocally supports both firms, as well as CPM, for appointment as Co-Lead Interim Class Counsel in these consolidated cases.

4

MOTION IN SUPPORT OF GIRARD SHARP LLP, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, AND COTCHETT PITRE & MCCARTHY LLP AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF KOZYAK TROPIN & THROCKMORTON LLP TO THE EXECUTIVE COMMITTEE

## II. KTT MOVES FOR APPOINTMENT TO THE EXECUTIVE COMMITTEE.

KTT also seeks appointment to the Plaintiffs' executive committee in *In re PayPal Honey Browser Extension Litigation*, should the Court order that such a committee be established. As explained above, KTT has considerable experience working with several of the firms who have filed related cases. KTT also has extensive experience litigating complex commercial class actions, including those involving Ponzi schemes, deceptive acts and practices aimed at consumers, antitrust claims, and complex conspiracies, among other things.

Since its founding in 1982, KTT has played a leading role in some of the most significant class actions and MDLs in the nation. In *In re Insulin Pricing Litigation.*, MDL No. 3080 (D.N.J.), for example, KTT was appointed as Co-Lead Counsel in an action against the three largest insulin manufacturers and three largest pharmacy benefit managers in the United States for a conspiracy to artificially inflate the price of diabetes medications. In the action, KTT represents self-funded health insurance plans, including those funded by corporations and dozens of states, counties, and cities. The plaintiffs' claims span RICO claims to state consumer protection claims from almost every state in the country.

Also representative of KTT's extensive experience litigating complex claims is *In re: Managed Care Litigation*, No. 00-01334-md-FAM (S.D. Fla.). As explained above, there KTT served as co-lead counsel for plaintiffs in a multidistrict litigation where medical societies and several hundred thousand physicians sued Aetna, Cigna, Humana, and other managed care organizations. The case was successfully certified as a RICO class action and, along with a second, equally challenging action brought against the Blue Cross entities, was settled for hundreds of millions of dollars as well as structured relief to physicians valued at several billion dollars. *See Klay v. Humana, Inc.*, 382 F.3d 1241 (11th Cir. 2004).

KTT's involvement in other successful complex litigation matters includes:

- Serving as counsel on the Plaintiff Steering Committee in *In re RealPage Antitrust Litigation*, MDL No. 3071 (M.D. Tenn.), a nationwide antitrust MDL against RealPage, which artificially inflated rental prices across the United States.

- Serving as co-chair lead counsel in the litigation stemming from the tragic Champlain Towers South building collapse in Surfside, Florida and securing over $1.1 billion in relief for the victims. *See In*

5

MOTION IN SUPPORT OF GIRARD SHARP LLP, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, AND COTCHETT PITRE & MCCARTHY LLP AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF KOZYAK TROPIN & THROCKMORTON LLP TO THE EXECUTIVE COMMITTEE

*re: Champlain Towers South Collapse Litigation*, No. 2021-015089-CA-01 (Fla. Cir. Ct.).

- Serving as co-counsel for the Investor Claims Trustee in investor fraud-related actions arising from the InverWorld Ponzi scheme. *See Blackwell v. Wells Fargo Bank, NA*, No. SA-01-CV-583-FB (W.D. Tex.).

- Serving as Class Counsel for plaintiffs with claims against various major mortgage lenders, including Wells Fargo, HSBC, Bank of America, and Chase, in actions related those entities' artificial inflation of premiums for lender-placed, or "force-placed," insurance. *See, e.g.*, *Hall v. Bank of America*, No. 12-cv-22700 (S.D. Fla.); *Saccoccio v. JPMorgan Chase Bank*, No. 13-cv-21107 (S.D. Fla.); *Fladell v. Wells Fargo Bank*, No. 13-cv-60721 (S.D. Fla.); *Diaz v. HSBC Bank*, No. 13-cv-21104 (S.D. Fla.).

- Representing victims of a $1.2 billion dollar Ponzi scheme operated by corrupt Fort Lauderdale lawyer Scott Rothstein, who swindled 260 investors out of close to $500 million. The Ponzi scheme has been recognized as the second largest fraud in Florida history. KTT served as co-lead counsel for 70% of the victims in *Razorback Funding, LLC, et al. v. Scott W. Rothstein et al.*, No. 09-062943 (07) (Fla. 17th Cir. Ct.), and recovered virtually all of these victims' roughly $256 million in investment losses, representing over 50% of total investor losses in the Ponzi scheme. The success rate for these victims has dwarfed those in other recent, massive Ponzi schemes.

KTT has decades of experience litigating complex cases and consumer class actions and has the financial capability to advance costs necessary for the prosecution of this action. KTT will devote more than sufficient resources to pursue this case. In short, KTT has the necessary experience in class actions and commercial litigation, is well-versed in the applicable law, and will represent Plaintiffs and all class members diligently in these cases.

## CONCLUSION

The Court should appoint Girard Sharp, LCHB, and CPM as Co-Lead Interim Class Counsel and appoint KTT to the Plaintiffs' executive committee, should one be formed.

| | |
|---|---|
| Dated: February 12, 2025 | Respectfully submitted, |
| | /s/ *Adam E. Polk* |
| | Dena C. Sharp (SBN 245869) |
| | Adam E. Polk (SBN 273000) |
| | Simon S. Grille (SBN 294914) |
| | **GIRARD SHARP LLP** |
| | 601 California Street, Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | dsharp@girardsharp.com |
| | apolk@girardsharp.com |
| | sgrille@girardsharp.com |
| | |
| | Benjamin J. Widlanski (*pro hac vice forthcoming*) |
| | Tal J. Lifshitz (*pro hac vice forthcoming*) |
| | Rachel Sullivan (*pro hac vice forthcoming*) |
| | Michael Lorigas (*pro hac vice forthcoming*) |
| | **KOZYAK TROPIN & THROCKMORTON LLP** |
| | 2525 Ponce de Leon Boulevard, 9th Floor |
| | Coral Gables, Florida 33134 |
| | Telephone: (305) 372-1800 |
| | bwidlanski@kttlaw.com |
| | tjl@kttlaw.com |
| | rs@kttlaw.com |
| | mlorigas@kttlaw.com |
| | |
| | Jeffrey A. Neiman (*pro hac vice forthcoming*) |
| | Michael A. Pineiro (*pro hac vice forthcoming*) |
| | Brandon S. Floch (*pro hac vice forthcoming*) |
| | **MARCUS NEIMAN RASHBAUM & PINEIRO LLP** |
| | 2 South Biscayne Blvd., Suite 2530 |
| | Miami, FL 33131 |
| | Telephone: 305.400.4260 |
| | Fax: 757.260.9857 |
| | jneiman@mnrlawfirm.com |
| | mpineiro@mnrlawfirm.com |
| | bfloch@mnrlawfirm.com |
| | |
| | *Counsel for Plaintiff Brodie That Dood, Inc. and the Proposed Class* |

7

MOTION IN SUPPORT OF GIRARD SHARP LLP, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, AND COTCHETT PITRE & MCCARTHY LLP AS INTERIM CLASS COUNSEL AND FOR APPOINTMENT OF KOZYAK TROPIN & THROCKMORTON LLP TO THE EXECUTIVE COMMITTEE