1
2
3
4
5
6

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No. 5:24-cv-09470-BLF<br><br>**[PROPOSED] ORDER APPOINTING ROSEMARY M. RIVAS OF GIBBS LAW GROUP LLP AS CO-LEAD INTERIM CLASS COUNSEL**<br><br>Judge: Hon. Beth Labson Freeman |

Plaintiffs' Counsel in this matter have filed motions for the appointment of interim class counsel pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 23(g). This Court has authority to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." *Id*.

Having considered Plaintiffs' motion, the materials filed in support and reply, **IT IS HEREBY ORDERED THAT**:

Rosemary M. Rivas of Gibbs Law Group LLP is hereby appointed as Co-Lead Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g)(3). The Court finds that appointment of Interim Class Counsel will promote the fair and efficient conduct of this action. *See* Fed. R. Civ. P. 23(d). The Court further finds, pursuant to Fed. R. Civ. P. 23(g), that Rosemary M. Rivas and Gibbs Law Group LLP have thoroughly investigated and identified the potential claims in this matter, have experience handling complex class actions, are knowledgeable in the applicable law, and have pledged to commit the necessary resources to representing the proposed class. As Co-Lead Interim Class Counsel, Rosemary M. Rivas may act as necessary to protect the interests of the class, including by "making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement." Manual for Complex Litigation (Fourth) § 21.11 (2004).

**IT IS SO ORDERED.**

Date: _____     _____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE BETH LABSON FREEMAN