**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 24-cv-09470-BLF |
| EDDIE BLOTNICKI, et al.,<br>    Plaintiffs,<br>v.<br>PAYPAL HOLDINGS, INC., et al.,<br>    Defendants. | Case No. 25-cv-01386-BLF<br><br>**ORDER TO SHOW CAUSE WHY RELATED CASES SHOULD NOT BE CONSOLIDATED** |

On January 29, 2025, the Court consolidated 15 related Actions to *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470-BLF (N.D. Cal.) and ordered any future related actions filed in, removed to, or transferred to this Court would be consolidated for all purposes. ECF 49. On February 11, 2025, the Court related *Blotnicki, et al. v. PayPal, Inc., et al.*, No. 5:25-cv-01386-BLF (N.D. Cal.) to *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470-BLF (N.D. Cal.) and both cases are assigned to the undersigned Judge. ECF 70.

The Plaintiffs in *Blotnicki, et al. v. PayPal, Inc., et al.*, No. 5:25-cv-01386-BLF (N.D. Cal.) are ORDERED TO SHOW CAUSE **on or before February 28, 2025** why this case should not be consolidated to the lower-numbered *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470-BLF (N.D. Cal.) pursuant to the Court's Order at ECF 49.

**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge