1  Dena C. Sharp (SBN 245869)
   dsharp@girardsharp.com
2  Adam E. Polk (SBN 273000)
   apolk@girardsharp.com
3  Simon S. Grille (SBN 294914)
   sgrille@girardsharp.com
4  **GIRARD SHARP LLP**
5  601 California Street, Suite 1400
   San Francisco, CA 94108
6  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
7

8  *Attorneys for Plaintiffs*

9

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11              **SAN JOSE DIVISION**

12

13 | *IN RE PAYPAL HONEY BROWSER EXTENSION* | Case No.: 5:24-cv-9470-BLF
   | *LITIGATION*
14 | | **UNOPPOSED ADMINISTRATIVE**
15 | | **MOTION TO CONSIDER WHETHER**
   | | **CASES SHOULD BE RELATED**
16 | | **PURSUANT TO CIVIL LOCAL RULES 3-**
   | | **12 AND 7-11**
17

18 | BRODIE THAT DOOD, INC., | Case No.: 5:25-cv-01476-VKD
19 |                 Plaintiffs,
20
   |      v.
21
22 | PAYPAL, INC. and PAYPAL HOLDINGS, INC.,
23 |                 Defendants.
24
25
26
27
28

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

1  **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern

3  District of California, Plaintiffs Eli Silva and Ashley Gardiner file this administrative motion to

4  consider whether *Brodie That Dood, Inc. v. Paypal, Inc, et al.,* No. 5:25-cv-01476 (N.D. Cal.) (the

5  "Brodie Action"), filed on February 12, 2025, should be related to *In Re Paypal Honey Browser*

6  *Extension Litigation*, No. 5:24-cv-9470 (N.D. Cal.) ("In re PayPal Honey"), filed on December 29,

7  2024. All parties have filed the Certification of Conflicts and Interested Entities or Persons required

8  by Civil Local Rule 3-15.

9      Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions

10  concern substantially the same parties, property, transaction or event; and (2) it appears likely that

11  there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases

12  are conducted before different Judges." The Brodie and In re PayPal Honey Actions name overlapping

13  Defendants and include substantially similar factual allegations regarding PayPal's use of the Honey

14  browser extension to allegedly misappropriate sales commissions that should be awarded to online

15  marketers, including Plaintiffs and Class members.

16      The cases involve overlapping class definitions and bring claims for tortious interference,

17  conversion, unjust enrichment, and injunctive relief. Thus, each action will require adjudication of

18  the same or substantially similar questions of law and fact. Under these circumstances, separate

19  assignment of these actions would likely create a duplication of labor and expenses and potentially

20  lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources

21  and ensure consistent results. The parties and the Court will benefit from these efficiencies should the

22  Court find these actions to be related.

23      As indicated in the attached declaration, all Plaintiffs in the listed actions support this

24  administration motion and Defendants do not oppose the requested relief.

25

26  Dated: February 13, 2025          Respectfully submitted,

27                                    By: */s/ Adam E. Polk*
                                      Dena C. Sharp (SBN 245869)
28

- 1 -

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

*Attorneys for Plaintiffs Eli Silva and Ashley
Gardiner*

- 2 -

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11