1 | Dena C. Sharp (SBN 245869)
  | dsharp@girardsharp.com
2 | Adam E. Polk (SBN 273000)
  | apolk@girardsharp.com
3 | Simon S. Grille (SBN 294914)
  | sgrille@girardsharp.com
4 | **GIRARD SHARP LLP**
5 | 601 California Street, Suite 1400
  | San Francisco, CA 94108
6 | Telephone: (415) 981-4800
7 | Facsimile: (415) 981-4846

8 | *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| BRODIE THAT DOOD, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>            Defendants. | Case No.: 5:25-cv-01476-VKD |

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

I, Adam E. Polk, declare as follows:

1. I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Administrative Motion to Consider whether cases should be related. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. A stipulation pursuant to Local Rule 7-11 for Plaintiffs' Administrative Motion to Relate could not be obtained because Defendants do not join in the motion.

3. I have conferred with all parties to this litigation in connection with this administrative motion to relate, including Defendants.  Counsel for Plaintiffs agree that the above-captioned cases are related under Civil Local Rule 3-12. Counsel for Defendants agree not to oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed February 13, 2025 in San Francisco, California.

/s/ Adam E. Polk
Adam E. Polk

- 1 -
DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED