**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| BRODIE THAT DOOD, INC.,<br><br>       Plaintiffs,<br><br>  v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>       Defendants. | Case No.: 5:25-cv-01476-VKD |

1          This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to
2  Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.
3          Upon consideration of the foregoing motion, the papers submitted in support, and good cause
4  appearing, the Court hereby GRANTS the motion.
5          IT IS SO ORDERED that *Brodie That Dood, Inc. v. Paypal, Inc, et al.,* No. 5:25-cv-01476
6  (N.D. Cal.) is related to *In Re Paypal Honey Browser Extension Litigation*, No. 5:24-cv-9470 (N.D.
7  Cal.) and all cases are now assigned to the undersigned Judge.

9  Dated: _____

                                                       _____
Hon. Beth Labson Freeman
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED