1  Jason S. Rathod (*pro hac vice*)
   jrathod@classlawdc.com
2  **MIGLIACCIO & RATHOD LLP**
3  412 H St NE
   Washington DC 20002
4  Telephone: (202) 470-3520

5  *Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF |
| EDDIE BLOTNICKI, MIESHA DOBBS, COURTNEY DORAN, JULES FLETCHER, CAROLYN JOHNSTON, ANGELA KACHONIK, LAUREN LEATHERMAN, AMY MALCOLM, TATIANA MARQUEZ, KARA MILLER, AND LEILANI SHIMODA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC. and PAYPAL, INC.,<br><br>Defendants. | Case No.: 5:25-cv-01386-BLF |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

In response to the Court's February 13, 2025 Order to Show Cause (Doc. No. 94), Eddie Blotnicki, Miesha Dobbs, Courtney Doran, Jules Fletcher, Carolyn Johnston, Angela Kachonik, Lauren Leatherman, Amy Malcolm, Tatiana Marquez, Kara Miller, and Leilani Shimoda (collectively, the "*Blotnicki* Plaintiffs") state their agreement that their case bearing the caption *Blotnicki, et al. v. PayPal, Inc., et al.*, No. 5:25-cv-01386-BLF (N.D. Cal.) (the *Blotnicki* action) should be consolidated with *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470-BLF (N.D. Cal.) (the "Consolidated Action") and that the *Blotnicki* action can be administratively closed. The *Blotnicki* Plaintiffs further state that, upon the Court's prior order determining that the cases were related (Doc. No. 70), they were under the belief that their case had already been consolidated by operation of the Court's Order Consolidating Cases (Doc. No. 38) (ordering that "related actions filed in, removed to, or transferred to this Court are CONSOLIDATED for all purposes."). *Blotnicki* Plaintiffs note that their counsel Jason S. Rathod has submitted an application for co-lead counsel of the Consolidated Action (Doc. No. 91) and they seek for the motion to be heard on its merits.

Dated: February 13, 2025

Respectfully submitted,

By: /s/ Jason S. Rathod

Jason S. Rathod (admitted *pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com

*Attorney for Plaintiffs Eddie Blotnicki, Miesha Dobbs, Courtney Doran, Jules Fletcher, Carolyn Johnston, Angela Kachonik, Lauren Leatherman, Amy Malcolm, Tatiana Marquez, Kara Miller, and Leilani Shimoda*

**CERTIFICATE OF SERVICE**

I, Jason S. Rathod, certify that a true and correct copy of the foregoing document has been electronically filed via this Court's ECF system, notifying all registered users of this filing.

Dated: February 13, 2025          */s/ Jason S. Rathod*
                                   Jason S. Rathod