1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| BRODIE THAT DOOD, INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>              Defendants. | Case No.: 5:25-cv-01476-VKD |

1    This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to

2  Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

3    Upon consideration of the foregoing motion, the papers submitted in support, and good cause

4  appearing, the Court hereby GRANTS the motion.

5    IT IS SO ORDERED that *Brodie That Dood, Inc. v. Paypal, Inc, et al.,* No. 5:25-cv-01476

6  (N.D. Cal.) is related to *In Re Paypal Honey Browser Extension Litigation*, No. 5:24-cv-9470 (N.D.

7  Cal.) and all cases are now assigned to the undersigned Judge.

8

9  Dated: ___February 14, 2025___

10                                                    Hon. Beth Labson Freeman

11                                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED