Eric H. Gibbs (SBN 178658)
Rosemary M. Rivas (SBN 209147)
Joshua J. Bloomfield (SBN 212172)
Rosanne L. Mah (SBN 242628)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
rmr@classlawgroup.com
jjb@classlawgroup.com
rlm@classlawgroup.com

*Attorneys for Plaintiff Lyon Fitness, LLC*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No. 5:24-cv-09470-BLF<br><br>**PLAINTIFF LYON FITNESS, LLC'S RESPONSE IN FURTHER SUPPORT OF MOTION FOR AN ORDER APPOINTING ROSEMARY M. RIVAS OF GIBBS LAW GROUP LLP AS CO-LEAD INTERIM CLASS COUNSEL**<br><br>Date: May 29, 2025<br>Time: 9:00 a.m.<br>Dept.: Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

The Court has received several applications from qualified candidates for appointments as Co-Lead Interim Class Counsel, or to a proposed Plaintiffs' Executive Committee. Given that a consensus was not reached, and that leadership is contested, Plaintiff Lyon Fitness proposes that the Court make individual appointments as opposed to firm appointments. In *In re SVB Fin. Grp. Sec. Litig.,* No. 3:23-CV-01097-JD, 2023 WL 8367938, at *3 (N.D. Cal. Nov. 30, 2023), Judge Donato explained the importance of individual appointments:

> [T]he Court appoints individual attorneys, not law firms generally. That better ensures accountability and the delivery of a high level of legal services. Neither firm identified a lead attorney. Consequently, appointment of lead counsel will be deferred pending a statement by the law firms of individuals for the Court to consider for appointment.

*Id.*

Considering individual attorneys for appointments, as opposed to entire law firms, will also allow the Court to consider the individual qualifications, merits, and relevant experience of the lawyers seeking responsibility for leading the case and delivering the work product on behalf of Plaintiffs and the proposed Class. Several district court judges have taken this approach where there are competing applications for leadership, as in this case. *See, e.g., In re Data Breach Sec. Litig. Against Brightline, Inc.,* No. C 23-02132 WHA, 2023 WL 6131609, at *2 (N.D. Cal. Sept. 18, 2023) (J. Alsup) *(*individual appointment, not firm appointment); *In re Meta Pixel Healthcare Litig.,* No. 22-cv-03580-WHO, 2022 WL 18399978, at *4 (N.D. Cal. Dec. 21, 2022) (appointing individual attorneys rather than firms); *In re JUUL Labs, Inc., Mktg. Sales Pracs. and Prods. Liab. Litig.*, 609 F. Supp. 3d 942, 1023 (N.D. Cal. 2022) (appointing four individuals as co-leads).

Plaintiff Lyon Fitness respectfully suggests that the Court appoint as Interim Class Counsel individual lawyers who will commit to lead the day-to-day prosecution of the case. Plaintiff Lyon Fitness also respectfully suggests that the Court require that newly appointed interim class counsel propose for the Court's approval a slate of individual attorneys to assist in prosecuting these cases.

1

PLAINTIFF LYON FITNESS, LLC'S RESPONSE IN FURTHER SUPPORT OF MOTION FOR AN ORDER APPOINTING ROSEMARY M. RIVAS OF GIBBS LAW GROUP LLP AS CO-LEAD INTERIM CLASS COUNSEL

Doing so provides transparency in the critical appointment process, places the Court in the best position to oversee the lawyers before it, and ensures appointment of those who are best qualified to serve the proposed Class members and the Court.

For its part, Plaintiff Lyon Fitness respectfully requests that the Court appoint its counsel, Rosemary M. Rivas of Gibbs Law Group LLP, as Co-Lead Interim Class Counsel. Ms. Rivas has led Gibbs Law Group's efforts from the inception of this matter, does not have competing obligations that will limit her ability to zealously prosecute these cases, and will work cooperatively alongside any other attorneys appointed by the Court.

Dated: February 20, 2025

**GIBBS LAW GROUP LLP**

/s/ Rosemary M. Rivas
Eric H. Gibbs
Rosemary M. Rivas
Joshua J. Bloomfield
Rosanne L. Mah
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
rmr@classlawgroup.com
jjb@classlawgroup.com
rlm@classlawgroup.com

*Attorneys for Plaintiff Lyon Fitness, LLC*

PLAINTIFF LYON FITNESS, LLC'S RESPONSE IN FURTHER SUPPORT OF MOTION FOR AN ORDER APPOINTING ROSEMARY M. RIVAS OF GIBBS LAW GROUP LLP AS CO-LEAD INTERIM CLASS COUNSEL