| | |
|---|---|
| 1  Dena C. Sharp (SBN 245869) | Elizabeth J. Cabraser (SBN 083151) |
| 2  Adam E. Polk (SBN 273000) | Roger N. Heller (SBN 215348) |
|    Trevor T. Tan (SBN 281045) | Jason L. Lichtman (*pro hac vice*) |
| 3  Nina Gliozzo (SBN 333569) | Danna Z. Elmasry (*pro hac vice*) |

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
650.697.6000

*Attorneys for Plaintiffs Eli Silva,
Ashley Gardiner, Jose Moran, and
GamersNexus, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**RESPONSE IN SUPPORT OF JOINT MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Date: May 29, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman |

1 | Plaintiffs' applications confirm that Girard Sharp; Lieff Cabraser Heimann & Bernstein; and Cotchett, Pitre & McCarthy ("Proposed Co-Lead Counsel"), along with their Proposed Executive Committee (together, "Proposed Interim Class Counsel") are "best able to represent the interests of the class" under Rule 23(g)(2). Given the work Proposed Interim Class Counsel have performed and the leadership they have exhibited, they respectfully request that the Court grant their Joint Motion.

Proposed Interim Class Counsel include the firms who filed the first cases in this litigation and represent a diverse ensemble of content creators: they collectively have more than 1500 potential class members. Since filing, the firms have worked together efficiently to organize and advance these cases: deepening their understanding of the facts and technology at issue, organizing the cases, and ensuring relevant discovery is preserved by Defendants and relevant third parties. These firms have also worked transparently—holding an all-hands, in-person meeting and ensuring consistent communication with all plaintiffs' counsel. In line with the committee assignments and time and expense protocol submitted with their Joint Motion, if appointed, Proposed Interim Class Counsel's commitment to efficient, transparent work will continue throughout the course of this case. *See* ECF No. 80.

As a result of these efforts, Proposed Interim Class Counsel have earned extensive support. Of the 18 cases filed, only three suggest alternative counsel, and each suggests a single firm or individual rather than a team. The Proposed Executive Committee includes some of the most diverse, innovative, and successful plaintiffs' firms in the nation. Each could have made a compelling case to be lead counsel, but chose instead to work cooperatively to present the Court with a self-ordered group of Interim Class Counsel that, collectively, are the counsel best able to represent the interests of the class. *See In re Lenovo Adware Litig.*, 2015 WL 10890657, at *2 (N.D. Cal. July 27, 2015) ("While . . . class counsel is not a popularity contest . . . support garnered from multiple plaintiffs can demonstrate a proposed team's ability to work cooperatively . . . and to do so in the best interests of the class.") (cleaned up); *In re Syngenta AG MIR162 Corn Litigation*, No. 14-md-2591 (D. Kan. Jan. 22, 2015), ECF No. 67 (appointing "a cohesive group that is committed to the team rather than individual play," which "thought this through well in advance, put together a team which certainly is not lacking in talent and has the distinct advantage of having committed itself in advance to solving this problem together"). For the Court's convenience, the table below sets out the leadership positions of counsel for each case.

