1  Dena C. Sharp (SBN 245869)
2  Adam E. Polk (SBN 273000)
   Trevor T. Tan (SBN 281045)
3  Nina R. Gliozzo (SBN 333569)
   **GIRARD SHARP LLP**
4  601 California Street, Suite 1400
   San Francisco, CA 94108
5  Telephone: (415) 981-4800
6  Email: dsharp@girardsharp.com
   Email: apolk@girardsharp.com
7  Email: ttan@girardsharp.com
   Email: ngliozzo@girardsharp.com
8
9  *Attorneys for Plaintiffs Eli Silva and Ashley Gardiner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**Civ. L.R. 3-13**<br><br>Hon. Beth Labson Freeman |
|---|---|

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 3-13, this action involves overlapping defendants and a material part of the same subject matter as *Luong v. Paypal Holdings Inc., et al.*, No. 3:25-cv-00102-TKW-HTC (N.D. Fla. filed Feb. 11, 2025). The complaint in the *Luong* action is attached hereto as Exhibit A. Like Plaintiffs in this action, the plaintiff in the *Luong* action alleges that Paypal uses the Honey browser extension to misappropriate sales commissions that should be awarded to online marketers. *Id*. ¶¶ 17-30. Like Plaintiffs here, plaintiff in the *Loung* action asserts causes of action against Paypal for conversion, tortious interference, unjust enrichment, and injunctive relief on behalf of an overlapping class. *Id*. ¶¶ 31-59, 93-100.

The *Luong* case has been assigned to U.S. District Judge T. Kent Wetherell, II of the Northern District of Florida. Given that the present action and the *Luong* action arise out of the same or similar alleged conduct and assert overlapping claims, Plaintiffs believe coordination may avoid conflicts, conserve resources, and promote an efficient determination of the common questions presented. *See* Civ. L.R. 3-13(b)(3)(B); *Cobarruviaz v. Maplebear, Inc.*, No. 15-CV-00697-EMC, 2016 WL 5725076, at *2 (N.D. Cal. Sept. 30, 2016).

Dated: February 24, 2025

Respectfully submitted,

By:   /s/ *Adam E. Polk*
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: ngliozzo@girardsharp.com

*Attorneys for Plaintiffs Eli Silva and Ashley Gardiner*