Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Attorneys for Plaintiff Jose Moran and the Proposed
Class, additional counsel below*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF |
|  | **PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING FOR MOTIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |
|  | **L.R. 6-3 AND 7-11** |
|  | Hon. Beth Labson Freeman |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs will

and hereby do move for an order shortening the time to hear the following motions: (1) Joint

Motion of Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein LLP, and Cotchett Pitre &

McCarthy LLP to Appoint Interim Class Counsel ("Joint Motion") and the filings in support of

that motion, ECF Nos. 80–89, 92; (2) Motion to Appoint Chimicles Schwartz Kriner &

Donaldson-Smith LLP, ECF No. 79; (3) Motion to Appoint Jason S. Rathod, ECF No. 91; and (4)

Motion to Appoint Rosemary M. Rivas, ECF No. 93 (collectively, the "Leadership Motions").

Plaintiffs seek an order shortening the time for the hearing on these motions from May 29, 2025

to a hearing date to be determined by the Court. Plaintiffs note that representatives from each of

these movants are available on March 6, March 20, or April 10, 2025. In the alternative, Plaintiffs respectfully request that the Court set the leadership hearing for April 17, 2025, the date currently reserved for the Initial Case Management Conference ("CMC"). ECF No. 15.

All movants join in the relief requested in this administrative motion, although one applicant for lead counsel has a conflict with April 17, 2025 for which he may seek a remote option through a separate administrative motion if a hearing were scheduled on that date. Defendants take no position on Plaintiffs' administrative motion.

## **INTRODUCTION**

There are two hearings currently on the Court's calendar: an initial CMC on April 17 and a hearing on the Leadership Motions on May 29. To avoid prejudice to Plaintiffs resulting from delaying the initiation of this litigation, ensure relevant party and nonparty discovery is preserved, and avoid inefficiencies and potential multiplication of proceedings, Plaintiffs respectfully request the Court shorten the time for a hearing on the Leadership Motions. *See* Fed. R. Civ. P. 1. Representatives from all movants are available on March 6, March 20, and April 10. Non-local counsel respectfully request 48-hour notice to arrange travel.

Alternatively, if none of these earlier dates is available, Plaintiffs ask that the Leadership Motions be set for hearing on April 17, 2025, along with the CMC. All of the plaintiffs seeking a leadership position consent to and join in this administrative motion. Decl. of Jason L. Lichtman ("Lichtman Decl.") ¶ 6. Defendants take no position on Plaintiffs' administrative motion. Lichtman Decl. ¶ 7.

## **LEGAL STANDARD**

A district court may "for good cause" modify hearing dates "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Civil Local Rule 6-1(b) requires a court order "for any enlargement or shortening of time that alters an event or deadline already fixed by Court order." Such a request may be made by stipulation or by motion. *Id.*

## **ARGUMENT**

Under Civil Local Rule 6-3, relevant considerations for shortening time include: (1) the

- 2 -

1    reasons for shortening time; (2) the efforts the moving party has made to obtain a stipulation to

2    change time; (3) the substantial harm or prejudice that would occur if the hearing date is not

3    changed; and (4) whether the Court has previously modified time in the case and the impact the

4    requested modification will have on the case schedule. Civ. L.R. 6-3. Plaintiffs respectfully

5    submit that the relevant factors all weigh in favor of shortening time, especially when no party

6    will be prejudiced if the Court grants their motion.

7        ***Reasons for Shortening Time.*** Consistent with Rule 1 of the Federal Rules of Civil

8    Procedure's "directive that a party's conduct should be consistent with 'the just, speedy, and

9    inexpensive determination of every action and proceeding,'" Plaintiffs request that the Court

10   shorten the time for hearing the Leadership Motions to facilitate the efficient prosecution of this

11   action and conserve judicial and party resources. *Doubt v. NCR Corp.*, No. 4:9-cv-5917, 2012

12   WL 1309163, at *5 (N.D. Cal. Apr. 16, 2012) (quoting Fed. R. Civ. P. 1).

13       Advancing the hearing on the Leadership Motions and appointing Interim Class Counsel

14   prior to the initial CMC will streamline early case management discussions and ensure the parties

15   can adequately address all relevant matters at the initial CMC. *See* Bolch Judicial Institute, Duke

16   Law School, *Guidelines and Best Practices for Large and Mass-Tort MDLs* at 34–35 (2d ed.

17   2018) ("Putting a leadership structure in place promptly will allow the plaintiffs to take an

18   organized approach to early case-management tasks and give defense counsel someone to

19   communicate with about open issues."); *see also* Advisory Committee Note to Proposed Fed R.

