1 | Elizabeth J. Cabraser (SBN 083151)
  | Roger N. Heller (SBN 215348)
2 | Jason L. Lichtman (*pro hac vice*)
  | Danna Z. Elmasry (*pro hac vice*)
3 | **LIEFF CABRASER HEIMANN &**
  | **BERNSTEIN, LLP**
4 | 275 Battery Street, 29th Floor
  | San Francisco, CA 94111
5 | 415.956.1000

*Attorneys for Plaintiff Jose Moran*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470<br><br>**DECLARATION OF JASON L. LICHTMAN IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING FOR MOTIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

I, Jason L. Lichtman, declare as follows:

1. I am a partner in the law firm Lieff Cabraser Heimann & Bernstein, LLP. I am a member in good standing of the bars of the States of Illinois, New Jersey, New York, Utah, and the District of Columbia. I am admitted *pro hac vice* in this consolidated action. *See Moran v. PayPal Inc. et al.*, No. 5:24-cv-9470-BLF, ECF No. 9. I am one of the counsel for Plaintiffs in this action.

2. I respectfully submit this declaration in support of Plaintiffs' Administrative Motion to Shorten Time for Hearing for Motions for Appointment of Interim Class Counsel pursuant to Civil Local Rules 6-3 and 7-11 (the "Administrative Motion"). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

3. There are currently two hearings on the Court's calendar in this consolidated

1  action: an April 17, 2025 initial case management conference, ECF No. 15; and a May 29, 2025
2  hearing on four pending applications for Plaintiffs' leadership: (1) Plaintiffs' Joint Motion to
3  Appoint Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein LLP, and Cotchett Pitre &
4  McCarthy LLP as Interim Class Counsel ("Plaintiffs' Motion"), ECF No. 80 (and the filings in
5  support of Plaintiffs' Motion ECF Nos. 81–89, 92); (2) Motion to Appoint Chimicles Schwartz
6  Kriner & Donaldson-Smith LLP, ECF No. 79; (3) Motion to Appoint Jason S. Rathod, ECF No.
7  91; and (4) Motion for an Order Appointing Rosemary M. Rivas of Gibbs Law Group LLP, ECF
8  No. 93.

9      4.    Pursuant to Civil Local Rule 6, Plaintiffs' Administrative Motion seeks an order
10  shortening the time for the hearing on these motions from May 29, 2025 to a hearing date to be
11  determined by the Court. Plaintiffs note that representatives from each of these movants are
12  available on March 6, March 20, or April 10, 2025. In the alternative, Plaintiffs respectfully
13  request that the Court set the leadership hearing for April 17, 2025, the date currently reserved for
14  the Initial Case Management Conference. ECF No. 15.

15      5.    I have conferred with all plaintiffs seeking leadership appointments in connection
16  with this Administrative Motion, and Adam Polk informs me that he has done the same with
17  Defendants.

18      6.    All plaintiffs seeking leadership appointments join in the Administrative Motion.

19      7.    On February 26 and 27, 2025, counsel for Plaintiffs reached out to Defendants'
20  counsel to seek their consent to Plaintiffs' request in order to obtain a stipulation pursuant to Civil
21  Local Rule 6-1. On February 28, 2025, Defendants informed Plaintiffs that they neither join nor
22  oppose Plaintiffs' Administrative Motion. Because Defendants take no position on the
23  Administrative Motion, Plaintiffs could not obtain a stipulation.

25      I declare under penalty of perjury under penalty of perjury that the foregoing is true and
26  correct. This declaration was executed in Salt Lake City, Utah on February 28, 2025.

Jason L. Lichtman