UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3 AND 7-11** |

This matter comes before the Court on Plaintiffs' Administrative Motion to Shorten Time pursuant to Civil Local Rules 6-3 and 7-11.

Upon consideration of the foregoing motion, the papers submitted in support of and in opposition thereto, and good cause appearing, the Court hereby **GRANTS** the motion as follows:

1. The hearing on the four pending applications for Plaintiffs' leadership: (1) Plaintiffs' Joint Motion to Appoint Girard Sharp LLP, Lieff Cabraser Heimann & Bernstein LLP, and Cotchett Pitre & McCarthy LLP as Interim Class Counsel ("Plaintiffs' Motion"), ECF No. 80 (and the filings in support of Plaintiffs' Motion ECF Nos. 81–89, 92); (2) Motion to Appoint Chimicles Schwartz Kriner & Donaldson-Smith LLP, ECF No. 79; (3) Motion to Appoint Jason S. Rathod, ECF No. 91; and (4) Motion for an Order Appointing Rosemary M. Rivas of Gibbs Law Group LLP, ECF No. 93, is set for _____, 2025 **OR** April 17, 2025, along with the initial case management conference.

IT IS SO ORDERED.

DATED this ___ day of _____, 2025.

_____
Hon. Beth Labson Freeman
United States District Judge