# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 24-cv-09470-BLF<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING FOR MOTIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>[Re: ECF 117] |

The hearing on Plaintiffs' Motions to Appoint Interim Co-Lead Counsel ("Leadership Motions") is currently set on May 29, 2025. *See* ECF 79-89, 91-93. On February 28, 2025, Plaintiffs filed an administrative motion to shorten the time to hear the Leadership Motions. ECF 117. Defendants take no position on Plaintiffs' administrative motion. *See id.* at 2; ECF 117-1 at 2.

The Court finds that Plaintiffs have shown good cause to shorten time to hear the Leadership Motions. The Court finds that advancing the hearing on the Leadership Motions can streamline early case management discussions and mitigate harm or prejudice to Plaintiffs. Thus, the Court hereby ADVANCES the hearing on the Leadership Motions from May 29, 2025 **to March 20, 2025 at 9:00 A.M. PT in Courtroom 1 at 280 S 1st St., San Jose, CA 95113**.

**IT IS SO ORDERED.**

Dated: February 28, 2025

_____
BETH LABSON FREEMAN
United States District Judge