# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 24-cv-09470-BLF<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES** |

The Court has not yet received chambers copies of 1) Plaintiffs' Motions to Appoint Interim Co-Lead Counsel ("Leadership Motions"), ECF 79-89, 91-93; and 2) the Oppositions/Responses to the Leadership Motions, ECF 113-115. The Court ORDERS Plaintiffs to submit chambers copies of Leadership Motions, any oppositions, and their supporting exhibits and declarations in accordance with this Court's Standing Orders Re Civil Cases § IX to be received **no later than March 7, 2025**. Plaintiffs are reminded to comply with § IX.C, which states that "[w]hen all or a portion of a filing has been sealed, the chambers copy of that filing *shall contain a complete set of unredacted briefs and exhibits*." Standing Order Re Civil Cases § IX.C (emphasis added).

**IT IS SO ORDERED.**

Dated:  February 28, 2025

_____
BETH LABSON FREEMAN
United States District Judge