PAUL F. RUGANI
(SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

RICHARD A. JACOBSEN
(admitted pro hac vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

Attorneys for Defendants
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No.: 5:24-cv-9470-BLF<br><br>**DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE IN SUPPORT OF NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**Civ. L.R. 3-13**<br><br>Hon. Beth Labson Freeman |

Pursuant to Local Rule 3-13(c), Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants"), through their undersigned counsel, hereby submit this Response in Support of Plaintiffs' Notice of Pendency of Other Actions or Proceedings filed on February 24, 2025. *See* ECF 116.

Defendants agree that this action involves overlapping defendants and the same subject matter as *Luong v. Paypal Holdings Inc., et al.*, No. 3:25-cv-00102-TKW-HTC (N.D. Fla. filed Feb. 11, 2025) ("*Luong*"). Defendants also agree that because this action and *Luong* arise out of the same or similar alleged conduct and assert overlapping claims, coordination may avoid conflicts, conserve resources, and promote an efficient determination of the common issues. *See* Civ. L.R. 3-13; *see also* ECF 116. Defendants met and conferred with plaintiff's counsel in *Luong* on February 28, 2025. Rugani Decl. ¶ 2. Plaintiff's counsel in *Luong* indicated plaintiff is willing to stipulate to a transfer to the Northern District of California and to consolidation with the above-captioned matter. Rugani Decl. ¶ 3.

Defendants also note, pursuant to Local Rule 3-13, that the instant action involves overlapping defendants and the same or similar subject matter as *FootDocDana, LLC, et. al. v. PayPal Inc., et al.*, No. 25STCV01140 (La. Sup. Ct. filed Jan. 16, 2025) ("FDD Action"), which has been assigned to Judge William F. Highberger. The complaint in the FDD Action is attached hereto as Exhibit 1. Like the Plaintiffs in this action, the plaintiffs in the FDD Action allege that the Honey browser extension replaces plaintiffs' affiliate links with its own to redirect commissions that would have otherwise been paid to plaintiffs. Exhibit 1 ¶ 11. Like Plaintiffs here, plaintiffs in the FDD Action assert a cause of action for violation of California's Unfair Competition Law (UCL). *Id*. ¶¶ 88-93. Additionally, the proposed class here overlaps with the proposed class in the FDD Action. *Id*. ¶ 70.

The court in the FDD Action has entered an order designating the case as Complex according to Rule 3.4000 of the California Rules of Court and staying the case, except for service of the Summons and Complaint, until the Initial Status Conference set for May 5, 2025. A copy of the Order is attached hereto as Exhibit 2. Since this action and the FDD Action arise out of the same or similar alleged conduct and assert overlapping claims on behalf of overlapping class members, Defendants

DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE IN SUPPORT OF NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

believe coordination may avoid conflicts, conserve resources, and promote an efficient determination of the common issues.  See Civ. L.R. 3-13(b)(3)(D).

Defendants reserve all rights, including the right to compel arbitration.

Dated: March 10, 2025                                          Respectfully submitted,

                                                       PAUL F. RUGANI
                                                      RICHARD A. JACOBSEN
                                                      Orrick, Herrington & Sutcliffe LLP

                                                      By:   */s/ Paul F. Rugani*
                                                            PAUL F. RUGANI

                                                     *Attorneys for Defendants*

DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE IN SUPPORT OF NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS