PAUL F. RUGANI
(SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

RICHARD A. JACOBSEN
(admitted pro hac vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

Attorneys for Defendants
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No.: 5:24-cv-9470-BLF<br><br>**DECLARATION OF PAUL F. RUGANI IN SUPPORT OF DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC.'S RESPONSE IN SUPPORT OF NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**Civ. L.R. 3-13**<br><br>Hon. Beth Labson Freeman |

I, Paul F. Rugani, declare as follows:

1. I am a member in good standing of the Bar of the State of California and authorized to practice before this Court. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Response in Support of Plaintiffs' Notice of Pendency of Other Actions or Proceedings. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. On February 28, 2025, I met and conferred with plaintiff's counsel in *Luong v. Paypal Holdings Inc., et al.*, No. 3:25-cv-00102-TKW-HTC (N.D. Fla. filed Feb. 11, 2025).

3. On the parties' meet and confer, plaintiff's counsel indicated plaintiff is willing to stipulate to transfer the case to the U.S. District Court for the Northern District of California and to have it consolidated with the above-captioned matter. Plaintiff's counsel said they intend to circulate a draft of a proposed stipulation for Defendants' review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2025.

                                              */s/ Paul F. Rugani*
                                                 PAUL F. RUGANI