**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
t  212.355.9500
f  212.355.9592

March 11, 2025

Jason L. Lichtman
Partner
jlichtman@lchb.com

**VIA ECF**

Hon. Beth Labson Freeman
United States District Court for the Northern District of California
San Jose Courthouse, Courtroom 3 — 5th Floor
280 South 1st Street
San Jose, CA 95113

RE:    *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470

Your Honor:

　　With permission from all signatories, as verified at the end of this filing under Civil Local Rule 5-1(i)(3), I have attached the ADR certifications for the following law firms and plaintiffs:

| Plaintiff | Firm |
|---|---|
| Ashley Gardiner; Eli Silva | Girard Sharp LLP; Milberg Coleman Bryson Phillips Grossman, PLLC |
| Brevard Marketing LLC | Seeger Weiss LLP |
| Brodie That Dood, Inc. | Kozyak Tropin & Throckmorton |
| Shonna Coleman | Berger Montague PC |
| Cameron King | Hausfeld LLP |
| GamersNexus, LLC | Cotchett Pitre & McCarthy LLP |
| Xavier L Smith | Keller Rohrback L.L.P. |
| The Latina Tradwife, LLC | Stueve Siegel Hanson LLP |
| Jose Moran | Lieff Cabraser Heimann & Bernstein, LLP |
| Edgar Oganesyan, Matthew Ely | HammondLaw, P.C.; Cohen Milstein Sellers & Toll PLLC |

Hon. Beth Labson Freeman
March 11, 2025
Page 2

| Wendover Productions, LLC; Businessing, LLC; Gear Live Media, LLC; The Charismatic Voice, LLC; Clearvision Media, Inc. | Eagle Team LLP, Ellzey & Associates PLLC, Sanford Law Firm, Kristensen Law Group, Ellzey Kherkher Sanford Montgomery LLP |
|---|---|
| Claudia Jayne Young | DiCello Levitt Gutzler LLC |

Respectfully,


Jason L. Lichtman

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 03/07/2025

Date: 03/07/2025

_Alexandra M. Honeycutt_

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 03/07/2025

_Alexandra M. Honeycutt_

Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# ADR form

Final Audit Report                                         2025-03-07

| | |
|---|---|
| Created: | 2025-03-07 |
| By: | Elizabeth Roberts (eroberts@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmmay3RShXFpZq8yAkpHZ9JizeTcNLHpy |

## "ADR form" History

Document created by Elizabeth Roberts (eroberts@milberg.com)
2025-03-07 - 6:14:58 PM GMT

Document emailed to Ashley Gardiner (gardiner.ashleyrose@gmail.com) for signature
2025-03-07 - 6:15:04 PM GMT

Email viewed by Ashley Gardiner (gardiner.ashleyrose@gmail.com)
2025-03-07 - 6:15:54 PM GMT

Signer Ashley Gardiner (gardiner.ashleyrose@gmail.com) entered name at signing as Ashley-Rosetta Gardiner
2025-03-07 - 6:18:22 PM GMT

Document e-signed by Ashley-Rosetta Gardiner (gardiner.ashleyrose@gmail.com)
Signature Date: 2025-03-07 - 6:18:24 PM GMT - Time Source: server

Agreement completed.
2025-03-07 - 6:18:24 PM GMT

**Adobe Acrobat Sign**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No C 5:24-09470-BLF |
| | ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1)  Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2)  Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3)  Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/10/25                                  on behalf of Brevard Marketing

Date: 3/10/25                                  _____
                                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐  intend to stipulate to an ADR process

☑  prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 3/6/25                                  _____
                                                              Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE PAYPAL HONEY BROWSER
EXTENSION LITIGATION

CASE No C 5:24-cv-09470-BLF


ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: March 11, 2025

/s/ Clifford Brush
_____
Party

Date: March 11, 2025

/s/ Benjamin J. Widlanski
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: March 11, 2025

/s/ Benjamin J. Widlanski
_____
Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re: PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:    3/10/2025                             /s/ Ali Spagnola  on behalf of Businessing, LLC
                                                          Party
Date:    3/10/2025                             /s/ Jarrett L. Ellzey
                                                         Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:   3/10/2025                             /s/ Jarrett L. Ellzey
                                                         Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No C 5:24-cv-09470-BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 03/05/2025

Party: Cameron King

Date: 03/05/2025

Attorney: Ashley M. Crooks

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 03/05/2025

Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re: PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   3/10/2025                    /s/ Kirk McCune on behalf of The Charismatic Voice,  LLC.
                                                    Party
Date:   3/10/2025                    /s/ Jarrett L. Ellzey
                                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  3/10/2025                    /s/ Jarrett L. Ellzey
                                                    Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:    3/10/2025

/s/ Sean Cannell on behalf of Clearvision Media, Inc.

