1  Eric H. Gibbs (SBN 178658)
2  Rosemary M. Rivas (SBN 209147)
   Joshua J. Bloomfield (SBN 212172)
3  Rosanne L. Mah (SBN 242628)
   **GIBBS MURA LLP**
4  1111 Broadway, Suite 2100
   Oakland, California 94607
5  (510) 350-9700 (tel.)
   (510) 350-9701 (fax)
6  ehg@classlawgroup.com
7  rmr@classlawgroup.com
   jjb@classlawgroup.com
8  rlm@classlawgroup.com

9  *Attorneys for Plaintiff Lyon Fitness, LLC*

10

11  **UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF CALIFORNIA
12  SAN JOSE DIVISION**

13
    | *In re PayPal Honey Browser Extension Litigation* | Case No. 5:24-cv-09470-BLF |
    |---|---|
    |  | **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, GIBBS LAW GROUP LLP, counsel for Plaintiff Lyon Fitness, LLC, has changed its firm name to GIBBS MURA LLP. The mailing address, telephone, fax, and e-mail addresses remain the same. Counsel respectfully requests that all notices, orders, pleadings, letters, and all other communications hereafter reflect this change.

Dated: March 13, 2024

**GIBBS MURA LLP**

*/s/ Rosemary M. Rivas*
Eric H. Gibbs
Rosemary M. Rivas
Joshua J. Bloomfield
Rosanne L. Mah
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
rmr@classlawgroup.com
jjb@classlawgroup.com
rlm@classlawgroup.com

*Attorneys for Plaintiff Lyon Fitness, LLC*