**Lieff Cabraser Heimann& Bernstein**

Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

March 19, 2025

Jason L. Lichtman
Partner
jlichtman@lchb.com

**VIA ECF**

Hon. Beth Labson Freeman
United States District Court for the Northern District of California
San Jose Courthouse, Courtroom 3 (5th Floor)
280 South 1st Street
San Jose, CA 95113

RE:    *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470

Your Honor:

Counsel for the plaintiffs seeking leadership appointments have conferred about the March 20, 2025 hearing on the leadership motions and each have requested the below allotments of time, unless a different schedule would be more convenient for the Court:

- The three firms collectively seeking to co-lead the case request a combined maximum of fifteen (15) minutes (ECF No. 80);

- The three firms or individuals proposing co-leadership and opposing ECF No. 80 request a maximum of fifteen (15) minutes each (ECF Nos. 79, 91, 93); and

- The firms joining in ECF No. 80 and seeking an executive committee position request a maximum of five (5) minutes each (ECF Nos. 81-89, 92).

*See* Fed. R. Civ. P. 1; *accord In re Depo-Provera*, No. 3:25-md-3140 (N.D. Fla.) (Rogers, J.), CTO 8 (ordering five minutes per individual for each of the seventy-five attorneys seeking leadership).

Respectfully,

Jason L. Lichtman

San Francisco        New York        Nashville        Munich        www.lieffcabraser.com

Hon. Beth Labson Freeman
March 19, 2025
Page 2

## **ATTESTATION**

      Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. Among other things, I obtained specific authorization from those firms opposing ECF 80.

Dated: March 19, 2025

*/s/ Jason L. Lichtman*

Hon. Beth Labson Freeman
March 19, 2025
Page 3

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on March 19, 2025.

<u>/s/ *Danna Z. Elmasry*                    </u>
Danna Z. Elmasry