Lieff Cabraser Heimann & Bernstein
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
t  212.355.9500
f  212.355.9592

Jason L. Lichtman
Partner
jlichtman@lchb.com

March 24, 2025

**VIA ECF**

Hon. Beth Labson Freeman
United States District Court for the Northern District of California
San Jose Courthouse, Courtroom 3 (5th Floor)
280 South 1st Street
San Jose, CA 95113

      RE:    *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470

Your Honor:

On March 20, 2024, the Court granted the motion for leadership appointment by Plaintiffs Eli Silva, Ashley Gardiner, Jose Moran, and GamersNexus, LLC, *see* ECF No. 80, asking Plaintiffs to identify specific individuals for appointment. Those people are:

### Co-leads

- Dena C. Sharp, Girard Sharp
- Nanci E. Nishimura, Cotchett Pitre & McCarthy
- Jason L. Lichtman, Lieff Cabraser

### Executive Committee

*Defensive Discovery*
- Alexandra (Alex) M. Honeycutt (Co-Chair), Milberg
- Ashley M. Crooks (Co-Chair), Hausfeld

*Offensive Discovery*
- David R. Buchanan (Chair), Seeger Weiss
- Sophia Rios (PayPal Lead), Berger Montague
- Karina G. Puttieva (Third Party Lead), Cohen Milstein

*Expert Discovery*
- Barrett J. Vahle (Co-Chair), Stueve Siegel Hanson
- Chris Springer (Co-Chair), Keller Rohrback

Hon. Beth Labson Freeman
March 24, 2025
Page 2

*Law and Briefing*
- Daniel R. Schwartz (Chair), DiCello Levitt

*Creator Class Liaison*
- Jarrett Lee Ellzey (Chair), Ellzey Kherkher

*Settlement Liaison*
- Christopher A. Seeger, Seeger Weiss (with Co-Lead Counsel)

Respectfully,

Jason L. Lichtman

Hon. Beth Labson Freeman
March 24, 2025
Page 3

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on March 24, 2025.

                                      /s/   *Jason L. Lichtman*
                                        Jason L. Lichtman