# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER ENTERING PLAINTIFFS' TIMEKEEPING PROTOCOL** |

The Court entered an order appointing interim class counsel. Dkt. 131. The appointed interim co-leads proposed a Timekeeping Protocol in their motion for appointment. Dkt. 80-2. The Court now approves the Timekeeping Protocol, attached as Exhibit A to this Order, which is to be followed by all counsel for plaintiffs.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Judge