James J. Pizzirusso* (D.C. Bar No. 477604)
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jpizzirusso@hausfeld.com

*Counsel for Plaintiff, Cameron King*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No. 5:24-cv-09470-BLF<br><br>**NOTICE OF CHANGE OF ATTORNEY ADDRESS**<br><br>**Hon. Beth Labson Freeman** |

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 3-11 and 5-1(c)(3) for the Northern District of California, I, James J. Pizzirusso, in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

**James J. Pizzirusso**

**HAUSFELD LLP**

**1200 17th Street, N.W., Suite 600**

**Washington, DC 20036**

**Telephone: (202) 540-7200**

**Facsimile: (202) 540-7201**

**jpizzirusso@hausfeld.com**

I have updated my personal profile information in the ECF system.

NOTICE OF CHANGE OF ATTORNEY ADDRESS                                    5:24-cv-09470-BLF

Dated: March 27, 2025                    Respectfully submitted,

                                         */s/ James J. Pizzirusso*
                                         James J. Pizzirusso* (D.C. Bar No. 477604)
                                         **HAUSFELD LLP**
                                         1200 17th Street, N.W., Suite 600
                                         Washington, DC 20036
                                         Telephone: (202) 540-7200
                                         Facsimile: (202) 540-7201
                                         jpizzirusso@hausfeld.com

                                         ***Counsel for Plaintiff, Cameron King***
                                         * *pro hac vice admission*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: March 27, 2025                    Respectfully submitted,

                                         */s/ James J. Pizzirusso*
                                         James J. Pizzirusso* (D.C. Bar No. 477604)
                                         **HAUSFELD LLP**
                                         1200 17th Street, N.W., Suite 600
                                         Washington, DC 20036
                                         Telephone: (202) 540-7200
                                         Facsimile: (202) 540-7201
                                         jpizzirusso@hausfeld.com

                                         ***Counsel for Plaintiff, Cameron King***
                                         * *pro hac vice admission*

NOTICE OF CHANGE OF ATTORNEY ADDRESS                              5:24-cv-09470-BLF