UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CAMPBELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HONEY SCIENCE, LLC, et al., <br><br> Defendants. | Case No.  25-cv-02850-PCP <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to *In re PayPal Honey Browser Extension Litigation*, 5:24-cv-09470-BLF.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____
P. CASEY PITTS
United States District Judge