Christopher L. Lebsock (SBN 184546)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 633-4980
clebsock@hausfeld.com

***Counsel for Plaintiff, Cameron King***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| *In re PayPal Honey Browser Extension Litigation* | Case No. 5:24-cv-09470-BLF<br><br>**NOTICE OF CHANGE OF ATTORNEY ADDRESS**<br><br>**Hon. Beth Labson Freeman** |

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 3-11 and 5-1(c)(3) for the Northern District of California, I, Christopher L. Lebsock, in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

**Christopher L. Lebsock**

**HAUSFELD LLP**

**582 California Street, 12th Floor**

**San Francisco, CA 94111**

**Telephone: (415) 633-1908**

**Facsimile: (415) 633-4980**

**clebsock@hausfeld.com**

I have updated my personal profile information in the ECF system.

NOTICE OF CHANGE OF ATTORNEY ADDRESS                                     5:24-cv-09470-BLF

Dated: March 31, 2025

Respectfully submitted,

*/s/ Christopher L. Lebsock*
Christopher L. Lebscok (SBN 184546)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 633-4980
clebsock@hausfeld.com

***Counsel for Plaintiff, Cameron King***

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: March 31, 2025

Respectfully submitted,

*/s/ Christopher L. Lebsock*
Christopher L. Lebscok (SBN 184546)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 633-4980
clebsock@hausfeld.com

***Counsel for Plaintiff, Cameron King***

NOTICE OF CHANGE OF ATTORNEY ADDRESS                    5:24-cv-09470-BLF