Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Plaintiffs' Interim Co-Lead Counsel*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| DAISY LUONG, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC. a Delaware corporation, THE HONEY SCIENCE CORPORATION, <br><br> Defendants. | Case No.: 4:25-cv-02657-DMR |

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California, Plaintiffs Eli Silva and Ashley Gardiner file this administrative motion to consider whether *Luong v. Paypal Holdings, Inc., et al.*, No. 4:25-cv-02657-DMR (N.D. Cal.) (the "*Luong* Action"), filed in the Northern District of Florida on February 11, 2025, and transferred to this District on March 19, 2025, should be related to *In Re Paypal Honey Browser Extension Litigation*, No. 5:24-cv-9470 (N.D. Cal.) ("*In re PayPal Honey*"), filed on December 29, 2024. All parties will shortly file the Certification of Conflicts and Interested Entities or Persons required by Civil Local Rule 3-15.

Civil Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The *Luong* and *In re PayPal Honey* Actions name overlapping Defendants and include substantially similar factual allegations regarding PayPal's use of the Honey browser extension to allegedly misappropriate sales commissions that should be awarded to online marketers, including Plaintiffs and Class members.

The cases involve overlapping class definitions and bring claims for tortious interference, conversion, unjust enrichment, and injunctive relief. Thus, each action will require adjudication of the same or substantially similar questions of law and fact. Under these circumstances, separate assignment of these actions would likely create a duplication of labor and expenses and potentially lead to conflicting results. Relating these actions, on the other hand, would conserve judicial resources and ensure consistent results. The parties and the Court will benefit from these efficiencies should the Court find these actions to be related.

As indicated in the attached declaration, all Plaintiffs in the listed actions support this administrative motion and Defendants do not oppose the requested relief.

Dated: April 2, 2025                                                                 Respectfully submitted,

By: */s/ Adam E. Polk*
Dena C. Sharp (SBN 245869)

- 1 -

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

Adam E. Polk (SBN 273000)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
jlichtman@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com

jalhadeff@cpmlegal.com

*Plaintiffs' Interim Co-Lead Counsel*

Barrett J. Vahle (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
vahle@stuevesiegel.com

Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: (619) 489-0300
srios@bm.net

Chris A. Seeger (*pro hac vice*)
David R. Buchanan (*pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Rd., Suite 600
Ridgefield Park, NJ 05667
Telephone: (973) 639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com

Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
kputtieva@cohenmilstein.com

Jarrett L. Ellzey (*pro hac vice*)
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com

Christopher L. Springer (SBN 291180)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101

- 3 -
UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

Telephone: (805) 456-1496
cspringer@kellerrohrback.com

Ashley M. Crooks (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
acrooks@hausfeld.com

Daniel R. Schwartz (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
dschwartz@dicellolevitt.com

Alexandra M. Honeycutt (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay St., Ste. 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
ahoneycutt@milberg.com

*Plaintiffs' Executive Committee*

- 4 -
UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11

**ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: April 2, 2025

/s/ *Adam E. Polk*
Adam E. Polk