| | |
|---|---|
| Dena C. Sharp (SBN 245869) <br> Adam E. Polk (SBN 273000) <br> Nina R. Gliozzo (SBN 333569) <br> **GIRARD SHARP LLP** <br> 601 California Street, Suite 1400 <br> San Francisco, CA 94108 <br> Telephone: 415.981.4800 | Elizabeth J. Cabraser (SBN 083151) <br> Roger N. Heller (SBN 215348) <br> Jason L. Lichtman (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.956.1000 |

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No.: 5:24-cv-9470-BLF <br><br> **DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| DAISY LUONG, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC. a Delaware corporation, THE HONEY SCIENCE CORPORATION, <br><br> Defendants. | Case No.: 4:25-cv-02657-DMR |

I, Adam E. Polk, declare as follows:

1. I am a partner of Girard Sharp LLP and counsel for Plaintiffs Eli Silva and Ashley Gardiner. I submit this declaration in support of the accompanying Unopposed Administrative Motion to Consider whether cases should be related. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. A stipulation pursuant to Local Rule 7-11 for Plaintiffs' Administrative Motion to Relate could not be obtained because Defendants do not join in the motion.

3. I have conferred with all parties to this litigation in connection with this administrative motion to relate, including Defendants. Counsel for Plaintiffs agree that the above-captioned cases are related under Civil Local Rule 3-12. Counsel for Defendants agree not to oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 2, 2025 in San Francisco, California.

*/s/ Adam E. Polk*
Adam E. Polk

- 1 -

DECLARATION OF ADAM E. POLK IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED