**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| DAISY LUONG,<br><br>            Plaintiff,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC. a Delaware corporation, THE HONEY SCIENCE CORPORATION,<br><br>            Defendants. | Case No.: 4:25-cv-02657-DMR |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1        This matter comes before the Court on Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

      Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

      IT IS SO ORDERED that *Luong v. Paypal Holdings, Inc., et al.*, No. 4:25-cv-02657 (N.D. Cal.) is related to *In Re Paypal Honey Browser Extension Litigation*, No. 5:24-cv-9470 (N.D. Cal.) and all cases are now assigned to the undersigned Judge.

Dated: _____

                                          _____
                                          Hon. Beth Labson Freeman
                                          United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED