1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5    IN RE PAYPAL HONEY BROWSER      )   CV-24-CV-09470-BLF
     EXTENSION LITIGATION            )
6                                    )   SAN JOSE, CALIFORNIA
                                     )
7                                    )   MARCH 20, 2025
                                     )
8                                    )   PAGES 1-115
                                     )
9                                    )
     _____ )
10

11              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12             UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14   FOR THE PLAINTIFF:      BY:  JASON LOUIS LICHTMAN
                             LIEFF CABRASER HEIMANN BERNSTEIN LLP
15                           250 HUDSON ST, 8TH FLOOR
                             NEW YORK, NY 10013
16

17   FOR THE PLAINTIFF:      BY:  DENA C. SHARP
                                  ADAM E. POLK
18                                NINA GLIOZZO
                             GIRARD SHARP LLP
19                           601 CALIFORNIA STREET, SUITE 1400
                             SAN FRANCISCO, CA 94108
20

21            APPEARANCES CONTINUED ON THE NEXT PAGE

22

23   OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                 CERTIFICATE NUMBER 13185
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER

```
 1     APPEARANCES CONTINUED:

 2     FOR THE PLAINTIFF:       BY:  BEENA M. MCDONALD
                                     STEVEN SCHWARTZ
 3                             CHIMICLES SCHWARTZ KRINER &
                               DONALDSON-SMITH LLP
 4                             361 W. LANCASTER AVENUE
                               HAVERFORD, PA 19041
 5

 6     FOR THE PLAINTIFF:       BY:  ROSEMARY M. RIVAS
                               GIBBS MURA LLP
 7                             1111 BROADWAY, SUITE 2100
                               OAKLAND, CA 94607
 8

 9     FOR THE PLAINTIFF:       BY:  JASON SAMUAL RATHOD
                               MIGLIACCIO AND RATHOD LLP
10                             412 H STREET N.E.
                               WASHINGTON, DC 20002
11

12     FOR THE PLAINTIFF:       BY:  ELIZABETH JOAN CABRASER
                                     ROGER NORTON HELLER
13                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                               275 BATTERY STREET, 29TH FLOOR
14                             SAN FRANCISCO, CA 94111

15     FOR THE PLAINTIFF:       BY:  SOPHIA MARIE RIOS
                               BERGER MONTAGUE PC
16                             8241 LA MESA BLVD., SUITE A
                               LA MESA, CA 91942
17

18     FOR THE PLAINTIFF:       BY:  NANCI EIKO NISHIMURA
                               COTCHETT PITRE & MCCARTHY LLP
19                             840 MALCOLM ROAD, SUITE 200
                               BURLINGAME, CA 94010
20

21     FOR THE PLAINTIFF:       BY:  THOMAS ERIC LOESER
                               COTCHETT PITRE & MCCARTHY LLP
22                             1809 7TH AVENUE, SUITE 1610
                               SEATTLE, WA 98101
23

24

25              (APPEARANCES CONTINUED ON THE NEXT PAGE)
```

```
 1       FOR THE PLAINTIFF:      BY:  ALEXANDRA M. HONEYCUTT
                                 MILBERG COLEMAN BRYSON PHILLIPS
 2                               GROSSMAN, PLLC
                                 800 S. GAY STREET, SUITE 1100
 3                               KNOXVILLE, TN 37929

 4       FOR THE PLAINTIFF:      BY:  HEATHER LOPEZ
                                 MILBERG COLEMAN BRYSON PHILLIPS
 5                               GROSSMAN, PLLC
                                 148 DOLPHIN COURT
 6                               AMERICAN CANYON, CA 94589

 7       FOR THE PLAINTIFF:      BY:  ASHLEY CROOKS
                                 HAUSFELD LLP
 8                               33 WHITEHALL STREET, STE 14TH FLOOR
                                 NEW YORK, NY 10004
 9

10       FOR THE PLAINTIFF:      BY:  DAVID R. BUCHANAN
                                 SEEGER WEISS LLP
11                               55 CHALLENGER ROAD, 6TH FLOOR
                                 RIDGEFIELD PARK, NJ 07660
12

13       FOR THE PLAINTIFF:      BY:  SCOTT ALAN GEORGE
                                 SEEGER WEISS LLP
14                               325 CHESTNUT STREET, SUITE 917
                                 PHILADELPHIA, PA 19106
15

16       FOR THE PLAINTIFF:      BY:  JARRETT LEE ELLZEY
                                 ELLZEY & ASSOCIATES PLLC
17                               4200 MONTROSE, SUITE 200
                                 HOUSTON, TX 77006
18

19       FOR THE PLAINTIFF:      BY:  BARRETT JAY VAHLE
                                 STUEVE SIEGEL HANSON LLP
20                               460 NICHOLS ROAD, SUITE 200
                                 KANSAS CITY, MO 64112
21

22       FOR THE PLAINTIFF:      BY:  AMY E. KELLER
                                 DICELLO LEVITT LLP
23                               TEN NORTH DEARBORN STREET, STE 6TH FL
                                 CHICAGO, IL 60602
24

25              (APPEARANCES CONTINUED ON THE NEXT PAGE)
```

```
 1      FOR THE PLAINTIFF:      BY:  CHRISTOPHER LONDERGAN SPRINGER
                                KELLER ROHRBACK L.L.P.
 2                              801 GARDEN STREET
                                SANTA BARBARA, CA 93101
 3

 4      FOR THE PLAINTIFF:      BY:  BENJAMIN WIDLANSKI
                                KOZYAK TROPIN & THROCKMORTON
 5                              2525 PONCE DE LEON BOULEVARD
                                STE 9TH FLOOR
 6                              MIAMI, FL 33134

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              SAN JOSE, CALIFORNIA               MARCH 20, 2025

 2                        P R O C E E D I N G S

 3              (COURT CONVENED AT 9:15 A.M.)

 4                  THE CLERK:  CALLING CASE 24-9470.  IN RE PAYPAL HONEY

 5       BROWSER EXTENSION LITIGATION.

 6              COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES.

 7              AND COUNSEL, IF YOU WOULD PLEASE STATE YOUR APPEARANCE,

 8       AND MAKE SURE YOU MENTION WHO YOU ARE APPEARING FOR.

 9              THANK YOU.

10                  MR. LICHTMAN:  GOOD MORNING, YOUR HONOR.

11              JASON LOUIS LICHTMAN, LIEFF CABRASER HEIMANN BERNSTEIN.

12                  MR. POLK:  GOOD MORNING, YOUR HONOR.

13              ADAM POLK WITH GIRARD SHARP ON BEHALF OF PLAINTIFFS AND

14       THE PROPOSED CLASS.

15                  MS. MCDONALD:  GOOD MORNING, YOUR HONOR.

16              BEENA MCDONALD FROM THE CHIMICLES SCHWARTZ FIRM ON BEHALF

17       OF PLAINTIFF AND THE PROPOSED CLASS, AND SPECIFICALLY

18       VICTORIA WADE.

19                  MR. SCHWARTZ:  GOOD MORNING, YOUR HONOR.

20              STEVE SCHWARTZ FROM THE CHIMICLES SCHWARTZ FIRM, ALSO FOR

21       THE PLAINTIFFS' PROPOSED CLASS AND MS. WADE.

22                  MS. RIVAS:  GOOD MORNING, YOUR HONOR.

23              ROSEMARY RIVAS OF GIBBS MURA ON BEHALF OF PLAINTIFF LYON

24       FITNESS.

25                  MR. RATHOD:  GOOD MORNING, YOUR HONOR.
```

Time stamps (left margin): 09:15:01 (4), 09:15:08 (5), 09:15:19 (6), 09:15:19 (7), 09:15:19 (8), 09:15:19 (9), 09:15:20 (10), 09:15:24 (11), 09:15:26 (12), 09:15:30 (13), 09:15:31 (14), 09:15:33 (15), 09:15:37 (16), 09:15:38 (17), 09:15:40 (18), 09:15:43 (19), 09:15:44 (20), 09:15:47 (21), 09:15:52 (22), 09:15:57 (23), 09:16:03 (24), 09:16:03 (25)

| | | |
|---|---|---|
| 09:16:03 | 1 | JASON RATHOD FOR THE PLAINTIFFS.  I'M WITH THE LAW FIRM |
| 09:16:11 | 2 | MIGLIACCIO AND RATHOD LLP.  I'M SPECIFICALLY REPRESENTING |
| 09:16:14 | 3 | EDDIE BLOTNICKI AS WELL AS TEN OTHER PLAINTIFFS. |
| 09:16:15 | 4 | THANK YOU. |
| 09:16:18 | 5 | MR. HELLER:  GOOD MORNING, YOUR HONOR. |
| 09:16:21 | 6 | ROGER HELLER OF LIEFF CABRASER HEIMANN & BERNSTEIN FOR |
| 09:16:24 | 7 | PLAINTIFFS AND THE PROPOSED CLASS. |
| 09:16:29 | 8 | MS. SHARP:  GOOD MORNING, YOUR HONOR. |
| 09:16:31 | 9 | DENA SHARP, GIRARD SHARP, ON BEHALF OF THE PROPOSED CLASS |
| 09:16:35 | 10 | AND PLAINTIFFS ELI SILVA AND ASHLEY GARDINER. |
| 09:16:39 | 11 | THANK YOU FOR HAVING US. |
| 09:16:41 | 12 | MS. GLIOZZO:  GOOD MORNING, YOUR HONOR. |
| 09:16:43 | 13 | NINA GLIOZZO FROM GIRARD SHARP ON BEHALF OF THE SAME |
| 09:16:45 | 14 | PLAINTIFFS. |
| 09:16:50 | 15 | MS. CABRASER:  GOOD MORNING, YOUR HONOR. |
| 09:16:51 | 16 | ELIZABETH CABRASER, ALSO FROM LIEFF CABRASER HEIMANN & |
| 09:16:54 | 17 | BERNSTEIN, FOR PLAINTIFFS AND THE PROPOSED CLASS. |
| 09:17:01 | 18 | MS. RIOS:  GOOD MORNING, YOUR HONOR. |
| 09:17:03 | 19 | SOPHIA RIOS FROM BERGER MONTAGUE PC, HERE ON BEHALF OF |
| 09:17:06 | 20 | PLAINTIFF SHONNA COLEMAN AND THE PROPOSED CLASS. |
| 09:17:10 | 21 | MS. NISHIMURA:  GOOD MORNING, YOUR HONOR. |
| 09:17:14 | 22 | NANCI NISHIMURA WITH COTCHETT PITRE & MCCARTHY ON BEHALF |
| 09:17:17 | 23 | OF THE PROPOSED CLASS AND FOR GAMERSNEXUS. |
| 09:17:24 | 24 | MR. LOESER:  GOOD MORNING, YOUR HONOR. |
| 09:17:26 | 25 | TOM LOESER, COTCHETT PITRE & MCCARTHY, ON BEHALF OF THE |

```
09:17:28   1    GAMERSNEXUS AND THE PROPOSED CLASS.

09:17:34   2          MS. HONEYCUTT:  GOOD MORNING, YOUR HONOR.

09:17:36   3      ALEX HONEYCUTT WITH MILBERG COLEMAN BRYSON PHILLIPS &

09:17:39   4  GROSSMAN ON BEHALF OF THE CLASS AND PLAINTIFFS ELI SILVA AND

09:17:42   5  ASHLEY GARDINER.

09:17:45   6          MS. LOPEZ:  GOOD MORNING, YOUR HONOR.

09:17:48   7      HEATHER LOPEZ FROM MILBERG FOR THE SAME PLAINTIFFS.

09:17:54   8          MS. CROOKS:  GOOD MORNING, YOUR HONOR.

09:17:58   9      ASHLEY CROOKS OF HAUSFELD, LLP ON BEHALF OF THE PROPOSED

09:17:59  10  CLASS AND PLAINTIFF CAMERON KING.

09:18:06  11          MR. BUCHANAN:  GOOD MORNING, YOUR HONOR.

09:18:07  12      DAVE BUCHANAN, SEEGER WEISS, FOR THE PLAINTIFF CLASS AND

09:18:12  13  BRAVARD MARKETING.

09:18:15  14          MR. GEORGE:  YOUR HONOR, GOOD MORNING.

09:18:16  15      SCOTT GEORGE, SEEGER WEISS, SAME PLAINTIFFS AS

09:18:19  16  MR. BUCHANAN.  THANK YOU.

09:18:21  17          MR. ELLZEY:  GOOD MORNING, YOUR HONOR.

09:18:24  18      JARETT ELLZEY, ELLZEY KHERKHER SANFORD & MONTGOMERY, HERE

09:18:27  19  ON BEHALF OF PLAINTIFFS WINDOVER, CLEARVISION, GEAR LIVE AND

09:18:36  20  BUSINESSING.

09:18:36  21          MR. VAHLE:  GOOD MORNING, YOUR HONOR.

09:18:40  22      BARRETT VAHLE, STUEVE SIEGEL HANSON, LLP, ON BEHALF OF THE

09:18:44  23  LATINA TRADWIFE, LLC AND THE PROPOSED CLASS.

09:18:49  24          MS. KELLER:  GOOD MORNING, YOUR HONOR.

09:18:51  25      AMY KELLER OF DICELLO LEVITT, LLP.  I'M HERE ON BEHALF OF
```

09:18:55  1      PLAINTIFF CLAUDIA JAYNE YOUNG.  THANK YOU.

09:18:59  2           MR. SPRINGER:  GOOD MORNING, YOUR HONOR.

09:19:02  3      CHRIS SPRINGER OF KELLER ROHRBACK, LLP.  I'M HERE ON

09:19:05  4  BEHALF OF PLAINTIFF XAVIER SMITH AND THE PROPOSED CLASS.

09:19:12  5           MR. WIDLANSKI:  GOOD MORNING, YOUR HONOR.

09:19:13  6      BEN WIDLANSKI OF KOZYAK TROPIN & THROCKMORTON.  I'M HERE

09:19:18  7  ON BEHALF OF PLAINTIFF BRODIE THAT DOOD, INCORPORATED, AND THE

09:19:20  8  PROPOSED CLASS.

09:19:22  9           MR. RUGANI:  AND GOOD MORNING, YOUR HONOR.

09:19:23 10      PAUL RUGANI OF ORRICK FOR PAYPAL.

09:19:31 11           THE COURT:  GOOD MORNING.  YOU GET THE TABLE ALL TO

09:19:33 12  YOURSELF, NOT THAT YOU HAVE MUCH SAY IN THIS, BUT WELCOME.

09:19:36 13      ALL RIGHT.  WHY DON'T YOU ALL BE SEATED.  LET'S SEE IF YOU

09:19:39 14  CAN BRING SOME ORDER TO THIS.  I DID RECEIVE A LETTER YESTERDAY

09:19:43 15  LAYING OUT A SCHEDULE.  THANK YOU FOR ORGANIZING THAT.  I

09:19:47 16  REALLY DO APPRECIATE THAT EFFORT.

09:19:57 17      I THINK THAT THE PROPOSED SCHEDULE IS REASONABLE TO GET US

09:20:00 18  THROUGH THE MORNING.  AND I THINK THE IDEA, MS. SHARP, WAS TO

09:20:06 19  START WITH OR TO FINISH WITH YOUR PROPOSED SLATE OF LEAD

09:20:12 20  COUNSEL; IS THAT CORRECT?

09:20:13 21           MS. SHARP:  I BELIEVE, YOUR HONOR, WHAT WE PROPOSED

09:20:16 22  WAS FOR OUR CO-LEADS TO SAY A FEW WORDS TO THE COURT, IF WE

09:20:21 23  MAY, TO HEAR FROM THOSE WHO ARE NOT PART OF THE PROPOSED

09:20:24 24  STRUCTURE, AND THEN TO THE EXTENT THE COURT WISHES TO HEAR FROM

09:20:26 25  THE EXECUTIVE COMMITTEE MEMBERS, WE HAVE PROPOSED WE SET ASIDE

09:20:31  1    SOME TIME AT THE END FOR THEM.  OF COURSE THAT'S ALL SUBJECT TO

09:20:35  2    THE COURT'S PREFERENCES.

09:20:35  3              THE COURT:  AND SO YOU WANT TO START, AND THAT'S

09:20:38  4    FINE.

09:20:38  5              MS. SHARP:  IF THAT'S ACCEPTABLE.

09:20:39  6         AND I HAVE TO ASK YOUR HONOR, I'M MORE COMFORTABLE

09:20:42  7    STANDING UP WHEN I ARGUE --

09:20:43  8              THE COURT:  AND WOULD I WOULD PREFER THAT YOU STAND

09:20:45  9    UP, SO IT'S EASIER IF YOU COME UP TO THE PODIUM SO THAT THE

09:20:48  10   MICROPHONE IS AT YOUR FACE LEVEL SO THAT YOU CAN SPEAK INTO IT.

09:20:53  11             MS. SHARP:  THANK YOU, YOUR HONOR.  THANK YOU.

09:20:58  12        ALL RIGHT.  THANK YOU VERY MUCH, YOUR HONOR, FIRST FOR

09:21:00  13   ADVANCING THIS HEARING AND FOR HAVING US ALL IN, WE UNDERSTAND

09:21:04  14   IT'S A LOT OF LAWYERS, AND WE ALSO UNDERSTAND FROM OUR

09:21:06  15   PERSPECTIVE, CONSISTENT WITH RULE 23, CONSISTENT WITH PROPOSED

09:21:10  16   RULE 16.1, WHICH WE RECOGNIZE THIS IS NOT AN MDL, COULD HAVE

09:21:16  17   BEEN BUT IS NOT, YOUR HONOR, BUT ALSO CONSISTENT WITH RULE 1,

09:21:20  18   WE APPRECIATE THE COURT'S ATTENTION TO THE LEADERSHIP ISSUES

09:21:22  19   HERE.  WE UNDERSTAND THERE ARE NO EASY DECISIONS FOR THE COURT,

09:21:26  20   THERE HAVE CERTAINLY BEEN NO EASY DECISIONS FOR US, BUT WHAT WE

09:21:32  21   PROPOSED TO THE COURT, WE CERTAINLY HOPE GETS US A GOOD PART OF

09:21:35  22   THE WAY THERE.

09:21:35  23        AS THE COURT IS AWARE, THERE IS A LARGE CONSENSUS WITH

09:21:39  24   REGARD TO THE PROPOSED STRUCTURE THAT'S BEFORE THE COURT, WHICH

09:21:42  25   JUST TO RECAP, WOULD PROPOSE THREE CO-LEAD COUNSEL AND THEN AN

09:21:46  1    EXECUTIVE COMMITTEE THAT IS COMPRISED, CANDIDLY, OF SEVERAL OF

09:21:49  2    THE FINEST PLAINTIFF'S LAW FIRMS IN THE COUNTRY.  THE COURT

09:21:54  3    CERTAINLY HAS NO LACK OF LEGAL TALENT TO DRAW FROM HERE.

09:21:57  4        AND I WILL SAY TO THE COURT, FROM THE BEGINNING, THAT WE

09:22:01  5    UNDERSTAND THE MANDATE OF RULE 23(G)(2) TO PROPOSE THE COUNSEL

09:22:06  6    THAT ARE BEST ABLE TO REPRESENT THE INTERESTS OF THE CLASS.  WE

09:22:09  7    ALL CAME TOGETHER HAVING FILED -- THE FIRST COMPLAINT WAS FILED

09:22:14  8    DECEMBER 29TH, THERE WERE SUBSEQUENTLY MANY COMPLAINTS FILED

09:22:17  9    OVER THE NEXT FEW WEEKS.  WE ALL PULLED TOGETHER A MEETING

09:22:21  10   JANUARY 20TH AT LIEFF CABRASER'S OFFICES.

09:22:23  11       WE ALL GOT TOGETHER AND TALKED ABOUT THE CASE, AS WE DO,

09:22:27  12   AND AS WE PREFER TO DO, WE STALKED ABOUT THE SUBSTANCE OF THE

09:22:30  13   CASE.  WE TALKED ABOUT WAYS TO ORGANIZE THE CASE AND STRATEGIES

09:22:34  14   FOR MOVING THE CASE ALONG, THAT I WOULD LOVE AN OPPORTUNITY TO

09:22:37  15   TALK ABOUT AT SOME POINT TODAY, REGARDLESS AS TO WHO THE COURT

09:22:41  16   APPOINTS AS LEADS.

09:22:43  17       WHAT EMERGED FROM THAT MEETING AND FROM A LOT OF THINKING

09:22:46  18   AND HARD WORK AND A LOT OF CONVERSATIONS AMONG COUNSEL WAS A

09:22:49  19   CONSENSUS ON THE LEADERSHIP STRUCTURE OF THREE CO-LEAD COUNSEL

09:22:52  20   SUPPORTED BY AN EXECUTIVE COMMITTEE THAT WOULD HAVE VERY

09:22:55  21   CLEARLY DEFINED ROLES.

09:22:56  22       AND WE ARE MINDFUL OF THE COURT'S CONSIDERATION, ALWAYS,

09:23:01  23   IN LARGE CASES, ESPECIALLY IN CLASS ACTIONS OF EFFICIENCY.

09:23:04  24   THAT IS THE WATCH WORD AND WE ARE ABSOLUTELY HAVING OUR EYE ON

09:23:07  25   THAT BALL ALL THE TIME.  THAT'S WHY OUR PROPOSED GROUP

09:23:10  1    SUBMITTED TO THE COURT ALONG WITH OUR PROPOSED ORDER, A TIME

09:23:13  2    AND EXPENSE PROTOCOL WHICH WOULD CONTEMPLATE IN CAMERA

09:23:18  3    SUBMISSIONS ONCE A QUARTER.  WE FOUND THAT AVOIDS ANY

09:23:22  4    UNPLEASANT SURPRISES, BOTH FOR LEAD COUNSEL AND THE COURT.

09:23:25  5         AT THE END OF THE CASE, WE CAN ALL KEEP AN EYE ON HOW WE

09:23:28  6    ARE DOING AS THE CASE PROCEEDS AND ENSURE WE ARE LITIGATING THE

09:23:31  7    CASE EFFICIENTLY AND CONSISTENT WITH WHAT WE DEEM AS THE

09:23:34  8    REQUIREMENTS OF -- INCUMBENT UPON US AS CLASS COUNSEL.

09:23:37  9         NOW THERE IS NO PERFECT WAY, THERE IS NO MAGIC ANSWER FOR

09:23:41  10   HOW TO ORGANIZE LEADERSHIP FOR A CASE LIKE THIS.  WE ALSO LOOK

09:23:46  11   AT THE CASE, AND NO TWO CASES ARE THE SAME.  THIS IS A SINGLE

09:23:49  12   DEFENDANT CASE, AND THAT FROM OUR PERSPECTIVE, AUGERS TOWARD AN

09:23:52  13   EFFICIENT LEADERSHIP STRUCTURE AT THE FOP.

09:23:55  14        WE HAVE FOUND THAT WHEN WE HAVE A LOT OF CO-LEADS, AND

09:23:59  15   AGAIN THE NUMBER, WHAT "A LOT "MEANS DEPENDS ON THE CASE, BUT

09:24:03  16   WE HAVE FOUND THAT THE RULE OF THREE HAS OFTEN BENEFITTED US AS

09:24:07  17   LEAD COUNSEL IN THESE CASES WHERE WE HAVE A TIE BREAKER, WE

09:24:11  18   HAVE THE BENEFIT OF CONSENSUS AND DELIBERATION AMONG THE

09:24:14  19   CO-LEADS, AND ULTIMATELY AN ODD NUMBER OF COUNSEL CAN SOMETIMES

09:24:18  20   BE USEFUL.

09:24:19  21        IN THIS SETTING WHAT WE STROVE TO DO WAS TO BE INCLUSIVE,

09:24:23  22   TO BE COLLABORATIVE, TO TAKE ADVANTAGE OF THE MANY EXPERIENCED

09:24:27  23   CLASS ACTION PRACTITIONERS THAT ARE BEFORE THE COURT AND AT THE

09:24:31  24   SAME TIME TO FOCUS ON WHAT WE SEE AS THE NEXT GENERATION OF

09:24:35  25   LAWYERS IN OUR BAR AND TO DRAW UPON THE RESOURCES AVAILABLE TO

```
09:24:39   1    US AND THE LAWYERS AVAILABLE TO US TO PUT TOGETHER A GROUP THAT
09:24:42   2    WE HOPE REPRESENTS DIVERSITY IN ITS MANY PLAINS, INCLUDING
09:24:48   3    GEOGRAPHIC LOCATION, EXPERIENCE, ALL OF THE CONSIDERATIONS THAT
09:24:53   4    COURTS, AND FRANKLY COUNSEL, IT IS INCUMBENT ON US, BECAUSE
09:24:57   5    REPRESENTING A CLASS OF CREATORS, OF ONLINE CONTENT CREATORS,
09:25:01   6    THAT IS A DIVERSE GROUP OF PEOPLE TOO.  WE ALWAYS WANT COUNSEL
09:25:04   7    TO BE ABLE TO REPRESENT IN THE BEST WAY POSSIBLE THE CLASS THAT
09:25:07   8    WE DO REPRESENT.
09:25:09   9        THE GROUP THAT'S BEFORE THE COURT THAT WE HAVE PROPOSED
09:25:11  10    REPRESENTS MORE THAN 1,500 OF THE CONTENT CREATORS WHO ARE IN
09:25:17  11    THE CLASS.  THEY CERTAINLY ARE A VARIED GROUP, AND WE HOPE THAT
09:25:20  12    THE PROPOSAL THAT'S BEFORE THE COURT REPRESENTS THE KIND OF
09:25:23  13    DIVERSITY THAT WE THINK THE CLASS WOULD BENEFIT FROM.
09:25:27  14        NOW AS I SAID, THE FIRMS THAT WE HAVE PROPOSED FOR THE
09:25:32  15    EXECUTIVE COMMITTEE AS WELL, THE COURT IS WELL ACQUAINTED WITH
09:25:36  16    MANY OF THEM AND KNOWS THAT ALL OF THOSE FIRMS ARE ALSO
09:25:38  17    QUALIFIED TO LEAD THIS CASE.
09:25:40  18            THE COURT:  THERE'S NO QUESTION.
09:25:41  19            MS. SHARP:  AND THAT'S RIGHT.
09:25:42  20        AND CERTAINLY ALL OF THE APPLICANTS, THERE IS A LOT OF
09:25:45  21    LEGAL TALENT HERE, AND THE INTEREST WAS IN ATTEMPTING TO PUT
09:25:49  22    TOGETHER A STRUCTURE THAT AT LEAST WOULD TAKE SOME WORK OFF THE
09:25:52  23    COURT'S PLATE, WE ARE MINDFUL THIS IS A DIFFICULT PROCESS AND
09:25:58  24    WE ARE ALSO VERY INTERESTED IN MOVING PAST IT SO THAT WE CAN
09:26:01  25    GET TO THE SUBSTANCE OF THE CASE.
```

09:26:02  1      WITH THAT SAID, WE PUT TOGETHER A STRUCTURE THAT WAS

09:26:05  2  SUPPORTED BY THE VAST MAJORITY OF THE PLAINTIFFS IN THE CASE.

09:26:08  3  OUT OF THE 18 CASES ON FILE, 15 SUPPORT OR SOMEHOW ARE PART OF

09:26:13  4  THIS STRUCTURE.  AND CANDIDLY, WE CAME TOGETHER, AND AS JUDGE

09:26:18  5  LUNGSTRUM PUT IT IN THE SYNGENTA CASE WHICH WE CITED IN OUR

09:26:23  6  REPLY, SOMETIMES WE HAVE TO COME TOGETHER, PUT TOGETHER A TEAM

09:26:27  7  AS BEST WE CAN THAT WE THINK WILL WORK AS A TEAM COHESIVELY,

09:26:32  8  COLLABORATIVELY AND WILL ADVANCE THE INTEREST OF THE CASE.

09:26:35  9      WITH THAT SAID, THERE IS A LOT OF DIFFERENT WAYS TO PUT

09:26:37 10  THESE STRUCTURES TOGETHER, THIS WAS THE ONE THAT BENEFITTED

09:26:40 11  FROM THE SUPPORT OF THIS GROUP.

09:26:42 12      AND WHAT WE FOUND WAS AS WE COLLABORATED WITH ALL OF OUR

09:26:47 13  COLLEAGUES WHO ARE HERE AND TRIED TO FIGURE OUT IF THERE WAS

09:26:50 14  SOMETHING THAT COULD GENERATE GLOBAL CONSENSUS OR UNANIMITY,

09:26:56 15  WHAT WE FOUND IS THAT ADDING ANY ADDITIONAL CO-LEADS, EITHER

09:27:00 16  FROM WITHIN THE EXECUTIVE COMMITTEE OR OUTSIDE, CREATED A

09:27:04 17  CIRCUMSTANCE IN WHICH THE STRUCTURE THAT WE HAD ALL COME TO

09:27:07 18  AGREEMENT ON, THE CENTER COULD NOT HOLD, BECAUSE ADDING

09:27:10 19  ADDITIONAL CO-LEADS IN OUR PRIVATE ORDERING PROCESS CREATED A

09:27:14 20  DYNAMIC IN WHICH THE QUESTION WAS ASKED, WELL WHY NOT ME, WHY

09:27:17 21  NOT ME, AND SO FORTH.

09:27:19 22      THAT WAS THE CIRCUMSTANCE THAT WE WERE FACED WITH.  WE

09:27:21 23  HAVE ENDEAVORED TO DO THE BEST WE CAN.  WE THINK LEADERSHIP --

09:27:24 24  ONE WAY TO SHOW LEADERSHIP IS COLLABORATION AND ACHIEVING

09:27:28 25  CONSENSUS AS BEST WE CAN.  WE HOPE WE GOT MOST OF THE WAY

09:27:32  1    THERE.

09:27:33  2        I'M GOING TO PAUSE, BECAUSE IT'S NOT JUST ME, YOUR HONOR,

09:27:35  3    WHO IS GOING TO DO THE TALKING, WE ALL HOPE, TODAY.  MY

09:27:38  4    COLLEAGUE, MS. CABRASER AND MS. NISHIMURA ARE HERE, AS WELL AS

09:27:41  5    THE OTHER COUNSEL, SO I WILL PAUSE THERE BECAUSE I KNOW I HAVE

09:27:44  6    BEEN TALKING FOR A FEW MOMENTS.  IF THE COURT HAS QUESTIONS OR

09:27:47  7    WOULD LIKE TO HEAR FROM MY COLLEAGUES, WE WOULD BE HAPPY TO.

09:27:51  8        THE COURT:  I WOULD LIKE TO HEAR FROM THEM.  I HAVE A

09:27:53  9    FEW QUESTIONS ABOUT YOUR STRUCTURE THAT HAVE ME SOMEWHAT

09:27:56  10    CONCERNED.

09:27:56  11        ULTIMATELY THIS IS A ONE CLASS ACTION.

09:27:59  12        MS. SHARP:  YES.

09:27:59  13        THE COURT:  I DON'T HAVE A SENSE OF THE SIZE OF THE

09:28:02  14    CLASS.  DO YOU YET HAVE A SENSE OF THAT?

09:28:06  15        MS. SHARP:  I AM GOING TO TURN AROUND AND LOOK AT MY

09:28:09  16    COLLEAGUES AND MAKE SURE NOBODY KICKS ME IN THE SHINS WHEN I

09:28:12  17    SAY WE ARE NOT CERTAIN OF THE SIZE OF THE CLASS.

09:28:15  18        NOBODY HAS KICKED ME SO FAR, YOUR HONOR.  I THINK PART OF

09:28:19  19    THE REASON IS, AS I THINK THE COURT CAN APPRECIATE, THE BASIC

09:28:23  20    THEORY OF THE CASE IS QUITE SIMPLE, AND YOU ARTICULATED IT

09:28:27  21    BETTER I THINK THAN ANY OF US COULD WHEN YOU SAID SO BEFORE THE

09:28:31  22    SESSION BEGAN, YOUR HONOR, THE TECHNOLOGY BELOW IT IS GOING TO

09:28:35  23    REQUIRE A LOT OF WORK, IT'S GOING TO REQUIRE A LOT OF

09:28:38  24    EXPERTISE.  AND FOR US TO ACTUALLY FIGURE OUT HOW MANY OF THOSE

09:28:41  25    CONTENT CREATORS ARE IN THE CASE IS SOMETHING THAT WE NEED TO

09:28:44  1      FURROW THE GROUND FOR.

09:28:45  2            THE COURT:  OKAY.  ALL RIGHT.

09:28:47  3      SO THE STRUCTURE YOU PROPOSE DOES NOT SEEM EFFICIENT TO ME

09:28:55  4  AND SO I'M LOOKING FOR SOME HANDLES WHERE I CAN SAY THAT THIS

09:29:02  5  IS AN EFFICIENT STRUCTURE.

09:29:04  6      MUCH OF THE COMPLEXITY OF THE TECHNOLOGY WILL BE HANDLED

09:29:08  7  BY YOUR EXPERTS AND NOT -- YOU NEED COUNSEL WHO UNDERSTAND IT

09:29:13  8  BUT I DON'T NEED 20 LAWYERS WHEN TWO EXPERTS WILL DO.

09:29:19  9      SO I'M NOT PERSUADED THAT THIS -- I CONSIDER THIS TO BE

09:29:23 10  THE KIND OF STRUCTURE THAT WOULD EVEN LOOK UNWIELDY IN A MASS

09:29:31 11  TORT SITUATION.  AND IN A MASS TORT SITUATION, YOU POTENTIALLY

09:29:35 12  HAVE A DISAGREEMENT AMONG THE VARIOUS PARTIES THROUGH THEIR

09:29:44 13  ATTORNEYS ABOUT HOW A CASE WOULD BE LITIGATED.

09:29:49 14      IN A CLASS ACTION, IT'S NOT SO MUCH THAT BECAUSE I HAVE A

09:29:53 15  SINGLE COMPLAINT.  SO I'M VERY CONCERNED ABOUT THAT.  AND AS

09:29:56 16  YOU POINT OUT, WE HAVE A SINGLE DEFENDANT, SO THAT FOCUSES THE

09:29:58 17  DISCOVERY.  I'M SURE IT WILL BE MAMMOTH BUT IT STILL FOCUSES

09:30:03 18  IT.

09:30:16 19      IT'S STILL EARLY IN THE CASE BUT SOMETIMES WE LOOK DOWN

09:30:16 20  THE ROAD TO THE END AS TO WHAT ATTORNEYS' FEES WILL LOOK LIKE

09:30:17 21  TO GET A SENSE OF WHETHER THIS STRUCTURE IS HARMLESS OR

09:30:21 22  BENEFICIAL OR HARMFUL ACTUALLY.

09:30:26 23      AND SO AGAIN, THE MASS TORT SITUATION IS MUCH MORE

09:30:29 24  COMPLICATED AND FEES CAN RUN AMUCK MUCH MORE EASILY, I THINK.

09:30:34 25  YOU HAVE THE EXPERIENCE, BUT THAT'S JUST -- BUT IN A CLASS

```
09:30:37   1    ACTION, THE COURT HAS MUCH MORE CONTROL.
09:30:41   2              MS. SHARP:  YES, INDEED.
09:30:43   3              THE COURT:  AND WASTED HOURS ARE SIMPLY NOT
09:30:45   4     COMPLICATED.
09:30:47   5         SO IN THAT SENSE, HAVING MORE LAW FIRMS INVOLVED MAY NOT
09:30:52   6     BE A CONCERN FOR ME AND FOR THE DEFENSE BECAUSE ULTIMATELY WE
09:30:58   7     ARE GOING TO BE LOOKING AT A BENCHMARK AWARD IF YOU WIN, OR A
09:31:06   8     ZERO, WHICH IS VERY EASY, A BENCHMARK AGAINST A LODESTAR.
09:31:12   9         AND SO I THINK THAT HELPS ME.  AND SO IT'S YOUR INTEREST
09:31:16  10     MORE THAN MINE TO KEEP IT EFFICIENT.
09:31:19  11              MS. SHARP:  EXACTLY.
09:31:20  12              THE COURT:  SO THAT PEOPLE AREN'T DOING WORK THEY
09:31:22  13     WILL NEVER BE COMPENSATED FOR.
09:31:23  14              MS. SHARP:  THAT IS EXACTLY RIGHT, YOUR HONOR,
09:31:25  15     EXACTLY.  AND THAT IS WHAT IS PROMPTING US TO -- YOU KNOW,
09:31:28  16     SOMETIMES WE TALK ABOUT MAKING A NEW LAW FIRM FOR A CLASS
09:31:32  17     ACTION WHERE WE PUT TOGETHER WHAT WE THINK IS THE DREAM TEAM
09:31:35  18     AND TO DO THE WORK.
09:31:37  19         AND THAT'S WHY IN OUR INITIAL SUBMISSION AT DOCKET NUMBER
09:31:40  20     80 AT PAGE 10, WE LAID OUT --
09:31:43  21              THE COURT:  YEAH, THAT WAS HELPFUL.
09:31:45  22              MS. SHARP:  -- THE SPECIFIC COMMITTEES AND THE
09:31:46  23     SPECIFIC WORK THAT THEY ARE GOING TO DO.  AND I'M PREPARED TO
09:31:49  24     TALK ABOUT EACH ONE OF THOSE.
09:31:51  25         YOUR HONOR IS ABSOLUTELY CORRECT THAT DISCOVERY AND
```

09:31:56  1    PARSING THROUGH THE TECHNOLOGY IS GOING TO BE SOMETHING THAT

09:31:59  2    FALLS LARGELY WITHIN THE EXPERT'S PURVIEW AT THE END, BUT

09:32:04  3    GETTING THAT DISCOVERY, YOUR HONOR, IS, AS YOUR HONOR WELL

09:32:08  4    KNOWS, IS A LARGE CHALLENGE FOR US.

