RICHARD A. JACOBSEN (admitted pro hac vice)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:     +1 212 506 5000
Facsimile:      +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:      +1 949 567 6710

Attorneys for Defendant
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No.: 5:24-cv-09470-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RULE 16 CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Beth Labson Freeman |

1       The parties to the above-referenced action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. A Case Management Conference is currently scheduled for Thursday, April 24, 2025.
2. Lead counsel for Defendant PayPal, Inc. is unavailable to attend the Case Management conference as currently scheduled.
3. Therefore, the Parties request that this Court continue the April 24, 2025 Case Management Conference to Thursday, May 1, 2025, or to another date that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 4, 2025        Respectfully submitted,

By: /s/ *Paul Rugani*
Paul F. Rugani (SBN 342647)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
prugani@orrick.com

Richard A. Jacobsen (admitted *pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com

*Attorneys for Defendants Paypal, Inc. and Paypal Holdings, Inc.*

Dated: April 4, 2025        By: */s/ Dena Sharp*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)

Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (pro hac vice)
Sean A. Petterson (pro hac vice forthcoming)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE &
MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (pro hac vice)
Jacob M. Alhadeff (pro hac vice)
**COTCHETT, PITRE &**

2

**MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Eli Silva, Ashley Gardiner, Jose Moran, and GamersNexus LLC*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 4, 2025　　　　　　　　　　　　*/s/ Paul Rugani*
　　　　　　　　　　　　　　　　　　　　　Paul F. Rugani

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge