**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 24-cv-09470-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 145] |

On April 4, 2025, the parties filed a joint stipulation to continue case manage conference. The Case Management Conference is hereby CONTINUED from April 24, 2025 **to July 10, 2025 at 11:00 a.m. in Court Room 1, 5th Floor, 280 S 1st St, San Jose, CA 95113**. The parties SHALL file a joint case management statement **on or before July 3, 2025**.

If the parties prefer to return to the currently scheduled date of April 24, 2025, they should notify the Court no later than April 11, 2025.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____
BETH LABSON FREEMAN
United States District Judge