Adam M. Apton (State Bar No. 316506)
**LEVI & KORSINSKY LLP**
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

*Counsel for Plaintiffs*

*[Additional Counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In Re PayPal Honey Browser Extension | **CASE NO.: 5:24-cv-09470-BLF** |
|---|---|
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i) Plaintiffs Karin Bauer, Angela Sturges, and Christie Shinn ("Dismissing Plaintiffs") voluntarily dismiss their claims in the above-captioned action against Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiffs from submitting claims as absent class members and/or from participating in any settlement or judgment as absent class members.

Dated: April 9, 2025

Respectfully submitted,
**LEVI & KORSINSKY LLP**

By: /s/ *Adam M. Apton*
Adam M. Apton (State Bar No. 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

Mark S. Reich
Courtney E. Maccarone
Colin A. Brown
Alyssa Tolentino
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: cbrown@zlk.com
Email: atolentino@zlk.com

*Counsel for Plaintiffs*