Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**NOTICE REGARDING CASE MANAGEMENT CONFERENCE** |

On April 7, this Court continued the case management conference from April 24 to July 10 and noted that the parties should notify the Court (by April 11) if they would prefer to return the conference to April 24. ECF No. 146. Also on April 7, Plaintiffs served on Defendants ("PayPal") an interrogatory along with a first and second set of requests for production of documents ("RFPs").

The parties conferred via email in an effort to agree on the April 24 date, but they were unable to do so. In the interest of the "just, speedy, and inexpensive determination" of this action, Fed. R. Civ. P. 1, however, the parties have agreed to the following:

- PayPal will submit written objections and responses to Plaintiffs' first set of RFPs and the interrogatory by May 8.

- The parties shall submit proposed case management orders for Court approval by May 21. The proposed case management orders will address any proposed bellwether process.

- PayPal will begin producing documents subject to the first set of RFPs by June 7, subject to its objections, responses, and any subsequent meet and confer process.

- PayPal will have no obligation to respond to Plaintiffs' second set of RFPs (or any subsequently served set of interrogatories or RFPs) until after the Court issues a decision on the motion to dismiss.

In light of the parties' agreement on the above, Plaintiffs respectfully submit that the case management conference should proceed as currently scheduled for July 10, 2025.

Dated: April 11, 2025 

By: */s/ Jason L. Lichtman*
Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500

jlichtman@lchb.com
delmasry@lchb.com

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Interim Co-Lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 11, 2025

                                              */s/ Jason L. Lichtman*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on April 11, 2025.

/s/ *Jason L. Lichtman*
Jason L. Lichtman