Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

*Attorneys for Plaintiff Benjamin Kayne*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *In Re PayPal Honey Browser Extension Litigation* | **CASE NO.: 5:24-cv-09470-BLF**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i) Plaintiff Benjamin Kayne ("Plaintiff") voluntarily dismisses his claims in the above-captioned action against Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") without prejudice.

Plaintiff files this Notice of Voluntary Dismissal Without Prejudice prior to service by Defendants of either an answer or a motion for summary judgment. This dismissal does not preclude Plaintiff from submitting a claim or participating as an absent class member in any future settlement or judgment.

Date: April 16, 2025

Respectfully submitted,

By: */s/ Roland Tellis*
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Adam Tamburelli (SBN 301902)
atamburelli@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Blvd., Suite 1600
Encino, CA 91436

*Attorneys for Plaintiff Benjamin Kayne*