UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re PayPal Honey Browser
Extension Litigation

                                        ,

Case No. __5:24-cv-09470-BLF__

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Bryan F. Aylstock__, an active member in good standing of the bar of __Supreme Court of Florida (Bar #78263)__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff, Leah White__ in the above-entitled action. My local co-counsel in this case is __Kiley L. Grombacher__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __SBN 245960__.

| | |
|---|---|
| 17 East Main Street, Suite 200, Pensacola, Florida 32502 | 31365 Oak Crest Drive, Suite 240, Westlake Village, CA 91361 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (850) 202-1010 | (805) 270-7100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| baylstock@awkolaw.com | kgrombacher@bradleygrombacher.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __78263__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __4__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____4/21/2025_____        /s/Bryan F. Aylstock
                                         _____
                                         APPLICANT

=====================================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Bryan F. Aylstock_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __April 22, 2025_____

                                         _____
                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California