United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re PayPal Honey Browser
Extension Litigation

Case No. 5:24-cv-09470-BLF

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sean A. Petterson          , an active member in good standing of the bar of

New York Court of Appeals          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiffs          in the

above-entitled action. My local co-counsel in this case is Roger N. Heller          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 215348          .

250 Hudson Street, 8th Floor
New York, New York 10013-1413

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

MY ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 355-9500                          (415) 956-1000

MY TELEPHONE # OF RECORD                LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

spetterson@lchb.com                     rheller@lchb.com

MY EMAIL ADDRESS OF RECORD              LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5412663          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1          times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/23/2025 _____    Sean A. Petterson _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Sean A. Petterson _____  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE