# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 24-cv-09470-BLF |
| DAISY LUONG,<br>Plaintiff,<br>v.<br>PAYPAL HOLDINGS, INC. a Delaware corporation, THE HONEY SCIENCE CORPORATION,<br>Defendants. | Case No. 25-cv-2657-BLF<br><br>**ORDER TO SHOW CAUSE WHY RELATED CASE SHOULD NOT BE CONSOLIDATED** |

On January 29, 2025, the Court consolidated 15 related Actions to *In re PayPal Honey Browser Extension Litigation*, No. 5:24-cv-9470-BLF (N.D. Cal.) and ordered any future related actions filed in, removed to, or transferred to this Court would be consolidated for all purposes. ECF 49. The Plaintiff in *Luong v. PayPal Holdings, Inc., et al.*, No. 5:25-cv-2657-BLF (N.D. Cal.) is ORDERED TO SHOW CAUSE **on or before May 9, 2025** why this case should not be consolidated to the lower-numbered *In re PayPal Honey Browser Extension Litigation*, No. 5:24- cv-9470-BLF (N.D. Cal.) pursuant to the Court's Order at ECF 49.

**IT IS SO ORDERED.**

Dated: April 30, 2025

_____
BETH LABSON FREEMAN
United States District Judge