1   Dena C. Sharp (SBN 245869)
    Adam E. Polk (SBN 273000))
2   Trevor T. Tan (SBN 281045)
    Nina R. Gliozzo (SBN 333569)
3   **GIRARD SHARP LLP**
    601 California Street, Suite 1400
4   San Francisco, CA 94108
5   415.981.4800

    Elizabeth J. Cabraser (SBN 083151)
    Roger N. Heller (SBN 215348)
    Jason L. Lichtman (*pro hac vice*)
    Danna Z. Elmasry (*pro hac vice*)
    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    415.956.1000

6   Nanci E. Nishimura (SBN 152621)
7   Thomas E. Loeser (SBN 202724)
    Karin B. Swope (*pro hac vice*)
8   Jacob M. Alhadeff (*pro hac vice*)
9   **COTCHETT, PITRE & McCARTHY, LLP**
    840 Malcolm Rd #200,
10  Burlingame, CA 94010
11  650.697.6000

12  *Plaintiffs Interim Class Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**DECLARATION OF THOMAS E. LOESER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

## DECLARATION OF THOMAS E. LOESER

I, Thomas E. Loeser, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am a partner with Cotchett, Pitre & McCarthy LLP, one of the firms appointed Interim Class Counsel in this litigation. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and if called upon to do so, could testify competently to their truth.

2. The Parties have stipulated to a short extension of time for filing Plaintiffs' Amended Complaint.

3. Plaintiffs requested this brief extension as interim class counsel are working with multiple class representatives to confirm their allegations—a process that is both work and time intensive. As a matter of professional courtesy, Defendants have agreed to stipulate to the extension.

4. Accordingly, the Parties have agreed to extend the deadline for Plaintiffs to file their Amended Complaint from May 5, 2025 to May 9, 2025 and to extend certain other deadlines associated with the filing of the Amended Complaint as well, as set forth in the stipulation filed herewith.

5. This is the first extension of time requested for the filing of the Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2025, at Seattle, Washington.

*/s/ Thomas E. Loeser*

THOMAS E. LOESER