| | |
|---|---|
| Dena C. Sharp (SBN 245869) | Elizabeth J. Cabraser (SBN 083151) |
| Adam E. Polk (SBN 273000)) | Roger N. Heller (SBN 215348) |
| Trevor T. Tan (SBN 281045) | Jason L. Lichtman (*pro hac vice*) |
| Nina R. Gliozzo (SBN 333569) | Danna Z. Elmasry (*pro hac vice*) |
| **GIRARD SHARP LLP** | **LIEFF CABRASER HEIMANN &** |
| 601 California Street, Suite 1400 | **BERNSTEIN, LLP** |
| San Francisco, CA 94108 | 275 Battery Street, 29th Floor |
| 415.981.4800 | San Francisco, CA 94111 |
| | 415.956.1000 |

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
650.697.6000

*Plaintiffs' Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-09470-BLF<br>Judge: Hon. Beth Labson Freeman<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Pursuant to Local Rule 6-2, the Parties by and through their undersignd counsel, hereby stipulate and agree as follows:

WHEREAS, on January 29, 2025, the Court entered an Order consolidating the Related Actions and setting a schedule for filing a consolidated complaint and briefing any motion to dismiss the consolidated complaint. Pursuant to such schedule, Defendant's response to Plaintiffs' consolidated complaint would be due within forty-five (45) days after the complaint was filed, Plaintiffs' Opposition within forty (40) days, and Defendant's Reply within twenty-one (21) days.

WHEREAS, on March 25, 2025, the Court entered an Order appointing interim class counsel and setting a deadline of May 5, 2025 to file a consolidated class action complaint (*see* ECF 131);

WHEREAS, on April 11, 2025, the Court so ordered a notification Plaintiffs filed regarding an agreement the parties reached as to certain scheduling matters (the "April 11 Scheduling Order") (*see* ECF 150):

- PayPal will submit written objections and responses to Plaintiffs' first set of RFPs and the interrogatory by May 8.
- The parties shall submit proposed case management orders for Court approval by May 21. The proposed case management orders will address any proposed bellwether process.
- PayPal will begin producing documents subject to the first set of RFPs by June 7, subject to its objections, responses, and any subsequent meet and confer process.
- PayPal will have no obligation to respond to Plaintiffs' second set of RFPs (or any subsequently served set of interrogatories or RFPs) until after the Court issues a decision on the motion to dismiss.

WHEREAS, the Parties agree, subject to Court approval, that a brief extension of time from May 5 to May 9, 2025 is appropriate for Plaintiffs to file the consolidated class action complaint (*see* Declaration of Thomas E. Loeser, filed herewith);

WHEREAS, consistent with the agreed-upon extension for Plaintiffs to file the consolidated class action complaint from May 5 to May 9, 2025, the case schedule shall be adjusted as follows:

- PayPal will submit written objections and responses to Plaintiffs' first set of RFPs and the interrogatory by **May 12, 2025.**
- The parties shall submit proposed case management orders for Court approval by **May 28, 2025**. The proposed case management orders will address any proposed bellwether process.
- PayPal will begin producing documents subject to the first set of RFPs by **June 12, 2025**, subject to its objections, responses, and any subsequent meet and confer process.
- Consistent with the April 11 Scheduling Order, PayPal will have no obligation to respond to Plaintiffs' second set of RFPs (or any subsequently served set of interrogatories or RFPs) until after the Court issues a decision on the motion to dismiss.
- PayPal's deadline to respond to Plaintiffs' consolidated complaint is now **June 25, 2025**.
- Plaintiffs' deadline to file an Opposition to Defendant's motion is now **August 4, 2025**.
- Defendant's deadline to file a Reply to Plaintiffs' Opposition is now **August 25, 2025**.

WHEREAS, there have been no previous time modiciations in this case;

WHEREAS, this request will not unduly delay the proceedings and is not being made for any other improper purpose.

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE as follows: Plaintiffs shall file their consolidated class action complaint on or before **May 9, 2025**, and the related deadlines are adjusted consistent with the amended schedule noted above.

Dated: May 2, 2025                                  Respectfully submitted,

By:     /s/ *Tom E. Loeser*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 083151) |
| 2 | Roger N. Heller (State Bar No. 215348) |
| | **LIEFF CABRASER HEIMANN &** |
| 3 | **BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
| | ecabraser@lchb.com |
| 6 | rheller@lchb.com |
| 7 | Jason L. Lichtman (*pro hac vice*) |
| | Sean A. Petterson (*pro hac vice* forthcoming) |
| 8 | Danna Z. Elmasry (*pro hac vice*) |
| 9 | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| 10 | 250 Hudson Street, 8th Floor |
| | New York, New York 10013-1413 |
| 11 | Telephone: (212) 355-9500 |
| 12 | jlichtman@lchb.com |
| | delmasry@lchb.com |
| 13 | |
| 14 | Nanci Nishimura (SBN 152621) |
| | Thomas E. Loeser (SBN 202724) |
| 15 | **COTCHETT, PITRE &** |
| | **MCCARTHY, LLP** |
| 16 | 840 Malcolm Road, Suite 200 |
| 17 | Burlingame, CA 94010 |
| | Telephone: (650) 697-6000 |
| 18 | nnishimura@cpmlegal.com |
| | tloeser@cpmlegal.com |
| 19 | |
| 20 | Thomas E. Loeser (SBN 202724) |
| | Karin B. Swope (*pro hac vice*) |
| 21 | Jacob M. Alhadeff (*pro hac vice*) |
| | **COTCHETT, PITRE &** |
| 22 | **MCCARTHY, LLP** |
| 23 | 1809 7th Avenue, Suite 1610 |
| | Seattle, WA 98101 |
| 24 | Telephone: (206)-802-1272 |
| | tloeser@cpmlegal.com |
| 25 | kswope@cpmlegal.com |
| 26 | jalhadeff@cpmlegal.com |
| 27 | *Interim Co-lead Counsel* |
| 28 | |

| | |
|---|---|
| Dated: May 2, 2025 | By: */s/ Paul F. Rugani*<br>Paul F. Rugani (SBN 342647)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255<br>Telephone: (949) 567-6700<br>prugani@orrick.com<br><br>Richard A. Jacobsen (*pro hac vice*)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br>rjacobsen@orrick.com<br><br>*Attorney for Defendants PayPal, Inc. and PayPal Holdings, Inc.* |

## ATTORNEY ATTESTATION

I, Thomas E. Loeser, am the ECF User whose ID and password are being used to file the Stipulation and [Proposed] Order for Extension of Time to File Amended Complaint. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

| | | |
|---|---|---|
| Dated: May 2, 2025 | By: | */s/ Thomas E. Loeser*<br>THOMAS E. LOESER |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 2, 2025

_____
HONORABLE Beth Labson Freeman
United States District Judge