**AYLSTOCK, WITKIN, KREIS**
**& OVERHOLTZ, PLLC**
Bryan F. Aylstock (FL Bar No. 78263))
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Fax: (850) 916-7449
Email:         baylstock@awkolaw.com

*Attorneys for Plaintiff*

*[ADDITIONAL PARTIES AND COUNSEL ON SIGNATURE PAGE]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re PayPal Honey Browser Extension Litigation** | Case No. 5:24-cv-09470-BLF <br><br> **PLAINTIFF'S NON-OPPOSITION TO ORDER TO SHOW CAUSE** |

Plaintiff, Daisy Luong, by and through undersigned counsel, hereby responds to this Court's Order to Show Cause [ECF.158] as to why the *Luong v. PayPal Holdings, Inc., et al.*, No. 5:25-cv-2657-BLF (N.D. Cal.) should not be consolidated to the lower-numbered numbered *In re PayPal Honey Browser Extension Litigation*, No. 5:24- cv-9470-BLF (N.D. Cal.). Plaintiff, Daisy Luong, does not dispute the Order to Show Cause regarding the consolidation of the case. Plaintiff acknowledges that consolidation of these cases may promote judicial efficiency and reduce duplicate litigation.

| | |
|---|---|
| Date: May 9, 2025 | Respectfully Submitted, |

/s/ Bryan F. Aylstock
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Bryan F. Aylstock (FL Bar No. 78263)
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Fax: (850) 916-7449
Email:       baylstock@awkolaw.com


Kiley L. Grombacher (State Bar No. 245960)
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: 805-270-7100
kgrombacher@bradleygrombacher.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025 correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Bryan F. Aylstock
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Bryan F. Aylstock (FL Bar No. 78263)