Brian O. O'Mara (SBN 229737)
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Telephone: (619) 923-3939

Daniel R. Schwartz (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900

Emma L. Bruder (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, NY 10017
Telephone: (646) 933-1000

*Counsel for Plaintiff Young*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff CLAUDIA JAYNE YOUNG ("Plaintiff") initiated an action by filing a Complaint against Defendants (styled *Young v. PayPal, Inc. and PayPal Holdings, Inc.*, Case No. 5:25-cv-00124 (N.D. Cal.)) which was ordered related to and consolidated with this action (see Dkt. 35) before being administratively closed. Defendants have not answered, moved, or otherwise responded to the Consolidated Class Action Complaint filed in the instant action. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CLAUDIA JAYNE YOUNG hereby dismisses *only her claims* from the above-referenced action without prejudice. All claims brought by the remaining Plaintiffs identified in the Consolidated Class Action Complaint (Dkt.

161) shall remain against all Defendants.

Dated: May 28, 2025     By:   */s/ Brian O. O'Mara*

Brian O. O'Mara (SBN 229737)
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Daniel R. Schwartz (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
dschwartz@dicellolevitt.com
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Emma L. Bruder (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Tenth Floor
New York, NY 10017
Telephone: (646) 933-1000
ebruder@dicellolevitt.com

*Counsel for Plaintiff Young*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on May 28, 2025.

/s/ *James A. Ulwick*

James A. Ulwick