UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY FITZGERALD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL, INC., et al., <br><br> Defendants. | Case No. 25-cv-02993-EKL <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to *In re PayPal Honey Browser Extension Litigation*, 5:24-cv-09470-BLF.

**IT IS SO ORDERED.**

Dated: June 10, 2025

_____
EUMI K. LEE
United States District Judge