Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000))
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Plaintiffs' Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>Judge: Hon. Beth Labson Freeman<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LEAVE TO FILE AMENDED CONSOLIDATED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a), the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 25, 2025, the Court entered an Order appointing interim class counsel and setting a deadline of May 5, 2025, to file a consolidated class action complaint (*see* ECF 131);

WHEREAS, the Parties stipulated and the Court approved (ECF 160) a schedule modifying the deadline to file the consolidated complaint and setting the following deadlines:

> May 9, 2025: Plaintiffs' deadline to file the consolidated class action complaint;
>
> June 25, 2025: PayPal's deadline to respond to Plaintiffs' consolidated complaint;
>
> August 4, 2025: Plaintiffs' deadline to file an Opposition to Defendant's motion;
>
> August 25, 2025: Defendant's deadline to file a Reply to Plaintiffs' Opposition;

WHEREAS, on May 9, 2025, Plaintiffs filed the consolidated class action complaint (ECF 161);

WHEREAS, on June 2, 2025, the court in *In re: Capital One Financial Corporation, Affiliate Marketing Litigation*, No. 1:25-cv-00023-AJT-WBP (E.D. Va.) entered an order granting in part and denying in part the defendants' motion to dismiss, evaluating similar claims to the ones in this case;

WHEREAS, the Parties conferred regarding the merits of Defendants' anticipated motion to dismiss, and, in the interests of streamlining the disputed issues and consistent with Rule 1, have agreed that Plaintiffs will amend their complaint now, that such amendment is deemed Plaintiffs' matter of course amendment pursuant to Rule 15(a)(1), and agree to modify the briefing schedule accordingly;

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE as follows:

(1) Plaintiffs' deadline to file an Amended Consolidated Class Action Complaint is **June 20, 2025**.

(2) PayPal's deadline to respond to Plaintiffs' Amended consolidated complaint is **August 4, 2025**.

(3) Plaintiffs' deadline to file an Opposition to Defendant's motion is **September 15, 2025**.

(4) Defendant's deadline to file a Reply to Plaintiffs' Opposition is **October 6, 2025**.

This Order is without prejudice to, or waiver of, Defendant's right to seek to compel arbitration.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____    _____
HONORABLE Beth Labson Freeman
United States District Judge

Dated: June 13, 2025                     Respectfully submitted,

By: /s/ *Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

|   |   |
|---|---|
| 1 | Nanci Nishimura (SBN 152621) |
|   | Thomas E. Loeser (SBN 202724) |
| 2 | **COTCHETT, PITRE & MCCARTHY, LLP** |
| 3 | 840 Malcolm Road, Suite 200 |
| 4 | Burlingame, CA 94010 |
|   | Telephone: (650) 697-6000 |
| 5 | nnishimura@cpmlegal.com |
|   | tloeser@cpmlegal.com |
| 6 |   |
| 7 | Thomas E. Loeser (SBN 202724) |
|   | Karin B. Swope (*pro hac vice*) |
| 8 | Jacob M. Alhadeff (*pro hac vice*) |
|   | **COTCHETT, PITRE & MCCARTHY, LLP** |
| 9 |   |
| 10 | 1809 7th Avenue, Suite 1610 |
|    | Seattle, WA 98101 |
| 11 | Telephone: (206)-802-1272 |
|    | tloeser@cpmlegal.com |
| 12 | kswope@cpmlegal.com |
| 13 | jalhadeff@cpmlegal.com |
| 14 | *Interim Co-lead Counsel* |

Dated: June 13, 2025

By: /s/ *Paul F. Rugani*
Paul F. Rugani (SBN 342647)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
prugani@orrick.com

Richard A. Jacobsen (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com

*Attorney for Defendants PayPal, Inc. and PayPal Holdings, Inc.*

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: June 13, 2025                                                         /s/ Dena C. Sharp
                                                                             Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

Dated: June 13, 2025                                                         /s/ Dena C. Sharp
                                                                             Dena C. Sharp