Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: ngliozzo@girardsharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000
Email: ecabraser@lchb.com
Email: rheller@lchb.com
Email: jlichtman@lchb.com
Email: delmasry@lchb.com

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200
Burlingame, CA 94010
650.697.6000
Email: nnishimura@cpmlegal.com
Email: tloeser@cpmlegal.com
Email: kswope@cpmlegal.com
Email: jalhadeff@cpmlegal.com

*Plaintiffs' Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION** | Case No.: 5:24-cv-9470-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GamersNexus, LLC,
2  by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case
3  with prejudice. This dismissal does not affect the claims of any other Plaintiff in this litigation.

4  Dated: June 13, 2025                                  Respectfully submitted,

5                                                        By: /s/ *Thomas E. Loeser*

6                                                        Nanci Nishimura (SBN 152621)
                                                         Thomas E. Loeser (SBN 202724)
7                                                        **COTCHETT, PITRE &**
                                                         **MCCARTHY, LLP**
8                                                        840 Malcolm Road, Suite 200
                                                         Burlingame, CA 94010
9                                                        Telephone: (650) 697-6000
10                                                       nnishimura@cpmlegal.com
                                                         tloeser@cpmlegal.com
11

12                                                       Dena C. Sharp (SBN 245869)
                                                         Adam E. Polk (SBN 273000)
13                                                       Trevor T. Tan (SBN 281045)
                                                         Nina Gliozzo (SBN 333569)
14                                                       **GIRARD SHARP LLP**
                                                         601 California Street, Suite 1400
15                                                       San Francisco, CA 94108
                                                         Telephone: (415) 981-4800
16                                                       dsharp@girardsharp.com
                                                         apolk@girardsharp.com
17                                                       ttan@girardsharp.com
                                                         ngliozzo@girardsharp.com
18

19                                                       Elizabeth J. Cabraser (SBN 083151)
                                                         Roger N. Heller (SBN 215348)
20                                                       **LIEFF CABRASER HEIMANN &**
                                                         **BERNSTEIN, LLP**
21                                                       275 Battery Street, 29th Floor
                                                         San Francisco, CA 94111-3339
22                                                       Telephone: (415) 956-1000
                                                         ecabraser@lchb.com
23                                                       rheller@lchb.com
24

25                                                       Jason L. Lichtman (*pro hac vice*)
                                                         Sean A. Petterson (*pro hac vice*
26                                                       forthcoming)
                                                         Danna Z. Elmasry (*pro hac vice*)
27                                                       **LIEFF CABRASER HEIMANN &**
                                                         **BERNSTEIN, LLP**
28                                                       250 Hudson Street, 8th Floor

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Plaintiffs' Interim Class Counsel*

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Counsel for Plaintiff GamersNexus, LLC*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service in accordance with the Federal Rules of Civil Procedure on June 13, 2025.

/s/ *Thomas E. Loeser*

Thomas E. Loeser (SBN 202724)