| | |
|---|---|
| Dena C. Sharp (SBN 245869) <br> Adam E. Polk (SBN 273000) <br> Trevor T. Tan (SBN 281045) <br> Nina Gliozzo (SBN 333569) <br> **GIRARD SHARP LLP** <br> 601 California Street, Suite 1400 <br> San Francisco, CA 94108 <br> 415.981.4800 <br> Email: dsharp@girardsharp.com <br> Email: apolk@girardsharp.com <br> Email: ttan@girardsharp.com <br> Email: ngliozzo@girardsharp.com | Elizabeth J. Cabraser (SBN 083151) <br> Roger N. Heller (SBN 215348) <br> Jason L. Lichtman (*pro hac vice*) <br> Danna Z. Elmasry (*pro hac vice*) <br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111 <br> 415.956.1000 <br> Email: ecabraser@lchb.com <br> Email: rheller@lchb.com <br> Email: jlichtman@lchb.com <br> Email: delmasry@lchb.com |

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200
Burlingame, CA 94010
650.697.6000
Email: nnishimura@cpmlegal.com
Email: tloeser@cpmlegal.com
Email: kswope@cpmlegal.com
Email: jalhadeff@cpmlegal.com

*Plaintiffs' Interim Class Counsel*
[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION** | Case No.: 5:24-cv-9470-BLF <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Latina Tradwife, LLC, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice. This dismissal does not affect the claims of any other Plaintiff in this litigation.

Dated: June 16, 2025

Respectfully submitted,

By: /s/ *Dena C. Sharp*

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Plaintiffs' Interim Class Counsel*

Norman E. Siegel (*pro hac vice*)
Barrett J. Vahle (*pro hac vice*)
Joy D. Merklen (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
merklen@stuevesiegel.com

*Counsel for Plaintiff The Latina Tradwife, LLC*

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: June 16, 2025                     /s/ *Dena C. Sharp*
                                         Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service in accordance with the Federal Rules of Civil Procedure on June 16, 2025.

                                         /s/ *Dena C. Sharp*
                                         Dena C. Sharp