1  Jason S. Rathod (*pro hac vice*)
   **MIGLIACCIO & RATHOD LLP**
2  412 H St N.E., Suite 302
   Washington, D.C. 20002
3  Tel: (202) 470-3520
4  Fax: (202) 800-2730
   jrathod@classlawdc.com
5
6  *Counsel for Plaintiff Eddie Blotnicki*
7
8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**
10

11 | **IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION** | Case No.: 5:24-cv-9470-BLF |
   |---|---|
12 | | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
13

14

...

**NOTICE OF VOLUNTARY DISMISSAL**

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eddie Blotnicki, by
2  and through undersigned counsel, hereby gives notice of his voluntary dismissal of this case with
3  prejudice. This dismissal does not affect the claims of any other Plaintiff in this litigation.

Dated: June 24, 2025                                  Respectfully submitted,

                                                      By: /s/ *Jason S. Rathod*

                                                      Jason S. Rathod (*pro hac vice*)
                                                      **MIGLIACCIO & RATHOD LLP**
                                                      412 H St N.E., Suite 302
                                                      Washington, D.C. 20002
                                                      Tel: (202) 470-3520
                                                      Fax: (202) 800-2730
                                                      jrathod@classlawdc.com

                                                      *Counsel for Plaintiff Eddie Blotnicki*

2
**NOTICE OF VOLUNTARY DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service in accordance with the Federal Rules of Civil Procedure on June 24, 2025.

/s/ Jason S. Rathod

Jason S. Rathod