RICHARD A. JACOBSEN (*admitted pro hac vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:     +1 212 506 5000
Facsimile:      +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:      +1 949 567 6710

Attorneys for Defendant
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No.: 5:24-cv-9470-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT SOURCE CODE PROTOCOL** |

The parties to the above-referenced action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties agreed to and submitted a stipulated Protective Order, which the Court entered on May 29, 2025. Dkt. No. 169.
2. Pursuant to the Protective Order, the Parties agreed to submit a separate source code protocol covering information or items designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" within 30 days of entry of the Protective Order.
3. The Parties have exchanged source code protocol proposals and discussions regarding such proposals are ongoing.
4. As the exchange of any information or items potentially designated as source code is not imminent and the parties continue to discuss the terms of the source code protocol, the Parties respectfully request an additional 30 days, until July 30, 2025, to submit the joint source code proposal.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

      HONORABLE Beth Labson Freeman
      United States District Judge

Dated: June 25, 2025

Respectfully submitted,

RICHARD A. JACOBSEN
CLEMENT S. ROBERTS
PAUL F. RUGANI
Orrick, Herrington & Sutcliffe LLP


By: */s/ Paul F. Rugani*
      Paul F. Rugani
    *Attorneys for Defendants*


Dated: June 25, 2025

By: */s/ Adam E. Polk*

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT SOURCE CODE PROTOCOL

rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Plaintiffs' Interim Co-lead Counsel*

- 3 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT SOURCE CODE PROTOCOL

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

DATED: June 25, 2025                                         */s/ Paul F. Rugani*
                                                                                    Paul F. Rugani

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

DATED: June 25, 2025                                         */s/ Paul F. Rugani*
                                                                                    Paul F. Rugani