AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT

for the

## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that

**Savannah Taylor Green**, Florida Bar # **1049890**, was duly admitted to

practice in this Court on **September 05, 2024**, and is in good standing as a

member of the Bar of this Court.

Dated at: **Orlando, Florida** on July 09, 2025.



**Elizabeth M. Warren**

*Clerk of Court*