RICHARD A. JACOBSEN (*admitted pro hac vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: +1 949 567 6700
Facsimile: +1 949 567 6710

Attorneys for Defendant
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

Case No.: 5:24-cv-9470-BLF

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO SUBMIT SOURCE CODE PROTOCOL**

The Parties to the above-referenced action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties agreed to and submitted a stipulated Protective Order, which the Court entered on May 29, 2025. Dkt. No. 169.

2. Pursuant to the Protective Order, the Parties agreed to submit a separate source code protocol covering information or items designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" within 30 days of entry of the Protective Order.

3. After meeting and conferring, and exchanging proposals, the Parties agreed to extend the deadline to submit a source code protocol by 30 days, until July 30, 2025, which the Court ordered on July 9, 2025. Dkt. No. 196.

4. The Parties have continued to meet and confer and exchange proposals for a source code protocol and are likely to have disputes that need to be resolved by the Court.

5. As the Parties have not determined the scope of the issues in dispute, Defendants proposed, and Plaintiffs agreed, to ask the Court for a further extension of 14 days, until August 13, 2025, to submit either a stipulated source code protocol or the Parties' disputes over a source code protocol.

6. As the exchange of any information or items potentially designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" is not imminent and the parties continue to discuss the terms of the source code protocol, the Parties respectfully request an additional 14 days, until August 13, 2025, to submit either a stipulated source code protocol or file a discovery letter identifying the Parties' disputes over a source code protocol.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: July 29, 2025

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

Dated: July 28, 2025

Respectfully submitted,

RICHARD A. JACOBSEN
CLEMENT S. ROBERTS
PAUL F. RUGANI
Orrick, Herrington & Sutcliffe LLP

By: */s/ Paul F. Rugani*
Paul F. Rugani
*Attorneys for Defendants*

Dated: July 28, 2025

By: */s/ Roger N. Heller*

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Plaintiffs' Interim Co-lead Counsel*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

DATED: July 28, 2025

*/s/ Paul F. Rugani*

Paul F. Rugani

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

DATED: July 28, 2025

*/s/ Paul F. Rugani*

Paul F. Rugani