RICHARD A. JACOBSEN (*admitted pro hac vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:    +1 949 567 6700
Facsimile:    +1 949 567 6710
*Attorneys for Defendant*
PAYPAL, INC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**DECLARATION OF PAUL F. RUGANI IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR MODIFIED MOTION TO DISMISS BRIEFING SCHEDULE** |

**DECLARATION OF PAUL F. RUGANI**

I, Paul F. Rugani, declare as follows:

1.      I am a member in good standing of the Bar of the State of California and authorized to practice before this Court.  I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") in the above-captioned action.  I submit this declaration in support of PayPal's Stipulation to Modify the Motion to Dismiss Briefing Schedule.  I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2.      The Parties have stipulated to a short extension of time for filing PayPal's response to Plaintiffs' Amended Consolidated Complaint.

3.      PayPal requested this brief extension to finalize arguments in their motion to dismiss briefing while simultaneously finalizing briefing for the forthcoming motion to compel arbitration. As a matter of professional courtesy, Plaintiffs have agreed to stipulate to the extension.

4.      Accordingly, the Parties have agreed to extend the deadline for PayPal to file its response to Plaintiffs' Amended Consolidated Complaint from August 4, 2025 to August 11, 2025 and to likewise extend the other briefing deadlines as set forth in the stipulation filed herewith.

5.      This is the first extension of time requested for the Motion to Dismiss briefing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 1, 2025.


/s/ *Paul F. Rugani*
_____
PAUL F. RUGANI

RUGANI DECLARATION IN SUPPORT OF STIPULATION AND
[PROPOSED] ORDER FOR MODIFIED BRIEFING SCHEDULE
CASE NO. 5:24-cv-09470-BLF