PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: +1 949 567 6700
Facsimile: +1 949 567 6710

RICHARD A. JACOBSEN
(pro hac vice forthcoming)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 949 567 6700
Facsimile: +1 949 567 6710

*Attorneys for Defendant PayPal, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

No. 5:24-cv-9470
Judge: Hon. Beth Labson Freeman

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR MODIFIED MOTION TO DISMISS BRIEFING SCHEDULE**

Pursuant to Local Rule 6-2, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 13, 2025, the Court entered an Order granting Plaintiffs leave to file an Amended Consolidated Complaint and setting the below briefing schedule:

August 4, 2025: PayPal's deadline to respond to Plaintiffs' Amended Consolidated Complaint.

September 15, 2025: Plaintiffs' deadline to file an Opposition to Defendant's motion.

October 6, 2025: PayPal's deadline to file a Reply to Plaintiffs' Opposition.

WHEREAS, the Parties agree, subject to Court approval, that a brief extension of time from August 4 to August 11, 2025 is appropriate for PayPal to file its motion to dismiss Plaintiffs' amended consolidated complaint (*see* Declaration of Paul Rugani, filed herewith);

WHEREAS, the Parties agree, subject to Court approval, that PayPal will also file its motion to compel arbitration on August 11, 2025;

WHEREAS, consistent with the agreed-upon extension for PayPal to file its motion to dismiss from August 4 to August 11, 2025, the case schedule shall be adjusted as follows:

**August 11, 2025**: PayPal's deadline to respond to Plaintiffs' amended consolidated complaint and file its motion to compel arbitration.

**September 24, 2025**: Plaintiffs' deadline to file an Opposition to PayPal's motion to dismiss and to compel arbitration.

**October 16, 2025**: PayPal's deadline to file Replies to Plaintiffs' Oppositions to its motion to dismiss and to compel arbitration.

WHEREAS, this request will not unduly delay the proceedings and is not being made for any other improper purpose.

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE as follows: PayPal shall file its Motion to Dismiss and Motion to Compel Arbitration on or before **August 11, 2025**, and the related deadlines are adjusted consistent with the amended schedule noted above.

Dated: August 1, 2025

Respectfully submitted,

By: */s/ Paul F. Rugani*

Paul F. Rugani (SBN 342647)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700

Richard A. Jacobsen (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com

*Attorney for Defendants PayPal, Inc. and PayPal Holdings, Inc*

By: *Dena C. Sharp*

Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

**ATTESTATION OF FILER**

I, Paul Rugani, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: August 1, 2025 *_/s/ Paul F. Rugani_*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 4, 2025

HONORABLE Beth Labson Freeman
United States District Judge