# APPENDIX A

**Appendix A**

| Plaintiffs | Central Allegation of Harm | Comparable Allegations of Harm Against Other Entities |
|---|---|---|
| Just Josh, Inc. | Just Josh, Inc. alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Just Josh generated with its affiliate links." FAC ¶ 328. Just Josh, Inc. also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." FAC ¶ 402. | **Capital One**: Just Josh, Inc. alleges that it has been "deprived of referral fees and sales commissions to which it was rightfully entitled." Am. Compl. ¶ 127, *In re Capital One Financial Corp., Affiliate Marketing Litigation*, No. 1:25-cv-00023 (E.D. Va. filed Mar. 25, 2025).<br><br>**Microsoft:** Just Josh, Inc. alleges it "has been deprived of referral fees and sales commissions to which it is rightfully entitled." Compl. ¶ 50, *Just Josh, Inc. v. Microsoft Corp.*, No. 2:25-cv-00205 (W.D. Wash. filed Jan. 31, 2025).<br><br>    **NOTE**: Just Josh dismissed its complaint against Microsoft with prejudice after being served with discovery.<br><br>**RetailMeNot:** Just Josh, Inc. alleges that it "would have earned more in commissions but for Defendants' scheme to poach affiliate commissions via the RetailMeNot browser extension. Through the RetailMeNot browser extension, Defendants stole credit for sales that Just Josh generated with its affiliate links." Compl. ¶ 112, *In re RetailMeNot Browser Extension Litigation*, No. 1:25-cv-00783 (S.D.N.Y. filed May 30, 2025).<br><br>**Rakuten**: Just Josh, Inc. alleges that it "has been deprived of referral fees and sales commissions to which he is rightfully entitled. Compl. ¶ 31, *Just Josh, Inc. v. Rakuten*, No. 3:25-cv-02038 (N.D. Cal. filed Feb. 27, 2025). |

| | | |
|---|---|---|
| | | **NOTE**: Just Josh's complaint against Rakuten has been consolidated and recaptioned as *In re Rakuten Browser Extension Litigation*, No. 4:25-cv-1534 (N.D. Cal.). The plaintiffs' consolidated complaint is due on September 2, 2025. |
| Storm Productions LLC | Storm Productions Inc alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Storm Productions generated with its affiliate links." FAC ¶ 222. Storm Productions LLC also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." FAC ¶ 402. | **Capital One**: Storm Productions LLC alleges it "for years . . . has earned substantial commissions on sales generated via affiliate links" and "would have earned more in commissions but for Capital One's scheme to poach commissions via its Capital One Shopping browser extension." Am. Compl. ¶ 134, *In re Capital One Financial Corp., Affiliate Marketing Litigation*, No. 1:25-cv-00023 (E.D. Va. filed Mar. 25, 2025).<br><br>**Microsoft:** Storm Productions LLC alleges it "has earned substantial commissions on sales generated via affiliate links" for years and "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browser extension." Compl. ¶¶ 61–62, *In re Microsoft Browser Extension Litigation,* No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |
| Motion Butter LLC | Motion Butter LLC alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Motion Butter generated with its affiliate links." FAC ¶ 180. Motion Butter also alleges that PayPal's conduct "deprived | **RetailMeNot**: Motion Butter alleges it "would have earned more in commissions but for Defendants' scheme to poach affiliate commissions via the RetailMeNot browser extension. Through the RetailMeNot browser extension, Defendants stole credit for sales that Motion Butter generated with its affiliate links." Compl. ¶ 141, *In re RetailMeNot Browser Extension Litigation*, No. 1:25-cv-00783 (S.D.N.Y. filed May 30, 2025). |

2

| | | |
|---|---|---|
| | Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." FAC ¶ 402. | |
| Brevard Marketing LLC | Brevard Marketing alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Brevard Marketing generated with its affiliate links." FAC ¶ 201. Brevard Marketing also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." FAC ¶ 402. | **RetailMeNot**: Brevard Marketing alleges it "would have earned more in commissions but for Defendants' scheme to poach affiliate commissions via the RetailMeNot browser extension. Through the RetailMeNot browser extension, Defendants stole credit for sales that Brevard Marketing generated with its affiliate links." Compl. ¶ 148, *In re RetailMeNot Browser Extension Litigation*, No. 1:25-cv-00783 (S.D.N.Y. filed May 30, 2025). |
| Colbow Design LLC | Colbow Design LLC alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Colbow Design generated with its affiliate links." FAC ¶ 257. Colbow Design LLC also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." FAC ¶ 402. | **Microsoft**: Colbow Design LLC alleges that it "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browser extension. Through this extension, Microsoft took credit for sales that Mr. Colbow generated with his affiliate links." Compl. ¶ 33, *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |

| | | |
|---|---|---|
| Justin Tech Tips LLC | Justin Tech Tips LLC alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Justin Tech Tips generated with its affiliate links."  FAC ¶ 264.  Justin Tech Tips LLC Inc. also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links."  FAC ¶ 402. | **Microsoft**: Justin Tech Tips LLC alleges that it "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browser extension. Through this extension, Microsoft took credit for sales that Justin Tech Tips generated with its affiliate links." Compl. ¶ 55, *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |
| Aaron Ramirez | Aaron Ramirez alleges that he "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser Extension, PayPal stole credit for sales that Mr. Ramirez generated with his affiliate links."  FAC ¶ 278.  Aaron Ramirez. also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links."  FAC ¶ 402. | **Microsoft**: Aaron Ramirez alleges that he "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browsing extension. Through this extension, Microsoft took credit for sales that Mr. Ramirez generated with his affiliate links." Compl. ¶ 24, *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |
| David Hiser | David Hiser alleges that he "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension. Through the Honey Browser | **Microsoft**: David Hiser alleges that he "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browser extension. Through this extension, Microsoft took credit for sales that Mr. Hiser generated with his affiliate links."  Compl. ¶ 47, *In* |

|  | Extension, PayPal stole credit for sales that Mr. Hiser generated with his affiliate links." FAC ¶ 321. Hiser also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." FAC ¶ 402. | *re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |