RICHARD A. JACOBSEN (*admitted pro hac vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:     +1 212 506 5000
Facsimile:      +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:      +1 949 567 6710

*Attorneys for Defendant*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS PAYPAL, INC. AND PAYPAL HOLDINGS, INC.'S MOTION TO DISMISS** |

**[PROPOSED] ORDER**

Having considered Defendants PayPal, Inc. and PayPal Holdings, Inc.'s ("Defendants") Motion to Dismiss, any opposition to the Motion, any reply supporting the Motion, and any other materials incorporated by reference in the Complaint or subject to judicial notice, and having heard arguments of counsel, IT IS HEREBY ORDERED that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2025.

_____
Hon. Beth Labson Freeman
United States District Court Judge