RICHARD A. JACOBSEN (*admitted pro hac vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:    +1 212 506 5000
Facsimile:     +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:    +1 949 567 6700
Facsimile:     +1 949 567 6710

Attorneys for Defendants
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF |
| | **DECLARATION OF ALICIA STERZINAR IN SUPPORT DEFENDANTS PAYPAL, INC. AND PAYPAL HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION** |
| | Date:     November 6, 2025 |
| | Time:     9:00 AM |
| | Judge:    Honorable Beth Labson Freeman |
| | Dept:     Courtroom 1 – 5th Floor |

I, Alicia Sterzinar, declare as follows:

1.    I am an employee of PayPal, Inc. ("PayPal"), a defendant in the above-captioned matter.  I submit this declaration in support of PayPal's Motion to Compel Arbitration.  Except where my knowledge is based on my review of PayPal's records and documents regularly maintained in the ordinary course of business, I have personal knowledge of the facts in this declaration and could competently testify to them if I am called as a witness.

2.    I have worked at PayPal since August 15, 2016 and currently hold the position of Director of Global Customer Complaints & Advocacy.  Prior to my current role, I was employed in Global Customer Complaints & Advocacy as Senior Program Manager.  During my tenure, my job responsibilities have included, among other things, accessing and analyzing PayPal user account records to confirm information regarding PayPal users' account activity and managing information regarding updates to the PayPal User Agreement and Venmo User Agreement.

3.    I have personally reviewed the user records for Plaintiffs: Motion Butter, LLC, Dan Becker, LLC, Angry Snowboarder, Brevard Marketing LLC, Daniel Lachman, Justin Tech Tips LLC, Stephen Sistek, Storm Productions LLC, Red Beard Studios LLC, Reid Tomasko, Gent Scents LLC, Sebastian Ventura, Colbow Design LLC, Richard Young, Aaron Ramirez, Be Victorious LLC, Christopher Komuves, Eli Silva, John Pugh, David Hiser, Shanger Danger LLC, and Ahntourage Media LLC.  PayPal's system, Customer Centric Insight, holds user information for all users with a PayPal or Venmo account. The system can be searched by a variety of different fields, including business name, last name, account number, etc. For each individual Plaintiff, the search was conducted using their first and last name, and for each LLC Plaintiff, the search was conducted using their business name.

4.    I have reviewed the applicable PayPal User Agreements and Venmo User Agreements that were in effect at the time each Plaintiff signed up for their PayPal and/or Venmo accounts, respectively.  I am also familiar with the processes by which PayPal updates the PayPal User Agreement and Venmo User Agreement.

Declaration of Alicia Sterzinar in
support of Defendants' Motion To
Compel Arbitration
5:24-cv-09470-BLF

**PAYPAL**

5.      PayPal provides digital payment services that facilitate consumers' and merchants' ability to buy and sell goods and services and send money securely worldwide.

6.      To create a PayPal account, the individual or business creating the account must complete a registration process.  Each potential user—whether registering for an individual or business account—must accept the terms of the PayPal User Agreement, which provides the terms and conditions governing the use of PayPal's services and the relationship between PayPal and its users.  No user may register for a PayPal account without agreeing to the terms and conditions of the PayPal User Agreement that is in operation at the time the user signs up.

7.      At the times each PayPal account referenced in paragraph 26 below was created and registered, PayPal required potential users to accept the PayPal User Agreement by checking a box confirming consent thereto and/or acceptance thereof on the online registration form and clicking a button confirming they have "read and agree[d]" to the User Agreement and clicking "Agree and Create Account" on the registration form presented online. Before accepting the PayPal User Agreement, potential users are given the opportunity to review the terms of the PayPal User Agreement, either through a scroll box on the registration page or via a hyperlink contained within the acceptance prompt, which would take the potential user to a separate, public webpage hosted by PayPal, and containing the PayPal User Agreement in full.

8.      Figure 1, below, shows an example of the prompt Plaintiffs would have seen during the registration process when they registered for a PayPal account.  The phrase "User Agreement" underlined and in blue font represents a hyperlink that—when clicked—will direct users to the complete terms and conditions of the current PayPal User Agreement, which is always publicly available on PayPal's website.

1

**Figure 1**

2

3  You confirm that you are at least 18 years old and agree to the
   following terms. You've read and agree to **E-Sign Disclosure**
4  **and Consent** to receive all communications electronically.
   You've read and agree to the **User Agreement** and **Privacy**
5  **Statement.**

6

7

8  **Agree & Create Account**

9

10       9.       PayPal also makes the current and operative PayPal User Agreement available to all

11  users and to the public through a "Legal" link that appears on every page of the PayPal.com website.

