# EXHIBIT 19

The Wayback Machine - https://web.archive.org/web/20011217183508/http://www.paypal.co…

**PayPal**

| Welcome | Send Money | Request Money | Shop | Sell |

# User Agreement for PayPal™ Service

This User Agreement ("Agreement" or "User Agreement") is a contract between you and PayPal, Inc. and applies to your use of the PayPal™ payment service and any related products and services (collectively the "Service"). This Agreement affects your rights and you should read it carefully. We encourage you to print the Agreement or copy it to your computer's hard drive for your reference. For additional information about the Service and how it works, please also consult the PayPal Help Center. In this Agreement, "you" or "your" means any person or entity using the Service ("Users"). Unless otherwise stated, "PayPal," "we" or "our" will refer collectively to PayPal, Inc. and its subsidiaries, affiliates, directors, officers, employees, agents and contractors.

By clicking "I Agree", "I Accept"; or by submitting payment information through the Service you agree to the terms and conditions of this Agreement, the PayPal Privacy Policy, and any documents incorporated by reference. You further agree that this User Agreement forms a legally binding contract between you and PayPal, and that this Agreement constitutes "a writing signed by You" under any applicable law or regulation. Any rights not expressly granted herein are reserved by PayPal, Inc. This Agreement is subject to change by PayPal without prior notice (unless prior notice is required by law), by posting of the revised Agreement on the PayPal website. Descriptions of material amendments to this Agreement will be posted in advance on the PayPal website in the "Policy Updates" section that is displayed to you when you log in to your account. You can also set your Preferences to receive e-mail notification of all policy updates. You may review the current Agreement prior to initiating a transaction at any time at our User Agreement page page.

Unless otherwise specified, all references to a "bank" in this Agreement include savings associations and credit unions, and all references to a "credit card" include Visa- and MasterCard-branded debit cards. This Agreement was last modified on Dec. 15, 2001.

I. The Legal Relationship Between You and PayPal

II. User Responsibilities

III. Sending Payments

IV. Receiving Payments

V. Rights, Obligations and Disclaimers of PayPal

VI. Electronic Fund Transfer Rights and Error Resolution

VII. Consumer Protection Programs

VIII. Additional Terms of Use for Premier/Business Users

IX. Additional Terms of Use for PayPal Shops

X. Additional Terms of Use for Debit Cards

XI. Additional Terms of Use for BillPay

**I. The Legal Relationship between You and PayPal**

By registering for the Service, you appoint PayPal as your agent to process payments on your behalf in accordance with your instructions, subject to the terms and restrictions of this Agreement. PayPal will at all times hold your funds separate from its corporate funds, will not use your funds for its operating expenses or any other corporate purposes, and will not voluntarily make funds available to its creditors in the event of bankruptcy or for any other purpose. You acknowledge that (i) PayPal is not a bank and the Service is a payment processing service rather than a banking service, and (ii) PayPal is not acting as a trustee, fiduciary or escrow with respect to your funds, but is acting only as an agent and custodian.

You are not required to keep funds in the PayPal system (i.e., carry a balance in your PayPal agency account) in order to use the Service. If you do carry a balance in your PayPal account and do not enroll in the PayPal Money Market Reserve Fund, PayPal will pool your funds together with funds from other Users, and will place those funds in accounts at one or more FDIC-insured banks ("Pooled Accounts"). You agree that any earnings on the Pooled Accounts will be the property of PayPal, and you will not receive interest or other earnings on the funds that PayPal handles as your agent.

If you enroll in the Money Market Reserve Fund, PayPal's subsidiary PayPal Asset Management Inc. will act as your agent to transfer any balance in your PayPal account on a daily basis to purchase shares in the Money Market Reserve Fund. Thereafter, payments that you send through PayPal will be funded by a redemption of your shares in the Money Market Reserve Fund. For more information on the Money Market Reserve Fund, please review prospectus.

By initiating and sending payments through the Service or adding funds to your balance, you appoint PayPal as your agent to obtain the funds on your behalf and to transfer the funds to the recipient that you designate or to a Pooled Account, subject to the terms and restrictions of this Agreement. PayPal will obtain the funds first by debiting your funds in the Pooled Accounts or redeeming your shares in the Money Market Reserve Fund, if any. If this is not sufficient to fund your payment fully, PayPal will obtain the remaining funds per your instructions by debiting a bank account that you designate or charging your credit card. When you send a payment, until that payment is accepted by the recipient (which may occur instantly), you remain the owner of those funds and PayPal holds those funds as your agent, but you will not be able to withdraw those funds or send the funds to any other recipient unless the initial transaction is cancelled.

By receiving payments through the Service, you appoint PayPal as your agent to cause the funds to be deposited on your behalf in the Pooled Accounts until you further instruct PayPal with respect to the transmission of your funds. Through the PayPal website, you may provide instructions to withdraw the funds, enroll in an automatic sweep of the funds into the PayPal Money Market Reserve Fund or transfer the funds to a third party, in each case subject to the terms and restrictions of this Agreement. If you receive a notice that a payment has been sent to you through PayPal but you have not registered for the Service, PayPal will not become your agent and you will have no claim to those funds unless and

until you register for the Service and indicate your acceptance of the payment.

## II. User Responsibilities

1. **Eligibility.** In order to use the Service, you must register for a Personal, Premier, or Business account. If you use the Service to receive credit-card funded payments, you must register for, or upgrade to, a Premier or Business Account, or else the credit card funded payment will be returned to the sender.

   You must be at least 16 years of age to register for an account and use the Service. If you are under the age of 18, you hereby represent that you are using the Service with the consent of your parent or guardian.

2. **No Multiple Accounts.** Should you register for more than one Personal Account, PayPal reserves the right to terminate all of your accounts and will restrict you from the system going forward. Users may register and hold one Personal Account and either one Premier or one Business Account.

3. **Registration Information.** You agree to provide true, accurate and complete registration information and to maintain and promptly update your information as applicable. You agree not to impersonate any other person or use a name that you are not authorized to use. If any information you provide is untrue, inaccurate, not current, or incomplete, without limiting other remedies, PayPal has the right to terminate your use of the Service and PayPal, its agents, suppliers, and subcontractors have the right to recover from you any costs or losses incurred as a direct or indirect result of the inaccurate or incomplete information.

   You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to validate your registration. This may include ordering a credit report and performing other credit checks or verifying the information you provide against third party databases.

4. **International Use.** To be eligible for an account, you must be a resident of the United States or one of the approved countries listed below:

   - Argentina
   - Australia
   - Anguilla
   - Austria
   - Belgium
   - Brazil
   - Canada
   - China
   - Costa Rica
   - Denmark
   - Dominican Republic
   - Finland
   - France
   - Germany
   - Greece
   - Hong Kong
   - Iceland
   - India
   - Ireland
   - Israel
   - Italy
   - Jamaica
   - Japan
   - Luxembourg
   - Mexico
   - Netherlands
   - New Zealand
   - Norway
   - Portugal
   - Singapore
   - South Africa
   - South Korea
   - Spain
   - Sweden
   - Switzerland
   - United Kingdom

   International Users, unlike U.S. Users, must pay fees for moving funds into the Service and for withdrawing funds from the Service. These fees are set forth in the International Fee Schedule. International Users in some countries may not use the Service to receive payments, and may only use the Service to send payments. These countries are designated on the PayPal International page. IT IS PAYPAL'S ASSUMPTION THAT INTERNATIONAL USERS ARE SIGNING UP FOR A PAYPAL ACCOUNT ONLY AFTER DETERMINING THAT OPENING AND MAINTAINING A PAYPAL ACCOUNT VIOLATES NO LAWS OR REGULATIONS IN THEIR RESPECTIVE COUNTRY AND JURISDICTION. If you are an international user, you warrant that you are violating no law or regulation by your use of PayPal, and you indemnify us for any and all liability that might arise from your use of PayPal.

