# EXHIBIT 22

# PayPal User Agreement

This User Agreement ("Agreement") is a contract between you and PayPal and applies to your use of PayPal's Services. You must read, agree with and accept all of the terms and conditions contained in this Agreement. In addition, you must read, agree with and accept any applicable agreements on the Legal Agreements page.

We may amend this Agreement at any time by posting a revised version on our website. The revised version will be effective at the time we post it. In addition, if the revised version includes a Substantial Change, we will provide you with 30 Days' prior notice of Substantial Change by posting notice on the "Policy Updates" page of our website. We last modified this Agreement on November 10, 2008.

**This is an important document which you must consider carefully when choosing whether to use the Services at any time. This Agreement also highlights certain risks on using the Services.**

**Please note the following risks of using the PayPal service:**

- **Payments received in your PayPal account may be reversed at a later time (in some instances up to 180 Days following the time of receiving the payment) if such a payment is subject to a Chargeback, Reversal, Claim or otherwise invalidated. This means that for some of our sellers, payments received into their Account may be returned to the sender or otherwise removed from their Account after they have been paid and/or delivered any goods sold.**

  **You can help protect yourself from the risk of your payment being removed from your Account by following the criteria set out in the Protection for Sellers section and by following the other guidance provided in the "Security Center" accessible via every page of the PayPal website.**

- **We may close, suspend, or limit your access to your Account or our Services, and/or limit access to your funds for up to 180 Days if you engage in any Restricted Activities (as further set out in section 9).**

**You must consider such risks and guidance when using PayPal.**

Printable Versions

User Agreement (PDF - 383 KB).

User Agreement (HTML).

To view PDF documents download Adobe Reader.

This Agreement contains fifteen sections, and you may jump directly to any section by selecting the appropriate link below. The headings and subheadings below are for reference only and do not limit the scope of each section. Some capitalized terms have specific definitions, and we have provided them in section 15. You will also find underlined words in this Agreement and on our website that hyperlink to relevant information.

- **1. Our Relationship With You**
- **2. Eligibility and Types of Accounts**
- **3. Sending Money**
- **4. Receiving Money**
- **5. Account Balances**
- **6. Withdrawing Money**
- **7. Closing your Account**
- **8. Fees**
- **9. Restricted Activities**
- **10. Your Liability - Actions We May Take**
- **11. Protection For Sellers**
- **12. Errors and Unauthorized Transactions**
- **13. Protection For Buyers**
- **14. Disputes with PayPal**
- **15. Definitions**

1. **1. Our Relationship With You.**
   1. **1.1 PayPal is only a Payment Service Provider.** PayPal helps you make payments to and accept payments from third parties. PayPal is an independent contractor for all purposes, except that PayPal acts as your agent only with respect to the custody of your funds. PayPal does not have control of or liability for the products or services that are paid for with our Service. We do not guarantee the identity of any User or ensure that a buyer or a seller will complete a transaction.
   2. **1.2 Your Privacy.** Protecting your privacy is very important to PayPal. Please review our Privacy Policy in order to better understand our commitment to maintaining your privacy, as well as our use and disclosure of your Information.
   3. **1.3 Privacy of Others.** If you receive Information about another PayPal User through the Service, you must keep the Information confidential and only use it in connection with the Service. You may not disclose or distribute a PayPal User's Information to a third party or use the Information for marketing purposes unless you receive the User's express consent to do so.
   4. **1.4 Intellectual Property.** "PayPal.com", "PayPal", and all related logos, products and services described in our website are either trademarks or registered trademarks of PayPal or its licensors. You may not copy, imitate or use them without PayPal's prior written consent. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal. You may not copy, imitate, or use them without our prior written consent. You may use HTML logos provided by PayPal through our merchant services, auction tools features or affiliate programs without prior written consent

for the purpose of directing web traffic to the Service. You may not alter, modify or change these HTML logos in any way, use them in a manner that is disparaging to PayPal or the Service or display them in any manner that implies PayPal's sponsorship or endorsement.

5. **1.5 Assignment.** You may not transfer or assign any rights or obligations you have under this Agreement without PayPal's prior written consent. PayPal reserves the right to transfer or assign this Agreement or any right or obligation under this Agreement at any time.

6. **1.6 Notices to You.** You agree that PayPal may provide notice to you by posting it on our website, emailing it to the email address listed in your Account, or mailing it to the street address listed in your Account. Such notice shall be considered to be received by you within 24 hours of the time it is posted to our website or email to you unless we receive notice that the email was not delivered. If the notice is sent by mail, we will consider it to have been received by you three Business Days after it is sent. You may request a paper copy of any legally required disclosures and you may terminate your consent to receive required disclosures through electronic communications by contacting PayPal as described in section 1.7 below. PayPal will charge you a Records Request Fee (per section 8) to provide a paper copy. PayPal reserves the right to close your Account if you withdraw your consent to receive electronic communications.

7. **1.7 Notices to PayPal.** Except as otherwise stated below in section 12 (Errors and Unauthorized Transactions) and section 14 (Disputes with PayPal), notice to PayPal must be sent by postal mail to: PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131.

8. **1.8 Transaction History.** You may access your transaction history and Balance by logging into your Account and clicking on the "History" tab.

9. **1.9 Regulation E Disclosures.** Our commitments to you in this Agreement related to liability for unauthorized transactions, stop-payment rights and procedures, error resolution rights and procedures, Fees, contact information, our Business Days, limitations we may impose on transfers, and your rights to statements of your transaction history, constitute disclosures under the Electronic Fund Transfer Act and Federal Reserve Board Regulation E, 12 C.F.R.§ 205.1 *et seq.*

10. **1.10 Calls to You.** By Providing PayPal a telephone number (including a wireless/cellular telephone), you consent to receiving autodialed and prerecorded message calls from PayPal at that number.

1. **2. Eligibility and Types of Accounts.**
   1. **2.1 Eligibility.** To be eligible for our Services, you must be at least 18 years old and a resident of the United States or one of the countries listed on the [PayPal WorldWide] page. This Agreement applies only to Users who are residents of the United States. If you are a resident of another country, you may access your agreement from our website in your country (if applicable).
   2. **2.2 Personal, Premier and Business Accounts.** We offer three different types of Accounts: Personal, Premier and Business Accounts. You may only hold one Personal Account and either one Premier or one Business Account. By opening a

Premier or Business Account and accepting the terms as outlined in this Agreement, you attest that you are not establishing the Account primarily for personal, family, or household purposes.

3. **2.3 Identity Authentication.** You authorize PayPal, directly or through third parties, to make any inquiries we consider necessary to validate your identity. This may include asking you for further information, requiring you to take steps to confirm ownership of your email address or financial instruments, ordering a credit report and verifying your Information against third party databases or through other sources.

1. **3. Sending Money.**
   1. **3.1 Sending Limits.** We may, at our discretion, impose limits on the amount of money you can send through our Service. You can view your sending limit, if any, by logging into your Account and clicking on the View Limits link on the Account Overview page. If you have a Verified Account, we may increase the amount of, or remove, your sending limits.
   2. **3.2 Default Payment Sources (Funding Sources).** When you make a payment, PayPal will fund your transaction in this order:
      a. Balance
      b. Instant Transfer from your bank account
      c. PayPal Credit
      d. Debit card
      e. Credit card
      f. eCheck

      **Note:** We always use your Balance first. If you don't want to use your Balance, you can withdraw it before making a payment.

   3. **3.3 Preferred Payment Source.** If you would like to select a Preferred Payment Source you may do so in these instances:
      a. Each time you make a payment. Each time you make a payment, you may select a Preferred Payment Source. You may do so on the "Review Your Payment" page by clicking on the link to change your payment method and selecting from the available payment options.
      b. In your Account Profile – Recurring Payments. If you have set up a Recurring or Automatic Payment, or authorized a merchant to charge your PayPal Account, you may select a Preferred Payment Source for all future payments to the merchant. You may do so by logging in to your Account, selecting "Profile", selecting "Recurring Payments" or "Pay List", and then by selecting the links to set a Preferred Payment Source (may be called "Backup Payment Source").
      c. In your Account Profile – PayPal Credit. If you have a PayPal Credit product, you may select it as your Preferred Payment Source for all future payments that you make through PayPal. You may do so by logging in to

your Account, selecting "Profile", selecting your PayPal Credit product, and then by selecting the links to set it as a Preferred Payment Source.

d. Limitations. If you have a Balance in your PayPal Account, PayPal will use your Balance instead of your Preferred Payment Source, unless your Preferred Payment Source is PayPal Credit or eCheck.

e. Quick Pay. If you select "Quick Pay" for your PayPal Mobile payments, you will not be able to select a Preferred Payment Source for your future PayPal Mobile payments made with Quick Pay. You may cancel your "Quick Pay" setting at any time from your mobile phone.

4. **3.4 Payment Source Limitations.** In order to manage risk, PayPal may limit the Payment Sources available for a transaction. If we limit the Payment Sources, we will alert you that there is a higher-than-normal level of risk associated with the payment. Such a notice does not mean that either party to the transaction is acting in a dishonest or fraudulent manner. It means there may be a higher-than-normal level of risk associated with the transaction. You may choose to continue with the transaction with the understanding that you may have fewer avenues available for dispute resolution should the transaction turn out to be unsatisfactory.

5. **3.5 Bank Transfers.** When Instant Transfer or eCheck is used as your Payment Source, or when you initiate an Add Funds transaction, you are requesting an electronic transfer from your bank account. For these transactions, PayPal will make electronic transfers via ACH from your bank account in the amount you specify. You agree that such requests constitute your authorization to PayPal to make the transfers, and once you have provided your authorization for the transfer, you will not be able cancel the electronic transfer. You give PayPal the right to resubmit any ACH debit you authorized that is returned for insufficient or uncollected funds.

6. **3.6 Refused Transactions.** When you send money, the recipient is not required to accept it. You agree that you will not hold PayPal liable for any damages resulting from a recipient's decision not to accept a payment made through the Service. We will return any unclaimed, refunded or denied payment to your Balance within 30 Days of the date you initiate payment.

7. **3.7 Merchant Processing Delay.** When you send a payment to certain merchants, you are providing an Authorization to the merchant to process your payment and complete the transaction. The payment will be held as pending until the merchant processes your payment. Some merchants may delay processing your payment. In such an instance, your Authorization will remain valid for up to 30 Days. If your payment requires a currency conversion, the amount of the Exchange Rate & Fee (per section 8) will be determined at the time the merchant processes your payment and completes the transaction.

8. **3.8 Recurring Payments.** A Recurring Payment is a payment in which you authorize a merchant to directly charge your PayPal account on a one-time, regular, or sporadic basis. An example of a Recurring Payment is signing up for a service where you agree to allow a merchant to directly charge your PayPal account each month for a particular service you have purchased. Recurring Payments are sometimes called "subscriptions", "preapproved payments, or "automatic payments".

9. **3.9 Waiver of Notice for Certain Recurring Payments.** When a Recurring Payment is made by Instant Transfer or eCheck, you have the right to contact the merchant and insist on 10 Days advance notice before the payment is made, if the amount of the payment may vary. This is designed to protect you from having insufficient funds in your bank account. By establishing a Recurring Payment, you are agreeing to receive this advance notice only when your total payments to a merchant exceed the limit established between you and the merchant.

