# EXHIBIT 23

Show MsgLog     Show PPRD

Sign Up   |   Log In   |   Help   |   Security Center

**PayPal**

Home     Personal     Business     Products & Services     Shopping

## PayPal User Agreement

● Receiving Payments. Personal accounts are not charged any fees for receiving payments, but may not receive credit card payments without upgrading to a Business or Premier account. Business and Premier accounts will be charged under the new performance-based fee structure, and the fees will be based on the country associated with the account.

U.S. Premier and Business Account Fees. Regardless of the currency of the payment, the Standard Rate for domestic payments received by U.S.-based merchants will be 2.9%, while the Merchant Rate will be expanded to three tiers, 2.5%, 2.2%, and 1.9% depending on the seller's monthly transaction volume and successful completion of a one-time application. A domestic payment is a payment where the buyer and seller reside in the same country. Merchant Rate qualifications and criteria are listed on the Merchant Rate page. The Standard Rate for cross-border transactions, regardless of currency, will be 3.9%, while the Merchant Rate tiers will be 3.5%, 3.2% and 2.9%. A cross-border payment is a payment where the buyer and seller reside in different countries. The fixed fee for both domestic and cross-border transactions will be $0.30 USD, $0.55 CAD, £0.20 GBP, €0.35 EUR, ¥40 JPY, $0.40 AUD, 0.55 CHF, 2.80 NOK, 3.25 SEK, 2.60 DKK, 1.35 PLN, 90 HUF, 10.00 CZK, $0.50 SGD, $2.85 HKD or $0.45 NZD (depending on the currency of the transaction). For more information about the U.S. volume-based fee structure, please see the new U.S. Fees.

Canadian Premier and Business Account Fees. Regardless of the currency of the payment, the Standard Rate for domestic payments received by Canadian-based merchants will be 2.9%, while the Merchant Rate will be expanded to three tiers, 2.5%, 2.2%, and 1.9% depending on the seller's monthly transaction volume and successful completion of a one-time application. A domestic payment for Canadian sellers is a payment where the buyer resides in Canada or the U.S.. Merchant Rate qualifications and criteria are listed on the Merchant Rate page. The Standard Rate for cross-border transactions, regardless of currency, will be 3.9%, while the Merchant Rate tiers will be 3.5%, 3.2% and 2.9%. A cross-border payment for Canadian sellers is a payment where the buyer resides in a country other than Canada or the U.S. The fixed fee for both domestic and cross-border transactions will be $0.30 USD, $0.55 CAD, £0.20 GBP, €0.35 EUR, ¥40 JPY or $0.40 AUD (depending on the currency of the transaction). For more information about the Canadian volume-based fee structure, please see the new Canadian Fees.

Australian Premier and Business Account Fees. Regardless of the currency of the payment, the Standard Rate for domestic payments received by Australia-based merchants will be 2.4%, while the Merchant Rate will be expanded to three tiers, 2.0%, 1.7%, and 1.4% depending on the seller's monthly transaction volume and successful completion of a one-time application. A domestic payment is a payment where the buyer and seller reside in the same country. Merchant Rate qualifications and criteria are listed on the Merchant Rate page. The Standard Rate for cross-border transactions, regardless of currency, will be 3.4%, while the Merchant Rate tiers will be 3.0%, 2.7% and 2.4%. A cross-border payment is a payment where the buyer and seller reside in different countries. The fixed fee for both domestic and cross-border transactions will be $0.30 USD, $0.55 CAD, £0.20 GBP, €0.35 EUR, ¥40 JPY or $0.40 AUD (depending on the currency of the transaction). For more information about the Australian volume-based fee structure, please see the new Australian Fees.

European Premier and Business Account Fees. European customers are served by PayPal (Europe) Ltd., not by PayPal, Inc. For information about the volume-based fee structure for payments received by Premier and Business accounts in Europe, please see the PayPal (Europe) Ltd. Fees Policy.

Other Premier and Business Account Fees. Premier and Business accounts will be charged under the new performance-based fee structure in the following countries and territories: Anguilla, Argentina, Brazil, Chile, China, Costa Rica, Dominican Republic, Ecuador, Hong Kong, Iceland, India, Israel, Jamaica, Japan, Malaysia, Mexico, New Zealand, Singapore, South Korea, Taiwan, Thailand, Turkey, Uruguay and Venezuela. Regardless of the currency of the payment, the Standard Rate for domestic payments received by sellers in these countries will be 3.4%, while the Merchant Rate will be expanded to three tiers, 2.9%, 2.7%, and 2.4% depending on the seller's monthly transaction volume and successful completion of a one-time application. A domestic payment is a payment where the buyer and seller reside in the same country Merchant Rate qualifications and criteria are listed on the Merchant Rate page. The Standard Rate for cross-border transactions, regardless of currency, will be 3.9%, while the Merchant Rate tiers will be 3.4%, 3.2% and 2.9%. A cross-border payment is a payment where the buyer and seller reside in different countries or territories. The fixed fee for both domestic and cross-border transactions will be $0.30 USD, $0.55 CAD, £0.20 GBP, €0.35 EUR, ¥40 JPY or $0.40 AUD (depending on the currency of the transaction). For more information about the non-U.S. volume-based fee structure, please see the new Non-U.S. Fees.

