# EXHIBIT 25



## Upcoming changes to Venmo

**Venmo** <venmo@venmo.com>                                      Fri, Apr 22, 2022 at 12:19 PM
Reply-To: no-reply@venmo.com
To: ▇▇▇▇▇▇▇▇▇



Hi ▇▇▇,

We're making some updates to Venmo and the Venmo User Agreement, including changes to 1) the arbitration provision in the User Agreement that will affect how claims you and PayPal have against each other are resolved, and 2) the fees charged for instant transfers.

1. Under the revised arbitration provision, you will, with limited exception, still be required to submit claims you have against PayPal in connection to the Venmo service to binding and final arbitration unless you opt out of the Agreement to Arbitrate by following the directions in the Venmo User Agreement by June 22, 2022.

   Unless you opt out, the Agreement to Arbitrate:

   a. provides that you will only be permitted to pursue claims against PayPal on an individual basis, not as a plaintiff or class member in any class or representative action or proceeding;

   b. provides that you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis;

   c. provides that prior to bringing any dispute or claim in arbitration, you or PayPal must submit a Notice of Dispute to the other party; and

   d. provides that if the value of the relief sought is $10,000 or less, at your request, PayPal will pay all arbitrator fees associated with the arbitration.

2. Effective May 23, 2022, the fee for instant transfers will be 1.75% per instant transfer ($0.25 minimum fee, $25 maximum fee).

As always, you can view the Venmo User Agreement, Privacy Policy, and other Venmo policies in your Venmo app Settings or by visiting Venmo.com

and clicking 'Legal' at the bottom of the page.

If you have questions about any of these changes or your Venmo account, please don't hesitate to get in touch with us.

Thank you for being a Venmo customer.

Sincerely, Venmo, a PayPal service

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses.

PayPal is located at 2211 North First Street, San Jose, CA 95131.

Please do not reply directly to this email as you will not receive a response. For assistance, please visit our help center at help.venmo.com.

