# EXHIBIT 27

**This user agreement will be effective on January 27, 2020.**

**Welcome to Venmo!**

This user agreement is a contract between you and PayPal, Inc. governing your use of your Venmo account and the Venmo services. You must be in the United States and have a U.S. bank account to use the Venmo services.

You agree to comply with all of the terms and conditions in this user agreement. The terms include an{' '} agreement to resolve disputes by arbitration {' '} on an individual basis. You also agree to comply with the following additional policies and each of the other agreements posted on{' '} venmo.com/legal that apply to you:

- Privacy Policy
- Acceptable Use Policy
- Consent to Receive Electronic Disclosures (E-Sign Disclosure and Consent)

We may revise this user agreement and any of the policies listed above from time to time. The revised version will be effective at the time we post it, unless otherwise noted. If our changes reduce your rights or increase your responsibilities we will provide notice to you of at least 21 days. We reserve the right to amend this agreement at any time without notice, subject to applicable law. By continuing to use our services after any changes to this user agreement become effective, you agree to abide and be bound by those changes. If you do not agree with any changes to this user agreement, you may close your account.

## Opening a Venmo Account

We offer accounts for two types of purposes: personal accounts and approved business accounts. You may only have one personal account. To create a personal account, you must be a resident of the United States or one of its territories, be at least 18 years old or the age of majority in your state of residence, and use a cellular/wireless telephone number that you own. Your Venmo account is a personal account unless you have received our express written approval to open a business account. In addition to this agreement, approved business accounts are also subject to the{' '} Approved Business Account Addendum.

Personal Venmo accounts let you do things like:

- Make payments with friends .
- Buy things through an authorized merchant’s mobile website or app.

**Except for transactions expressly authorized by Venmo, for example, transactions with authorized merchants or made using your Venmo Mastercard®, personal accounts may not be used to conduct business, commercial or merchant transactions with other personal accounts, which includes paying or accepting payment from other personal accounts held by users you do not personally know for goods or services (for example, concert tickets, electronic equipment, sneakers, a watch, or other merchandise).** {' '} If you plan to use your Venmo account to sell goods or services, you must have an approved business account. You may also find out more information about offering Venmo as a payment option as an authorized merchant by visiting this webpage.

Keep confidential any credentials you use to access your Venmo account and the Venmo services. You must keep your phone number, email address and other contact information current in your Venmo account profile.

## Closing Your Venmo Account

You may close your account and terminate your relationship with us without cost, but you will remain liable for all obligations related to your Venmo account even after the Venmo account is closed. Any incomplete transactions or transfers must be completed or canceled and you must transfer any money from your Venmo account before closing it.

In certain cases, you may not close your Venmo account, including:

- To evade an investigation.
- If you have a pending transaction or an open dispute or claim.
- If you owe amounts to us.
- If your Venmo account is subject to a hold, limitation or reserve.

If your Venmo account is closed for any reason, any Venmo Mastercard affiliated with your account will be canceled.

## Link or Unlink a Payment Method

You can link or unlink a debit card, credit card, or a U.S. bank account to your Venmo account as a payment method. Please keep your payment method information current (e.g. credit card number and expiration date). If this information changes, we may update it using information and third party sources available to us without any action on your part. If you do not want us to update your card information, you may contact your issuer to request this or remove your payment method from your Venmo account.

## Money Sent to You on Venmo

To hold a Venmo balance and use money sent to you for Venmo payments to other users or authorized merchants, we must verify the required identifying information you provide to us.{' '} The required identifying information is: name, physical address, date of birth, and social security or taxpayer identification number.

Any money sent to you on Venmo that has not yet been transferred represents an unsecured claim against us and is not insured by the Federal Deposit Insurance Corporation (FDIC). We combine this money with the Venmo money of other Venmo users and invest the money in liquid investments in accordance with state money transmitter laws. We own the interest or other earnings on these investments. However, the claim against us represented by this money is not secured by these investments and you do not have any ownership interest (either legal or beneficial) in these investments. These pooled amounts are held apart from our corporate funds, and we will neither use these amounts for our operating expenses or any other corporate purposes nor will we voluntarily make these amounts available to our creditors in the event of bankruptcy.

## Adding Money to and Transferring Money out of Your Venmo Account

### Adding money

If we have verified the{' '} required identifying information {' '} that you provide to us, Venmo may offer you the ability to transfer money to your Venmo balance from a linked bank account. If we have not verified the{' '} required identifying information {' '} that you have provided to us, you cannot add money. Remember, you may use the payment methods linked to your Venmo account to fund transactions and you don’t need a Venmo balance to send money or buy something using your Venmo account.

### Transferring money out of Venmo

Money in your Venmo account may be transferred out of Venmo by:

- Manually transferring it to a bank account linked to your Venmo account, or

- Transferring it via Instant Transfer to an eligible debit card or bank account linked to your Venmo account, subject to the fees applicable to such transfers that can be found on the{' '} Fees page.

You can manage linked payment methods in the Payment Methods section of your Venmo account settings. We may set limits on your bank transfers, and you can view bank transfer limits on the{' '} Bank Transfer Limits page . The fees applicable to transferring money out of Venmo can be found on the Fees page. Fees and limits may change from time to time in our sole discretion.

**Bank transfer reviews**

We review account and transaction activity at various times, including when bank transfers are initiated. This review checks for, among other things, suspicious or illegal activity, and whether your account activity and the activity of users with whom you've transacted comply with this agreement. In connection with our review process, you may be required to provide us with additional information and/or documentation to verify your identity. We may limit your account and your access to money in it or that is sent to you until verification is completed.

Reviews may result in:

- delayed, blocked or cancelled transfers;
- money or payments being held by us;
- money or payments being applied to amounts you owe to us or used to offset loss incurred by us;
- account limitation, suspension or termination;
- money or payments being seized to comply with a court order, warrant or other legal process; and/or
- money or payments you previously received being reversed (i.e., sent back to the sender or to the card or bank account that was used to fund the payment).

Among other reasons, we may take the above actions if you knowingly or unknowingly were a participant in a payment that was made from a stolen card, compromised bank account, or compromised Venmo account, or if you were a participant in a transaction for goods and services between two personal accounts.

VENMO SHOULD ONLY BE USED TO TRANSACT WITH PEOPLE YOU KNOW AND TRUST. DO NOT USE VENMO TO TRANSACT WITH PEOPLE YOU DON'T KNOW, ESPECIALLY IF THE PAYMENT INVOLVES THE PURCHASE OR SALE OF A GOOD OR SERVICE. UNLESS VENMO EXPRESSLY AUTHORIZES YOUR PAYMENT FOR A GOOD OR SERVICE, FOR EXAMPLE, TRANSACTIONS WITH AN AUTHORIZED MERCHANT OR MADE WITH YOUR VENMO MASTERCARD, IT IS RESTRICTED UNDER THIS AGREEMENT. IF YOU USE VENMO TO CONDUCT SUCH A TRANSACTION AND WE LATER REVERSE THE PAYMENT (WHICH COULD OCCUR IF IT IS DETERMINED THAT THIS AGREEMENT WAS VIOLATED OR IF THE PAYMENT WAS MADE USING A COMPROMISED PAYMENT METHOD OR ACCOUNT), YOU COULD LOSE BOTH THE UNDERLYING GOODS OR SERVICES AND THE MONEY SENT FOR THEM.

## Account Statements

You have the right to receive an account statement showing your Venmo account activity. You may view your Venmo account statement by logging into your Venmo account on the Venmo website.

