RICHARD A. JACOBSEN (*admitted pro hac vice*)
rjacobsen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   +1 212 506 5000
Facsimile:    +1 212 506 5151

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:    +1 949 567 6710

Attorneys for Defendants
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PAYPAL, INC. AND PAYPAL HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   November 6, 2025<br>Time:  9:00 AM<br>Judge: Honorable Beth Labson Freeman<br>Dept:   Courtroom 1 – 5th Floor |

**[PROPOSED] ORDER**

Upon consideration of Defendants PayPal, Inc. and PayPal Holdings, Inc.'s ("Defendants") Motion to Compel Arbitration as to Plaintiffs Motion Butter, LLC, Dan Becker, LLC, Angry Snowboarder, Brevard Marketing LLC, Daniel Lachman, Justin Tech Tips LLC, Stephen Sistek, Storm Productions LLC, Red Beard Studios LLC, Reid Tomasko, Gent Scents LLC, Sebastian Ventura, Colbow Design LLC, Richard Young, Aaron Ramirez, Be Victorious LLC, Christopher Komuves, Eli Silva, John Pugh, David Hiser, Shanger Danger LLC, and Ahntourage Media LLC (collectively the "Arbitration Plaintiffs"), the Court finds Defendants' motion well-taken; the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel Arbitration is **GRANTED** and the case is stayed as to the Arbitration Plaintiffs.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2025.

_____
Hon. Beth Labson Freeman
United States District Judge