UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 24-cv-09470-BLF   (SVK)<br><br>**ORDER ON DISCOVERY DISPUTES RE SOURCE CODE REVIEW PROTOCOL**<br><br>Re: Dkt. No. 208 |

The Parties' Joint Submission set forth three discovery disputes relating to the finalization of a source code review protocol. Dkt. 208. The Court held a hearing on August 27, 2025, and issued its rulings and reasoning on the record. The Court summarizes its rulings below for the convenience of the Parties and the Court.[1]

**Dispute 1: Telephone line in the clean room**. The Parties were admonished that this dispute is unworthy of their clients' or the Court's resources. The Court **DECLINES** to rule on this issue and **ORDERS** counsel with full authority to negotiate and compromise to meet and confer to resolve it.

**Dispute 2: Page/copy limitations on source code hard copies**. The Court **ORDERS** that the source code review protocol will provide that Plaintiffs shall be entitled to a reasonable number of pages and, to the extent disputed, a reasonable number of copies. The protocol will also provide that once source code production and expert review are underway, the Parties will negotiate specific limitations with modifications allowed for good cause. Counsel with full authority to negotiate and compromise shall meet and confer regarding disputed modifications before bringing the issue to the Court for resolution.

---

[1] Should there be any discrepancy between the record and this Order, the Order controls.

**Dispute 3: Examination of source code on a computer with internet and network access.** As elaborated in the Joint Submission and at the hearing, Plaintiffs request the ability to evaluate Defendants' source code dynamically as opposed to just statically. Defendants object largely on the grounds of risk of inadvertent disclosure of proprietary source code. For the reasons stated on the record, Plaintiffs' request is **DENIED** without prejudice. If, during the course of the source code review, Plaintiffs identify a specific issue for which static review is inadequate and formulate specific, narrowly-tailored safeguards for dynamic review to better evaluate the issue, they may notify Defendants of the issue and the proposed safeguards. Thereafter counsel and a technical expert from each side are to meet and confer to address the issue and the proposed safeguards. If the Parties are unable to reach agreement, they may bring the issue to the Court's attention in accordance with the undersigned's standing order, supplemented by a short declaration from each side's technical expert addressing the issue. The expert declarations will be exchanged during the course of preparing the joint submission.

The Parties are to finalize the source code protocol and submit it to the Court for signature **no later than September 10, 2025**.

**SO ORDERED.**

Dated: August 27, 2025

SUSAN VAN KEULEN
United States Magistrate Judge