United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PAYPAL HONEY BROWSER
EXTENSION LITIGATION           ,

           Plaintiff(s),

      v.

                               ,

           Defendant(s).

Case No. 5:24-CV-09470-BLF

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marc R. Shapiro, an active member in good standing of the bar of Supreme Court of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: PayPal, Inc.,PayPal Holdings, Inc in the above-entitled action. My local co-counsel in this case is Geoffrey Moss, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 258827.

51 West 52nd Street New York, NY 10019
MY ADDRESS OF RECORD

(212) 506-3546
MY TELEPHONE # OF RECORD

mrshapiro@orrick.com
MY EMAIL ADDRESS OF RECORD

355 S. Grand Ave. Ste. 2700, Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 612-2373
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gmoss@orrick.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4403606.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _September 3, 2025_                                    Marc R. Shapiro_____
                                                             APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Marc R. Shapiro_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                2