# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL INC, et al., <br><br> Defendants. | Case No. 5:24-cv-09470-BLF <br><br> **ORDER FOR AN AMENDED TIMEKEEPING PROTOCOL** |

The timekeeping protocol in this case calls for Interim Co-Lead Counsel to submit in-camera summary time and expense reports on a quarterly basis. Co-Lead Counsel have notified the Court that they would like to modify the schedule so that quarterly reports are submitted on the first day of the third month following the end of the preceding three-month period reported to give the Co-Leads additional time after the various individual firms have submitted their time. The Court is amenable to this request and accordingly requests that Co-Lead Counsel submit an amended proposed timekeeping protocol reflecting the scheduling adjustment.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____
BETH LABSON FREEMAN
United States District Judge