| | |
|---|---|
| Dena C. Sharp (SBN 245869)<br>Trevor T. Tan (SBN 281045)<br>Nina Gliozzo (SBN 333569)<br>Anthony Rogari (SBN 353784)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: 415.981.4800<br><br>Nanci E. Nishimura (SBN 152621)<br>Thomas E. Loeser (SBN 202724)<br>Karin B. Swope (*pro hac vice*)<br>Jacob M. Alhadeff (*pro hac vice*)<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Rd #200,<br>Burlingame, CA 94010<br>Telephone: 650.697.6000 | Elizabeth J. Cabraser (SBN 083151)<br>Roger N. Heller (SBN 215348)<br>Jason L. Lichtman (*pro hac vice*)<br>Sean A. Petterson (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000 |

*Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**DECLARATION OF ROGER N. HELLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

I, Roger N. Heller, declare and state as follows:

1. I am a partner at Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), and serve as an attorney of record for Plaintiffs in the above-captioned class action. I am an active member in good standing of the California State Bar. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. I obtained information about the date of formation of each of the following plaintiffs from the relevant state registry of corporations: Be Victorious LLC; Colbow Design LLC; Dan Becker LLC; Shanger Danger LLC; and Ahntourage Media LLC.

3. Attached as **Exhibit 1** is a true and accurate copy of a business entity search on the Illinois Secretary of State website performed on September 18, 2025, showing that Be Victorious LLC's admission date is October 17, 2017.

4. Attached as **Exhibit 2** is a true and accurate copy of a business entity search on the Ohio Secretary of State website performed on September 18, 2025, showing that Colbow Design LLC's original filing date is September 25, 2007.

5. Attached as **Exhibit 3** is a true and accurate copy of a business entity search on the Wisconsin Department of Financial Institutions website performed on September 18, 2025, showing that Dan Becker LLC's registered effective date is March 6, 2020.

6. Attached as **Exhibit 4** is a true and accurate copy of a business entity search on the Hawaii Department of Commerce website performed on September 18, 2025, showing that Shanger Danger LLC's registration date is December 15, 2020.

7. Attached as **Exhibit 5** is a true and accurate copy of a business entity search on the Pennsylvania Department of State website performed on September 18, 2025, showing that Ahntourage Media LLC's initial filing date is June 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September, 2025 in San Francisco, CA.

*/s/ Roger N. Heller*
Roger N. Heller