# EXHIBIT 1

ilsos.gov (https://www.ilsos.gov/) **Official Website of the Illinois Secretary of State**  Here's how you know ⌄



INOIS SECRETARY *of* STATE
EXI GIANNOULIAS (https://www.ilsos.gov/)
(https://www.ilsos.gov/)

Search Ilsos.gov... 🔍

(https://www.ilsos.gov/search/searchgoogle.html)

👤 Driver's Licenses & ID Cards ⌄      🚗 Vehicles, Plates & Titles ⌄      💼 Business Services ⌄      More Services ⌄

# Business Entity Search

## Entity Information

**Entity Name**
BE VICTORIOUS, LLC

**Principal Address**
230 S MAPLE AVE, APT A1
OAK PARK,IL 60302

**File Number**
06545424
**Status**
ACTIVE on 08-24-2025

**Entity Type**
LLC
**Type of LLC**
Domestic

**Org. Date/Admission Date**

10-17-2017
**Jurisdiction**
IL

**Duration**
PERPETUAL

**Annual Report
Filing Date**

08-24-2025
**Annual Report
Year**

2025

**Agent Information**
VICTORIA DORSANO
230 S MAPLE AVE APT A1
OAK PARK, IL 60302-3033
**Agent Change Date**
08-11-2023

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Available Services | Managers | Old LLC Name | Assumed Name | Series Name |
| --- | --- | --- | --- | --- |

File History

Purchase Master Entity Certificate of Good Standing

Articles of Amendment Effecting A Name Change (https://apps.ilsos.gov/llcartamendment/)

Adopting Assumed Name (https://apps.ilsos.gov/llcassumedadoptname/)

Change of Registered Agent and/or Registered Office (https://apps.ilsos.gov/llcagentchange/)

English