# EXHIBIT 2



**Thu Sep 18 2025**

| | |
|---|---|
| **Entity#:** | 1729115 |
| **Filing Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Original Filing Date:** | 09/25/2007 |
| **Location:** | --- |
| **Business Name:** | COLBOW DESIGN LLC |

| | |
|---|---|
| **Status:** | Active |
| **Exp. Date:** | - |

## Agent/Registrant Information

BRADLEY COLBOW
7422 CADLE AVE
MENTOR OH 44060
09/25/2007
Active

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| DOMESTIC LLC - ARTICLES OF ORGANIZATION | 09/25/2007 | 200726801866 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 18th of September, A.D. 2025*

*Ohio Secretary of State*