# EXHIBIT 3

Wisconsin.Gov



State of Wisconsin
# Department of Financial Institutions

Search for:
Dan Becker LLC

[Search Records]

Search
Advanced Search
Name Availability

**Corporate Records**    Result of lookup for **D066074** (at 9/18/2025 5:37 PM )

## DAN BECKER, LLC

You can: *File an Annual Report* - *Request a Certificate of Status* - *File a Registered Agent/Office Update Form*

| Vital Statistics | |
|---|---|
| Entity ID | D066074 |
| Registered Effective Date | 03/06/2020 |
| Period of Existence | PER |
| Status | Restored to Good Standing   Request a Certificate of Status |
| Status Date | 01/31/2025 |
| Entity Type | Domestic Limited Liability Company |
| Annual Report Requirements | Limited Liability Companies are required to file an Annual Report under s. 183.0212, WI Statutes. |

| Addresses | |
|---|---|
| Registered Agent Office | DANIEL BECKER
4213 89TH PL
KENOSHA , WI 53142-5311
File a Registered Agent/Office Update Form |
| Principal Office | 4213 89TH PL
KENOSHA , WI 53142 |

**Historical Information**

| Annual Reports | Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|---|
| | 2025 | 000 | 0000 | online | database |
| | 2023 | 000 | 0000 | online | database |

File an Annual Report - Order a Document Copy

| | |
|---|---|
| **Certificates of Newly-elected Officers/Directors** | None |
| **Old Names** | None |

**Chronology**

| Effective Date | Transaction | Processed Date | Description |
|---|---|---|---|
| 03/06/2020 | Organized | 03/06/2020 | E-Form |
| 01/01/2022 | Delinquent | 01/01/2022 | |
| 01/14/2023 | Notice of Administrative Dissolution | 01/14/2023 | |
| 01/19/2023 | Change of Registered Agent | 01/19/2023 | OnlineForm 5 |
| 01/19/2023 | Restored to Good Standing | 01/19/2023 | OnlineForm 5 |
| 01/01/2025 | Delinquent | 01/01/2025 | |
| 01/31/2025 | Restored to Good Standing | 01/31/2025 | OnlineForm 5 |

Order a Document Copy