# EXHIBIT 4

BREG DCCA

# Hawaii Business Express

Start, Manage, and Search Hawaii businesses

**DOCUMENTS CART:**
0 Items

## $0.00

(/documents/order.html)

# SHANGERDANGER LLC   Back to search results

Domestic Limited Liability Company (llc)

Begins with... ⌄

Search

| All Company Info | Forms | Buy Available Docs |

## General Info

You can purchase a *Certificate of Good Standing* for this business.

☐ 📄 Digital (PDF) for $7.50

☐ 🖨 Printed for $7.50

Add to Cart

📄 Download company info as PDF (/documents/business.pdf?fileNumber=246895C5)

📣 Receive Reminders / Alerts (/documents/notifyLogin?fileNumber=246895C5)

🔔 Receive Annual Report Reminders (/documents/notifyLogin?fileNumber=246895C5)

Privacy - Terms

**MASTER NAME**
SHANGERDANGER LLC

**BUSINESS TYPE**
Domestic Limited Liability Company (LLC)

**FILE NUMBER**
246895 C5

**STATUS**
Active

**ORGANIZED IN**
Hawaii UNITED STATES

**REGISTRATION DATE**
Dec 15, 2020

**PRINCIPAL ADDRESS**
47-348 MAWAENA ST
KANEOHE, Hawaii 96744
UNITED STATES

**MAILING ADDRESS**
47-348 MAWAENA ST
KANEOHE, Hawaii 96744
UNITED STATES

**CROSS REFERENCE NAME**
SHANGER DANGER

**TERM**
AT-WILL

**MANAGED BY**
MEMBER(S)

**AGENT NAME**
SHANE BROWN

**AGENT ADDRESS**
47-348 MAWAENA ST
KANEOHE, Hawaii 96744
UNITED STATES

# Annual Filings

| Filing Year | Date Received | Status |
|---|---|---|
| 2024 | Apr 8, 2025 | Processed |
| 2023 | Apr 8, 2025 | Processed |
| 2022 | Apr 8, 2025 | Processed |
| 2021 | May 20, 2022 | Processed |

# Member/MGR

| Name | Office [More info] | Date |
|---|---|---|
| BROWN,SHANE | MEM | Dec 15, 2020 |
| LEWISH,BRITTANY | MEM | Dec 15, 2020 |

# Other Filings

| Date | Description | Remarks |
|---|---|---|
| Dec 15, 2020 | Articles of Organization | Articles of Organization |

> ❗ Note: Transactions may be available for purchase. Please see the **Buy Available Docs** tab for additional information.

BREG DCCA | <u>Contact us</u> ⬀ <u>(http://cca.hawaii.gov/breg/contact/)</u>

King Kalakaua Building
335 Merchant St Rm 201
Honolulu, Hawaii 96813

© 2018-2025. All rights reserved.

Accessibility (https://portal.ehawaii.gov/page/accessibility)    Feedback
Privacy (https://portal.ehawaii.gov/page/privacy-policy)
Terms (https://portal.ehawaii.gov/page/terms-of-use)

Powered by Tyler Technologies (https://www.tylertech.com)