CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RICHARD JACOBSEN (admitted pro hac vice)
MARC R. SHAPIRO (admitted pro hac vice)
rjacobsen@orrick.com
mshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:    +1 949 567 6700
Facsimile:    +1 949 567 6710

Attorneys for Defendants
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF |
|---|---|
| | **DECLARATION OF ALICIA STERZINAR IN SUPPORT DEFENDANTS PAYPAL, INC. AND PAYPAL HOLDINGS, INC.'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION** |
| | Date:    November 6, 2025 Time:    9:00 AM Judge:    Honorable Beth Labson Freeman Dept:    Courtroom 1 – 5th Floor |

I, Alicia Sterzinar, declare as follows:

1.      I am an employee of PayPal, Inc. ("PayPal"), a defendant in the above-captioned matter.  I submit this declaration in support of PayPal's Motion to Compel Arbitration.  Except where my knowledge is based on my review of PayPal's records and documents regularly maintained in the ordinary course of business, I have personal knowledge of the facts in this declaration and could competently testify to them if I am called as a witness.

2.      I have worked at PayPal since August 15, 2016 and currently hold the position of Director of Global Customer Complaints & Advocacy. Prior to my current role, I was employed in Global Customer Complaints & Advocacy as Senior Program Manager. During my tenure, my job responsibilities have included, among other things, accessing and analyzing PayPal user account records to confirm information regarding PayPal users' account activity and managing information about updates to the PayPal User Agreement, Venmo User Agreement, and updates sent to PayPal users.

3.      Following PayPal's acquisition of Honey, PayPal engaged in various outreach efforts that included numerous emails to PayPal users announcing PayPal's acquisition of Honey and conveying Honey would be a PayPal service.

4.      For example, on January 6, 2020, PayPal sent a notice to eligible PayPal accountholders that PayPal acquired Honey, noting that "Honey is now part of the PayPal family." A true and correct copy of an example of the email users would have received is attached hereto as Exhibit 1.

5.      In October of 2022, the Honey service was rebranded from "Honey" to "PayPal Honey."

6.      I have also personally reviewed the user records and associated transactions for the following Plaintiffs: Colbow Design LLC; Red Beard Studios LLC; Ahntourage Media LLC. PayPal's system, Customer Centric Insight, holds user information for all users with a PayPal or Venmo account. The system provides information about the accountholder's account and transactions completed on their accounts.

7.      I have reviewed the account transactions associated with the PayPal business

- 1 -

DECLARATION OF ALICIA STERZINAR ISO
DEFENDANTS' REPLY IFSO MTCA
5:24-CV-09470-BLF

account under the name Red Beard Studios LLP with the email address red@red-beard.com, identified in Paragraph 34 of my declaration submitted in this case on August 11, 2025.  PayPal's records also reflect the website associated with this account is denoftools.com. On August 28, 2025, this account received a payment from "SocialEdge, Inc. dba. Creator IQ."  Additionally, this account received the following payments with the associated memos: (1) on July 13, 2025 received a payment with the memo of "Aferiy P210 Video Payment," (2) on July 17, 2025 received a payment with the memo "Ampace Andes paid partnership," (3) on August 1, 2025 received a payment with the memo of "XTOOL," (4) on August 28, 2025, received a payment with the memo of "Deal of the week video ad."

8.    I have reviewed the account transactions associated with the PayPal business account under the name Bradley Colbow with an associated website of colbowdesign.com, identified in Paragraph 38 of my declaration submitted in this case on August 11, 2025. These transactions show the type of transaction as "Mobile Express Checkout Payment Received(Flexible In-context)" or "Express Checkout Payment Received(Flexible In-context)," which indicate that they are business transactions.

9.    I have reviewed the account transactions associated with the PayPal account with the name Daniel Ahn and the email address ahntouragemedia@gmail.com, identified in Paragraph 45 of my declaration submitted in this case on August 11, 2025. This account received the following payments with the associated memos: (1) on August 6, 2025 received a payment with the memo of "Congratulations! Your monthly Secretlab Commission Payout for the month of July 25," (2) on August 19, 2025 received a payment with the memo "Affiliate Monthly Payment for Daniel Ahn | Sofatica," (3) on September 4, 2025 received a payment with the memo of "Congratulations! Your monthly Secretlab Commission Payout for the month of Aug 25," (4) on September 23, 2025, received a payment with the memo of "Monthly Affiliate Commission for Daniel Ahn | Sofatica," and (5) on October 2, 2025 received a payment with the memo "Hexcal Affiliate Program."

DECLARATION OF ALICIA STERZINAR ISO
DEFENDANTS' REPLY IFSO MTCA
5:24-CV-09470-BLF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Chandler, Arizona on October 16, 2025.

_____
Alicia Sterzinar

- 3 -