# EXHIBIT 1





## Shopping online just got sweeter.

Honey is now a part of the PayPal family, so you can find some of the best deals online and checkout in just a few easy clicks.

**Join Honey**

  

**Account**   **Help**   **Fees**   **Privacy/Cookies**   **Apps**   **Shop**

This email was sent to ▬▬▬▬ because your email preferences are set to receive "News and Promotions". Click here to Unsubscribe.

Please do not reply to this email. We are unable to respond to inquiries sent to this address. For immediate answers to your questions, visit our Help Center by clicking "Help" located on any PayPal page or email.

PayPal, Inc. is Licensed as a Money Transmitter by the New York State Department of Financial Services. PayPal, Inc., NMLS #910457, License #FT3345, Massachusetts Foreign Transmittal License. PayPal, Inc., Transmit Money By Check, Draft, or Money Order By The Department of Banking, Commonwealth of Pennsylvania. PayPal, Inc. Rhode Island Licensed Money Transferor. PAYPAL, INC., NMLS #910457, LICENSE #34967, IS LICENSED BY THE GEORGIA DEPARTMENT OF BANKING AND FINANCE. PayPal, Inc. is Licensed by the State of Connecticut Department of Banking to perform Money Transmission, NMLS #910457, License Number MT-910457.

Copyright © 2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.