UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re PayPal Honey Browser Extension ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 5:24-cv-09470-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew J. Fuller , an active member in good standing of the bar of Washington State , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Thomas E. Loeser , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 202724 .

1809 7th Ave, Ste.1610, Seattle, WA 98101

MY ADDRESS OF RECORD

206-802-1272

MY TELEPHONE # OF RECORD

afuller@cpmlegal.com

MY EMAIL ADDRESS OF RECORD

840 Malcolm Rd., Ste. 200, Burlingame, CA 94010

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-802-1272

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tloeser@cpmlegal.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 63273 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/27/2025

Andrew J. Fuller

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Andrew J. Fuller  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 27, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California