UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al.,<br>            Plaintiffs,<br>      v.<br>PAYPAL INC, et al.,<br>            Defendants. | Case No. 5:24-cv-09470-BLF<br><br>**NOTICE REGARDING ORAL ARGUMENT** |

The Parties are advised that the hearing on the motion to dismiss will be conducted in person in Courtroom 1 at the Robert F. Peckham Federal Building & United States Courthouse, 280 S 1st St., San Jose, California 95113, on November 6, 2025, at 9:00 a.m. The Court will make a dial-in phone line available for interested parties as well.

**IT IS SO ORDERED.**

Dated: October 31, 2025

_____
BETH LABSON FREEMAN
United States District Judge