**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE PAYPAL HONEY BROWSER
EXTENSION LITIGATION

Case No.  5:24-cv-09470-BLF

**CASE MANAGEMENT ORDER**

On July 10, 2025, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.  The Court ORDERS as follows:

(1)     The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2)     The deadline for the parties to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines, is twenty-one days after entry of this order unless stated otherwise by the Court on the record at the Case Management Conference.

(3)     All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4)     Unless previously ordered or stipulated, the parties shall meet and confer further in order to reach an agreement on an ADR process within 15 days of the date of this Order. Within that same time frame, the parties shall file the form entitled "Stipulation and (Proposed) order Selecting ADR Process".

(5)     The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

United States District Court
Northern District of California

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day File Motion Class Certification | September 1, 2026 |
| Last Day for Hearing on Summary Judgment or Dispositive Motions | June 3, 2027, at 9:00 a.m. |
| Final Pretrial Conference | September 16, 2027, at 1:30 p.m. |
| Jury Trial begins | October 18, 2027 |

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California