UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PayPal Honey Browser Extension Litigation<br><br>　　　　　　　Plaintiff(s)<br>　v.<br><br><br>　　　　　　　Defendant(s) | CASE No C 5:24-cv-09470-BLF<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*) Private mediation with a neutral to be agreed on by the parties.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: May 15, 2026

Date:　　　　　　　　　　　　　　　See Attached
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date:　　　　　　　　　　　　　　　See Attached
　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

| | |
|---|---|
| Dated: November 21, 2025 | Respectfully submitted,<br><br>By: /s/ Dena C. Sharp<br>Dena C. Sharp (SBN 245869)<br>Trevor T. Tan (SBN 281045)<br>Nina R. Gliozzo (SBN 333569)<br>Anthony Rogari (SBN 353784)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>dsharp@girardsharp.com<br>ttan@girardsharp.com<br>ngliozzo@girardsharp.com<br>arogari@girardharp.com<br><br>Elizabeth J. Cabraser (State Bar No. 083151)<br>Roger N. Heller (State Bar No. 215348)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>ecabraser@lchb.com<br>rheller@lchb.com<br><br>Jason L. Lichtman (*pro hac vice*)<br>Sean A. Petterson (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413<br>Telephone: (212) 355-9500<br>jlichtman@lchb.com<br>spetterson@lchb.com<br>delmasry@lchb.com<br><br>Nanci Nishimura (SBN 152621)<br>Thomas E. Loeser (SBN 202724)<br>**COTCHETT, PITRE & MCCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>nnishimura@cpmlegal.com<br>tloeser@cpmlegal.com |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. 5:24-cv-9470-BLF

|   |   |   |
|---|---|---|
| 1 | | Thomas E. Loeser (SBN 202724) |
| 2 | | Karin B. Swope (*pro hac vice*) |
| | | Jacob M. Alhadeff (*pro hac vice*) |
| 3 | | **COTCHETT, PITRE & MCCARTHY, LLP** |
| 4 | | 1809 7th Avenue, Suite 1610 |
| 5 | | Seattle, WA 98101 |
| | | Telephone: (206)-802-1272 |
| 6 | | tloeser@cpmlegal.com |
| | | kswope@cpmlegal.com |
| 7 | | jalhadeff@cpmlegal.com |
| 8 | | *Interim Co-lead Counsel* |
| 9 | Dated: November 21, 2025 | By: */s/ Richard A. Jacobsen* |
| 10 | | Clement S. Roberts (SBN 209203) |
| 11 | | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 12 | | 405 Howard Street |
| | | San Francisco, CA 94105-2669 |
| 13 | | Telephone: (949) 567-6700 |
| | | prugani@orrick.com |
| 14 | | |
| 15 | | Richard A. Jacobsen (*pro hac vice*) |
| | | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 16 | | 51 West 52nd Street |
| 17 | | New York, NY 10019-6142 |
| | | Telephone: (212) 506-5000 |
| 18 | | rjacobsen@orrick.com |
| 19 | | Paul F. Rugani (SBN 342647) |
| 20 | | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 21 | | 2050 Main Street, Suite 1100 |
| | | Irvine, CA 92614-8255 |
| 22 | | Telephone: (949) 567-6700 |
| | | prugani@orrick.com |
| 23 | | |
| 24 | | *Attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc.* |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. 5:24-cv-9470-BLF

**ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: November 21, 2025               /s/ Dena C. Sharp
                                       Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Dena C. Sharp*
Dena C. Sharp