UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PayPal Honey Browser Extension Litigation<br><br>                   Plaintiff(s)<br>v.<br><br><br>                   Defendant(s) | CASE No C 5:24-cv-09470-BLF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)  Private mediation with a neutral to be agreed on by the parties.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: May 15, 2026

Date:            See Attached
                    Attorney for Plaintiff

Date:            See Attached
                    Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: November 21, 2025

*[signature]*

U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

Dated: November 21, 2025                    Respectfully submitted,

By: /s/ Dena C. Sharp
Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
CASE NO. 5:24-cv-9470-BLF

|  |  |
|---|---|
| | Thomas E. Loeser (SBN 202724) |
| | Karin B. Swope (*pro hac vice*) |
| | Jacob M. Alhadeff (*pro hac vice*) |
| | **COTCHETT, PITRE & MCCARTHY, LLP** |
| | 1809 7th Avenue, Suite 1610 |
| | Seattle, WA 98101 |
| | Telephone: (206)-802-1272 |
| | tloeser@cpmlegal.com |
| | kswope@cpmlegal.com |
| | jalhadeff@cpmlegal.com |
| | |
| | *Interim Co-lead Counsel* |
| Dated: November 21, 2025 | By: */s/ Richard A. Jacobsen* |
| | Clement S. Roberts (SBN 209203) |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| | Telephone: (949) 567-6700 |
| | prugani@orrick.com |
| | |
| | Richard A. Jacobsen (*pro hac vice*) |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 51 West 52nd Street |
| | New York, NY 10019-6142 |
| | Telephone: (212) 506-5000 |
| | rjacobsen@orrick.com |
| | |
| | Paul F. Rugani (SBN 342647) |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 2050 Main Street, Suite 1100 |
| | Irvine, CA 92614-8255 |
| | Telephone: (949) 567-6700 |
| | prugani@orrick.com |
| | |
| | *Attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc.* |

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
CASE NO. 5:24-cv-9470-BLF

**ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: November 21, 2025					/s/ Dena C. Sharp
							Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Dena C. Sharp*
Dena C. Sharp