| Filed | Case Name | Counsel | Position |
|---|---|---|---|
| 12/29/24 | *Wendover Prods., LLC v. PayPal, Inc.*, No. 24-9470 | Elzey Kherker Sanford Montgomery | Support Proposed Interim Class Counsel's Appointment |
| 12/30/24 | *Silva, et al. v. PayPal, Inc.*, No. 24-cv-9510 | Girard Sharp | Support Proposed Interim Class Counsel's Appointment |
| 1/3/25 | *Young v. PayPal, Inc.*, No. 25-124 | DiCello Levitt | Support Proposed Interim Class Counsel's Appointment |
| 1/3/25 | *GamerNexus LLC v. PayPal Holdings Inc., et al.*, No. 25-114 | Cotchett, Pitre & McCarthy | Support Proposed Interim Class Counsel's Appointment |
| 1/10/25 | *Coleman v. PayPal Holdings, Inc., et al.*, No. 25-367 | Berger Montague | Support Proposed Interim Class Counsel's Appointment |
| 1/14/25 | *Moran v. Paypal Inc., et al.*, No. 25-475 | Lieff Cabraser Heimann & Bernstein | Support Proposed Interim Class Counsel's Appointment |
| 1/14/25 | *Lyon Fitness v. Paypal Holdings Inc., et al.*, No. 25-501 | Gibbs Law Group | Support Appointment of Gibbs Law Group as Co-Lead Interim Class Counsel |
| 1/15/25 | *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 25-518 | Cohen Milstein Sellers & Toll | Support Proposed Interim Class Counsel's Appointment |
| 1/16/25 | *Brevard Marketing LLC v. PayPal Inc., et al.*, No. 25-573 | Seeger Weiss | Support Proposed Interim Class Counsel's Appointment |
| 1/16/25 | *Bauer, et al v. PayPal, Inc., et al.*, No. 25-580 | Levi & Korsinsky | No Position on Appointment of Interim Class Counsel |
| 1/16/25 | *King v. PayPal Holdings, Inc., et al.*, No. 25-581 | Hausfeld | Support Proposed Interim Class Counsel's Appointment |
| 1/20/25 | *Kayne v. Paypal Holdings, Inc., et al.*, No. 25-668 | Baron & Budd | No Position on Appointment of Interim Class Counsel |
| 1/21/25 | *Wade v. PayPal Inc., et al.*, No. 25-701 | Chimicles Schwartz Kriner & Donaldson-Smith | Support Appointment of Chimicles Schwartz as Co-Lead Interim Class Counsel |
| 1/24/25 | *The Latina Tradwife, LLC v. Paypal Holdings, Inc., et al.* | Stueve Siegel Hanson | Support Proposed Interim Class Counsel's Appointment |
| 1/24/25 | *Smith v. PayPal Holdings Inc., et al.*, No. 25-847 | Keller Rohrback | Support Proposed Interim Class Counsel's Appointment |
| 2/10/25 | *Blotnicki v. PayPal Holdings, Inc., et al.*, No. 25-1386 | Migliaccio & Rathod | Support Appointment of Migliaccio & Rathod as Co-Lead Interim Class Counsel |
| 2/11/25 | *Luong v. PayPal Holdings Inc., et al.*, No. 25-102 (N.D. Fla.) | Bradley/Grombacher | No Position on Appointment of Interim Class Counsel |
| 2/12/25 | *Brodie That Dood, Inc. v. Paypal., Inc., et al.*, No. 25-1476 | Kozyak Tropin & Throckmortin | Support Appointment of Proposed Co-Lead Counsel and addition of Kozyak Tropin to Executive Committee |

| | |
|---|---|
| Dated: February 20, 2025 | Respectfully submitted, |
| | By: /s/ *Dena C. Sharp* |
| | Dena C. Sharp (SBN 245869) |
| | Adam E. Polk (SBN 273000) |
| | Trevor T. Tan (SBN 281045) |
| | Nina Gliozzo (SBN 333569) |
| | **GIRARD SHARP LLP** |
| | 601 California Street, Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | dsharp@girardsharp.com |
| | apolk@girardsharp.com |
| | ttan@girardsharp.com |
| | ngliozzo@girardsharp.com |
| | |
| | Elizabeth J. Cabraser (SBN 083151) |
| | Roger N. Heller (SBN 215348) |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | ecabraser@lchb.com |
| | rheller@lchb.com |
| | |
| | Jason L. Lichtman (*pro hac vice*) |
| | Sean A. Petterson (*pro hac vice* forthcoming) |
| | Danna Z. Elmasry (*pro hac vice*) |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 250 Hudson Street, 8th Floor |
| | New York, New York 10013-1413 |
| | Telephone: (212) 355-9500 |
| | jlichtman@lchb.com |
| | delmasry@lchb.com |
| | |
| | Nanci Nishimura (SBN 152621) |
| | Thomas E. Loeser (SBN 202724) |
| | **COTCHETT, PITRE & MCCARTHY, LLP** |
| | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| | nnishimura@cpmlegal.com |

tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Eli Silva,
Ashley Gardiner, Jose Moran, and GamersNexus
LLC*