20   Civ. P. 16.1(b)(2)(B)–(E) and (b)(3) (explaining that "in the absence of appointment of leadership

21   counsel . . . the parties may be able to provide only their initial views" at the initial case

22   management conference on matters including consolidated pleadings, initial disclosures,

23   discovery, and pre-trial motions). The prompt appointment of Interim Class Counsel is also

24   necessary to coordinate crucial party and third-party discovery without delay and avoid

25   duplicative efforts.

26       In the alternative, Plaintiffs request that the Court consolidate the hearing on the

27   Leadership Motions with the April 17 CMC. This would expedite the prosecution of this action

28   and permit the Court-appointed leadership to begin immediately implementing the Court's case

PLAINTIFFS' ADMINISTRATIVE MOTION
TO SHORTEN TIME
CASE NO. 5:24-CV-9470-BLF

1 management orders. *See In re Social Media Adolescent Addition/ Personal Injury Prods. Liab.*

2 *Litig.*, No. 4:22-md-3047 (N.D. Cal.) ECF No. 2 (hearing leadership motions at the initial CMC).

3      ***Efforts to Obtain Stipulation.*** All of the plaintiffs seeking a co-lead or executive

4 committee position support this request. Lichtman Decl. ¶ 6. On February 26, and 27, 2025,

5 Plaintiffs' counsel reached out to Defendants' counsel to obtain a stipulation to shorten the time

6 to hear the Leadership Motions pursuant to Civil Local Rule 6-1. Lichtman Decl. ¶ 7. Plaintiffs

7 were unable to obtain a stipulation because Defendants take no position on Plaintiffs' request. *Id.*

8      ***Substantial Harm or Prejudice.*** Absent an order granting Plaintiffs' request, Plaintiffs

9 will suffer substantial harm or prejudice because critical third-party documents and information

10 may become unavailable and because there will likely be cumulative and unnecessary

11 participation in discovery.

12      This case will involve complex third-party discovery efforts from online merchants,

13 affiliate network service providers, and other participants in the online affiliate market. Plaintiffs

14 seek to preserve and obtain relevant discovery as soon as possible. *See, e.g.*, ECF No. 80 at 1–2

15 (Joint Motion explaining importance of third-party discovery in this action and movants' efforts

16 thus far to ensure that third parties preserve materials). In the absence of an order appointing

17 Interim Class Counsel, Plaintiffs' third-party preservation efforts may be hampered by competing

18 requests and a lack of coordination about the scope of preservation and discovery, which could

19 result in the loss of materials critical to Plaintiffs' claims, as well as wasting party resources. *C.f.*

20 Manual for Complex Litigation (Fourth) § 21.11 (2004) (emphasizing that appointment of interim

21 class counsel "clarifies responsibility for protecting the interests of the class during

22 precertification activities, such as . . . conducting any necessary discovery").

23      In addition, no consolidated complaint can be filed until leadership is settled. Prompt

24 resolution of the Leadership Motions will therefore permit Plaintiffs to prepare a consolidated

25 complaint and settle the pleadings in this case.

26      Conversely, shortening time will not prejudice any of the parties in this case since the

27 Leadership Motions have been fully briefed and all parties will have sufficient time to prepare for

28 the hearing.

***Prior Time Modifications and Impact on Case Schedule.*** To facilitate the expeditious prosecution of this matter, Plaintiffs respectfully request an order (A) advancing the hearing on Plaintiffs' Leadership Motions to March 6, March 20, or April 10, 2025; or, in the alternative, (B) setting the hearing on the Leadership Motions at the Initial CMC on April 17, 2025. Changing the hearing date would not impact the case schedule, as the consolidated complaint is not due until forty-five (45) days following the entry of the Court's order appointing interim class counsel. ECF No. 49 at 7. The only prior time modification in this action is the Court's January 13, 2025, order rescheduling the initial CMC to April 17, 2025. ECF No. 15.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order pursuant to Civil Local Rules 6-3 and 7-11 shortening the time for the hearing on Plaintiffs' Leadership Motions to March 6, March 20, or April 10, 2025 or, in the alternative, setting the date for the hearing on the Leadership Motions and CMC to April 17, 2025.