Party

Date:    3/10/2025

/s/ Jarrett L. Ellzey

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:   3/10/2025

/s/ Jarrett L. Ellzey

Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PayPal Honey Browser Extension Litigation | CASE No C 24-cv-09470-BLF |
| | ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/6/2025

Signed by:

BD9B68BE5469418...

Party

Date:    3/6/2025

/s/Sophia M. Rios

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:    3/6/2025

/s/Sophia M. Rios

Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/7/2025      *Eli Silva*

Date: 3/7/25        *Alexandra M. Honeycutt*

                                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

                    *Alexandra M. Honeycutt*

Date: 3/7/25

                                                    Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

# ADR form

Final Audit Report                                                      2025-03-07

| | |
|---|---|
| Created: | 2025-03-07 |
| By: | Elizabeth Roberts (eroberts@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAd663tsKWrvVpYju__ta3mvBngJSFRFMv |

## "ADR form" History

Document created by Elizabeth Roberts (eroberts@milberg.com)
2025-03-07 - 6:13:25 PM GMT

Document emailed to Eli Silva (elsilvs@gmail.com) for signature
2025-03-07 - 6:13:29 PM GMT

Email viewed by Eli Silva (elsilvs@gmail.com)
2025-03-07 - 10:25:55 PM GMT

Document e-signed by Eli Silva (elsilvs@gmail.com)
Signature Date: 2025-03-07 - 10:34:46 PM GMT - Time Source: server

Agreement completed.
2025-03-07 - 10:34:46 PM GMT

**Adobe Acrobat Sign**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No. 5-24:cv-9470-BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1)  Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2)  Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3)  Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/10/2025

/s/ *Matthew Ely*

Party

Date: 3/10/2025

/s/ *Karina G. Puttieva*

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 3/10/2025

/s/ *Karina G. Puttieva*

Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No C 5:24-cv-09470-BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/5/2025 _____ o/b/o GamersNexus, LLC

Date: 3/5/2025 _____/s/ Thomas E. Loeser_____

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 3/5/2025 _____/s Thomas E. Loeser_____

Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

# ADR_Cert_fillable_2019

Final Audit Report                                                      2025-03-10

| | |
|---|---|
| Created: | 2025-03-10 |
| By: | Thomas Loeser (tloeser@cpmlegal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9hS9Awlt4hLNLmoAlfQv749xDXzbyQ9_ |

## "ADR_Cert_fillable_2019" History

📄 Document created by Thomas Loeser (tloeser@cpmlegal.com)
2025-03-10 - 5:40:23 PM GMT

✉ Document emailed to Stephen Burke (stephen_burke@gamersnexus.net) for signature
2025-03-10 - 5:40:27 PM GMT

📄 Email viewed by Stephen Burke (stephen_burke@gamersnexus.net)
2025-03-10 - 6:03:26 PM GMT

✍ Document e-signed by Stephen Burke (stephen_burke@gamersnexus.net)
Signature Date: 2025-03-10 - 6:04:08 PM GMT - Time Source: server

✅ Agreement completed.
2025-03-10 - 6:04:08 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re: PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:    3/10/2025

/s/ Andru Edwards on behalf of Gear Live Media, LLC
Party

Date:    3/10/2025

/s/ Jarrett L. Ellzey
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:   3/10/2025

/s/ Jarrett L. Ellzey
Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE PAYPAL HONEY BROWSER
EXTENSION LITIGATION

CASE No C  5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   March 10, 2025

/s/ Xavier Smith
_____
Party

Date:   March 10, 2025

/s/ Christopher L. Springer
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐  intend to stipulate to an ADR process

☑  prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:   March 10, 2025

/s/ Christopher L. Springer
_____
Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No C 5:24-cv-09470-BLF<br><br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: March 11, 2025        /s Irma Araujo Murillo on behalf of Plaintiff
_____
Party

Date: March 11, 2025        /s Barrett J. Vahle
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: March 11, 2025        /s Barrett J. Vahle
_____
Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No C 5:24-cv-09470-BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 03/10/25 | 2:02 PM PDT

DocuSigned by:

*Jose Moran*
FE9GC32D6124470...