09:32:11  5         AND ALTHOUGH THIS IS A SINGLE DEFENDANT CASE, AS WE NOTED

09:32:15  6    IN OUR PAPERS, WE VIEW THE RULE 45 DISCOVERY THAT'S GOING TO

09:32:19  7    HAPPEN HERE AS QUITE SUBSTANTIAL BECAUSE THERE ARE GOING TO

09:32:22  8    HAVE TO BE -- WE HAVE ALREADY SENT OUT PRESERVATION LETTERS,

09:32:26  9    AND ONE THING YOU ARE GOING TO HEAR FROM US BEFORE THE DAY IS

09:32:29 10    OVER IS THAT WHOMEVER THE COURT APPOINTS LEAD, WE HOPE TO HAVE

09:32:32 11    LEAVE TO AT LEAST GET THE DISCOVERY STARTED AND GET SOME

09:32:35 12    PRESERVATION SUBPOENAS OUT, BECAUSE THERE ARE A LOT OF

09:32:38 13    MARKETERS AND AFFILIATES AND OTHER ENTITIES OUT THERE.

09:32:41 14         AND I CAN TELL YOU FROM PERSONAL EXPERIENCE, HAVING WORKED

09:32:44 15    ON SINGLE DEFENDANT CASES IN WHICH THERE IS A LOT OF THIRD

09:32:47 16    PARTY DISCOVERY OR ONLY A FEW DEFENDANTS, THAT THIRD PARTY

09:32:50 17    DISCOVERY IN A LOT OF WAYS TAKES ALMOST MORE WORK, IN THE SENSE

09:32:54 18    THAT UNDER THE NEW RULE 45, IT'S NOT CLEAR THAT ALL THOSE

09:32:58 19    SUBPOENAS WILL BE UNDER THIS COURT'S PURVIEW.

09:33:00 20         THE COURT:  RIGHT.

09:33:00 21         MS. SHARP:  WE HAVE TO TAKE VERY SERIOUSLY, EVEN MORE

09:33:03 22    SERIOUSLY THAN WE DO UNDER RULE 26, THE EFFICIENCY

09:33:06 23    CONSIDERATIONS UNDER RULE 45, AND THAT REQUIRES LAWYERS WHO ARE

09:33:10 24    SPENDING DAYS AND DAYS NEGOTIATING WITH THOSE NONPARTIES WHO DO

09:33:14 25    NOT HAVE A DOG IN THIS FIGHT, NECESSARILY, IN FRONT OF THIS

09:33:17  1    COURT, AND THIS COURT KNOWS HOW THAT CAN GO ONE WAY OR THE

09:33:20  2    OTHER.

09:33:20  3              THE COURT:  SURE, SURE.

09:33:21  4          MS. SHARP:  SO THAT IS ONE REASON.

09:33:23  5      WITH REGARD TO THE STRUCTURE, WE DID LOOK TO YOUR HONOR'S

09:33:25  6    FUTURE MOTION CASE WHICH WE KNOW IS IN FRONT OF YOU.

09:33:28  7              THE COURT:  THAT'S A MASS TORT.  AS I SAY, IT'S A

09:33:31  8    MINI MASS TORT.

09:33:34  9          MS. SHARP:  UNDERSTOOD.  AND WE TOOK THAT INTO

09:33:38  10   ACCOUNT, YOUR HONOR.

09:33:39  11     AND EFFICIENCY, YOUR HONOR PUT YOUR FINGER ON IT, WHICH IS

09:33:43  12   IT'S NO GOOD FOR US IF WE ARE RUNNING THE METER IN WAYS THAT

09:33:45  13   ARE INEFFICIENT.  WE HAVE PRACTICED IN THIS COURT LONG ENOUGH

09:33:47  14   TO KNOW THAT THAT KIND OF CONDUCT IS NOT GOING TO BE REWARDED.

09:33:50  15     THESE ARE VERY EXPERIENCED LAWYERS, EVERYONE KNOWS THAT,

09:33:53  16   AND THAT IS WHY WE ARE NOT SUGGESTING A COMMITTEE AS A WHOLE,

09:33:57  17   THAT WAS WHY WE HAD TO TAKE -- YOU KNOW, THE WAY I SAY IT IS WE

09:34:00  18   HAVE TO AT SOME POINT TURN THE SPIGOT OFF AND STOP ADDING, EVEN

09:34:05  19   THOUGH WE WANT A RICH CONSENSUS AND BE INCLUSIVE AND BRING

09:34:09  20   EVERYONE IN, ON THE OTHER HAND WE NEED TO BE MINDFUL OF THE

09:34:12  21   EFFICIENCY CONSIDERATIONS THE COURT HAS RAISED.

09:34:14  22     THIS IS ONE WAY TO BALANCE IT BY SETTING VERY CLEAR LANES

09:34:17  23   FOR WHAT THE FOLKS WHO ARE NOT IN THE CO-LEAD POSITIONS ARE

09:34:21  24   GOING TO DO, ONLY CALLING UPON THEM AS THE COURT DEEMS

09:34:25  25   APPROPRIATE IF THE COURT ENTERS AN ORDER AND SAYS, YOU MAY

09:34:28  1    DELEGATE ONLY AS NEEDED NON-DUPLICATIVE WORK, THOSE ARE THE

09:34:33  2    KINDS OF THINGS WE WILL TAKE VERY SERIOUSLY, AND THAT WAS PART

09:34:36  3    OF THE MEETING OF THE MINDS WE HAD WHEN WE ALL GOT TOGETHER.

09:34:39  4         THE COURT:  IS IT YOUR EXPECTATION THAT THE EXECUTIVE

09:34:43  5    COMMITTEE MEMBERS WILL ONLY DO WORK AS DELEGATED BY THE CO-LEAD

09:34:49  6    COUNSEL?

09:34:49  7         MS. SHARP:  YES, YOUR HONOR.

09:34:50  8         THE COURT:  ALL RIGHT.

09:34:53  9      ANOTHER ISSUE I WANTED TO RAISE, AND I WILL GIVE YOU SOME

09:34:57  10   BACKGROUND, I AM CONCERNED WHEN THERE ARE SO MANY FIRMS

09:35:01  11   INVOLVED, EVEN YOUR THREE FIRMS, YOU'VE IDENTIFIED A NUMBER OF

09:35:05  12   LAWYERS, AND A BIG EXECUTIVE COMMITTEE, THAT IT BECOMES A

09:35:09  13   NIGHTMARE FOR PAYPAL IN TRYING TO GET AN ANSWER.  AND IT

09:35:16  14   BECOMES A BURDEN ON THE COURT.

09:35:18  15        MS. SHARP:  YES.

09:35:18  16        THE COURT:  AND SO IT OFTEN IS THE CASE THAT MY

09:35:24  17   COLLEAGUES WILL APPOINT INDIVIDUAL ATTORNEYS AND NOT FIRMS.

09:35:31  18   AND I FIND THAT AN ATTRACTIVE WAY OF HANDLING THIS AS OPPOSED

09:35:36  19   TO THE FIRMS, SO THAT IF PAYPAL MAKES A CALL, THE ANSWER ISN'T

09:35:42  20   OH, I'M NOT THE RIGHT PERSON, AND IT GOES INTO A BLACK HOLE.

09:35:48  21      SO COMMENTS ON THAT?

09:35:49  22         MS. SHARP:  YES, ABSOLUTELY.

09:35:50  23       THAT IS SOMETHING WE DEAL WITH ALL THE TIME, YOUR HONOR,

09:35:52  24   AND WE APPRECIATE THAT.

09:35:55  25        WITH REGARD TO THE POINT OF CONTACT, THAT IS PART, FROM

```
09:35:57   1    OUR PERSPECTIVE, WHAT COUNSELS FOR A SMALL CO-LEAD GROUP IN THE
09:36:04   2    FIRST INSTANCE.  THAT'S THREE LAWYERS OR THREE FIRMS AT THE
09:36:07   3    TOP.  THE DEFENSE COUNSEL KNOWS WHO TO CALL.  I CAN SAY THAT UP
09:36:10   4    UNTIL NOW, BECAUSE MY FIRM WAS AMONG ONE OF THE FIRST FILERS,
09:36:14   5    MY PARTNER, MR. POLK, HAS BEEN IN VERY CLOSE TOUCH WITH DEFENSE
09:36:17   6    COUNSEL AND ALL OF THE COMMUNICATIONS --
09:36:19   7             THE COURT:  BUT YOU DON'T -- BUT WHY WOULDN'T I NAME
09:36:21   8    YOU AND MR. POLK AS CO-LEAD AS OPPOSED TO YOUR FIRM?
09:36:27   9             MS. SHARP:  CERTAINLY THAT'S ONE OPTION, YOUR HONOR.
09:36:29  10    WHAT WE HAVE FOUND, I HAVE BEEN APPOINTED IN MY INDIVIDUAL
09:36:32  11    CAPACITY, MY FIRM HAS BEEN APPOINTED, AS THE COURT KNOWS,
09:36:35  12    WHETHER I'M APPOINTED INDIVIDUALLY OR NOT, IT'S NOT GOING TO BE
09:36:38  13    JUST ME WORKING ON THE CASE.
09:36:40  14             THE COURT:  I AGREE WITH THAT.
09:36:43  15             MS. SHARP:  AND OF COURSE YOUR HONOR KNOWS IF THE
09:36:45  16    COURT NEEDS AN ANSWER, WE WILL BE HERE TO HEED THE CALL.
09:36:49  17    WITH THAT SAID, WE HAVE FOUND THAT APPOINTING THE FIRM
09:36:51  18    DEALS WITH A COUPLE OF THINGS.  ONE IS THE REPEAT PLAYER
09:36:54  19    PROBLEM THAT WE HAVE HEARD ABOUT WHERE WE WOULDN'T WANT TO ASK
09:36:57  20    NECESSARILY, YOUR HONOR, TO APPOINT SOMEONE AS A CO-LEAD WHO
09:37:00  21    HAS NEVER HAD THAT ROLE.  ON THE OTHER HAND, WE WANT TO PROVIDE
09:37:03  22    THOSE KINDS OF OPPORTUNITIES.
09:37:05  23    MS. GLIOZZO, FROM MY FIRM, IS A RISING STAR IN THE BAR,
09:37:08  24    SHE'S WORKING ON A PRIVACY CASE RIGHT NOW IN FRONT OF
09:37:12  25    JUDGE BREYER, AND WHILE IT WOULD BE TEMPTING AND PERHAPS
```

09:37:15  1    YOUR HONOR WILL APPOINT HER INSTEAD OF ME, AND THAT WOULD BE

09:37:18  2    FINE, FROM OUR PERSPECTIVE, WHAT WE ARE TRYING TO DO IS BALANCE

09:37:21  3    THE INTEREST OF GIVING THE LAWYERS WHO RAISE THEIR HANDS AN

09:37:24  4    OPPORTUNITY WITHOUT -- AND THIS IS IMPORTANT FROM OUR

09:37:27  5    PERSPECTIVE, WE READ RULE 23(G) TO REQUIRE US TO DO OUR BEST

09:37:31  6    FOR THE CLASS.

09:37:32  7         THESE ARE OUR CLIENTS, AND JUST AS MR. RUGANI IS MOST

09:37:36  8    CERTAINLY GOING TO VIGOROUSLY DEFEND HIS CLIENT, WE NEED TO

09:37:41  9    MAKE THE RIGHT BALANCE OF ENSURING THAT WE HAVE EXPERIENCED

09:37:45 10    LAWYERS WHO ARE GOING TO BE ABLE TO ENSURE THAT THE CASE IS

09:37:48 11    STEERED ON A PRUDENT COURSE BUT ALSO GIVE THE KINDS OF

09:37:51 12    OPPORTUNITIES TO YOUNGER LAWYERS.

09:37:53 13         AND FROM OUR PERSPECTIVE, APPOINTING THE FIRM ACHIEVES

09:37:56 14    THAT GOAL.  APPOINTING INDIVIDUALS, IF YOUR HONOR PREFERS THAT,

09:37:59 15    CAN ALSO ACHIEVE THAT GOAL.

09:38:00 16         THE COURT:  SO I NOTED IN THE JUUL CASE, WHICH IS A

09:38:03 17    MASSIVE, MASSIVE CASE, JUDGE ORRICK NAMED FOUR CO-LEAD COUNSEL

09:38:07 18    AS INDIVIDUALS.

09:38:09 19         MS. SHARP:  YES.

09:38:10 20         THE COURT:  SO YOU KNOW, HE HAS A LOT OF EXPERIENCE,

09:38:14 21    I HAVE A LOT OF RESPECT FOR HIS WORK, AND I JUST AM STILL

09:38:20 22    WONDERING WHY THAT ISN'T A BETTER WAY TO DO IT.

09:38:23 23         MS. SHARP:  WELL AS THE COURT MAY KNOW, I LIVED THAT

09:38:25 24    CASE.

09:38:25 25         THE COURT:  YES, I DO KNOW THAT.

09:38:27  1          MS. SHARP:  AND I SHARE WITH YOUR HONOR GREAT RESPECT

09:38:29  2     FOR JUDGE ORRICK.

09:38:31  3          THAT CIRCUMSTANCE WAS A BIT DIFFERENT THOUGH.  WE

09:38:33  4     ACTUALLY, MS. CABRASER AND I TALKED ABOUT THAT YESTERDAY,

09:38:35  5     BECAUSE AS THE COURT MAY RECALL, JUUL INVOLVED THREE TRACKS OF

09:38:39  6     CASES, SO IT ACTUALLY WAS A ONE OR TWO OR THREE-DEFENDANT CASE

09:38:45  7     DEPENDING ON WHEN YOU CAME INTO THE PICTURE, BUT WE HAD CLAIMS

09:38:48  8     ON BEHALF OF THE CLASS, WE HAD A CONSUMER CLASS, THAT WAS MY

09:38:52  9     LANE, THERE WAS A GOVERNMENT ENTITY CLASS, THAT WAS THE LANE OF

09:38:56  10    MR. KAWAMOTO FROM THE KELLER ROHRBACK FIRM, THERE WAS A

09:39:01  11    PERSONAL INJURY TRACK, THAT WAS LARGELY THE LANE OF MS. RELKIN,

09:39:04  12    AND THEN MS. LONDON SERVED AS LIAISON COUNSEL AND AS LEAD

09:39:09  13    COUNSEL.  AND SO SHE WAS THAT POINT OF CONTACT DIRECTLY WITH

09:39:12  14    THE COURT, THAT FIRST POINT OF CONTACT, BUT HAVING THOSE

09:39:15  15    SEPARATE COUNSEL APPOINTED WAS VERY IMPORTANT IN THAT CASE

09:39:19  16    BECAUSE --

09:39:19  17          THE COURT:  BUT NOT SEPARATE FIRMS, THAT'S REALLY THE

09:39:22  18    ISSUE HERE.  AND THAT IS A MORE COMPLEX CASE, I CERTAINLY KNOW

09:39:25  19    THAT.

09:39:26  20          MS. SHARP:  ABSOLUTELY.

09:39:26  21          THE COURT:  BUT THEN WHEN I SAW WHAT JUDGE ORRICK

09:39:30  22    DID, I'M THINKING THIS LOOKS SO UNWIELDY WHAT YOU HAVE HERE.

09:39:35  23          MS. SHARP:  YEAH.  AND I THINK THE CIRCUMSTANCE IN

09:39:37  24    JUUL WAS A LITTLE BIT DIFFERENT BECAUSE THAT HAD BEEN MDL'D,

09:39:42  25    THAT WAS A CASE IN WHICH -- THAT WAS SORT OF THE WAVE OF CASES

| | | |
|---|---|---|
| 09:39:45 | 1 | I WHICH COURTS WERE ISSUING ORDERS, JUDGE ORRICK ISSUED AN |
| 09:39:48 | 2 | ORDER BEFORE THAT LEADERSHIP HEARING AND SAID, I WANT |
| 09:39:50 | 3 | INDIVIDUAL APPOINTMENTS.  SO THAT ANSWERED THE QUESTION. |
| 09:39:53 | 4 | WE HAVE ALSO SEEN THAT MORE FREQUENTLY IN THE PERSONAL |
| 09:39:56 | 5 | INJURY MDL'S BECAUSE OF SOME OF THE INDICIA THE COURT |
| 09:40:00 | 6 | MENTIONED.  THOSE ARE VERY CLIENT SPECIFIC CASES, THERE IS A |
| 09:40:02 | 7 | WHOLE HOST OF DIFFERENT CONSIDERATIONS. |
| 09:40:04 | 8 | AND SO IN THOSE CASES, INDIVIDUAL APPOINTMENTS HAVE BEEN A |
| 09:40:08 | 9 | LITTLE BIT MORE COMMON.  IN THE CLASS CASES, LIKE I SAY, WE |
| 09:40:11 | 10 | HAVE SEEN BOTH.  AND BY OUR PERSPECTIVE, THERE ARE BENEFITS TO |
| 09:40:16 | 11 | EACH, AND WHAT WE DIDN'T WANT TO DO, CANDIDLY, IS CREATE A |
| 09:40:21 | 12 | DYNAMIC IN WHICH WE WERE ANY MORE -- WE WANTED TO BE AS |
| 09:40:26 | 13 | INCLUSIVE AS POSSIBLE BY IDENTIFYING THE FIRMS, ALSO |
| 09:40:30 | 14 | IDENTIFYING THE INDIVIDUALS WHO WILL BE WORKING ON THE CASE FOR |
| 09:40:33 | 15 | YOUR HONOR, BUT WE UNDERSTAND THIS HAS BEEN DONE DIFFERENT WAYS |
| 09:40:36 | 16 | BY DIFFERENT COURTS, AND IT IS OF COURSE WITHIN THE COURT'S |
| 09:40:39 | 17 | DISCRETION TO DO WHATEVER YOU DEEM APPROPRIATE. |
| 09:40:41 | 18 | THE COURT:  ALL RIGHT. |
| 09:40:44 | 19 | THE OTHER THING I WANTED TO TALK ABOUT, AND THIS PROBABLY |
| 09:40:47 | 20 | GETS INTO THE OTHER ATTORNEYS WHO ARE HERE WHO WANT TO ARGUE |
| 09:40:53 | 21 | FOR THEM BEING APPOINTED CO-LEAD COUNSEL, I DO APPRECIATE THE |
| 09:40:57 | 22 | CONSENSUS YOU WERE ABLE TO DEVELOP AND HOW QUICKLY YOU JUMPED |
| 09:41:01 | 23 | ON THAT.  I THOUGHT IT WAS INTERESTING THAT THERE IS ONE FIRM |
| 09:41:05 | 24 | THAT SUPPORTS WHAT YOU ARE DOING WHO DID NOT GET A ROLE, I |
| 09:41:08 | 25 | THOUGHT THAT WAS INTERESTING.  YOU DON'T NEED TO COMMENT ON IT |

09:41:11  1    BUT I CERTAINLY NOTICE THAT.

09:41:17  2        YOU GAVE A POSITION ON THE STEERING COMMITTEE TO EVERYONE

09:41:23  3    WHO JOINED WITH YOU BUT NOT ANYONE ELSE.  AND I DON'T THINK IT

09:41:28  4    NEEDS TO BE THAT WAY, I THOUGHT THAT WAS INTERESTING.  THERE

09:41:34  5    ARE THREE FINE FIRMS, I THINK YOU'VE PROBABLY WORKED WITH ALL

09:41:37  6    OF THEM.  THE MATERIALS SUBMITTED ARE STELLAR, BUT THEY HAVE NO

09:41:44  7    ROLE UNLESS THEY PERSUADE ME THAT THEY WILL BE LEAD COUNSEL AND

09:41:47  8    YOU WILL HAVE NO ROLE.

09:41:49  9        SO IT'S NOT THAT I WANT EVERYONE TO BE PILING ON, THAT WE

09:41:56 10    NEED TO MAKE DECISIONS, BUT IT WAS CONCERNING TO ME THAT FOR

09:42:00 11    ANYONE WHO AGREED WITH YOU, THEY GOT A TICKET, AND IF THEY

09:42:03 12    DIDN'T, THEY DIDN'T GET IN.

09:42:06 13        MS. SHARP:  WELL WE KNOW THAT'S HOW IT APPEARS,

09:42:07 14    YOUR HONOR, AND IT'S UNFORTUNATE, THIS IS A DIFFICULT PORTION

09:42:10 15    OF THE PROCESS FOR US.

09:42:12 16        LET ME RESPOND TO THAT THOUGH, BECAUSE WE WERE INCLUSIVE,

09:42:15 17    AND EVERYONE WAS INVITED.  EVERYONE WHO HAD FILED A CASE OR WE

09:42:20 18    KNEW WAS GOING TO FILE A CASE WAS INVITED TO THE MEETING THAT

09:42:23 19    WE HAD.  AND THERE WERE OFFERS MADE TO JOIN THE EXECUTIVE

09:42:27 20    COMMITTEE FOR, I KNOW AT LEAST TWO OF THOSE ATTORNEYS, AND ONE

09:42:33 21    OF THEM PERHAPS WAS -- I AM NOT TRYING TO BE DISPARAGING, BUT

09:42:38 22    WHEN THERE IS A LATER FILING, SOMETIMES WE DON'T HAVE TIME TO

09:42:41 23    DO THAT HARD WORK THAT WE NEED TO DO.  THOSE ARE THE REASONS,

09:42:46 24    THAT THERE ARE PRACTICAL CONSIDERATIONS THAT WE HAD.

09:42:49 25        AND WITH REGARD TO THE INVITATIONS TO JOIN THE EXECUTIVE

09:42:52  1    COMMITTEE, WE DON'T LIKE IT EITHER, WE DON'T LIKE EXCLUDING

09:42:56  2    ANYONE EITHER, BUT THE DECISION THAT WE WERE FACED WITH, A

09:43:00  3    COUPLE FACTORS FROM OUR PERSPECTIVE, ONE IS THE COURT'S

09:43:02  4    COMMENTS ON EFFICIENCY, WE ARE CONCERNED ABOUT HAVING A VERY

09:43:05  5    BIG BOAT.

09:43:05  6         THE COURT:  IT JUST SEEMS A LITTLE ODD THOUGH YOU HAD

09:43:08  7    A SPACE FOR EVERYONE WHO AGREED WITH YOU.  IT SOUNDS LIKE THE

09:43:12  8    MAGIC NUMBER WAS CREATED BY THE NUMBER OF FIRMS THAT WERE ON

09:43:15  9    BOARD.  AND THAT DOESN'T TELL ME THERE WAS EFFICIENCY.

09:43:19  10    I DO HAVE THIS ONE FIRM, KOZYAK TROPIN THAT SUPPORTS BUT

09:43:25  11    DID NOT GET A POSITION.  I DON'T KNOW WHETHER THEIR CASE IS ONE

09:43:29  12    OF THE LATER CASES.

09:43:31  13         MS. SHARP:  IT IS, YOUR HONOR.  YES, IT IS.

09:43:32  14         AND MR. WIDLANSKI, I WOULD INVITE THE COMMITTEE MEMBERS TO

09:43:36  15    TALK ABOUT THE DECISIONMAKING THAT THEY ENGAGED IN.

09:43:40  16         THE COURT:  WELL, YOU KNOW, IF YOU HAD NINE FIRMS WHO

09:43:43  17    WERE SUPPORTIVE OF YOUR LEADERSHIP AND FIVE OF THEM WERE ON THE

09:43:46  18    EXECUTIVE COMMITTEE, THAT WOULD BE ONE THING.  BUT IF YOU HAVE

09:43:49  19    NINE FIRMS WHO ARE SUPPORTIVE AND AMAZINGLY NINE FIRMS IS THE

09:43:53  20    MAGIC NUMBER FOR AN EFFICIENT TEAM, IT'S NOT SITTING RIGHT.

09:43:56  21         MS. SHARP:  WELL, AND YOUR HONOR, WE ARE NOT

09:43:58  22    SUGGESTING THAT NINE IS THE MAGIC NUMBER.  WE WERE PREPARED TO

09:44:01  23    EXPAND THAT ROLE TO MAKE ROOM FOR EVERYONE.  WE WERE PREPARED

09:44:05  24    TO DO THAT, BUT WHERE WE RAN INTO TROUBLE AND WHERE AGAIN THE

09:44:11  25    CENTER OF THE ARCHITECTURE THAT WE HAD BUILT WOULD NOT CONTINUE

09:44:14  1        TO HOLD WAS ADDING TO THE TOP.

09:44:16  2            AND THAT IS NOT EXCLUSIVE OF THE LAWYERS WHO ARE NOT

09:44:20  3        WITHIN THE GROUP, THAT WAS -- THAT INCLUDES THOSE WHO HAD

09:44:26  4        AGREED IN THE INTEREST OF ACHIEVING CONSENSUS, TO A THREE-WAY

09:44:30  5        CO-LEAD AT THE TOP, UNDERSTANDING THAT THEY WOULD HAVE TO STEP

09:44:33  6        BACK FOR THAT ROLE.

09:44:37  7            AND WE UNDERSTAND THERE IS NO MAGIC NUMBER AND WE

09:44:39  8        UNDERSTAND HOW IT APPEARS TO THE COURT.  ON THE OTHER HAND WHAT

09:44:42  9        WE DIDN'T WANT TO DO WAS COME INTO THE COURT WITH MULTIPLE

09:44:47 10        CO-LEADS AND THEN A LARGE EXECUTIVE COMMITTEE, THAT DID NOT

09:44:51 11        SEEM LIKE THAT WOULD SIT WELL WITH THE COURT EITHER.

09:44:55 12            AND SO WE UNDERSTAND AND IT IS A DIFFICULT CIRCUMSTANCE

09:44:57 13        AND THERE IS NO MAGIC ANSWER TO IT, BUT WE WANT TO EMPHASIZE

09:45:01 14        THAT THERE WAS NOT EXCLUSION AND THERE WAS NOT -- THERE IS NOT

09:45:05 15        SORT OF A QUID PRO QUO THAT IS HAPPENING HERE.  THIS IS HOW

09:45:10 16        PRIVATE ORDERING, FOR BETTER OR WORSE, SOMETIMES WORKS WHERE

09:45:15 17        EVERYONE DECIDES IS THIS THE CASE WHERE I NEED TO BE A LEAD OR

09:45:18 18        CAN I STEP BACK AND IS LEADERSHIP GOING TO BE SUFFICIENT IN

09:45:22 19        THIS SETTING.

09:45:23 20            THE COURT:  SO MY GOAL THROUGH THIS HEARING IS TO

09:45:26 21        DECIDE ON LEAD COUNSEL, AND YOU NEED THAT TO DRAFT A

09:45:31 22        CONSOLIDATED COMPLAINT.

09:45:32 23            MS. SHARP:  WE DO.

09:45:33 24            THE COURT:  I DON'T KNOW THAT I WILL BE COMFORTABLE

09:45:35 25        WITH FORMING THE EXECUTIVE COMMITTEE.  SO I WILL NEED TO HEAR,

09:45:40  1    MAYBE WE WILL DO THAT AT THE END.  I MEAN, IF I DON'T PICK YOUR

09:45:44  2    SLATE THEN I WILL HAVE THIS CONVERSATION WITH SOMEONE ELSE.

09:45:46  3              MS. SHARP:  YES.

09:45:47  4              THE COURT:  BUT YOUR OVERALL SLATE, AND I DO

09:45:51  5    APPRECIATE THIS GRID THAT YOU GAVE ME ABOUT WHICH LANE EACH

09:45:56  6    FIRM WOULD BE IN, THAT WAS -- THAT'S VERY HELPFUL TO SEE THAT

09:46:01  7    EVERYONE IS GOING TO -- THEY ARE GOING TO KNOW WHAT THEIR JOB

09:46:04  8    IS.

09:46:06  9         AND YOU CERTAINLY WANT TO GET STARTED ON DISCOVERY.  SO

09:46:10 10    THE CO-LEAD COUNSEL CAN'T REALLY DO THAT, YOU'VE GOT A LOT OF

09:46:14 11    OTHER THINGS GOING ON.  I DO UNDERSTAND.  BUT I THINK I'M GOING

09:46:19 12    TO NEED A FURTHER DISCUSSION THAT ONCE I DECIDE ON LEADERSHIP,

09:46:25 13    WITH THAT LEADERSHIP TEAM ABOUT THE CREATION OF THE EXECUTIVE

09:46:29 14    COMMITTEE.

09:46:30 15              MS. SHARP:  UNDERSTOOD, YOUR HONOR.

09:46:31 16              THE COURT:  I THINK EVEN WITHOUT AN EXECUTIVE

09:46:34 17    COMMITTEE, AS LEADERSHIP YOU COULD DELEGATE CERTAIN WORK

09:46:39 18    WITHOUT THE COURT'S APPROVAL OF AN EXECUTIVE COMMITTEE.

09:46:42 19              MS. SHARP:  YES, THAT IS SOMETHING THAT HAS BEEN DONE

09:46:44 20    IN OTHER CASES, YOUR HONOR, AND WE DEFER.

09:46:56 21              THE COURT:  DOES MS. NISHIMURA OR MS. CABRASER WISH

09:46:56 22    TO ADD THINGS TO YOUR PRESENTATION BEFORE I MOVE ON TO THE

09:46:57 23    OTHERS?

09:46:57 24              MS. SHARP:  I'M SURE THEY WILL HAVE WONDERFUL THINGS

09:47:00 25    TO ADD.

09:47:01  1            THE COURT:  AND IF YOU WOULD JUST COME FORWARD TO THE

09:47:03  2    PODIUM, I WOULD APPRECIATE THAT.

09:47:05  3            MS. SHARP:  THANK YOU, YOUR HONOR.

09:47:06  4            THE COURT:  THANK YOU.

09:47:07  5            MS. CABRASER:  THANK YOU, YOUR HONOR.

09:47:09  6        ELIZABETH CABRASER FOR LIEFF CABRASER.  I CERTAINLY AGREE

09:47:13  7    WITH MS. SHARP'S PRESENTATION AND HER RESPONSES TO THE COURT'S

09:47:17  8    QUESTIONS.  I WANTED TO ADJUST A COUPLE OF THINGS, PERHAPS, FOR

09:47:22  9    CLARITY.

09:47:25  10       FIRST, WITH RESPECT TO THE COURT'S CONCERN ABOUT A POINT

09:47:29  11   OF CONTACT BETWEEN PLAINTIFFS' AND DEFENDANTS' COUNSEL, WHICH

09:47:32  12   IS A VERY PRACTICAL CONCERN, I THINK THERE ARE TWO SOLUTIONS

09:47:38  13   FOR THAT.

09:47:40  14       ONE, THE COURT COULD APPOINT ONE OF THE THREE CO-LEADS,

09:47:44  15   FOR EXAMPLE AS LIAISON COUNSEL, JUDGE ORRICK DID THAT IN JUUL,

09:47:50  16   ONE OF THE THREE CO-LEADS, I BELIEVE, WAS LIAISON, JUDGE BREYER

09:47:55  17   DID THAT MORE RECENTLY IN THE UBER MDL.

09:48:00  18       OR ALTERNATIVELY, THE CO-LEADS COULD THEMSELVES SELECT A

09:48:04  19   LIAISON COUNSEL WHO, WITH THE COURT'S APPROVAL, WOULD BE THE

09:48:07  20   POINT OF CONTACT FOR DEFENDANTS.  AND I THINK THAT WOULD

09:48:10  21   CREATE -- THAT WOULD CLEAR UP ANY CONFUSION ABOUT WHO TO TALK

09:48:13  22   TO, IT WOULD FACILITATE THE DECISIONMAKING PROCESS AND GIVE THE

09:48:18  23   COURT ONE POINT OF CONTACT.

09:48:21  24       SECOND, WITH RESPECT TO THE APPOINTMENT OF FIRMS RATHER

09:48:25  25   THAN INDIVIDUALS, OBVIOUSLY THAT'S A MATTER FOR THE COURT'S

09:48:28 1    PREFERENCE AND DISCRETION, AND COURTS HAVE GONE BOTH WAYS.  AND

09:48:34 2    I WOULD NOTE THAT REGARDLESS OF WHETHER IT'S AN INDIVIDUAL AND

09:48:38 3    THEIR FIRM OR THE FIRM ITSELF, IT'S OBVIOUSLY THE FIRM'S

09:48:44 4    COMMITMENT TO ITS RESOURCES AND ITS PEOPLE ON BEHALF OF THE

09:48:48 5    CLASS THAT MATTERS UNDER RULE 23.

09:48:51 6        ONE REASON THAT THE CO-LEAD PROPOSAL WAS MADE ON BEHALF OF

09:48:57 7    FIRMS RATHER THAN INDIVIDUALS, AS MS. SHARP MENTIONED, WE ARE

09:49:03 8    VERY MUCH COMMITTED TO SUPPORTING AND PROMOTING AND THE RISING

09:49:10 9    UP OF THE YOUNGER PARTNERS IN OUR FIRM WHO HAVE ALREADY PROVEN

09:49:13 10   THEMSELVES TO HAVE CLASS ACTION EXPERIENCE, TO BE CAPABLE, BUT

09:49:18 11   REALLY NEED A CHANCE TO SHINE IN THE COURTROOM AND TO DO THE

09:49:22 12   ASPECTS OF THE CASE THAT, FRANKLY IN THE 21ST CENTURY, THEY DO

09:49:27 13   BEST.

09:49:29 14       AND SO AS YOU'VE NOTICED FROM THE PLEADINGS, EACH OF THE

09:49:33 15   THREE CO-LEAD FIRMS HAS NAMED FOUR OF THE PARTNERS WHO ARE THE

09:49:37 16   CORE TEAM.  THAT DOESN'T MEAN THERE WILL BE TOO MANY PEOPLE --

09:49:41 17       THE COURT:  WELL CONSIDERING THAT YOUR CLASS MEMBERS

09:49:43 18   ARE GOING TO BE A FRACTION OF OUR AGE --

09:49:48 19       MS. CABRASER:  YES, I HAVEN'T SEEN THE AGE

09:49:50 20   DEMOGRAPHIC OF THE APPROXIMATELY 800 -- 1,800 INDIVIDUALS

09:49:54 21   WITHIN THE CLASS THAT THIS GROUP ALREADY REPRESENTS AS CLIENTS.

09:49:58 22   I'M PRETTY SURE I MIGHT BE THE OLDEST PERSON IN THAT GROUP.

09:50:04 23       AND THAT IS THE REASON FOR THIS TEAM APPROACH.  IT DOESN'T

09:50:10 24   CONNOTE INEFFICIENCY THOUGH.  IT'S OFTEN SAID IF YOU WANT

09:50:13 25   SOMETHING DONE, ASK A BUSY PERSON.  EVERY ONE OF THESE PEOPLE,

09:50:18  1    FRANKLY EVERY ONE OF THESE FIRMS IN THE COURTROOM IS BUSY.

09:50:21  2    THEY ARE BUSY BECAUSE THEY ARE GOOD AND BECAUSE THEY ARE BUSY

09:50:24  3    THEY ARE NOT GOING TO WASTE TIME TO A MASS LODESTAR, THEY WILL

09:50:31  4    DO WHAT NEEDS TO BE DONE IN THE CASE, PARTICULARLY SINCE THIS

09:50:35  5    IS A CONTINGENT MATTER.  WE DON'T KNOW WHETHER WE ARE GOING TO

09:50:38  6    WIN, LOSE OR SETTLE, AND UNLIKE A MASS TORT, YES, THE

09:50:42  7    ATTORNEY'S FEES, THE ALLOWANCE OF FEES AND COSTS IS ABSOLUTELY

09:50:45  8    WITHIN COURT CONTROL AND COURTS DO CONTROL IT, AS WE ARE AWARE.

09:50:50  9              THE COURT:  YES.

09:50:51  10              MS. CABRASER:  SO ONE ADVANTAGE TO ALL OF US AND TO

09:50:55  11    THE CLASS IS TO ENABLE PEOPLE WITH, FRANKLY LOWER BILLING

09:50:59  12    RATES, TO DO MUCH OF THE WORK THAT THEY ARE ALREADY CAPABLE OF

09:51:04  13    DOING.  AND I THINK THE COURT WILL BE IMPRESSED BY THEM.

09:51:09  14              FINALLY, WITH RESPECT TO THE PROCESS OF BRINGING PEOPLE

09:51:15  15    TOGETHER AND ACHIEVING NEAR CONSENSUS, MY PARTNER

09:51:19  16    JASON LICHTMAN CAN CERTAINLY FIRST HAND TO THIS BECAUSE HE WAS

09:51:25  17    INVOLVED VERY MUCH IN REACHING OUT AND ORGANIZING AND SPENDING

09:51:28  18    MANY HOURS TO PUT THE GROUP TOGETHER, BUT I CAN TELL YOUR HONOR

09:51:32  19    THAT THOSE WHO ARE MAKING INDIVIDUAL APPOINTMENTS OUTSIDE THE

09:51:39  20    PROPOSED GROUP WERE CERTAINLY INVITED TO BE INCLUDED, OTHER

09:51:43  21    THAN CERTAINLY INVITED TO BE INCLUDED AND JOIN THE EXECUTIVE

09:51:49  22    COMMITTEE, AND THEY MADE THE DECISION TO APPLY SEPARATELY, AS

09:51:53  23    IS THEIR PREROGATIVE.  BUT THIS WAS NOT A CLOSED CLUB, THIS WAS

09:52:00  24    NOT A SITUATION WHERE THERE WAS ANY SORT OF, YOU'VE GOT TO

09:52:02  25    AGREE WITH US TO GET A PROPOSED POSITION.

09:52:05   1          THE COURT:  SO ARE YOU SUGGESTING THAT ONCE I MAKE

09:52:07   2   THE DECISION, IF I WERE TO SELECT YOU AS CO-LEAD COUNSEL, THAT

09:52:13   3   THE OTHER FIRMS THAT ARE ALSO MAKING THAT REQUEST WILL BE ABLE

09:52:16   4   TO REENGAGE WITH THE LEADERSHIP FOR A ROLE?

09:52:21   5          MS. CABRASER:  ABSOLUTELY, YOUR HONOR.