12       10.      Potential PayPal users cannot complete the registration process or create a PayPal

13  account without accepting the PayPal User Agreement's terms.

14       11.      PayPal regularly updates the terms and conditions of the PayPal User Agreement.

15  At all times since November 1, 2012, PayPal's User Agreement has authorized PayPal to amend

16  the operative terms at any time by posting new terms on PayPal's website. All PayPal users accept

17  and agree to be bound by any such amendments by continuing to use PayPal's services. The current

18  PayPal User Agreement further provides: "[b]y continuing to use our services after any changes to

19  this user agreement or any of the other applicable terms, agreements, or policies,  you agree to abide

20  and be bound by those changes. If you do not agree with any changes to this user agreement, you

21  may close your account."  As set forth in the PayPal User Agreement, PayPal provides each user

22  with written notice of all revisions to the PayPal User Agreement or related policy changes. Notices

23  summarizing the significant changes being made to the PayPal User Agreement, or even the

24  amended terms themselves, are posted as a "Policy Update" on PayPal's website. For substantive

25  amendments, PayPal also sends an email to its users notifying them in advance of the changes that

26  will be made to the PayPal User Agreement.

27       12.      At all times since November 1, 2012, the PayPal User Agreement has contained a

28

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-cv-09470-BLF

mandatory agreement to arbitrate all disputes with PayPal ("Agreement to Arbitrate"). The current User Agreement includes the following Agreement to Arbitrate terms:

> You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal, including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration or in small claims court. You or PayPal may assert claims in small claims court instead of in arbitration if the claims qualify and so long as the matter remains in small claims court and advances only on an individual (non-class, non-representative) basis. This Agreement to Arbitrate is intended to be broadly interpreted. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

A true and correct copy of the current version of the PayPal User Agreement effective July 16, 2025 is attached hereto as **Exhibit 1**. When viewed online, the second paragraph of the User Agreement advises users in conspicuous, blue text that the terms "include an **agreement to resolve disputes by arbitration** on an individual basis".

13.     At all times since November 1, 2012, the Agreement to Arbitrate has included a provision regarding future amendments to the Agreement to Arbitrate, specifying that any such amendments would apply to all disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between the user and PayPal, save for any claims filed prior to the effective date of the amendment.  This provision is in addition to terms in the PayPal User Agreement similarly authorizing PayPal to amend the operative terms, as described more fully at Paragraph 12 above.

14.     When PayPal updates the terms of the Agreement to Arbitrate, PayPal posts advance notice of the changes to the PayPal User Agreement on its website. PayPal also provides advance notice of the changes to its active users via email notification.  The PayPal User Agreement states: "We will notify you of amendments to this Agreement to Arbitrate by posting the amended terms on www.paypal.com at least 30 days before the effective date of the amendments and by providing notice through email."

15.     At all times since November 1, 2012, the Agreement to Arbitrate has contained an opt out provision allowing any user who did not consent to its arbitration terms to "opt out" by

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-cv-09470-BLF

mailing notice to PayPal's Litigation Department within 30 days of accepting a User Agreement for the first time. If a user opts out of the Agreement to Arbitrate, all other parts of the User Agreement continue to apply; a user's account will not be closed simply because the user avails themselves of the opt out provision.

16.    PayPal maintains records of all users who have opted out of the Agreement to Arbitrate. I have confirmed that none of the Plaintiffs in Paragraph 26 provided notice to PayPal that they would opt out of the Agreement to Arbitrate.

17.    On November 1, 2012, PayPal updated the language in the PayPal User Agreement to include a mandatory Agreement to Arbitrate all disputes with PayPal and added the current opt out provision discussed in paragraph 15 above.  The Policy Update containing information about the addition of the Agreement to Arbitrate to the User Agreement was posted on PayPal's website, along with the full text of the new arbitration provision. A true and correct copy of the notice that was posted to PayPal's website disclosing this amendment is attached hereto as **Exhibit 2.**

18.    In addition, a Notice about the Policy Update was emailed to all active PayPal users in October 2012.  A true and correct copy of the Notice of Policy Update that was sent by PayPal to all active users is attached hereto as **Exhibit 3**.

19.    A true and correct copy of the User Agreement effective November 1, 2012, containing the arbitration agreement at Section 14.3 is attached hereto as **Exhibit 4**.