5. **Prohibited Transactions.** You agree that you will not use PayPal to accept payment

for illegal products or services, including but not limited to materials that infringe the intellectual property rights of third parties. You will not use the Service, the PayPal website or any of the services offered therein for any unlawful or fraudulent activity. If PayPal has reason to believe that you may be engaging in or have engaged in fraudulent, unlawful, or improper activity, including without limitation any violation of any terms and conditions of this Agreement, your access to the Service may be suspended or terminated. You will cooperate fully with PayPal to investigate any suspected unlawful, fraudulent or improper activity, including but not limited to granting authorized PayPal representatives "guest" or "member" access to any password-protected portions of your website.

You also agree not to use your PayPal account to sell securities, business opportunities, franchises, multi-level marketing, or goods with delivery delayed more than 20 days from the date of payment. You agree not to impersonate a PayPal User or a PayPal representative, or to request that a PayPal customer provide you with their password or other information to access their account.

6. **Electronic Communications.** To the fullest extent permitted by applicable law, this Agreement and any other agreements, notices or other communications regarding your account and/or your use of the Service ("Communications"), may be provided to you electronically and you agree to receive all Communications from PayPal in electronic form. Electronic Communications may be posted on the pages within the PayPal website and/or delivered to your e-mail address. You may print a copy of any Communications and retain it for your records. All Communications in either electronic or paper format will be considered to be in "writing," and to have been received no later than five (5) business days after posting or dissemination, whether or not you have received or retrieved the Communication. PayPal reserves the right but assumes no obligation to provide Communications in paper format. Your consent to receive Communications electronically is valid until you revoke your consent by notifying PayPal of your decision to do so by contacting us through this form or by telephoning customer service. If you revoke your consent to receive Communications electronically, PayPal will terminate your right to use the Service.

7. **Correct E-mail.** You agree and warrant that you have access to the Internet and to a current functional personal e-mail address. Although we will take reasonable steps to contact you based on information that you have provided us, PayPal will not be liable for any undelivered e-mail communications or any costs you incur for maintaining Internet access and an e-mail account. You have an AFFIRMATIVE OBGLIGATION to provide PayPal with a correct and operational e-mail address, and to notify PayPal promptly as to any changes or cancellations of any and all e-mail addresses you provide PayPal. Failure to provide PayPal with a current, working, functional, personal e-mail address, and/or failure to update PayPal in a change or cancellation of your e-mail address, or if PayPal has reason to believe that either have occurred may result in any or all of the following, non-exclusively: (1) the removal or deactivation by PayPal of a non-functional e-mail address from your account; (2) the replacement of a secondary e-mail address as a new permanent e-mail address associated with your account; (3) an alteration to your user preferences regarding PayPal e-mail notifications; and/or (4) attempts by PayPal to reach you personally by phone, fax or postal mail. PayPal reserves the right to take measures to ensure the integrity of its contact directory, and expects that you, as a user, will cooperate and keep your contact information current.

8. **No Spam.** You agree not to use email addresses of PayPal customers to send unsolicited email. You agree not to use unsolicited email, usenet, message board postings, or similar methods of mass messaging (spam) to gather referral bonuses. The use of spam to promote the Service has strict negative consequences. We will immediately and permanently terminate the account of any User who has sent unsolicited email targeting PayPal Users to gain referrals or for any other purpose. In addition, you may be subject to state and federal penalties and other legal consequences under applicable law if you send unsolicited email. Our Anti-Spam

Policy is intended to protect our users, the Internet, and us.

9. **Unclaimed Property.** If you do not access your account for a period of three years, it will be terminated. After the date of termination, we will use the information you provided to try to send you any funds that we are holding in custody for you. If that information is not correct, and we are unable to complete the payment to you, your funds will be subject to applicable state laws regarding escheat of unclaimed property.

10. **Passwords.** You may not reveal your account password(s) to anyone else, nor may you use anyone else's password. PayPal is not responsible for losses incurred by Users as the result of their misuse of passwords.

11. **Closing Your Account.** You may close your account at any time by clicking on the "Close Account" tab in your Profile on the PayPal website. Upon closure of an account, any pending transactions will be canceled. Any funds that we are holding in custody for you at the time of closure, less any applicable fees, will be paid to you by check, assuming all withdrawal related authentication requirements have been fulfilled (for example, you may not use closure of your account as a means of evading withdrawal limits on new Unverified users). You may not use closure of your account as a means of evading investigation - if an investigation is pending at the time you close your account, PayPal may continue to hold your funds for up to 180 days as appropriate to protect PayPal against the risk of chargebacks. If you are later determined to be entitled to some or all of the funds in dispute, PayPal will make an additional payment of those funds to you. You will remain liable for all obligations related to your account even after such account is closed.

12. **Hacking.** If you use, or attempt to use the Service for purposes other than sending and receiving payments and managing your account, including but not limited to tampering, hacking, modifying or otherwise corrupting the security or functionality of Service, your account will be terminated and you will be subject to damages and other penalties, including criminal prosecution where available.

13. **No Cash Advances.** You agree not to engage in behavior that could reasonably be construed as providing yourself a cash advance from your credit card, and agree not to assist Users who engage in behavior that could reasonably be construed as providing themselves a cash advance from their credit cards. Such behavior includes, but is not limited to, a User paying someone with a credit card-funded payment through the Service, then receiving the funds back from the original Recipient and attempting to withdraw the funds from their account. PayPal reserves the right to reverse all such transactions and to terminate any accounts that are associated with such behavior.

14. **Assignability.** You may not transfer any rights or obligations you may have under this Agreement without the prior written consent of PayPal. PayPal reserves the right to transfer this Agreement or any right or obligation under this Agreement without your consent.

15. **Indemnification.** You agree to indemnify and hold PayPal, its affiliates, officers, directors and employees harmless from any claim, action, demand, loss, or damages (including attorneys' fees) made or incurred by any third party arising out of or relating to your use of the Service.

16. **Security Interest; PayPal's Right to Setoff.** To secure your performance of this Agreement, you grant to PayPal a lien on and security interest in your account. In addition, you acknowledge that PayPal may setoff against any accounts you own for any obligation you owe PayPal at any time and for any reason allowed by law. These obligations include both secured and unsecured debts and debts you owe individually or together with someone else. PayPal may consider this Agreement as your consent to PayPal's asserting its security interest or exercising its right of setoff should any

law require your consent. The rights described in this section are in addition to and apart from any other rights.

17. **Choice of Law.** This Agreement is governed by and interpreted under the laws of the state of California, U.S. as such laws are applied to agreements entered into and to be performed entirely within California by California residents.

18. **Arbitration.** Any controversy or claim arising out of or relating to this Agreement or the provision of Services shall be settled by binding arbitration in accordance with the commercial arbitration rules of the American Arbitration Association. Any such controversy or claim shall be arbitrated on an individual basis, and shall not be consolidated in any arbitration with any claim or controversy of any other party. The arbitration shall be conducted in Santa Clara County, California, and judgment on the arbitration award may be entered in any court having jurisdiction thereof. Either you or PayPal may seek any interim or preliminary relief from a court of competent jurisdiction in Santa Clara County, California necessary to protect the rights or property of you or PayPal, Inc. (or its agents, suppliers, and subcontractors) pending the completion of arbitration.

## III. Sending Payments

1. **Spending Limits and Verification**

    i. **U.S. Users.** You need to have a confirmed credit card or bank account with PayPal before you can send any payments. Once you confirm an email address and a credit card, you are limited to a total of $1000 of spending. Some accounts, at PayPal's discretion, may have a lower limit. Once you become Verified by confirming your bank account, your sending limit will be lifted. Account limits, if any, can be viewed from the "View Limits" link on the Account Overview page. In order to become Verified, you must login to your PayPal account and authorize PayPal to make two small deposits, at PayPal's own expense, to the bank account that you registered. Your bank account and your PayPal account will be considered Verified if and when you correctly enter these deposit amounts on the PayPal website. If your Verified bank account is closed, you must confirm your control of a new U.S. bank account in order to remain Verified. PayPal reserves the right to decide that accounts at certain banks may not be used for Verification.

    ii. **International Users.** If you are an International User, you will not be able to complete a payment through the Service unless and until you have become International-Verified by confirming an e-mail address and a member number associated with the membership fee assessed by PayPal. To become International-Verified, please log in to your International account through the PayPal website and follow the instructions provided to confirm your member number, as described in #3 below.