10. **3.10 Canceling Recurring Payments.** You may cancel a Recurring Payment at any time up to 3 Business Days prior to the date the payment is scheduled to be made. To cancel a Recurring Payment, log in to your Account, access the My Account tab, then access the Profile tab, then access the Financial Information column and click on either "Pay List" or "Recurring Payments" and follow the instructions to cancel the payment. Please keep in mind that Recurring Payments are sometimes referred to as "subscriptions" or "preapproved payments". In addition, if you cancel a Recurring Payment you may still be liable to the merchant for the payment and be required to pay the merchant through alternative means.

11. **3.11 Sending Money in Multiple Currencies.** When you are sending money to a merchant who has requested a currency that is different than your primary currency, you will need to specify whether you want to pay the merchant in the merchant's requested currency, or in your primary currency (in some cases, the merchant may not give you a choice). If you send money in a currency that is not your primary currency, we follow these practices:
    a. If you have a Balance in the requested currency, we will fund your transaction from your Balance.
    b. If you have a Balance in a different currency, we will perform a currency conversion and use it to fund your transaction.
    c. If you do not have a Balance, we will fund your transaction through your Default Payment Sources.
    d. If you are using your PayPal Debit Card or PayPal Virtual Debit Card your transaction will be funded with your U.S. dollar Balance, even if you have a Balance in another currency. Any required currency conversion will be performed by Visa, MasterCard, or a similar third party and may be subject to a fee by that third party.

    The Exchange Rate & Fee in section 8 of this Agreement will apply whenever PayPal performs a currency conversion.

12. **3.12 PayPal Mobile.** PayPal Mobile is a Service that allows you to send and receive payments through your mobile phone. PayPal Mobile is not available in all countries. If you use PayPal Mobile you are responsible for any fees that your phone service provider charges for SMS, data services, etc. Your phone service provider is not the provider of the PayPal Services.

13. **3.13 Debit Card Processing.** PayPal will process your debit card funded transactions through either the ATM debit network or the Visa/MasterCard network. If you would like to have your transaction processed through the

Visa/MasterCard network, you may do so each time you make a payment by clicking the "Funding Sources" or "Payment Sources" link on the payment confirmation page.

14. 3.14 PayPal Plug-In. The PayPal Plug-In allows you to use your PayPal account to make payments on the internet everywhere that MasterCard is accepted - including websites that do not accept PayPal. The PayPal Plug-In works by issuing you a unique 16 digit number and an expiration date (called a "secure card") that you can use to make a purchase. The secure card cannot be used for any purchases where a physical card must be presented to a merchant for payment. When you use the PayPal Plug-In to send a payment, the payment will be funded from your Balance, bank account or PayPal Credit. You may not use a debit card or credit card as a Payment Source when sending a payment with PayPal Plug-in.

1. **4. Receiving Money.**
   1. **4.1 Personal Account Receiving Limit.** If you have a Personal Account, you may not receive more than $500.00 USD per month in funds when the sender selects as the "category of purchase": (a) eBay item, (b) auction goods, or (c) goods-other. Once you have received $500.00 USD in a month, we will place subsequent payments in pending status, and you will be required to upgrade to a Premier or Business Account to accept the pending payments.
   2. **4.2 Receiving Different Types of Payments.** If you have a Personal Account you may receive Balance/Bank Funded Payments for free, and up to 5 Card Funded Payments per 12 month period for a Fee, except that you may not receive Card Funded Payments into a Personal Account for an eBay transaction. If you have a Premier or Business Account, you may receive an unlimited number of Card Funded Payments. Please note that all payments received by a Premier or Business Account will be subject to a Fee in accordance with section 8 of this Agreement.
   3. **4.3 Use of PayPal on eBay.** Sellers who offer PayPal as a payment method in their eBay listings must follow these requirements:
      a. Accept PayPal if the eBay listing includes PayPal as a payment method.
      b. Accept all PayPal Payment sources from a buyer, including but not limited to eCheck and credit cards.
      c. Have a Premier or Business account or be willing to upgrade to a Premier or Business account upon receipt of a payment.
      d. Accept international PayPal transactions if the eBay listing offers shipping outside the US.
      e. Sellers may not charge a surcharge for accepting PayPal as a payment method.
   4. **4.4 Payment Review.** Payment Review is a process by which PayPal reviews certain potentially high-risk transactions. If a payment is subject to Payment Review, PayPal will place a hold on the payment and provide notice to the seller to delay shipping the item. PayPal will conduct a review and either clear or cancel the payment. If the payment is cleared, PayPal will provide notice to the seller to ship the item. Otherwise, PayPal will cancel the payment and the funds will be

returned to the buyer. All payments that clear Payment Review will be Seller Protection Policy eligible if they meet the Seller Protection Policy requirements. PayPal will provide notices to you by email and/or in the Transaction History tab of your PayPal account.

5. **4.5 Risk of Reversals, Chargebacks and Claims.** When you receive a payment, you are liable to PayPal for the full amount of the payment plus any Fees if the payment is later invalidated for any reason. This means that, in addition to any other liability, you will be responsible for the amount of the payment, plus the applicable Fees listed in section 8 of this Agreement if you lose a Claim or a Chargeback, or if there is a Reversal of the payment.
   you agree to allow PayPal to recover any amounts due to PayPal by debiting your Balance. If there are insufficient funds in your Balance to cover your liability, you agree to reimburse PayPal through other means. If a sender of a payment files a Chargeback, the credit card company, not PayPal, will determine who wins the Chargeback.

6. **4.6 No Surcharges.** You agree that you will not impose a surcharge or any other fee for accepting PayPal as a payment method. You may charge a handling fee in connection with the sale of goods or services, as long as the handling fee does not operate as a surcharge and is not higher than the handling fee you charge for non-PayPal transactions.

7. **4.7 No Splitting Payments.** You may not split payments between a Personal Account and a Premier or Business Account by directing buyers paying with a credit card to send payments to your Premier or Business Account, and buyers paying with their Balance or bank account to send payments to your Personal Account. If you do so, we will charge you the Fees that would have applied to a Business or Premier Account.

8. **4.8 Receiving Money in Multiple Currencies.** You do not need to maintain a Balance in a particular currency to accept payments sent in that currency. If you already maintain a Balance in the currency in which you receive a payment, we will credit all payments received in that currency to your Balance. If you receive a payment in a currency for which you do not have a Balance, the payment will remain pending and we will ask you to manually accept or deny the payment unless you have a Premier or Business Account and have already established a preference in your Profile to automatically accept payments in that currency.

9. **4.9 Taxes.** It is your responsibility to determine what, if any, taxes apply to the payments you make or receive, and it is your responsibility to collect, report and remit the correct tax to the appropriate tax authority. PayPal is not responsible for determining whether taxes apply to your transaction, or for collecting, reporting or remitting any taxes arising from any transaction.

1. **5. Account Balances.**
   1. **5.1 Balances.** You do not need to maintain a Balance in your Account in order to make payments. If you do hold a Balance, PayPal will hold your funds separate from its corporate funds, will not use your funds for its operating expenses or any other corporate purposes and will not voluntarily make your funds available to its creditors in the event of bankruptcy. While your funds are in our custody, unless

2. you enroll in the Money Market Fund sweep, PayPal will combine your funds with the funds of other Users and place those Pooled Accounts in one or more bank accounts in PayPal's name. Balances in U.S. Dollars that are held in Pooled Accounts may be eligible for FDIC pass-through insurance.

2. **5.2 Assignment of Interest to PayPal.** You agree that you will not receive interest or other earnings on the funds that PayPal handles as your agent and places in Pooled Accounts. In consideration for your use of the Service, you irrevocably transfer and assign to PayPal any ownership right that you may have in any interest that may accrue on funds held in Pooled Accounts. This assignment applies only to interest earned on your funds, and nothing in this Agreement grants PayPal any ownership right to the principal of the funds you maintain with PayPal. In addition to or instead of earning interest on Pooled Accounts, PayPal may receive a reduction in fees or expenses charged for banking services by the banks that hold your funds.

3. **5.3 Money Market Fund.** You will not receive any earnings on the funds that PayPal handles for you unless you enroll in the Money Market Fund. If you enroll in the Money Market Fund, PayPal's subsidiary, PayPal Asset Management Inc., will act as your agent to use any U.S. Dollar Balance in your Account on a daily basis to purchase shares in the Money Market Fund. In addition, all Balance funded payments that you make will be funded by redeeming your shares in the Money Market Fund. For more information on the Money Market Fund, please review the prospectus.

4. **5.4 Negative Balances and Multiple Currencies.** If one of the currency Balances in your Account is negative for any reason, PayPal may setoff the negative Balance by using funds you maintain in a different currency Balance, or by deducting amounts you owe PayPal from money you receive into your Account, or money you attempt to withdraw or send from your Account. If you have a negative balance for a period of 21 Days or longer, PayPal will convert your negative Balance to U.S. dollars.

5. **5.5 Risks of Maintaining Balances in Multiple Currencies.** You are responsible for all risks associated with maintaining Balances in multiple currencies. You agree that you will not attempt to use multiple currencies for speculative trading.

6. **5.6 Setoff of Past Due Amounts.** If you have a past due amount to PayPal or a PayPal affiliate, subsidiary, or parent company (eBay), PayPal may debit your Account to pay any amounts that are more than 180 days past due.

7. **5.7 Security Interest.** To secure your performance of this Agreement, you grant to PayPal a lien on and security interest in your Account.

1. **6. Withdrawing Money.**
   1. **6.1 How to Withdraw Money.** You may withdraw funds by electronically transferring them to your bank account, requesting a physical check through the mail (U.S. Users only), or using your PayPal Debit Card (eligible Users only). Generally, we will send checks only to Confirmed Addresses, unless you have a Verified Account. We will not send checks to P.O. Boxes. If you would like us to send a check to an address that does not meet these criteria, you must contact Customer Service and provide the documentation that we request to verify your

association with the address. If you fail to cash a check within 180 Days of the date of issuance, we will return the funds to your Balance (minus a Fee).

2. **6.2 Withdrawal Limits.** Depending on the degree to which you have Verified your Account, we may limit you to withdrawing no more than $500.00 USD per month. You can view your withdrawal limit, if any, by logging into your Account and clicking on the "View Limits" link on the "Account Overview". In addition, we may delay withdrawals of large sums of money while we screen for risk.

3. **6.3 Withdrawing Money in Multiple Currencies.** If you have multiple currencies in your Balance, you will be able to choose from those when you withdraw funds, but the withdrawal will take place in your home currency. The Exchange Rate & Fees stated in section 8 of this Agreement will apply if you withdraw your Balance in a currency other than your primary currency.