In all jurisdictions, eCheck payments have a maximum fee of $5.00 USD.

● Withdrawing Funds. There is no fee to withdraw funds from your PayPal account to a U.S. bank account. If you withdraw funds to a non-U.S. bank account, the applicable fees are listed in the Withdrawal Fees table. If you are a U.S. user and choose to withdraw funds from your PayPal account by having PayPal mail you a check, you will be assessed a $1.50 USD fee. If you are a non-U.S. user, in certain countries where PayPal does not offer direct withdrawal to a local bank account, you may withdraw funds from your PayPal account by having PayPal mail you a check. A fee will be charged for these withdrawals; the amount of the fee varies by country. Please see the Withdrawal Fees table for more details.

If you use your PayPal ATM/Debit Card to withdraw funds from your PayPal account at an ATM, you will be charged a $1.00 USD fee, in addition to any fees imposed by the bank which owns the ATM.

● Adding Funds. There is no fee to add funds to your PayPal account from a bank account. This feature is currently only available in the U.S., UK, Canada, Germany, Norway, Netherlands, Sweden and Switzerland.

● Chargeback Settlement Fee. To cover the cost of processing chargebacks, PayPal assesses a $10.00 USD fee to sellers who are determined to be at fault for credit card payment chargebacks. (A chargeback, or reversal, occurs when a buyer rejects or reverses a charge on his or her credit card.) The $10.00 USD fee will be waived in those cases where the sellers have fulfilled all of the requirements of PayPal's Seller Protection Policy. The $10.00 USD fee will also be waived for all sellers participating in our PayPal Preferred program.

The chargeback settlement fee will be assessed in the currency of the payment. The equivalent fees are:

● Expanded Use Fees. In general, there is no fee to join PayPal. However, some users, at PayPal's discretion, may be charged a one-time Expanded Use Fee to their credit card in order to lift their sending limit. This fee will be charged directly in the currency of the credit card bill for Visa and MasterCard, as follows: $1.95 USD, $2.45 CAD, £1.00 GBP, €1.50 EUR, ¥200 JPY, $2.00 AUD, 3.00 CHF, 15.00 NOK, 15.00 SEK, 12.50 DKK, 6.50 PLN, 400 HUF, 50.00 CZK, $3.00 SGD, $15.00 HKD or $3.00 NZD. If PayPal is unable to determine the currency of your credit card bill, or if PayPal does not support the currency of the card bill, or for any card other than Visa and MasterCard, the fee will be . Additional information is provided in section I.1, Sending Limits and Verification, of the Payments (Sending, Receiving, and Withdrawals) Policy.

● Money Back Guarantee. If a user chooses to purchase the Money Back Guarantee on a qualified transaction, the associated fee will be displayed at the time of the transaction. For more information, please see the Money Back Guarantee Policy.

● Monthly Account Statements. A full transaction history is available free to all accounts by logging in to the History page in your account on the PayPal Website. Additional summaries of monthly transaction volume, including payments received, payments sent, fees paid, etc. are available to Business and Premier accounts. These Monthly Account summaries are an opt-in fee-based service (the fee is currently waived).

This Policy was last modified on November 2, 2006.

Fees. The following fees apply to both U.S. and Non-U.S. PayPal accounts, except as noted. PayPal's fees are also listed in the Fee Schedule, available from the footer of any PayPal page.

1. Sending Payments. With the exception of the fees applicable to sending payments via the Mass Pay feature, It is free to send money to another user, regardless of the funding instrument used for the payment. If you use the Mass Pay feature, a fee of 2% of the payment amount with the following cap will be assessed on each payment:

| Payment Currency | Payment Cap |
|---|---|
| USD | $1.00 USD |
| CAD | $1.25 CAD |
| EUR | €0.85 EUR |
| GBP | £0.65 GBP |
| JPY | ¥120 JPY |
| AUD | $1.25 AUD |
| CHF | 1.30 CHF |
| NOK | 6.75 NOK |
| SEK | 9.00 SEK |
| DKK | 6.00 DKK |
| PLN | 3.00 PLN |
| HUF | 210 HUF |
| CZK | 24.00 CZK |
| SGD | $1.60 SGD |
| HKD | $7.00 HKD |
| NZD | $1.50 NZD |

| Payment Currency | Settlement Fee |
|---|---|
| Canadian Dollars | $15.00 CAD |
| Euros | €11.25 EUR |
| US Dollars | $10.00 USD |
| Yen | ¥1,300 JPY |
| Australian Dollars | $15.00 AUD |
| Swiss Franc | 10.00 CHF |
| Norwegian Krone | 65.00 NOK |
| Swedish Krona | 80.00 SEK |
| Danish Krone | 60.00 DKK |
| Polish Zloty | 30.00 PLN |
| Hungarian Forint | 2,000 HUF |
| Czech Koruna | 250.00 CZK |
| Singapore Dollar | $15.00 SGD |
| Hong Kong Dollar | $75.00 HKD |
| New Zealand Dollar | $15.00 NZD |

Case 5:24-cv-09470-BLF    Document 205-24    Filed 08/11/25    Page 4 of 4

About Us | Contact Us | Fees | Jobs | Merchant Services | Worldwide | Site Feedback    Feed

Privacy | Our Blog | Referrals | Legal Agreements | eBay

Copyright © 1999-2009 PayPal. All rights reserved.