## Payments with Friends

**Making payments with friends**

You can send money to or request money from a friend using the compose payments feature in your Venmo account. You can also request money from a friend by splitting certain purchases. Your friend will have to accept

any charge request before you are sent money. When you accept a charge request sent by another Venmo user, you will send them money.

You can send money to or request money from a friend, even if they don't have a Venmo account at the time you send the payment, using their email address or mobile number. If the friend does not have a Venmo account, they can claim the payment by opening a Venmo account. If they don't claim any money sent within 30 days of the date it is sent, the payment will be cancelled and any money (including any fees you were charged) will be sent back to you.

**Fees and limits**

We may, at our discretion, impose limits on the amount and/or the number of payments you can send and receive. You can view any sending limit on our{' '} Payment Limits page .

The fees applicable to sending money can be found on the{' '} Fees page. If you use your credit card as the payment method when sending money, you may also be charged a cash-advance fee by your card issuer.

In order to manage risk, we may limit the payment methods available when you make a payment.

Fees and limits may change from time to time in our sole discretion.

## Buying Something from Authorized Merchants

**How to buy something**

An "authorized merchant" means a merchant that has been authorized by us to accept{' '} Venmo as a payment method for purchases of goods and services. This includes, for example, buying something online using your mobile phone through an authorized merchant's website or mobile app and selecting Venmo as your payment method at checkout.

Payments sent via the Venmo app or the Venmo website to another Venmo user do not qualify as payments to an authorized merchant. Similarly, if you are charged via the Venmo app or the Venmo website and accept the charge, this is not a payment to an authorized merchant. Except for transactions for goods and services that are expressly authorized by Venmo, for example, purchases from authorized merchants and Venmo Mastercard purchases, if you have a personal account, you are not permitted to use Venmo as a payment method for purchases of goods and services.

Some merchants may require you to have a payment method linked to your Venmo account in order to use Venmo for purchases with the merchant.

In order to manage risk, we may limit the payment methods available for a transaction when you buy something from an authorized merchant.

When you authorize a payment to an authorized merchant, some merchants may take up to 30 days to complete the transaction. In these instances, your payment may appear as a pending transaction in your Venmo account. In that case, your authorization of the payment will remain valid until the merchant completes the transaction and we may place a temporary hold on the money in your Venmo account for the payment amount (but no longer than 30 days). If you used a debit or credit card as the payment method, your debit or credit card issuer also may show a pending authorization for a period of time until they release the hold or receive a completed transaction.

**Fees and limits**

When you buy something from an authorized merchant you don't pay a fee to Venmo.

We may, at our discretion, impose limits on the amount or the number of payments you can send, including money you send for authorized merchant purchases. You can view any sending limit on our{' '} Payments Limits page .

Fees and limits may change from time to time in our sole discretion.

**Payment review**

When we identify a potentially high-risk payment to an authorized merchant, we review the transaction more closely before allowing it to proceed. When this happens, we will place a hold on the transaction and notify the merchant to delay shipping of the item. As a buyer, this may delay your receipt of the item you purchased. If we clear the transaction, we will notify the merchant and direct them to ship the item. If we don't clear the transaction, we will cancel it and return the money to you, unless we are legally required to take other action.

**Billing agreement payments and preauthorized payments**

You can agree with an authorized merchant to use Venmo as the payment method for future payments with that merchant. This agreement is between you and the authorized merchant and allows the merchant to take payments from your Venmo account with your authorization either on a one-time, regular or sporadic basis, depending on the type of billing agreement.

"Preauthorized payments" are a type of billing agreement that allow an authorized merchant to receive payments from your Venmo account on a regularly recurring basis (for example, every month or otherwise on a routine billing cycle), and if such payments will vary in amount, you have the right to advance notice of the amount and date of the transfer from the merchant at least 10 days before the transfer is made. If the merchant provides the option, you may choose to receive this advance notice only when the amount of your preauthorized payment will fall outside a range established between you and the merchant.

You may cancel a billing agreement by reaching out to the authorized merchant directly, by disconnecting the merchant in your "Connected Merchants" page in the Venmo app, or by calling Venmo at (855) 812-4430. You may cancel a preauthorized payment up to 3{' '} Business Days before the date of the next scheduled payment. If you cancel a billing agreement, you may still owe the merchant money for the purchase or have additional obligations to the merchant for any goods or services that you receive but have not paid for.

**Refunds**

When you buy something from an authorized merchant using Venmo and the transaction is ultimately refunded, the money will be sent back to you. Money may not always be refunded to the payment method originally used.

## Venmo Mastercard

As part of the Venmo services, you may be offered the opportunity to apply for a Venmo Mastercard via a designated website or the Venmo app. The Venmo Mastercard is linked to your Venmo account, funded by your Venmo account balance and may be used everywhere Mastercard is accepted in the United States. If you are offered the opportunity to apply for the Venmo Mastercard and proceed to apply, you will be subject to The Bancorp Bank's approval criteria, which includes successful identity verification. If you are unable to pass The Bancorp Bank's identity verification procedures, you will not be eligible to receive a Venmo Mastercard. In addition, you may be subject to separate identity verification by us, and/or we may suspend or terminate your access to the Venmo and/or PayPal services.

The Venmo Mastercard is issued by The Bancorp Bank and your use of the card will be subject to The Bancorp Bank's{' '} Venmo Mastercard Cardholder Agreement {' '} as well this agreement. Please see the Venmo Mastercard Cardholder Agreement for full terms and conditions applicable to the Venmo Mastercard. In the

event of any inconsistency between this Agreement and the Venmo Mastercard Cardholder Agreement, the Venmo Mastercard Cardholder Agreement shall govern your use of the Venmo Mastercard and your relationship with The Bancorp Bank to the extent of such conflict.

By applying for and using the Venmo Mastercard, you authorize us and The Bancorp Bank to share your Venmo account and personal information with one another as necessary to provide Venmo Mastercard related services. You further authorize us to use Venmo Mastercard program related information provided by The Bancorp Bank to provide customer service, service your Venmo account and/or Venmo Mastercard, investigate and act on Venmo account and/or Venmo Mastercard related claims, as necessary to comply with applicable law, and as otherwise permitted by our Privacy Policy. By applying for and using the Venmo Mastercard, you will also be subject to additional data sharing terms and conditions as provided for in the Venmo Mastercard Cardholder Agreement.

We may add, change, suspend or eliminate any or all Venmo Mastercard related features and services at any time, with or without notice, subject to applicable law. We may terminate your access to any or all Venmo services, including the Venmo Mastercard, in the event you violate the Venmo Mastercard Cardholder Agreement or any agreement in force between you and us. If your Venmo account is closed for any reason, any Venmo Mastercard affiliated with your account will be canceled.

## Using Venmo as a Payment Method

If you have access to a Venmo balance and have enough balance to cover the entire payment, Venmo will use your balance to fund your payment. Otherwise, Venmo will charge the entire cost of the payment to your preferred payment method. The transaction type, among other factors, determines when and how we use your preferred payment method, as explained on{' '} Payment Methods.

You can set separate preferred payment methods for{' '} paying friends,{' '} purchases from authorized merchants,{' '} and Venmo Mastercard reloads. You can manage payment methods, including selecting preferred payment methods, in the Payment Methods section of your Venmo account settings.

### Bank account transfers

When you use your bank account as a payment method, you are allowing us to initiate a transfer from your bank account. For these transactions, we will make electronic transfers from your bank account in the amount you authorize. You authorize us to try this transfer again if the initial transfer is rejected by your bank for any reason.