Dated: February 28, 2025

Respectfully submitted,

By: /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor E. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd., #200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Eli Silva,*
*Ashley Gardiner, Jose Moran, and GamersNexus,*
*LLC*

Karin B. Swope (pro hac vice)
Jacob M. Alhadeff (pro hac vice)
Steven A. Schwartz (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
Alex M. Kashurba (*pro hac vice*)
Marissa N. Pembroke (*pro hac vice* forthcoming)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
steveschwartz@chimicles.com

bmm@chimicles.com
amk@chimicles.com
mnp@chimicles.com

James J. Rosemergy (*pro hac vice* forthcoming)
**CAREY, DANIS & LOWE**
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
jrosemergy@careydanis.com

*Attorneys for Plaintiff Victoria Wade*

Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
Joy D. Merklen (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
merklen@stuevesiegel.com

*Attorney for Plaintiff The Latina Tradwife, LLC*

Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: (619) 489-0300
srios@bm.net

Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 215-0962
Fax: (215) 875-4604
jdavis@bm.net

E. Michelle Drake (*pro hac vice* forthcoming)
Marika K. O'Connor Grant (SBN 334469)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205

1  Minneapolis, MN 55413
   Telephone: (612) 594-5999
2  Fax: (612) 584-4470
   emdrake@bm.net
3  moconnorgrant@bm.net

4
   *Attorneys for Plaintiff Shonna Coleman*
5

6  Chris A. Seeger (*pro hac vice*)
   David R. Buchanan (*pro hac vice*)
7  Stephen Weiss (*pro hac vice*)
   Scott A. George (*pro hac vice*)
8  **SEEGER WEISS LLP**
9  55 Challenger Rd
   Suite 600
10 Ridgefield Park, NJ 05667
   Telephone: (973) 639-9100
11 cseeger@seegerweiss.com
12 dbuchanan@seegerweiss.com
   sweiss@seegerweiss.com
13 sgeorge@seegerweiss.com

14 *Attorneys for Plaintiff Brevard Marketing LLC*
15

16 Karina G. Puttieva (SBN 317702)
   Douglas J. McNamara (*pro hac vice* forthcoming)
17 **COHEN MILSTEIN SELLERS & TOLL PLLC**
18 1100 New York Ave. NW, 8th Floor
   Washington, DC 20005
19 Telephone: (202) 408-4600
   Facsimile: (202) 408-4699
20 kputtieva@cohenmilstein.com
21 dmcnamara@cohenmilstein.com

22 *Attorneys for Plaintiffs Edgar Oganesyan and*
   *Matthew Ely*
23

24 John P. Kristensen (SBN 224132)
25 **EKSM LLP**
   120 Santa Barbara St., Suite C9
26 Santa Barbara, California 93101
   Telephone: (805) 837-2000
27 john@kristensen.law

28 Devin J. Stone (SBN 260326)

PLAINTIFFS' ADMINISTRATIVE MOTION
TO SHORTEN TIME
CASE NO. 5:24-CV-9470-BLF

**EKSM LLP**
1050 Connecticut Ave., NW
Suite 5038
Washington, DC 20036
Telephone: (833) 507-8326
devin@eagleteam.law

Jarrett L. Ellzey *(pro hac vice)*
Leigh S. Montgomery *(pro hac vice)*
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com
lmontgomery@eksm.com

*Attorneys for Wendover Productions, LLC,*
*Businessing, LLC, The Charismatic Voice, LLC,*
*Clearvision Media, Inc. and Gear Live Media LLC*

Christopher L. Springer (SBN 291180)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Cari Campen Laufenberg *(pro hac vice* forthcoming)
Derek W. Loeser *(pro hac vice* forthcoming)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