_____
Party

Date: March 10, 2025

/s/ Jason L. Lichtman
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: March 10, 2025

/s/ Jason L. Lichtman
_____
Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

**Docusign**

## Certificate Of Completion

Envelope Id: 8FEC65AD-4921-48E8-AABC-758B9BEC99B2
Subject: Complete with Docusign: Jose Moran ADR Form.pdf
Source Envelope:
Document Pages: 1
Certificate Pages: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Ariana Delucchi
275 Battery Street
29th Floor
San Francisco, CA  94111-3339
adelucchi@lchb.com
IP Address: 38.114.147.135

## Record Tracking

Status: Original
   3/10/2025 1:41:55 PM

Holder: Ariana Delucchi
   adelucchi@lchb.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jose Moran<br>jose@josemoranurena.tech<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Jose Moran*<br>FE95C32D6124470...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.204.132.146<br>Signed using mobile | Sent: 3/10/2025 1:44:38 PM<br>Viewed: 3/10/2025 2:01:51 PM<br>Signed: 3/10/2025 2:02:16 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 3/10/2025 2:01:51 PM<br>   ID: 823234b1-677b-4f9c-99e3-9834a39f14e9 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Danna Elmasry<br>delmasry@lchb.com<br>Associate<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 3/10/2025 1:44:39 PM<br>Viewed: 3/10/2025 2:02:32 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/10/2025 1:44:39 PM |
| Certified Delivered | Security Checked | 3/10/2025 2:01:51 PM |
| Signing Complete | Security Checked | 3/10/2025 2:02:16 PM |
| Completed | Security Checked | 3/10/2025 2:02:16 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |
| **Electronic Record and Signature Disclosure** | | |

Electronic Record and Signature Disclosure created on: 2/23/2024 2:31:17 PM
Parties agreed to: Jose Moran

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Lieff, Cabraser, Heimann & Bernstein Llp (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Lieff, Cabraser, Heimann & Bernstein Llp:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: harcher@lchb.com

**To advise Lieff, Cabraser, Heimann & Bernstein Llp of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at harcher@lchb.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Lieff, Cabraser, Heimann & Bernstein Llp**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to amcren@lchb.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Lieff, Cabraser, Heimann & Bernstein Llp**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to harcher@lchb.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Lieff, Cabraser, Heimann & Bernstein Llp as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Lieff, Cabraser, Heimann & Bernstein Llp during the course of your relationship with Lieff, Cabraser, Heimann & Bernstein Llp.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE PAYPAL HONEY BROWSER
EXTENSION LITIGATION

CASE No. 5:24-cv-9470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/10/2025

_/s/ Edgar Oganesyan_
Party

Date: 3/10/2025

_/s/ Karina G. Puttieva_
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 3/10/2025

_/s/ Karina G. Puttieva_
Attorney

_Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."_

_Form ADR-Cert  rev. 1-15-2019_

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re: PayPal Honey Browser
Extension Litigation

CASE No C 5:24-cv-09470-BLF

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   3/10/2025

/s/ Samuel Denby on behalf of Wendover Productions, LLC

Party

Date:   3/10/2025

/s/ Jarrett L. Ellzey

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:   3/10/2025

/s/ Jarrett L. Ellzey

Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | CASE No C   5:24-cv-09470-BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:   03/06/2025          /s/ Claudia Jayne Young
                                                    Party

Date:   03/06/2025          /s/ James Ulwick
                                                    Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:   03/06/2025
                                                    Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert  rev. 1-15-2019

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that for each of the above ADR certifications, all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 11, 2025

*/s/ Jason L. Lichtman*

-1-