09:52:22   6       AND I CAN SAY THAT WITH RESPECT TO ANY OF THE PROPOSED

09:52:28   7   CO-LEADS.  WE WOULD BE PLEASED AND HAPPY TO WORK WITH ANYONE IN

09:52:36   8   THIS COURTROOM ON THIS CASE, THEY ARE ALL WONDERFUL LAWYERS.

09:52:38   9          THE COURT:  OKAY.

09:52:39  10       MS. NISHIMURA?

09:52:41  11          MS. NISHIMURA:  GOOD MORNING, YOUR HONOR.

09:52:44  12       NANCI NISHIMURA OF COTCHETT PITRE & MCCARTHY.  I VOICE THE

09:52:49  13   SAME SENTIMENTS AS MY COLLEAGUES, MS. SHARP AND MS. CABRASER,

09:52:53  14   SO I REALLY DON'T HAVE MUCH MORE TO ADD TO THAT EXCEPT,

09:52:58  15   ALTHOUGH IT MAY SEEM INEFFICIENT BECAUSE THERE IS SO MANY LAW

09:53:02  16   FIRMS HERE TRYING TO BE ON THIS COMMITTEE, ONE MUST BE MINDFUL

09:53:07  17   THAT IN THIS DAY AND AGE WHEN WE ARE DEALING WITH TECHNOLOGY,

09:53:11  18   IT'S A DIFFERENT LANGUAGE, THERE IS NOMENCLATURE INVOLVED, AND

09:53:15  19   WE AS LAWYERS HAVE TO UNDERSTAND THAT LANGUAGE IN ORDER TO

09:53:20  20   COMMUNICATE WITH THE EXPERTS WHO WILL ULTIMATELY DO LOTS OF THE

09:53:24  21   WORK.  BUT UP FRONT, IT WILL REQUIRE THAT.

09:53:27  22       SO FOR EXAMPLE, IN MY FIRM WE HAVE A FORMER CYBER

09:53:30  23   PROSECUTOR.  WE HAVE A NUMBER OF OUR COLLEAGUES HERE WHO

09:53:34  24   UNDERSTAND THIS LANGUAGE, AND THUS IS WHY WE ARE POOLING OUR

09:53:39  25   RESOURCES TOGETHER IN ORDER TO LITIGATE THIS CASE SO THAT WE

09:53:44  1    ALL UNDERSTAND IT AND WE ARE ALL LEARNING AS WE GO.  SO WE NEED

09:53:49  2    TO BE MINDFUL OF THAT.

09:53:51  3         AND THIS IS WHY AS PARTNERS AT OUR RESPECTIVE LAW FIRMS,

09:53:57  4    WE ARE BRINGING UP THE YOUNGER LAWYERS, THE YOUNGER PARTNERS,

09:54:01  5    BECAUSE AS WE ALL ACKNOWLEDGE, THEY SPEAK THE LANGUAGE BETTER

09:54:06  6    THAN WE DO.

09:54:08  7         AND THIS IS WHY WE HAVE LOOKED AT THIS CASE FROM THE

09:54:12  8    PERSPECTIVE OF FIRMS, AND WE HAVE INDIVIDUALS, AS YOU NOTICED,

09:54:18  9    DESIGNATED FOR CERTAIN TASKS, BUT WE ARE BRINGING UP THE RISING

09:54:22  10   STARS, THIS IS THE TYPE OF CASE THAT'S CONDUCIVE TO DOING THAT,

09:54:27  11   AND THIS IS WHY WE HAVE ALL OF OUR COLLEAGUES HERE TODAY.

09:54:32  12        AND WE ARE REALLY COLLABORATIVE.  I MEAN, I HAVE BEEN AT

09:54:35  13   THIS A WHILE AND THIS HAS BEEN ONE CASE WHERE EVERYONE GREETS

09:54:41  14   EVERYONE, WE ALL WORK TOGETHER, WE ARE ALL LEARNING FROM EACH

09:54:45  15   OTHER, AND THE THREE LEADERSHIP FIRMS HAVE BEEN PROPOSED

09:54:52  16   BECAUSE WE HAVE THE RESOURCES AND WE ARE WILLING TO TAKE IT ON.

09:54:54  17             THE COURT:  ALL RIGHT.  THANK YOU.

09:54:56  18             MS. NISHIMURA:  THANK YOU, KINDLY.

09:54:57  19             THE COURT:  THANK YOU.

09:54:58  20        I THINK I WOULD LIKE TO MOVE ON TO THE OTHER ATTORNEYS

09:55:04  21   WISHING TO BE CO-LEAD COUNSEL, AND THEN I WILL CIRCLE BACK TO,

09:55:08  22   AND I WANT TO HEAR FROM THE REST OF YOUR TEAM AND HEAR FROM

09:55:13  23   THEM, BUT I THINK IT'S PROBABLY APPROPRIATE TO NOT MOVE ON TO

09:55:18  24   THAT AND HAVE YOU SPEND AN HOUR AND A HALF OF THE COURT'S TIME

09:55:21  25   BEFORE THE OTHERS GET TO BE HEARD.

09:55:24   1          MS. SHARP:  TERRIFIC.

09:55:25   2     THANK YOU, YOUR HONOR.

09:55:33   3          THE COURT:  ALL RIGHT.  SO I THINK THAT -- WHO AM I

09:55:39   4   GOING TO HEAR FROM NEXT?

09:55:49   5          MS. MCDONALD:  GOOD MORNING, YOUR HONOR.

09:55:51   6     BEENA MCDONALD AND MY PARTNER STEVE SCHWARTZ FROM THE

09:55:55   7   CHIMICLES SCHWARTZ FIRM.  WE ARE COMING UP TOGETHER BECAUSE WE

09:55:57   8   ARE A TEAM, SO WE APPRECIATE YOU HEARING FROM THE BOTH OF US AT

09:56:00   9   THE SAME TIME.

09:56:00 10          THE COURT:  SURE.

09:56:01 11          MS. MCDONALD:  I THINK YOUR HONOR PUT THE PULSE ON

09:56:03 12   EXACTLY WHAT IS NEEDED IN THIS CASE, AND THAT'S EFFICIENCY, AND

09:56:08 13   WE HAVE BEEN TALKING A LOT ABOUT THAT IN THE LAST 20 MINUTES OR

09:56:12 14   SO.  AND I THINK THAT'S WHERE WE FUNDAMENTALLY DISAGREE WITH

09:56:17 15   THE PROPOSED SLATE THAT YOU JUST HEARD FROM.

09:56:20 16     LISTEN, THESE ARE ALL OF OUR FRIENDS, THEY ARE FRIENDS,

09:56:23 17   THEY ARE COLLEAGUES, WE ARE HONORED TO BE IN THIS ROOM WITH

09:56:26 18   THEM.  WE HAVE WORKED WITH THEM IN CASES IN THE PAST AND WE

09:56:29 19   CONTINUE TO WORK WITH THEM ON ACTIVE CASES TO THIS DAY, SO WE

09:56:32 20   ARE HONORED TO BE AMONG THAT GROUP.  BUT WE WILL SAY THAT WE

09:56:37 21   DISAGREE WITH A LARGE SLATE IN THIS CASE.  IT DOESN'T CALL FOR

09:56:41 22   IT.

09:56:42 23     AND ONE THING I DO WANT TO CLEAR UP IS THAT WE -- TO

09:56:52 24   EITHER MYSELF OR TO MR. SCHWARTZ, IT WAS NOT CONVEYED TO US

09:56:55 25   THAT WE WERE INVITED TO BE PART OF A CO-LEAD COUNSEL POSITION

09:56:59  1    OR A PSE POSITION, THAT'S NOT SOMETHING THAT WE WERE INVITED TO

09:57:03  2    BE A PART OF WITH RESPECT TO THE SLATE THAT YOU JUST HEARD

09:57:05  3    FROM.

09:57:06  4         THAT SAID, WE DON'T OPPOSE ANY OF THEM, WE BELIEVE THAT

09:57:10  5    THEY ARE ALL WELL QUALIFIED, AS ARE WE.

09:57:14  6         AND WE WILL GIVE YOU YOUR HONOR, THREE TO FOUR SPECIFIC

09:57:16  7    REASONS THAT WE BELIEVE THAT EITHER MR. SCHWARTZ OR MYSELF,

09:57:20  8    INDIVIDUALLY OR OUR FIRM, SHOULD BE ONE OF THE INTERIM CO-LEAD

09:57:25  9    COUNSEL IN THIS CASE.

09:57:26  10        AND GOING BACK TO EFFICIENCY, YOU KNOW, WE THINK THAT AND

09:57:30  11   WE KNOW THAT IT'S IN YOUR HONOR'S DISCRETION TO APPOINT WHO IS

09:57:33  12   BEST TO LEAD THIS CASE.  AND WE PUT FORTH IN OUR PAPERS THAT WE

09:57:37  13   THINK, LISTEN, IT'S A ONE-DEFENDANT CASE, IT'S NOT AN MDL, IT'S

09:57:41  14   NOT A MASS TORT, WE BELIEVE THAT IF YOUR HONOR APPOINTS THE

09:57:44  15   BEST COUNSEL OR THE BEST FIRMS, APPROXIMATELY PERHAPS THREE TO

09:57:48  16   FIVE FIRMS OR THREE TO FIVE OR SIX INDIVIDUALS.

09:57:50  17        THE COURT:  SO IN YOUR PAPERS IT SEEMED LIKE YOU WERE

09:57:53  18    SUGGESTING THREE TO FIVE FIRMS AS CO-LEAD.

09:57:56  19        MS. MCDONALD:  CORRECT.

09:57:57  20        THE COURT:  AND THEN NO EXECUTIVE COMMITTEE.

09:57:59  21        MS. MCDONALD:  CORRECT.  AND THAT'S EXACTLY RIGHT.

09:58:03  22        WHAT WE BELIEVE IS THAT LEADERSHIP, ONCE THEY ARE

09:58:05  23   APPOINTED, CAN THEN, UNDERSTANDING THE NEEDS OF THE CASE,

09:58:10  24   UNDERSTANDING THE EFFICIENCIES THAT COME AFTER A RULE 16

09:58:14  25   CONFERENCE, AFTER INITIAL DISCLOSURES, YOU KNOW MAYBE IF

09:58:17  1    THERE'S SOME EARLY DISCOVERY, PERHAPS EVEN EARLY SETTLEMENT

09:58:21  2    DISCUSSIONS, AT THAT POINT WE CAN DECIDE WHO IS BEST, MOST

09:58:26  3    LIKELY FROM THIS COURTROOM AND FROM THEIR COLLEAGUES AT THEIR

09:58:29  4    FIRMS, INCLUDING OURS AND THE RISING STARS AT OUR FIRM, WHO IS

09:58:33  5    BEST TO LEAD THE VARIOUS EFFORTS.

09:58:37  6         AND YOU KNOW, THE DIFFERENT SLATES OF THE PSE WILL

09:58:42  7    PROBABLY FALL ALONG THOSE LINES.  DISCOVERY, SETTLEMENT,

09:58:45  8    OFFENSIVE DISCOVERY, DEFENSIVE DISCOVERY, WE ALL KNOW THAT AND

09:58:50  9    WE UNDERSTAND THAT.  BUT WE THINK THAT THERE'S A TIME AND A

09:58:53  10   PLACE FOR IT WHICH IS PROBABLY NOT --

09:58:54  11        THE COURT:  SO WHO WOULD YOUR THREE TO FIVE FIRMS BE?

09:58:57  12   YOU LEFT ME WITH WONDERING THAT, TO JUST SUGGEST YOU AND THEN

09:59:02  13   IS IT A PIG AND A POLL FOR ME?  WHAT AM I GETTING?

09:59:06  14        MS. MCDONALD:  OF COURSE WE THINK OUR FIRM IS ONE OF

09:59:09  15   THE BEST.  WE THINK GEOGRAPHIC DIVERSITY AMONG ALL THE OTHER

09:59:12  16   QUALIFICATIONS OF DIVERSITY IS REALLY IMPORTANT.

09:59:13  17        WE COME FROM THE EAST COAST, BUT WE HAVE PRACTICED BEFORE

09:59:17  18   THE NORTHERN DISTRICT, AND WE PRACTICE -- FORTUNATE ENOUGH TO

09:59:22  19   PRACTICE BEFORE YOUR HONOR AS WELL, SO WE UNDERSTAND THE NEEDS

09:59:24  20   OF THIS DISTRICT AND THE NEEDS OF THIS COURT, BUT WE ALSO BRING

09:59:28  21   WITH US AN EAST COAST PERSPECTIVE.

09:59:30  22        SO I DON'T WANT TO SAY -- AND PLEASE FELL FREE TO JUMP

09:59:34  23   IN -- WE DON'T OPPOSE ANY OF THESE FIRMS.  IF YOUR HONOR WANTED

09:59:38  24   US TO PICK THREE TO FIVE NAMES, I'M HAPPY TO DO THAT.  I THINK

09:59:42  25   OUR COLLEAGUES, MR. RATHOD, MS. RIVAS, ARE WELL SITUATED TO BE

09:59:46   1    APPOINTED, AND CERTAINLY PERHAPS ONE OR TWO OF THE CO-LEADS

09:59:50   2    FROM THE LARGER SLATE WOULD BE AMONG THOSE THREE TO FIVE

09:59:55   3    CO-LEADS THAT CAN ALL WORK WELL TOGETHER.

09:59:59   4         IF THAT ANSWERS YOUR HONOR'S QUESTION.

10:00:01   5             MR. SCHWARTZ:  AND I WILL EVEN GO A STEP FURTHER, I

10:00:03   6    THINK THAT THERE ARE SIX FIRMS THAT HAVE SOUGHT TO BE CO-LEAD,

10:00:07   7    AND I THINK THAT'S A REASONABLE POOL FOR YOUR HONOR TO SELECT,

10:00:10   8    AND WE DO STRONGLY BELIEVE THAT INDIVIDUAL APPOINTMENTS AND NOT

10:00:14   9    JUST INDIVIDUAL APPOINTMENTS WHO THEN ARE SAY, THE CAPTAINS OF

10:00:19  10    THE SHIP, AND IT'S A BIG SHIP, INDIVIDUAL APPOINTMENTS FOR THE

10:00:22  11    PEOPLE WHO ARE ACTUALLY GOING TO BE RESPONSIBLE RUNNING THE

10:00:24  12    CASE DAY-TO-DAY AND ARE ABLE TO MAKE THAT COMMITMENT.

10:00:27  13         AND I AGREE WITH, I THINK MS. CABRASER SAID IT BECAUSE I

10:00:31  14    SAY THIS ALL THE TIME, IF YOU WANT TO FIND SOMEONE WHO HAS

10:00:34  15    TIME, FIND A BUSY PERSON.  AND I AGREE WITH HER, THE REASON WE

10:00:39  16    ARE ALL BUSY IS BECAUSE WE ARE GENERALLY GOOD AND BRING VALUE.

10:00:42  17    BUT ONE THING I WILL SAY AND ASSURE YOUR HONOR, IS THAT IF YOU

10:00:44  18    PICK EITHER ME OR MS. MCDONALD OR BOTH OF US, YOU PICK US, YOU

10:00:51  19    GET US.  WE HAVE TIME IN OUR SCHEDULES, WE HAVEN'T RACKED UP AS

10:00:55  20    MANY APPOINTMENTS.

10:00:55  21         WE HAVE A TRACK RECORD, EVERYONE HAS A GREAT TRACK RECORD,

10:00:58  22    YOU WILL SEE WE DON'T HAVE AS MANY APPOINTMENTS AS OUR FRIENDS.

10:01:02  23    YOU WILL SEE WE DON'T HAVE AS MANY CURRENT APPOINTMENTS AS OUR

10:01:05  24    FRIENDS BECAUSE WE SETTLED A LARGE PART OF OUR CASE LOAD.  WE

10:01:09  25    HAVE BEEN FORTUNATE ENOUGH TO RESOLVE A LARGE SWATH OF OUR

10:01:15  1    CASES.

10:01:15  2         AND I DO THINK IT'S VERY IMPORTANT THAT FOR ANYONE WHO IS

10:01:18  3    COMING TO SEEK TO BE LEAD, THEY GOT TO BE ABLE TO MAKE THE

10:01:21  4    PERSONAL COMMITMENT THAT AT THE TOP OF THE LIST OF THEIR FIRM

10:01:26  5    AND FOR THEMSELVES, FOR WHAT THEY ARE GOING TO BE SPENDING THE

10:01:29  6    TIME ON AS THE CASE REQUIRES, WHILE AT THE SAME TIME OBVIOUSLY

10:01:32  7    USING THE RESOURCES OF THEIR FIRM AND THE FELLOW CO-LEADS TO

10:01:36  8    MAKE SURE YOU DON'T HAVE PARTNERS DOING ASSOCIATE WORK AND YOU

10:01:39  9    MAKE SURE YOU HAVE A CHANCE FOR RISING STARS, WHICH HAVE BEEN

10:01:43  10   TALKED ABOUT, TO BE ABLE TO RISE TO A LEVEL WHERE THEY CAN

10:01:46  11   ACTUALLY BE A LEAD.

10:01:47  12        THE COURT:  SO I DO APPRECIATE THAT.

10:01:52  13        I AM RELUCTANT TO ASSEMBLE A CO-LEAD COUNSEL COMMITTEE OF

10:01:57  14   RIVALS, AS IT WERE.  YOU ARE SUGGESTING A GROUP THAT HAS NOT

10:02:05  15   COME TOGETHER AFTER DISCUSSION OF WHETHER THE GROUP WOULD WORK

10:02:11  16   WELL TOGETHER.

10:02:13  17        AND SO I DON'T WANT TO BUY TURF BATTLES.  I HAVE THE

10:02:19  18   CONFIDENCE WITH MS. SHARP AND MS. CABRASER AND MS. NISHIMURA

10:02:24  19   THAT THOSE FIRMS HAVE HAD THOSE DISCUSSIONS AND WANT TO WORK

10:02:30  20   TOGETHER.

10:02:33  21        AND AGAIN, IT'S NOT A MASS TORT, AND SO THE DIVERGENCE OF

10:02:38  22   VIEWPOINTS IS LESS LIKELY IN A CLASS ACTION.  THERE ARE

10:02:43  23   DIFFERENT STRATEGIES, OF COURSE, BUT I AM JUST CONCERNED THAT

10:02:49  24   YOU ARE CREATING A GROUP THAT IS GOING TO SPEND TIME LEARNING

10:02:55  25   HOW TO WORK TOGETHER.

10:02:57  1        MR. SCHWARTZ:  YOUR HONOR, LET ME ADDRESS THAT.

10:03:00  2     I HEARD EARLIER THIS MORNING ALL THREE OF MY FRIENDS WHO

10:03:05  3  GOT UP HERE SAY EVERYONE IN THIS COURTROOM IS QUALIFIED, WE

10:03:08  4  HAVE ALL WORKED TOGETHER.  YOU'VE HEARD THE SAME THING FROM US.

10:03:12  5  I'M PRETTY SURE THAT MS. RIVAS AND MR. RATHOD WILL SAY THE SAME

10:03:17  6  THING.  I HAVE WORKED WITH MS. SHARP AND MR. POLK.  I HAVE

10:03:20  7  WORKED WITH ALL THESE FOLKS, SO HAS MS. MCDONALD.  IF THEY WANT

10:03:25  8  TO COME UP AND SAY THAT THEY DON'T THINK THEY CAN WORK WITH US,

10:03:28  9  THEN THEY CAN SAY THAT, AND I'M SURE THEY WILL SAY WHAT THEY

10:03:29  10  REALLY BELIEVE.  AND THE SAME WITH LIEFF CABRASER.  I DON'T

10:03:33  11  THINK YOU ARE GOING TO HEAR THAT BECAUSE WE KNOW HOW TO WORK

10:03:36  12  TOGETHER BECAUSE WE HAVE DONE IT IN THE PAST.

10:03:38  13     AND AS WE PUT IN OUR PAPERS, SOMETIMES I HAVE BEEN

10:03:42  14  FORTUNATE ENOUGH TO BE LEAD AND THEY WORKED UNDER MY DIRECTION,

10:03:45  15  OTHER TIMES IT WAS THE OPPOSITE, AND I KNOW HOW TO BE A GOOD

10:03:48  16  TEAMMATE, AS DOES MS. MCDONALD, AND SOMETIMES WE WERE CO-LEADS,

10:03:52  17  AND WE WORKED GREAT TOGETHER IN ALL OF THESE CASES.

10:03:54  18     SO THIS IS NOT A SITUATION, AND THERE ARE SOME WHERE THERE

10:03:57  19  ARE PERSONALITIES THAT DON'T GET ALONG, DON'T LIKE EACH OTHER,

10:04:02  20  HAVE HAD TURF WARS IN THE PAST, WE HAVEN'T HAD ANY OF THOSE

10:04:04  21  KINDS OF BATTLES WITH ANY OF OUR FRIENDS HERE.

10:04:07  22     SO I FEEL CONFIDENT SAYING THAT.  BUT AGAIN, HAPPY TO HEAR

10:04:10  23  FROM MY FRIENDS IF THEY ARE CONCERNED ABOUT THAT.  BUT WE CAN

10:04:13  24  WORK TOGETHER VERY WELL, AND AT THE END OF THE DAY, NO MATTER

10:04:17  25  WHO YOUR HONOR APPOINTS, WHAT WE HAVE SEEN IN ORDERS ARE

```
10:04:20   1    DIRECTIVES FROM THE JUDGES THAT THERE SHALL BE PROFESSIONALISM,
10:04:25   2    COLLEGIALITY, COOPERATION, AND I THINK EVERYONE IN THIS
10:04:27   3    COURTROOM UNDERSTANDS WHO IS THE ULTIMATE BOSS HERE.
10:04:29   4         THE COURT:  WELL THANK YOU.
10:04:30   5       I ALWAYS SEE WHAT YOU DESCRIBE BUT THAT DOESN'T MEAN
10:04:34   6    THAT'S HAPPENING WHEN I'M NOT THERE.  SO THESE ARE PROBLEMS
10:04:40   7    THAT ARE HARD IT TO ENVISION, I DON'T HAVE A CRYSTAL BALL, I
10:04:44   8    APPRECIATE YOUR COMMENTS, AND CLEARLY I KNOW YOU HAVE ALL
10:04:47   9    WORKED TOGETHER.
10:04:49  10       I'M NOT SUGGESTING AN EXECUTIVE COMMITTEE THAT JUST
10:04:53  11    INCLUDES EVERYBODY, BUT IS THAT A POSITION YOU WOULD WELCOME IF
10:05:00  12    YOU WERE NOT APPOINTED CO-LEAD?
10:05:04  13         MR. SCHWARTZ:  YOUR HONOR, AS I SAID, WE HAVE DONE A
10:05:06  14    GOOD JOB WHETHER WE ARE THE LEAD CO-LEAD, SO WE ARE HAPPY TO DO
10:05:10  15    ANYTHING THAT YOUR HONOR THINKS IS HELPFUL.
10:05:12  16         THE COURT:  OKAY.  I APPRECIATE THAT.
10:05:13  17         MS. MCDONALD:  AND I WOULD JUST SAY ALSO, I DON'T,
10:05:15  18    AND I KNOW MR. SCHWARTZ DOESN'T CONSIDER ANY OF THEM RIVALS.  I
10:05:18  19    MEAN WE -- AGAIN, WE HAVE WORKED TOGETHER IN THE PAST, WE
10:05:21  20    CONTINUE TO WORK TOGETHER.  WE ALL GREETED EACH OTHER THIS
10:05:24  21    MORNING, AND WE KNOW EACH OTHER PERSONALLY.
10:05:27  22         THE COURT:  OF COURSE.
10:05:27  23         MS. MCDONALD:  I DON'T CONSIDER ANY OF THEM RIVALS.
10:05:30  24       AND I WOULD THINK, NOT WANTING TO SPEAK FOR THEM, I WOULD
10:05:33  25    THINK THEY WOULD THINK THE SAME, WE ALL HAVE VERY PERSONAL
```

10:05:37  1    RELATIONSHIPS TO VARYING DEGREES.

10:05:39  2         BUT I APPRECIATE YOUR HONOR'S CONCERN.

10:05:41  3         THE COURT:  OKAY.  THAT'S HELPFUL.

10:05:42  4         ANYTHING ELSE YOU WOULD LIKE TO DISCUSS?

10:05:44  5         MR. SCHWARTZ:  I HAVE TWO MORE POINTS I WOULD JUST

10:05:47  6    LIKE TO PUT ON THE TABLE.

10:05:48  7         ONE IS WE TALKED ABOUT RISING STARS WITHIN FIRMS.  WHEN I

10:05:54  8    DID THE MACBOOK KEYBOARD CASE BEFORE JUDGE DAVILA, MS. MCDONALD

10:06:01  9    WAS RIGHT THERE WITH ME, WE DID THAT WITH MS. SHARP'S FIRM.

10:06:01  10   THE CASE WORKED GREAT, MS. MCDONALD KNOCKED IT OUT OF THE PARK,

10:06:06  11   MY FRIENDS AT GIRARD SHARP KNOCKED IT OUT OF THE PARK.  GREAT

10:06:06  12   TEAM.  AND MS. MCDONALD WAS GREAT THERE, AND I KNOW THAT I

10:06:10  13   LOOKED BETTER BECAUSE OF WHO I WORKED WITH.

10:06:12  14        IN THE CPAP CASE WHERE WE DID GREAT, MS. MCDONALD WORKED

10:06:18  15   RIGHT THERE WITH ME.  WE WORKED WITH MANY OF THESE PEOPLE HERE

10:06:21  16   EITHER AS CO-LEADS OR PEOPLE WHO WERE ON THE PSE.  MS. MCDONALD

10:06:25  17   KNOCKED IT OUT OF THE PARK.

10:06:27  18        SHE'S THE RISING STAR WHO IS READY TO LEAD A CASE, SO I

10:06:30  19   JUST WANT TO SAY THAT.  AND WHILE I WOULD LOVE TO BE THE ONE

10:06:34  20   WHO IS APPOINTED, I TAKE VERY SERIOUSLY MY ROLE AS ONE OF THE

10:06:38  21   EXECUTIVE COMMITTEES OF MY FIRM TO MAKE SURE WE HAVE A RISING

10:06:41  22   STAR WHO IS ACTUALLY GOING TO BECOME PLAYERS.

10:06:45  23        THE SECOND POINT IS THIS IS A DIFFERENT CLASS FROM PEOPLE

10:06:47  24   WHO BOUGHT TOASTERS OR PEOPLE WHO ARE INJURED, AND THERE ARE

10:06:51  25   SOME PEOPLE WHO HAVE TECHNOLOGY EXPERTISE, AND I THINK THAT'S

10:06:54  1    AN IMPORTANT FACTOR FOR YOUR HONOR TO CONSIDER.  BUT YOUR HONOR

10:06:58  2    PUT YOUR FINGER ON THE PULSE ON SAYING WE HAVE TO HAVE PEOPLE

10:07:02  3    WHO CAN SPEAK THE LANGUAGE OF OUR CLIENTS AND OUR CLIENTELE.

10:07:07  4         I AM NOT AN INFLUENCER, I WILL SAY THAT, BUT I DID

10:07:13  5    REPRESENT IN THE ASNER CASE, SAG ACTORS WHO WERE THE MOST

10:07:17  6    PROMINENT ACTORS BUT ALSO ACTORS WHO WERE NOT AN ASNER, OR

10:07:22  7    FRANCIS FISHER OR PEOPLE WHO WERE AT THAT LEVEL, BUT I WILL

10:07:26  8    JUST THAT YOU ARE A HUNDRED PERCENT RIGHT, IT'S A SPECIAL GROUP

10:07:29  9    OF THAT -- THOSE PEOPLE WHO HAVE THOSE TALENTS AND HAVE THAT

10:07:34 10    ROLE FRONT FACING, AND IT TAKES A DIFFERENT KIND OF LANGUAGE

10:07:37 11    AND UNDERSTANDING TO GET THE PERSONAL RELATIONSHIPS WITH THEM

10:07:40 12    AND TO NAVIGATE THOSE.

10:07:43 13         THAT TOOK A LOT OF TIME AND IT'S A SPECIAL SKILL AND I

10:07:46 14    THINK THAT I HAVE GOTTEN THAT FROM THAT EXPERIENCE.

10:07:51 15         AND THE REASON WHY I GOT THAT CASE, AND THAT WAS A CASE

10:07:53 16    WHERE A BUNCH OF FIRMS JUST COULDN'T CRACK THE CODE AND FIGURE

10:07:56 17    OUT HOW TO DO IT, THEY CAME TO US BECAUSE WE HAD HAD THE SAME

10:08:00 18    EXPERIENCE IN THE MUSICIANS CASE THAT I DID WITH PAUL SIMON SAX

10:08:04 19    PLAYER AND REALLY PROMINENT MUSICIANS, NOW IT TURNS OUT THE

10:08:08 20    REASON WHY PAUL SIMON SAX PLAYER CAME TO ME IS BECAUSE ON MY

10:08:12 21    HIGH SCHOOL WALL, MY NAME IS ON THAT TWICE AND MY BUDDY WHO IS

10:08:15 22    THE SAX PLAYER IS ONLY ON IT ONCE.

10:08:18 23         WE ARE OLD FRIENDS, AND OBVIOUSLY HE'S A MUCH BETTER

10:08:21 24    MUSICIAN THAN I AM OR EVER WAS, BUT I LIVED THAT WORLD AND I

10:08:25 25    THINK THAT WOULD BE HELPFUL ON DEALING WITH THE SPECIFIC CLASS

```
10:08:28   1    WE HAVE WHICH IS THEY ARE UNIQUE BIRDS, OUR HONOR, AND I WILL

10:08:31   2    JUST LEAVE IT AT THAT.

10:08:33   3              MS. MCDONALD:  AND I WILL ADD ONE FINAL THING.

10:08:35   4         I WANT THE COURT TO BE CLEAR AND I WANT TO BE CLEAR FOR

10:08:38   5    BOTH THE COURT AND ALL OF MY COLLEAGUES THAT WE WERE PART OF

10:08:41   6    THE INITIAL CONVERSATION.

10:08:42   7         AS MS. CABRASER SAID -- I'M SORRY, I DON'T KNOW IF IT WAS

10:08:45   8    MS. CABRASER OR MS. SHARP -- WE WERE PART OF THAT INITIAL

10:08:49   9    DISCUSSION, WE JUST HAVE DIVERGING VIEWPOINTS ON A LARGE SLATE

10:08:53  10    VERSUS HAVING YOUR HONOR APPOINT LEADERSHIP.

10:08:56  11         SO WE HAVE HAD THOSE CONVERSATIONS, BUT ARE UP TO THIS

10:08:59  12    POINT WHERE WE ARE JUST DIVERGENT ON WHERE WE THINK THE NEEDS

10:09:03  13    OF THE CASE ARE GOING FORWARD.

10:09:05  14              THE COURT:  THANK YOU.

10:09:06  15              MS. MCDONALD:  THANK YOU, YOUR HONOR.

10:09:07  16              MR. SCHWARTZ:  THANK YOU, YOUR HONOR.

10:09:07  17              THE COURT:  LET ME HEAR FROM MR. RATHOD -- OR MS.

10:09:11  18    RIVAS, SURE.

10:09:14  19              MS. RIVAS:  THANK YOU, YOUR HONOR.

10:09:18  20              THE COURT:  GOOD MORNING.

10:09:19  21              MS. RIVAS:  FOR THE RECORD, ROSEMARY RIVAS OF GIBBS

10:09:24  22    MURA ON BEHALF OF PLAINTIFF LYON FITNESS.

10:09:26  23         YOUR HONOR, ALL THE APPLICANTS ARE VERY GOOD LAWYERS WITH

10:09:30  24    CLASS ACTION EXPERIENCE.  MY FIRM AND I CURRENTLY HAVE A LOT OF

10:09:34  25    CASES WITH LIEFF CABRASER.  WE TRIED A CASE WITH GIRARD SHARP A
```

| | |
|---|---|
| 10:09:41 | 1 |
| 10:09:46 | 2 |
| 10:09:50 | 3 |
| 10:09:52 | 4 |
| 10:09:59 | 5 |
| 10:10:00 | 6 |
| 10:10:03 | 7 |
| 10:10:07 | 8 |
| 10:10:12 | 9 |
| 10:10:16 | 10 |
| 10:10:21 | 11 |
| 10:10:26 | 12 |
| 10:10:34 | 13 |
| 10:10:40 | 14 |
| 10:10:43 | 15 |
| 10:10:49 | 16 |
| 10:10:55 | 17 |
| 10:11:06 | 18 |
| 10:11:08 | 19 |
| 10:11:12 | 20 |
| 10:11:17 | 21 |
| 10:11:18 | 22 |
| 10:11:20 | 23 |
| 10:11:24 | 24 |
| 10:11:26 | 25 |

COUPLE YEARS AGO.  WE WORKED WITH MANY OF THE FIRMS IN THE

PAST.  ONE OF MY FIRST CLASS ACTION CASES WAS WITH THE COTCHETT

FIRM IN FRONT OF YOUR HONOR IN STATE COURT.

        THE COURT:  THAT GOES WAY BACK, MS. RIVAS.

        MS. RIVAS:  IT DOES.

    AND SO WORK VERY WELL TOGETHER, AND I WILL SAY THEY DID

OFFER ME A POSITION ON THE EXECUTIVE COMMITTEE, AND I THOUGHT

ABOUT IT REALLY HARD AND I DISCUSSED IT WITH MY PARTNERS AND

I'M VERY APPRECIATIVE THAT THEY DID THAT, YOUR HONOR, BUT WE

DID BELIEVE THAT I SHOULD BE ONE OF THE CO-LEADS IN THE CASE

BASED ON UNIQUE EXPERIENCE THAT WE HAVE.

    FIRST, WE HAVE PREVIOUSLY REPRESENTED CREATORS ALLEGING

THAT THEIR COMMISSIONS WERE STOLEN.  THAT WAS IN THE O'BRIEN

CASE THAT I MENTIONED IN MY APPLICATION.

    SO IN THAT CASE, WE ALSO ALLEGED A LANHAM ACT CLAIM, WE

GAINED A LOT OF KNOWLEDGE ABOUT HOW AFFILIATE MARKETING WORKS,

HOW CREATORS ENGAGE WITH AFFILIATE NETWORKS, HOW AFFILIATE

NETWORKS ARE THE MIDDLE MEN AND HOW WE ARE GOING TO HAVE TO GET

A LOT OF THIRD PARTY DISCOVERY FROM THOSE NETWORKS.  AND WE

BELIEVE OUR KNOWLEDGE IN THOSE AREAS IS REALLY GOING TO BE

BENEFICIAL HERE.

    WE ARE ALSO FAMILIAR WITH THE TYPES OF ARGUMENTS LEGALLY

AND FACTUALLY THAT PAYPAL WILL LIKELY MAKE AND HOW TO COUNTER

THEM, AND I THINK THAT WILL BE A TREMENDOUS BENEFIT TO THE

CLASS.

10:11:27  1        I DID MENTION THE LANHAM ACT CLAIM, YOUR HONOR.  I THINK

10:11:30  2   THAT'S A VERY STRONG CLAIM.  IT'S APT BECAUSE WHAT WE HAVE HERE

10:11:37  3   ARE COMPETITORS WITH, WHO ARE COMPETING WITH PAYPAL FOR SALES

10:11:46  4   CONVERSIONS, THE COMMISSIONS THAT COME FROM THOSE SALE

10:11:50  5   CONVERSIONS.

10:11:53  6        AND SO WE THOUGHT -- AND WE ALSO THINK THERE IS FALSE

10:11:56  7   ADVERTISING GOING ON AND THAT DEFENDANTS USED THEIR FALSE

10:12:00  8   REPRESENTATIONS TO LURE CONSUMERS INTO DOWNLOADING THE BROWSER

10:12:08  9   EXTENSION AND THEN THAT BROWSER EXTENSION, THROUGH THAT BROWSER

10:12:12  10  EXTENSION, THEY ARE ABLE TO MISAPPROPRIATE THE COMMISSIONS.

10:12:18  11       I WOULD ALSO LIKE TO NOTE MY FIRM HAS CERTIFIED A LOT OF

10:12:24  12  LITIGATION CLASSES OVER THE LAST COUPLE OF YEARS, JUDGE CORLEY,

10:12:28  13  JUDGE CHEN, JUDGE SEEBORG, JUDGE ALSUP, JUDGE CHESNEY, THEY

10:12:33  14  HAVE ALL CERTIFIED LITIGATION CLASSES FOR US.  I THINK THAT

10:12:36  15  REFLECTS OUR STRONG EXPERIENCE IN MARSHALING THE NECESSARY

10:12:45  16  DISCOVERY, WORKING WITH EXPERTS TO DEVELOP CLASS-WIDE DAMAGE

10:12:48  17  MODELS THAT ARE ROBUST THAT MEET COMCAST THAT ARE GOING TO

10:12:51  18  SURVIVE DAUBERT CHALLENGES.

10:12:53  19       WE ARE REALLY PROUD OF THAT, YOUR HONOR, AND WE REALLY

10:12:56  20  THINK THAT THE CLASS WOULD BENEFIT FROM THAT EXPERIENCE.

10:12:59  21       AND WE HAVE DONE A SIGNIFICANT AMOUNT OF WORK, YOUR HONOR,

10:13:03  22  REGARDING ALL THE CLAIMS, INCLUDING THE LANHAM ACT CLAIMS, WE

10:13:09  23  HAVE ALSO CONSULTED WITH EXPERTS.

10:13:11  24       I HAVE ANOTHER LANHAM ACT CASE, WE HAVE CONSULTED WITH

10:13:15  25  THAT EXPERT AS WELL ABOUT CONSUMER SURVEYS IN THIS CASE.  WE

10:13:19  1    HAVE INTERVIEWED THE INDIVIDUAL WHO GOES BY THE NAME OF MEGAWAG

10:13:23  2    WHO CREATED THE YOUTUBE VIDEO THAT WAS THE CATALYST FOR THESE

10:13:27  3    LAWSUITS.  SO I THINK THIS IS A CASE WHERE WE REALLY BELIEVE WE

10:13:34  4    WOULD BENEFIT THE CLASS IF I WERE APPOINTED CO-LEAD COUNSEL.