20.    Since at least November 1, 2012, the PayPal User Agreement has included a mandatory Agreement to Arbitrate all disputes with PayPal:

> Agreement to Arbitrate. You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, If your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

Ex. 4 at 21.

21.    Since at least November 1, 2012, the User Agreement has included a substantively equivalent version of the following Prohibition of Class and Representative Actions and Non-

Individualized Relief ("Class Waiver"), pursuant to which users agree to waive their right to participate in a class action lawsuit against PayPal:

> YOU AND PAYPAL AGREE THAT EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND PAYPAL AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER PAYPAL USERS

Ex. 4 at 21.

22.    At all times since November 1, 2012, the Agreement to Arbitrate has contained an opt out provision allowing any user who did not consent to its terms to "opt out" by mailing notice to PayPal's Litigation Department within 30 days of accepting a User Agreement for the first time as described in paragraph 15 above.  PayPal users who had accepted the User Agreement before the introduction of the Agreement to Arbitrate could similarly "opt out" by mailing notice to PayPal's Litigation Department within 30 days of the effective date of the Agreement to Arbitrate, i.e. by December 1, 2012.  This opt out procedure requiring the opt out form to be submitted to PayPal's Litigation Department within 30 days of a user first accepting the User Agreement has remained unchanged in PayPal's User Agreement to the present date.

23.    Additionally, at all times since November 1, 2012, the Agreement to Arbitrate has included a provision regarding future amendments to the Agreement to Arbitrate, specifying that any such amendments would apply to all disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between the user and PayPal, save for any claims filed prior to the effective date of the amendment. This provision is in addition to terms in the User Agreement similarly authorizing PayPal to amend the operative terms, as described more fully at Paragraph 12, above.

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF

24.     Any time PayPal updated the terms of the Agreement to Arbitrate after November 1, 2012, PayPal posted advance notice of the changes to the User Agreement on its website.  PayPal also provided advance notice of the changes to its active users via email notification.

25.     Users can register for a personal account or a business account.  Personal accounts allow users to shop and pay online, send or receive personal payments for shared expenses, and send money as a gift.  A personal account is also recommended for casual sellers who want to get paid online but also make online purchases.  Business accounts allow the business to operate under a company/group name; accept debit card, credit card, and bank account payments for a low fee; allow up to 200 employees certain access to the account; and access PayPal products such as PayPal Checkout.

26.     PayPal's records reflect that the following Plaintiffs created PayPal accounts: Motion Butter, LLC, Dan Becker, LLC, Angry Snowboarder, Brevard Marketing LLC, Daniel Lachman, Stephen Sistek, Storm Productions LLC, Red Beard Studios LLC, Reid Tomasko, Gent Scents LLC, Sebastian Ventura, Colbow Design LLC, Richard Young, Be Victorious LLC, Christopher Komuves, John Pugh, David Hiser, Shanger Danger LLC, and Ahntourage Media LLC.

27.     Plaintiff Motion Butter, LLC is alleged to be a Texas limited liability company owned and operated by Andrew Tiu.  FAC ¶¶ 10, 174.  PayPal's records reflect the creation of a PayPal business account with the business name of Motion Butter on the following date: April 19, 2016.    PayPal's records reflect the account was created using the email address andrew@motionbutter.com and the owner of the account is Andrew Tiu.   The PayPal User Agreement in effect on April 19, 2016, the date Motion Butter, LLC created its account, is attached hereto as **Exhibit 5**.

28.     Plaintiff Dan Becker, LLC is alleged to be a Wisconsin limited liability company owned and operated by Dan Becker, who runs his own website www.danbeckeroutdoors.com. FAC ¶¶ 11, 181, 182.  PayPal's records reflect the creation of a PayPal business account with the business name Dan Becker Outdoors on the following date: November 15, 2002. PayPal's records

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-cv-09470-BLF

reflect the account was created using the email address dbecker78@gmail.com and the owner of the account is Dan Becker. The PayPal User Agreement in effect on November 15, 2002, the date Dan Becker, LLC created its account is attached hereto as **Exhibit 6**. PayPal's records indicate that the most recent transaction on Dan Becker, LLC's account was August 4, 2025.

29.    Plaintiff Angry Snowboarder is alleged to be a Colorado sole proprietorship owned and operated by Avran LeFeber. FAC ¶¶ 12, 188. PayPal's records reflect the creation of a PayPal personal account in the name of Avran LeFeber on the following date: May 29, 2007. PayPal's records reflect the account was created using the email address angrysnowboarder@gmail.com. The PayPal User Agreement in effect on May 29, 2007, the date Angry Snowboarder created its account, is attached hereto as **Exhibit 7**. PayPal's records indicate that the most recent transaction on Angry Snowboarder's account was May 9, 2025.