2. **Electronic Transfers.** When you make a payment through PayPal that is funded by Instant Transfer or eCheck, and when you initiate an "Add Funds" transaction you are requesting an electronic transfer from your bank account. Upon such request, PayPal will make electronic transfers via the Automated Clearing House (ACH) system from your U.S. bank account in the amount you specify. You agree that such requests constitute your authorization for such transfers. PayPal will never make transfers from your bank account without your authorization.

    PayPal provides you protection against unauthorized withdrawals from your bank account under the terms of Article VI below. You may be charged a service fee for any ACH transactions that result in a returned ACH item, such as but not limited to those caused by insufficient funds in your bank account, closure of your bank account, or if the bank account number or other information you provided is incorrect. Currently, International Users are charged $20USD per returned ACH and

U.S. Users are not charged. PayPal reserves the right to resubmit for collection any ACH debit authorized by you (Instant Transfer, eCheck or Add Funds) that is returned for insufficient or uncollected funds.

3. **Confirmation of Membership Numbers.** PayPal requires all International Users and some domestic Users to complete an additional process to establish their membership with PayPal. This process consists of a membership fee charged to the User's credit or debit card that is associated with a randomly generated, unique 4-digit PayPal Membership Number. PayPal provides a page in the User's account for the User to enter this member number when it is received via the User's physical monthly card statement or via online access to the card statement. PayPal strongly discourages users from calling their credit card companies in order to obtain PayPal Membership Numbers before receiving their monthly statement in the mail or online. If PayPal receives a complaint from Visa, MasterCard, Discover, American Express, or a card issuer regarding a User's calling their credit card company to obtain PayPal Membership Numbers, that User's PayPal account will be permanently closed.

4. **Right of Recipient to Refuse Payment.** When you send a payment to a third party through PayPal, the recipient is not required to accept the payment, even if the recipient is already registered with PayPal. The recipient is free to return payments or, in some cases, to use the PayPal system to deny payments that you have sent. You acknowledge that PayPal will not be liable for any damages resulting from a recipient's decision not to accept a payment made through PayPal. Any payments through PayPal that are denied or unclaimed by a recipient will be returned to the sender on the earlier of (a) the date of such denial, or (b) within 30 days from the date the payment is sent.

## IV. Receiving Payments

1. **Receipt of Credit Card Funded Payments.** The ability to receive credit card funded payments is reserved for Premier and Business accounts. Personal Accounts that receive credit card funded payments may accept the payment by upgrading to a Premier or Business account, or they will have to deny the payment. Personal accounts may receive non-credit card funded payments for free. Once upgraded, Premier and Business Accounts may receive unlimited credit card funded payments. Payments funded wholly or partially by a credit card are classified as credit card payments in the PayPal system.

2. **Receipt of Payments; Risk of Reversal of Transactions; Collection of Funds you owe PayPal.** When you receive a payment through the Service, unless you follow the steps necessary to qualify for our Seller Protection Policy described in Part VII of this User Agreement, you are not protected against a subsequent reversal of the transaction. In the event that the sender's transaction is reversed for any reason and you do not qualify for the Seller Protection Policy for that transaction, you will owe PayPal for the amount of the reversed transaction plus any fees imposed on PayPal as a result of the reversal. Examples of such a reversal include, but are not limited to, a credit card charge-back by the sender of the payment, and a reversal of the transaction because the sender of the payment was using a stolen credit card or unauthorized bank account. PayPal will seek to recover the funds from you by debiting your PayPal balance and, if there are not sufficient funds in your PayPal balance, PayPal reserves the right to collect your debt to PayPal by any other legal means. If you open a Premier or Business Account after October 11, 2001, you authorize PayPal to debit your bank account linked to that PayPal account for the amount that you owe PayPal on transactions which were not covered by the Seller Protection Policy and which were not recoverable from your PayPal balance.

3. **Withdrawals.**

    i. **U.S. Users.** In order to withdraw funds that PayPal is holding in custody for you, you must confirm the email address that your registered by responding to

a message that PayPal will send to that address when you have completed registration, and you must register a bank account or credit card with PayPal. New PayPal Users (who have been in the PayPal system for 120 days or less) are required to complete two out of three authentication steps (confirm bank account, confirm credit card, confirm Social Security Number) in order to withdraw more than $500 per month. Some accounts, at PayPal's discretion, may have lower limits until the authentication steps have been completed. Account limits, if any, can be viewed from the "View Limits" link on the Account Overview page.

You may withdraw funds by direct deposit into your bank account or by physical check. To cover the cost of processing checks, PayPal charges $1.50 per check withdrawal. Check withdrawals will not be sent to P.O. Box addresses. In addition, check withdrawals will only be sent to a Confirmed Address, unless you are Verified (as described in Section III.1 above), in which case you may choose any street address. If you would like a check withdrawal to an address that does not match these rules, you must contact Customer Service and produce appropriate documentation as determined by PayPal before a check will be sent to the requested address.

ii. **International Users.** If you are an International User, you may only accept payments after you have registered a credit card with PayPal. If and when you have registered a credit card, the following rules apply to the withdrawal of any payments you receive through the Service.

All International Users who have a U.S. bank account and registered it with PayPal may withdraw funds from their PayPal balance to that bank account. International Users in Australia, Canada, France, Germany, Hong Kong, New Zealand, Singapore, the Netherlands and the United Kingdom who have confirmed their control of the credit card associated with their PayPal account may register their local bank accounts with PayPal, and may then withdraw funds from their PayPal balance into their local bank accounts.

International Users outside of those countries who do not have a U.S. bank account will not be able to withdraw funds from the PayPal system, and should therefore accept payments only if they expect to spend those funds using PayPal. In order to accept payments, International Users outside those countries must set their Preferences by logging into their PayPal account.

International Users in some countries may not use the Service to receive payments, and may only use the Service to send payments. These countries are designated on the PayPal International page.

4. **No Surcharges.** Under Visa, MasterCard, Discover and American Express regulations and the laws of several states, including California, merchants may not charge a fee to the buyer for accepting credit card payments (often called a "surcharge"). You agree that you will not impose a surcharge or any other fee for accepting PayPal as payment. This restriction does not prevent you from imposing a handling fee in connection with the sale of goods or services, as long as the handling fee does not operate as a surcharge (in other words, the handling fee for transactions paid through PayPal may not be higher than the handling fee for transactions paid through other payment methods).

5. **Use of PayPal Logos on eBay Auctions.** In addition to the terms set out in Section V Part 5 of this User Agreement, when you display a logo on your eBay auction which contains the Visa, MasterCard, Discover and American Express logos, your PayPal account must accept payments made via credit card. You may edit your payment receiving preferences from your Profile.

**V. Rights, Obligations and Disclaimers of PayPal**

1. **Privacy.** We take the privacy of your personal information very seriously at PayPal. We have developed a separate Privacy Policy, and ask you to review that Policy for more information on this topic.

2. **Processing.** PayPal shall make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner. However, a number of factors, several of which are outside of our control, will contribute to when the funds are received. We make no representations or warranties regarding the amount of time needed to complete processing, such as delays in the banking system or the U.S. or international mail service, nor shall we be liable for any actual or consequential damages arising from any claim of delay.

3. **Closing and Restricting Accounts.**

   PayPal, at its sole discretion, reserves the right to close an account at any time for any reason, including but not limited to a violation of this Agreement, upon notice to the User and payment to the User of any unrestricted funds held in custody.

   PayPal, at its sole discretion, also reserves the right to restrict withdrawals from an account for any one of the events listed below. If the dispute covers only a specific transaction, we will only restrict funds related to that particular transaction. If your account is restricted, you will be notified by e-mail and requested to provide information relevant to your account. PayPal will investigate the matter promptly. If the investigation is in your favor, we will unrestrict your account. If the investigation is not in your favor, PayPal may return funds to the sender and unrestrict the remainder of your account, continue the restriction for up to 180 days as to funds necessary to protect PayPal against the risk of chargebacks, or may close your account by giving you notice and mailing a check for any funds in your account (minus funds that are in dispute) to the address that you have provided. If you are later determined to be entitled to the funds in dispute, PayPal will make an additional payment of those funds to you.