1. **7. Closing Your Account.**
    1.
    2. **7.1 How to Close Your Account.** You may close your Account at any time by logging in to your Account, clicking on the "Profile" tab, clicking on the "Close Account" link, and then following the instructions. Upon Account closure, we will cancel any pending transactions and you will forfeit any Balances associated with Redemption Codes, unless otherwise legally prohibited. You must withdraw your Balance prior to closing your Account.
    3. **7.2 Limitations on Closing Your Account.** You may not close your Account to evade an investigation. If you attempt to close your Account while we are conducting an investigation, we may hold your funds for up to 180 Days to protect PayPal or a third party against the risk of Reversals, Chargebacks, Claims, fees, fines, penalties and other liability. You will remain liable for all obligations related to your Account even after the Account is closed.
    4. **7.3 Escheatment of Dormant Accounts.** If you do not log in to your Account for two or more years, PayPal may close your Account and send the Balance to your primary address. If PayPal does not close your Account and the Account remains dormant, or if PayPal does close your Account but your primary address is incorrect, PayPal may be required to escheat your Balance to your state of residency. PayPal will determine your residency based on the state listed in your primary address. If your address is unknown or registered as a foreign country, your funds will be escheated to the state of Delaware. Where applicable, PayPal will send you a notice prior to escheating or closing your Account. If you fail to respond to this notice, your Balance will be escheated to the state. If you would like to claim your funds from the state, please contact your states Unclaimed Property Administrator.

1. **8. Fees.**
    1. All Fees are in US Dollars.

        Personal Account Fees:

2.

| | |
|---|---|
| Receiving Balance/ Bank Funded Payments | Free |
| Receiving Card Funded Payments (limited to 5 per 12 month period) | 4.9% + $0.30 for domestic payments<br>5.9% + $0.30 for cross border payments |
| Withdrawing your Balance | Free to transfer to a bank*<br>$1.50 for a physical check*<br><br>*Plus the Exchange Rate & Fee if you are converting currency. |
| Exchange Rate & Fee | The currency exchange rate is determined by PayPal based on the current market price and includes a 2.5% Fee. This Fee only applies when PayPal performs the currency conversion. |

3.

4. Business or Premier Account Fees:

| | |
|---|---|
| Sending Payments (excluding Mass Payments) | Free |
| Sending Payments through Mass Payments | 2% up to a maximum of $1.00 per recipient. |
| Receiving Payments (applies to all payments) | Standard rates:<br>2.9% + $0.30 for domestic payments.<br>3.9% + $0.30 for cross border payments.<br><br>Merchant rates (based on monthly transaction volume and a one-time application):<br>1.9% - 2.5% + $0.30 for domestic payments.<br>2.9% - 3.5% + $0.30 for cross border payments. |
| Withdrawing your Balance | Free to transfer to a bank*<br>$1.50 for a physical check*<br><br>*Plus the Exchange Rate & Fee if you are converting currency. |
| Chargeback Fee | $10.00 unless you are protected by the Seller Protection Policy. |

| Exchange Rate & Fee | The currency exchange rate is determined by PayPal based on the current market price and includes a 2.5% Fee. This Fee only applies when PayPal performs the currency conversion. |

5.

6.  PayPal Debit Card Fees:

| ATM Withdrawal US | $1.00<br><br>(Plus any amounts charged by the ATM owner.) |
| Signature Withdrawal | $3.00 if a signature is required. |
| Non-US ATM Transaction | 1% |
| (Using an ATM machine that is not in the US) | This fee will apply even if the transaction does not require a currency conversion. |
| Non-US Debit Card Usage | 1% |
| (Making a purchase from a seller that is not in the US) | This fee will apply even if the transaction does not require a currency conversion. |
| Exchange Rate & Fee | The currency exchange rate is determined by PayPal based on the current market price and includes a 2.5% Fee. This Fee only applies when PayPal performs the currency conversion. |

7.

8.  Additional Fees:

| Credit Card and Debit Card Confirmation Fee | $1.95<br><br>This amount will be refunded when you successfully complete the credit card or debit card confirmation process. |
| Records Request Fee | $10.00 (per item)<br><br>We will not charge you for records requested in connection with your good faith assertion of an error in your Account. |

| PayPal Plug-In | 1% for cross border payments even if a currency conversion is not required. |

9.

1. **9. Restricted Activities.**
    1. **9.1 Restricted Activities.** In connection with your use of our website, your Account, or the Services, or in the course of your interactions with PayPal, a User or a third party, you will not:
        a. Breach this Agreement, the Card Processing Agreement, the Acceptable Use Policy or any other agreement that you have entered into with PayPal (including a Policy);
        b. Violate any law, statute, ordinance, or regulation (for example, those governing financial services, consumer protections, unfair competition, anti-discrimination or false advertising);
        c. Infringe PayPal's or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy;
        d. Use PayPal to sell counterfeit goods.
        e. Act in a manner that is defamatory, trade libelous, unlawfully threatening or unlawfully harassing;
        f. Provide false, inaccurate or misleading Information;
        g. Send or receive what we reasonably believe to be potentially fraudulent funds;
        h. Refuse to cooperate in an investigation or provide confirmation of your identity or any Information you provide to us;
        i. Attempt to double dip during the course of a dispute by receiving or attempting to receive funds from both PayPal and the seller, bank, or credit card company for the same transaction;
        j. Use an anonymizing proxy;
        k. Control an Account that is linked to another Account that has engaged in any of these Restricted Activities.
        l. Conduct your business or use the Services in a manner that results in or may result in complaints, Disputes, Claims, Reversals, Chargebacks, fees, fines, penalties and other liability to PayPal, a User, a third party or you;
        m. Have a credit score from a credit reporting agency that indicates a high level of risk associated with your use of the Services;
        n. Use your Account or the Services in a manner that PayPal, Visa, MasterCard, American Express or Discover reasonably believe to be an abuse of the credit card system or a violation of credit card association rules;
        o. Allow your Account to have a negative Balance;
        p. Provide yourself a cash advance from your credit card (or help others to do so);
        q. Access the Services from a country that is not included on PayPal's permitted countries list.

r.   Disclose or distribute another Users Information to a third party, or use the Information for marketing purposes unless you receive the Users express consent to do so;

s.   Send unsolicited email to a User or use the Services to collect payments for sending, or assisting in sending, unsolicited email to third parties;

t.   Take any action that imposes an unreasonable or disproportionately large load on our infrastructure;

u.   Facilitate any viruses, Trojan horses, worms or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or Information;

v.   Use any robot, spider, other automatic device, or manual process to monitor or copy our website without our prior written permission;

w.   Use any device, software or routine to bypass our robot exclusion headers, or interfere or attempt to interfere, with our website or the Services;

x.   Take any action that may cause us to lose any of the services from our internet service providers, payment processors, or other suppliers;

y.   Use the Service to test credit card behaviors.

1. **10. Your Liability - Actions We May Take.**

   1.

   2. **10.1 Your Liability.** You are responsible for all Reversals, Chargebacks, Claims, fees, fines, penalties and other liability incurred by PayPal, a PayPal User, or a third party caused by or arising out of your breach of this Agreement, and/or your use of the Services. You agree to reimburse PayPal, a User, or a third party for any and all such liability.

   3. **10.2 Actions by PayPal.** If we have reason to believe that you have engaged in any Restricted Activities, we may take various actions to protect PayPal, eBay, a User, a third party, or you from Reversals, Chargebacks, Claims, fees, fines, penalties and any other liability. The actions we may take include but are not limited to the following:

      a.   We may close, suspend, or limit your access to your Account or the Services (such as limiting access to any of your Payment Sources, and your ability to send money, make withdrawals, or remove financial Information);

      b.   We may contact buyers who have purchased goods or services from you, contact your bank or credit card issuer, and warn other Users, law enforcement, or impacted third parties of your actions;

      c.   We may update inaccurate Information you provided us;

      d.   We may refuse to provide our Services to you in the future;

      e.   We may hold your funds for up to 180 Days if reasonably needed to protect against the risk of liability; and

      f.   We may take legal action against you.

   PayPal, in its sole discretion, reserves the right to terminate this Agreement, access to its website, or access to the Service for any reason and at any time upon

notice to you and payment to you of any unrestricted funds held in custody for you.

4. **10.3 Account Closure, Termination of Service, or Limited Account Access.** If we close your Account or terminate your use of our Services for any reason, we will provide you with notice of our actions. If we limit access to your Account, we will provide you with notice of our actions and the opportunity to request restoration of access if appropriate.

5. **10.4 eBay Item Hold.** PayPal, in its sole discretion, may place a hold on a payment you receive for an eBay transaction when PayPal believes there may be a high level of risk associated with the transaction. If PayPal places a hold on your payment, it will show as "pending" in your PayPal Account.

   a. Release of eBay item hold. PayPal will release the eBay item hold after 21 days unless you receive a Dispute, Claim, Chargeback, or Reversal on the transaction subject to the hold. PayPal may release the hold earlier if either of the following applies:

   The buyer leaves positive feedback on eBay, or (ii) PayPal can confirm delivery. PayPal will confirm delivery if you use USPS, UPS or FedEx to ship the item and (i) use PayPal shipping labels, or (ii) upload tracking information to PayPal via the transaction details page. This applies to US domestic transactions only.

   b. Additional hold period. If you receive a Dispute, Claim, Chargeback, or Reversal on the transaction subject to the eBay item hold, PayPal may hold the payment in your Account until the matter is resolved pursuant to this Agreement.

6. **10.5 Reserves for Premier and Business Accounts.** PayPal, in its sole discretion, may place a Reserve on funds held in your Premier or Business Account when PayPal believes there may be a high level of risk associated with your Account. If PayPal places a Reserve on funds in your Account, they will be shown as "pending" in your PayPal Balance. If your Account is subject to a Reserve, PayPal will provide you with notice specifying the terms of the Reserve. The terms may require that a certain percentage of the amounts received into your Account are held for a certain period of time, or that a certain amount of money is held in reserve, or anything else that PayPal determines is necessary to protect against the risk associated with your Account. PayPal may change the terms of the Reserve at any time by providing you with notice of the new terms.

7. **10.6 Acceptable Use Policy Violation - User Fines.** If you violate the Acceptable Use Policy then we may hold your funds up to 180 Days, fine you up to $2,500.00 USD for each such violation and take legal action against you to recover additional losses we incur. You acknowledge and agree that a fine up to $2,500.00 USD is presently a reasonable minimum estimate of PayPal's damages, considering all currently existing circumstances, including the relationship of the sum to the range of harm to PayPal that reasonably could be anticipated and the anticipation that proof of actual damages may be impractical or extremely

difficult. PayPal may deduct such fines directly from any existing Balance in the offending Account, or any other PayPal Account you control.

1. **11. Protection For Sellers.**

The following terms are effective for transactions made on or after 10/31/08. To view the protection terms and conditions for transactions made prior to 10/31/08 see Exhibit "A" (under section 11.10) below.

1. **11.1 What is PayPal seller protection?**

   Protection for Claims, Chargebacks, or Reversals based on the following reasons:
   - Unauthorized Payment

   - Item Not Received

   Seller protection is available for transactions with buyers everywhere PayPal is accepted. Seller protection does not provide protection for Significantly Not as Described (SNAD) Claims, Chargebacks, or Reversals or for items that you deliver in person.

2. **11.2 How much protection is provided by PayPal seller protection?**

   PayPal will protect you for the full amount of the eligible Claim, Chargeback, or Reversal and waive the Chargeback Fee, if applicable. There is no annual limit on protection.