IF YOU DON'T HAVE A VENMO BALANCE OR IT DOESN'T COVER A VENMO PAYMENT, YOU SHOULD CONFIRM THAT YOUR BANK ACCOUNT CONTAINS FUNDS SUFFICIENT TO COVER THE PAYMENT BEFORE MAKING THE PAYMENT, IF FUNDED BY YOUR BANK ACCOUNT. THIS WILL HELP YOU AVOID OVERDRAFT OR OTHER FEES YOUR FINANCIAL INSTITUTION MAY CHARGE.

### Debit card processing

Venmo will process your debit or prepaid card funded transactions through either the ATM debit network or the Visa, Mastercard or Discover network.

## Sharing Transactions

We put you in control so that you can decide who can see your Venmo payments and purchases. Payments made by new Venmo accounts may be set to public by default. You can change your privacy settings for individual payments or in the Privacy section of your Venmo account settings. For more information, review{' '} Payment Activity & Privacy .

## Venmo Purchase Program

IMPORTANT: ONLY QUALIFYING AUTHORIZED MERCHANT AND VENMO MASTERCARD PURCHASES WILL BE ELIGIBLE FOR VENMO PURCHASE PROGRAM. THIS PROTECTION DOES NOT APPLY TO ANY OTHER TRANSACTION CONDUCTED USING VENMO. FOR EXAMPLE, VENMO PURCHASE PROGRAM WOULD NOT APPLY TO ANY PAYMENT YOU MAKE (OR CHARGE YOU ACCEPT) USING THE VENMO APP, REGARDLESS OF THE NATURE OF THE PAYMENT (OR CHARGE) OR THE RECIPIENT (OR REQUESTOR). PAYPAL PURCHASE PROTECTION DOES NOT APPLY TO AUTHORIZED MERCHANT OR VENMO MASTERCARD PURCHASES.

When you buy something from an{' '} authorized merchant or with your{' '} Venmo Mastercard, you may be eligible for a refund under the Venmo Purchase Program. When applicable, the Venmo Purchase Program entitles you to reimbursement for the full purchase price of the item plus the original shipping costs you paid, if any. We determine, in our sole discretion, whether your claim qualifies for the Venmo Purchase Program. Our original determination is considered final, but you may be able to file an appeal of the decision with us if you have new or compelling information not available at the time of the original determination or you believe there was an error in the decision-making process.

You may be required to return the item to the seller or other party we specify as part of the settlement of your claim. The Venmo Purchase Program does not entitle you to reimbursement for the return shipping costs that you may incur.

The Venmo Purchase Program may apply when you encounter these specific problems with an eligible authorized merchant or Venmo Mastercard transaction:

- You didn’t receive your item (referred to as an “Item Not Received” claim), or
- You received an item, but the item isn’t what you ordered (referred to as a “Significantly Not as Described” claim).

If you believe that a transaction made through your Venmo account was not authorized by you, this type of claim is different from the Venmo Purchase Program, and is described below under{' '} Protection from Unauthorized Transactions .

### Item Not Received claims

Your claim will not qualify for a refund under the Venmo Purchase Program for an Item Not Received claim if:

- You collect the item in person, or arrange for it to be collected on your behalf, including if you use your Venmo Mastercard or your Venmo account in a physical store, or
- The seller has provided proof of shipment or proof of delivery.

If the seller presents evidence that they delivered the goods to your address, Venmo may find in favor of the seller for an Item Not Received claim even if you claim you did not receive the goods.

### Significantly Not as Described claims

An item may be considered Significantly Not as Described if:

- The item is materially different from the seller’s description of it.
- You received a completely different item.
- The condition of the item was misrepresented. For example, the item was described as “new” but the item was used.
- The item was advertised as authentic but is not authentic (i.e. counterfeit).

- The item is missing major parts or features and those facts were not disclosed in the description of the item when you bought it.
- You purchased a certain number of items but didn't receive them all.
- The item was damaged during shipment.
- The item is unusable in its received state and was not disclosed as such.

An item may not be considered Significantly Not as Described if:

- The defect in the item was correctly described by the seller in its description of the item.
- The item was properly described but you didn't want it after you received it.
- The item was properly described but did not meet your expectations.
- The item has minor scratches and was described as "used."

**General eligibility for Venmo Purchase Program**

To be eligible for the Venmo Purchase Program you must meet all of the following requirements:

- You have a Venmo account in good standing.
- You pay for the eligible item using your Venmo account (either with your Venmo Mastercard or through an authorized merchant's mobile website or app).
- You have previously attempted to resolve the issue directly with the seller.
- You respond to our request for documentation and other information within the time requested.
- You open a dispute with us within 180 days of the date you made the purchase, then follow our dispute resolution process.
- You have not received a recovery related to such purchase from another source.

**Ineligible items and transactions under the Venmo Purchase Program**

Payments for the following are not eligible for reimbursement under the Venmo Purchase Program:

- Any payments made using your Venmo account that are not Venmo Mastercard or authorized merchant purchases (including, without limitation, payments you make or charges you accept using the Venmo app or the Venmo website).
- Real estate, including residential property.
- Financial products or investments of any kind.
- Businesses (when you buy or invest in a business).
- Vehicles, including, but not limited to, motor vehicles, motorcycles, recreational vehicles, aircraft and boats.
- Significantly Not As Described claims for wholly or partly custom-made items.
- Donations, including payments on crowdfunding platforms.
- Items prohibited by this user agreement and/or the{' '} Acceptable Use Policy.
- For Item Not Received claims, items which you collect in person or arrange to be collected on your behalf, including items bought in a seller's store location.
- Industrial machinery used in manufacturing.
- Anything purchased from, or an amount paid to, a government agency.
- Stored value items such as gift cards and pre-paid cards.
- Gambling, gaming and/or any other activity with an entry fee and a prize.
- Payments sent using your Venmo account to any bill payment service.

**Venmo Purchase Program dispute resolution process**

If you're unable to resolve a transaction related issue directly with a seller, you can file a Venmo Purchase Program claim using the steps described below. If you do not follow these steps your claim may be denied:

Step 1: **Open a dispute** within 180 days of the date you made the purchase by calling an agent at (855) 812-4430. Please include information on the disputed transaction and the reason for your claim, including the date and amount of the transaction, the seller's name, and an explanation of your issue.

Step 2:{' '} **Respond to our requests for documentation or other information.** {' '} We may require you to provide receipts, third party evaluations, police reports or other documents that we specify. You must respond to these requests in a timely manner as requested in our correspondence with you.

Step 3:{' '} **Comply with our shipping requests in a timely manner**, if you're filing a Significantly Not as Described claim, we may require you, at your expense, to ship the item back to the seller, to us or to a third party (which we will specify) and to provide proof of delivery.

Proof of delivery means:

- For transactions that total less than $750 U.S. dollars, confirmation that can be viewed online and includes the delivery address showing at least city/state or zip code, delivery date, and the identity of the shipping company you used.
- For transactions that total $750 U.S. dollars or more, you must provide signature confirmation of delivery.

Step 4: **We will make a decision** (including automatically closing any dispute or claim), in our sole discretion, based on the coverage and eligibility requirements set forth above, any additional information provided during the dispute resolution process or any other information we deem relevant and appropriate under the circumstances.

**Dispute with us or your card issuer**

If you used a debit or credit card as the payment method for a transaction with an authorized merchant through your Venmo account and you are dissatisfied with the transaction, you may be entitled to dispute the transaction with your card issuer. Applicable card chargeback rights may be broader than those available to you under the Venmo Purchase Program. For example, if you dispute a transaction with your card issuer, you may be able to recover amounts you paid for unsatisfactory items even if they don't qualify for protection under a Significantly Not as Described claim with us.