*Attorneys for Plaintiff Xavier L. Smith*

Amanda V. Boltax *(pro hac vice)*
James J. Pizzirusso *(pro hac vice)*
Ian J. Engdahl *(pro hac vice* forthcoming)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006

1                               Telephone: (202) 540-7200
Fax: (212) 202-4322

2                               mboltax@hausfeld.com
jpizzirusso@hausfeld.com

3                               iengdahl@hausfeld.com

4

5                               Ashley M. Crooks (*pro hac vice*)
**HAUSFELD LLP**

6                               33 Whitehall Street, 14th Floor
New York, NY 10004

7                               Telephone: (646) 357-1100
Fax: (212) 202-4322

8                               acrooks@hausfeld.com

9                               *Attorneys for Plaintiff Cameron King*

10

11                             Brian O'Mara (SBN 229737)
**DICELLO LEVITT LLP**

12                             4747 Executive Drive, Suite 240
San Diego, CA 92121

13                             Telephone: (619) 923-3939
briano@dicellolevitt.com

14

15                             Daniel R. Schwartz (*pro hac vice*)
Amy Keller (*pro hac vice* forthcoming)

16                             James Ulwick (*pro hac vice* forthcoming)
**DICELLO LEVITT LLP**

17                             Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602

18                             Telephone: (312) 214-7900
dschwartz@dicellolevitt.com

19                             akeller@dicellolevitt.com
julwick@dicellolevitt.com

20

21                             Emma Bruder (*pro hac vice* forthcoming)
**DICELLO LEVITT LLP**

22                             485 Lexington Avenue, Tenth Floor
New York, NY 10017

23                             Telephone: (646) 933-1000
ebruder@dicellolevitt.com

24

25                             *Attorneys for Plaintiff Claudia Young*

26

27                             Alexandra M. Honeycutt (*pro hac vice*)
**MILBERG COLEMAN BRYSON**

28                             **PHILLIPS GROSSMAN, PLLC**

800 S. Gay St., Ste. 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
ahoneycutt@milberg.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorney for Plaintiffs Eli Silva and Ashley Gardiner*

Jason S. Rathod (*pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H St NE, Suite 302
Washington DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com

*Attorney for Plaintiffs Eddie Blotnicki, Miesha
Dobbs, Courtney Doran, Jules Fletcher, Carolyn
Johnston, Angela Kachonik, Lauren Leatherman,
Amy Malcolm, Tatiana Marquez, Kara Miller, and
Leilani Shimoda*

Benjamin J. Widlanski (*pro hac vice*)
Tal J. Lifshitz (*pro hac vice*)
Rachel Sullivan (*pro hac vice*)
Michael Lorigas (*pro hac vice*)
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
tjl@kttlaw.com
rs@kttlaw.com
mlorigas@kttlaw.com

Jeffrey A. Neiman (*pro hac vice* forthcoming)
Michael A. Pineiro (*pro hac vice* forthcoming)
Brandon S. Floch (*pro hac vice* forthcoming)
**MARCUS NEIMAN RASHBAUM & PINEIRO
LLP**

- 11 -

1

2 South Biscayne Blvd., Suite 2530
Miami, FL 33131

2

Telephone: ( 305) 400-4260
Fax: (757) 260-9857

3

jneiman@mnrlawfirm.com

4

mpineiro@mnrlawfirm.com
bfloch@mnrlawfirm.com

5

6

*Attorneys for Plaintiff Brodie That Dood, Inc.*

7

8

Eric H. Gibbs (SBN 178658)
Rosemary M. Rivas (SBN 209147)

9

Joshua J. Bloomfield (SBN 212172)
Rosanne L. Mah (SBN 242628)

10

**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100

11

Oakland, California 94607
Telephone: (510) 350-9700

12

Fax: (510) 350-9701

13

ehg@classlawgroup.com
rmr@classlawgroup.com

14

jjb@classlawgroup.com
rlm@classlawgroup.com

15

16

*Attorneys for Plaintiff Lyon Fitness, LLC*

17

18

19

20

21

22

23

24

25

26

27

28

3192383.3

PLAINTIFFS' ADMINISTRATIVE MOTION
TO SHORTEN TIME
CASE NO. 5:24-CV-9470-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on February 28, 2025.

<u>*/s/Jason L. Lichtman*</u>