10:13:39  5         THERE ARE SITUATIONS WHERE I'VE TAKEN A STEP BACK,

10:13:42  6    YOUR HONOR, AND I HAVE ACCEPTED EXECUTIVE COMMITTEE POSITIONS,

10:13:46  7    BUT GIVEN MY EXPERIENCE AND MY FIRM'S EXPERIENCE, WE THINK IT

10:13:51  8    WOULD BE BENEFICIAL TO THE CLASS.

10:13:55  9         ON THE STRUCTURE, YOUR HONOR, I DO THINK IT CAN BE

10:13:57  10   EXPANDED.  I WILL NOTE THERE IS A SIMILAR CASE AGAINST CAPITAL

10:14:02  11   ONE PENDING IN THE EASTERN DISTRICT OF VIRGINIA, JUDGE TRENGA

10:14:07  12   THERE APPOINTED FOUR, HE MADE FOUR PERSONAL APPOINTMENTS,

10:14:12  13   YOUR HONOR, SO I THINK THE STRUCTURE CAN BE EXPANDED.

10:14:17  14        I WILL ALSO NOTE --

10:14:21  15             THE COURT:  WHEN YOU SAY THE STRUCTURE CAN BE

10:14:23  16   EXPANDED, BUT IT SOUNDED LIKE YOU WERE SAYING JUDGE TRENGA HAS

10:14:28  17   A MUCH MORE SLIMMED DOWN STRUCTURE, HE APPOINTED FOUR

10:14:32  18   INDIVIDUALS.

10:14:33  19             MS. RIVAS:  AS CO-LEADS, YOUR HONOR.

10:14:35  20             THE COURT:  AND DOES HE HAVE AN EXECUTIVE COMMITTEE?

10:14:37  21             MS. RIVAS:  NO, YOUR HONOR.  I DON'T THINK THAT MEANS

10:14:39  22   THAT THEY WON'T HAVE THE OPPORTUNITY TO WORK WITH OTHER FIRMS,

10:14:43  23   IN THAT CASE I'M SURE THEY WILL.

10:14:48  24        IN THIS CASE, I THINK I PROPOSED TO YOUR HONOR THAT ONCE

10:14:51  25   YOUR HONOR MAKES APPOINTMENTS THAT THE CO-LEADS CAN GET

10:14:54  1    TOGETHER AND DECIDE WHO THEY WOULD LIKE THE COURT TO CONSIDER

10:14:58  2    FOR AN EXECUTIVE COMMITTEE.

10:15:01  3        I WOULD ALSO NOTE, YOUR HONOR, IN THE IN RE CHASE BANK

10:15:05  4    CASE THAT MY FIRM HAD -- MY PARTNER ERIC GIBBS HAD WITH

10:15:12  5    MS. CABRASER PROBABLY TEN YEARS AGO, JUDGE CHESNEY DID APPOINT

10:15:18  6    SIX CO-LEADS IN THAT CASE, AND WHAT WAS PRETTY REMARKABLE IS

10:15:27  7    THAT WITHIN TEN MONTHS OF THE DEFENDANT FILING AN ANSWER THEY

10:15:30  8    FILED A MOTION FOR CLASS CERTIFICATION.

10:15:34  9        THE COURT:  IMPRESSIVE.

10:15:40  10        MS. RIVAS:  IT IS IMPRESSIVE, YOUR HONOR.

10:15:42  11        AND I DON'T KNOW BECAUSE OF THIRD PARTY DISCOVERY HERE, WE

10:15:45  12    MAY NEED MORE TIME, BUT I DO THINK A LARGER CO-LEAD STRUCTURE

10:15:49  13    WOULD WORK HERE, YOUR HONOR.

10:15:50  14        YOUR HONOR, DO YOU HAVE ANY QUESTIONS?

10:15:59  15        THE COURT:  WELL I'M REALLY LOOKING FOR A CO-LEAD

10:16:01  16    STRUCTURE THAT WILL BE ABLE TO MAKE DECISIONS AND MOVE FORWARD,

10:16:03  17    AND I DON'T WANT A STRUCTURE THAT CAN'T, THAT GETS MIRED IN THE

10:16:10  18    DISCUSSIONS AMONG CO-LEAD.

10:16:14  19        THE EXECUTIVE COMMITTEE, IN A SENSE, IN A CLASS ACTION IS

10:16:18  20    FAR LESS IMPORTANT TO ME BECAUSE I'M NOT GOING TO BE DEALING

10:16:23  21    WITH THE KIND OF ATTORNEY'S FEES ISSUES THAT WOULD BE OF

10:16:29  22    CONCERN TO ME.

10:16:30  23        SO WHETHER IT'S AN EXECUTIVE COMMITTEE OR SIMPLY LEAD

10:16:35  24    COUNSEL BRINGING IN FIRMS ON A MORE -- ON A LESS FORMALIZED

10:16:40  25    BASIS, I DON'T THINK IT MATTERS TO ME AND I DON'T THINK

```
10:16:44   1    ATTORNEY'S FEES ARE LIMITED TO PREVIOUSLY APPROVED COUNSEL IF
10:16:49   2    IT'S CLASS ACTION SETTLEMENT OR VERDICT.
10:16:54   3         DO YOU DISAGREE WITH THAT?
10:16:59   4           MS. RIVAS:  I THINK THAT'S RIGHT, YOUR HONOR.
10:17:01   5         I THINK IF THE WORK BENEFITS THE CLASS AND IS DELEGATED BY
10:17:05   6    CO-LEAD COUNSEL, I THINK THAT CERTAINLY IS COMPENSABLE,
10:17:09   7    YOUR HONOR.
10:17:11   8         AND THERE ARE TIME KEEPING PROTOCOLS, I HAVE IMPLEMENTED
10:17:15   9    THEM MYSELF IN CASES WHERE I'VE LEAD AND I'VE HAD OTHER FIRMS
10:17:20  10    HELPING ME.  IT CAN WORK VERY WELL, YOUR HONOR, AND I AGREE,
10:17:24  11    THE STRUCTURE CAN BE FORMAL OR IT DOESN'T HAVE TO BE FORMAL.
10:17:29  12           THE COURT:  OKAY.  THANK YOU.
10:17:30  13           MS. RIVAS:  THANK YOU, YOUR HONOR.
10:17:31  14           THE COURT:  AND MR. RATHOD?
10:17:38  15         MR. RATHOD, WE HAVEN'T MET, I THINK I KNOW THE OTHER
10:17:42  16    PROPOSED LEAD COUNSEL.  WELCOME TO OUR COURTHOUSE, IT'S NICE TO
10:17:47  17    MEET YOU.
10:17:47  18           MR. RATHOD:  THANK YOU, YOUR HONOR.  GREAT TO MEET
10:17:49  19    YOU AS WELL.
10:17:50  20         SO I WILL JUMP RIGHT INTO THE ISSUES THAT ARE ON THE
10:17:53  21    TABLE.  AS YOU SAW FROM MY SUBMISSIONS, I TEND TO BELIEVE THAT
10:17:56  22    A LEANER TEAM IS BETTER.  I HAD A SUGGESTION OF FIVE
10:18:02  23    INDIVIDUALS THAT WOULD BE PART OF A TEAM OF CO-LEAD COUNSEL.
10:18:06  24         AS MS. RIVAS COMMENTED IN THE CAPITAL ONE LITIGATION, THAT
10:18:11  25    WAS A SIMILAR BROWSER TOOL, THERE ARE FOUR CO-LEAD COUNSEL
```

10:18:16  1    APPOINTED.  RECENTLY IN THE <u>MICROSOFT BROWSER LITIGATION</u> WHICH

10:18:21  2    IS PENDING IN THE WESTERN DISTRICT OF WASHINGTON, I BELIEVE

10:18:23  3    THERE ARE ALSO FOUR CO-LEAD COUNSEL.

10:18:27  4         THE COURT:  AND NO EXECUTIVE COMMITTEE?

10:18:30  5         MR. RATHOD:  AND NO EXECUTIVE COMMITTEE IN EITHER,

10:18:31  6    YOUR HONOR.

10:18:33  7         I DO BELIEVE THAT THE BROWSER TOOL, HONEY, IS A DOMINANT

10:18:37  8    PLAYER IN THE MARKET, THAT'S -- BASED ON WHAT I HAVE SEEN SO

10:18:43  9    FAR.  SO I DO THINK IT STANDS TO REASON THAT IT COULD BE A

10:18:45  10   SLIGHTLY LARGER TEAM BECAUSE I THINK THEY ARE GOING TO BE

10:18:48  11   POTENTIALLY MORE -- IT JUST ADDS GREATER COMPLEXITY GIVEN THAT

10:18:52  12   THEY ARE THE DOMINANT PLAYER IN THE MARKET.  SO I THINK FIVE IS

10:18:55  13   A GOOD NUMBER FOR THAT.

10:18:57  14        I UNDERSTAND THE COURT'S CONCERNS WITH FIVE POTENTIALLY

10:19:02  15   JUST BEING TOO MANY COOKS IN THE KITCHEN, FIVE MINDS ALL TRYING

10:19:08  16   TO REACH A CONSENSUS.  SO I THINK AN ALTERNATIVE STRUCTURE

10:19:12  17   COULD BE YOU COULD HAVE THREE CO-LEADS AND YOU COULD HAVE THREE

10:19:15  18   ON THE EXECUTIVE COMMITTEE, AND THAT WAY YOU STILL HAVE A

10:19:18  19   NIMBLE TEAM THAT IS LEADING THE LITIGATION IN AN OPEN

10:19:21  20   COLLABORATIVE MANNER, BUT THEN YOU HAVE ALONG SIDE THEM AN

10:19:25  21   EXECUTIVE COMMITTEE THAT THEY COULD DELEGATE SPECIFIC TASKS TO

10:19:29  22   AND THEN YOU KEEP THE ODD NUMBER ON THE TOP, AS MS. SHARP

10:19:33  23   MENTIONED, IS AN IMPORTANT CONSIDERATION IN THE TIE

10:19:37  24   BREAKING-TYPE ROLE.

10:19:39  25        I DO THINK ONE OF THE PROBLEMS WITH THE OVERLY LARGE

```
10:19:44   1    STRUCTURE, IT ISN'T JUST FROM AN ATTORNEY'S FEES STANDPOINT,

10:19:48   2    WHICH YOUR HONOR CORRECTLY POINTED OUT THAT IN THE

10:19:51   3    NINTH CIRCUIT THAT'S A COMMON FUND, IT'S JUST GOING TO BE A

10:19:54   4    PERCENTAGE OF THE FUND, SO IT'S ON COUNSEL TO SORT OUT, IN

10:20:00   5    THEIR INTEREST, TO BE EFFICIENT.

10:20:00   6         BUT I JUST THINK TOO MANY INDIVIDUALS IF YOU HAVE A

10:20:04   7    12-PIECE STRUCTURE, IT CAN HOBBLE THE OPERATIONS, RATHER

10:20:06   8    THAN -- BE IT A MATTER OF OVER-BILLING, IT'S JUST THAT IF YOU

10:20:10   9    HAVE SO MANY DELINEATED ROLES, THIS PERSON IS DOING X, THIS

10:20:14   10   PERSON IS DOING Y, YOU GET SOMETHING IN THE DOOR, IT'S LIKE,

10:20:18   11   OH, YOU'VE GOT TO GO TO Y, AND THEN THEY'VE GOT TO PASS IT TO

10:20:21   12   X, AND THEN WE'VE GOT TO HAVE A CO-LEAD MEETING ABOUT THAT.

10:20:25   13        I THINK WHEN THERE'S INHERENT DEFICIENCIES TO A LARGE

10:20:26   14   BUREAUCRATIC STRUCTURE THAT ARE JUST UNNECESSARY IN A CASE LIKE

10:20:28   15   THIS, IN A MASS TORT AS YOUR HONOR MENTIONED, THERE IS JUST A

10:20:31   16   LOT MORE GOING ON, THERE'S DIFFERENT TRACKS.  THERE MAY BE A

10:20:36   17   CLASS TRACK, THERE MAY BE A PERSONAL INJURY TRACK, YOU'VE GOTTA

10:20:39   18   FIGURE OUT A WAY TO SORT ALL OF THAT OUT.

10:20:41   19        BUT IN A CASE LIKE THIS WHERE IT'S A CLASS ACTION WHERE

10:20:44   20   THE CORE ISSUES ARE JUST A FEW CORE ISSUES, EVERYTHING REVOLVES

10:20:49   21   AROUND THAT, THE RESOLUTION OF THOSE ISSUES WILL MATERIALLY

10:20:52   22   ADVANCE THE LITIGATION, THEN I JUST DON'T PERSONALLY SEE A NEED

10:20:55   23   FOR SUCH A LARGE STRUCTURE, PARTICULARLY WHEN WE HAVE THE

10:20:58   24   COMPARATOR LITIGATION OF MICROSOFT CAPITAL ONE WHERE THE COURTS

10:21:04   25   HAVE SAW FIT AND THE COUNSEL WHO HAVE BEEN APPOINTED, SOME OF
```

10:21:08  1    WHOM ARE IN THIS ROOM, SAW FIT THAT, HEY WE COULD MAKE IT WORK

10:21:11  2    WITH THIS SMALLER TEAM.

10:21:12  3        SO I THINK THAT'S THE POINT I WOULD MAKE ON STRUCTURE.

10:21:15  4        DOES YOUR HONOR HAVE ANY QUESTIONS?

10:21:18  5            THE COURT:  SO WHEN YOU PROPOSE A SMALLER TEAM FOR

10:21:23  6    CO-LEAD, THAT IS NOT SUGGESTING THAT THOSE THREE, FOUR, FIVE

10:21:30  7    FIRMS WILL DO ALL THE WORK, IS IT?

10:21:33  8            MR. RATHOD:  NO, YOUR HONOR.  AS YOU MENTION, THEY

10:21:35  9    COULD BRING IN PEOPLE AS NEEDED.

10:21:37  10           THE COURT:  SO WHAT'S THE DIFFERENCE BETWEEN HAVING A

10:21:42  11   SLIGHTLY LARGER CO-LEAD TEAM AND NO EXECUTIVE COMMITTEE, BUT

10:21:50  12   THE LEAD COUNSEL CAN BRING IN OTHER RESOURCES, VERSUS A LEANER

10:21:56  13   CO-LEAD TEAM WITH A FORMALIZED EXECUTIVE COMMITTEE?

10:22:02  14           MR. RATHOD:  WOULD THEY BE THE SAME SIZE IN YOUR --

10:22:04  15           THE COURT:  UNCLEAR.  BUT I DON'T HAVE ANY CONTROL

10:22:07  16   OVER THE SIZE IF IT'S INFORMAL.

10:22:08  17           MR. RATHOD:  RIGHT, RIGHT.  THAT IS TRUE, YOUR HONOR.

10:22:13  18       I WOULD SAY THIS ISN'T A COOKIE CUTTER CASE, IT'S NOT A

10:22:17  19   BIG DATA BREECH MDL THAT YOU HAVE A PLAY BOOK YOU MIGHT GO

10:22:21  20   FROM, THIS IS A CASE THAT CROSSES PRACTICE AREAS.

10:22:24  21       AND SO IT'S DIFFICULT SITTING HERE AT THE START OF THE

10:22:29  22   CASE TO NECESSARILY FORESEE ALL THE WAYS IN WHICH THE

10:22:33  23   LITIGATION IS GOING TO PLAY OUT.  SO IT STANDS TO REASON THAT

10:22:36  24   IT COULD BE BETTER TO ALLOW A SMALLER TEAM ASSEMBLE, AND THEN

10:22:45  25   AS THE NEEDS OF THE LITIGATION ARISE AND THEY SEE FIT TO OH, WE

10:22:45  1    DIDN'T FORESEE THAT THIS WAS GOING TO TAKE AS MANY RESOURCES

10:22:48  2    RATHER THAN TO PRE-CONFIGURE IT FROM THE OUTSET TO LATER ON SAY

10:22:53  3    OH, YOU KNOW WHAT, THIS THIRD PARTY DISCOVERY ISSUE TURNED OUT

10:22:56  4    TO BE WAY MORE INTENSE THAN WE ANTICIPATED, SO LET'S BRING IN

10:23:03  5    THE SPECIALIST IN THIRD PARTY DISCOVERY AND HAVE SMALLER COHORT

10:23:08  6    DO THAT.  IT ALLOWS GREATER FLEXIBILITY.

10:23:11  7          IF YOU START WITH A MUCH LARGER TEAM AND THEN YOU REALIZE

10:23:15  8    OH, YOU KNOW, ACTUALLY WE HAVE THIS PERSON ASSIGNED ON THIS

10:23:17  9    ROLE AND THERE'S NOTHING FOR THEM TO DO THE WHOLE CASE, I DON'T

10:23:20 10    THINK THAT THAT'S NECESSARILY PRODUCTIVE.  IT'S BETTER TO LEAVE

10:23:24 11    SOME PLAY, SOME FLEXIBILITY AS THE CASE GUESS ON, FOR PEOPLE TO

10:23:29 12    BE BROUGHT IN AS CO-LEAD COUNSEL, THE SMALLER TEAM'S

10:23:33 13    DISCRETION.

10:23:34 14          THE COURT:  I DO WANT TO COMMEND YOU FOR THE CREATIVE

10:23:39 15    SUGGESTIONS IN YOUR PAPERS ABOUT A STRATEGY ON MOVING FORWARD

10:23:44 16    ON THE SUBSTANTIVE ISSUES IN THE CASE.  THAT REALLY IMPRESSED

10:23:49 17    ME.  THANK YOU.

10:23:50 18          MR. RATHOD:  THANK YOU.

10:23:51 19          THE COURT:  WOULD YOU PARTICIPATE IN AN EXECUTIVE

10:23:53 20    COMMITTEE IF YOU WERE NOT CO-LEAD?

10:23:55 21          MR. RATHOD:  I WOULD, YOUR HONOR.

10:23:57 22          I DO HAVE SOME RELUCTANCE IF IT WERE LARGER THAN THE THREE

10:24:01 23    AND THREE OR MUCH LARGER.  I'M HAPPY TO JOIN ANYTHING THAT I

10:24:06 24    THINK I CAN CONTRIBUTE AND I WORK WELL WITH THE OTHER FIRMS

10:24:08 25    THAT ARE PRESENT HERE, BUT I JUST DON'T KNOW IF IT'S IN THE

10:24:14   1    BEST INTEREST OF THE CLASS TO HAVE -- IF I SUDDENLY AM PART OF

10:24:18   2    A TEAM OF 16 OR 17.

10:24:19   3            THE COURT:  RIGHT.  I GET THAT.  YES, I UNDERSTAND.

10:24:21   4        ALL RIGHT.  ANYTHING ELSE YOU WANTED TO DISCUSS?

10:24:27   5            MR. RATHOD:  FOR YOUR HONOR, THE CASE MANAGEMENT

10:24:29   6    ISSUES THAT I PRESENTED, DID YOU HAVE ANY QUESTIONS ABOUT

10:24:32   7    THOSE?

10:24:33   8            THE COURT:  I THINK WHAT I'M STRUGGLING WITH HERE IS

10:24:37   9    WHETHER THIS IS EVEN THE TIME TO ORGANIZE AN EXECUTIVE

10:24:44  10    COMMITTEE, BUT I DON'T WANT TO CREATE A LARGER LEAD COUNSEL

10:24:49  11    TEAM ONLY TO HAVE A CUMBERSOME EXECUTIVE COMMITTEE AS WELL.  SO

10:24:56  12    I'M TRYING TO FIGURE OUT HOW I CAN PROMOTE THE LEANEST TEAM

10:25:02  13    THAT CAN GET THE WORK DONE.

10:25:05  14            MR. RATHOD:  YES, YOUR HONOR.

10:25:07  15        I WOULD SUBMIT TO THE COURT I THINK A THREE AND THREE

10:25:11  16    STRUCTURE BUT THAT ALLOWS, MAYBE SIX MONTHS FROM NOW, A

10:25:16  17    CONFERENCE TO SAY, HEY IS THIS TEAM OF SIX ENOUGH?  AND THEN

10:25:20  18    THEY COULD BRING IN ADDITIONAL INDIVIDUALS AT THAT POINT.

10:25:24  19        BUT THIS EARLY IN THE LITIGATION, IT'S UNLIKELY THAT YOU

10:25:29  20    WOULD NEED MORE THAN SIX TO GET THE COMPLAINT.  AND THEN EVEN

10:25:33  21    IF YOU DID THE CASE MANAGEMENT IDEAS I SUGGESTED, LIKE ENHANCED

10:25:37  22    INITIAL DISCLOSURES, I STILL THINK A TEAM OF SIX COULD HANDLE

10:25:41  23    THAT.

10:25:42  24            THE COURT:  SO I ALSO HAVE -- THIS IS MAYBE MORE TO

10:25:45  25    THE SUBSTANTIVE, AND WE DON'T HAVE TO GO DOWN THIS ROAD IF IT'S

10:25:49  1    NOT APPROPRIATE, IT'S NOT CLEAR TO ME WHETHER THE CASE IS GOING

10:25:55  2    TO DEVOLVE INTO 50 STATE CLASSES, THAT WOULD BE A SHAME.  BUT I

10:26:00  3    DON'T WRITE THE COMPLAINT AND YOU ALL DO, SO IT WON'T BE HARD

10:26:05  4    TO FIND A CREATOR OR PUBLISHER FROM EACH OF THE STATES, BUT

10:26:08  5    THAT WOULD BE KIND OF ROUGH GOING.

10:26:11  6        THE OTHER THING THAT CONCERNS ME IS IT SEEMS AS THOUGH

10:26:17  7    SOME OF THE CLASS MEMBERS MAY HAVE SIGNIFICANT CLAIM TO DAMAGES

10:26:23  8    AND OTHERS LESS, AND I WORRY THAT IN CREATING THIS BIG

10:26:28  9    STRUCTURE, ARE WE ALSO GOING TO HAVE A SPLINTERING AND SEE A

10:26:35 10    NUMBER OF INDIVIDUAL CASES FILED, LET ALONE OPT-OUTS FROM A

10:26:40 11    CLASS?

10:26:41 12        MR. RATHOD:  RIGHT.

10:26:42 13        THE COURT:  SO IF IT'S PREMATURE OR YOUR STRATEGIC

10:26:48 14    THINKING THAT YOU DON'T WISH TO REVEAL RIGHT NOW, THAT'S ALL

10:26:51 15    YOU NEED TO TELL ME.  THAT'S WHAT'S ON MY MIND THOUGH, SO I CAN

10:26:55 16    SAY IT, YOU DON'T HAVE TO ANSWER.

10:26:57 17        MR. RATHOD:  YOUR HONOR, I DO HAVE SOME THOUGHTS ON

10:27:00 18    THAT APPROACH AND I WOULD EVENTUALLY LIKE TO HEAR FROM OTHER

10:27:02 19    LEAD COUNSEL AS WELL TO GET THEM TO WEIGH IN ON THIS.

10:27:05 20        THE COURT:  I WOULD TOO.

10:27:06 21        MR. RATHOD:  IN TERMS OF THE 50 STATE CLASSES, THOUGH

10:27:09 22    IN MY COMPLAINT ALONE THERE ARE ELEVEN NAMED PLAINTIFFS FROM

10:27:11 23    ALL OVER THE COUNTRY.  I UNDERSTAND FROM THE SLATE OF

10:27:14 24    APPLICANTS IN THEIR REPLY THAT THEY TALKED TO 1,300 CLASS

10:27:18 25    MEMBERS, SO IT STANDS TO REASON THAT IF THERE ARE THAT MANY

10:27:21  1    INDIVIDUALS THAT FOLKS ARE COMMUNICATING WITH, THAT THERE VERY

10:27:25  2    WELL COULD BE 50 STATE COMPLAINTS, 50 NAMED PLAINTIFFS.

10:27:30  3        WHAT I THINK -- THE APPROACH THAT I SUGGESTED WAS THAT

10:27:36  4    RATHER THAN FILE A FULLY CONSOLIDATED COMPLAINT, WHAT WOULD BE

10:27:40  5    FILED IS A REPRESENTATIVE COMPLAINT IN WHICH THE LEAD COUNSEL

10:27:45  6    SELECT THE FIVE BEST CLAIMS TO ADVANCE OR SO, IT COULD BE MORE,

10:27:51  7    AND ASSOCIATED WITH THAT WOULD BE THE NAMED PLAINTIFFS, AND

10:27:54  8    THEN THOSE PUTATIVE CLASSES.  AND THOSE CLAIMS WOULD SUPERSEDE

10:28:01  9    THE IDENTICAL CLAIMS THAT ARE IN THE CONSTITUENT COMPLAINTS.

10:28:07 10        SO THERE IS A 2018 CASE IN THE SUPREME COURT CALLED HALL

10:28:11 11    V. HALL THAT'S 584 U.S. 59, 2018, THAT SAYS THAT UNDER

10:28:18 12    RULE 42(A), IT SPEAKS TO THE EFFECT OF CONSOLIDATION UNDER

10:28:23 13    RULE 42(A), AND IT SAYS "THE PURPOSE IS TO FACILITATE EFFECTIVE

10:28:27 14    CASE MANAGEMENT BUT NOT TO MERGE ALL OF THE CONSTITUENT CASES

10:28:31 15    TOGETHER."  BUT IT DOES GIVE DISTRICT COURTS, LIKE YOUR HONOR,

10:28:34 16    SIGNIFICANT DISCRETION ABOUT HOW CONSOLIDATION WOULD WORK.

10:28:38 17        BUT THIS IS ONE OPTION.  IT'S JUST THAT LEAD COUNSEL FILES

10:28:41 18    A REPRESENTATIVE COMPLAINT, THE CLAIMS IN THERE ARE SUPERSEDING

10:28:44 19    AS TO THE IDENTICAL COMPLAINTS AND THE OTHER ONES, AND THEN WE

10:28:48 20    JUST MOVE THAT CASE FORWARD OR THOSE CLAIMS FORWARD.

10:28:51 21            THE COURT:  AND STAY THE OTHER CLAIMS.

10:28:53 22            MR. RATHOD:  EXACTLY.  AND THEN THE REMAINDER GETS

10:28:55 23    STAYED IN THE BACKGROUND.

10:28:56 24        AND THAT ALLOWS THE PARTIES TO MORE QUICKLY MOVE THROUGH

10:29:00 25    THE PACES OF LITIGATION, MOTION TO DISMISS, CLASS

10:29:03  1    CERTIFICATION, SUMMARY JUDGEMENT, AND MOVE TO TRIAL, RATHER

10:29:05  2    THAN GETTING STUCK WITH 50 STATE COMPLAINT, MASSIVE MOTION TO

10:29:12  3    DISMISS AND THEN RUNNING THE SAME KIND OF PLAY THROUGH THE

10:29:14  4    DIFFERENT STAGES.  YOU GET TO THE MEAT OF THE CASE MUCH SOONER.

10:29:18  5          AND THEN IT'S AKIN TO A BELLWETHERING PROCESS, WHICH

10:29:23  6    MS. SHARP VERY EFFECTIVELY LITIGATED IN THE -- AND MR. POLK

10:29:28  7    EFFECTIVELY LITIGATED IN THE JUUL LITIGATION WHICH IT WAS

10:29:32  8    PRIMARILY A CALIFORNIA -- THEY TOOK A CALIFORNIA CLASS THROUGH

10:29:37  9    THE DIFFERENT STAGES ALONG WITH THE NATIONWIDE RICO CLASS,

10:29:41  10   MS. SHARP CAN SPEAK MORE TO THAT THAN ME, BUT IT ALLOWED THE

10:29:46  11   PARTIES TO JUST GET TO THE MERITS MUCH SOONER AND THEN ALLOWED

10:29:50  12   EVERYONE TO UNDERSTAND WHAT ARE THE KEY DEFENSES, WHAT ARE OUR

10:29:54  13   BEST CLAIMS.  AND THEN THAT INFORMED RESOLUTION, IS MY

10:29:58  14   UNDERSTANDING.

10:30:01  15         SO THAT IS I THINK THE MERITS OF THE CASE MANAGEMENT

10:30:04  16   APPROACH.  YOU HAD ANOTHER QUESTION BESIDES THE 50 STATE --

10:30:07  17            THE COURT:  -- THE SPLINTERING OF PLAINTIFFS WHO

10:30:11  18   ACTUALLY DON'T WANT TO BE PART OF THE CLASS.

10:30:13  19         I DON'T KNOW WHETHER -- I'M NOT AWARE OF ANY INDIVIDUAL

10:30:17  20   CASES FILED AGAINST PAYPAL, YOU HAVEN'T TOLD ME, I ONLY KNOW

10:30:22  21   WHAT YOU TELL ME, OR THEY COULD HAVE FILED THEM HERE, BUT I AM

10:30:26  22   CONCERNED ABOUT THAT AS WELL.  I'M NOT EVEN TALKING ABOUT

10:30:30  23   OPT-OUTS, BUT JUST IT COULD SPLINTER IMMEDIATELY.

10:30:34  24         WHAT'S YOUR THINKING ON THAT?

10:30:36  25            MR. RATHOD:  I THINK THAT LEAD COUNSEL WOULD HAVE THE

10:30:38  1    DISCRETION TO, IN THEIR OPERATIVE COMPLAINTS, THEY COULD

10:30:41  2    INCLUDE AN INDIVIDUAL CASE IF THAT --

10:30:45  3         THE COURT:  WELL NO ONE HAS INCLUDED AN INDIVIDUAL,

10:30:47  4    AND I'M NOT INVITING IT BECAUSE THEN -- I'M NOT INVITING IT

10:30:51  5    BECAUSE THEN I THINK WE ARE GOING TO END UP IN AN MDL

10:30:54  6    SITUATION.

10:30:55  7         MR. RATHOD:  THAT SOUNDS CORRECT TO ME.

10:30:57  8         THE COURT:  AND I DON'T CONTROL WHERE AN MDL IS GOING

10:31:00  9    TO ACTUALLY LAND.

10:31:02  10        MR. RATHOD:  THE APPROACH I THINK THAT I WOULD TAKE

10:31:04  11   WOULD BE THAT LEAD COUNSEL HAS THE POWER TO CHOOSE WHICH ONES

10:31:08  12   GO INTO THAT OPERATIVE COMPLAINT AND THEN THEY COULD STAY THE

10:31:11  13   REST IN THE BACKGROUND.

10:31:13  14      AND I STILL THINK THAT WORKING THROUGH THE CLASS ISSUES

10:31:15  15   WOULD NECESSARILY INFORM HOW THE INDIVIDUAL CASES WOULD GO

10:31:20  16   BECAUSE THEY ARE STILL, UNTIL CLASS CERTIFICATION, IT'S STILL

10:31:23  17   THE INDIVIDUAL PLAINTIFF'S CASE ANYWAY, AND THEN AT THE END

10:31:27  18   THOSE INDIVIDUALS WITH HIGH DOLLAR AMOUNTS POSSIBLY WOULD HAVE

10:31:31  19   THE OPPORTUNITY TO OPT OUT AND THE THEY COULD SEEK THEIR OWN

10:31:34  20   RESOLUTION.

10:31:34  21        THE COURT:  RIGHT.  WELL THEY ALWAYS DO.

10:31:37  22      YEAH.  ALL RIGHT.  MR. RATHOD, THANK YOU.

10:31:39  23        MR. RATHOD:  THANK YOU, YOUR HONOR.

10:31:40  24        THE COURT:  ALL RIGHT.  LET ME -- I WOULD LIKE TO

10:31:46  25   HEAR FROM ALL OF THE ATTORNEYS WHO HAVE COME TO TALK ABOUT

10:31:49  1    THEIR ROLE ON THE EXECUTIVE COMMITTEE.

10:31:55  2         AND I'M NOT -- YOU ARE ALL WELCOME TO SPEAK, YOU MAY HAVE

10:31:58  3    ALREADY DECIDED TO COORDINATE YOUR PRESENTATION, AND THEN I

10:32:05  4    WANT TO CIRCLE BACK TO QUESTIONS, OKAY.  BUT I DO WANT TO HEAR

10:32:09  5    THIS.

10:32:09  6         SO LET ME HEAR FROM YOU, AND JUST LET ME KNOW THE NAME OF

10:32:16  7    YOUR FIRM, YOUR NAMES AND THE CASES -- YOUR CLIENTS -- YOUR

10:32:21  8    CASES.

10:32:22  9              MR. LICHTMAN:  GOOD MORNING, YOUR HONOR.

10:32:24  10        JUST VERY QUICKLY, I WANTED TO NOTE FOR THE RECORD

10:32:27  11   MS. PUTTIEVA FROM THE COHEN MILSTEIN FIRM WAS AT AN EN BANC

10:32:32  12   ARGUMENT AT THE SIXTH CIRCUIT YESTERDAY, AND DUE TO THE WEATHER

10:32:35  13   IN CHICAGO, NOT A SINGLE FLIGHT IN OR OUT.  AND SHE APOLOGIZES

10:32:39  14   TO THE COURT FOR HER INABILITY TO BE HERE.  I MEAN, SHE LOOKED

10:32:42  15   AT EVERY POSSIBLE FLIGHT SHE COULD HAVE BEEN ON, AND SHE DOES

10:32:45  16   APOLOGIZE.

10:32:46  17             THE COURT:  ALL RIGHT.  THANK YOU.

10:32:53  18             MS. HONEYCUTT:  GOOD MORNING, YOUR HONOR.

10:32:56  19        MY NAME IS ALEX HONEYCUTT.  I'M A SENIOR ASSOCIATE WITH

10:33:01  20   MILBERG.  IT'S AN HONOR TO BE HERE TODAY.  THIS IS MY FIRST

10:33:04  21   TIME PRESENTING ORAL ARGUMENT IN FEDERAL COURT IN THE CONTEXT

10:33:07  22   OF A LEADERSHIP --

10:33:08  23             THE COURT:  WELCOME.

10:33:09  24             MS. HONEYCUTT:  -- HEARING.  SO I APPRECIATE THE

10:33:10  25   OPPORTUNITY.

10:33:11  1          I DO THINK IT SPEAKS TO ALL THE STATEMENTS YOU HEARD FROM

10:33:14  2     MY COLLEAGUES ABOUT TRYING TO PROMOTE YOUNG ATTORNEYS AND

10:33:17  3     PEOPLE FROM DIVERSE BACKGROUNDS INTO LEADERSHIP ROLES IN THIS

10:33:21  4     CASE.

10:33:21  5          AND ALONG WITH MY COLLEAGUES AT GIRARD SHARP, WE DID FILE

10:33:25  6     THE SECOND FILED ACTION AGAINST PAYPAL ON DECEMBER 30TH.  WE

10:33:29  7     REPRESENT THE CLASS BUT WE ALSO REPRESENT ELI SILVA AND ASHLEY

10:33:34  8     GARDINER IN THIS MATTER.

10:33:36  9          MILBERG IS RESPECTFULLY REQUESTING TO BE APPOINTED TO THE

10:33:39 10     PLAINTIFF'S EXECUTIVE COMMITTEE.  AFTER HEARING ARGUMENTS

10:33:41 11     TODAY, I KNOW THAT YOU PERHAPS HAVE SOME HESITATION ABOUT

10:33:45 12     APPOINTING AN EXECUTIVE COMMITTEE, WHICH I UNDERSTAND, BUT I DO

10:33:48 13     WANT TO ADDRESS ANY QUESTIONS THAT YOU HAVE ABOUT THAT.

10:33:50 14          THE COURT:  WHY DO YOU THINK IT IS IN THE BENEFIT OF

10:33:54 15     MOVING THE CASE FORWARD TO HAVE A FORMAL EXECUTIVE COMMITTEE

10:33:57 16     NOW?

10:33:58 17          MS. HONEYCUTT:  I THINK DESIGNATING THOSE ROLES

10:34:00 18     ALLOWS THE FIRMS TO PREPARE AND START THAT WORK RIGHT NOW.  WE

10:34:04 19     CERTAINLY ALL HAVE LARGE CASE LOADS, WE WANT TO BE ABLE TO PLAN

10:34:07 20     ACCORDINGLY.