30.    Plaintiff Brevard Marketing LLC is alleged to be a Florida limited liability company owned and operated by Charles A. and Tina Graudins. FAC ¶¶ 13, 195. PayPal's records reflect the creation of multiple accounts related to Brevard Marketing and/or Charles Graudins. Specifically, PayPal's records reflect the creation of a PayPal business account with the business name Brevard Marketing on the following date February 5, 2001. PayPal's records reflect the account was created using the email address chuckfresh@gmail.com and the owner of the account is Chuck Fresh. The PayPal User Agreement in effect on February 5, 2001, the date Brevard Marketing LLC created its account, is attached hereto as **Exhibit 8**. PayPal's records indicate that the most recent transaction on Brevard Marketing LLC's account was August 9, 2025.

31.    Plaintiff Daniel Lachman is alleged to be an individual who resides in Florida and has a YouTube channel titled "dannypops." FAC ¶¶ 14, 203. PayPal's records reflect the creation of a PayPal personal account in the name of Daniel Lachman on the following date: October 20, 2020. PayPal's records reflect the account was created using the email address hellodannypops@gmail.com. The PayPal User Agreement in effect on October 20, 2020, the date Daniel Lachman created his account, is attached hereto as **Exhibit 9**.

32.    Plaintiff Stephen Sistek is alleged to be an individual who resides in Florida and has

a YouTube channel titled "ToolDemos."  FAC ¶¶ 16, 210.  PayPal's records reflect the creation of a PayPal personal account in the name of Stephen Sistek on the following date: January 9, 2018. PayPal's records reflect the account was created using the email address yuccaheels@hotmail.com and an address in Florida. The PayPal User Agreement in effect on January 9, 2018, the date Stephen Sistek created his account, is attached hereto as **Exhibit 10**.

33.     Plaintiff Storm Productions LLC is alleged to be a New York limited liability company owned and operated by Hayley Storm Corwick whose social media channels are branded as "Madison Avenue Spy."  FAC ¶¶ 17, 216.  PayPal's records reflect the creation of a PayPal business account with the business name of Stom Productions LLC on the following date: April 20, 2011.  PayPal's records reflect the account was created using the email address lila@madisonavenuespy.com and the owner of the account is Hayley Corwick. The PayPal User Agreement in effect on April 20, 2011, the date Storm Productions LLC created its account, is attached hereto as **Exhibit 11**.  PayPal's records indicate that the most recent transaction on Storm Productions LLC's account was August 11, 2025.

34.     Plaintiff Red Beard Studios LLC is alleged to be a Montana limited liability company owned and operated by Jeff King and his wife Jesse King.  FAC ¶¶ 18, 223.  PayPal's records reflect the creation of a PayPal business account with the business name Red Beard Studios LLP on the following date: November 5, 2007.  PayPal's records reflect the account was created using the email address red@red-beard.com and the owner of the account is Jeff King.  The PayPal User Agreement in effect on November 5, 2007, the date Red Beard Studios created its account, is attached hereto as **Exhibit 12**.  PayPal's records indicate that the most recent transaction on Red Beard Studios' account was August 7, 2025.

35.     Plaintiff Reid Tomasko is alleged to be an individual who resides in New Hampshire whose YouTube channel is titled "ElectricShock14."  FAC ¶¶ 19, 231.  PayPal's records reflect the creation of a PayPal business account with the business name of Electric Shock LLC on the following date: January 8, 2020.  PayPal's records reflect the account was created using the email address shockllc@shockarmy.com and  the owner of the account is Reid Tomasko.  The PayPal

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-cv-09470-BLF

User Agreement in effect on January 8, 2020, the date Reid Tomasko created his account, is attached hereto as **Exhibit 13**.

36.    Plaintiff Gents Scents LLC is alleged to be a North Carolina limited liability company owned and operated by Thomas Kirkland. FAC ¶¶ 20, 244. PayPal's records reflect the creation of a PayPal business account with the business name of Gents Scents LLC on the following date: January 31, 2022. PayPal's records reflect the account was created using the email address gentsscentsonline@gmail.com and the owner of the account is Thomas Kirkland. The PayPal User Agreement in effect on January 31, 2022, the date Gent Scents LLC created its account, is attached hereto as **Exhibit 14**.