   - Reports of unauthorized or unusual credit card use associated with the account including, but not limited to, notice by the card issuing bank
   - Reports of unauthorized or unusual bank account use associated with the account
   - Complaints received regarding non-shipment of merchandise, non-delivery of services, merchandise not as described, or problems with merchandise shipped
   - Initiation by a buyer of a chargeback process through the buyer's issuing bank without first pursuing the Buyer Complaint process described below.
   - Receipt of potentially fraudulent funds
   - Excessive disputes or chargebacks, or attempts to "double dip" by receiving funds in a dispute both from PayPal and through a chargeback or a refund from the seller,
   - Refusal to cooperate in an investigation or provide confirmation of identity when requested
   - Initiation of transactions considered to be cash advances or assisting in cash advances
   - Sending unsolicited email or posting referral links on websites where they are not permitted
   - Opening multiple Personal accounts
   - The account has been used in or to facilitate fraudulent activity
   - Violations of this User Agreement
   - Name on the bank account associated with the PayPal account does not match the name on the PayPal account
   - Return of an incoming Electronic Funds Transfer for insufficient funds in the bank account, incorrect bank routing number, or incorrect bank account number
   - Use of an anonymizing proxy.

PayPal will use reasonable efforts to investigate accounts that are subject to a restriction and to reach a final decision on the restriction promptly.

4. **Termination.** PayPal, in its sole discretion, reserves the right to terminate this Agreement, access to its website, or access to the Service for any reason and at any time upon notice to you and payment to you of any unrestricted funds held in custody for you.

5. **Trademarks.** PayPal.com, PAYPAL and all related logos, products and services described in this website are either trademarks or registered trademarks of PayPal, Inc., or its licensors, and (aside from the circumstances described in "Use of Logos" below) may not be copied, imitated or used, in whole or in part, without the prior written permission of PayPal. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal and may not be copied, imitated, or used, in whole or in part, without the prior written permission of PayPal.

Notwithstanding the above, HTML logos provided by PayPal through its Affiliate Program, Web Accept feature, or Auctions Tools features ("Logos"), may be used without prior written consent for the purpose of directing web traffic to the Service. These Logos may not be altered, modified, or changed in any way, or used in a manner that is disparaging to PayPal or the Service. Logos may not be displayed in any manner that implies sponsorship or endorsement by PayPal. PayPal is a payment service, and no partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

6. **Miscellaneous Disclaimers.**

   a. PayPal reserves the right to hold funds beyond the normal distribution periods for transactions it deems suspicious to ensure integrity of the funds.

   b. PayPal shall not be responsible for payments made to unintended Recipients or for payments made in incorrect amounts due to the input of incorrect information by Senders.

   c. Verification of Users is only an indication of increased likelihood that a User's identity is correct. PayPal shall not be responsible for any fraud, deception or misrepresentations by Users, whether or not the User is Verified. However, PayPal's Buyer Complaint Program, described below, will seek to assist Users who may be the victims of fraud if they report the problem promptly.

   d. PayPal shall not be obligated to pay a User for any Payments for which PayPal has not been fully paid by the Sender's credit card issuer or bank, as applicable.

   e. PayPal will not have any liability in connection with any unauthorized interception or use of data relating to you or the PayPal service; any inability by you to use or access the service or the PayPal website for any reason; any actions or transactions by an individual that uses your user name and password with your consent or knowledge; or any cause over which PayPal, Inc. does not have direct control, including problems attributable to computer hardware or software (including computer viruses), telephone or other communications, or Internet service providers.

   f. In no event shall PayPal be liable (A) for damages caused other than by intentional misconduct or (B) for any indirect, special, incidental, consequential or punitive damages whatsoever (including, but not limited to, damages for lost profits, disclosure of confidential information, or loss of privacy), arising out of or in any way related to your use of or inability to use the Service or the

PayPal website, even if PayPal, Inc. has been advised of the possibility of such damages. In no event shall PayPal, Inc. be liable for any act or omission of any third party (such as, for example, any provider of telecommunications services, internet access or computer equipment or software) or any circumstances beyond our control (such as, for example, a fire, flood, or other natural disaster, war, riot, strike, act of civil or military authority, equipment failure, computer virus, or failure or interruption of electrical, telecommunications or other utility services).

g. PayPal reserves the right to require Users who receive payments through PayPal and operate with high chargeback rates or otherwise present a relatively high risk of losses to choose between closure of their PayPal account or entering into an additional agreement addressing such risks, which may include higher fees.

7. **Security Features.** PayPal strongly suggests that you use a web browser with 128-bit encryption. For more information on security, please visit the Security Center. However, regardless of whether you use a web browser with security features, PayPal is unable to guarantee that data transmitted is secure and/or will not be intercepted by third parties.

## VI. Electronic Fund Transfer Rights and Error Resolution

1. It is very important that you contact us at once if you believe your user ID or password has been compromised, or if someone has transferred or may transfer money from your account without your permission. Under applicable banking regulations, the extent of your liability for an unauthorized transaction is largely determined by your promptness in notifying us or your bank if someone has gained access to your password, or if a transfer or withdrawal in your monthly statement is incorrect or unauthorized. Notifying us quickly limits your liability:

   a. If you notify us within two business days after you learn that your password or other means to access your account may have become known by an unauthorized person, you can lose no more than $50.00 if an unauthorized person uses your password or other means to access your account without your permission to initiate a transaction. If you do not notify us within two business days, and we can prove that we could have stopped someone from using your password or other means to access your account without your permission if you had told us, you could be liable for as much as $500.00.

   b. You can inspect your transaction history at any time by logging in to your account on the PayPal website. If your transaction history shows electronic funds transfers that you did not make or authorize, notify us at once. If you do not notify us within 60 days after receiving notice, you may not recover any money you lose after the 60 days if we can prove that we could have stopped someone from taking the money if you had notified us in time. If a good reason (such as a long trip or hospital stay) kept you from notifying us, we may extend the time periods.

   c. In case of unauthorized transactions, payment problems, errors or questions about your account, you should notify PayPal through application messaging or e-mail. You must: 1) Tell us your name and primary email address; 2) Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and, 3) Tell us the dollar amount of the suspected error. If you tell us by telephone, we may require that you send your complaint in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days to investigate the complaint or question. If we decide to do

this, we will provisionally credit your transaction account within ten (10) business days for the amount you think is in error, so that you may have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not provisionally credit your transaction account. If we determine there was no error, we will mail you a written explanation within three (3) business days after we finish the investigation. You may ask for copies of documents which we used in our investigation. We may revoke any provisional credit provided to you if we find that an error did not occur.

## VII. Consumer Protection Programs

1. **In general.** PayPal's consumer protection programs, consisting of a Buyer Complaint Policy and a Seller Protection Policy as defined below, are designed to try to help buyers recover funds from sellers who do not ship the promised goods, and to reduce the risk of chargebacks for sellers who follow specified risk-reduction procedures. The Seller Protection Policy is also designed in part to reduce fraud by encouraging users of the PayPal service to become Verified, as described above. Verification, in conjunction with our other proprietary authentication methods, lowers our company's financial risk and allows us to provide the consumer protection policies listed below.

2. **Buyer Complaint Policy**

   i. **General.** If you pay a seller who does not ship the promised goods, you should first contact the seller and attempt to resolve the dispute. If you are unable to resolve the dispute in this manner, you should then file a Buyer Complaint Form with PayPal as soon as possible. The Buyer Complaint Form may be found by going to the "Security Center" link in the footer of any page on the PayPal website.

   PayPal will investigate your claim, contact the seller and, if the seller does not present appropriate proof of shipment, a full refund or other evidence of a satisfactory resolution, PayPal will seek to collect the amount you paid from the seller. PayPal may also restrict the seller's PayPal account. You and other buyers who file claims against the same seller will be entitled to the return of any and all funds PayPal is able to collect from the seller, on a first-come, first-served basis for funds received by PayPal prior to the restriction of the seller's account. RECOVERY OF YOUR CLAIM IS NOT GUARANTEED.