3. **11.3 What happens when a buyer files a Claim, Chargeback, or Reversal?**

   PayPal will place a temporary hold on the funds in your account to cover the full amount of the Claim, Chargeback, or Reversal. If PayPal determines that the payment is covered by seller protection, we will release the hold and restore your access to the funds.

   If the payment is not eligible for seller protection, PayPal will remove the funds from your account and return the payment to the buyer. In addition, you will be responsible for PayPal's Chargeback Fee, if applicable.

4. **11.4 What are the eligibility requirements for PayPal seller protection?**

   You must meet all of these requirements to be covered:
   - Ship the item to the shipping address on the "Transaction Details" page.

     o You may access the "Transactions Details" page by logging into your PayPal Account, selecting "History" and then selecting "Details" for the transaction.

- Follow the shipping requirements described below.

- Respond to PayPal's requests for documentation and other information in a timely manner.

- The transaction must be marked eligible or partially eligible for seller protection on the "Transaction Details" page.

  - If it is marked eligible, protection for both Unauthorized Payments and Item Not Received will apply. If it is marked partially eligible, protection for only Item Not Received will apply.

  - Items sold on eBay will be marked eligible even if the shipping address is marked unconfirmed. Generally, items sold on websites other than eBay will be marked eligible if the shipping address is marked confirmed and partially eligible if the shipping address is marked unconfirmed.

- The item must be a physical, tangible good that can be shipped.

- Your primary residence, as listed in your PayPal Account, must be in the United States.

5. **11.5 What are the shipping requirements?**

| Shipping requirements | Protection for Unauthorized Payment | Protection for Item Not Received |
|---|:---:|:---:|
| Proof of Shipment | X | |
| Proof of Delivery | | X |
| Shipment within 7 calendar days of receipt of payment* | | X |

6.

\* If the payment is for pre-ordered or made-to-order goods, shipment is required within the timeframe specified in your item listing.

7. **11.6 What is "Proof of Shipment"?**

Online or physical documentation from a shipping company that includes all of the following:
- A status of "shipped" (or equivalent) and the date of shipment.
- The recipient's address, showing at least the city/state or zip code (or international equivalent).

- Official acceptance from the shipping company (for example, a postmark, a receipt, or online tracking information).

Or, if you have Proof of Delivery then you do not need Proof of Shipment.

8. **11.7 What is "Proof of Delivery"?**

Online documentation from a shipping company that includes all of the following:
- A status of "delivered" (or equivalent) and the date of delivery.
- The recipient's address, showing at least the city/state or zip code (or international equivalent).
- Signature Confirmation for transactions that total $ 250 USD or more (see Foreign Currency Equivalents below).

9. **11.8 Which shipping services provide Proof of Shipment, Proof of Delivery, and/or Signature Confirmation?**

You may use any shipping service that meets PayPal's shipping requirements. The following services meet the requirements:

| Shipping From | Shipping To | Transaction Amount | Shipping Services |
|---|---|---|---|
| Anywhere | Anywhere | Any Amount | Any international shipping service that provides door-to-door tracking that is viewable online, such as those offered by UPS, FedEx, or DHL |
| United States | United States | Less than $ 250 USD | USPS: any service with Delivery Confirmation |
| United States | United States | $ 250 USD or more | USPS: any service with Signature Confirmation |
| United States | Anywhere | Less than $ 250 USD | USPS: Priority Mail with the Customs Declaration form (tracking not available for all destinations) |
| United States | Anywhere | $ 250 USD or more | USPS: Express Mail |

10.

11. **11.9 What are examples of items/transactions that are not eligible for seller protection?**

- Claims, Chargebacks or Reversals for Significantly Not as Described
- Items that you deliver in person

- Intangible items, licenses for digital content, and services
- Transactions made through PayPal Direct Payment or Virtual Terminal

12. **11.10 Seller Protection Policy Definitions.**

- "Chargeback" means a challenge to a payment that a buyer files directly with his or her credit card company.
- "Claim" means a challenge to a payment that a buyer files directly with PayPal.
- "Item Not Received" means a challenge from a buyer claiming that the item purchased was not received.
- "Reversal" means a challenge to a payment that a buyer files directly with his Bank, or is initiated by PayPal.
- "Signature Confirmation" means documentation that can be viewed online at the shipping company's website and indicates that the item was signed for on delivery.
- "Unauthorized Payment" means a challenge from a buyer claiming that he or she did not make the payment, and that the person who made the payment was not authorized.

**Foreign Currency Equivalents ($ 250 USD)**

| | | |
|---|---|---|
| 350 Australian Dollar (AUD) | 55,000 Hungarian Forint (HUF) | 800 Polish New Zloty (PLN) |
| 325 Canadian Dollar (CAD) | 1,000 Israeli Shekel (ILS) | 150 Pound Sterling – United Kingdom (GBP) |
| 6,000 Czech Republic Koruna (CZK) | 28,000 Japanese Yen (JPY) | 400 Singaporean Dollar (SGD) |
| 1,500 Danish Krone (DKK) | 2,200 Mexican New Peso (MXN) | 2,000 Swedish Krona (SEK) |
| 200 Euro (EUR) | 380 New Zealand Dollar (NZD) | 330 Swiss Franc (CHF) |
| 2,000 Hong Kong Dollar (HKD) | 1,600 Norwegian Krone (NOK) | |

13. **Exhibit "A" to section 11**

The following terms apply for transactions made prior to 10/31/08.

14. **11.1 Benefits.** The Seller Protection Policy, which applies only to Verified Business and Premier Accounts, reimburses sellers of certain types of goods who follow certain sound selling practices. If your transaction meets the qualification

requirements for the Seller Protection Policy, PayPal will reimburse you for the amount of the Chargeback or Reversal and, if applicable, waive the Chargeback Fee.

15. **11.2 Coverage.** The Seller Protection Policy is limited to the following payout amounts per year for combined eligible Chargebacks and Reversals:

- $5,000.00 USD
- $6,500.00 CAD
- €4,000.00 EUR
- £3,250.00 GBP
- ¥550,000 JPY
- $7,000.00 AUD
- 6,500.00 CHF
- 3,300.00 NOK
- 40,000.00 SEK
- 31,000.00 DKK
- 16,000.00 PLN
- 1,080,000 HUF
- 120,000.00 CZK
- $8,100.00 SGD
- $38,000.00 HKD
- $7,700.00 NZD
- $55,000.00 MXN
- 20,000.00 ILS

Please note that the combined annual total may not exceed the limit for any one currency.

A Chargeback is covered if it was due to non-receipt of merchandise, or an unauthorized payment. A Reversal is covered if it was due to an unauthorized payment. The Seller Protection Policy does not cover Claims for Significantly Not as Described or for non-receipt of merchandise, or sales of intangible goods, services, or licenses for digital content. PayPal Claims are not covered by the Seller Protection Policy. For more information on winning a PayPal Claim see the Buyer Protection Programs section of this agreement.

o **11.3 Qualification Requirements.** In order to qualify for coverage under the Seller Protection Policy, you must meet the following requirements:
   a. You must have a Verified Business or Verified Premier Account at the time of the transaction,

   b. The transaction must be between a US, UK or Canadian buyer and a US, UK or Canadian seller,

   c. The payment must be listed as Seller Protection Policy Eligible on the Transaction Details page, or cleared by PayPal through Payment Review,

   d. You must accept a single payment from one PayPal Account for the purchase,

   e. You must not charge a surcharge for accepting PayPal,

   f. You must ship the purchased item to the address listed on the Transaction Details page,

g. You must ship the item to the buyer within 7 Days of receiving payment. Or, if you are selling a made-to-order or pre-ordered item on eBay, you must ship the item within the time-frame you specified in your eBay listing as long as the buyer agreed to the extended time-frame at the time of payment.

h. You must have trackable online proof of delivery from an approved shipper to the address on the Transaction Details page. For transactions involving $250.00 USD or more, you must provide a proof of receipt that was signed or otherwise acknowledged by the buyer and can be viewed online, (If you paid in a currency other than US dollars, the following amounts apply for this section: $325.00 CAD, €200.00 EUR, £150.00 GBP, ¥28000.00 JPY, $350.00 AUD, 330.00 CHF, 1,600.00 NOK, 2,000.00 SEK, 1,500.00 DKK, 800.00 PLN, 55000.00 HUF, 6,000.00 CZK, $400.00 SGD, $2,000.00 HKD, $380.00 NZD, $2,750.00 MXN, 1,000.00 ILS), and

i. You must respond to PayPal's requests for information within the time period PayPal specifies.

j. Additional qualification requirement for unauthorized payments: The address on the "Transaction Details" page that you ship to must be a Confirmed Address. This requirement does not apply to Chargebacks due to non-receipt of merchandise.

Please note that in order to qualify for our Seller Protection Policy you must ship the item as required in this section. If you hand deliver an item, or provide delivery in any manner other than required in this section, your transaction will not qualify for the Seller Protection Policy.

o **11.4 Process.** If there is a Chargeback or Reversal, and the seller's account is a Verified Business or Premier Account, we will place a temporary hold on the transaction amount, and evaluate the transaction to determine whether it is eligible for our Seller Protection Policy. If the sellers Account is not Verified, or is a Personal Account, then the amount of the payment will be automatically debited by PayPal, and PayPal will transfer the funds back to the buyers Account, as appropriate. If we determine that the transaction qualifies for Seller Protection, we will lift the temporary hold and restore your access to the funds. Please note that eligibility under the Seller Protection Policy is not a requirement to win a Claim filed by a buyer under section 13.

1. **12. Errors and Unauthorized Transactions.**
    1. **12.1 Identifying Errors and/or Unauthorized Transactions.** You can inspect your transaction history at any time by logging in to your Account on the PayPal website and clicking the History tab. It is very important that you immediately notify PayPal if you have reason to believe any of the following activities have occurred: (i) there has been an unauthorized transaction sent from your Account;

(ii) there has been an unauthorized access to your Account; (iii) your password or PayPal Mobile PIN has been compromised; (iv) your PayPal Debit Card or PayPal Mobile-activated phone has been lost, stolen, or deactivated, or (v) someone has transferred or may transfer money from your Account without your permission (collectively called "Improper Account Access").

2. **12.2 Notifying PayPal of Errors and/or Unauthorized Transactions.** To notify us if you believe there has been or will be an error or unauthorized transaction on your Account, telephone PayPal Customer Service at (402) 935-7733, contact us using this report form, or write to PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950. If you initially provide information to us via the telephone, we may require that you send your complaint or question in writing within 10 Business Days after the phone contact. Please complete the affidavit form and submit it online or mail it to PayPal, Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.

3. **12.3 Review of Reports of Errors and/or Unauthorized Transactions.** We will advise you of the results of our investigation within 10 Business Days after we receive your notice (or 20 Business Days for transactions done at a point of sale terminal or outside the United States). If we have made an error, we will correct it promptly. If we need more time, however, we may take up to 45 Days to investigate your complaint or question (and 90 Days for transactions made at a point of sale terminal or outside the United States). If we decide that we need more time, we will provisionally re-credit your Account for the amount you think is in error within 10 Business Days after we receive your notice; so that you will have use of the money during the time it takes us to complete our investigation. If you initially provided information to us via the telephone and we do not receive your complaint or question in writing within 10 Business Days after your oral notice, we are not required to provisionally re-credit your Account.