You must choose whether to pursue a dispute with us under the Venmo Purchase Program, or to pursue the dispute with your card issuer. You can't do both at the same time or seek a double recovery. If you pursue a dispute/claim with us under the Venmo Purchase Program and you also pursue a dispute for the same transaction with your card issuer, we'll close your dispute/claim with us. This won't affect the dispute process with your card issuer. In addition, if you pursue a dispute with your card issuer, you cannot pursue a dispute/claim under the Venmo Purchase Program with us later.

If you choose to dispute a transaction with us under the Venmo Purchase Program and we decide against you, you can seek to pursue the dispute with your card issuer later. If we do not make a final decision on your claim until after your card issuer's deadline for filing a dispute, and because of our delay you recover less than the full amount you would have been entitled to recover from the card issuer, we will reimburse you for the remainder of your loss (minus any amount you have already recovered from the seller or your card issuer).

Before contacting your card issuer or filing a dispute with us under the Venmo Purchase Program, you should contact the seller to attempt to resolve your issue in accordance with the seller's return policy.

## Refunds, Reversals and Chargebacks

**Payments that are invalidated and reversed**

Payments may be invalidated and reversed by us if, among other reasons, we sent the payment to you in error, the funding transaction is declined or reversed, the payment was unauthorized or unfunded, or if the payment was for activities that violated this user agreement or any other agreement with us.

As the sender or recipient of a payment that is later invalidated for any reason, you may be liable to us for the full amount of the payment and we may recover the amount of the payment (plus any fees) from you. We may recover the amount of the payment from either the sender or the recipient of an invalidated payment in our discretion (subject to applicable law). For example, if you send a payment funded by a bank account and the bank informs us it cannot cover the payment due to a lack of funds or a dispute, we may hold you liable for the payment, or if you were the recipient of that payment, we may reverse that payment from your account to cover the liability.

When recovering the amount of an invalidated payment from you, we may apply any money sent to you on Venmo, request that you add money to your account for the amount of the payment and apply that money to amounts owed, and/or we may:

- engage in collection efforts to recover such amounts from you;
- take any or all action as outlined under{' '} Amounts Owed to Us; and
- place a limitation or take other action on your Venmo account as outlined under{' '} Restricted Activities and{' '} Holds and Limitations.

If we invalidate a payment because the card issuer or originating bank declined or reversed the transaction, then you may be liable for the payment even if you disagree with the decision of the card issuer or originating bank to decline or reverse the payment. If you believe that a payment initiated with your Venmo account was not authorized, then you must notify us immediately, even if you (or someone else) disputes the transaction with the card issuer or originating bank. Please see below under the heading{' '} Reporting an Unauthorized Transaction {' '} for information about how to notify us. If you fail to report the unauthorized activity directly to us, then we may recover the amount of the reversed payment from you, as described above.

## Restricted Activities

In connection with your use of our websites, your Venmo account, the Venmo services, or in the course of your interactions with us, other customers, or third parties, you must not:

- Breach this user agreement, the{' '} Acceptable Use Policy , or any other agreement between you and us;
- Violate any law, statute, ordinance, or regulation (for example, those governing financial services, consumer protections, unfair competition, anti-discrimination or false advertising);
- Infringe our or any third party's copyright, patent, trademark, trade secret or other intellectual property rights, or rights of publicity or privacy;
- If you have a personal account, use your Venmo account to conduct transactions for goods or services with other personal accounts, except as expressly authorized by Venmo (e.g., for purchases from{' '} authorized merchants or made using your Venmo Mastercard);
- Create or control more than one personal account for yourself without our express authorization, through, among other methods, using a name that is not yours, using a temporary email address or phone number, or providing any other falsified personal information;
- Act in a manner that is defamatory, trade libelous, threatening or harassing;
- Provide false, inaccurate or misleading information;
- Send or receive what we reasonably believe to be potentially fraudulent money or payments for advertising, marketing, or otherwise on an unsolicited and unauthorized basis;
- Refuse to cooperate in an investigation or provide confirmation of your identity or any information you provide to us;
- Attempt to double dip during the course of a dispute by receiving or attempting to receive money from both us and the recipient of a payment, bank or card issuer for the same transaction;

- Control an account that is linked to another Venmo or PayPal account that has engaged in any of these restricted activities;
- Use the Venmo services in a manner that results in or may result in:
  - complaints;
  - disputes; claims, reversals, chargebacks,
  - fees, fines, penalties or other liability or losses to Venmo or PayPal, other customers, third parties or you;
- Use your Venmo account or the Venmo services in a manner that we, Visa, Mastercard, American Express, Discover or any other electronic funds transfer network reasonably believes to be an abuse of the card system or a violation of card association or network rules, or for the purpose of earning rewards, perks, miles, points, etc. with your credit card, debit card, or bank account;
- Have any amounts owed to us;
- Provide yourself a cash advance from your credit card (or help others to do so);
- Access the Venmo services from outside the United States;
- Take any action that imposes an unreasonable or disproportionately large load on our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf or the Venmo services;
- Facilitate any viruses, trojan horses, malware, worms or other computer programming routines that attempts to or may damage, disrupt, corrupt, misuse, detrimentally interfere with, surreptitiously intercept or expropriate, or gain unauthorized access to any system, data, information or Venmo services;
- Use an anonymizing proxy; use any robot, spider, other automatic device, or manual process to monitor or copy our websites without our prior written permission; or use any device, software or routine to bypass our robot exclusion headers;
- Interfere or disrupt or attempt to interfere with or disrupt our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf, any of the Venmo services or other users' use of any of the Venmo services;
- Take any action that may cause us to lose any of the services from our Internet service providers, payment processors, or other suppliers or service providers;
- Use the Venmo services to test credit card behaviors, or make excessive or unexplainable transactions;
- Circumvent any of our policies or determinations about your Venmo account such as temporary or indefinite suspensions or other account holds, limitations or restrictions, including, but not limited to, engaging in the following actions: attempting to open new or additional Venmo account(s) when you have amounts owed to us or when your Venmo account has been restricted, suspended or otherwise limited; opening new or additional Venmo accounts using information that is not your own (e.g. name, address, email address, etc.); or using someone else's Venmo account; or
- Harass and/or threaten our employees, agents, or other users.

**Actions We May Take if You Engage in Any Restricted Activities**

If we believe that you've engaged in any of these activities, we may take a number of actions to protect ourselves, our customers and others at any time in our sole discretion. The actions we make take include, but are not limited to, the following:

- Terminate this user agreement, limit your Venmo and/or PayPal account, and/or close or suspend your Venmo and/or PayPal account, including cancelling your Venmo Mastercard (if any), immediately and without penalty to us;
- Refuse to provide the Venmo or PayPal services to you in the future;
- Limit your access to our websites, software, systems (including any networks and servers used to provide any of the Venmo or PayPal services) operated by us or on our behalf, your Venmo or PayPal account or any of the Venmo or PayPal services, including limiting your ability to pay or send money with any of the payment methods linked to your Venmo or PayPal account, restricting your ability to send money or make bank transfers;
- Hold money in your Venmo account for up to 180 days if reasonably needed to protect against the risk of liability or if you have violated our{' '} Acceptable Use Policy ;

- Suspend your eligibility for the Venmo Purchase Program and/or PayPal's Purchase Protection Program;
- Update inaccurate information you provided us;
- Take legal action against you; or
- If you've violated our{' '} Acceptable Use Policy , then you're also responsible for damages to us caused by your violation of this policy.