10:34:08 21          MILBERG HAS BEEN TASKED WITH CO-LEADING WHAT WOULD BE THE

10:34:13 22     DEFENSIVE DISCOVERY EFFORTS IN THIS CASE ALONG WITH OUR

10:34:17 23     COLLEAGUES AT HAUSFELD.  I HAVE A GREAT WORKING RELATIONSHIP

10:34:21 24     WITH HAUSFELD.  WHILE I HAVEN'T HAD AN OPPORTUNITY TO WORK WITH

10:34:24 25     MS. CROOKS DIRECTLY, I HAVE WORKED WITH STEVE NATHAN AND OTHER

1    MEMBERS OF THE FIRM AND I KNOW THAT WE CAN GET IT DONE, SO TO
2    SPEAK.
3         IN MY BACKGROUND AND EXPERIENCE, DEFENSIVE DISCOVERY IS
4    VERY RELATIONSHIP-INTENSIVE AND WE WANT TO BE ABLE TO BE HAVING
5    IMPORTANT DISCUSSIONS WITH THE CLIENTS AT THE OUTSET OF THE
6    CASE SO THAT WE ARE SETTING OURSELVES UP FOR SUCCESS.
7         AND WHAT I MEAN BY THAT IS THESE ARE PEOPLE FROM DIFFERENT
8    WALKS OF LIFE, MANY OF THEM ARE SMALL BUSINESS OWNERS, BUT FOR
9    THE MOST PART THESE ARE PEOPLE WHO HAVE NEVER DEALT WITH
10   LITIGATION BEFORE.  WE WANT TO MAKE SURE WE ARE COMMUNICATING
11   THE ROLES AND RESPONSIBILITIES EFFECTIVELY BUT WE ALSO WANT TO
12   BE MINDFUL OF HAVING CONVERSATIONS THAT HELP THEM UNDERSTAND
13   WHAT'S GOING TO BE NEEDED IN REGARDS TO DOCUMENTS.  THESE
14   INDIVIDUALS COME FROM DIFFERENT AFFILIATE MARKETING PROGRAMS,
15   WE WANT TO HAVE A BETTER UNDERSTANDING OF THOSE MARKETING
16   PROGRAMS.
17        YOU HAD MENTIONED EARLIER IN THE DAY, MASS TORTS AND MANY
18   MASS TORTS, AND JUST RECENTLY SPLINTERING, AND ONE THING I'M
19   REMINDED OF IS A CASE I WORKED ON REALLY EARLY INTO MY CAREER,
20   THE FIRST CASE I EVER DID WAS A TOXIC TORT, AND JUST GETTING
21   BUY-IN FROM THE CLIENTS IS REALLY IMPORTANT TO AVOID THINGS
22   LIKE SPLINTERING.
23        IN THE CONTEXT OF THAT PARTICULAR CASE, THE RELATIONSHIPS
24   WERE SO INCREDIBLY IMPORTANT AT THE END IN ORDER TO ACHIEVE A
25   SETTLEMENT.  WE HAD INDIVIDUALS WHO SOME OF THEM MAYBE ONLY

10:35:45  1    WORKED AT A TOXIC CLEANUP SITE FOR A COUPLE MONTHS, THEY HAD

10:35:50  2    VERY MINOR SYMPTOMS WHEREAS OTHER INDIVIDUALS HAD THINGS LIKE

10:35:53  3    CANCER DIAGNOSIS.  SO CERTAINLY THERE WERE DISCUSSIONS ABOUT

10:35:57  4    SPLINTERING, AND I THINK IT'S REALLY IMPORTANT TO FOSTER THOSE

10:36:00  5    RELATIONSHIPS AND COMMUNICATE EFFECTIVELY AT THE OUTSET OF THE

10:36:02  6    CASE TO AVOID THAT KIND OF SITUATION.

10:36:07  7         YOU KNOW, IN ADDITION TO MYSELF, MILBERG HAS DECADES OF

10:36:11  8    EXPERIENCE LITIGATING COMPLEX CLASS ACTION CASES SUCH AS THIS

10:36:14  9    ONE.  WE HAVE HUNDREDS OF ATTORNEYS AND SUPPORT STAFF AND WE

10:36:18  10   WOULD OBVIOUSLY WANT TO DRAW ON THEM TO MAKE SURE WE ARE

10:36:20  11   WORKING EFFICIENTLY.

10:36:22  12        AS TO DEFENSIVE DISCOVERY, I'VE CERTAINLY HAD SITUATIONS

10:36:26  13   WHERE INSTEAD OF MAKING ONE CALL, WE ENDED UP HAVING TO MAKE

10:36:29  14   THREE CALLS BECAUSE WE WEREN'T BEING MINDFUL OF HOW TO ALLOCATE

10:36:33  15   THOSE RESOURCES AND HOW TO PLAN.

10:36:36  16        AT THE FRONT END OF THE CASE, I THINK IT'S REALLY

10:36:40  17   IMPORTANT TO GO AHEAD AND GET THE CLIENTS GATHERING DOCUMENTS

10:36:43  18   BUT BE THINKING ONE STEP AHEAD THROUGHOUT AND WORKING WITH THE

10:36:46  19   EXECUTIVE COMMITTEE TO MAKE SURE THAT WE ARE BEING COHESIVE BUT

10:36:49  20   WE ARE ALSO BEING VERY EFFICIENT IN THE PROCESS.

10:36:52  21        ONE THING I DID WANT TO MENTION, YOUR HONOR, THE PLAN IS

10:36:56  22   FOR US TO PRESENT IN THE ORDER THAT'S SET OUT IN THE CHART

10:36:59  23   BEFORE YOU, AND I THINK IT'S DOCKET NUMBER 80, PAGE 10.

10:37:05  24             THE COURT:  YES, I'VE GOT THAT.

10:37:06  25             MS. HONEYCUTT:  I WOULD JUST LIKE TO TRANSITION AND

| | | |
|---|---|---|
| 10:37:10 | 1 | TALK ABOUT MS. CROOKS.  WE DO HAVE A GOOD WORKING RELATIONSHIP, |
| 10:37:13 | 2 | AS I MENTIONED, WITH HAUSFELD, AND ALTHOUGH THIS WOULD BE OUR |
| 10:37:17 | 3 | FIRST TIME WORKING TOGETHER, I DO THINK WE WILL BE ABLE TO WORK |
| 10:37:20 | 4 | COHESIVELY. |
| 10:37:22 | 5 | DEFENSIVE DISCOVERY CAN BE A MASS UNDERTAKING, SO I THINK |
| 10:37:24 | 6 | IT IS IMPORTANT TO HAVE POTENTIALLY TWO TO THREE FIRMS IN THAT |
| 10:37:27 | 7 | ROLE.  RIGHT NOW WE HAVE PLANNED ON HAVING TWO, AND CERTAINLY |
| 10:37:31 | 8 | WE WILL BE ABLE TO DRAW ON THE EXPERIENCE OF MORE SEASONED |
| 10:37:34 | 9 | PARTNERS FROM WITHIN OUR OWN FIRMS TO ENSURE THAT WE HAVE SOME |
| 10:37:38 | 10 | OVERSIGHT AND THAT WE ARE ADVANCING THE CASE APPROPRIATELY. |
| 10:37:42 | 11 | ARE THERE ANY QUESTIONS I COULD ANSWER? |
| 10:37:46 | 12 | THE COURT:  WELL IF I WERE TO SLIM DOWN THE EXECUTIVE |
| 10:37:48 | 13 | COMMITTEE AND ONLY APPOINT ONE COUNSEL FOR DEFENSIVE DISCOVERY, |
| 10:37:53 | 14 | IS THAT GOING TO WORK?  I MEAN, I'M NOT -- I'M SURE THE AMOUNT |
| 10:37:59 | 15 | OF WORK IS ENORMOUS. |
| 10:38:01 | 16 | MR. HONEYCUTT:  SO TO ANSWER THAT QUESTION, I THINK |
| 10:38:02 | 17 | WE WILL MAKE ANYTHING WORK, CERTAINLY. |
| 10:38:05 | 18 | THE COURT:  I APPRECIATE THAT. |
| 10:38:06 | 19 | MS. HONEYCUTT:  BUT I LIKE TO THINK OF THOSE ROLES AS |
| 10:38:08 | 20 | A STEPPING STONE FOR SO MANY OF THE YOUNG ATTORNEYS YOU ARE |
| 10:38:12 | 21 | GOING TO HEAR FROM TODAY, AND I'VE CERTAINLY PARTICIPATED IN |
| 10:38:15 | 22 | THE INFORMAL STRUCTURES IN THE PAST, BUT I THINK THE GREAT |
| 10:38:17 | 23 | THING ABOUT HAVING SOMEONE SUCH AS YOURSELF APPOINT A FORMAL |
| 10:38:21 | 24 | STRUCTURE SUCH AS THIS ONE IS IT GIVES US AN OPPORTUNITY TO |
| 10:38:25 | 25 | STEP INTO ADDITIONAL ROLES IN THE FUTURE. |

10:38:28  1        I KNOW FOR MYSELF, I'M A FOURTH YEAR ATTORNEY, SO I AM

10:38:33  2    VERY NEW ALL IN ALL, BUT I HAVE BEEN SEEKING OUT AS MANY

10:38:37  3    OPPORTUNITIES AS I CAN TO TRY TO GET IN COURTS AND GET FACE

10:38:40  4    TIME WITH JUDGES AND DO EXACTLY WHAT WE ARE DOING TODAY.

10:38:43  5        AND I KNOW THAT'S REALLY TRUE OF MY COLLEAGUES,

10:38:46  6    SOPHIA RIOS AND CERTAINLY ASHLEY CROOKS, WE ARE ALL IN KIND OF

10:38:51  7    THE SAME POSITION, WE ARE YOUNG BUT WE ARE HOPEFULLY THE NEXT

10:38:55  8    GENERATION OF THE BAR, AND BY BEING APPOINTED TO THESE ROLES,

10:38:57  9    THAT GIVES US AN OPPORTUNITY AND A STEPPING STONE TO STEP INTO

10:39:00  10   BIGGER ROLES AND HOPEFULLY ONE DAY BEING IN THE CO-LEAD

10:39:05  11   POSITION.

10:39:05  12           THE COURT:  THANK YOU.

10:39:06  13           MS. HONEYCUTT:  THANK YOU.

10:39:07  14           THE COURT:  WELL DONE.

10:39:10  15       WHO WOULD LIKE TO ADDRESS NEXT?

10:39:21  16           MS. CROOKS:  GOOD MORNING, YOUR HONOR.

10:39:22  17       MY NAME IS ASHLEY CROOKS, I'M COUNSEL IN THE NEW YORK

10:39:24  18   OFFICE OF HAUSFELD, LLP.

10:39:26  19       PURSUANT TO OUR PROPOSED STRUCTURE, HAUSFELD WOULD SERVE

10:39:29  20   AS CO-CHAIR OF DEFENSIVE DISCOVERY AND ALSO AS A MEMBER OF THE

10:39:33  21   LAW AND BRIEFING TEAM.

10:39:39  22       YOU JUST HEARD FROM MS. HONEYCUTT WITH RESPECT TO

10:39:42  23   DEFENSIVE DISCOVERY.  I WOULD SIMPLY EMPHASIZE THAT MILBERG AND

10:39:47  24   HAUSFELD ARE COMMITTED TO WORKING TOGETHER COOPERATIVELY AS WE

10:39:50  25   HAVE IN SIMILAR CLASS ACTION CASES IN THE PAST.

10:39:55  1          ADDITIONALLY, IN MY VIEW, THERE ARE SIGNIFICANT BENEFITS

10:39:58  2     TO DEFINING THESE ROLES NOW EVEN AT THIS EARLY STAGE OF THE

10:40:03  3     LITIGATION.  WE ARE ALREADY WORKING CLOSELY WITH OUR CLIENTS TO

10:40:06  4     UNDERSTAND NOT ONLY THE FACTS OF THIS CASE BUT ALSO TO DEVELOP

10:40:10  5     THE LEGAL THEORIES PLAINTIFFS WILL BE ADVANCING IN THE

10:40:13  6     LITIGATION.  WE WILL BE WORKING IN A NEW AREA OF LAW AND

10:40:17  7     IMPORTANT DECISIONS WILL NEED TO BE MADE ON BEHALF OF

10:40:19  8     PLAINTIFFS AND HOW WE PROCEED.  AND I FIRMLY BELIEVE GIVEN THE

10:40:22  9     COMPLEXITY OF THIS CASE THAT THE BEST WAY TO LEVERAGE OUR

10:40:26 10     RESPECTIVE STRENGTHS IS TO WORK TOGETHER AS A TEAM.

10:40:30 11          HAUSFELD IS ALSO PARTICULARLY WELL SUITED TO WORK AS A

10:40:33 12     MEMBER OF THE PROPOSED LAW AND BRIEFING TEAM.  MY PERSONAL

10:40:36 13     PRACTICE -- A SIGNIFICANT PORTION OF MY PERSONAL PRACTICE IS

10:40:43 14     CONSUMED BY DISPOSITIVE MOTION BRIEFING, AND HAUSFELD IS

10:40:47 15     ACCUSTOMED TO WORKING WITH FIRMS ON LAW AND BRIEFING TEAMS IN

10:40:52 16     SIMILAR CASES.  IN PARTICULAR, WE HAVE A TRACK RECORD OF

10:40:57 17     WORKING SUCCESSFULLY WITH DICELLO LEVITT, THE PROPOSED CHAIR OF

10:40:58 18     THE LAW AND BRIEFING TEAM HERE.

10:41:00 19          AND FINALLY, AS ONE OF THE COMPARATIVELY JUNIOR MEMBERS OF

10:41:04 20     THE PROPOSED LEADERSHIP TEAM, I CAN SAY I WILL BE DEEP IN THE

10:41:07 21     WEEDS OF THIS CASE, BOTH ON THE FACTS AND THE LAW.

10:41:10 22          SO UNLESS YOU HAVE ANY QUESTIONS FOR ME, I WILL INTRODUCE

10:41:13 23     DAVID BUCHANAN WHO IS GOING TO TALK ABOUT HIS PROPOSED ROLES

10:41:18 24     WITH RESPECT TO DEFENSIVE DISCOVERY AND SETTLEMENT.

10:41:22 25               THE COURT:  THANK YOU.

| | | |
|---|---|---|
| 10:41:26 | 1 | MR. BUCHANAN:  I THINK WE ARE STILL IN THE MORNING, |
| 10:41:28 | 2 | YOUR HONOR. |
| 10:41:29 | 3 | THE COURT:  WE ARE STILL IN THE MORNING, IT'S BEEN A |
| 10:41:31 | 4 | LONG ONE. |
| 10:41:32 | 5 | MR. BUCHANAN:  DAVE BUCHANAN, SEEGER WEISS, |
| 10:41:34 | 6 | YOUR HONOR. |
| 10:41:35 | 7 | I'M PROPOSED BY CO-LEAD COUNSEL AS THE CHAIR OF OFFENSIVE |
| 10:41:39 | 8 | DISCOVERY.  IT'S A ROLE THAT OUR FIRM HAS FILLED AND I HAVE |
| 10:41:42 | 9 | PERSONALLY FILLED IN PROBABLY A DOZEN MASS TORT MDL CLASS |
| 10:41:46 | 10 | ACTIONS OVER THE LAST 20 YEARS. |
| 10:41:49 | 11 | ADDRESSING ONE OF YOUR COMMENTS, IF THERE IS SOMETHING |
| 10:41:54 | 12 | THAT NEEDS TO BE SIGNIFICANTLY ADDRESSED, OBVIOUSLY WE HAVE |
| 10:41:58 | 13 | SIGNIFICANT LAW FIRMS WHO DWELL ON THIS SPACE AND DO THIS KIND |
| 10:42:00 | 14 | OF WORK.  I THINK WE WERE ASKED FOR THIS ROLE BECAUSE WE ARE |
| 10:42:05 | 15 | PARTICULARLY STRONG IN THIS AREA.  WE FOCUS A LOT IN ENTERPRISE |
| 10:42:10 | 16 | CASES LIKE THIS, I IMAGINE THIS IS GOING TO INVOLVE SIGNIFICANT |
| 10:42:13 | 17 | STRUCTURE DATA, ENTERPRISE SYSTEMS, YOU KNOW, FROM THE |
| 10:42:15 | 18 | DEFENDANT AND THIRD PARTIES.  AND THAT WILL BE A SIGNIFICANT |
| 10:42:19 | 19 | UNDERTAKING AND I SUGGEST THAT -- |
| 10:42:21 | 20 | THE COURT:  YEAH, IT WOULD. |
| 10:42:22 | 21 | MR. BUCHANAN:  -- WE WOULD PROBABLY BENEFIT FROM THE |
| 10:42:24 | 22 | A DESIGNEE THAT'S FOCUSED ON THAT SPECIFICALLY. |
| 10:42:28 | 23 | I DID WANT TO ADDRESS ONE OF YOUR COMMENTS, YOUR HONOR, |
| 10:42:31 | 24 | ABOUT DO WE NEED AN EXECUTIVE COMMITTEE OF THIS SIZE?  YOU |
| 10:42:35 | 25 | REFERENCED IT WITH MR. RATHOD, AND THERE IS A LOT OF FIRMS, |

10:42:42 1    WHAT'S THE RISK OF SPLINTERING IN THIS LITIGATION, DOWN STREAM,

10:42:46 2    PRESENTLY, WHAT DOES THAT INVOLVE?

10:42:48 3        THERE IS BROAD SUPPORT FOR THE CO-LEADS AND FOR THE

10:42:51 4    STRUCTURE, NOT JUST BY LAWYERS BUT BY LAWYERS WHO REPRESENT

10:42:55 5    SIGNIFICANT NUMBERS OF CLIENTS WHO HAVE SUPPORTED A PROPOSED

10:43:07 6    CLASS STRUCTURE FOR THEIR CLAIMS THAT ARE BRINGING THEM TO THIS

10:43:08 7    COURT RATHER THAN AROUND THE COUNTRY AND PROPAGATING A

10:43:09 8    POTENTIAL MASS TORT.

10:43:17 9        THAT I THINK, I WON'T SAY IS TIED INTO THEIR

10:43:17 10   REPRESENTATION THROUGH THE CLASS HERE, BUT I THINK IT IS -- THE

10:43:19 11   LEADS WERE VERY EFFECTIVE AT COALESCING EVERYBODY TOGETHER WITH

10:43:24 12   A STRUCTURE THAT BROUGHT LAWYERS WITH THEIR CLIENTS INTO THIS

10:43:28 13   COURT AND NOT EVERYWHERE ELSE.

10:43:30 14       IT'S PRETTY UNIQUE, IN MY EXPERIENCE OVER THE LAST

10:43:34 15   20 YEARS, WHERE YOU DON'T SEE LAWYERS OR CLIENTS PURSUING

10:43:37 16   INDIVIDUAL ACTIONS ELSEWHERE AND THEN WE ARE AT A PANEL

10:43:41 17   ARGUMENT SOMEWHERE AND WHERE DOES IT GO.

10:43:43 18       THE COURT:  RIGHT.

10:43:44 19       MR. BUCHANAN:  WE ARE ALL HERE.  WE ARE ALL HERE.

10:43:46 20   THE LEADERSHIP GROUP REPRESENTS WELL OVER A THOUSAND CLIENTS

10:43:50 21   AND PROBABLY WILL BE WELL MORE THAN THAT AS THE CASE GOES ON,

10:43:54 22   WHO BELIEVE PRESENTLY THAT THE CLASS STRUCTURE AND THE

10:43:58 23   LEADERSHIP STRUCTURE THAT'S BEEN PROPOSED IS THE RIGHT ONE FOR

10:44:01 24   THEM IN THIS COURT.

10:44:03 25       I THINK THAT SAYS A LOT ABOUT THE THREE CO-LEADS THAT HAVE

10:44:07  1    BEEN PROPOSED AND ALSO THE DESIGNEES THAT HAVE AGREED TO

10:44:11  2    SUPPORT THAT.  I SAID DESIGNEES, EXECUTIVE COMMITTEE, THAT HAS

10:44:13  3    AGREED TO LIKEWISE SUPPORT THE CO-LEADS IN THAT STRUCTURE WITH

10:44:18  4    THEIR CLIENTS IN THIS COURT.

10:44:21  5        WE THINK THAT'S AN EFFICIENT STRUCTURE, WE THINK THAT

10:44:24  6    WORKS WELL, AND PEOPLE HAVE BEEN INDIVIDUALLY RETAINED WHERE

10:44:27  7    THEY ARE TRUSTING THEIR CLIENT -- THEIR COUNSEL'S VOICE IN

10:44:30  8    DECISIONMAKING WITH REGARD TO HOW BEST PROSECUTE THE CASE, AND

10:44:33  9    I THINK WE HAVE A TEMPLATE HOPEFULLY FOR EFFICIENT PROSECUTION

10:44:37  10   WITHOUT MAYBE THAT SPLINTERING, WITH THE STRUCTURE THAT'S BEEN

10:44:42  11   PROPOSED.

10:44:43  12       I DID WANT TO HIGHLIGHT MY PARTNER CHRIS SEEGER HAS BEEN

10:44:47  13   PROPOSED AS THE SETTLEMENT LIAISON, WE HAVE BEEN PARTNERS FOR

10:44:51  14   30 YEARS, I'M PROBABLY MORE IN THE WAR DEPARTMENT, HE'S

10:44:55  15   PROBABLY IN THE STATE DEPARTMENT NOW, VERY EFFECTIVE AT

10:44:59  16   CONSENSUS BUILDING, AND IT'S AN APPOINTMENT HE HAS RECEIVED IN

10:45:02  17   A NUMBER OF MDL'S IN RECENT YEARS.

10:45:04  18       AND THE BELIEF IS, I THINK WHILE THE LEADS ARE LITIGATING

10:45:07  19   THE CASE, THERE'S AN OPPORTUNITY TO BE BUILDING TRUST,

10:45:10  20   DEVELOPING A RELATIONSHIP WITH THE OTHER SIDE SO THAT WHEN THE

10:45:13  21   TIME COMES, AND WE DON'T KNOW WHEN THAT COMES, BUT WHEN THE

10:45:17  22   TIME COMES TO BE DISCUSSING A RESOLUTION OTHER THAN BY TRIAL,

10:45:21  23   THERE IS SOME TIME THAT'S BEEN SPENT, THERE IS TRUST BACK AND

10:45:26  24   FORTH.  AND MR. SEEGER IS VERY EFFECTIVE AT BUILDING CONSENSUS,

10:45:30  25   I WOULD SAY WITH THE OTHER SIDE, ALSO WITHIN THE PLAINTIFF'S

10:45:33  1    BAR, AND WHILE TAKING, I WOULD SAY, STRONG POSITIONS FOR OUR

10:45:38  2    CLIENTS AND FOR THE CASE, ALSO REASONABLE POSITIONS, AND HAS

10:45:42  3    DEVELOPED A REPUTATION FOR THAT.

10:45:45  4         THANK YOU, YOUR HONOR.  I APPRECIATE THE TIME TO BE HERE.

10:45:47  5              THE COURT:  THANK YOU.

10:45:58  6              MS. RIOS:  GOOD MORNING, YOUR HONOR.

10:45:59  7         I'M SOPHIA RIOS FROM BERGER MONTAGUE HERE ON BEHALF OF

10:46:02  8     PLAINTIFF SHONNA COLEMAN WHO IS JOINING THE SILVA MOTION.

10:46:06  9         I RESPECTFULLY REQUEST A POSITION ON THE PLAINTIFF'S

10:46:09  10   EXECUTIVE COMMITTEE AS THE OFFENSIVE DISCOVERY LEAD FOR

10:46:13  11   DISCOVERY FROM DEFENDANT PAYPAL.

10:46:16  12        IT'S A PRIVILEGE TO APPEAR BEFORE YOU TODAY.  AS HAS BEEN

10:46:20  13   MENTIONED, THIS IS MY FIRST TIME BEING PROPOSED AS A MEMBER OF

10:46:23  14   A PLAINTIFF'S EXECUTIVE COMMITTEE.  AND I'M AT A POINT IN MY

10:46:26  15   CAREER WHERE I'M READY TO TAKE ON THAT RESPONSIBILITY FOR TWO

10:46:29  16   REASONS.

10:46:30  17        FIRST, I'M COMMITTED TO THE CLASS AND SO IS MY FIRM; AND

10:46:33  18   SECOND, BECAUSE I HAVE THE EXPERIENCE AND SUPPORT FOR THE

10:46:36  19   PROPOSED ROLE.

10:46:37  20        SO FIRST, BERGER MONTAGUE AND I ARE DEDICATED TO

10:46:40  21   REPRESENTING CONTENT CREATORS WHO HAVE LOST SUBSTANTIAL

10:46:43  22   PORTIONS OF THEIR LIVELIHOODS DUE TO PAYPAL'S CONDUCT AND THE

10:46:46  23   CONDUCT OF SIMILAR COMPANIES.  AND WE HAVE FILED OTHER CASES

10:46:50  24   THAT HAVE BEEN MENTIONED TODAY AGAINST CAPITAL ONE AND

10:46:54  25   MICROSOFT.  SO WE BELIEVE CONTENT CREATORS DESERVE A FAIR SHOT

10:46:59  1    AT SUCCESS AND THEY'RE ENTREPRENEURS WHO ARE PURSUING THAT.

10:47:04  2         AND I RELATE TO THAT BECAUSE, AND I'M COMMITTED TO

10:47:07  3    REPRESENTING MY CLIENT AND THE CLASS BECAUSE I ALSO HAVE AN

10:47:10  4    ENTREPRENEUR SPIRIT AND UNDERSTAND WHAT IT'S LIKE TO FACE

10:47:13  5    HEADWINDS WHEN TRYING TO GET AHEAD.

10:47:15  6         SO I WOULD LIKE TO TELL YOU JUST A LITTLE BIT ABOUT MYSELF

10:47:18  7    SINCE I AM A NEWER FACE IN YOUR COURT.

10:47:20  8         I'M A FIRST GENERATION COLLEGE STUDENT, AND YOU KNOW IT

10:47:23  9    WAS ONLY THROUGH GRIT AND DETERMINATION THAT I WAS ABLE TO GET

10:47:27 10    INTO AND ATTEND AND GRADUATE FROM SCHOOLS LIKE UC BERKELEY AND

10:47:30 11    STANFORD LAW SCHOOL.

10:47:32 12         I MOVED TO THE PLAINTIFF'S SIDE OF THE BAR FIVE YEARS AGO,

10:47:34 13    AND AGAIN THROUGH HARD WORK AND DETERMINATION, SHOW THAT I

10:47:39 14    COULD PRODUCE RESULTS ON BEHALF OF CONSUMERS AND WAS PROMOTED

10:47:42 15    TO SHAREHOLDER AT BERGER MONTAGUE EFFECTIVE THIS YEAR.

10:47:46 16         THE COURT:  CONGRATULATIONS.

10:47:47 17         MS. RIOS:  THANK YOU.

10:47:48 18         SO SECOND, A ROLE IN OFFENSIVE DISCOVERY FOR PLAINTIFFS IS

10:47:52 19    WELL SUITED TO MY SKILL SET AND GROWING SUBJECT MATTER

10:47:55 20    EXPERTISE IN THIS AREA.

10:47:57 21         SO BEFORE THIS CASE, I SPEARHEADED NUMEROUS CASES

10:48:00 22    CHALLENGING USE OF TRACKING TAGS AND PIXELS AND COOKIES BY

10:48:05 23    CORPORATIONS TO BREAK THE LAW.  AND THAT'S SIMILAR TECHNOLOGY

10:48:08 24    TO WHAT'S AT ISSUE IN THIS CASE.

10:48:10 25         AND WHEN THIS CASE AROSE, BERGER MONTAGUE ENGAGED EXPERTS

10:48:14  1    TO ASSIST WITH THE INVESTIGATION AND HAS SINCE THEN WORKED

10:48:17  2    CLOSELY WITH THEM IN FILING AND DRAFTING COMPLAINTS, AND

10:48:20  3    WORKING ON SIMILAR CASES, STILL ON BEHALF OF CONTENT CREATORS.

10:48:26  4         THOSE EXPERTS HAVE HELPED US UNDERSTAND HOW THE TECHNOLOGY

10:48:29  5    AT ISSUE WORKS, WHERE THE INFORMATION THAT WE ARE GOING TO NEED

10:48:32  6    TO BUILD A CASE IS LOCATED AND HOW IT'S BEING STORED AND THE

10:48:36  7    LANGUAGE THAT WE ARE GOING TO NEED TO USE IN ORDER TO OBTAIN

10:48:39  8    THAT INFORMATION IN DISCOVERY.

10:48:42  9         I ALSO HAVE EXPERIENCE SEEKING, OBTAINING AND ANALYZING

10:48:45  10   LARGE SETS OF DATA AND SOURCE CODE, LIKE THAT THAT'S GOING TO

10:48:49  11   BE AT ISSUE HERE, AND MANAGING THE REVIEWS OF SUBSTANTIAL

10:48:52  12   DOCUMENT PRODUCTIONS IN A CO-COUNSEL ENVIRONMENT WHERE THE

10:48:56  13   DOCUMENTS NEED TO BE ORGANIZED AND TAGGED IN A WAY THAT

10:48:59  14   EVERYONE IS GOING TO HAVE ACCESS TO THEM AND BE ABLE TO

10:49:01  15   UNDERSTAND THEM.

10:49:04  16        I HAVE PERFORMED THOSE TASKS BOTH ON THE DEFENSE SIDE AND

10:49:08  17   THE PLAINTIFF'S SIDE, AND THAT IS EXPERIENCE THAT THE CLASS

10:49:10  18   WILL BENEFIT FROM HERE BECAUSE I DO HAVE AN UNDERSTANDING OF

10:49:13  19   HOW LARGE CORPORATIONS LIKE PAYPAL MANAGE DISCOVERY IN

10:49:16  20   LITIGATIONS LIKE THIS.

10:49:18  21        SO IN SHORT, I'M A NATURAL FACT INVESTIGATOR, AND I OFTEN

10:49:22  22   PLAY THE ROLE OF BEING THAT PERSON ON THE TEAM WHO KNOWS WHERE

10:49:25  23   TO FIND THE CRITICAL FACTS THAT WE ARE GOING TO BUILD OUR CASE

10:49:29  24   ON AND I HOPE TO PLAY THAT ROLE IN THIS CASE.

10:49:31  25             THE COURT:  ALL RIGHT.

10:49:33  1        MS. RIOS:  OF COURSE IT'S NOT JUST ME THAT WOULD COME

10:49:36  2   ON TO THIS CASE, BERGER MONTAGUE HAS A DEEP SET OF RESOURCES

10:49:40  3   AND A TEAM OF ATTORNEYS THAT ARE WORKING ON THESE CASES FOR

10:49:44  4   CONTENT CREATORS WHO ALSO HAVE THAT SUBJECT MATTER EXPERTISE

10:49:48  5   AND WILL BE AVAILABLE TO THE CO-LEAD'S IN THIS CASE AS FURTHER

10:49:54  6   RESOURCES, SHOULD THEY BE REQUIRED.

10:49:56  7        SO IF YOUR HONOR HAS ANY QUESTIONS FOR ME, I'M HAPPY TO

10:50:01  8   ANSWER THEM, IF NOT, THEN I THANK YOU FOR YOUR TIME THIS

10:50:04  9   MORNING AND FOR YOUR CONSIDERATION OF WHETHER THIS CASE IS WELL

10:50:07  10  SUITED FOR ME TO TAKE ON THE NEXT STEP IN MY CAREER.

10:50:10  11       THE COURT:  THANK YOU.

10:50:11  12       MS. RIOS:  ALL RIGHT.

10:50:11  13  I WILL PASS IT OVER TO BARRETT VAHLE FROM STUEVE SIEGEL.

10:50:23  14       MR. VAHLE:  GOOD MORNING AGAIN, YOUR HONOR.

10:50:28  15       AGAIN, BARRETT VAHLE FROM THE STUEVE SIEGEL HANSON FIRM IN

10:50:34  16  KANSAS CITY, MISSOURI.  IF YOU ARE NOT FAMILIAR WITH US, I HAVE

10:50:37  17  NOT HAD THE HONOR OF BEING IN FRONT OF YOU, JUDGE, BUT WE ARE A

10:50:40  18  35-LAWYER FIRM, WE PRACTICE ONLY ON PLAINTIFF'S SIDE

10:50:45  19  LITIGATION, A LOT OF COMMERCIAL WORK, A LOT OF CLASS ACTION

10:50:49  20  WORK.

10:50:50  21       I -- SINCE 2009, SINCE I LEFT THE DEFENSE BAR, I HAVE BEEN

10:50:55  22  PRIMARILY A CONSUMER CLASS LAWYER.  I SPENT A LOT OF THE LAST

10:51:00  23  YEAR, LAST TEN YEARS WITH MY PARTNERS WORKING ON THE EQUIFAX,

10:51:05  24  CAPITAL ONE AND TMOBILE DATA BREACH CASES WHICH WE HELPED LEAD

10:51:11  25  ALL OF THOSE.

10:51:12  1          IN THIS DISTRICT I HAVE SOME EXPERIENCE, BUT I WOULD LOVE

10:51:15  2   TO HAVE MORE.  I ACTUALLY JUST CAME BACK FROM A SABBATICAL, SO

10:51:23  3   MY DECKS ARE CLEARED.  I WAS APPOINTED AS CO-LEAD COUNSEL IN

10:51:27  4   THE LUNDY V. FACEBOOK CASE BEFORE JUDGE DONATO, WHICH HAS BEEN

10:51:30  5   FULLY RESOLVED.

10:51:36  6          SO HERE WE ARE NOW, YOU MAY OR MAY NOT BE APPOINTING AN

10:51:41  7   EXECUTIVE COMMITTEE NOW, AND WE CERTAINLY UNDERSTAND AND

10:51:46  8   SUPPORT WHICHEVER DIRECTION THE COURT WANTS TO GO.  WE WOULD

10:51:51  9   HAVE MOVED FOR LEAD, AS MANY OF MY COLLEAGUES WOULD HAVE, BUT

10:51:56  10  AT THE END OF THE DAY, AND WE ENGAGED IN PRIVATE ORDERING AS

10:51:59  11  THE MANUAL FOR COMPLEX LITIGATION TALKS ABOUT IT, AT LEAST WE

10:52:04  12  ATTEMPTED TO GET THERE.

10:52:05  13         AT THE END OF THE DAY, WE ARE VERY HAPPY TO SUPPORT

10:52:08  14  MS. SHARP, MS. CABRASER, MS. NISHIMURA AND THEIR FIRMS, AND

10:52:13  15  REGARDLESS OF ANY ROLE THAT WE HAVE, WE WILL DO ANYTHING THAT

10:52:16  16  WE CAN TO SUPPORT THE LEADS, WHOMEVER THEY ARE, AND THE CLASS,

10:52:23  17  AND BE AVAILABLE TO THE COURT TO HELP RUN THE CASES EFFICIENTLY

10:52:29  18  AS POSSIBLE.

10:52:32  19         WE ARE PROPOSED AS A CO-CHAIR OF THE EXPERT COMMITTEE, I

10:52:39  20  THINK THAT WOULD BE A GREAT ROLE FOR US, AS WELL AS OTHERS

10:52:43  21  HERE, SINCE THE BEGINNING OF THE YEAR WE HAVE BEEN VERY

10:52:48  22  ACTIVELY WORKING --

10:52:49  23         THE COURT:  I HAVE A FEELING THERE ARE GOING TO BE A

10:52:51  24   LOT OF EXPERTS.

10:52:52  25         MR. VAHLE:  RIGHT.  AND THERE WILL BE A LOT OF

```
10:52:54  1    EXPERTS, THERE WILL BE A LOT OF DATA ANALYSTS, BUT WE HAVE BEEN

10:53:00  2    ACTIVELY WORKING AND COORDINATING WITH MANY PEOPLE IN THIS ROOM

10:53:06  3    ON BRINGING, IDENTIFYING THOSE EXPERTS, VETTING THEM, BRINGING

10:53:10  4    THEM TOGETHER.  I PERSONALLY HAD A LOT OF EXPERIENCE WITH THAT.

10:53:16  5         WE HAVE BEEN TALKING ABOUT RISING STARS, SO I WILL TAKE

10:53:20  6    THE OPPORTUNITY TO INTRODUCE A PERSON WHO IS NOT HERE, A NEW

10:53:25  7    LAWYER NAMED JOY MERKLEN WHO IS A 10TH CIRCUIT CLERK.  SHE IS

10:53:31  8    AN ABSOLUTELY TALENTED YOUNG LAWYER, AND IF WE ARE APPOINTED OR

10:53:38  9    GET TO WORK IN THIS MATTER, MY INTENTION WOULD BE TO EXPOSE

10:53:46  10   MS. MERKLEN TO THIS ATMOSPHERE AND TO THIS LEVEL OF LAWYERS AND

10:53:51  11   LAWYERING, AND CERTAINLY IF YOU DID DO INDIVIDUAL APPOINTMENTS,

10:53:58  12   EITHER MYSELF OR MS. MURKLIN WOULD BE GREAT CHOICES.

10:54:03  13        AND THEN THE LAST THING I WILL SAY, YOUR HONOR, IS MY

10:54:08  14   PARTNER, NORMAN SIEGEL, WAS APPOINTED -- IS APPOINTED NOW IN

10:54:12  15   THE CAPITAL ONE AFFILIATE MARKETING CASE, AND THAT IS IN FRONT

10:54:16  16   OF JUDGE TRENGA IN THE EASTERN DISTRICT OF VIRGINIA.

10:54:20  17        ALL OF THESE ARE DIFFERENT CASES, WE'VE HEARD ABOUT

10:54:23  18   MICROSOFT TODAY, THEY ARE DIFFERENT, THEY WILL HAVE DIFFERENT

10:54:26  19   FACTS, DIFFERENT DEFENSES, BUT FOR THE MOST PART THEY ARE QUITE

10:54:31  20   SIMILAR THEORIES.  AND I THINK ONE OF THE THINGS THAT MY FIRM

10:54:37  21   CAN BRING TO THE TABLE IS TO HELP COORDINATE, WHETHER THAT'S

10:54:43  22   INFORMAL OR FORMALLY, BUT IN TERMS OF I, BELIEVE THE CASE IN

10:54:49  23   FRONT OF JUDGE TRENGA MAY DEVELOP ON A FAIRLY RAPID TIMELINE IN

10:54:55  24   TERMS OF GETTING THROUGH 12(B)(1), 12(B)(6), THOSE TYPES OF

10:55:00  25   ARGUMENTS, AND WE CERTAINLY WOULD BE AVAILABLE TO, FOR EXAMPLE,
```

10:55:08  1    KEEP THE LEADS INFORMED OF WHAT IS HAPPENING THERE AND

10:55:11  2    COORDINATE IN THAT FASHION.

10:55:13  3            AND THAT'S ALL I HAVE TO SAY, BUT I'M HAPPY TO ANSWER ANY

10:55:16  4    QUESTIONS, YOUR HONOR.

10:55:17  5            THE COURT:  THANK YOU.

10:55:18  6        ALL RIGHT.  SO I HAVE A CASE MANAGEMENT CONFERENCE AT 11

10:55:24  7    ON ZOOM.  AND WE ARE NOT GOING TO FINISH AT 11.

10:55:28  8        SO WHAT I WOULD LIKE TO DO IS TO TAKE A BREAK NOW AND HAVE

10:55:33  9    YOU ALL COME BACK AT ABOUT 11:20 TO FINISH UP.  I WANT TO HEAR

10:55:40  10   FROM THE OTHER ATTORNEYS, THEN CIRCLE BACK TO THE -- TO THOSE

10:55:46  11   SEEKING CO-LEAD.