37.    Plaintiff Sebastian Ventura is alleged to be an individual who resides in Tennessee whose YouTube, X, and Twitch social media channels are branded as "Redmist2033." FAC ¶¶ 21, 237. PayPal's records reflect the creation of a personal PayPal account in the name of Sebastian Ventura on the following date: February 19, 2016. PayPal's records reflect the account was created using the email address redmist2003@gmail.com. The PayPal User Agreement in effect on February 19, 2016, the date Sebastian Ventura created his account, is attached hereto as **Exhibit 15**.

38.    Plaintiff Colbow Design LLC is alleged to be an Ohio limited liability company owned and operated by Bradely Colbow. FAC ¶¶ 22, 251. PayPal's records reflect the creation of a PayPal business account with the business name Bradley Colbow on the following date: June 22, 2003.    PayPal's records reflect the account was created using the email address zpotd114009@163.com and the owner of the account is Bradley Colbow. PayPal's records also reflect the website associated with this account is colbowdesign.com. The PayPal User Agreement in effect on June 22, 2003, the date Colbow Design LLC created its account, is attached hereto as **Exhibit 16**. PayPal's records indicate that the most recent transaction on Colbow Design LLC's account was October 1, 2022.

39.    Plaintiff Richard Young is alleged to be an individual who resides in New York whose YouTube channel is titled "AudioHaze." FAC ¶¶ 24, 266. PayPal's records reflect the

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF

creation of a PayPal personal account in the name of Richard Young on the following date: June 26, 2018. PayPal's records reflect the account was created using the email address 8936107@gmail.com. PayPal's records reflect that the social security number associated with this account is also associated with a PayPal business account with the business name Audio Haze created with the email address realaudiohaze@gmail.com. The PayPal User Agreement in effect on June 26, 2018, the date Richard Young created his account, is attached hereto as **Exhibit 17**.

40.     Plaintiff Be Victorious LLC is alleged to be an Illinois limited liability company owned and operated by Victoria Dorsano. FAC ¶¶ 26, 279. PayPal's records reflect the creation of a PayPal business account with the business name Be Victorious LLC on the following date: July 12, 2013. PayPal's records reflect the account was created using the email address bevictoriouscoaching@gmail.com and that the owner of the account is Victoria Helle. The PayPal User Agreement in effect on July 12, 2013, the date Be Victorious LLC created its account, is attached hereto as **Exhibit 18**.

41.     Plaintiff Christopher Komuves is alleged to own a Connecticut sole proprietorship. FAC ¶ 28. PayPal's records reflect the creation of a PayPal personal account in the name of Christopher Scott Komuves on the following date: April 29, 2002. PayPal's records reflect the account was created using the email address cskomuves@gmail.com. The PayPal User Agreement in effect on April 29, 2002, the date Christopher Komuves created his account, is attached hereto as **Exhibit 19**. PayPal's records indicate that the most recent transaction on Christpher Komuves's account was May 14, 2025.

42.     Plaintiff John Pugh is alleged to be an individual who resides in Virgina whose YouTube channels is "Upper 90 Football." FAC ¶¶ 30, 309. PayPal's records reflect the creation of a PayPal business account in the name of Upper 90 Football on the following date: December 25, 2014. PayPal's records reflect the account was created using the email address johndoug326@gmail.com and the owner of the account is John Pugh. The PayPal User Agreement in effect on December 25, 2014, the date John Pugh created his account, is attached hereto as **Exhibit 20**.

43.    Plaintiff David Hiser is alleged to be an individual who resides in Washington whose YouTube channels is "Fate Unbound."  FAC ¶¶ 31, 316.  PayPal's records reflect the creation of a PayPal personal account on the following date: November 12, 2007.  PayPal's records reflect the account was created using the email address dhiser01@gmail.com.  The PayPal User Agreement in effect on November 12, 2007, the date David Hiser created his account, is attached hereto as **Exhibit 21**.  PayPal's records indicate that the most recent transaction on David Hiser's account was August 6, 2025.

44.    Plaintiff Shanger Danger LLC is alleged to be a Hawaii limited liability company owned and operated by Shane Brown.  FAC ¶¶ 34, 336.  PayPal's records reflect the creation of a PayPal business account with the business name ShangerDanger on the following date: January 24, 2009.  PayPal's records reflect that the account was created using the email address shane_brown16@yahoo.com and the owner of the account is Shane Brown.  The PayPal User Agreement in effect on January 24, 2009, the date Shanger Danger LLC created its account, is attached hereto as **Exhibit 22**.  PayPal's records indicate that the most recent transaction on Shanger Danger LLC's account was August 2, 2025.