   Complaints must be filed no later than 30 days from the date of payment. PayPal will seek to resolve the complaint within 30 days of the date the complaint is filed, though such time frame may be extended, if appropriate, to accommodate the investigation.

   ii. **Additional Protection for eBay Auctions.** For purchases made on eBay using PayPal, PayPal offers additional protection to domestic Users who pay a Verified seller but do not receive their goods. This additional protection is not available for International Users. If PayPal is unable to recover all of your funds through our investigation of a qualifying dispute, you may file a claim under eBay's Insurance Claims process (an "eBay Claim"). If your eBay Claim is granted but does not cover the full amount of your loss, PayPal will reimburse you for up to $200 of additional losses, whether or not PayPal is able to recover such funds from the seller.

   In order to receive this additional protection, you must file a Buyer Complaint Form with PayPal no more than 30 days after the eBay transaction, following the same process outlined in (i) above. You may file your eBay Claim at any time, but eBay is likely to require you to obtain a determination from PayPal

before they will process your claim. If and when your eBay claim is granted, you must contact PayPal customer service no more than 30 days after the grant date. You will need to provide PayPal with a copy of the eBay Claim that you filed and satisfactory evidence that your eBay Claim was granted. PayPal may also require additional documentation as proof of your identity. PayPal will reimburse you for up to $200 of additional losses not covered by the eBay claim within 30 days of the date you provide evidence that your eBay Claim was granted. This time frame may be extended if necessary to ensure the accuracy of the claim.

This Additional Protection does not apply to disputes about the quality or attributes of delivered goods, goods that have been lost in the mail as shown by seller's presentation of proof of shipment, payments for services, payments to Unverified sellers, or a seller's failure to deliver intangible goods. In order to be eligible for the eBay Additional Protection, you must have paid for the undelivered goods with a single payment from a single PayPal account. The seller's Verification status will be displayed to you on the PayPal website when you confirm the details of your transaction, giving you the opportunity to cancel the transaction prior to sending payment if you do not want to pay an Unverified seller.

3. **Seller Protection Policy**

   i. **General.** PayPal agrees to indemnify sellers of physical goods from chargeback liability resulting from a buyer's unauthorized use of a credit card and/or false claims of non-shipment of goods. This protection applies to up to $5,000 per year of payments received by the seller through PayPal if the following conditions are met:

      1. The seller has a Verified Business or Verified Premier Account (U.S.). Note: While International sellers may have a status of International - Verified, they do not qualify for and are not protected by the Seller Protection Policy and therefore may be responsible for any reversals made due to fraudulent funds.

      2. The seller ships to the buyer's [Confirmed Address](#).

      3. The seller can provide reasonable proof-of-shipment which can be tracked online. This documentation must show that you shipped to the Confirmed Address. (Most U.S. carrier companies offer this service, including the U.S. Postal Service.) For transactions $500 or more in value, the seller also needs to provide an online proof-of-receipt in the form of a signature from the buyer. Because comparable proof-of-shipment is not currently available for electronically-delivered items, we are currently unable to offer Seller Protection for digital goods and other electronically-delivered items.

      4. The seller accepted a single payment from only one PayPal account for the purchase. (Multiple payments from different accounts for a single item are a fraud indicator. Sellers should not accept such payments.)

      5. The seller ships to a domestic (U.S.) buyer at a U.S. address.

      6. The seller cooperates in resolving disputes by responding in the following time periods: When a complaint occurs, the seller must provide complete information within 7 days of a request from PayPal. However, if PayPal is required by the credit card association to respond immediately to resolve a chargeback, sellers must provide the information within 3 days. PayPal will indicate the response time required in the e-mail message sent to the seller.

ii. **If you do not qualify for the Seller Protection Policy.** When you receive funds through PayPal, if the sender's transaction is reversed for any reason and you do not qualify for the Seller Protection Policy for that transaction, you will owe PayPal for the amount of the reversed transaction plus any fees imposed on PayPal as a result of the reversal. You agree to reimburse PayPal from either your PayPal account or by other means as described in Section IV.2 under "Receipt of Payments."

iii. **Confirmed Addresses.** PayPal prompts buyers to provide sellers with a Confirmed Address when making a purchase. A Confirmed Address is either an address at which a User receives his or her credit card statements, and is checked by PayPal with the User's credit card issuer, or an address which PayPal has confirmed through an Alternate Address Confirmation process, which includes the verification of other official documents. Shipping to this address minimizes the risk of being paid by a fraudulent buyer. If a buyer does not provide a Confirmed Address, the seller must either refuse the payment and ask that the buyer provide a Confirmed Address, or accept the chargeback risk in shipping the item outside of this Seller Protection Policy. Tools for Premier and Business Accounts to automatically refuse to accept payments where the buyer chooses not to share his Confirmed Address can be found on the "Preferences" page of the "Profile" subtab of the "My Account" tab.

4. **Credit Card Transactions:** The Buyer Protection Policy does not replace or reduce any other consumer rights Users may have, including chargeback rights that may be granted by a User's credit card issuer. PayPal is the merchant of record with respect to all credit card transactions through the PayPal service to purchase goods or services. As such, we afford customers the rights and privileges expected of a credit card transaction. You acknowledge that PayPal does not control the outcome of any chargeback decision initiated through a User's credit card issuer.

PayPal encourages all buyer purchase disputes to be filed and resolved through the PayPal dispute resolution process, and reserves the right to terminate or restrict account privileges of buyers who file chargeback complaints without attempting to resolve the complaints through PayPal. If a chargeback claim is initiated, whether as a result of a dispute or for any other reason, the parties agree to provide to any requesting party on a timely basis any and all necessary documentation to resolve any chargeback or dispute. PayPal DOES NOT act as the agent of either party in any transaction or resulting dispute, though PayPal does control the outcome of disputes initiated through the Service's dispute resolution process.

If you receive funds through a PayPal transaction funded with the sender's credit card, in the event the credit card transaction is charged back and you do not qualify for the Seller Protection Policy, you agree to hold PayPal harmless for the chargeback amount and to reimburse PayPal from either your PayPal account or by other means.

## VIII. Additional Terms of Use for Premier and Business Accounts

The terms below apply specifically to the use of Premier and Business Accounts through the Service and any related products and services (collectively, the "Premier/Business Service").

1. **Account Information.** In addition to the terms listed above, you further agree that PayPal may access and disclose information about you or your use of the Premier/Business Service when PayPal deems such action necessary or appropriate to comply with the law or legal process, to protect PayPal's systems and customers, or to ensure the integrity and operation of PayPal's business and systems. Unless otherwise prohibited by law, such disclosure may include, without limitation, user profile information (e.g., name, e-mail address, etc.), transaction information, IP address and traffic information, and usage history.

2. **Contact and Refund Information.** Each user of the Business Service will be required to input its customer service contact information into the Business Account application upon registration. You agree to clearly identify your customer service contact information, including but not limited to your business name, address, telephone number, fax number and e-mail address. You further agree to update such information to keep it true, accurate, current, and complete. You agree to clearly disclose your refund policies on your website.

3. **Taxes.** Each user of the Business Service is required to provide its Taxpayer Identification Number (TIN) upon request. It is your responsibility to determine what, if any, taxes apply to the payments you make or receive and to collect, report and remit the correct tax to the appropriate tax authority. PayPal is not obligated to determine whether taxes apply, and is not responsible to collect, report, or remit any taxes arising from any transaction.

4. **Account Use.** By accepting the terms as outlined in this Agreement and using your Premier or Business Account, you attest that you hold all the necessary licenses to engage in the advertising and sale of the goods and services offered for sale or use through your Premier or Business Account, and that you do not provide unlawful or illicit products or services. You will not use the Business Service, the website or any of the services offered therein for any unlawful, fraudulent or improper activity. If PayPal has reason to believe that you may be engaging in or have engaged in fraudulent, unlawful, or improper activity, including without limitation any violation of any terms and conditions relating to the Premier/Business Service, the website or any related services, your access to the Service may be suspended or terminated. You will cooperate fully with PayPal to investigate any suspected unlawful, fraudulent or improper activity.