   At the end of our investigation, we will advise you of the results within 3 Business Days. If we determine that there was no error, we will send you a written explanation and we may debit any provisional credit that we previously credited to you in relation to the alleged error. You may ask for copies of the documents that we used in our investigation.

4. **12.4 Liability for Unauthorized Transactions.** If you report and we verify that there has been an Improper Account Access related to your Account, we will reimburse you in full for all unauthorized transactions sent from your Account that occur within 60 Days of the time that you knew or should have known about the Improper Account Access. If you do not report the Improper Account Access to PayPal within 60 Days of the time that you knew or should have known about it, we will still reimburse you in full for all unauthorized transactions sent from your Account that took place within or before that 60-Day period, but you may be liable for all unauthorized transactions resulting from the Improper Account Access that occur on Day 61 and beyond (if we can demonstrate that we could have avoided any losses if you had notified us in a timely manner).

5. **12.5 Errors.** If we discover a processing error, we will rectify the error. If the error resulted in your receiving less money than you were entitled to, PayPal will credit your Account for the difference. If the error results in you receiving more money than you were entitled to, PayPal may debit the extra funds from your PayPal Account. If the error resulted in our not completing a transaction on time or in the correct amount, we will be liable for your losses or damages directly and proximately caused by this failure, unless:

   a. through no fault of ours, you did not have enough available funds to complete the transaction,
   b. our system was not working properly and you knew about the breakdown when you started the transaction, or
   c. circumstances beyond our control (such as fire or flood or loss of Internet connection) prevented the transaction, despite our reasonable precautions.

- **13. Protection for Buyers.**

The following terms are effective for transactions made on or after 10/31/08. To view the protection terms and conditions for transactions made prior to 10/31/08 see Exhibit "A" (under section 13.9) below.

**13.1 How am I protected if I have a problem with a purchase?**

PayPal has two programs to help protect you:

- PayPal Buyer Protection (for eligible items purchased on eBay)
- PayPal Buyer Complaint Policy (for all other items purchased on or off eBay)

**13.2 What types of problems are covered?**

PayPal's programs help you if you encounter either of these problems:

- Item Not Received (INR)
- Significantly Not as Described (SNAD) (see definition below)

If your problem is a transaction that you did not authorize, please report the unauthorized transaction through the PayPal Security Center at https://www.paypal.com/security.

13.3 PayPal Buyer Protection

   e. What are the eligibility requirements for PayPal Buyer Protection?

      You must meet all of these requirements:

      - Use PayPal to purchase an eligible item on eBay.

- Pay for the full amount of the item with one payment. Items purchased with multiple payments – like a deposit followed by a final payment – are not eligible.

- Send the payment to the seller through:

  - The eBay "Pay Now" button or the eBay invoice, or

  - The "Send Money" tab on your PayPal account overview page by selecting "Pay for eBay Items" and entering your eBay User ID and the eBay item number.

- Open a Dispute within 45 days of the date you sent the payment – then follow the online dispute resolution process described below under Dispute Resolution.

- Keep your PayPal account in good standing.

f.  How do I know if I'm purchasing an eligible item on eBay?

Look for the buyer protection message in the eBay listing in the right hand column under the "Buy Safely" banner. If you see this message, and you meet the eligibility requirements, then your purchase is covered by PayPal Buyer Protection. You can also view this message after you complete your purchase by logging in to your eBay account, going to "my eBay" and looking at the listing. If the listing does not include the buyer protection message, then it is not eligible for PayPal Buyer Protection.

The buyer protection message will vary based on the eBay website. Here are examples of the buyer protection message:

eBay.com (uncapped coverage)

Pay with PayPal and you're covered. See eligibility

eBay.ca (capped coverage)

This item is covered **up to C$2000** See eligibility

> This item is covered **up to C$200** See eligibility

- How much coverage do I get with PayPal Buyer Protection?

  If you see the eBay.com buyer protection message "Pay with PayPal and you're covered", and if PayPal finds in your favor on your Claim, PayPal will reimburse you for the full purchase price of the item and original shipping costs – with no cap on coverage. If the buyer protection message includes a cap on coverage (such as the message on eBay.ca above), and if PayPal finds in your favor, then PayPal will reimburse you for the full purchase price of the item and original shipping costs, up to the coverage cap specified in the buyer protection message. The amount of coverage varies based on the eBay website where the purchase is made.

  PayPal will not reimburse you for the return shipping costs that you incur to return a Significantly Not as Described item to the seller or other party PayPal specifies. If the seller presents evidence that they delivered the goods to your address, PayPal may find in favor of the seller even if you did not receive the goods.

13.4 Dispute Resolution

If you are unable to resolve the problem directly with the seller, go to the Resolution Center and follow this process:

- Open a Dispute.

Open a Dispute within 45 days of the date you made the payment for the item you would like to dispute.

- Escalate the Dispute to a Claim.

If you and the seller are unable to come to an agreement, escalate the Dispute to a Claim within 20 days after opening the dispute.

You must wait at least 7 days from the date of payment to escalate a Dispute for an Item Not Received (INR), unless the Dispute is for $2,500 or more. If you do not escalate the Dispute to a Claim within 20 days, PayPal will close the Dispute.

- Respond to PayPal's requests for information in a timely manner.

During the Claim process, PayPal may require you to provide documentation to support your position. You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies.

o   Comply with PayPal's shipping requests in a timely manner.

For Significantly Not as Described (SNAD) Claims, PayPal may require you to ship the item back to the seller - or to PayPal - or to a third party at your expense, and to provide proof of delivery.

For transactions that total less than $250, proof of delivery is confirmation that can be viewed online and includes: the delivery address, delivery date, and the URL to the shipping company's web site if you've selected "Other" in the shipping drop down menu. For transactions that total $250 or more, you must get signature confirmation of delivery.

o   How is the Claim resolved?

Once a Dispute has been escalated to a Claim, PayPal will make a final decision in favor of the buyer or the seller. You may be asked to provide receipts, third party evaluations, police reports, or anything else that PayPal specifies. PayPal retains full discretion to make a final decision in favor of the buyer or the seller based on any criteria PayPal deems appropriate. In the event that PayPal makes a final decision in favor of the buyer or seller, each party must comply with PayPal's decision. PayPal will generally require the buyer to ship an item that the buyer claims is Significantly Not as Described back to the seller (at the buyer's expense), and PayPal will generally require a seller to accept the item back and refund the buyer the full purchase price plus original shipping costs. In the event a seller loses a Claim, the seller will not receive a refund on his or her PayPal or eBay fees associated with the transaction.

13.5 PayPal Buyer Complaint Policy

i.   What is the PayPal Buyer Complaint Policy?

It is PayPal's process to help you resolve a problem with a seller through the PayPal Resolution Center for purchases that are not eligible for PayPal Buyer Protection.

The PayPal Buyer Complaint Policy is similar to PayPal Buyer Protection in that it enables buyers to file Disputes for Items Not Received (INR), or for items that are Significantly Not as Described (SNAD). However, recovery of any amounts is not guaranteed and is limited to the amounts that PayPal can recover from the seller's Account, even if PayPal makes a final decision in your favor.

j.   What is the process for the Buyer Complaint Policy?

Similar to PayPal Buyer Protection, you must file a Dispute in the PayPal Resolution Center within 45 days of the date you sent the payment. Once you have done so, you should attempt to resolve the Dispute directly with the seller.

k.  What happens if I am unable to resolve the Dispute directly with the seller?

You may escalate the Dispute to a Claim within 20 days of the date you filed the Dispute. PayPal will make a final decision for some - but not all - Claims.

PayPal will generally make a final decision for an Item Not Received (INR) Claim, but will not make a final decision for a Significantly Not as Described (SNAD) Claim, or Claims involving the following purchases: intangible items, licenses, airline flight tickets, services, vehicles, live auctions, real estate, classified ads on eBay, or other items as determined by PayPal (collectively "Ineligible Items"). This means that unless the seller voluntarily refunds your money, you will not recover any amounts for a SNAD Claim or a Claim for an Ineligible Item filed under the Buyer Complaint Policy.

l.  What if PayPal makes a final decision in my favor?

If PayPal makes a final decision in your favor, we will collect any available funds in the seller's PayPal balance at that time. However, recovery is not guaranteed and is limited only to the amounts that PayPal can recover from the seller's Account. Any amounts collected from the seller will be placed in your Account.

## 13.6 Extended Buyer Protection

m.  **What is Extended Buyer Protection?**

Extended Buyer Protection is additional coverage for eligible Buyer Complaint Policy Claims that is available to you when you make a payment through PayPal and use your PayPal Plus Card, PayPal Buyer Credit, or PayPal Pay Later as your payment method.

n.  **What extra coverage do I get with Extended Buyer Protection?**

If you win an Item Not Received (INR) Claim under the PayPal Buyer Complaint Policy, PayPal will reimburse you for the full purchase price of the item, plus original shipping costs.

13.7 SNAD Definition

What is Significantly Not as Described (SNAD)?

An item is Significantly Not as Described if it is materially different than what the seller described in the item listing. Here are some examples:

- You received a completely different item. Example: You purchased a book and received a DVD or an empty box.

- The condition of the item was misrepresented. Example: The listing said "new" and the item was used.

- The item was advertised as authentic but is not authentic.

- The item is missing major parts or features which were not disclosed in the listing.

- You purchased three items from a seller but only received two.

An item is not Significantly Not as Described if it is materially similar to the seller's item listing description. Here are some examples:

- The defect in the item was correctly described by the seller.

- The item was properly described but you didn't want it after you received it.

- The item was properly described but did not meet your expectations.

- The item has minor scratches and was listed as used condition.

13.8 What items are not covered by PayPal's Protection for buyers?

PayPal's protection for buyers only applies to payments for tangible, physical goods that can be shipped. Payments for intangibles, services, custom made items, airline flight tickets, eBay classified advertisements, items prohibited under our Acceptable Use Policy or licenses and other access to digital content are not eligible under PayPal's protections for buyers.

13.9 Relationship between PayPal's protection programs and Chargebacks

Credit card chargeback rights, if they apply, are broader than PayPal's protection programs. Chargeback rights may be filed more than 45 days after the payment, may cover unsatisfactory items even if they do not qualify as SNAD, and may cover intangible items.

You may pursue a Dispute/Claim with PayPal, or you may contact your credit card company and pursue your chargeback rights. You may not pursue both at the same time or seek a double recovery. If you have an open Dispute or Claim with PayPal, and also file a chargeback with your credit card company, PayPal will close your Dispute or Claim, and you will have to rely solely on your chargeback rights.

If PayPal does not make a final decision on your Claim until after your credit card issuer's deadline for filing a chargeback, and because of our delay you recover less than the full amount you would have been entitled to recover from the credit card issuer, we

will reimburse you for the remainder of your loss (minus any amount you have already recovered from the seller).

**Exhibit "A" to section 13.**

The following terms apply for transactions made prior to 10/31/08.

1.