If we close your Venmo account or terminate your use of the Venmo services for any reason, we'll provide you with notice of our actions and make any unrestricted money held in your Venmo account or that has been sent to you available for bank transfers.

You are responsible for all reversals, chargebacks, claims, fees, fines, penalties and other liability incurred by us, any customer, or a third party caused by or arising out of your breach of this agreement, and/or your use of the Venmo services. For example, if you send a payment funded by your bank account and your bank informs us you do not have sufficient funds to cover the payment, you may be liable for the payment. Similarly, if you receive a payment and the payment is disputed, you may be liable for the payment.

## Holds and Limitations

### What are holds and limitations

Under certain circumstances, in order to protect Venmo and the security and integrity of the network that uses the Venmo services, Venmo may, in its sole discretion, take account-level or transaction-level actions.

Our decision about holds and limitations may be based on confidential criteria that are essential to our management of risk and the protection of Venmo, our customers and/or service providers. We may use proprietary fraud and risk modeling when assessing the risk associated with your Venmo account. In addition, we may be restricted by regulation or a governmental authority from disclosing certain information to you about such decisions. We have no obligation to disclose the details of our risk management or security procedures to you.

### Holds

A hold is an action that Venmo may take under certain circumstances either at the transaction level or the account level. When Venmo places a temporary hold on a transaction, the money is not available to either the sender or the recipient. Venmo reviews many factors before placing a hold on a transaction, including: account tenure, transaction activity, and past disputes.

### Holds based on Venmo's risk decisions

We may place a hold on transactions involving your Venmo account if, in our sole discretion, we believe that there may be a high level of risk associated with you, your Venmo account, or your transactions or that placing such a hold is necessary to comply with state or federal regulatory requirements. We make decisions about whether to place a hold based on a number of factors, including information available to us from both internal sources and third parties.

Risk-based holds may remain in place for up to 180 days from the date the transaction was made. We may release the hold earlier under certain circumstances, but any earlier release is at our sole discretion.

### Account Limitations

Limitations are implemented to help protect Venmo and Venmo users when we notice restricted activities{' '} or activity that appears to us as unusual or suspicious. Limitations also help us collect information necessary for keeping your Venmo account open.

There are several reasons why your Venmo account could be limited, including:

- If we suspect someone could be using your Venmo account without your knowledge, we'll limit it for your protection and look into the unusual activity.
- If another financial institution alerts us that someone has used one of your linked payment methods without permission.
- In order to comply with the law.
- If we reasonably believe you have breached this agreement or violated the{' '} Acceptable Use Policy .

You will need to resolve any issues with your account before a limitation can be removed. Normally, this is done after you provide us with the information we request. However, if we reasonably believe a risk still exists after you have provided us that information, we may take action to protect us, our users, a third party, or you from reversals, fees, fines, penalties, legal and/or regulatory risks and any other liability.

## Court Orders, Regulatory Requirements or Other Legal Process

If we are notified of a court order or other legal process (including garnishment or any equivalent process) affecting you, or if we otherwise believe we are required to do so in order to comply with applicable law or regulatory requirements, we may be required to take certain actions, including holding payments to/from your Venmo account, placing a hold or limitation on your Venmo account, or releasing your funds. We will decide, in our sole discretion, which action is required of us. We do not have an obligation to contest or appeal any court order or legal process involving you or your Venmo account. When we implement a hold or limitation as a result of a court order, applicable law, regulatory requirement or other legal process, the hold or limitation may remain in place longer than 180 days.

## Protection from Unauthorized Transactions

To protect yourself from unauthorized activity in your Venmo account, you should regularly log into your Venmo account and review your Venmo account statement. We will notify you of each transaction by sending an email to your primary email address on file and/or creating a story in your feed, depending on your preferences. You should review these transaction notifications to ensure that each transaction was authorized and accurately completed.

We will protect you from unauthorized activity in your Venmo account. The following terms and conditions apply with respect to all Venmo services, other than those associated with the Venmo Mastercard. For resolution procedures for unauthorized transactions and other errors associated with your use of the Venmo Mastercard, please see the Venmo Mastercard Cardholder Agreement. When the below protection applies, we will cover you for the full amount of the unauthorized activity as long as you cooperate with us and follow the procedures described below.

### What is an Unauthorized Transaction

An "Unauthorized Transaction" occurs when money is sent from your Venmo account that you did not authorize and that did not benefit you. For example, if someone steals your password, uses the password to access your Venmo account, and sends a payment from your Venmo account, an Unauthorized Transaction has occurred.

### What is not considered an Unauthorized Transaction

The following are NOT considered Unauthorized Transactions:

- If you give someone access to your Venmo account (by giving them your login information) and they use your Venmo account without your knowledge or permission. You are responsible for transactions made in this situation.

- Invalidation and reversal of a payment as a result of the actions described under{' '} Refunds, Reversals and Chargebacks .

### Reporting an Unauthorized Transaction

If you believe your Venmo login information has been lost or stolen, please{' '} contact Venmo customer service {' '} immediately or call: 855-812-4430 or write: PayPal, Inc., Attn: Venmo Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.

Tell us AT ONCE if you believe that an electronic fund transfer has been made without your permission using your login information or by other means, or if your Venmo-activated mobile phone has been lost, stolen, or deactivated. You could lose all the money in your Venmo account. If you tell us within 60 days after we provide you your Venmo account statement showing transfers you did not make, you will be eligible for 100% protection for Unauthorized Transactions.

Also, if your Venmo account statement shows transfers that you did not make, including those made with your Venmo login information or by other means, tell us at once. If you do not tell us within 60 days after we provided the statement to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we may extend the time periods.

Filing a chargeback or reversal with your financial institution related to a Venmo payment does not constitute notice of an Unauthorized Transaction to us. You must contact us directly to notify us of Unauthorized Transactions by{' '} reaching out to Venmo customer service {' '} or calling: 855-812-4430 or writing: PayPal, Inc., Attn: Venmo Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.

## Error Resolution

### What is an error

An “error” means the following:

- When money is either incorrectly taken from your Venmo account or incorrectly placed into your Venmo account, or when a transaction is incorrectly recorded in your Venmo account.
- You send a payment and the incorrect amount is debited from your Venmo account.
- An incorrect amount is credited to your Venmo account.
- A transaction is missing from or not properly identified in your Venmo account statement.
- We make a computational or mathematical error related to your Venmo account.

### What is not considered an error

The following are NOT considered errors:

- If you give someone access to your Venmo account (by giving them your login information) and they use your Venmo account without your knowledge or permission. You are responsible for transactions made in this situation.
- Invalidation and reversal of a payment as a result of the actions described under{' '} Refunds, Reversals and Chargebacks .
- You request a receipt or periodic statement documents that we are required to provide to you.
- Routine inquiries about money in your Venmo account or the status of a pending transfer to or from your Venmo account, unless you expressly notify us of an error in connection with the transfer.
- Requests for duplicate documentation or other information for tax or other recordkeeping purposes.

**In case of errors or questions about your electronic transfers**

Telephone us at 855-812-4430, contact us through the{' '} Help Center on the Venmo website ; or write us at PayPal, Inc., Attn: Venmo Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950.

Notify us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. Filing a chargeback or reversal with your financial institution related to a Venmo payment does not constitute notice of an error to us. You must contact us directly to notify us of errors. When you notify us:

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10{' '} Business Days.

We will determine whether an error occurred within 10{' '} Business Days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your Venmo account within 10 Business Days for the amount you think is in error and will notify you within 2{' '} Business Days of the credit, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10{' '} Business Days, we may not credit your Venmo account.