10:55:47  12       SO SORRY FOR THE BREAK, BUT I WANT TO GIVE YOU ALL THE

10:55:49  13   TIME THAT WE NEED.  YOU DON'T WANT TO COME BACK ANOTHER DAY.

10:55:53  14       ALL RIGHT.  SO WE WILL TAKE THAT BREAK.

10:55:55  15       (RECESS FROM 10:55 A.M. UNTIL 11:23 A.M.)

11:23:46  16           THE COURT:  ALL RIGHT.  PLEASE BE SEATED EVERYONE.

11:24:06  17       THANK YOU FOR THAT LONG BREAK.  I APOLOGIZE FOR KEEPING

11:24:09  18   YOU WAITING.

11:24:09  19       LET'S PICK UP WHERE WE LEFT OFF.  AND WHO IS THE NEXT TO

11:24:13  20   ADDRESS THE COURT?

11:24:23  21           MR. SPRINGER:  GOOD MORNING, YOUR HONOR.

11:24:26  22       CHRIS SPRINGER OF KELLER ROHRBACK LLP.  IT'S MY FIRST TIME

11:24:30  23    HAVING THE PLEASURE OF APPEARING BEFORE YOUR HONOR.

11:24:31  24           THE COURT:  WELCOME.

11:24:36  25           MR. SPRINGER:  I APPRECIATE THE IMPORTANCE OF YOUR

```
11:24:38   1        TIME AND WILL KEEP MY REMARKS SHORT.

11:24:41   2            I'M HERE ON BEHALF OF PLAINTIFF XAVIER SMITH TO SUPPORT

11:24:44   3    THE SILVA PROPOSAL AND THE APPOINTMENT OF KELLER ROHRBACK AS A

11:24:44   4    MEMBER OF THE PROPOSED EXECUTIVE COMMITTEE.

11:24:46   5            KELLER ROHRBACK IS COMMITTED TO ADVOCATING ON BEHALF OF

11:24:50   6    PEOPLE LIKE MR. SMITH WHO OTHERWISE WOULD HAVE LITTLE OR NO

11:24:53   7    RECOURSE TO SEEK COMPENSATION FOR THEIR INJURIES.

11:24:55   8            AND KELLER ROHRBACK HAS EXTENSIVE PROFESSIONAL EXPERIENCE

11:24:59   9    IN COMPLEX CONSUMER CLASS ACTION LITIGATION, SERVING IN

11:25:02  10    NUMEROUS COURT-APPOINTED LEADERSHIP POSITIONS, MANY OF WHICH

11:25:06  11    ARE OR WERE IN THIS DISTRICT, FOR INSTANCE, THE FACEBOOK

11:25:08  12    CONSUMER PRIVACY LITIGATION, BEFORE JUDGE CHHABRIA AND THE

11:25:14  13    23ANDME DATA BREACH LITIGATION BEFORE JUDGE CHEN.

11:25:18  14            IN THE SILVA PROPOSAL, KELLER ROHRBACK IS PROPOSED AS A

11:25:23  15    MEMBER OF THE EXECUTIVE COMMITTEE AND WOULD SERVE AS CO-CHAIR

11:25:25  16    OF EXPERT DISCOVERY AND AS A MEMBER OF LAW AND BRIEFING.

11:25:28  17            WE WOULD BE HONORED TO SERVE IN THAT CAPACITY AND ARE WELL

11:25:32  18    QUALIFIED TO DO SO.  FOR INSTANCE, IN THE FACEBOOK CASE THE

11:25:38  19    KELLER ROHRBACK TEAM HELPED MANAGE EXTENSIVE LEGAL RESEARCH AND

11:25:41  20    HIGHLY CONTESTED BRIEFING ON TIGHT DEADLINES AND ALSO WORKED

11:25:45  21    EFFECTIVELY WITH NUMEROUS EXPERTS IN THAT HIGHLY TECHNICAL

11:25:49  22    LITIGATION.

11:25:50  23            WE ALSO HAVE GOOD WORKING RELATIONSHIPS WITH MANY OF THE

11:25:52  24    OTHER FIRMS THAT ARE INVOLVED IN THOSE ASPECTS OF THE EXECUTIVE

11:25:56  25    COMMITTEE'S WORK INCLUDING STUEVE SIEGEL, DICELLO LEVITT AND
```

```
11:26:01   1    HAUSFELD.

11:26:02   2        MOST IMPORTANTLY KELLER ROHRBACK HAS CONSISTENTLY WORKED

11:26:06   3    WELL TOGETHER WITH OUR COLLEAGUES AND OTHER WELL QUALIFIED

11:26:11   4    FIRMS TO ACHIEVE SUCCESS, AND WE ARE KNOWN FOR OUR ABILITY TO

11:26:14   5    WORK COOPERATIVELY WITH OTHERS, INCLUDING BOTH PLAINTIFFS AND

11:26:17   6    DEFENSE COUNSEL.

11:26:18   7        SO FOR THOSE REASONS, WE RESPECTFULLY REQUEST THAT THE

11:26:21   8    COURT ADOPT THE PROPOSED ORDER SUBMITTED WITH THE SILVA

11:26:25   9    PROPOSAL AND APPOINT KELLER ROHRBACK AS A MEMBER OF THE

11:26:27  10    PROPOSED EXECUTIVE COMMITTEE.

11:26:29  11            THE COURT:  THANK YOU.

11:26:30  12            MR. SPRINGER:  THANK YOU VERY MUCH, YOUR HONOR.

11:26:32  13        I WOULD LIKE TO NEXT INTRODUCE JARETT ELLZEY WHO IS ALSO

11:26:35  14    PROPOSED AS A MEMBER OF EXPERT DISCOVERY.

11:26:37  15            THE COURT:  ALL RIGHT.  THANK YOU.

11:26:47  16            MR. ELLZEY:  GOOD MORNING, YOUR HONOR.

11:26:51  17        JARETT ELLZEY.  MY FIRST APPEARANCE IN YOUR COURT.  THANK

11:26:53  18    YOU FOR HAVING ME.

11:26:55  19            THE COURT:  WELCOME.

11:26:55  20            MR. ELLZEY:  I'M WITH THE LAW FIRM OF ELLZEY,

11:27:00  21    KHERKHER, SANFORD & MONTGOMERY.  YOU HAVEN'T HEARD OF OUR FIRM.

11:27:02  22    WE ARE A NEW FIRM, WE JUST OPENED OUR DOORS IN AUGUST.  IT WAS

11:27:06  23    FORMED BY THREE LAW FIRMS THAT HAD WORKED TOGETHER FOR QUITE

11:27:10  24    SOME TIME AND WE DECIDED TO MAKE IT OFFICIAL.

11:27:12  25            THE REASON I'M HERE IN THIS CASE IS WE WERE THE FIRST TO
```

11:27:16  1    FILE.  AND WE ARE SEEKING TWO POSITIONS ON THE PLAINTIFF'S

11:27:22  2    EXECUTIVE COMMITTEE CHAIR, PLAINTIFF'S LIAISON, AND A MEMBER OF

11:27:27  3    THE EXPERT DISCOVERY COMMITTEE.

11:27:28  4         AND AS I SAID, WE WERE THE FIRST TO FILE, BUT THAT'S

11:27:31  5    REALLY ONLY FORTUNATE FOR ONE REASON, AND THE REASON IS THIS:

11:27:34  6    THAT THIS CASE CAME TO US TOTALLY ORGANICALLY.

11:27:38  7         THERE IS TWO MEMBERS OF OUR FIRM, TOM KHERKHER AND

11:27:42  8    DEVIN STONE THAT HAVE VAST EXPERIENCE AS CONTENT CREATORS.

11:27:47  9    THIS WAS A THING THAT STARTED FOR THEM AS KIND OF A FUN THING

11:27:51  10   TO DO ON THE SIDE, A WAY TO REACH OUR CLIENTS, A WAY TO REACH

11:27:54  11   PEOPLE IN THE WORLD, TO DISCUSS ISSUES THEY THINK ARE

11:27:58  12   IMPORTANT.

11:27:58  13        AND THAT'S WHAT THEY HAVE DONE THE LAST COUPLE OF YEARS

11:28:01  14   AND IT'S TURNED INTO THIS BIG THING.  DEVIN STONE IS PROBABLY

11:28:05  15   THE MOST BROADLY FOLLOWED LEGAL YOUTUBER, IF YOU WILL, HE HATES

11:28:11  16   THAT TERM BUT I WILL USE IT FOR LACK OF A BETTER ONE NOW, AND

11:28:15  17   HE HAS PROBABLY THE MOST FOLLOWED IN THE NATION, TOM KHERKHER

11:28:20  18   HAS OVER A MILLION FOLLOWERS.

11:28:23  19        SO WHEN THIS ISSUE CAME ABOUT, WE KNEW FIRST, AND WE

11:28:28  20   STARTED LOOKING INTO IT FIRST.  AND AS A TRIAL LAWYER, THAT'S

11:28:31  21   REALLY MY ROLE AT THE FIRM, TRIAL LAWYER, AND I HAVE SOME CLASS

11:28:35  22   ACTION EXPERIENCE, I HAVE OVER A HUNDRED CLASS ACTIONS I'VE

11:28:38  23   LITIGATED PERSONALLY, THEY LOOKED TO ME, SAID WHAT DO WE DO

11:28:43  24   ABOUT THIS?

11:28:43  25        I SAID IT SOUNDS LIKE A TORTIOUS INTERFERENCE CASE.  BUT

```
11:28:46   1    I'M NOT THE GUY WE NEED TO TALK TO, SO WHAT I DID VERY FIRST
11:28:50   2    THING WAS TURN TO MY FRIENDS AT LIEFF CABRASER, WHO I HAVE
11:28:53   3    WORKED WITH FOR YEARS AND THEY WERE ALREADY LOOKING INTO THE
11:28:56   4    CASE.
11:28:56   5        THE NEXT THING I KNOW I'M ON THE PHONE WITH DENA SHARP'S
11:29:00   6    FIRM.  AND WE STARTED MOVING IMMEDIATELY, INVESTIGATING THE
11:29:03   7    MERITS OF THESE CLAIMS, THE STRENGTHS OF OTHER CLAIMS THAT WE
11:29:09   8    THOUGHT WE COULD BRING, AND MOST IMPORTANTLY, WE DECIDED TO
11:29:11   9    BUILD A TEAM IMMEDIATELY, FULL OF THE TALENT THAT YOU SEE IN
11:29:15  10    THIS ROOM TODAY.
11:29:16  11        JANUARY 20TH, I FOUND MYSELF SITTING IN THE CONFERENCE
11:29:20  12    ROOM AT LIEFF CABRASER WITH EVERYBODY IN THIS ROOM.
11:29:23  13            THE COURT:  THAT'S A BIG CONFERENCE ROOM.
11:29:26  14            MR. ELLZEY:  IT'S BIGGER THAN MINE, I WILL PUT IT
11:29:28  15     THAT WAY.
11:29:29  16        AND THERE WAS NO ANIMOSITY, THERE WAS NO FIGHTING OVER
11:29:33  17    ROLES, THERE WAS NO DISCUSSION ABOUT WHO IS BETTER AT THEIR JOB
11:29:37  18    THAN OTHERS, IT WAS ALL ABOUT HOW WE COULD BUILD THE BEST TEAM.
11:29:41  19        AND THAT'S AN IMPORTANT THING BECAUSE YOUR HONOR ASKED
11:29:44  20    ABOUT, HOW BIG IS THIS CLASS?  HOW MANY PEOPLE ARE THERE OUT
11:29:49  21    THERE LIKE THIS THAT HAVE BEEN AFFECTED?  WE DON'T KNOW THAT
11:29:53  22    YET.  AND I WOULDN'T DARE GIVE AN ESTIMATE BECAUSE I'M NOT SURE
11:29:57  23    AS I STAND HERE, YOU KNOW, AND I DON'T THINK IT DOES YOU ANY
11:29:59  24    GOOD TO SAY, WELL IT'S THOUSANDS.  THAT'S WHAT WE ALL SAY IN
11:30:05  25    THE COMPLAINT, THOUSANDS, TENS OF THOUSANDS.
```

11:30:07  1        I'M PRETTY SURE IT IS, BUT WHAT'S IMPORTANT TO POINT OUT

11:30:10  2    IS THIS IS A 16 BILLION DOLLAR MARKET.  WE THINK OF THESE

11:30:13  3    ONLINE -- I GUESS PEOPLE MY AGE AND OLDER MAYBE, I'M A

11:30:17  4    MIDDLE-AGED GUY, WHO THINK OF THE ONLINE INDUSTRY, PARTICULARLY

11:30:21  5    THE YOUTUBE, THE INFLUENCER, CONTENT CREATOR, INDUSTRY AS MAYBE

11:30:26  6    A NICHE THING.

11:30:26  7        NOT SO.  IT'S A HUGE INDUSTRY, AND THIS INDUSTRY DESERVES

11:30:32  8    HONESTY.  YOU KNOW, THESE ARE PEOPLE THAT MAKE A GOOD LIVING

11:30:38  9    DOING THIS SORT OF WORK.  MOST IMPORTANTLY, THEY REACH A LOT OF

11:30:42  10   PEOPLE WITH THE INFORMATION THEY WANT TO PROVIDE TO THEIR

11:30:46  11   AUDIENCE.

11:30:46  12        AND THAT BRINGS ME TO ANOTHER POINT IS THAT WHEN WE FILED

11:30:49  13   THIS CASE AND WE ANNOUNCED THAT FILING, WE HAD ALMOST

11:30:56  14   6.8 MILLION VIEWS IMMEDIATELY.  SO THAT GIVES THE COURT SOME

11:31:00  15   INSIGHT AS TO THE VOLUME OF THE VOICE WE HAVE INTO THE CONTENT

11:31:08  16   CREATOR INDUSTRY, AND WE CAN USE THAT VOICE TO THE TEAM THAT WE

11:31:11  17   WOULD LIKE TO BUILD THAT WE CAME TO ASK YOU FOR.

11:31:13  18        THE COURT:  IS YOUR -- ARE YOUR PARTNERS CLASS

11:31:15  19    MEMBERS?

11:31:19  20        MR. ELLZEY:  TWO OF THEM, YES, POTENTIALLY.

11:31:20  21    POTENTIALLY.  AND I THINK THERE'S AN EASY WAY TO DEAL WITH

11:31:23  22    THAT.  YOU KNOW, IF WE GET TO THE CLASS CERTIFICATION STAGE, IT

11:31:26  23    JUST WOULD BE EXCLUDED.  BUT I BELIEVE THEY WOULD BE, JUST TO

11:31:31  24    ANSWER YOUR QUESTION.

11:31:35  25        WE SIGNED UP, AS SOME OF THE OTHER ATTORNEYS WHO HAVE

11:31:38  1    SPOKEN HERE TODAY, 1,300 CONTENT CREATORS, LIKE RIGHT AWAY.  SO

11:31:44  2    THESE ARE HIGHLY MOTIVATED CLASS MEMBERS, THIS IS NOT A PASSIVE

11:31:48  3    CLASS THAT'S GOT HURT FEELINGS OVER HAVING BOUGHT A PRODUCT

11:31:53  4    THAT DOESN'T WORK, I MEAN THIS IS PEOPLE'S LIVELIHOODS AT

11:31:57  5    STAKE.

11:31:58  6         SO WHAT THAT MEANS IS THEY NEED A LAW FIRM, THEY NEED A

11:32:05  7    TEAM.  AND THEY FEEL LIKE THEY ALREADY HAVE THAT, AT LEAST MY

11:32:08  8    CLIENTS.  THE 1,300 WE HAVE SIGNED UP, WE HAVE LET THEM KNOW,

11:32:12  9    HEY WE WERE ALREADY IN A MEETING IN SAN FRANCISCO, WE ARE

11:32:15  10   BUILDING A DREAM TEAM, AS MS. SHARP PUT IT.

11:32:18  11        AND SO THEY ALREADY FEEL LIKE THEY ARE REPRESENTED BY THE

11:32:22  12   PROPOSED -- BY THE TEAM WE ARE PROPOSING AND THAT IS THE ONE

11:32:28  13   THAT I'M INVOLVED IN OBVIOUSLY, WITH MS. SHARP, MS. CABRASER'S

11:32:32  14   FIRM, AND THE COTCHETT FIRM.

11:32:37  15        SO I'M REQUESTING THAT MY FIRM HAVE A POSITION, AN

11:32:42  16   EXECUTIVE COMMITTEE POSITION, MAINLY FOR CLIENT OUTREACH.  I

11:32:46  17   MEAN, WE ARE THE GUYS THAT CAN VERILY EASILY, WE PRESS A BUTTON

11:32:51  18   AND WE CAN GET PEOPLE ON THE PHONE, LET THEM KNOW WHAT IS GOING

11:32:54  19   ON.  WE CAN FIELD THE CALLS, WE CAN GET INFORMATION VERY EASILY

11:33:00  20   WHEN NEEDED BY WHOEVER LEADERSHIP IS, IN THE END, ONCE THE

11:33:04  21   COURT MAKES ITS DECISION.  AND OUR INVENTORY OF THESE CLIENTS

11:33:09  22   INCLUDES SOME OF THE LARGEST CONTENT CREATORS ON THE PLANET.

11:33:18  23        AND YOU'VE ASKED ABOUT SPLINTERING.  WE ARE ALREADY HERE

11:33:18  24   AND IT HASN'T HAPPENED YET, SO I FEEL PRETTY SECURE THAT IT'S

11:33:21  25   NOT GOING TO.  AND I BELIEVE THAT THERE'S VERY MUCH AN

11:33:23   1    AWARENESS THAT THINGS ARE HAPPENING FOR THEM, AND THAT'S WHY

11:33:29   2    YOU ARE NOT SEEING SUITS POP UP ALL OVER THE COUNTRY.

11:33:32   3         THE TEAM IS AT WORK, OUR CLIENTS KNOW THAT, WE HAVE

11:33:35   4    COMMUNICATED WITH THEM THAT FACT, AND SO REGARDLESS OF WHO ENDS

11:33:40   5    UP IN LEADERSHIP, THE CLIENTS WE REPRESENT KNOW THERE IS A TEAM

11:33:48   6    THAT'S GOING TO BE BUILT.

11:33:50   7         AND THAT'S WHY I'M RECOMMENDING, HUMBLY TO THE COURT, THAT

11:33:54   8    THERE BE A FORMAL EXECUTIVE COMMITTEE, BECAUSE WE HAVE ALREADY

11:33:58   9    GOTTEN IN A ROOM AND DIVIDED UP -- OR DIVIDED UP HOW THE LABOR

11:34:02   10   IS GOING TO BE PERFORMED.

11:34:04   11        AND I THINK IT'S IMPORTANT TO NOTE THAT THAT WAS DONE VERY

11:34:10   12   CAREFULLY, THE LEADERSHIP, THE PROPOSED LEADERSHIP TOOK INTO

11:34:16   13   ACCOUNT THE TALENTS AND ABILITIES OF THE LAW FIRMS THAT ARE

11:34:20   14   ASSIGNED TO THOSE POSITIONS, IT'S NOT JUST TRYING TO ASSIGN

11:34:25   15   WORK FOR THE PEOPLE THAT FILED THE CASE AROUND THE SAME TIME,

11:34:32   16   THERE WAS REAL THOUGHT PUT INTO WHO WAS GOING TO BE BEST AT

11:34:35   17   DOING WHAT.

11:34:36   18        SO I RESPECTFULLY REQUEST THE COURT GRANT OUR PROPOSED

11:34:41   19   LEADERSHIP APPLICATION AND ALLOW EKSM AS WE CALL IT, BECAUSE

11:34:47   20   THAT'S EASIER TO SAY THAN ELLZEY, KHERKHER, SANFORD &

11:34:51   21   MONTGOMERY, ONTO THE EXECUTIVE COMMITTEE CHAIR POSITION FOR

11:34:54   22   PLAINTIFF LIAISON AND AS A MEMBER OF THE EXPERT DISCOVERY

11:34:56   23   COMMITTEE.

11:34:57   24        AND WITH THAT, IF THE COURT DOESN'T HAVE ANY QUESTIONS, I

11:35:00   25   WILL INTRODUCE AMY KELLER OF THE DICELLO LEVITT LAW FIRM.

| | | |
|---|---|---|
| 11:35:06 | 1 | THE COURT:  THANK YOU. |
| 11:35:15 | 2 | MS. KELLER:  GOOD -- STILL MORNING, YOUR HONOR. |
| 11:35:17 | 3 | I AM AMY KELLER.  I'M WITH DICELLO LEVITT IN CHICAGO.  SO |
| 11:35:23 | 4 | I AM NOT PERSONALLY BEING PROPOSED TO BE PART OF THIS WONDERFUL |
| 11:35:26 | 5 | LEADERSHIP SLATE, I'M ACTUALLY HERE ON BEHALF OF MY PARTNER, |
| 11:35:29 | 6 | DAN SCHWARTZ, WHO SENDS HIS APOLOGIES BECAUSE HE WAS HANDLING A |
| 11:35:33 | 7 | FOURTH CIRCUIT ARGUMENT. |
| 11:35:35 | 8 | THE COURT:  THAT'S IMPORTANT. |
| 11:35:36 | 9 | MS. KELLER:  I WOULD SAY SO, BUT THIS IS IMPORTANT |
| 11:35:38 | 10 | TOO, AND SO THAT'S WHY I'M HERE TODAY. |
| 11:35:40 | 11 | THE COURT:  THANK YOU. |
| 11:35:40 | 12 | MS. KELLER:  THIS WOULD BE ACTUALLY DAN'S FIRST |
| 11:35:43 | 13 | LEADERSHIP APPOINTMENT.  AND IT REMINDS ME OF MY FIRST |
| 11:35:46 | 14 | LEADERSHIP APPOINTMENT.  I WAS 34 YEARS OLD, IT WAS THE EQUIFAX |
| 11:35:51 | 15 | DATA BREACH CASE, AND IT WAS A PRETTY BIG UNDERTAKING FOR A |
| 11:35:54 | 16 | 34-YEAR OLD. |
| 11:35:56 | 17 | AND I ACHIEVED THAT LEADERSHIP APPOINTMENT BY BUILDING |
| 11:35:59 | 18 | CONSENSUS WITH A BUNCH OF MY COLLEAGUES.  SOME OF THEM ARE ON |
| 11:36:03 | 19 | THIS SLATE HERE.  AND WE WORKED TOGETHER TO BUILD A TEAM AND WE |
| 11:36:08 | 20 | PROPOSED THAT TEAM TO JUDGE THRASH WHO THEN APPOINTED US, AND I |
| 11:36:12 | 21 | WAS THE YOUNGEST WOMAN EVER APPOINTED TO LEAD AN MDL AT THIS |
| 11:36:15 | 22 | POINT, AND I THINK THE RESULTS WE ACHIEVED WERE GREAT. |
| 11:36:18 | 23 | NOW ALONG THOSE LINES OF PROVIDING OPPORTUNITIES TO YOUNG |
| 11:36:22 | 24 | LAWYERS, DIVERSE LAWYERS, I THINK A LOT OF US ON THIS TEAM HAVE |
| 11:36:26 | 25 | ALL AGREED TO TAKE A STEP BACK SO THAT WE CAN PROVIDE AN |

11:36:30  1      OPPORTUNITY TO THE NEXT GENERATION.

11:36:34  2           THAT IS WHAT I AM DOING WITH MY PARTNER DAN, WHO IS A NEW

11:36:37  3      PARTNER ACTUALLY, AND WHO I THINK IS INCREDIBLY QUALIFIED FOR

11:36:41  4      THE POSITION HE IS SEEKING.  HE IS BEING PROPOSED FOR THE CHAIR

11:36:45  5      OF LAW AND BRIEFING.  AND IN THAT POSITION, HE ACTUALLY HAS A

11:36:50  6      LOT OF EXPERIENCE WHERE HE COULD BE A HUGE VALUE TO ADD THERE.

11:36:54  7           HE IS A FORMER NINTH CIRCUIT CLERK FOR JUDGE BEA, AND

11:36:59  8      PREVIOUSLY HE ACTUALLY WORKED ON THE DEFENSE SIDE AND HE

11:37:02  9      REPRESENTED IN LITIGATION ONE OF THE LARGEST -- IT WAS

11:37:07  10     BASICALLY A MOBILE PAYMENT PROVIDER.  SO HE'S VERY FAMILIAR

11:37:10  11     WITH THE INDUSTRY AND UNDERSTANDS SORT OF THE LEGAL ISSUES THAT

11:37:13  12     COME ALONG WITH THAT.

11:37:17  13          NOW WHEN IT COMES TO THE APPOINTMENT OF THE SLATE OF THE

11:37:19  14     LEADERSHIP TEAM, I THINK IT'S IMPORTANT THAT YOUR HONOR PUT THE

11:37:23  15     TEAM INTO PLACE NOW.  AND WHY DO I SAY THAT?  I THINK

11:37:26  16     SPECIFICALLY OF LAW AND BRIEFING BECAUSE ONE OF THE FIRST

11:37:31  17     THINGS THAT WE ARE GOING TO NEED TO DO IS PUT TOGETHER THE

11:37:35  18     REPRESENTATIVE COMPLAINT THAT'S GOING TO GUIDE THE ENTIRETY OF

11:37:38  19     THE LITIGATION.

11:37:44  20          IT WOULD BE SORT OF DIFFICULT TO DO THAT IF YOU DON'T HAVE

11:37:44  21     YOUR TEAM SET UP WHO ARE GOING TO BE THE ONES PRIMARILY

11:37:45  22     HANDLING A LOT OF THE ASSIGNMENTS RELATED TO BRIEFING AND

11:37:48  23     DEFENDING THE WELL RESEARCHED CLAIMS THAT COME BEFORE

11:37:52  24     YOUR HONOR.  I WAS LISTENING THIS MORNING.

11:37:55  25          SO AS YOU HEARD, WE HAVE BEEN WORKING WITH A LOT OF THE

| | |
|---|---|
| 11:37:57 | 1 |

EXPERTS, WE HAVE BEEN WORKING WITH A LOT OF OUR COLLEAGUES TO

PUT TOGETHER GREAT COMPLAINTS, AS IT IS RIGHT NOW, BUT WE ALSO

NEED TO WORK WITH A TEAM THAT HAS THE SAME VISION FOR HOW THE

CASE IS GOING TO GO, HOW WE ARE GOING TO PRESENT THE CASE TO

THE COURT AND HOW WE ARE GOING TO LITIGATE THE CASE BEFORE YOU.

        IT'S A LITTLE BIT DIFFICULT, YOUR HONOR, TO DO THAT WHEN

YOU ARE PUTTING TOGETHER A TEAM OF RIVALS.  I HEARD YOUR

EARLIER QUESTIONS ABOUT THAT, AND I'M REALLY MINDFUL ABOUT THAT

BECAUSE I HAVE BEEN APPOINTED TO CASES WHERE COURTS HAVE PUT

TOGETHER TEAMS OF RIVALS, AND IT'S BEEN DIFFICULT.

        WE ARE ALL FRIENDS, YOU KNOW, WE ARE ALL FRIENDS, WE ALL

GET ALONG, WE ALL GO TO DINNER TOGETHER AND WE ARE ALL VERY

SOCIAL TOGETHER.  BUT WHEN IT COMES TO ACTUALLY LITIGATING A

CASE, WE DO HAVE DISAGREEMENTS WITH ONE ANOTHER.  WE HAVE

DISAGREEMENTS ABOUT WHAT THE SIZE OF THE STRUCTURE SHOULD BE,

WE HAVE DISAGREEMENTS ABOUT WHICH CLAIMS WHICH SHOULD ACTUALLY

PROCEED FORWARD, WHICH CLAIMS HAVE MERIT, WHICH CLAIMS ARE WELL

SUPPORTED.

        WHEN YOU ARE WORKING ON PUTTING TOGETHER A TEAM, HAVING A

TEAM THAT AGREES FROM THE OUTSET OF THE LITIGATION ACTUALLY

ALLOWS YOU TO GET INTO THE RACE REALLY EARLY AND START HAVING

INITIAL DISCUSSIONS WITH DEFENDANTS ABOUT HOW THE CASE SHOULD

GO.

        AND SO WHILE I DO UNDERSTAND IT IS IMPORTANT TO PROVIDE

PEOPLE WITH OPPORTUNITIES, I REALLY WANT TO FOCUS THE COURT'S

11:39:17  1    ATTENTION TO THE SLATE WE PROPOSED WHICH WAS BUILT BY

11:39:21  2    CONSENSUS, GIVES A LOT OF OPPORTUNITIES TO UP-AND-COMING RISING

11:39:26  3    STARS AND HAS A LOT OF FOLKS WHO HAVE AGREED TO STEP BACK TO

11:39:30  4    GIVE THOSE RISING STARS OPPORTUNITIES.

11:39:33  5         SO I DO THINK THAT WE PROPOSE, YOU KNOW, A REALLY STRONG

11:39:38  6    TEAM, I'M REALLY PROUD OF THE PEOPLE I WORK WITH.  I'M VERY

11:39:41  7    HAPPY TO HAVE OTHER FRIENDS IN THE BAR WHO ARE HERE TODAY, BUT

11:39:46  8    I REALLY DO THINK WHEN YOU ARE APPOINTING A TEAM, IT'S

11:39:48  9    IMPORTANT TO HAVE THE STRUCTURE IN PLACE FROM THE BEGINNING.

11:39:50  10   AND A TEAM OF RIVALS, IT'S VERY DIFFICULT TO JUST GET ON THE

11:39:54  11   SAME PAGE SO THAT YOU CAN REALLY HIT THE GROUND RUNNING ON SOME

11:39:59  12   OF THESE ISSUES.

11:40:00  13        I'M HAPPY TO ENTERTAIN ANY QUESTIONS, OTHERWISE I WOULD

11:40:04  14   LIKE TO INTRODUCE BEN WIDLANSKI.

11:40:07  15             THE COURT:  ALL RIGHT.

11:40:14  16             MR. WIDLANSKI:  GOOD MORNING, YOUR HONOR.  IT IS

11:40:17  17    STILL MORNING.

11:40:17  18             THE COURT:  IT IS.

11:40:18  19             MR. WIDLANSKI:  YOUR HONOR, I HAD A REALLY GREAT

11:40:20  20    PRESENTATION, POWERPOINTS, SLIDES, AND I HEARD YOU THIS

11:40:23  21    MORNING, AND I THREW IT ALL OUT, SO I'M SPEAKING

11:40:28  22    EXTEMPORANEOUSLY.

11:40:28  23             THE COURT:  OKAY.

11:40:29  24             MR. WIDLANSKI:  YOU NOTED THAT MY FIRM DOES NOT HAVE

11:40:31  25    A SPOT ON THE SILVA PROPOSAL, AND YET WE ARE SUPPORTING IT

| | | |
|---|---|---|
| 11:40:34 | 1 | NONETHELESS. AND THERE ARE A LOT OF REASONS FOR THAT, |
| 11:40:37 | 2 | YOUR HONOR, AND IN FULL DISCLOSURE, I AM NOT HERE FROM AN |
| 11:40:44 | 3 | ALTRUISTIC PERSPECTIVE, I ALSO WANT TO BE APPOINTED TO THE |
| 11:40:48 | 4 | EXECUTIVE COMMITTEE. AND THROUGH CONVERSATIONS WITH THE TEAM, |
| 11:40:54 | 5 | THEY BELIEVE THAT MY FIRM'S SKILL SET, WHICH I'M NOT GOING TO |
| 11:40:57 | 6 | BELABOR, IT'S IN OUR PAPERS, EVERYBODY HERE IS WONDERFUL, WE |
| 11:41:01 | 7 | ARE ALL GREAT LAWYERS, WE CAN ALL DO WHATEVER TASK YOUR HONOR |
| 11:41:05 | 8 | SEES MOST APPROPRIATE TO ASSIGN US, BUT IF YOUR HONOR DOES SEE |
| 11:41:10 | 9 | FIT TO PUT ME, MY FIRM, ON THE EXECUTIVE COMMITTEE, WE WOULD |
| 11:41:14 | 10 | ASK THAT WE BE INCLUDED IN THE THIRD PARTY DISCOVERY AND THE |
| 11:41:18 | 11 | DEFENSIVE DISCOVERY TEAMS, ALONG WITH THE OTHER MEMBERS OF THE |
| 11:41:22 | 12 | SILVA PROPOSAL. |
| 11:41:23 | 13 | BUT I DON'T WANT TO TALK TOO MUCH ABOUT THAT, YOUR HONOR, |
| 11:41:26 | 14 | I WANT TO TALK ABOUT WHY I FILED MY CASE, OUR CASE, HERE AND I |
| 11:41:31 | 15 | WHY I AM SUPPORTING THIS TEAM WITHOUT A GUARANTEE, WITHOUT A |
| 11:41:36 | 16 | PROPOSED POSITION. |
| 11:41:38 | 17 | YOUR HONOR, THE ANSWER IS LEADERSHIP. THE ANSWER IS |
| 11:41:42 | 18 | EFFECTIVE MANAGEMENT OF SKILLS. THE ANSWER IS EFFICIENCY. |
| 11:41:47 | 19 | I'M FROM MIAMI, YOUR HONOR IF THE SUIT DIDN'T GIVE IT |
| 11:41:50 | 20 | AWAY, AND WE HAVE A BURGEONING, MAYBE NOT BURGEONING, MAYBE |
| 11:41:56 | 21 | FULLY BORN INFLUENCER INDUSTRY THERE. IT IS ONE OF OUR FINEST |
| 11:42:02 | 22 | EXPORTS TO THE REST OF THE COUNTRY. AND WHAT I CAN TELL YOU, |
| 11:42:06 | 23 | YOUR HONOR, IS THAT MY FIRM, WE ARE A NATIONAL PLAYER IN MDL'S, |
| 11:42:11 | 24 | CLASS ACTIONS, WHAT HAVE YOU, WE ALSO REPRESENT A LOT OF |
| 11:42:13 | 25 | INFLUENCERS, INCLUDING VERY SUBSTANTIAL INFLUENCERS. |

11:42:17  1          AND YEAH, WE DID NOT FILE IMMEDIATELY, BUT THAT'S BECAUSE

11:42:21  2     HONESTLY, YOUR HONOR, WE WEREN'T SURE WE WANTED TO FILE IN THE

11:42:24  3     NORTHERN DISTRICT OF CALIFORNIA.

11:42:25  4          THE COURT:  SURE, I GET THAT.

11:42:27  5          MR. WIDLANSKI:  YOU'VE PROBABLY SEEN THIS BEFORE, WE

11:42:29  6     CONSIDERED LONG AND HARD ABOUT FILING IN FLORIDA.  THE JUDGES

11:42:34  7     THERE KNOW ME, I WAS AN AUSA IN FRONT OF THEM, THEY KNOW ME.

11:42:38  8     THEY KNOW MY FIRM.  BUT WE DIDN'T, WE DID NOT FILE THERE, WE

11:42:41  9     DIDN'T MOVE FOR THE CONSOLIDATION IN FRONT OF THE JPML, WE

11:42:48  10    DIDN'T ASK FOR THE CASE TO BE SENT SOMEWHERE ELSE, WE FILED

11:42:51  11    HERE.

11:42:51  12         AND WE DID THAT FOR ONE REASON AND ONE REASON ONLY AND

11:42:55  13    THAT IS LEADERSHIP.  THAT IS THE SILVA PROPOSED TEAM.  THESE

11:43:00  14    ARE THE CREAM OF THE CROP, AND THE CO-LEADS THAT ARE PROPOSED

11:43:07  15    TO YOUR HONOR ARE THE CREAM OF THE CREAM.  AND MORE

11:43:09  16    IMPORTANTLY, THEY HAVE ALREADY SHOWN YOU THAT THEY WORK, THEY

11:43:14  17    HAVE ALREADY SHOWN YOUR HONOR THAT THEY CAN PUT TOGETHER AN

11:43:18  18    EFFICIENT TEAM TO LITIGATE WHAT IS A VERY IMPORTANT CASE.

11:43:24  19         THAT'S WHY I DIDN'T FILE IN FLORIDA, THAT'S WHY I DIDN'T

11:43:27  20    MOVE FOR THE MDL, BECAUSE ULTIMATELY YOUR HONOR, THE MOST

11:43:29  21    IMPORTANT THING FOR ME AND FOR MY FIRM ARE THE INTERESTS OF MY

11:43:34  22    CLIENT.  BRODIE THAT DOOD, WHO IS A VERY CUTE DOG, AND I

11:43:40  23    ENCOURAGE YOU TO GO LOOK AT HIM, HE, YOUR HONOR, HIS OWNER, ARE

11:43:46  24    MY CLIENT, AND I WANT WHAT'S BEST FOR THEM.  AND I WANT WHAT'S

11:43:51  25    BEST FOR ELLZEY'S 1,300 CLASS MEMBERS AND ALL THE ABSENT CLASS

11:43:56  1    MEMBERS WHO ARE GOING TO BENEFIT FROM THE LEADERSHIP YOUR HONOR

11:43:59  2    APPOINTS.

11:44:01  3        THIS IS THE LEADERSHIP THAT THEY WANT.  THIS IS THE

11:44:04  4    LEADERSHIP THAT I BELIEVE AND THAT 11, 12, 13 OF THE MOST

11:44:11  5    PRESTIGIOUS AND EXPERIENCED AND EFFECTIVE PLAINTIFF'S FIRMS IN

11:44:14  6    THE COUNTRY BELIEVE SHOULD BE APPOINTED TO HANDLE THIS CASE.