45.    Plaintiff Ahntourage Media LLC is alleged to be a Pennsylvania S corporation owned and operated by Daniel Ahn whose YouTube channel is titled "Ahnestly."  FAC ¶¶ 35, 343-344.  PayPal's records reflect the creation of a PayPal personal account in the name of Daniel Ahn on the following date: July 26, 2006.  PayPal's records reflect that the account was created using the email address ahntouragemedia@gmail.com.  The YouTube channel Ahnestly links to his PayPal account with the following link: https://www.paypal.com/paypalme/Ahnestly.  The PayPal User Agreement in effect on July 26, 2006, the date Daniel Ahn created his PayPal account that is linked to his YouTube channel, is attached hereto as **Exhibit 23**.  PayPal's records indicate that the most recent transaction on Ahntourage Media LLC's account was August 11, 2025.

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF

**VENMO**

46.    Venmo is a mobile payment service that allows users to send and receive money electronically.

47.    PayPal acquired Venmo in 2013. Venmo has been a wholly owned subsidiary of PayPal since 2013.

48.    To create a Venmo account, the individual or business creating the account must complete a registration process. Each potential user—whether registering for a personal, teen, or business account—must accept the terms of the Venmo User Agreement, which provides the terms and conditions governing the use of Venmo's services and the relationship between Venmo and its users. No user may register for a Venmo account without agreeing to the terms and conditions of the Venmo User Agreement that is in operation at the time the user signs up.

49.    At the times each Venmo account referenced in paragraph 67 below was created and registered, Venmo and/or PayPal required potential users to accept the Venmo User Agreement by checking a box confirming consent thereto and/or acceptance thereof on the online registration form and clicking a box saying they have "read and agree[d]" to the Venmo User Agreement. Before accepting the Venmo User Agreement, potential users are given the opportunity to review the terms of the Venmo User Agreement, either through a scroll box on the registration page or via a hyperlink contained within the acceptance prompt, which would take the potential user to a separate, public webpage hosted by Venmo, and containing the Venmo User Agreement in full.

50.    Figure 2, below, shows an example of the standard prompt that potential users are shown during the registration process when they register for a Venmo business or personal account. After entering their first and last name, email address, and a password and agreeing that they are at least 18 years old and they consent to receive all communications electronically, they are taken to the screen shown in Figure 2. The phrase "User Agreement" in bold blue font represents a hyperlink that—when clicked—will direct users to the complete terms and conditions of the current Venmo User Agreement, which is always publicly available on Venmo's website.

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF

1

**Figure 2**



26   51.   Venmo also makes the current and operative Venmo User Agreement available to

27   all users and to the public through a "Legal" link that appears on every page of the Venmo.com

28

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF

website.

52.    Potential Venmo users cannot complete the registration process or create a Venmo account without accepting the Venmo User Agreement's terms.

53.    Venmo regularly updates the terms and conditions of its Venmo User Agreement. At all times since May 23, 2022, Venmo's User Agreements have authorized Venmo to amend the operative terms at any time by posting new terms on Venmo's website.  All Venmo users accept and agree to be bound by any such amendments by continuing to use Venmo's services.  The Venmo User Agreement further provides: "[b]y continuing to use our services after any changes to this user agreement, you agree to abide and be bound by those changes. If you do not agree with any changes to this user agreement, you may close your account." As set forth in the Venmo User Agreement, Venmo provides each user with written notice of all revisions to the Venmo User Agreement or related policy changes by sending an email to its users notifying them in advance of the changes that will be made to the Venmo User Agreement.

54.    At all times since May 23, 2022, the Venmo User Agreement has contained a mandatory agreement to arbitrate all disputes with PayPal, Venmo's parent company ("Agreement to Arbitrate"). The current User Agreement includes the following Agreement to Arbitrate terms:

> You and PayPal each agree that any and all disputes or claims that have arisen or may arise between you and PayPal (including claims or disputes that arise out of or relate to the Venmo services or your Venmo account, including any linked Teen Account), including without limitation federal and state statutory claims, common law claims, and those based in contract, tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively through final and binding arbitration or in small claims court. You or PayPal may assert claims in small claims court instead of in arbitration if the claims qualify and so long as the matter remains in small claims court and advances only on an individual (non-class, non-representative) basis.  This Agreement to Arbitrate is intended to be broadly interpreted.  The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate.