5. **Fees.** PayPal's current [Fee Schedule](#) for using the Premier/Business Service is posted on the website. Unless otherwise stated, all fees quoted are in U.S. dollars. Users are responsible for paying all fees associated with the use of their Premier or Business Accounts and the Premier/Business Service.

6. **Reserve Account in Case of Closure.** If you or PayPal close your account, PayPal may retain a portion of any funds it holds in custody for you, based on your transaction history, as a reserve to the extent reasonable to protect PayPal against the risk of future chargebacks of transactions occurring prior to such closure. PayPal will pay you the balance of any such reserve 120 days after closure.

7. **Permission Levels:**

    i. **Eligibility:** All Business Accounts are eligible for the permission levels feature. Premier accounts are not eligible.

    ii. **Definitions:**

        1. Primary Login: the individual who set up the PayPal business account. The Permission Levels feature enables the Primary Login to assign users various access rights to the account. The Primary Login is also referred to as the System Administrator.
        2. Secondary Logins: a Secondary Login is a unique individual who has specific access to a PayPal business account, as determined by the Primary Login.

    iii. **Abilities and Obligations of Primary Login:**

        1. The Primary Login is the only member on the account capable of setting up Secondary Logins with their specific access privileges.

2. The Primary Login determines which individuals within his or her company or organization have particular access privileges to the company or organization's PayPal Business Account.

   a. The access privileges the Primary Login can choose for each login may include the ability to send money, the ability to make mass payments, the ability to request money, the ability to add or withdraw funds, the ability to cancel payments, the ability to view balances and/or profiles; and/or the ability to edit the profile. The access privileges available to Primary Logins on behalf of Secondary Logins may not include all access privileges available to the Primary Login, such as Email, Account Closure, Auto Sweep and Debit Card. The availability of privileges is subject to change at any time by PayPal.

   b. The access level granted determines which actions the Secondary Login can successfully complete. If the Secondary Login does not have any access privileges selected, the default access is read-only.

3. The Primary Login is the only user on who can see all the usernames on the account and the accesses, if any, granted to each user.

4. The Primary Login has the affirmative obligation to monitor the PayPal Business Account for any unusual activity and to take the necessary action to prevent problems. These affirmative obligations include the obligation to remove usernames of Other Logins and/or to change the access privileges of Other Logins.

5. The Primary Login may recover their password using PayPal's normal password recovery procedures.

   a. Recovering or resetting passwords for a Secondary Login is the responsibility of the Primary Login. The Primary Login will reset the password in the following circumstances, but not limited to:

      i. Secondary Login forgets password.

      ii. Secondary Login locks access to his/her login because of consecutive failed login attempts.

iv. **Abilities and Obligations of Secondary Logins**

1. Secondary Logins must access the Business Account using the username and password generated by the Primary Login.

2. If a Secondary Login attempts to conduct a transaction not authorized by the Primary Login, he or she will receive an error message indicating that he or she is not authorized to conduct the transaction.

v. **Limitation on Liability:** Because the Permission Levels Feature allows more than one user access to a PayPal Business Account, certain risks may be created. You will work diligently to avoid these risks. Under no circumstances shall PayPal be liable to you or to any other person for any indirect, incidental, consequential or punitive damages arising out of or relating to your use of this feature, nor shall PayPal be liable for any unauthorized usage or other damage caused by the Secondary Logins or as a consequence of multiple access to the PayPal Business Account. The Primary Login agrees to indemnify and hold PayPal harmless for any harm that may result from multiple access to his or

her account. The Primary Login holds the sole responsibility of determining the type of access to give each Secondary Login, and the sole responsibility to monitor activities occurring in the PayPal account. If any changes to a login's access are needed it is the responsibility of the Primary Login to increase or decrease the access privileges. If any unauthorized activity takes place because of access granted to a Secondary Login, the Primary Login is responsible for the charges and/or losses. By accepting this User Agreement and using the Permission Levels Feature, YOU AFFIRMATIVELY AGREE TO HOLD PAYPAL HARMLESS FROM ANY LOSSES OR OTHER DAMAGE WHATSOEVER INCURRED AS A DIRECT OR INDIRECT CONSEQUENCE OF ACCESS TO YOUR ACCOUNT BY OTHER LOGINS AND YOU AGREE TO INDEMNIFY PAYPAL FOR ANY HARM THAT ARISES AS A DIRECT OR INDIRECT CONSEQUENCE OF YOUR USAGE OF THIS FEATURE.

## IX. Additional Terms of Use for PayPal Shops

The terms below apply specifically to use of the PayPal Shops feature, which enables Users to display information about their website to other Users through the www.paypal.com website.

1. **Accuracy of website registration information.** All information you provide at the time of PayPal Shops registration must be truthful, including the website's title, description, category, and all other requested information. If any change occurs in your PayPal Shops registration information, you must promptly update the information through the PayPal website. Failure to comply will result in the removal of any mention of your website from the PayPal website, and may result in permanent ineligibility from registering a website with PayPal. Provision of deceptive information may result in the locking or closing of your PayPal account. You grant PayPal the right to access your site through manual observation or automated "spidering" or other automated search techniques in order to confirm the accuracy of your registration information. PayPal is under no obligation to monitor the accuracy of your site.

2. **Eligibility.**

    i. **Domestic Users.** Domestic Users who meet the following conditions are eligible to register a website in PayPal Shops:

        1. The User has a Verified Premier or Business
        2. The User maintains a registered credit card with their PayPal account.
        3. The User has opened a PayPal Money Market Reserve Fund account.

        If at any time the owner of a registered Shop no longer meets one or more of the requirements listed above that website will cease to be listed in the PayPal Shops directory.

    ii. **International Users.** International Users who meet the following conditions are eligible to register a website in PayPal Shops:

        1. The User has an International-Verified Premier or Business Account.
        2. The User has registered and confirmed a credit card.
        3. The User has been in the PayPal system for no less than 90 days.
        4. The User has a Seller Reputation Number of at least 10.

        If at any time the owner of a registered Shop no longer meets one or more of the requirements listed above, that website will cease to be registered with PayPal and listed in the PayPal Shops directory.

    iii. **Website must accept PayPal payments.** This website must accept PayPal payments. If an investigation of your website shows that it does not accept

PayPal payments, it may be removed from the PayPal Shops Directory. You may re-register your website for PayPal Shops when it accepts PayPal payments.

    iv. **Other.** By registering for PayPal Shops, you grant PayPal the right to run a credit check on you or your business at any time. PayPal reserves the right to remove the listing of any website from the PayPal Shops directory at any time, for any reason.

3. **License to Use Your Information.** You remain the owner of the Website registration information that you provide to PayPal, but by providing such information to PayPal, you are granting PayPal permission to use the information in connection with the PayPal Shops service. Specifically, you grant PayPal a non-exclusive, worldwide, perpetual, royalty-free license to copy, publish and display your Website registration information on the PayPal website or in e-mail messages related to your PayPal transactions, subject to compliance with PayPal's Privacy Policy. This license will end upon termination of your membership in PayPal Shops, whether such termination is caused by you or by PayPal.

4. **No Endorsement.** PayPal's presentation of website registration information is not an endorsement of the website or of any goods or services offered on the website. Any attempt to state or imply PayPal's endorsement of your goods or services constitutes grounds for immediate termination of your participation in PayPal Shops.

5. **No Illegal Websites or Websites which violate the PayPal Shops Allowable Goods and Services Guidebook.** You may not register a website that promotes or facilitates illegal actions, including but not limited to the sale of goods or services that infringe on the intellectual property of a third party. You also may not register a website that violates the rules outlined in the PayPal Shops Allowable Goods and Services Guidebook. Any such registration constitutes ground for immediate termination of your participation in PayPal Shops and immediate closure of your PayPal account.

6. **No Framing.** Because PayPal members are warned never to enter their PayPal account password into any page whose URL does not begin with https://www.paypal.com/, the use of "framing," where a 3rd party site displays a portion of the PayPal website inside a webpage whose URL is not https://www.paypal.com/, is prohibited.