1. **13.1 Buyer Protection Programs.** If you buy an item using PayPal and either do not receive the item or receive an item that you believe is Significantly Not as Described by the seller, we encourage you to open a Dispute with the seller in our Resolution Center. By doing so, you will initiate our Online Dispute Resolution Process—a step-by-step system designed to facilitate communication between you and the seller in order to get resolution of the issue. If your dialogue with the seller fails to produce a satisfactory result, you can then escalate the Dispute into a Claim that we will evaluate for reimbursement under one of the following programs:
     a. PayPal Buyer Complaint Policy - Our best efforts program to reimburse Users for losses only to the extent we are able to recover the funds from sellers.
     b. PayPal Buyer Protection Policy - Our program to reimburse Users for losses for up to (i) $2,000.00 USD (Top Tier Coverage Amount) for eligible items purchased on eBay and (ii) up to $200.00 USD (Basic Tier Coverage Amount) for all other eligible items purchased on eBay and for eligible items purchased on eBay. Please see section 13.9 to determine whether Top Tier Coverage Amount or Basic Tier Coverage Amount applies to your eBay purchase.
     c. Buyer Protection for eBay Express - Our program to reimburse Users for the full amount of losses for items purchased on eBay Express.
     d. Extended Buyer Protection with PayPal Credit - Our program to reimburse Users for the full transactional amount of the items purchased using PayPal Credit.

     These programs only cover payments for tangible, physical goods. All other payments, such as payments for intangibles, services, airline flight tickets, Classified Ads on eBay or licenses and other access to digital content are not covered by any Buyer Protection Program that we offer (but may be covered by Chargeback rights).

2. **13.2 Filing Deadlines.** We will not grant any Claim unless you first initiate a Dispute in our Resolution Center within 45 Days of the date of the relevant payment and then escalate the Dispute into a Claim within 20 Days of the date you file your Dispute. It is your responsibility to keep track of the deadlines under this section.

3. **13.3 Online Dispute Process.** Once you file a Dispute as a buyer, PayPal will notify the seller of the Dispute, and while the Dispute is open, you and the seller

are able to access the details of the Dispute via the Resolution Center and post messages to each other in connection with the Dispute. Any message you post is viewable by PayPal and the other party to the Dispute. If the Dispute is escalated to a Claim, PayPal may review and use the content of all posted messages during evaluation of the Claim. If you subsequently file a Chargeback, PayPal may use the content of any messages to dispute the Chargeback. You may not post any message that is offensive, discourteous, false, misleading, profane, abusive, threatening or otherwise inappropriate.

4. **13.4 Closing Online Disputes.** You or we will close all Disputes in one of the following ways:

   a. Closing the Dispute as resolved. The buyer can close the Dispute as resolved from the time it is filed until 20 Days after it is filed. Once a buyer closes a Dispute as resolved, we will not allow it to be reopened or escalated to a Claim.

   b. Escalating the Dispute into a Claim. Either party may close the Dispute by escalating the Dispute into a Claim within 20 Days of the date the Dispute is filed.

   c. Issuing a full refund. The seller may choose to close the Dispute by issuing a full refund to the buyer. If we process a full refund in this way, we will close the Dispute and not allow escalation to a Claim. If the seller does not have a sufficient Balance to close the Dispute but tries to close the Dispute by issuing a full refund, we will automatically escalate the Dispute into a Claim.

   d. Reaching other settlement. If the seller and buyer agree to a settlement other than a full refund, both parties agree to reflect the agreed settlement in the messages posted in the Resolution Center (so that we avoid resolving the Claim in a contrary manner).

   e. Dispute auto-closure after 20 Days. We will automatically close Disputes 20 Days after initiation if the buyer has not escalated it to a Claim within that time period. Once we close a Dispute in this way, we will not allow the buyer to re-open the Dispute or file a Claim relating to the transaction. In certain circumstances, we may escalate a Dispute into a Claim (for example, where a number of other buyers have opened Disputes against a seller who has failed to respond to the notices of Dispute).

5. **13.5 Escalating Disputes into Claims.** If you are unable to reach a resolution with the seller within 20 Days of filing the Dispute or if you have reached a resolution with the seller but it has not been fully executed (for example: you have not received the refund or you have not received an exchange item that the seller agreed to send you), you should escalate the Dispute into a Claim in order to maintain your rights under the Buyer Protection Programs. You cannot file a Claim for reimbursement without first filing a Dispute in the Resolution Center.

6. **13.6 Claims Procedures.** If you escalate a Dispute into a Claim, we will gather information from you and the seller and determine eligibility for reimbursement under the Buyer Protection Programs. Here are some important things to remember about the Claim process:

a. If a buyer files a Claim asserting receipt of a Significantly Not as Described item, we will generally require the buyer to return the item to the seller at the buyers expense and to provide Viewable Online Proof of Delivery. If the item is over $250.00 USD or equivalent, Viewable Online Signature Confirmation must also accompany theViewable Online Proof of Delivery. In some circumstances, we may require the buyer to send the item to us or to a third party specified by us, to obtain documentation from a qualified third party substantiating the Claim, or to provide evidence that the item has been destroyed. In some instances, we may ask a buyer to support a Claim by filing and supplying a copy of a police report.

b. If a buyer files a Claim for Significantly Not as Described and alleges that an item is counterfeit, PayPal may require the buyer and seller to provide affidavits and other evidence to support their positions. PayPal shall make the final determination whether to grant the buyer's claim based on the provided evidence, as well as third party evidence and evaluations. If PayPal grants the buyer's claim, the buyer must ship the item to PayPal or a third party (as directed by PayPal). PayPal, in its discretion, may require the buyer or the seller to pay for the return shipping costs. Once the item has been received by PayPal or the third party, the seller must refund the transaction amounts (including the original shipping costs) to the buyer. If PayPal grants the buyer's claim, the seller may not receive the item back.

c. If a buyer initiates a Dispute/Claim and the amount in Dispute is greater than $100, PayPal will place the disputed amount (to the extent it remains in the seller's Account) on hold until the Dispute/Claim is resolved, and the seller will not be able to withdraw this amount while the Dispute/ Claim remains unresolved.

d. Other than adding information you may not edit or change a Claim after filing it.

e. We may ask a buyer to identify the minimum refund that would be acceptable to settle the Claim. If you specify a refund amount that is less than the amount of the original transaction, and the seller agrees to refund the amount you specified, PayPal will consider the Claim to be successfully resolved.

f. After we close a Claim in favor of a buyer, a seller may appeal our decision on the Claim; however, PayPal generally will only grant the appeal if the seller is able to prove that the buyer sent the item back to the seller in a condition significantly different than when the Claim was filed (other than normal wear from shipping). PayPal does not guarantee recovery of money from a buyer for a seller if a seller wins an appeal.

g. If the buyer claims that the item was not received, the seller must be able to prove that the item was delivered to the address listed on the Transaction Details page by providing PayPal with a Viewable Online Proof of Delivery For transactions equal to $250.00 USD (or the equivalent in the currency of the transaction) or more in value, the seller will also need to provide a Viewable Online Signature Confirmation.

7. **13.7 Claims Eligibility.** In addition to the other limitations called out within this Agreement, the following limitations apply to Claims:

   a. The PayPal Buyer Complaint Policy only applies to items purchased outside of eBay or eBay Express, the PayPal Buyer Protection Policy only applies to items purchased on eBay or to payments funded through your debit card and processed through the ATM debit network. To determine whether your debit card funded payment was processed through the ATM debit network, look to see if "ATM/Debit" appears next to the card payment in your PayPal history log. Buyer Protection for eBay Express only applies to items purchased on eBay Express. The Extended Buyer Protection with PayPal Credit applies to items purchased using PayPal Buyer Credit, PayPal Pay Later or PayPal Credit Card through PayPal. Extended Buyer Protection with PayPal Credit does not apply to items purchased with PayPal Credit Card not through PayPal. For example: Extended Buyer Protection with PayPal Credit does not apply when you use your PayPal Credit Card to make a purchase offline. Extended Buyer Protection with PayPal Credit does not apply to payments made through PayPal Mobile, unless such payments are for eBay purchases.

   b. Only registered PayPal members in good standing are eligible for reimbursement. If you purchase an item on eBay Express and you are not a registered PayPal User, you will have to sign up for a PayPal Account in order to seek reimbursement via the process outlined here.

   c. Claims must be for payments for tangible, physical goods that can be shipped, and not all other payments, such as payments for intangibles, for services or for licenses and other access to digital content. For purposes of eBay items, motor vehicles and Live Auctions are not covered.

   d. Items prohibited in the PayPal Acceptable Use Policy are ineligible for coverage.

   e. For purposes of eBay items, the buyer must have sent a single PayPal payment for the full price of the item to the PayPal Account specified by the seller in the listing, and must have either used the Pay Now button or associated the payment with the eBay listing by entering the item number into the PayPal payment instructions. If the buyer sent payment to a different PayPal Account or by a different method, even at the seller's request, the transaction will not be covered.

   f. For purposes of eBay Express items, the buyer must have completed the transaction by paying on the eBay Express website using either a PayPal Account or a credit card.

   g. Buyers may only receive one reimbursement per eBay or eBay Express listing.

   h. For multiple-items paid with a single PayPal payment, each qualified item is eligible for up to the maximum payout in coverage, but buyers may file only one Claim per PayPal payment. If you purchased multiple qualified items with a single payment, you must identify all the items on which you are seeking reimbursement in a single Claim.

Extended Buyer Protection with PayPal Credit applies to items purchased on eBay that are either not delivered or Significantly Not as Described and to items purchased outside of eBay that are not delivered.

8. **13.8 eBay Items Eligible for PayPal Buyer Protection.** Every item on eBay (except Live Auctions and vehicles) that meets the above requirements is eligible for PayPal Buyer Protection up to $200.00 USD (Basic Tier Coverage Amount), but items are only eligible for PayPal Buyer Protection up to $2,000.00 USD (Top Tier Coverage Amount) and should be identified as eligible items in the eBay listing if:
   a. The seller's eBay feedback rating is at least 50;
   b. At least 98% of the seller's eBay feedback is positive;
   c. The seller has a Verified Premier or Verified Business Account in good standing;
   d. The listing was on an eligible eBay site (eBay.com and certain other eBay sites self identified as such)
   e. PayPal is listed as an acceptable payment method; and
   f. The seller is a PayPal User from one of the following countries:

| | |
|---|---|
| - Argentina | - Italy |
| - Austria | - Jamaica |
| - Australia | - Japan |
| - Belgium | - Korea |
| - Brazil | - Mexico |
| - Canada | - Netherlands |
| - Chile | - New Zealand |
| - China | - Norway |
| - Czech Republic | - Poland |
| - Denmark | - Portugal |
| - Ecuador | - Singapore |
| - Finland | - Sweden |
| - France | - Spain |
| - Germany | - Switzerland |
| - Greece | - Taiwan |
| - Hong Kong | - Thailand |
| - Hungary | - United Kingdom |
| - India | - United States |
| - Ireland | - Uruguay |

9.