For errors involving new Venmo accounts or point-of-sale transactions, we may take up to 90 days to investigate your complaint or question. For new Venmo accounts, we may take up to 20{' '} Business Days to credit your Venmo account for the amount you think is in error.

We will tell you the results within 3{' '} Business Days after completing our investigation.

- If we determine that there was an error, we will promptly credit the full amount of the error into your account within 1{' '} Business Day of our determination. Or, if you have already received a provisional credit, you will be allowed to retain those amounts.
- If we decide that there was no error, we will send you a written explanation, and, if you received a provisional credit, after giving you 5 Business Days advance notice of the date and amount of the debit, we will remove it from your account. You may ask for copies of the documents that we used in our investigation.

## Processing Errors

We will rectify any processing error that we discover. If the error results in:

- You receiving less than the correct amount to which you were entitled, then we will credit your Venmo account for the difference between what you should have received and what you actually received.
- You receiving more than the correct amount to which you were entitled, then we will debit your Venmo account for the difference between what you actually received and what you should have received.
- Our not completing a transaction on time or in the correct amount, then we will be responsible to you for your losses or damages directly caused by this failure, unless:
    - through no fault of ours, you did not have enough available funds to complete the transaction;
    - our system was not working properly and you knew about the breakdown when you started the transaction; or

- the error was due to extraordinary circumstances outside our control (such as fire, flood or loss of Internet connection), despite our reasonable precautions.

Processing errors are not:

- Delays that result from us applying{' '} holds or limitations.
- Delays based on a payment review or{' '} bank transfer review.
- Delays described under{' '} How to buy something related to the time it may take for a purchase transaction to be completed in some situations.
- Your errors in making a transaction (for example, mistyping an amount of money that you are sending).

## Communications Between You and Us

If you provide us your mobile phone number, you agree that we, including our affiliates, may contact you at that number using autodialed or prerecorded message calls or text messages to: (i) service your Venmo branded accounts, (ii) investigate or prevent fraud, or (iii) collect a debt. We will not use autodialed or prerecorded message calls or texts to contact you for marketing purposes unless we receive your prior express written consent. We may share your mobile phone number with service providers with whom we contract to assist us with the activities listed above, but we will not share your mobile phone number with third parties for their own purposes without your consent.

We may communicate with you about your Venmo account and the Venmo services electronically as described in our{' '} Consent to Receive Electronic Disclosures . You will be considered to have received a communication from us, if it's delivered electronically, 24 hours after the time we post it to our website or email it to you. You will be considered to have received a communication from us, if it's delivered by mail, 3{' '} Business Days after we send it.

Unless you're communicating with us about a matter where we've specified another notice address (for example, our{' '} Protection from Unauthorized Transactions {' '} process), written notices must be sent by postal mail to: PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131.

You understand and agree that, to the extent permitted by law, we may, without further notice or warning, monitor or record telephone conversations you or anyone acting on your behalf has with us or our agents for quality control and training purposes or for our own protection. You acknowledge and understand that while your communications with us may be overheard, monitored, or recorded not all telephone lines or calls may be recorded by us, and we do not guarantee that recordings of any particular telephone calls will be retained or retrievable.

## Our Rights

### Our suspension and termination rights

We, in our sole discretion, reserve the right to suspend or terminate this user agreement, access to or use of our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf or some or all of the Venmo services for any reason and at any time upon notice to you and, upon termination of this user agreement, the payment to you of any unrestricted money being held for you.

### Security interest

As security for the performance of your obligations under this user agreement, you grant to us a lien on, and security interest in and to, money in your Venmo account and any other funds held in our possession.

**Amounts owed to us**

We may deduct amounts owed to us, in whole or in part, from money that is sent to your Venmo account later, either by you or from payments sent to you. While you owe amounts to us, we may:

- reverse payments you have sent;
- engage in collection and other efforts to recover such amounts from you, including, but not limited to, making attempts on your linked payment methods to cover the amounts; and
- place a limitation or take other action on your Venmo account as outlined under{' '} Restricted Activities and{' '} Holds.

If you have more than one Venmo account, even if you have those accounts without our authorization and in breach of this agreement, we may set off amounts owed to us in one Venmo account against money in or money sent to your other Venmo account(s). If you continue using your Venmo account when you have amounts owed to us, you authorize us to combine amounts owed to us with any debit or transaction sent from your account.

In addition to the above, if you have a past due amount owed to us, including our affiliates, we may debit your Venmo account or accounts held at our affiliates or various products to pay any amounts that are past due. This includes accounts and amounts owed by using our various products such as PayPal, Xoom or Braintree.

IF YOU HAVE AMOUNTS PAST DUE, YOU SHOULD CONFIRM THAT YOUR PAYMENT METHODS CONTAIN FUNDS SUFFICIENT TO COVER ANY AMOUNTS PAST DUE. THIS WILL HELP YOU AVOID OVERDRAFT OR OTHER FEES YOUR FINANCIAL INSTITUTION MAY CHARGE.

**Insolvency proceedings**

If any proceeding by or against you is commenced under any provision of the United States Bankruptcy Code, as amended, or under any other bankruptcy or insolvency law, we'll be entitled to recover all reasonable costs or expenses (including reasonable legal fees and expenses) incurred in connection with the enforcement of this agreement.

**Assumption of rights**

If we invalidate and reverse a payment that you made to a recipient (either at your initiative or otherwise), you agree that we assume your rights against the recipient and third parties related to the payment, and may pursue those rights directly or on your behalf, in our discretion.

**No waiver**

Our failure to act with respect to a breach of any of your obligations under this user agreement by you or others does not waive our right to act with respect to subsequent or similar breaches.

## Indemnification and Limitation of Liability

In this section, we use the term "PayPal" to refer to PayPal, Inc., our parent PayPal Holdings, Inc., and our affiliates, and each of their respective directors, officers, employees, agents, joint venturers, service providers and suppliers. Our affiliates include each entity that we control, we are controlled by or we are under common control with.

**Indemnification**

**You must indemnify PayPal for actions related to your Venmo account and your use of the Venmo services.** {' '} You agree to defend, indemnify and hold PayPal harmless from any claim or demand (including

reasonable legal fees) made or incurred by any third party due to or arising out of your breach of this user agreement, your improper use of the Venmo services, your violation of any law or the rights of a third party and/or the actions or inactions of any third party to whom you grant permissions to use your Venmo account or access our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf, or any of the Venmo services on your behalf.

**Limitation of liability**

**PayPal's liability is limited with respect to your Venmo account and your use of the Venmo services.** {' '} In no event shall PayPal be liable for lost profits or any special, incidental or consequential damages (including without limitation damages for loss of data or loss of business) arising out of or in connection with our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf, any of the Venmo services, or this user agreement (however arising, including negligence), unless and to the extent prohibited by law.

Our liability to you or any third parties in any circumstance is limited to the actual amount of direct damages. In addition, to the extent permitted by applicable law, PayPal is not liable, and you agree not to hold PayPal responsible, for any damages or losses (including, but not limited to, loss of money, goodwill, or reputation, profits, or other intangible losses or any special, indirect, or consequential damages) resulting directly or indirectly from: (1) your use of, or your inability to use, our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf, or any of the Venmo services; (2) delays or disruptions in our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf and any of the Venmo services; (3) viruses or other malicious software obtained by accessing our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf or any of the Venmo services or any website or service linked to our websites, software or any of the Venmo services; (4) glitches, bugs, errors, or inaccuracies of any kind in our websites, software, systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf or any of the Venmo services or in the information and graphics obtained from them; (5) the content, actions, or inactions of third parties; (6) a suspension or other action taken with respect to your Venmo account; or (7) your need to modify your practices, content, or behavior, or your loss of or inability to do business, as a result of changes to this user agreement or our policies.