11:44:19  7        IN CLOSING, YOUR HONOR, I WILL JUST SAY ONE THING, I DON'T

11:44:22  8    NECESSARILY KNOW WHERE MY ROLE IN THIS CASE IS, I HOPE

11:44:26  9    YOUR HONOR SEES FIT TO PUT ME ON THE EXECUTIVE COMMITTEE.  AND

11:44:29  10   I JOIN WITH MS. KELLER WHEN I URGE YOU STRONGLY TO PUT ONE IN

11:44:34  11   PLACE TODAY.  BUT IF YOU DO NOT, I HAVE NO DOUBT THAT THE

11:44:39  12   LEADS, THE CO-LEADS THAT I URGE YOUR HONOR TO ADOPT, WILL

11:44:44  13   UTILIZE NOT JUST MY FIRM, BUT THE REST OF THE FIRMS HERE AND

11:44:49  14   ALL OF THE FIRMS WHO HAVE FILED CASES IN THIS CASE, FOR THE

11:44:54  15   BEST OUTCOME FOR THE CLASS MEMBERS, WHICH IS ALL ANY OF US CAN

11:44:59  16   EVER HOPE TO DO.

11:45:02  17       YOUR HONOR, DO YOU HAVE ANY FURTHER QUESTIONS?

11:45:03  18            THE COURT:  NO, THANK YOU VERY MUCH.

11:45:05  19            MR. WIDLANSKI:  I THINK THAT'S THE END.

11:45:06  20            THE COURT:  HAVE I GOT EVERYONE?  EXCELLENT.

11:45:08  21       ALL RIGHT.  I WOULD LIKE TO ADDRESS SOME QUESTIONS TO THE

11:45:19  22   FOUR PROPOSED GROUPS.  IT'S DIFFICULT FOR ME -- IT'S HARD FOR

11:45:36  23   ME TO FORMULATE QUESTIONS TO MS. RIVAS AND MR. RATHOD AND

11:45:41  24   MS. MCDONALD ON -- AGAINST THIS BIG TEAM.  THE IMBALANCE IS

11:45:48  25   PRETTY STARK, GIVEN THE WAY IT'S LAID OUT, BUT I GUESS MAYBE

11:45:54  1    LET HE HEAR SEPARATELY FROM EACH OF THE FOUR WHO WOULD LIKE TO

11:45:59  2    BE PART OF THE CO-LEAD TEAM AS TO WHAT YOU CAN -- WELL LET ME

11:46:09  3    BACK UP, ASSUMING THAT AT LEAST SOME OF THE THREE FIRMS THAT

11:46:14  4    WISH TO BE THE LEAD COUNSEL ARE ON A TEAM, WHAT COULD YOU ADD

11:46:21  5    IF YOU WERE PART OF THAT TEAM?  NOT THE NUMBER OF FIRMS THAT

11:46:27  6    WOULD BE ON IT BECAUSE IT COULD BE THOSE THREE PLUS TWO, TWO OF

11:46:31  7    THEM PLUS THREE, I'M NOT DECIDING THAT, I JUST WANT TO HEAR

11:46:35  8    FROM YOU WHAT YOU WOULD ADD TO THE CO-LEAD.

11:46:43  9        I'M ASSUMING THAT IF YOU WANT A ROLE IN THE LITIGATION

11:46:46  10   THAT THERE WILL BE ONE FOR YOU.  AND SOME OF YOU SAID YOU WOULD

11:46:50  11   BE WILLING, OTHERS SAID I WOULD HAVE TO THINK ABOUT WHAT THAT

11:46:54  12   ROLE IS.  YOUR FIRMS ARE BUSY, IT MIGHT NOT BE ENOUGH WORK TO

11:46:57  13   MAKE IT WORTH DEVOTING THE RESOURCES, SO I DON'T NEED THAT

11:47:02  14   COMMITMENT.  BUT YOU WANT TO BE CO-LEAD, AND I -- LET ME JUST

11:47:06  15   HEAR FOR A COUPLE MINUTES EACH AND THEN I WILL TURN BACK TO

11:47:09  16   MS. SHARP WITH SOME QUESTIONS THERE AS WELL.

11:47:11  17       SO I THINK IT WAS -- MS. MCDONALD, DID YOU START?

11:47:25  18           MS. MCDONALD:  THANK YOU, YOUR HONOR.

11:47:25  19       IS IT OKAY IF MY PARTNER COMES UP WITH ME AS WELL?

11:47:28  20           THE COURT:  YES, OF COURSE.  SORRY.

11:47:30  21           MS. MCDONALD:  NO PROBLEM.

11:47:32  22       I THINK YOUR QUESTION WAS, YOUR HONOR, WAS WHAT CAN WE

11:47:35  23    ADD, WHAT CAN I ADD, WHAT CAN MR. SCHWARTZ ADD, WHAT CAN MY

11:47:38  24    FIRM ADD?

11:47:38  25       I WILL GIVE YOU A COUPLE OF EXAMPLES.  WE CAN ADD TRIAL

| | |
|---|---|
| 11:47:42 | 1 |
| 11:47:45 | 2 |
| 11:47:49 | 3 |
| 11:47:52 | 4 |
| 11:47:54 | 5 |
| 11:47:58 | 6 |
| 11:48:02 | 7 |
| 11:48:06 | 8 |
| 11:48:10 | 9 |
| 11:48:12 | 10 |

1    SKILLS.  WE HAVE BOTH TRIED CASES -- EXCUSE ME -- I HAVE TRIED

2    CASES IN THE SOUTHERN DISTRICT OF CALIFORNIA AS A U.S.

3    ATTORNEY, AND FOR 15 YEARS OF MY CAREER WAS A PUBLIC SERVANT

4    BEFORE I CAME TO MY FIRM NOW.

5        MR. SCHWARTZ HAS TRIED CASES, AND SO WE WILL TRY THIS

6    CASE, IF NECESSARY, FROM TIP -- LITIGATE, I SHOULD SAY,

7    PROSECUTE THIS CASE FROM TIP TO TAIL, AND EVERY STEP OF THE WAY

8    THAT THAT ENTAILS.  SO WE CAN OFFER THAT TO THIS CASE AND TO

9    THESE CLASS MEMBERS, YOUR HONOR.

10        I WILL ALSO SAY WE WERE MOST RECENTLY, MY PARTNER

11    MR. SCHWARTZ WAS MOST RECENTLY APPOINTED, ALONG WITH MR. SEEGER

12    AT SEEGER WEISS AND TWO OTHER CO-LEADS TO THE CPAP MDL

13    LITIGATION.  AND THROUGHOUT ALL THE CO-LEAD RESPONSIBILITIES

14    THAT IS MR. SCHWARTZ HAD, HE PUT TOGETHER A TEAM THAT INCLUDED

15    ME, THAT WAS SPECIFICALLY -- WE LEAD TWO DIFFERENT TEAMS WITHIN

16    THAT MDL, WHICH WAS A LAW AND BRIEFING TEAM THAT ONE OF THE

17    RISING STARS FROM MY FIRM, ALEX SCHWARTZ, WAS A PART OF, AND

18    WITH MULTIPLE SETS OF MOTION PRACTICE, HE HELPED TO LEAD, ALONG

19    WITH THE OTHER MEMBERS OF FIRMS FROM THE CO-LEAD PARTY.

20        AND THEN I WAS VERY HONORED, AND YOU KNOW, HELPED TO LEAD

21    THE DISCOVERY TEAM, BOTH THE OFFENSIVE AND THE DEFENSIVE

22    DISCOVERY TEAMS, AGAIN ALONG WITH OUR CO-LEAD FIRMS.

23        SO WE HAVE A VAST AMOUNT OF EXPERTISE ESPECIALLY IN THOSE

24    TWO CATEGORIES WHICH ARE AMONG THE CATEGORIES THAT THE PROPOSED

25    SLATE HAS OFFERED.

11:49:14   1          THOSE WERE THE TWO THINGS I WANTED TO HIGHLIGHT.

11:49:16   2     MR. SCHWARTZ, I DON'T KNOW IF THERE'S ANYTHING ELSE.

11:49:19   3          MR. SCHWARTZ:  NOTHING OTHER THAN, AS I SAID BEFORE,

11:49:20   4     YOU PICK US, YOU GET US.  AND PART OF THE LEADERSHIP IN OTHER

11:49:27   5     CASES WAS EFFECTIVELY UTILIZING ALL THE TALENT.  IT WAS ON A

11:49:33   6     VERY LARGE PFC THAT JUDGE CONTI APPOINTED, BUT SHE DIDN'T TELL

11:49:37   7     US, THIS PERSON IS GOING TO DO THIS AND THAT PERSON IS GOING TO

11:49:40   8     DO THAT, AND I THINK IF YOUR HONOR APPOINTS THE RIGHT

11:49:42   9     LEADERSHIP, LEADERSHIP CAN EXERCISE THE RIGHT DISCRETION AND TO

11:49:46  10     FIGURE OUT HOW BEST TO LEVERAGE THIS TALENT THROUGHOUT THIS

11:49:49  11     COURTROOM, AS OPPOSED TO A SAYING ON DAY ONE, THIS PERSON IS

11:49:52  12     GOING TO DO THIS PIECE AND THAT PERSON IS GOING TO DO THAT

11:49:56  13     PIECE, BECAUSE THE REALITY IS THOSE DECISIONS HAVE TO BE MADE

11:50:00  14     WHO IS THE RIGHT PERSON AT THE RIGHT TIME WITH THE RIGHT

11:50:02  15     AVAILABILITY.

11:50:04  16          AND THAT'S WHY I'M A LITTLE SKEPTICAL THAT WE NEED TO HAVE

11:50:09  17     SPECIFIC PFC WITH ALL THESE SPECIFIC ROLES BECAUSE THE TALENTED

11:50:15  18     PEOPLE ARE GOING TO GET UTILIZED BY LEAD COUNSEL, SO I THINK

11:50:18  19     THAT GIVING LEAD COUNSEL DISCRETION HOW TO MANAGE THAT WILL

11:50:24  20     WORK BETTER.

11:50:25  21          AGAIN, IF YOUR HONOR PICKS THE RIGHT TEAM, THEN IT'S NOT

11:50:28  22     LIKE ANYONE IS GOING TO BE DISADVANTAGED BY IT, BUT IT JUST

11:50:32  23     MEANS THE CASE WILL RUN EASIER AND AVOID THE ISSUE THAT

11:50:34  24     YOUR HONOR IS CONCERNED ABOUT, THAT IF YOU HAVE TOO MANY COOKS

11:50:38  25     IN THE KITCHEN, IT SLOWS EVERYTHING DOWN.

```
11:50:41   1                  THE COURT:  THANK YOU.

11:50:42   2                  MS. RIVAS:  THANK YOU, YOUR HONOR.

11:50:45   3                  THE COURT:  MS. RIVAS.

11:50:49   4                  MS. RIVAS:  THANK YOU, YOUR HONOR.

11:50:51   5            HAVING LEAD MANY CLASS ACTION CASES, BEEN PART OF TEAMS, I

11:50:57   6      USUALLY SEE THERE ARE, LIKE, FIVE CATEGORIES IN A CLASS CASE

11:51:04   7      HOW YOU CAN DIVIDE IT UP.  THERE'S THE PLEADINGS, THERE'S

11:51:07   8      DISCOVERY, THERE'S CLASS CERTIFICATION, THERE'S EXPERT WORK,

11:51:13   9      THERE'S SETTLEMENT, GENERALLY WHAT HAPPENS A LOT OF TIMES IN

11:51:16  10      THESE CASES IS THERE IS A LEAD, ONE LEAD PERSON TAKES ONE OF

11:51:20  11      THOSE CATEGORIES.  AND IT WORKS PRETTY WELL, YOUR HONOR.

11:51:24  12            AND SO I'VE DONE ALL OF THOSE PHASES, ALL OF THOSE

11:51:30  13      CATEGORIES, I USED TO MANAGE IN MY PAST BEFORE JOINING GIBBS

11:51:35  14      MURA, I WAS ACTUALLY WITH THE GIRARD GIBBS GROUP AT THE TIME,

11:51:41  15      BUT AFTER THAT I MANAGED TWO OTHER LAW FIRMS, THEIR OFFICES, I

11:51:47  16      WAS IN CHARGE OF A CASE FROM BEGINNING TO END, I WAS IN CHARGE

11:51:51  17      OF MANAGING PEOPLE, THAT'S WHAT I DO IN MY CASES, AND I

11:51:57  18      COLLABORATE.

11:52:01  19            IN TERMS OF -- I THINK I'M USUALLY A GOOD CONSENSUS

11:52:05  20      BUILDER, I LIKE TO HEAR ALL SIDES AND MAKE A DECISION, YOU

11:52:10  21      KNOW, BECAUSE SO MANY PEOPLE ARE SO BRIGHT AND HAVE DIFFERENT

11:52:13  22      BACKGROUNDS AND PERSPECTIVES, AND SO I THINK I WOULD BRING THAT

11:52:17  23      TO THE TABLE AND I WOULD BE CAPABLE OF LEADING ANY OF THE

11:52:23  24      TEAMS, PLEADINGS, CLASS CERT, EXPERT, I CAN DO IT ALL,

11:52:27  25      YOUR HONOR.
```

```
11:52:29   1        AND I'M HAPPY TO WORK WITH WHOEVER YOUR HONOR WERE TO

11:52:35   2   SELECT.  I WOULD BE HONORED TO REPRESENT THE CLASS, AND I WOULD

11:52:40   3   ROLL UP MY SLEEVES AND WORK AS HARD AS ANYONE, ASSOCIATE, ANY

11:52:46   4   PARTNER ON THE CASE, YOUR HONOR.

11:52:47   5        AND UNLESS YOUR HONOR HAS ANY QUESTIONS, THAT'S WHAT I

11:52:52   6   WOULD ADD.

11:52:53   7             THE COURT:  THANK YOU.  THAT'S HELPFUL.  THANK YOU.

11:52:57   8        MR. RATHOD?

11:53:04   9             MR. RATHOD:  GOOD MORNING AGAIN, YOUR HONOR.

11:53:06  10        THE TWO POINTS THAT I WOULD JUST ADD WOULD BE THAT AS I

11:53:10  11   MENTIONED BEFORE, I PROVIDED THESE CASE MANAGEMENT SUGGESTIONS

11:53:15  12   TO YOU AND I THINK I PROVIDE JUST A DIFFERENT PERSPECTIVE IN

11:53:17  13   GENERAL.

11:53:18  14        I'M A NERD, MAYBE WE ARE ALL NERDS HERE, BUT I THINK THAT

11:53:21  15   CAME THROUGH IN MY SUBMISSIONS TO YOU, AND I WILL HELP CRAFT

11:53:29  16   BESPOKE SOLUTIONS FOR APPROACHING THIS UNIQUE CASE, THAT'S

11:53:33  17   NUMBER ONE.

11:53:33  18        NUMBER TWO IS MY FIRM HAS A STRONG COMMITMENT TO PUBLIC

11:53:37  19   INTEREST.  I MENTIONED SOME DIFFERENT CASES IN OUR PAPERS.  WE

11:53:41  20   HAVE BROUGHT CLASS ACTIONS FOR PRISONERS WHO WERE STARVING IN A

11:53:44  21   JAIL IN UPSTATE NEW YORK, TENANTS WHO HAVE PEST INFESTATIONS,

11:53:48  22   DETAINEES WHO GET SLAPPED WITH AN ANKLE MONITOR BY A PRIVATE

11:53:53  23   COMPANY AND ARE DECEIVED ABOUT WHAT THAT IS AND THAT THEY ARE

11:53:57  24   NOT ICE.

11:53:58  25        WITH THAT COMMITMENT TO PUBLIC INTEREST AND THE PEOPLE
```

```
11:54:01   1    FROM DIFFERENT WALKS OF LIFE YOU INTERACT WITH, I THINK YOU
11:54:04   2    FORM A DIFFERENT PERCEPTION OF CLASS ACTION LITIGATION AND THE
11:54:09   3    IMPACT IT CAN HAVE ON EVERYDAY PEOPLES' LIVES.  MANY OF THE
11:54:14   4    CONTENT CREATORS, THEY USE THEIR WORK AS SUPPLEMENTAL INCOME
11:54:18   5    FOR THEIR DAY JOB, AND THIS IS CRITICAL MONEY FOR THEIR LIVES,
11:54:25   6    AND I THINK BRINGING THAT PUBLIC INTEREST PERSPECTIVE IS AN
11:54:29   7    IMPORTANT INGREDIENT.
11:54:31   8              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
11:54:33   9         LET ME NOW CIRCLE BACK TO OUR TEAM, MS. SHARP,
11:54:35   10   MS. CABRASER, AND MS. NISHIMURA, YOU ARE WELCOME TO ALL COME UP
11:54:39   11   OR JUST DELEGATE TO SOME.
11:54:49   12        MS. SHARP, I THINK MY FIRST QUESTION FOR YOU IS IN LOOKING
11:54:53   13   AT THE EXECUTIVE COMMITTEE, IT LOOKS AS THOUGH YOU'VE GOT MORE
11:55:01   14   THAN ONE FIRM FOR EACH OF WHAT I -- THE FOUR PRIMARY TASKS.
11:55:07   15        I'VE GOT TWO LIAISON, I'M GOING TO PUT THOSE ASIDE.  THE
11:55:11   16   CRITICAL, CRITICAL ROLES, BUT I THINK THAT'S A LITTLE BIT
11:55:14   17   DIFFERENT.  IT SEEMS TO ME THAT I ONLY NEED ONE FIRM FOR EACH
11:55:22   18   OF THOSE TASKS.  IF THEY NEED TO PARTNER WITH SOMEONE ELSE,
11:55:26   19   THAT'S FINE, BUT I JUST THINK THAT THIS LOOKS TOO BLOATED AT
11:55:32   20   THIS POINT AND I WANTED TO HEAR YOUR REACTION TO THAT.
11:55:36   21             MS. SHARP:  WE APPRECIATE THAT, YOUR HONOR.
11:55:38   22        THANK YOU FOR ENGAGING ON WHAT WE LIKE TO THINK OF AS KIND
11:55:41   23    OF AN ORGANIZATIONAL CHART FOR THE CASE.  WE UNDERSTAND
11:55:45   24    YOUR HONOR'S PERSPECTIVE, WE PLAYED WITH A VERSION OF THIS
11:55:48   25    CHART THAT HAD A LOT MORE CELLS, BECAUSE AS YOUR HONOR KNOWS,
```

11:55:53    1    EXPERT DISCOVERY IS A BIG DEAL BECAUSE IT GOES BOTH WAYS.

11:55:57    2         FOR EXAMPLE, WE IDENTIFIED BOTH DEFENSIVE AND OFFENSIVE

11:56:00    3    DISCOVERY BECAUSE BOTH ARE SO IMPORTANT.

11:56:03    4         THE COURT:  YES.

11:56:03    5         MS. SHARP:  LAW AND BRIEFING IS GOING TO BE A VERY

11:56:06    6    SIGNIFICANT JOB IN THIS CASE.

11:56:09    7         SO WE DON'T DISAGREE, YOUR HONOR, THAT HAVING ONE FIRM IN

11:56:13    8    EACH OF THOSE ROLES MAY HAVE SOME APPEAL, IN TERMS OF THE

11:56:18    9    NUMBERS, WE ALSO UNDERSTAND THAT THESE ARE ALL LARGE JOBS, AND

11:56:23   10    AGAIN, THE FIRMS THAT WOULD SERVE ON THE EXECUTIVE COMMITTEE,

11:56:27   11    SHOULD THE COURT DEEM THAT APPROPRIATE, AND WE DO ECHO THE

11:56:32   12    COMMENTS OF OUR COLLEAGUES, NOT JUST THAT IT'S IMPORTANT FOR US

11:56:36   13    TO HAVE THOSE FIRMS TO CALL UPON, BUT THAT THEY ARE IN PLACE,

11:56:39   14    THAT EVERYBODY IS IN UNIFORM AND NOT SITTING ON THE BENCH BY

11:56:42   15    THE TIME WE GET THE ORDER ON APPOINTMENT.

11:56:45   16         AGAIN, WHOMEVER THE COURT MAY APPOINT, FROM OUR

11:56:47   17    PERSPECTIVE WE WANT TO BE SPRING-LOADED, READY TO GO, WE HAVE A

11:56:51   18    CASE MANAGEMENT CONFERENCE SET FOR APRIL 17TH.

11:56:53   19         SO WE UNDERSTAND THE COURT'S PERSPECTIVE.  COURTS HAVE

11:56:56   20    GONE A LOT OF DIFFERENT WAYS ON THIS.  WE SEE TALENT IN EACH OF

11:56:59   21    THESE LAW FIRMS, WE HAVE TALKED TO THE FOLKS.  SO MY REACTION

11:57:02   22    IS THAT WE'VE, IN OUR JUDGMENT, GROUPED SOME OF THESE TOPICS A

11:57:07   23    BIT SO THAT WE DO HAVE A BIT OF THE FLEXIBILITY THAT SOME OF

11:57:10   24    THE OTHER COUNSEL HAVE TALKED ABOUT TODAY WHERE WE DON'T KNOW

11:57:14   25    EXACTLY WHERE THE MOST ACTION IS GOING TO BE AT ANY ONE POINT

| | | |
|---|---|---|
| 11:57:18 | 1 | IN THE CASE, SO WE WANT TO HAVE A LITTLE BIT OF FLEXIBILITY |
| 11:57:22 | 2 | WITH REGARD TO THAT. |
| 11:57:22 | 3 | THE COURT:  SO I THINK YOUR CATEGORIES MAKE SENSE. |
| 11:57:25 | 4 | MS. SHARP:  THANK YOU. |
| 11:57:26 | 5 | THE COURT:  AND I MEAN, I ABSOLUTELY AGREE THAT A |
| 11:57:29 | 6 | DEFENSIVE AND OFFENSIVE DISCOVERY TEAM MAKES SENSE, BUT I'M |
| 11:57:35 | 7 | HESITANT TO APPOINT THREE FIRMS TO OFFENSIVE DISCOVERY WHERE I |
| 11:57:41 | 8 | WOULD RATHER APPOINT THE CHAIR. |
| 11:57:44 | 9 | MS. SHARP:  UNDERSTOOD, YOUR HONOR. |
| 11:57:47 | 10 | THE COURT:  WHAT DOWN SIDE IS THERE TO LEADERSHIP IF |
| 11:57:49 | 11 | I WERE TO TRIM DOWN THE EXECUTIVE COMMITTEE? |
| 11:57:52 | 12 | MS. SHARP:  I WILL MAKE TWO POINTS. |
| 11:57:54 | 13 | THE FIRST IS THERE IS LESS DOWN SIDE FOR LEADERSHIP IF THE |
| 11:57:59 | 14 | OTHER FIRMS THAT HAVE RAISED THEIR HANDS, IF WE MAY DELEGATE TO |
| 11:58:04 | 15 | WORK WITH THEM IF NEEDED, ESPECIALLY WHEN THINGS GET INTENSE. |
| 11:58:07 | 16 | BUT TO STEP BACK FROM THAT, I THINK YOUR HONOR, SO MANY OF |
| 11:58:10 | 17 | MY COLLEAGUES, AND I MUST SAY THERE ARE A LOT OF COMPELLING |
| 11:58:14 | 18 | PRESENTATIONS FROM MANY, MANY FINE LAWYERS HERE TODAY, AND I |
| 11:58:17 | 19 | THINK THE POINT WAS SO WELL MADE BY MS. HONEYCUTT AND OTHERS, |
| 11:58:19 | 20 | WHICH IS THAT GETTING THAT ROLE AND HAVING A NAMED ROLE FROM A |
| 11:58:23 | 21 | COURT, IT PUTS YOU IN A DIFFERENT LEAGUE IN THIS PRACTICE. |
| 11:58:27 | 22 | THE COURT:  I KNOW THAT. |
| 11:58:28 | 23 | MS. SHARP:  I KNOW YOUR HONOR IS SENSITIVE TO IT, BUT |
| 11:58:30 | 24 | WE ARE TOO, AND WE ARE SENSITIVE TO THE FACT THAT YOU ARE |
| 11:58:34 | 25 | SEEING AND YOU ARE HEARING A LOT FROM ME, AND I KNOW YOU'VE |

11:58:38  1    HEARD TOO MUCH FROM ME OVER THE COURSE OF MY CAREER ALREADY,

11:58:41  2    BUT WE DO KNOW THERE ARE SEASONED LAWYERS HERE AND WE WANT TO

11:58:44  3    MAKE ROOM, WE DO.

11:58:46  4            THE COURT:  OKAY.  SO I -- I WANT A LEAD LAWYER FROM

11:58:51  5    EACH OF THESE FIRMS.  I WANT SOMEONE NAMED.  SO IF IT'S

11:58:57  6    MS. HONEYCUTT AND SHE GETS TO BE NAMED TO AN EXECUTIVE

11:59:01  7    COMMITTEE AND NOT JUST SAY "MY FIRM," THAT'S WHAT I THINK YOU

11:59:03  8    ARE TALKING ABOUT.  BUT I WANT -- THAT'S NOT WHY I'M DOING IT,

11:59:07  9    THAT'S WHAT YOUR FIRMS DO, I'M DOING IT BECAUSE I WANT SOMEONE

11:59:10  10   WHO IS ACCOUNTABLE.

11:59:12  11           MS. SHARP:  UNDERSTOOD.

11:59:12  12           THE COURT:  AND I WANT -- WHEN THAT PERSON IS

11:59:14  13   RECOMMENDED BY YOU, I WANT LEADERSHIP TO TELL ME YOU HAVE

11:59:20  14   CONFIDENCE IN THAT PERSON, AND THAT PERSON -- YOU ARE TELLING

11:59:24  15   ME THAT THAT PERSON'S FIRM HAS CONFIDENCE IN THAT INDIVIDUAL.

11:59:32  16       MS. HONEYCUTT AND MANY OF THE OTHERS ARE NOT GOING TO DO

11:59:36  17   IT ALONE, AND I THINK -- AND I'M GOING TO HAVE YOU DO THE SAME

11:59:40  18   THING FOR THE LEADERSHIP.

11:59:41  19           MS. SHARP:  UNDERSTOOD.

11:59:41  20           THE COURT:  I THINK PAYPAL BENEFITS FROM THAT.  I

11:59:44  21   THINK THEY HAVE GOT SOMEONE THAT THEY CAN CALL AND SAY, I KNOW

11:59:47  22   IT'S YOU BECAUSE YOU WERE APPOINTED, NOT LET ME -- YOU HAVE TO

11:59:52  23   GO THROUGH FIVE LEVELS OF MY PARTNERS.

11:59:54  24       SO THAT'S THE FIRST THING.

11:59:56  25           WHEN YOU APPOINT A CHAIR OF ONE OF THESE TEAMS, IT MAY NOT

12:00:00  1   BE A FOURTH YEAR ASSOCIATE, AND I WOULD EXPECT THAT IT WOULDN'T

12:00:04  2   BE.  SO I'M NOT SUGGESTING -- BUT MAYBE IT IS.

12:00:10  3        YOU KNOW, MS. KELLER SPOKE ARTICULATELY ABOUT HER ROLE AS

12:00:15  4   A YOUNG LAWYER TAKING ON A VERY BIG ROLE, SEEMED TO PAY OFF FOR

12:00:21  5   EVERYBODY.  SO THAT IS --

12:00:25  6        AND THE LAST THING I WANT TO ASK YOU, HOW IMPORTANT IS IT

12:00:30  7   THAT YOU HAVE AN ODD NUMBER OF PEOPLE ON YOUR LEADERSHIP TEAM?

12:00:35  8          MS. SHARP:  WELL WE THINK IT'S PRETTY IMPORTANT,

12:00:38  9   YOUR HONOR.  YOU'VE HEARD THE BENEFITS OF A LEAN CO-LEAD

12:00:44  10  STRUCTURE, I THINK THOSE WERE YOUR HONOR'S WORDS, TO THE POINT

12:00:47  11  THAT PAYPAL NEEDS TO KNOW WHERE TO GO AND TO WHOM TO TALK.

12:00:53  12       WE DON'T WANT MR. RUGANI TO MISS OUT ON THE FUN ANYMORE,

12:00:58  13  WE WANT HIM TO GET INVOLVED.  WE THINK THAT HAVING THAT ODD

12:01:01  14  NUMBER REALLY DOES FACILITATE EFFICIENCY AND STREAMLINING THE

12:01:05  15  DECISIONS.

12:01:05  16       I HAVE BEEN PART OF A NUMBER OF DIFFERENT CO-LEAD

12:01:08  17  CONFIGURATIONS IN JUUL WHICH WE TALKED ABOUT EARLIER, AND AS

12:01:11  18  MS. CABRASER SUGGESTED, A LIAISON ROLE CAN HELP WITH THAT, YOU

12:01:15  19  KNOW, WITH THE POINT OF COMMUNICATION.  BUT AT THE END OF THE

12:01:19  20  DAY, WE ARE -- WE CO-LEADS HAVE TO SIT DOWN AND MAKE THE HARD

12:01:24  21  DECISIONS, INCLUDING ON THINGS LIKE SETTLEMENT WHERE WE HOPE TO

12:01:27  22  HAVE THE BENEFIT OF MR. SEEGER'S SAGE INPUT.

12:01:31  23       TOO MANY COOKS IN THE KITCHEN IS TOO MANY.  AND FOR A

12:01:34  24  SINGLE-DEFENDANT CASE, OUR JUDGMENT HAS BEEN THAT THREE IS THE

12:01:38  25  MAGIC NUMBER.

| | | |
|---|---|---|
| 12:01:40 | 1 | WITH THAT SAID, WE UNDERSTAND THAT COURTS HAVE DONE |
| 12:01:43 | 2 | WHATEVER THEY THINK APPROPRIATE UNDER THE CIRCUMSTANCES.  I |
| 12:01:45 | 3 | HOPE THAT'S RESPONSIVE.  IT IS A SOFT SCIENCE. |
| 12:01:49 | 4 | THE COURT:  SURE.  WELL, THERE'S NO BOOK THAT SAYS |
| 12:01:54 | 5 | THIS IS THE NUMBER, AND JUDGES DO -- IT'S ALL OVER THE MAP. |
| 12:01:57 | 6 | MS. SHARP:  THAT'S RIGHT. |
| 12:01:58 | 7 | AND IF I MAY, YOUR HONOR, THE POINT THAT MATTERS MORE TO |
| 12:02:00 | 8 | ME ECHOES THE POINT MS. KELLER MADE WHICH IS -- AND THIS GOES |
| 12:02:04 | 9 | BEYOND THE CO-LEAD GROUP -- THIS IS A GROUP THAT IS WORKING |
| 12:02:07 | 10 | UNIQUELY AND EFFICIENTLY WELL TOGETHER. |
| 12:02:10 | 11 | I HAVE BEEN, AGAIN, PART OF ENOUGH LEADERSHIP PROCEEDINGS |
| 12:02:13 | 12 | TO KNOW A GROUP THAT'S WORKING WELL AND A GROUP THAT AUGERS |
| 12:02:17 | 13 | DYSFUNCTION AND THIS IS A GROUP THAT HAS WORKED FOR |
| 12:02:21 | 14 | EFFICIENTLY.  IT'S HARD TO GET ALL THE WORDS ONTO TEN PAGES TO |
| 12:02:23 | 15 | TRY TO CONVINCE YOUR HONOR TO APPOINT THAT MANY LAWYERS. |
| 12:02:26 | 16 | THE COURT:  THERE ARE 14 BRIEFS, THAT SEEMED LIKE A |
| 12:02:29 | 17 | LOT. |
| 12:02:30 | 18 | MS. SHARP:  THAT'S RIGHT, THAT'S RIGHT.  BUT WE DID |
| 12:02:31 | 19 | DO IT IN ONE BRIEF. |
| 12:02:32 | 20 | THE COURT:  YES. |
| 12:02:33 | 21 | MS. SHARP:  AT LEAST THE COHERENT IDEA, I HOPE. |
| 12:02:35 | 22 | AND IN ALL SERIOUSNESS, THERE ARE MANY CIRCUMSTANCES IN |
| 12:02:41 | 23 | WHICH IT'S HARD FOR US TO FIGURE OUT WHAT THE PATH IS THAT'S |
| 12:02:44 | 24 | GOING TO BE MOST PRODUCTIVE FOR THE CLASS.  AND HERE, I FEEL NO |
| 12:02:47 | 25 | FORTUNATE TO BE IN THE COMPANY OF MS. CABRASER AND |

```
12:02:50   1         MS. NISHIMURA, THESE ARE LAWYERS I HAVE ADMIRED FOR MANY YEARS.

12:02:54   2            SO FROM THAT PERSPECTIVE AND THAT CIRCUMSTANCE, I DON'T

12:02:57   3    WANT TO SAY IT'S LIGHTENING IN A BOTTLE, BUT IT IS A UNIQUE SET

12:03:00   4    OF CIRCUMSTANCES, AND THAT'S REALLY WHAT'S DRIVEN US TO BE

12:03:03   5    WHERE WE ARE RIGHT NOW.

12:03:04   6            THE COURT:  SO IF I SELECT YOUR -- ACTUALLY IN

12:03:08   7    ADVANCE OF IT, I'M GOING TO -- I WILL ASK YOU TO SUBMIT TO ME A

12:03:12   8    LIST OF THE CO-LEADS WITH ONE DESIGNATED PERSON PLUS FIRM

12:03:19   9    FOR -- AND FOR EACH OF THE EXECUTIVE COMMITTEE SPOTS, I WANT

12:03:23  10    TO -- YOU GAVE ME MANY NAMES AND THEY ARE ALL IMPRESSIVE

12:03:28  11    LAWYERS, BUT I THINK THE BEST STRUCTURE IS FOR THERE TO BE ONE

12:03:33  12    NAME AND NOT FOUR OR FIVE.

12:03:35  13            MS. SHARP:  UNDERSTOOD, YOUR HONOR.

12:03:36  14            AND MAY I MAKE ONE CLARIFICATION?  I WANT TO MAKE SURE WE

12:03:39  15    DO THIS RIGHT.  IS THE COURT AMENABLE TO US APPOINTING MORE

12:03:43  16    JUNIOR LAWYERS TO THOSE CHAIR ROLES AND TO THOSE CO-LEAD ROLES?

12:03:47  17            THE COURT:  ABSOLUTELY.

12:03:49  18            AND WHEN YOU GIVE ME THE NAMES, IT MAY INFLUENCE MY

12:03:52  19    DECISION ON SOMETHING ELSE, BUT I WANT -- YOU NEED TO MAKE THE

12:03:55  20    SELECTION AS TO WHO THAT APPOINTED INDIVIDUAL IS.

12:04:01  21            YOU KNOW, I KNOW THAT INTERNALLY, SHOULD ONE OF THESE

12:04:04  22    LAWYERS CHANGE LAW FIRMS, WE HAVE AN ISSUE, I KNOW THAT.  SO

12:04:08  23    IT'S EASIER TO APPOINT THE FIRMS.  BUT I DON'T KNOW, THAT'S

12:04:15  24    JUST LIFE.

12:04:15  25            MS. SHARP:  THAT'S JUST LIFE.  IN THE PROFESSION OF
```

12:04:19  1    LAW, WE LIKE TO SAY THE ASSETS HAVE FEET.

12:04:22  2              THE COURT:  RIGHT.

12:04:22  3              MS. SHARP:  AND SO THAT'S SOMETHING THAT WE HAVE TO

12:04:24  4    LIVE WITH, AND WE UNDERSTAND IF THAT'S THE COURT'S PREFERENCE,

12:04:26  5    WE ARE CERTAINLY WILLING TO DO THAT.

12:04:28  6              THE COURT:  SO THIS IS AN INTERIM APPOINTMENT OF A

12:04:30  7    LEADERSHIP TEAM AND EVERYONE UNDERSTANDS THAT.  AND MANY JUDGES

12:04:33  8    APPOINT THE TEAM FOR ONE YEAR TO BE REVIEWED.  I THINK THAT

12:04:37  9    MAKES SENSE.  THE HOPE IS THAT IT'S MOVING ALONG SWIMMINGLY,

12:04:43  10   BUT FOR JUST THIS ISSUE OF SOMEONE WHO CHANGES FIRMS AND IT'S

12:04:47  11   NOT WORKING OUT, IT GIVES ME THE OPPORTUNITY WITHOUT YOU

12:04:52  12   SAYING, WE ARE FAILING, TO REVIEW IT.  AND IT'S INTERIM UNTIL

12:04:59  13   WE HAVE CLASS CERTIFICATION, I PRESUME.

12:05:01  14             MS. SHARP:  ABSOLUTELY, AS IS PROVIDED FOR IN

12:05:05  15   RULE 23(G).  AND WE HAVE DONE THAT IN OTHER CASES.  I'M PLEASED

12:05:08  16   AND A LITTLE BIT EMBARRASSED TO REPORT THAT IN JUUL, AT ONE

12:05:11  17   POINT WE ALMOST FORGOT TO RESUBMIT OUR APPLICATION PAPERS

12:05:14  18   BECAUSE THINGS WERE GOING SO WELL.

12:05:16  19        AND SO WE DO APPRECIATE THAT, YOUR HONOR, AND THAT MAKES A

12:05:19  20   WHOLE LOT OF SENSE FROM OUR PERSPECTIVE.

12:05:20  21             THE COURT:  WELL, WE CAN SET A CASE MANAGEMENT

12:05:24  22   CONFERENCE WHICH IS A WAY TO REMIND EVERYBODY, THAT'S ALWAYS

12:05:28  23   EASY TO HANDLE.

12:05:30  24             MS. SHARP:  MAY I TOUCH ON A CASE MANAGEMENT,

12:05:32  25   YOUR HONOR, IS NOW A GOOD TIME?

12:05:33  1          THE COURT:  YES.

12:05:33  2          MS. SHARP:  MOSTLY BECAUSE I'M SO EXCITED TO THE GET

12:05:36  3    TO THE SUBSTANCE RATHER THAN TO THE LEADERSHIP PROCEEDINGS.