A true and correct copy of the current version of the Venmo User Agreement effective July 2, 2025 is attached hereto as **Exhibit 24**. When viewed online, the second paragraph of the User Agreement

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-cv-09470-BLF

advises users in conspicuous, bold blue text that the terms "include an **agreement to resolve disputes by arbitration** on an individual basis"; the bold blue text also provides a hyperlink directly to the Agreement to Arbitrate.

55.    Additionally, at all times since May 23, 2022, the Agreement to Arbitrate has included a provision regarding future amendments to the Agreement to Arbitrate, specifying that any such amendments would apply to all disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between the user and PayPal, save for any claims filed prior to the effective date of the amendment.  This provision is in addition to terms in the Venmo User Agreement similarly authorizing Venmo to amend the operative terms, as described more fully at Paragraph 54 above.

56.    At all times since May 23, 2022, when Venmo has updated the terms of the Agreement to Arbitrate, Venmo posts advance notice of the changes to the Venmo User Agreement on its website. Venmo also provides advance notice of the changes to its active users via email notification.  The Venmo User Agreement states: "We will notify you of amendments to this Agreement to Arbitrate by providing notice through email at least 21 days before the effective date of the amendments. If you do not agree to these amended terms, you may close your Venmo account within the 21-day period and you will not be bound by the amended terms."

57.    At all times since May 23, 2022, the Agreement to Arbitrate has contained an opt out provision allowing any user who did not consent to its arbitration terms to "opt out" by mailing notice to PayPal's Litigation Department within 30 days of accepting a Venmo User Agreement for the first time. If a user opts out of the Agreement to Arbitrate, all other parts of the Venmo User Agreement continue to apply; a user's account will not be closed simply because the user avails themselves of the opt out provision. This opt out procedure requiring the opt out form to be submitted to PayPal's Litigation Department within 30 days of a user first accepting the Venmo User Agreement has remained unchanged in Venmo's User Agreement to the present date.

58.    PayPal maintains records of all users who have opted out of the Venmo Agreement to Arbitrate. I have confirmed that none of the Plaintiffs provided notice to PayPal that they would

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF

1 opt out of the Venmo Agreement to Arbitrate.

2       59.     On April 22, 2022, PayPal emailed a Notice to all active Venmo users regarding an

3 upcoming Policy Update that would revise the Agreement to Arbitrate and the opt out provision.

4 A true and correct copy of the Notice of Policy Update that was sent by PayPal to all active Venmo

5 users is attached hereto as **Exhibit 25**.

6       60.     The Notice updated the language in the Venmo User Agreement to include "any and

7 all disputes or claims that have arisen or may arise between you and PayPal" and to add the current

8 opt out provision discussed in paragraph 57 above.

9       61.     A true and correct copy of the User Agreement effective May 23, 2022, containing

10 the arbitration agreement is attached hereto as **Exhibit 26**.

11       62.     Since at least May 23, 2022, the Venmo User Agreement has included a mandatory

12 Agreement to Arbitrate all disputes with PayPal:

13           You and PayPal each agree that any and all disputes or claims that have arisen or

14           may arise between you and PayPal (including claims or disputes that arise out of or
relate to the Venmo services or your Venmo account), including without limitation

15           federal and state statutory claims, common law claims, and those based in contract,
tort, fraud, misrepresentation or any other legal theory, shall be resolved exclusively

16           through final and binding arbitration or in small claims court. You or PayPal may
assert claims in small claims court instead of in arbitration if the claims qualify and

17           so long as the matter remains in small claims court and advances only on an
individual (non-class, nonrepresentative) basis. This Agreement to Arbitrate is

18           intended to be broadly interpreted. The Federal Arbitration Act governs the

19           interpretation and enforcement of this Agreement to Arbitrate.

20 Ex. 26 at 45.

21       63.     Since at least May 23, 2022, the User Agreement has included the following

22 Prohibition of Class and Representative Actions and Non-Individualized Relief ("Class Waiver"),

23 pursuant to which users agree to waive their right to participate in a class action lawsuit against

24 PayPal:

25           You and PayPal agree that each of us may bring claims against the other only on an

26           individual basis and not as a plaintiff or class member in any purported class or
representative action or proceeding. Unless both you and PayPal agree otherwise,

27           the arbitrator may not consolidate or join more than one person's or party's claims
and may not otherwise preside over any form of a consolidated, representative or

28

class proceeding. Also, the arbitrator may award relief(including monetary, injunctive and declaratory relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief necessitated by that party's individual claim(s). Any relief awarded cannot affect other PayPal or Venmo customers.