7. **Shopping at Websites Registered with PayPal.** Website registration information is provided by the owner of the website, and PayPal is not responsible for any errors or misrepresentations in such information. PayPal specifically disclaims all warranties with respect to website registration information, including but not limited to the warranty of merchantability and the warranty of accuracy of informational content. PayPal does not guarantee any level of security in shopping at third-party websites registered with PayPal, nor does PayPal guarantee the quality of goods or services offered on these websites. For more information on security in Web shopping, please visit our Security Tips page.

8. **Fees.** Placement in PayPal Shops is currently free. Fees may be introduced in the future, but no changes will be made without first notifying you.

## X. PayPal MasterCard™ ATM/Debit Card Terms of Use

1. **Eligibility.** At this time, the PayPal MasterCard ATM/Debit Card (the "Debit Card" "ATM/Debit Card" or the "Card") is offered to U.S. PayPal users only. Users that are offered a debit card will need to complete the following application requirements, if they have not already done so:

    1. Have been a PayPal member for at least 60 days

2. Have registered a credit card where the monthly statement is sent to a physical street address (not a P.O. Box). PayPal will only mail the Debit Card to this address; periodic statements and transaction information will be available on the PayPal website and not by mail.
3. Have linked a bank account to their PayPal account and verified control of the bank account
4. Have opened or upgraded to a Premier or Business account
5. Upon review by our Account Review department are deemed as being an active member in good standing within the PayPal community.

2. **Obtaining and activating your ATM/Debit Card.**

   1. PayPal retains the sole discretion to accept or reject any application for a Debit Card. If your application is accepted, it will take between 2-4 weeks to process your request and mail the Debit Card to your address. For security reasons, we will only send the card to your Primary credit card billing address.
   2. Once you receive your card in the mail, you can activate your card by logging into www.paypal.com and following the instructions at the "Activate Debit Card" link on the Account Overview page, including selection of a Personal Identification Number (PIN).

3. **Using your ATM/Debit Card**

   1. **Using your card at an ATM.** You may use your Debit Card at any ATMs which are a part of the MasterCard/Maestro/Cirrus ATM network. ATM withdrawals are available up to the daily authorization limits disclosed in Section 5 below, provided the available balance in your PayPal Account (including your Money Market Reserve Fund) is greater than or equal to the amount requested. You may use your Debit Card at such an ATM to perform the following types of transactions:

      1. Withdraw cash from your PayPal Account
      2. Find out your PayPal Account balances

      Note: A specific ATM terminal may not perform or permit all the above transactions. Each Debit Card may only be linked to a single PayPal account. To withdraw cash from your PayPal account, choose "Checking Account" when given the option at an ATM.

   2. **Using your card to pay for purchases.** You may use your Card to purchase goods and services from merchants that accept MasterCard, up to the available balance in your PayPal Account, and subject to the transaction limits specified in Section 5 below. Purchases made with your Card will be charged against your PayPal Account balance.

4. **Fees and Rebates**

   1. **Using your card at an ATM.** PayPal charges a $1.00 ATM fee when you make a cash withdrawal. In addition, ATM transactions may be subject to a surcharge assessed by the terminal owner. PayPal has no control over these surcharge fees.

   2. **Using your card to pay for purchases.** There is no fee to use your card to make purchases at merchants that accept MasterCard. In addition, if you join our PayPal Preferred Rewards Program, you will earn 1.5% cash back on qualifying debit card purchases. See the section below for details.

   3. **PayPal Preferred Rewards / 1.5% cashback**

      i. Purchases that qualify: The PayPal Preferred Rewards program provides

1.5% cashback for all PayPal MasterCard Debit Card purchases that do not require a PIN. Most transactions do not involve a PIN, such as restaurant bills or paying online.

Many merchants that do ask for a PIN (e.g. at gas stations or grocery stores) offer you the option of choosing 'Credit' or 'ATM/Debit' when making a transaction. To qualify for the 1.5% cash back, you must choose 'Credit'. Even though you choose 'Credit,' the transaction will be processed as a debit to your PayPal balance, not as a loan of any kind.

    ii. Eligibility. To be eligible for PayPal Preferred Rewards, you must complete the following requirements:

        1. Obtain and activate a PayPal MasterCard Debit Card.
        2. Sell on eBay at the rate of at least one auction every three (3) weeks and confirm your eBay information with PayPal.
        3. Show PayPal in all of your eBay auction listings as the only online payment option that you advertise.

    iii. Promotion Period: PayPal reserves the right to change the PayPal Preferred Rewards program. PayPal will announce any changes to the program 4 weeks in advance in the Policy Updates section of the Account Overview page.

5. **Other Terms and Conditions**

**Limitations On The Number And Dollar Amount Of Card Transactions.** Your Card transactions will be subject to daily limits, ranging from $200 to $400 for ATM cash withdrawals / $500 to $3000 for purchases. Your specific limits are determined by your time in the system and your transaction history, and may increase automatically over time. Should you need higher limits immediately, you may upgrade to our highest limits by becoming PayPal Preferred (see Section 4 above). PayPal Preferred members will be subject to daily limits of $400 for ATM/Cash Advance and $3000 for purchases. To check your specific daily limits, login to PayPal and click the "View Limits" link in the Account Overview page. If you reach your daily limit, for fraud prevention purposes, you may not be able to complete additional transactions on that day and the following day. This restriction should be lifted within a day.

**Benefits of a PayPal/MasterCard Premier BusinessCard.** Both Premier and Business Accounts will be eligible for a PayPal / MasterCard Premier BusinessCard. This card has additional features and benefits that are entirely free to the cardholder and are not available on standard consumer cards. Please see the [MasterCard Guide to Benefits](#) (.pdf, 85 KB). If you are not a business and want a regular PayPal / MasterCard Debit Card, please contact us using [this form](#). One of our Debit Card Support Representatives will process your request and mail the card to you.

**Expiration.** Unless otherwise stated on your Card and in your Card activation materials, the Card will expire 2 years from the month it was issued.

**Foreign Transactions.** If you use your Card to obtain cash or to purchase goods or services in another country, the amount of the charge in foreign currency will be converted to a U.S. dollar amount by the MasterCard network, and may be assessed a 0.25% foreign exchange fee from PayPal. In making this conversion, the network will use the procedures set forth in its operating regulations. Conversion to U.S. dollars may occur on a date other than the date of the transaction; therefore, the currency conversion rate may be different from the conversion rate in effect on the transaction date. You acknowledge that PayPal does not determine, in full, the currency conversion rate that is used.

**Preauthorization Holds.** When you use your Card at a point of sale location or when you use the MasterCard or other network enhancement feature of the Card to obtain goods or services or to obtain cash from a merchant, the merchant may attempt to obtain preauthorization from us for the transaction. If the merchant makes such a request, we place a thirty-calendar day hold on your PayPal account for the amount of the preauthorization request (which may vary in some cases from the amount of the actual purchase, depending on the merchant) If the preauthorization request varies from the amount of the actual transaction, payment of the transaction may not remove the hold, which will remain on the account until the 30th calendar day after the request. This hold may affect the availability of funds from your PayPal Account to pay for transactions. We will not be responsible for any damages if any transactions are not completed because of the hold.

**Your Right To Receive Documentation Or Notice Of Transactions.** TELL US AT ONCE if you believe your Card or any other Access Device has been lost or stolen or if you think your PIN or Password is no longer secure or confidential. Please login into www.paypal.com and report your card as Lost / Stolen in the "Profile" section. Reporting the card Lost / Stolen on the site is the best and fastest way of keeping your possible losses down.

If you tell us within two days after you learn of the loss or theft, you are covered on MasterCard's Zero Liability policy someone used your Card or other Access Device without your permission. If you do NOT tell us within two business days after you learn of the loss or theft of your Card or other Access Device, and we can prove we could have stopped the unauthorized transactions if you had told us, you could lose as much as $500.00. Also if your on-line statement shows transactions that you did not authorize, TELL US AT ONCE. If you do not tell us within 60 days after the Periodic Notice is transmitted to you, you may not get back any money you lost after the 60 days if we can prove that we could have prevented the transactions if you had told us in time. A transfer is not considered unauthorized, and you will be fully liable, if you have given a person your Personal Identification Number (PIN) or debit card.