10. **13.9 Protection for Purchases on non-U.S. eBay websites.**
   a. This chart shows the maximum amount of protection that you will receive based on the website from which you made your purchase. We will

reimburse you in the currency of the original PayPal payment, up to the maximum payout listed in the table below:

| Country | Eligible eBay Website | Basic Tier | Top Tier |
|---|---|---|---|
| The United States | www.ebay.com | $200.00 USD | $2,000.00 USD |
| Australia | www.ebay.com.au | $400.00 AUD | $3,000.00 AUD |
| Austria | www.ebay.at | €1,000.00 EUR | Not applicable |
| Belgium | www.ebay.be or www.befr.ebay.be | €200.00 EUR | €1,000.00 EUR |
| Canada | www.ebay.ca or www.cafr.ebay.ca | $315.00 CAD | $2,000.00 CAD |
| France | www.ebay.fr | €200.00 EUR | €1,000.00 EUR |
| Germany | www.ebay.de | €1,000.00 EUR | Not applicable |
| Ireland | www.ebay.ie | €200.00 EUR | €1,000.00 EUR |
| Italy | www.ebay.it | €200.00 EUR | €1,000.00 EUR |
| Netherlands | www.ebay.nl | €200.00 EUR | €1,000.00 EUR |
| Spain | www.ebay.es | €200.00 EUR | €1,000.00 EUR |
| Switzerland | www.ebay.ch | 1,500.00 CHF | Not applicable |
| The United Kingdom | www.ebay.co.uk | £150.00 GBP | £500.00 GBP |

b.

c. eBay Standard Purchase Protection Program

If you make a purchase from one of the eBay websites listed below, you may be eligible for the eBay Standard Purchase Protection Program (eBay SPPP) instead of the PayPal Buyer Protection Policy. The eligibility requirements for eBay SPPP are the same eligibility requirements for PayPal Buyer Complaint Policy as listed above. eBay Standard Purchase Protection Program is our program to reimburse buyers for losses up to the applicable coverage amount minus the processing cost for purchases made on the eBay SPPP websites.

The final price of the item purchased must be over the applicable processing cost. Multiple listings cannot be combined into one Claim to become eligible, even if purchased from the same seller. Except that items purchased through multiple item auction (Dutch auctions) are eligible, provided the combined value of all items purchased through a single listing is over the applicable processing cost. Buyers may submit up to three eBay Standard Purchase Protection Program claims per six-month period.

| Country | eBay SPPP Website | Coverage Amount | Processing Cost |
|---|---|---|---|
| Hong Kong | www.ebay.com.hk | 1500 HKD | 200 HKD |
| New Zealand | www.ebay.com/nz | 300 NZD | 40 NZD |
| Poland | www.ebay.pl | 650 PLN | 80 PLN |

| Singapore | www.ebay.com.sg | 320 SGD | 40 SGD |
| Sweden | www.ebay.se | 1600 SEK | 200 SEK |

11.

12. **13.10 Significantly Not As Described.** To the extent that we provide reimbursement for losses for items that are Significantly Not as Described when received by the buyer (which we may do under all programs except the Buyer Complaint Policy), an item is Significantly Not as Described if the seller clearly misrepresented the details of the item in a way that affects its value or usability. This does not include cases where the buyer is merely disappointed with the item or where the item did not meet the buyer's expectations. Here are some of the reasons that an item may be considered Significantly Not as Described:

   a. The item is a completely different item than that represented by the seller in the listing, e.g. an audio book instead of a printed book, a desktop computer instead of a laptop, a picture of an item instead of the actual item; or an empty box.
   b. The condition of the item is significantly different. For example, if the item has clearly been used multiple times rather than almost new or still in box or is obviously repackaged rather than mint.
   c. The item is unusable and was not disclosed as such. For example, if there are missing major parts or components, will not function or turn on or is spoiled or past a relevant date. This applies to the item in its received state, no matter what the condition when it was shipped.
   d. The item was advertised as authentic but is not authentic. For example, a fake or knock-off item that was advertised as authentic or a completely different or inferior brand of a similar product.
   e. The item is missing a major portion or quantity. For example, if the buyer ordered four dozen golf balls but only received one dozen or four golf balls, or the item is missing a primary component, like a blender missing a top or a coffee maker missing the bottom plate.

   An item is not Significantly Not as Described if:

   f. The defect in the item was correctly described by the seller. For example, if the item description states one of the following: Item may not work properly, Item is missing some parts, or See picture for scratches or damages.
   g. The item was properly described but you didn't want it after you saw it in person.
   h. The description could have been reasonably misinterpreted. For example, if the item is a slightly different color than advertised (e.g. the item is aquamarine but was advertised as teal).
   i. The item was properly described but did not meet your expectations.

j.  The item has minor scratches and was listed as used condition.

Please note that these are representative examples. There may be other circumstances where the characteristics of the item or the situation are not exactly covered in the item description but do not render the item Significantly Not as Described. PayPal encourages all buyers and sellers to communicate with each other before and after the transaction to prevent these issues from occurring. We may make a decision as to whether an item is Significantly Not as Described if the buyer and seller cannot agree. For items that we believe do not qualify as Significantly Not as Described, we still encourage the buyer and seller to find an equitable solution.

13. **13.11 Buyer Complaint Policy Benefits.** If we grant a Claim under our Buyer Complaint Policy, PayPal will seek to collect from the seller by debiting the seller's PayPal Account up to the amount of your loss, and you will receive a recovery to the extent that the seller has funds available in the Account at the time we debit the seller's Account. If there is more than one Claim against the same Account, we will process the Claims in the order they are filed, and will pay out on each granted Claim up to the amount of funds in the seller's Account at the time the Claim is awarded, but not more than the amount of the Claim.

14. **13.12 Buyer Protection for eBay Express Benefits.** If we grant a Claim under Buyer Protection for eBay Express, we will reimburse you for losses up to the full amount of your eBay Express purchase. Your reimbursement will be paid in the currency of the original PayPal payment up to the full purchase amount.

15. **13.13 Extended Buyer Protection with PayPal Credit Benefits.** If we grant a Claim on a purchase you made with PayPal Buyer Credit, PayPal Pay Later or with the PayPal Credit Card through PayPal, we will reimburse you in the currency of the payment for losses up to the full amount of your purchase.

16. **13.14 Relationship between PayPal Protection Programs and Chargeback Rights.** The following information relates to reimbursement for losses from purchases where you used a credit card to fund a PayPal purchase:

    a.  Credit card chargeback rights, if they apply, are broader than PayPal Buyer Protection: among other things chargeback rights are not limited to $2,000.00 USD per transaction, can be filed more than 45 days after the transaction, and may cover unsatisfactory items even if they are not Significantly Not as Described.

    b.  You can choose to file a Dispute through our Online Dispute Resolution process and escalate the Dispute into a Claim or to exercise your Chargeback rights. However, you cannot pursue both at the same time or seek a double recovery. If you initiate a Dispute through the Online Dispute Resolution process and you then, while the Dispute or Claim is pending, file a Chargeback, PayPal will cancel your Dispute or Claim, and you will have to rely solely on your Chargeback rights.

    c.  If you close your Dispute or it is otherwise closed, or if you cancel a Claim or it is denied or results in no refund, you may still be able to pursue Chargeback rights.

d. If you timely file a Dispute and then escalate it to a Claim, and we do not complete processing of that Claim until after your credit card issuers imposed deadline for filing a Chargeback or after your banks deadline for filing an Electronic Fund Transfer Act dispute, and you recover less than the full amount you would have been entitled to recover from the credit card issuer or the bank, we will reimburse you for the remainder of your loss (minus any amount you have already recovered from the seller or any other Buyer Protection Program). PayPal reserves the right to contest Chargebacks, in accordance with the rules of the applicable card issuer or card association.

e. Buyers should follow the sellers return policy as stated on their auction or website. If a return policy is not available, the buyer should work directly with the seller to return the item. Buyers may be required to prove that the seller received the returned item and should obtain Viewable Online Proof of Delivery from an approved shipper. Return shipping is at the buyer's expense unless otherwise agreed to by the seller.

17. **13.15 Seller and Buyer Cooperation.** If you or another User you have sent money to or received money from initiates a Dispute, Claim or Chargeback, you agree to provide to any requesting party on a timely basis any documentation necessary to resolve the Dispute, Claim or Chargeback. You also agree to fully cooperate with PayPal in all aspects of our Dispute and Claim processes, and to reimburse your Account to the extent it goes negative because we decide to grant a Claim submitted by another User. We will cancel Claims of buyers who do not respond to inquiries regarding the Claim within the time specified. Sellers who fail to respond in a timely manner to our inquiries regarding a Claim will lose the Claim and lose any right to appeal, and we will reimburse the buyer from the seller's PayPal Account.

1. **14. Disputes with PayPal.**
    1. **14.1 Contact PayPal First.** If a dispute arises between you and PayPal, our goal is to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost effective means of resolving the dispute quickly. Disputes between you and PayPal regarding our Services may be reported to Customer Service online through the PayPal Help Center at any time, or by calling (402) 935-2050 from 6 AM to midnight Central Time.
    2. **14.2 Arbitration.** For any claim (excluding claims for injunctive or other equitable relief) where the total amount of the award sought is less than $10,000.00 USD, the party requesting relief may elect to resolve the dispute in a cost effective manner through binding non-appearance-based arbitration. If a party elects arbitration, that party will initiate such arbitration through an established alternative dispute resolution (ADR) provider mutually agreed upon by the parties. The ADR provider and the parties must comply with the following rules: a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, the specific manner shall be chosen by the party initiating the arbitration; b) the arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the

parties; and c) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.

3. **14.3 Law and Forum for Disputes.** Except as otherwise agreed by the parties or as described in section 14.2 above, you agree that any claim or dispute you may have against PayPal must be resolved by a court located in either Santa Clara County, California, or Omaha, Nebraska. You agree to submit to the personal jurisdiction of the courts located within Santa Clara County, California, or Omaha, Nebraska for the purpose of litigating all such claims or disputes. This Agreement shall be governed in all respects by the laws of the State of California, without regard to conflict of law provisions.

4. **14.4 Improperly Filed Litigation.** All claims you bring against PayPal must be resolved in accordance with section 14 of this Agreement. All claims filed or brought contrary to section 14 shall be considered improperly filed a breach of this Agreement. Should you file a claim contrary to section 14, PayPal may recover attorneys fees and costs (including in-house attorneys and paralegals) up to $1,000.00 USD, provided that PayPal has notified you in writing of the improperly filed claim, and you have failed to promptly withdraw the claim.

5. **14.5 No Waiver.** Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches.

6. **14.6 Limitations of Liability.** IN NO EVENT SHALL WE, OUR PARENT, EMPLOYEES OR OUR SUPPLIERS BE LIABLE FOR LOST PROFITS OR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH OUR WEB SITE, OUR SERVICE, OR THIS AGREEMENT (HOWEVER ARISING, INCLUDING NEGLIGENCE). Some states do not allow the exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you. OUR LIABILITY, AND THE LIABILITY OF OUR PARENT, EMPLOYEES AND SUPPLIERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE ACTUAL AMOUNT OF DIRECT DAMAGES.