## Disclaimer of Warranty and Release

**No warranty**

**The Venmo services are provided "as-is" and without any representation or warranty, whether express, implied or statutory. We specifically disclaim any implied warranties of title, merchantability, fitness for a particular purpose and non-infringement.**

We do not have any control over the products or services provided by sellers who accept Venmo as a payment method, and we cannot ensure that a Venmo user or a seller you are dealing with will actually complete the transaction or is authorized to do so. We do not guarantee continuous, uninterrupted or secure access to any part of the Venmo services, and operation of our websites, software, or systems (including any networks and servers used to provide any of the Venmo services) operated by us or on our behalf may be interfered with by numerous factors outside of our control. We will make reasonable efforts to ensure that requests for electronic debits and credits involving bank accounts, debit cards, credit cards, and check issuances are processed in a timely manner but we make no representations or warranties regarding the amount of time needed to complete processing because the Venmo services are dependent upon many factors outside of our control, such as delays in the banking system or the U.S. or international mail service. Some states do not allow the disclaimer of implied warranties, so the foregoing disclaimers may not apply to you.

**Your Release of Us**

If you have a dispute with any other Venmo account holder, you release us from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. In entering into this release you expressly waive any protections (whether statutory or otherwise, for example, California Civil Code § 1542) that would otherwise limit the coverage of this release to include only those claims which you may know or suspect to exist in your favor at the time of agreeing to this release.

## Agreement to Arbitrate

If a dispute arises between you and PayPal regarding the Venmo services or otherwise, our goal is to learn about and address your concerns. If we are unable to do so to your satisfaction, we aim to provide you with a neutral and cost effective means of resolving the dispute quickly. Disputes between you and PayPal regarding the Venmo services may be reported to customer service online through the{' '} Venmo Help Center {' '} at any time, or by calling 855-812-4430 from Mon-Fri 10:00 AM to 6:00 PM EST.

ANY CLAIMS ARISING OUT OF, RELATING TO, OR CONNECTED WITH THIS USER AGREEMENT MUST BE ASSERTED INDIVIDUALLY IN BINDING ARBITRATION CONDUCTED BY A SINGLE ARBITRATOR WITH EXPERIENCE IN CONSUMER ONLINE PAYMENT SERVICES DISPUTES ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION (“AAA”) IN ACCORDANCE WITH ITS COMMERCIAL ARBITRATION RULES AND THE AAA SUPPLEMENTARY PROCEDURES FOR CONSUMER-RELATED DISPUTES. The forum for arbitration shall be in the city closest to your residence having a federal district courthouse. The arbitrator shall not conduct any form of class or collective arbitration nor join or consolidate claims by or for individuals. To the extent allowed by applicable law, the Arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this user agreement including, but not limited to, any claim that all or any part of this user agreement is void or voidable. Judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. For any non-frivolous claim, PayPal will pay the costs of the arbitration (but not your attorney fees), up to $3,000.

This user agreement and each of its parts evidence a transaction involving interstate commerce, and the United States Arbitration Act shall apply in all cases and govern the interpretation and enforcement of the arbitration rules and arbitration proceedings. There are only two exceptions to this agreement to arbitrate. First, if we reasonably believe that you have in any manner violated or threatened to violate our intellectual property rights, we may seek injunctive or other appropriate relief in any court of competent jurisdiction. Second, any claim of $500 or less may, at the option of the claiming party, be resolved in small claims court in New York City, New York, if the claim and the parties are within the jurisdiction of the small claims court. For these two exceptions, you agree to submit to the personal jurisdiction of the courts located within New York City, New York for the purpose of litigating such claims or disputes.

**Waiver of Right to Jury; Class Action Waiver**

TO THE EXTENT ALLOWED BY LAW, YOU AGREE TO IRREVOCABLY WAIVE ANY RIGHT YOU MAY HAVE TO A TRIAL BY JURY OR OTHER COURT TRIAL (OTHER THAN SMALL CLAIMS COURT) OR TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT, ARBITRATION OR OTHER PROCEEDING FILED AGAINST US AND/OR RELATED THIRD PARTIES.

## Intellectual Property

**Our trademarks**

"Venmo.com," "Venmo," and all logos related to the Venmo services are either trademarks or registered trademarks of PayPal or PayPal's licensors. You may not copy, imitate, modify or use them without our prior written consent. In addition, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of PayPal. You may not copy, imitate, modify or use them without our prior written consent. You may use HTML logos provided by us for the purpose of directing web traffic to the Venmo services. You may not alter, modify or change these HTML logos in any way, use them in a manner that mischaracterizes Venmo or the Venmo services or display them in any manner that implies Venmo's or PayPal's sponsorship or endorsement. All right, title and interest in and to the Venmo websites, any content thereon, the Venmo services, the technology related to the Venmo services, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of PayPal and its licensors.

**License grants, generally**

If you are using our software such as an API, developer's toolkit or other software application, which may include software provided by or integrated with software, systems or services of our service providers, that you have downloaded or otherwise accessed through a web or mobile platform, then PayPal grants you a revocable, non-exclusive, non-sublicensable, non-transferable, royalty-free limited license to access and/or use our software in accordance with the documentation accompanying such software. This license grant applies to the software and all updates, upgrades, new versions and replacement software. You may not rent, lease or otherwise transfer your rights in the software to a third party. You must comply with the implementation, access and use requirements contained in all documentation accompanying the Venmo services. If you do not comply with implementation, access and use requirements you will be liable for all resulting damages suffered by you, us and third parties. We may update or discontinue any software upon notice to you. While we may have (1) integrated certain third party materials and technology into any web or other application, including its software, and/or (2) accessed and used certain third party materials and technology to facilitate providing you with the Venmo services, you have not been granted and do not otherwise retain any rights in or to any such third party materials. You agree not to modify, alter, tamper with, repair, copy, reproduce, adapt, distribute, display, publish, reverse engineer, translate, disassemble, decompile or otherwise attempt to create any source code that is derived from the software or any third party materials or technology, or otherwise create any derivative works from any of the software or third party materials or technology. You acknowledge that all rights, title and interest to our software are owned by PayPal and any third party materials integrated therein are owned by our third party service providers. Any other third party software application you use on the Venmo websites is subject to the license you agreed to with the third party that provides you with this software. You acknowledge that PayPal does not own, control nor have any responsibility or liability for any such third party software application you elect to use on any of our websites, software and/or in connection with the Venmo services.

**License grant from you to PayPal; intellectual property warranties**

We do not claim ownership of the content that you provide, upload, submit or send to us. When you provide content to us or post content using Venmo services, you grant us (and parties that we work with) a non-exclusive, irrevocable, royalty-free, transferable, and worldwide license to use your content and associated intellectual property and publicity rights to help us improve, operate and promote our current services and develop new ones. We will not compensate you for any of your content. You acknowledge that our use of your content will not infringe any intellectual property or publicity rights. Further, you acknowledge and warrant that you own or otherwise control all of the rights of the content you provide, and you agree to waive your moral rights and promise not to assert such rights against us.

## Miscellaneous

**Assignment**

You may not transfer or assign any rights or obligations you have under this user agreement without our prior written consent. We may transfer or assign this user agreement or any right or obligation under this user

agreement at any time.