12:05:40  4          YOU KNOW MR. RATHOD HAS MADE A VERY INTERESTING PROPOSAL

12:05:45  5    ON PRIORITY CLAIMS, HE REFERENCED IN HIS PAPERS THE FACEBOOK

12:05:47  6    CASE, THAT WAS A JUDGE KOH CASE, AND I RECALL THAT ORDER VERY

12:05:51  7    WELL BECAUSE SHE ISSUED A VERY SIMILAR ORDER IN A CASE IN WHICH

12:05:54  8    I'M LEAD COUNSEL AND WE ARE PREPARING THAT CASE FOR TRIAL RIGHT

12:05:57  9    NOW, THAT'S THE XYREM CASE THAT'S BEFORE JUDGE SEEBORG, AND WE

12:06:01  10   FOUND THAT THAT PRIORITY CLAIM ORDER, WHILE VERY INTERESTING

12:06:04  11   FROM A CASE MANAGEMENT PERSPECTIVE, ACTUALLY CREATED SOME

12:06:11  12   STRANGE AND UNINTENDED CONSEQUENCES AS WE HAVE PROCEEDED

12:06:14  13   THROUGH THE LITIGATION.

12:06:15  14         FOR EXAMPLE, AS IT RELATES TO CLASS CERTIFICATION AND THE

12:06:19  15   LIKE AND AS WE ARE PREPARING FOR TRIAL, THERE IS A LITTLE BIT

12:06:22  16   OF UNCERTAINTY ABOUT WHAT HAPPENS TO THOSE CLAIMS AS WE ARE

12:06:26  17   TRYING WHAT OUGHT TO BE A DISPOSITIVE TRIAL FOR THE CLASS.

12:06:29  18         SO IN JUUL WHEN WE HAD A CHANCE TO TAKE A LOOK AT THAT,

12:06:33  19   AND I HAD THE BENEFIT OF HAVING WRESTLED WITH SOME OF THOSE

12:06:38  20   PRIORITY CLAIM ISSUES IN XYREM, AS MR. RATHOD MENTIONED, WE

12:06:41  21   WENT IN THAT CASE WITH A BELLWETHER APPROACH.

12:06:44  22         AND MS. CABRASER AND I HAD SUCH AN INTERESTING

12:06:47  23   CONVERSATION LAST NIGHT, SHE REMINDED ME IN THE MANUAL FOR

12:06:50  24   COMPLEX LITIGATION SECTION 22.315, REFERENCES THIS IDEA, IT

12:06:56  25   DOESN'T CALL THEM BELLWETHER CASES, IT CALLS THEM TEST CASES.

```
12:06:59   1            AND THE IDEA OF THAT IS WHAT WE DID IN JUUL IS WE SELECT A
12:07:03   2    STATE OR STATES, WE PRIORITIZE THE BRIEFING, WE PRIORITIZE THE
12:07:09   3    CROSS-CUTTING LEGAL ISSUES AS IT RELATES TO THE CASE, TO THE
12:07:13   4    COURT EARLY ON, WE HOPE THAT WE CAN REACH AGREEMENT WITH THE
12:07:16   5    DEFENSE ON WHAT THOSE BELLWETHER STATES ARE AND WE THROW A FEW
12:07:20   6    IN.
12:07:22   7            THE BENEFITS I HOPE ARE MANIFEST AND OBVIOUS, YOUR HONOR,
12:07:25   8    ONE IS NO 50 STATE CHART FOR YOUR HONOR.  ANOTHER IS NOT
12:07:29   9    500 PAGES OF BRIEFING ABOUT THE INTRICACIES OF MISSOURI
12:07:32  10    CONVERSION LAW, AND SO ON.
12:07:35  11            AND SO IF WE CAN PICK A HANDFUL OF BIG STATES, THIS IS A
12:07:38  12    BIG CASE, THERE ARE GOING TO BE A LOT OF CLAIMANTS PICK THOSE
12:07:43  13    AND BRIEF THOSE FIRST.  WHAT WE HAVE FOUND IS THROUGH A
12:08:13  14    COMBINATION OF BUNDLING AND CHOICE OF LAW ISSUES, WE CAN KNOCK
12:08:13  15    OUT A LOT OF THE TOUGHEST ISSUES.
12:08:13  16            AND IF THE PARTIES ARE WORKING COLLABORATIVELY AND WELL
12:08:13  17    AND IF OUR LAW AND BRIEFING COMMITTEE IS DOING WHAT THEY
12:08:13  18    SHOULD, WE CAN GET TOGETHER WITH THE DEFENDANTS AFTER WE HAVE
12:08:13  19    THE BENEFIT OF YOUR HONOR'S ORDER ON THE MOTION TO DISMISS AND
12:08:13  20    EVERYBODY CAN EITHER COME TO AGREEMENT OR WE CAN MAKE
12:08:13  21    INNOVATIVE CASE MANAGEMENT PROPOSALS TO YOUR HONOR TO GET THIS
12:08:13  22    CASE TO TRIAL AND WE CAN TRY A BELLWETHER CASE.
12:08:16  23            WE ARE DOING THAT IN THE GENERIC PRICE FIXING MDL RIGHT
12:08:19  24    NOW.  WE HAVE BELLWETHER CLASS CASES THAT WE ARE PREPARING FOR
12:08:23  25    TRIAL.  THAT IS EXACTLY WHAT WE WERE GOING TO DO IN JUUL, WE
```

| | |
|---|---|
| 12:08:26 | 1 |
| 12:08:30 | 2 |
| 12:08:33 | 3 |
| 12:08:38 | 4 |
| 12:08:41 | 5 |
| 12:08:44 | 6 |
| 12:08:47 | 7 |
| 12:08:48 | 8 |
| 12:08:53 | 9 |
| 12:08:56 | 10 |
| 12:08:58 | 11 |
| 12:08:59 | 12 |
| 12:09:02 | 13 |
| 12:09:05 | 14 |
| 12:09:07 | 15 |
| 12:09:10 | 16 |
| 12:09:13 | 17 |
| 12:09:17 | 18 |
| 12:09:21 | 19 |
| 12:09:25 | 20 |
| 12:09:29 | 21 |
| 12:09:32 | 22 |
| 12:09:35 | 23 |
| 12:09:40 | 24 |
| 12:09:42 | 25 |

HAD CERTIFIED A CALIFORNIA STATE CLASS AS WELL AS A FEDERAL

CLASS AND THAT WAS THE CASE THAT WE WERE PREPARING FOR TRIAL.

IT WORKS VERY WELL AND AS THE MANUAL FOR COMPLEX LIT SAYS,

IT ENABLES THE PARTIES AND THE COURT TO DETERMINE THE NATURE

AND THE STRENGTH OF THE CLAIMS, WHETHER THEY CAN BE FAIRLY

DEVELOPED AND LITIGATED ON A GROUP BASIS, WHAT RANGE OF VALUES

THE CASE MAY HAVE.

AND SO WE CAN LEARN A WHOLE LOT FROM THAT AND MAKE THE

CASE, WE HOPE, MORE MANAGEABLE FOR YOUR HONOR AND DO A LOT OF

THE HARD WORK OURSELVES WITH THE BENEFIT OF THE GUIDANCE WE GET

FROM THE COURT.

I KNOW I HAVE GONE ON A WHILE, IT'S CERTAINLY BEEN A LONG

DAY, THE LAST POINT I WANT TO MAKE ON CASE MANAGEMENT IS AN

IMPORTANT QUESTION YOUR HONOR ASKED ABOUT OPT-OUTS AND

INDIVIDUAL CASES.  WE HAVE A LOT OF EXPERIENCE WITH THAT IN THE

CLASS SETTING.

IN SOME OF MY CASES WHICH ARE PHARMACEUTICAL ANTITRUST

CASES, WE HAVE EXACTLY THAT SEVEN.  WE HAVE LARGE INSURERS THAT

HAVE VERY LARGE CLAIMS, WE ARE IN, AGAIN IN THE XYREM CASE IN

FRONT OF JUDGE SEEBORG, WE HAVE A WHOLE SLEW OF THEM AND WE

HAVE BEEN PREPARING THE CASE TOGETHER FOR TRIAL, AND AS IT

COMES TO A TRIAL MANAGEMENT QUESTION, WE WILL DECIDE EXACTLY

HOW THEY FIT IN, WHETHER THEY FIT IN, BUT THE DISCOVERY HAS

BEEN OVERLAPPING, WE HAVE BEEN COORDINATED.  AND TO THE EXTENT

THAT THEY ARE IN FEDERAL COURT, WE CAN REALLY DO A LOT OF WORK

```
12:09:45   1    TO COORDINATE WITH THEM, AND WE HOPE AGAIN REDUCE THE BURDEN ON

12:09:48   2    THE COURT.  AND TO THE EXTENT THEY ARE PENDING IN STATE COURT

12:09:51   3    OR OTHERWISE, WE HAVE FOUND THAT WE CAN COORDINATE WITH THEM IN

12:09:54   4    A WAY THAT WE HOPE BENEFITS THE COURT.  THE DEFENDANT WILL

12:09:58   5    USUALLY WANT US TO COORDINATE ON DISCOVERY BECAUSE THEY

12:10:01   6    GENERALLY WOULDN'T WANT THEIR CLIENTS TO BE DEPOSED MORE THAN

12:10:07   7    ONCE, AND SO WE DO HAVE EXPERIENCE WORKING ON THOSE DIFFICULT

12:10:10   8    ISSUES.

12:10:11   9        I WILL STOP NOW BECAUSE IT'S BEEN A LONG DAY.  I WOULD

12:10:14  10    LIKE TO INVITE INPUT, OBVIOUSLY IF THE COURT HAS ANY QUESTIONS

12:10:17  11    FOR ME.

12:10:17  12             THE COURT:  NO, NO QUESTIONS.

12:10:18  13         MS. CABRASER, ANY OTHER COMMENTS?

12:10:21  14           MS. SHARP:  THANK YOU VERY MUCH, YOUR HONOR.

12:10:21  15           THE COURT:  THANK YOU, MS. SHARP.

12:10:27  16           MS. CABRASER:  THANK YOU, YOUR HONOR.

12:10:28  17        WE WOULD APPRECIATE, AND I THINK THIS MAY BE THE DIRECTION

12:10:32  18    THAT THE COURT WAS CONSIDERING GOING INTO, HAVING AN EXECUTIVE

12:10:37  19    COMMITTEE POPULATED NOW BECAUSE THAT DOES GIVE US THE

12:10:42  20    ORGANIZATION CHART, AND IT'S A FUNCTIONAL ONE, AS WE HAVE

12:10:47  21    PROPOSED IT.  OBVIOUSLY THE SLOTS ARE UP TO YOUR HONOR, BUT

12:10:50  22    FORM FOLLOWS FUNCTION, AND WE KNOW IN THIS DISTRICT, COURTS

12:10:54  23    LIKE BRIEF SCHEDULES, AND THAT IS DESIGNED TO LET EVERYONE KNOW

12:11:00  24    EXACTLY WHAT THEIR RESPONSIBILITY IS UNDER THE LEADERSHIP,

12:11:05  25    HOWEVER YOUR HONOR SETS IT UP, SO WE CAN HIT THE GROUND
```

12:11:09  1    RUNNING.

12:11:11  2         AND AS MS. SHARP SAID, WE HAVE BEEN THINKING A LOT ABOUT

12:11:15  3    THAT, WE HAVE BEEN THINKING A LOT ABOUT HOW TO STRUCTURE THE

12:11:18  4    CASE, THERE WILL BE MORE TO COME FOR THE CASE MANAGEMENT

12:11:20  5    CONFERENCE.  WE OBVIOUSLY DO WANT TO START TALKING TO PAYPAL

12:11:23  6    COUNSEL AND SEE HOW MUCH OF THIS WE CAN AGREE ON, BUT THAT

12:11:27  7    WOULD BE VERY HELPFUL TO US.

12:11:30  8         THIS IS AN INTERIM APPOINTMENT, AND THE ONE-YEAR RENEWABLE

12:11:35  9    APPOINTMENT HAS BECOME VERY MUCH IN VOGUE RECENTLY, FOR SOME OF

12:11:39  10   THE REASONS THAT YOU ARTICULATE, AND IT MAKES SURE THAT NO ONE

12:11:44  11   WANDERS OFF.  IF SOMEONE HAS THE RESPONSIBILITY, IF THEIR FIRM

12:11:47  12   HAS THE RESPONSIBILITY TO DO THE WORK AS DESIGNATED, THEY DO

12:11:50  13   THE WORK.

12:11:53  14        I SPENT MANY YEARS HERDING CATS, WHICH IS ALL LEAD COUNSEL

12:11:58  15   OR CO-LEAD COUNSEL DOES SOME DAYS.  WE HAVE VERY GOOD CAT

12:12:04  16   HERDERS HERE, AS YOU HAVE SEEN, MOST OF THE CATS ARE IN A

12:12:07  17   REMARKABLE DEGREE OF ORGANIZATION AND I THINK PUTTING THAT

12:12:10  18   ORGANIZATION IN PLACE SPECIFICALLY ON AN INTERIM BASIS WILL

12:12:13  19   HELP US, HELP THE COURT AND HELP US, TOGETHER WITH PAYPAL, DO

12:12:19  20   WHAT WE ALL WANT TO DO WHICH IS FOLLOW RULE ONE AND GET THIS

12:12:24  21   CASE DEVELOPED AS EFFICIENTLY AND FAIRLY AND ECONOMICALLY AS WE

12:12:28  22   POSSIBLY CAN.

12:12:30  23        THANK YOU.

12:12:30  24            THE COURT:  THANK YOU.

12:12:31  25        MS. NISHIMURA?

| | |
|---|---|
| 12:12:32 | 1 |
| 12:12:35 | 2 |
| 12:12:36 | 3 |
| 12:12:38 | 4 |
| 12:12:40 | 5 |
| 12:12:43 | 6 |
| 12:12:47 | 7 |
| 12:12:51 | 8 |
| 12:12:54 | 9 |
| 12:12:58 | 10 |
| 12:13:02 | 11 |
| 12:13:05 | 12 |
| 12:13:10 | 13 |
| 12:13:15 | 14 |
| 12:13:18 | 15 |
| 12:13:23 | 16 |
| 12:13:28 | 17 |
| 12:13:37 | 18 |
| 12:13:38 | 19 |
| 12:13:44 | 20 |
| 12:13:49 | 21 |
| 12:13:51 | 22 |
| 12:14:00 | 23 |
| 12:14:05 | 24 |
| 12:14:09 | 25 |

1    MS. NISHIMURA:  NO, I HAVE NO FURTHER COMMENTS.

2    THE COURT:  THANK YOU.

3    MS. SHARP, DID YOU HAVE ANYTHING?

4    MS. SHARP:  NO.  THANK YOU.

5    THE COURT:  WELL IT'S BEEN QUITE A MORNING.  AND I

6 WANT TO THANK ALL OF YOU FOR NOT ONLY THE TIME, BUT THE TRAVEL

7 THAT MOST OF YOU HAD TO ENDURE, I THINK IT WAS SNOWING IN SOME

8 PARTS OF THE COUNTRY THAT YOU CAME FROM, SO IT'S ALWAYS

9 DIFFICULT.

10    WHEN I TOLD THE SANTA CLARA LAW STUDENTS THAT THIS WAS THE

11 FINEST GROUP OF ATTORNEYS THAT THEY WOULD SEE FROM THE

12 PLAINTIFF'S CLASS ACTION BAR, I WASN'T EMBELLISHING THAT AT

13 ALL, SO EACH AND EVERY ONE OF YOU IS CERTAINLY CAPABLE, ALONG

14 WITH YOUR FIRMS, OF LEADING THIS CASE.

15    I AM GOING TO ADOPT THE SILVA SLATE THAT HAS BEEN OFFERED

16 AND APPOINT THE TEAM TO BE IDENTIFIED BY INDIVIDUALS, SO THERE

17 NEEDS TO BE A MODIFICATION OF THAT.  I'M NOT ADDING ANYONE TO

18 IT.

19    I RESPECT AND APPRECIATE THE ROLES AND THE LEADERSHIP THAT

20 MS. MCDONALD AND MR. SCHWARTZ AND MS. RIVAS AND MR. RATHOD HAVE

21 BEEN OFFERING, AND I KNOW YOU PROVIDE THAT IN MANY, MANY OTHER

22 CASES, BUT I THINK THAT THE CONSENSUS AND THE SHARED STRATEGY

23 ON THE CASE THAT THIS TEAM HAS DEMONSTRATED IS OF THE UTMOST

24 IMPORTANCE FOR THE COURT IN SEEING THE CASE MOVE FORWARD AS

25 BEST IT CAN.

```
12:14:13   1        I WILL PREPARE AN ORDER.  I'M GOING TO WAIT FOR THE

12:14:16   2   DESIGNATION, SOME OF THESE FIRMS MAY WANT TO JUST TOUCH BASE

12:14:21   3   AGAIN WITH WHO THEY ARE GOING TO IDENTIFY.

12:14:24   4        MS. SHARP, I WILL APPOINT AN INDIVIDUAL PLUS THEIR FIRM,

12:14:29   5   THAT'S HOW I'M GOING TO DO IT.  I DON'T WANT -- I THINK THAT'S

12:14:32   6   GOING TO HELP YOU AND I THINK THAT BRIDGES, BUT I WANT AN

12:14:37   7   ACCOUNTABLE INDIVIDUAL.

12:14:38   8             MS. SHARP:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

12:14:39   9             THE COURT:  AND YOU DON'T HAVE ANY OBJECTION TO THAT?

12:14:41  10             MS. SHARP:  OF COURSE NOT, YOUR HONOR.  THANK YOU.

12:14:43  11             THE COURT:  ALL RIGHT.

12:14:43  12        AND THERE IS GOING TO BE A CHAIR, I THINK YOU'VE ALREADY

12:14:46  13   DESIGNATED IT, FOR EACH OF THESE FOUR AREAS.

12:14:49  14             MS. SHARP:  YES, YOUR HONOR.

12:14:49  15             THE COURT:  ALL RIGHT.

12:14:50  16        AND THE CREATOR LIAISON AND THE SETTLEMENT LIAISON WERE

12:14:55  17   IDENTIFIED, I THINK MR. ELLZEY SAID HE WAS INDIVIDUALLY GOING

12:14:59  18   TO BE THAT PERSON FOR CREATORS?

12:15:03  19             MS. SHARP:  I BELIEVE SO.

12:15:06  20             MR. ELLZEY:  WELL YOUR HONOR, I CAN BE NAMED, BUT I

12:15:08  21   WOULD LIKE MY FIRM SINCE IT INCLUDES --

12:15:09  22             THE COURT:  YES, I'M GOING TO INCLUDE THE FIRMS, THEN

12:15:12  23   YOU WILL TALK TO MS. SHARP ABOUT THAT.  YOU MADE SUCH A GOOD

12:15:16  24   PRESENTATION, I JUST ASSUMED IT WAS YOU.

12:15:18  25             MR. ELLZEY:  LET'S JUST SAY IT IS.
```

12:15:21  1          THE COURT:  ALL RIGHT.

12:15:22  2      MS. SHARP, MY ORDER IS FAIRLY PERFUNCTORY, AS I'VE LOOKED

12:15:28  3  AT OTHER ORDERS, I MEAN, IT'S REALLY JUST IDENTIFYING IT.

12:15:32  4      SO WHEN YOU SEND ME THAT LIST, IF IT'S NOT UNTIL NEXT

12:15:34  5  WEEK, YOU HAVE A LOT OF PEOPLE TO COMMUNICATE WITH, I'M NOT IN

12:15:36  6  A HURRY.

12:15:37  7      LET ME JUST FOLLOW UP.  I NEED A CONSOLIDATED CLASS ACTION

12:15:41  8  COMPLAINT.  I BELIEVE IN YOUR PAPERS, YOU HAD INDICATED THAT

12:15:44  9  WOULD BE 45 DAYS FROM NOW.  IS THAT STILL YOUR VIEW?

12:15:47  10          MS. SHARP:  YES, YOUR HONOR.

12:15:48  11      WE WOULD APPRECIATE ENTRY OF A CASE SCHEDULE.  45 DAYS, I

12:15:54  12  THINK WILL BE SUITABLE UNLESS -- YES, I'M GETTING THUMBS UP

12:15:58  13  FROM EVERYWHERE.  YES, THAT IS FANTASTIC.  AND WE DO HAVE A

12:16:01  14  CASE MANAGEMENT CONFERENCE SET AS WELL.

12:16:04  15          THE COURT:  SO THAT'S MY NEXT QUESTION.

12:16:05  16      THE 45 DAYS WILL NOT HAVE RUN BY THE TIME WE HAVE A CASE

12:16:08  17  MANAGEMENT CONFERENCE.  SO I'M GLAD TO DO IT, BUT I DON'T KNOW

12:16:12  18  THAT IT MAKES SENSE FOR PAYPAL, BEFORE THEY CAN SEE A

12:16:16  19  COMPLAINT, FOR US TO HAVE A CASE MANAGEMENT CONFERENCE.

12:16:19  20          MS. SHARP:  WELL YOUR HONOR, IF I MAY ASK ABOUT

12:16:21  21  DISCOVERY, BECAUSE --

12:16:23  22          THE COURT:  OH, YOU WANT YOUR RULE 26.

12:16:26  23          MS. SHARP:  WE DO, WE DO.  AND WE WOULD LOVE TO GET

12:16:28  24  THE SHOW ON THE ROAD.

12:16:29  25      AND THE WAY WE SEE IT, AS I PENCIL IT OUT, THE 17TH IS

12:16:33  1     FOUR WEEKS FROM TODAY.  AND IF WE HAVE AN APPOINTMENT ORDER

12:16:36  2     NEXT WEEK, WE CAN BEGIN THE 26(F) CONFERENCE WITH PAYPAL AND

12:16:40  3     THAT SUBMISSION THAT WE MAKE ON APRIL 10TH COULD BE THE 26(F)

12:16:44  4     REPORT OR AT LEAST THE FIRST PART OF IT, BECAUSE AS YOUR HONOR

12:16:47  5     KNOWS, WE ARE CHOMPING ON THE BIT HERE.

12:16:51  6              THE COURT:  I KNOW YOU ARE.

12:16:53  7         I WANT TO HEAR FROM PAYPAL, THIS IS SOMETHING YOU DO GET

12:16:55  8     TO SPEAK TO.

12:16:56  9              MR. RUGANI:  THANK YOU, YOUR HONOR.

12:16:58  10        WE ARE HAPPY TO FOLLOW YOUR HONOR'S LEAD IN TERMS OF HOW

12:17:01  11    THE CASE WOULD PROCEED.  WE DO THINK IT WOULD BE MOST EFFICIENT

12:17:04  12    TO HAVE A CONSOLIDATED COMPLAINT IN HAND SO THAT WHEN WE HAVE

12:17:08  13    THE DISCUSSIONS ABOUT DISCOVERY, WE UNDERSTAND EXACTLY WHAT

12:17:10  14    THEY PROPOSE TO BE IN AND OUT OF THE CASE.

12:17:12  15        WE HAVE SEEN A LOT OF DIFFERENT CLAIMS THAT HAVE BEEN

12:17:15  16    THROWN AROUND ACROSS THE INDIVIDUAL CASES, A LOT OF DIFFERENT

12:17:18  17    ANGLES THAT THE DIFFERENT PLAINTIFFS HAVE TRIED TO TAKE TO

12:17:20  18    PLEADING THEIR CLAIMS, AND WE DON'T KNOW EXACTLY WHAT THAT'S

12:17:23  19    GOING TO LOOK LIKE UNTIL WE GET THE CONSOLIDATED COMPLAINT IN

12:17:27  20    HAND.

12:17:27  21        AND I THINK IN THE GRAND SCHEME OF THINGS, IT'S A

12:17:30  22    DIFFERENCE OF A FEW WEEKS, ALL TOLD, IN WHAT IS LIKELY TO BE A

12:17:33  23    LONG CASE, MINDFUL THAT WE ARE GOING TO LITIGATE IT

12:17:36  24    EFFICIENTLY, BUT IT'S NOT A CASE THAT'S GOING TO RESOLVE ITSELF

12:17:38  25    BY THE END OF THE YEAR.

12:17:39  1        SO I THINK HAVING AN ORDERLY PROCESS WHERE WE GET A

12:17:43  2    CONSOLIDATED COMPLAINT, HAVE TIME TO PROCESS THAT, HAVE TIME TO

12:17:46  3    CONFER WITH THE OTHER SIDE AND THEN LEAD INTO A CASE MANAGEMENT

12:17:49  4    CONFERENCE WITH YOUR HONOR WOULD BE PREFERABLE FROM OUR POINT

12:17:52  5    OF VIEW.

12:17:52  6        THE COURT:  SO MS. SHARP, UNDER THIS SCHEDULE IF WE

12:17:55  7    START THE 45 DAYS FROM TODAY, YOU WOULD BE FILING ON ABOUT

12:17:59  8    MAY 1ST.

12:18:01  9        MS. SHARP:  TERRIFIC.

12:18:02 10        AND FOR WHAT IT'S WORTH, SINCE IT IS IN MY DNA,

12:18:05 11    YOUR HONOR, I HAVE TO MAKE THE ARGUMENT THAT WE UNDERSTAND

12:18:07 12    COUNSEL'S POINT ABOUT NOT HAVING THE PERFECT PARAMETERS OF THE

12:18:11 13    CONSOLIDATED COMPLAINT, YOUR HONOR DOES HAVE A LOT OF

12:18:15 14    COMPLAINTS IN FRONT OF YOU --

12:18:16 15        THE COURT:  I SURE DO.

12:18:17 16        MS. SHARP:  -- AND PERHAPS THE CLAIMS ARE A BIT

12:18:19 17    DIFFERENCE, THE SUBSTANCE IS THE SAME.  AS I SAID, YOUR HONOR

12:18:21 18    ARTICULATED TO THE LAW STUDENTS BETTER THAN MANY OF US COULD

12:18:25 19    WHAT THE CASE IS ABOUT, THERE IS NOT A LOT OF MYSTERY.  IF WE

12:18:28 20    DO THE 26(F) CONFERENCE, WE CAN DO EARLY REQUEST FOR PRODUCTION

12:18:32 21    UNDER RULE 26(B) AND OF COURSE PAYPAL WILL HAVE THE TIME TO

12:18:37 22    TAKE A LOOK AT THOSE.

12:18:38 23        AS I SAID TO YOUR HONOR, WE ARE ALWAYS IN A RUSH BECAUSE

12:18:41 24    WE ARE THE PLAINTIFFS, BUT IN THIS CASE, GETTING THOSE

12:18:43 25    PRESERVATION SUBPOENAS OUT TO ALL OF THOSE NONPARTIES REALLY IS

12:18:46  1    IMPORTANT TO US AND WE WOULD APPRECIATE THE ABILITY TO GET THAT

12:18:49  2    SHOW ON THE ROAD, UNDERSTANDING THAT WE MAY NEED TO SEQUENCE

12:18:53  3    THE DISCOVERY OF IT OTHERWISE.

12:18:55  4          THE COURT:  ALL RIGHT.  LET'S KEEP THE CASE

12:18:56  5    MANAGEMENT CONFERENCE ON FOR APRIL 17TH.

12:19:00  6          AT YOUR RULE 26 CONFERENCE, I THINK YOU NEED TO DISCUSS

12:19:03  7    DISCOVERY IN THE FIRST MONTH BEFORE PAYPAL EVEN SEES THE

12:19:07  8    CONSOLIDATED COMPLAINT, BECAUSE THERE MAY BE THIRD PARTIES YOU

12:19:12  9    WANT TO DEAL WITH, PAYPAL MAY OR MAY NOT HAVE ANY OBJECTION TO

12:19:15 10    THAT, OTHER THINGS THAT THEY DON'T WANT TO BE OVERWHELMED BY

12:19:20 11    BEFORE THEY EVEN KNOW THE PARAMETERS OF THE COMPLAINT, I THINK

12:19:22 12    WOULD BE HELPFUL.  YOU CAN ALSO WORK IT BY PROPOUNDING THE

12:19:26 13    DISCOVERY AND GIVING GENEROUS EXTENSIONS TO ACCOMMODATE THAT.

12:19:30 14    I EXPECT THAT THAT'S WHAT YOU WILL DO.

12:19:32 15          MS. SHARP:  OF COURSE, YOUR HONOR.

12:19:32 16          THE COURT:  ALL RIGHT.

12:19:33 17          OKAY.  SO I WILL SEE YOU ON THE 17TH.  TYPICALLY WHAT I

12:19:39 18    HAVE DONE IN THESE CASES WHERE THERE'S SO MANY ATTORNEYS, I

12:19:44 19    DON'T EXPECT THE ENTIRE EXECUTIVE COMMITTEE TO TRAVEL, AND IN

12:19:46 20    FACT, I GENERALLY DO MY CASE MANAGEMENT ON ZOOM, BUT NOT IN

12:19:52 21    THESE BIG CASES, WE HAVE TO TALK ABOUT IT.

12:19:57 22          SO I CAN DO A HYBRID OF HAVING A TELEPHONE LINE OPEN FOR

12:20:04 23    ATTORNEYS WHO WOULD LIKE TO LISTEN, AND THEN THE QUESTION IS

12:20:09 24    WOULD THE LEADERSHIP TEAM WANT TO BE IN PERSON FOR THAT CASE

12:20:14 25    MANAGEMENT CONFERENCE OR NOT?

| | | |
|---|---|---|
| 12:20:17 | 1 | MS. SHARP:  AS THE COURT PREFERS.  WE ARE HAPPY TO BE |
| 12:20:21 | 2 | IN COURT THESE DAYS, WE ARE HAPPY TO BE BACK.  I KNOW THAT SOME |
| 12:20:24 | 3 | OF US MAY HAVE A CONFLICT OR TWO ON THE 17TH, SO YOU MAY NOT |
| 12:20:28 | 4 | HAVE THE FULL COMPLEMENT OF THE CO-LEADS BUT WE WOULD |
| 12:20:34 | 5 | ABSOLUTELY APPRECIATE THE OPPORTUNITY TO BE HERE IN PERSON. |
| 12:20:37 | 6 | BUT AS THE COURT PREFERS, WE FOUND ALL OF IT TO BE EFFICIENT. |
| 12:20:41 | 7 | THE COURT:  OKAY. |
| 12:20:42 | 8 | TIFFANY, HOW MANY CASE MANAGEMENTS DO I HAVE ON THE 17TH? |
| 12:20:47 | 9 | THE CLERK:  FOUR, YOUR HONOR. |
| 12:20:48 | 10 | THE COURT:  OH, THAT'S BUSY, THAT'S NOT GOING TO BE |
| 12:20:50 | 11 | THE BEST DAY. |
| 12:20:50 | 12 | MR. RUGANI:  AND YOUR HONOR, I WILL RAISE A |
| 12:20:52 | 13 | SCHEDULING ISSUE WHICH IS OUR LEAD COUNSEL IS CURRENTLY |
| 12:20:54 | 14 | SCHEDULED TO BE OUT OF THE COUNTRY ON APRIL 17TH.  TO THE |
| 12:20:56 | 15 | EXTENT YOU WERE GOING TO CONDUCT IT BY VIDEO, I THINK HE WAS |
| 12:20:59 | 16 | GOING TO MAKE HIMSELF AVAILABLE FOR THAT, BUT I THINK WE WOULD |
| 12:21:03 | 17 | APPRECIATE THE OPPORTUNITY TO BE IN PERSON. |
| 12:21:05 | 18 | I THINK THESE CONVERSATIONS CAN HAPPEN WELL IF THEY ARE IN |
| 12:21:05 | 19 | PERSON, AND SO IF THERE'S A LITTLE BIT OF SCHEDULING |
| 12:21:08 | 20 | FLEXIBILITY AROUND THE 17TH, THAT MIGHT BE HELPFUL TO ALLOW US |
| 12:21:11 | 21 | TO BE HERE AND BE PRESENT. |
| 12:21:13 | 22 | THE COURT:  TIFFANY, WHAT DOES THE 24TH LOOK LIKE? |
| 12:21:16 | 23 | THE CLERK:  THE 24TH, YOUR HONOR, YOU HAVE TWO |
| 12:21:17 | 24 | CONFERENCES. |
| 12:21:18 | 25 | THE COURT:  AND HOW MANY MOTIONS? |

| | | |
|---|---|---|
| 12:21:21 | 1 | THE CLERK:  YOU CURRENTLY HAVE TWO MOTIONS TO DISMISS |
| 12:21:26 | 2 | IN THE SAME CASE AND YOU HAVE A POSSIBLE SUMMARY JUDGEMENT |
| 12:21:30 | 3 | MOTIONS. |
| 12:21:36 | 4 | THE COURT:  CAN WE MOVE THIS ONE WEEK TO THE 24TH? |
| 12:21:40 | 5 | MS. SHARP:  I'M GETTING NODS.  YES. |
| 12:21:42 | 6 | THANK YOU, YOUR HONOR. |
| 12:21:42 | 7 | MR. RUGANI:  I BELIEVE THAT WILL WORK FOR US, |
| 12:21:44 | 8 | YOUR HONOR. |
| 12:21:46 | 9 | THE COURT:  OKAY. |
| 12:21:46 | 10 | SO ALL RIGHT.  I'M GOING TO RESET THE CASE MANAGEMENT |
| 12:21:50 | 11 | CONFERENCE TO APRIL 24TH.  I AM GOING TO DO IT IN PERSON, AND |
| 12:21:56 | 12 | WE WILL MAKE A -- WE DON'T DO THE VIDEO BECAUSE THE CAMERAS ARE |
| 12:22:01 | 13 | WEIRD IN THE COURTROOM, SO YOU WILL BE LISTENING, BUT I'M |
| 12:22:05 | 14 | NOT -- YOU ARE ALL WELCOME TO TRAVEL, BUT WHAT YOU ARE CHARGING |
| 12:22:10 | 15 | FOR THIS MORNING IS MORE THAN I EARN IN A YEAR, SO WE ARE NOT |
| 12:22:13 | 16 | GOING TO DO THAT AGAIN.  SO WE WILL DO IT THAT WAY, BUT ANY OF |
| 12:22:18 | 17 | YOU WHO WISHES TO BE HERE, AND MS. SHARP, YOUR LEADERSHIP TEAM |
| 12:22:22 | 18 | WILL DECIDE WHO YOU NEED TO HAVE HERE. |
| 12:22:24 | 19 | MS. SHARP:  CORRECT. |
| 12:22:24 | 20 | THE COURT:  SO THAT WILL BE ON YOU.  AND IF THERE'S |
| 12:22:27 | 21 | ONLY ONE ATTORNEY FROM THE LEADERSHIP TEAM, THAT'S FINE WITH |
| 12:22:31 | 22 | ME, THAT PERSON IS GOING TO BE FULLY CAPABLE OF COMMITTING TO |
| 12:22:35 | 23 | EVERYTHING THAT WE ADDRESS. |
| 12:22:36 | 24 | MS. SHARP:  ABSOLUTELY. |
| 12:22:37 | 25 | THANK YOU, YOUR HONOR. |

| | | |
|---|---|---|
| 12:22:37 | 1 | THE COURT:  ALL RIGHT.  SO I WILL SEE YOU ON |
| 12:22:40 | 2 | APRIL 24TH.  YOU WILL SEND ME THAT LIST.  I WILL ISSUE AN |
| 12:22:44 | 3 | ORDER. |
| 12:22:44 | 4 | AND REALLY, THANK YOU ALL, THIS HAS BEEN REALLY QUITE A |
| 12:22:47 | 5 | REMARKABLE MORNING. |
| 12:22:49 | 6 | MS. SHARP:  THANK YOU SO MUCH, YOUR HONOR. |
| 12:22:50 | 7 | MR. RUGANI:  YOUR HONOR, COULD I JUST ASK ONE POINT |
| 12:22:52 | 8 | OF CLARIFICATION JUST ON THE SCHEDULING, SINCE YOU HAD |
| 12:22:55 | 9 | INTRODUCED THE CONCEPT OF HAVING THE 45 DAYS RUN EITHER FROM |
| 12:22:58 | 10 | TODAY OR FROM THE DATE THAT YOU ISSUE THE ORDER, WE HAVE NO |
| 12:23:01 | 11 | PREFERENCE EITHER WAY, I JUST WANT TO MAKE SURE THAT WE ARE ALL |
| 12:23:04 | 12 | CLEAR ON EXACTLY WHAT THE DEADLINE IS FOR THE COMPLAINT. |
| 12:23:07 | 13 | THE COURT:  SO TYPICALLY I HAVE IT RUN AT THE TIME |
| 12:23:09 | 14 | DATE OF MY ORDER.  CAN WE HAVE IT RUN FROM TODAY SINCE YOU ARE |
| 12:23:13 | 15 | IN A HURRY? |
| 12:23:13 | 16 | MS. SHARP:  YES.  WE ARE IN A HURRY.  WE WILL PUT ON |
| 12:23:16 | 17 | OUR RUNNING SHOES, YOUR HONOR. |
| 12:23:17 | 18 | THE COURT:  SO IT'S 45 DAYS FROM TODAY THAT THE |
| 12:23:20 | 19 | CONSOLIDATED COMPLAINT WILL BE FILED. |
| 12:23:23 | 20 | AND -- ALL RIGHT.  I THINK THAT TAKES CARE OF EVERYTHING. |
| 12:23:25 | 21 | ANYTHING ELSE ANYONE WISHES TO ADDRESS?  ALL RIGHT. |
| 12:23:28 | 22 | ALL RIGHT.  THANK YOU ALL.  THANK YOU. |
| 12:23:30 | 23 | MS. SHARP:  THANK YOU AGAIN YOUR HONOR. |
| 12:23:31 | 24 | MR. RUGANI:  THANK YOU, YOUR HONOR. |
| 12:23:33 | 25 | (THE PROCEEDINGS WERE CONCLUDED AT 12:23 P.M.) |

1

2

3                      <u>**CERTIFICATE OF REPORTER**</u>

4

5

6

7              I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11             THAT THE FOREGOING TRANSCRIPT, CERTIFICATE

12   INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF

13   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

14

15

16

17

18

19

20

21

22   _____
     SUMMER A. FISHER, CSR, CRR
23   CERTIFICATE NUMBER 13185

24
     DATE:  4/2/25
25