Ex. 26 at 47.

64.     At all times since May 23, 2022, the Agreement to Arbitrate has contained an opt out provision allowing any user who did not consent to its terms to "opt out" by mailing notice to PayPal's Litigation Department within 30 days of accepting a User Agreement for the first time as described in paragraph 57 above.  Venmo users who had accepted the User Agreement before the introduction of the Agreement to Arbitrate could similarly "opt out" by mailing notice to PayPal's Litigation Department within 30 days of the effective date of the Agreement to Arbitrate, i.e. by 30 days after date of change.  This opt out procedure requiring the opt out form to be submitted to PayPal's Litigation Department within 30 days of a user first accepting the Venmo User Agreement has remained unchanged in Venmo's User Agreement to the present date.

65.     Additionally, at all times since May 23, 2022, the Agreement to Arbitrate has included a provision regarding future amendments to the Agreement to Arbitrate, specifying that any such amendments would apply to all disputes or claims governed by the Agreement to Arbitrate that have arisen or may arise between the user and PayPal, save for any claims filed prior to the effective date of the amendment. This provision is in addition to terms in the User Agreement similarly authorizing PayPal to amend the operative terms, as described more fully at Paragraph 53, above.

66.     Any time PayPal updated the terms of the Agreement to Arbitrate after May 23, 2022, PayPal posted advance notice of the changes to the Venmo User Agreement on the Venmo website.  PayPal also provided advance notice of the changes to its active Venmo users via email notification.

67.     PayPal's records reflect that the following Plaintiffs have Venmo accounts: Brevard Marketing LLC, Justin Tech Tips, Aaron Ramirez, and Eli Silva.

68.     Plaintiff Brevard Marketing LLC is alleged to be a Florida limited liability company owned and operated by Charles A. and Tina Graudins.  FAC ¶¶ 13, 195.  PayPal's records reflect the creation of a Venmo business account with the business name Brevard Marketing on the following date March 24, 2020.  PayPal's records reflect the account was created using the email address chuckfresh@gmail.com and the owner of the account is Chuck Fresh.  The Venmo User Agreement in effect on March 24, 2020, the date Brevard Marketing LLC created its account, is attached hereto as **Exhibit 27**.  PayPal's records indicate that the most recent transaction on Brevard Marketing LLC's account was July 29, 2025.

69.     Plaintiff Justin Tech Tips LLC is alleged to be a Texas limited liability company owned and operated by Justin Wyatt whose YouTube channel is titled "Just!N Tech".  FAC ¶¶ 23, 258-259.  PayPal's records reflect the creation of a Venmo business account with the business name Just!N Tech on the following date: April 29, 2024.  PayPal's records reflect the account was created with the email address justinwyatt@gmail.com and the owner of the account is Justin Wyatt.  The Venmo User Agreement in effect on April 29, 2024, the date Justin Tech Tips LLC created its account, is attached hereto as **Exhibit 28**.

70.     Plaintiff Aaron Ramirez is alleged to be an individual who resides in California whose YouTube channel is titled "AaronnRamirez."  FAC ¶¶ 25, 273.  PayPal's records reflect the creation of a Venmo personal account in the name of Aaron Ramirez on the following date: October 26, 2019.  PayPal's records reflect the account was created using the email address aaronramirez008@live.com.  The Venmo User Agreement in effect on October 26, 2019, the date Aaron Ramirez created his account, is attached hereto as **Exhibit 29**.  PayPal's records indicate that the most recent transaction on Aaron Ramirez's account was August 6, 2025.

71.     Plaintiff Eli Silva is alleged to be an individual who resides in California whose YouTube channel is "DeepDiscounts."  FAC ¶¶ 29, 80.  PayPal's records reflect the creation of a Venmo business account in the name of DeepDiscounts on the following date: January 31, 2024.  PayPal's records reflect the account was created using the email address eli@deepdiscounts.club and the owner of the account is Eli Silva.  The Venmo User Agreement in effect on January 31,

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-cv-09470-BLF

1  2024, the date Eli Silva created his account, is attached hereto as **Exhibit 30**.

2        I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.  Executed in Chandler, Arizona on August 11, 2025.

4

5                                                     _Alicia Sterzinar_

6                                                     Alicia Sterzinar

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALICIA STERZINAR IN
SUPPORT OF DEFENDANTS' MOTION TO
COMPEL ARBITRATION
5:24-CV-09470-BLF