If a good reason (such as a long trip or a hospital stay) kept you from telling us about unauthorized transactions, let us know and we will extend the time periods if and as appropriate. You may also have additional rights under the MasterCard Zero Liability program.

To protect yourself from losses, you should not reveal your Password, PIN, or any other Access Device to any person not authorized by you to use your PayPal account; not write your PIN or Password on your Card or on any item kept with your Access Devices; and not leave a computer terminal unattended after you have logged in using your Password or other Access Device. Personal Identification Number/Your Electronic Signature Your personal identification number (PIN) is a security code, which has been designed to protect your transaction account against unauthorized use. The PIN provides enhanced security for your account and must be used when making transactions to your account. It is your electronic signature. Since the PIN is for security purposes, you should memorize it and it should not be disclosed to anyone. You can change your PIN at any time, and a temporary hold can be placed on your account if the PIN has been compromised or if your card is lost or stolen. Maintaining the security of your PIN and card is your responsibility.

**Ownership Changes** If you authorize an ownership or name change on your account, it will be your responsibility to destroy your old PayPal Debit Card, as well as obtaining a new Personal Identification Number (PIN), or you may be liable for any losses which may occur.

**Termination.** We may terminate debit card services, in whole or in part, without advance notice, due to your default, account downgrade, our decision to terminate our debit card business, or as a security precaution. If you or we cancel this Debit Card Agreement you must surrender or destroy your Card or any other Access

Device issued to you. Depending on the circumstances, we will attempt to give you prior notice, but this may not be possible in all cases.

**In Case Of Errors Or Questions About Your Electronic Transfers.** Telephone Customer Service at (402) 935-2017, contact us using this affidavit form, or write PayPal Customer Service Attn: Debit Card Operations Department at P.O. Box 45950, Omaha, NE 68145-0590 as soon as you can if you think your statement is wrong or if you need more information about a transfer shown on the statement. We must hear from you NO LATER than 60 days after the problem or error has appeared on your on-line statement. If you are certain that a transaction is an error, complete this affidavit form and mail it to P.O. Box 45950 Omaha, NE 68145, ATTN: PayPal Debit Card Department.

**What We'll Ask You**
If you initially provide this information to us via the telephone, we may require that you send your complaint or question in writing within 10 business days. Please complete this affidavit form and mail it to P.O. Box 45950 Omaha, NE 68145, ATTN: PayPal Debit Card Department. We will advise you of the results of our investigation within 10 business days after we hear from you (20 business days for transactions at a point of sale terminal or outside the United States) and if we have made an error, we will correct it promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question (90 days for transactions at a point of sale terminal or outside the United States). If we decide to do this, we will provisionally re-credit your Account within 10 days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.. If we ask you to put your question or complaint in writing and we do not receive it within 10 business days, we may not provisionally re-credit your Account.

At the end of our investigation, we will advise you of the results within three (3) business days. If we determine that there was no error, we will send you a written explanation and we may debit any provisional credit, any fees, and/or interest provisionally credited in relation to the alleged error. You may ask for copies of the documents that we used in our investigation.

**Our Liability For Failure To Complete Transactions.** If we do not complete a Card transaction on time or in the correct amount, according to our agreement with you, we will be liable for your losses or damages proximately caused by this failure. However, there are some exceptions. For instance, we will not be liable if:

1. Through no fault of ours, you do not have enough available funds in your PayPal Account to make the transaction.
2. The automated teller or cash dispensing machine does not have enough cash.
3. Any terminal or system was not working properly and you knew about the breakdown when you started the transaction.
4. Circumstances beyond our control (such as fire or flood) prevent the transaction, despite reasonable precautions that we have taken.

**Confidentiality.** We will disclose information to third parties about your Card account or the transactions you complete with the Card only in accordance with our Privacy Policy, including:

i. In order to process and complete your transactions, including verifying the authenticity of the transaction;
ii. In order to comply with government agency or court orders, including proper requests from law enforcement agencies, or to conduct investigations of fraud or violations of our Terms of Use; or
iii. If you give us your written permission.

Please see our Privacy Policy for a complete description of our use and protection of

your Account information, including our use of cookies.

**What Constitutes a Business Day** PayPal's business days are Monday through Friday. Saturday, Sunday, and Holidays are not considered business days.

**International and U.S. Territory Availability:** The PayPal ATM/Debit Card is available only to U.S. members with an address in the 50 states, and select Canadian users. Over the course of 2002, PayPal intends to make cards available to select users residing outside the U.S. or in U.S. territories.

**Retrieval Requests:** Upon written request, copies of documentary evidence of transactions on your PayPal Debit card account are available for income tax and other purposes at a cost of $10.00 per item. As long as the computer you use to access your PayPal account is connected to a functioning printer, you can always print out your transaction history, or the details of a specific transaction, without any additional charge. We will not charge you for documentation obtained in connection with a good faith assertion of error in connection with your PayPal Debit card.

**"Virtual" MasterCard Debit Card Number:** If you are a U.S. account holder with a registered Credit Card and money in your account, you have the option to redeem your funds by making an online purchase at any major internet retailer (e.g. Amazon.com). The Shop Anywhere / PayPal Debit Bar feature allows you to spend your PayPal balance at online stores. You will be issued a 16-digit "virtual" MasterCard debit card number and an expiration date, which together can be used to access the balance of your PayPal account at online merchants that accept MasterCard. For your security, the spending limit on the virtual debit card is $150 per day.

The 16-digit Virtual Debit Card is different from a plastic (i.e., "real") PayPal MasterCard ATM/Debit Card (See Section 1 above). The PayPal ATM / Debit Card will bear a different 16-digit account number and expiration date and will allow you to use your PayPal balance for payment in offline transactions, as well as ATM withdrawals.

## XI. PayPal BillPay Terms of Use

1. **User Responsibilities**

    i. **Eligibility.** In order to use PayPal's BillPay service, you must be a registered user of the PayPal service and a resident of the U.S.. You must also agree to and abide by the Terms outlined in the User Agreement for the PayPal service.

    ii. **Sending Limits.** BillPay transactions are subject to a daily sending limit of $2500. In addition to this $2500 BillPay sending limit, BillPay transactions are also subject to the other sending limits of the PayPal system that apply to each particular user.

    iii. **Correct Bill Information.** You agree to provide the correct information with respect to all transactions initiated using BillPay, including the Zip code of the biller, your account number and the payment amount.

    iv. **Privacy.** View our Privacy Policy. You agree that you have had an opportunity to review, download or print our Privacy Policy. You consent to have bill information available to the billers and the bill payment processor in order to complete the BillPay transactions.

2. **Rights and Disclaimers of PayPal**

    i. **Processing.** PayPal shall make reasonable efforts to ensure that requests for

BillPay transactions and the related electronic debits and credits involving checking accounts, credit or debit cards are processed in a timely manner. A number of factors, however, several of which are outside of our control, will contribute to when your biller will credit your account. For this reason, we recommend that you schedule all BillPay transactions ssuch that the estimated settlement date is at least three (3) business days before the actual due date of the bill. Although the estimated settlement date is shown to the users, we make no warranties regarding the amount of time needed to complete processing. PayPal shall not be liable for any actual or consequential damages arising from any claim of delay of BillPay transactions due to any number of reasons, including but not limited to the following:

1. You do not have sufficient funds in your funding accounts (PayPal account, bank account) to complete the payment

2. You have not provided the correct Biller information

3. Circumstances outside of PayPal's control (including but not limited to fire, flood, delays in the banking system or interference from an outside force)

ii. **Fees.** PayPal BillPay is offered for free to registered PayPal users when the payments are funded by the user's balance, including indirect balance payments funded through the user's bank account. Credit card funded payments are subject to a 3% convenience fee.

About Us | Accounts | Fees | Privacy | Security Center | Terms of Use | Referrals | Help

Copyright © 2001 PayPal. All rights reserved.
Every account insured against unauthorized transactions up to $100,000