7. **14.7 No Warranty.** PAYPAL, OUR PARENT, EMPLOYEES AND OUR SUPPLIERS PROVIDE OUR SERVICES AS IS AND WITHOUT ANY WARRANTY OR CONDITION, EXPRESS, IMPLIED OR STATUTORY. PAYPAL, OUR PARENT, EMPLOYEES AND OUR SUPPLIERS SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. PayPal does not have any control over the products or services that are paid for with our Service and PayPal cannot ensure that a buyer or a seller you are dealing with will actually complete the transaction or is authorized to do so. PayPal does not guarantee continuous, uninterrupted or secure access to any part of our Service, and operation of our site may be interfered with by numerous factors outside of our control. PayPal will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, credit cards, and check issuances are processed in a timely manner but PayPal makes no representations or warranties regarding the amount of time needed to complete processing because our Service is dependent upon many factors outside of our control, such as delays in the banking system or

the U.S. or international mail service. Some states do not allow the disclaimer of implied warranties, so the foregoing disclaimers may not apply to you. This paragraph gives you specific legal rights and you may also have other legal rights that vary from state to state.

8. **14.8 License Grant.** PayPal and its licensors grant you a limited nonexclusive license to use PayPal's software in accordance with the documentation, including all updates, upgrades, new versions and replacement software, as described herein for your personal use only. You may not rent, lease or otherwise transfer your rights in the software to a third party. You must comply with the implementation and use requirements contained in all PayPal documentation accompanying the Services. If you do not comply with PayPal's implementation and use requirements you will be liable for all resulting damages suffered by you, PayPal and third parties. You agree not to alter, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code which is derived from the software. You acknowledge that all rights, title and interest to PayPal's software are owned by PayPal.

9. **14.9 Indemnification.** You agree to defend, indemnify and hold PayPal, its parent, officers, directors and employees harmless from any claim or demand (including attorneys fees) made or incurred by any third party due to or arising out of your breach of this Agreement and/or your use of the Services.

10. **14.10 Assumption of Rights.** If PayPal pays out a Claim, Reversal or Chargeback that you file against a recipient of your payment, you agree that PayPal assumes your rights against the recipient and third parties related to the payment, and may pursue those rights directly or on your behalf, in PayPal's discretion.

11. **14.11 Release of PayPal.** If you have a dispute with one or more Users, you release PayPal (and our officers, directors, agents, joint ventures and employees) from any and all Claims, demands and damages (actual and consequential) of every kind and nature arising out of or in any way connected with such disputes. In addition, you waive California Civil Code §1542, which says: A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if not known by him must have materially affected his settlement with the debtor.

12. **14.12 State Agencies.** In addition to reporting complaints against PayPal directly to PayPal as described in section 14 above, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, California 95814, or by telephone at (800) 952-5210. Florida residents may contact the Florida Department of Financial Services in writing at 200 East Gaines Street, Tallahassee, Florida, 32399, or by telephone at 1-800-342-2762. If you are a California resident, you have a right to receive the same information in section 1.7 by email. To make such a request, send a letter to PayPal at the address listed in section 1.6, include your email address, and request the information provided in section 1.7.

13. **14.13 Complete Agreement.** This Agreement sets forth the entire understanding between you and PayPal with respect to the Service. Sections 1, 7, 8, 10, 14 and

15, as well as any other terms which by their nature should survive, will survive the termination of this Agreement. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced.

1. **15. Definitions**
   a. **"ACH"** means the Automated Clearing House network.
   b. **"Account"** or **"PayPal Account"** means a Personal, Business or Premier Account.
   c. **"Add Funds"** means your ability to add money into your Account.
   d. **"Agreement"** means this agreement including all subsequent amendments.
   e. **"Approved Shipper"** means a shipping provider offering services that meet PayPal's standards herein for Viewable Online Proof of Delivery, and Viewable Online Signature Confirmation. Approved Shippers include USPS (United States Postal Service), UPS (United Parcel Service), and FedEx. For additional Approved Shippers visit PayPal's online Security Center.
   f. **"Authorize"** or **"Authorization"** means you authorize a merchant to collect a payment from your Account.
   g. **"Balance"** means any money that you have in your PayPal Account. The terms "money" and "funds" are used interchangeably in this Agreement.
   h. **"Balance/Bank Funded Payment"** means a payment that is fully funded through Instant Transfer, eCheck and/or Balance.
   i. **"Business Account"** and **"Premier Account"** means an Account used primarily for business purposes and not for personal, family, or household purposes.
   j. **"Business Days"** means Monday through Friday, excluding Holidays.
   k. **"Card Funded Payment"** means a payment that is fully or partially funded through a credit card, debit card, PayPal Pay Later or Buyer Credit.
   l. **"Card Processing Agreement"** means the agreement that commercial entities are required to enter into directly with PayPal's payment processor(s).
   m. **"Chargeback"** means a request that a buyer files directly with his or her credit card company or credit card issuing bank to invalidate a payment.
   n. **"Claim"** means a claim filed directly with PayPal in the Online Resolution Center pursuant to section 13 of this Agreement.
   o. **"Confirmed Address"** means an address that has been reviewed by PayPal and found highly likely to be that of the User to which it is associated.
   p. **"Customer Service"** is PayPal's customer support which can be accessed online through the PayPal Help Center at any time, or by calling (402) 935-2050 from 6 AM to midnight Central Time.
   q. **"Days"** means calendar days.
   r. **"Default Payment Sources"** means the order in which PayPal uses your Payment Sources to fund a transaction if you do not select a Preferred Payment Source.
   s. **"Dispute"** means a dispute filed directly with PayPal in the Online Resolution Center pursuant to section 13 of this Agreement.
   t. **"eBay"** means eBay Group Inc. **"eBay Gift Card"** means an eBay branded physical gift card that is issued by PayPal. **"eCheck"** means a payment funded

from a sender's bank account that is held pending and not received by the recipient until it clears. When you send money using eCheck it will usually be held pending for 3-4 Business Days. The amount of time that it is held pending will increase if the payment is sent from a bank account outside the United States.

u. **"Fees"** means those amounts stated in section 8 of this Agreement.

v. **"Holidays"** means New Year's Day (January 1), Birthday of Martin Luther King, Jr. (the third Monday in January), Washington's Birthday (the third Monday in February), Memorial Day (the last Monday in May), Independence Day (July 4), Labor Day (the first Monday in September), Columbus Day (the second Monday in October), Veterans Day (November 11), Thanksgiving Day (the fourth Thursday in November) and Christmas Day (December 25).If a Holiday falls on a Saturday, PayPal shall observe the Holiday on the prior Friday. If the Holiday falls on a Sunday, PayPal shall observe the Holiday on the following Monday.

w. **"Information"** means any confidential and/or personally identifiable information or other information related to an Account or User, including but not limited to the following: name, email address, billing/shipping address, phone number and financial information.

x. **"Instant Transfer"** means a payment funded from the sender's bank account in which PayPal credits the recipient instantly.

y. **"Mass Payments"** means the ability to send multiple payments at the same time.

z. **"Merchant Processing Delay"** means a delay between the time you Authorize a payment and the merchant processes your payment.

aa. **"Money Market Fund"** means the PayPal Money Market Fund offered to U.S. Users as an option for investing Balances in their PayPal Account, as further described in the prospectus.

bb. **"Payment Review"** means the process described in section 4 of this Agreement.

cc. **"Payment Source"** means the payment method used to fund a transaction. The following payment methods may be used to fund a transaction: Balance, Instant Transfer, eCheck, Buyer Credit, PayPal Pay Later, credit card, debit card, eBay Gift Card and Redemption Codes.

dd. **"PayPal," "we," "us"** or **"our"** means PayPal, Inc. and its subsidiaries and affiliates.

ee. **"PayPal Debit Card"** means a PayPal branded debit card that is accepted anywhere that accepts MasterCard.

ff. **"PayPal Buyer Credit"** a personal credit account exclusively for PayPal Users.

gg. **"PayPal Credit"** means PayPal Buyer Credit, PayPal Pay Later or PayPal Credit Card.

hh. **"PayPal Credit Card"** means PayPal Plus Credit Card or eBay MasterCard.

ii. **"PayPal Mobile"** means a Service that allows you to send and receive payments through your mobile phone.

jj. **"PayPal Pay Later"** means a personal transactional credit account exclusively for PayPal users.

kk. **"PayPal Plug-In"** (formerly named "Virtual Debit Card") means a PayPal service that provides you with a secure card that is a unique 16-digit number, an expiration date and a card security code that you can use to make a purchase from your Account on any website that accepts MasterCard

ll. **"Personal Account"** means an Account used for non-business purposes and used primarily for personal, family, or household purposes.

mm.    **"Policy"** or **"Policies"** means any Policy or other agreement between you and PayPal that you entered into on the PayPal website, or in connection with your use of the Services.

nn. **"Pooled Accounts"** means Accounts at one or more FDIC-insured banks in which PayPal will place User Balances that are not invested in the Money Market Fund.

oo. **"Preferred Payment Source"** means a Payment Source that you select to fund a payment instead of using the Default Payment Sources.

pp. **"Quick Pay"** means a PayPal Mobile setting that allows you to send money through PayPal Mobile with less clicks.

qq. **"Recurring Payments"** means a payment in which you provide an advance Authorization to a merchant to charge your PayPal Account directly on a one-time, regular, or sporadic basis in accordance with your agreement with the merchant. Recurring Payments are sometimes called "subscriptions", "automatic payments" or "preapproved payments".

rr. **"Redemption Code"** means the electronic code needed to obtain the benefit of gift certificates or other promotional coupons.

ss. **"Reserve"** means a percentage of the funds received into your Account that we hold in order to protect against the risk of Reversals, Chargebacks, Claims or any other liability related to your Account and/or use of the Services.

tt. **"Restricted Activities"** means those activities described in section 9 of this Agreement.

uu. **"Reversal"** means a payment that you received has been removed from your Balance based on a request that an account holder filed directly with his or her bank, or directly with PayPal (for a fraudulent transaction) to invalidate a payment, or because PayPal believes it is a fraudulent payment.

vv. **"seller"** and **"merchant"** are used interchangeably and mean a User who is selling goods and/or services and using the Services to receive payment.

ww.    **"Send Money"** means your ability to send money though the Service.

xx. **"Service"** means all payment services and related products available through www.paypal.com.

yy. **"Significantly Not as Described"** means the definition provided in section 13.11 of this Agreement.

zz. **"Substantial Change"** means a change to the terms of this Agreement that reduces your rights or increases your responsibilities.

aaa.    **"Transaction Details Page"** means the page on the PayPal website titled "Transaction Details" that displays information about the transaction. This page is accessible from the "Details" link on the "overview" and "History" subtabs of the "My Account" tab on the PayPal website.

bbb.    **"Verified"** means that you have completed our verification process to establish your identity with PayPal. Verification does not constitute an endorsement of a User, or guarantee a User's business practices.

ccc.    **"Viewable Online Proof of Delivery"** means documentation that can be viewed online at the Approved Shipper's website and includes the address to which the package was delivered.

ddd.    **"Viewable Online Signature Confirmation"** means documentation that can be viewed online at the Approved Shipper's website and includes the signature of the person who received the package.

eee.    **"User," "you"** or **"your"** means you and any other person or entity using the Service.