**Business Days**

"Business Day(s)" means Monday through Friday, excluding holidays when Venmo's offices are not considered open for business in the U.S. Holidays include New Year's Day (January 1), Martin Luther King, Jr.'s Birthday (the third Monday in January), George Washington's Birthday (the third Monday in February), Memorial Day (the last Monday in May), Independence Day (July 4), Labor Day (the first Monday in September), Columbus Day (the second Monday in October), Veterans Day (November 11), Thanksgiving Day (the fourth Thursday in November) and Christmas Day (December 25). If a holiday falls on a Saturday, we observe the holiday on the prior Friday. If the holiday falls on a Sunday, we observe the holiday on the following Monday.

**Consumer fraud warning**

We're always looking for ways to help keep you even more secure. So stay on the lookout for some of these common scams:

- Seller Scam: a scammer sends you a fraudulent payment for goods or services you provide outside of Venmo.
- Accidental Payment: a scammer sends you a fraudulent payment, claims it was accidental, and asks that you return their money.

Always use common sense when sending money. If something sounds too good to be true, it probably is. Only send money for yourself and not for others. Remember that if you don't make a purchase from an authorized merchant or with your Venmo Mastercard, you're not covered by Venmo Purchase Program. Please let us know immediately if you believe someone is trying to scam or defraud you by{' '} contacting us.

**Dormant accounts**

If you do not log in to your Venmo account for two or more years, we may close your Venmo account and send any of your funds held in our possession to your primary address (if we have verified the{' '} required identifying information {' '} that you have provided to us) or, if required, escheat (send) any of your funds held in our possession to your state of residency. We will determine your state of residency based on the information provided for your Venmo account. If your address is unknown, any of your funds held in our possession will be escheated to the State of Delaware. Where required, we will send you a notice prior to escheating any of your funds. If you fail to respond to this notice, your funds held in our possession will be escheated to the applicable state. If you would like to claim any escheated funds from the applicable state, please contact the applicable state's unclaimed property administrator.

**Google Maps**

Your use of Google Maps while using the Venmo services on the Venmo app is subject to the then-current Google Maps/Google Earth Additional Terms of Service at{' '} https://maps.google.com/help/terms_maps.html {' '} and Google Privacy Policy at{' '} https://www.google.com/policies/privacy/.

**Governing law**

You agree that, except to the extent inconsistent with or preempted by federal law and except as otherwise stated in this user agreement, the laws of the State of New York, without regard to principles of conflict of laws, will govern this user agreement and any claim or dispute that has arisen or may arise between you and PayPal regarding your use of the Venmo services.

**Identity authentication**

You authorize us, directly or through third parties, to make any inquiries we consider necessary to verify your identity. This may include:

- asking you for further information, such as your date of birth, a social security or taxpayer identification number, your physical address and other information that will allow us to reasonably identify you;
- requiring you to take steps to confirm ownership of your email address, phone number or financial instruments;
- ordering a credit report from a credit reporting agency, or verifying your information against third party databases or through other sources; or
- requiring you to provide your driver's license or other identifying documents.

Anti-money laundering and counter-terrorism financing laws may require that we verify the{' '} required identifying information {' '} if you use certain Venmo services. We reserve the right to close, suspend, or limit access to your Venmo account and/or the Venmo services in the event that, after reasonable enquiries, we are unable to obtain information about you required to verify your identity.

**Money Transmitter Licenses**

PayPal, Inc. is a licensed provider of money transfer services and all money transmission is provided by PayPal, Inc., pursuant to PayPal, Inc.'s licenses. See our licenses for additional information and for disclosures that Company is required to post by certain jurisdictions.

**Venmo is only a payment service provider**

We act as a payment service provider only. We do not:

- Act as an escrow agent with respect to any money sent to you on Venmo that has not been transferred;
- Act as your agent or trustee;
- Enter into a partnership, joint venture, agency or employment relationship with you;
- Guarantee the identity of any user or seller;
- Determine if you are liable for any taxes; or
- Unless otherwise expressly set out in this agreement, collect or pay any taxes that may arise from your use of our services.

**Privacy**

Protecting your privacy is very important to us. Please review our{' '} Privacy Policy in order to better understand our commitment to maintaining your privacy, as well as our use and disclosure of your information.

**State disclosures**

In addition to reporting complaints about the Venmo services directly to us as described above, if you are a California resident, you may report complaints to the California Department of Business Oversight by mail at Department of Business Oversight, Attn: Consumer Services, 1515 K Street, Suite 200, Sacramento, CA 95814 or online through its website at{' '} http://www.dbo.ca.gov/Consumers/consumer_services.asp. {' '} The California Department of Business Oversight offers assistance with its complaint form by phone at 866-275-2677. If you are a California resident, you have a right to receive communications about your Venmo account and the Venmo services by email. To make such a request, send a letter to Venmo to: PayPal, Inc., Attention: Legal Department, 2211 North First Street, San Jose, California 95131), include your email address, and your request for that information by email.

Florida residents may contact the Florida Department of Financial Services in writing at 200 East Gaines Street, Tallahassee, Florida, 32399, or by telephone at 1-800-342-2762.

**Third party providers**

The Venmo app works on an application linked to a particular device and operating system, such as Apple's iOS operating system. Your use of the Venmo services may be subject to separate agreements you may enter into with your mobile device operating system provider (e.g., Apple, Google or Microsoft®), your mobile device manufacturer (e.g., Apple, Samsung®), your mobile service carrier (e.g., AT&T® or Verizon®), and other parties involved in providing your mobile device service, which we collectively refer to as "Covered Third Parties." You agree to comply with all applicable third-party terms of agreement when using the Venmo Services. We are not a party to those agreements and we have no responsibility for the products and services provided by third parties. You acknowledge and agree that this agreement is between you and PayPal, not with any Covered Third Party. You acknowledge and agree that we are solely responsible for the Venmo services and for providing maintenance and support services for the Venmo services.

Covered Third Parties have no warranty obligations whatsoever with respect to the Venmo Services and any other claims, losses, liabilities, damages, costs or expenses attributable to any failure of the Venmo services to conform to any warranty provided by us, if any, will be our sole responsibility.

We, not any Covered Third Parties, are responsible for addressing any claims relating to the Venmo services, including, but not limited to: (i) product liability claims; (ii) any claim that the Venmo Services fail to conform to any applicable legal or regulatory requirement; (iii) claims arising under consumer protection, privacy, or similar legislation; and (iv) intellectual property claims.

If you are using the Venmo Services on an Apple device, you acknowledge and agree that Apple, and Apple's subsidiaries, are third party beneficiaries of this Agreement, and that Apple will have the right (and will be deemed to have accepted the right) to enforce this agreement against you as a third party beneficiary. Such rights may also accrue to other handset manufacturers and operating systems which participate in the Venmo services.

**Unlawful internet gambling notice**

Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through your Venmo account or your relationship with PayPal. Restricted transactions generally include, but are not limited to, transactions in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with unlawful Internet gambling.

**Your use of information; Data protection laws**

If you receive information about another Venmo customer, you must keep the information confidential and only use it in connection with the Venmo services. You may not disclose or distribute any information about Venmo users to a third party or use the information for marketing purposes unless you receive that user's express consent to do so. You may not send unsolicited emails to a Venmo customer or use the Venmo services to collect payments for sending, or assist in sending, unsolicited emails to third parties.

The privacy and data protection laws that may apply include any associated regulations, regulatory requirements and codes of practice applicable to the provision of the services described in this agreement.

In complying with such laws, you will:

- implement and maintain all appropriate security measures for the processing of personal data; and
- not knowingly do anything or permit anything to be done which might lead to a breach of any privacy data protection laws by us.