Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
650.697.6000

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000

*Plaintiffs' Interim Class Counsel*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| *IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION* | Case No. 5:24-cv-09470-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE AS MODIFIED BY THE COURT**<br><br>Judge: Hon. Beth Labson Freeman |

Pursuant to the Court's November 6, 2025 Order (ECF No. 230), Plaintiffs and Defendants PayPal Inc. and PayPal Holdings, Inc. (together, the "Parties") stipulate as follows:

WHEREAS, at the Case Management Conference held on July 10, 2025, the Court entered deadlines for Plaintiffs' class certification motion and the hearing on summary judgment or dispositive motions, as well as dates for the parties' final pretrial conference and the beginning of trial;

WHEREAS, on November 6, 2025, the Court entered an Order (ECF No. 230) directing the parties to meet and confer and submit a stipulation setting all deadlines not set by the Court.

WHEREAS, at the Court's direction, the Parties have met and conferred regarding all other deadlines not set by the Court;

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate to the following case deadlines, subject to the Court's approval:

| Event | Deadline |
| --- | --- |
| Deadline to Engage in Private ADR | May 15, 2026 |
| Substantial completion of document productions and written discovery | August 14, 2026 |
| Plaintiffs' Motion for Class Certification and any Supporting Expert Report(s) | September 1, 2026 (set by Dkt. No. 230) |
| Defendants' Response to Motion for Class certification and any Supporting Expert Report(s) | October 20, 2026 |
| Plaintiffs' Reply in Support of Motion for Class Certification and any Rebuttal Expert Report(s) | November 19, 2026 |
| Hearing on Plaintiffs' Motion for Class Certification | December 17, 2026 or after, at the Court's convenience[1] |
| Deadline to Amend the Complaint regarding Class Certification Matters | 30 days after ruling on class certification |
| Close of Fact Discovery | November 16, 2026 |
| Expert Reports | December 7, 2026 |
| Rebuttal Expert Reports | January 11, 2027 |
| Close of Expert Discovery | February 1, 2027 |
| Motions for Summary Judgment | March 8, 2027 |

---

[1] Pursuant to the Court's Standing Order re Civil Cases, Plaintiffs will reserve a hearing date within 14 days before filing their motion for class certification.

| Event | Deadline |
|---|---|
| Responses to Motions for Summary Judgment | April 12, 2027 |
| Replies in support of Motions for Summary Judgment | May 10, 2027 |
| Hearing on Motions for Summary Judgment or Dispositive Motions | June 3, 2027, at 9:00 a.m. (Set by Dkt. No. 230) |
| Last Day for Hearing on *Daubert* Motions[2] | August 19, 2027 |
| Last Day to Meet and Confer Pursuant to Local Rule 16-10(b)(5) | August 26, 2027 |
| Joint Final Pretrial Conference Statement and Proposed Order | September 2, 2027 |
| Final Pretrial Conference | September 16, 2027, at 1:30 p.m. (Set by Dkt. No. 230) |
| Jury Trial | October 18, 2027 (Set by Dkt. No. 230) |

**IT IS SO STIPULATED**

Dated: November 21, 2025

By: */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

---

[2] The parties may also include *Daubert* motions in their final pretrial motions in limine.

|    |    |
|----|----|
| 1  | Jason L. Lichtman (*pro hac vice*) |
| 2  | Sean A. Petterson (*pro hac vice*) |
|    | Danna Z. Elmasry (*pro hac vice*) |
| 3  | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 4  | 250 Hudson Street, 8th Floor |
|    | New York, New York 10013-1413 |
| 5  | Telephone: (212) 355-9500 |
|    | jlichtman@lchb.com |
| 6  | spetterson@lchb.com |
| 7  | delmasry@lchb.com |

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

Dated: November 21, 2025

By: */s/ Richard A. Jacobsen*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (949) 567-6700
prugani@orrick.com

Richard A. Jacobsen (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE**

3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF

| | |
|---|---|
| 1 | **LLP** |
| 2 | 51 West 52nd Street |
| | New York, NY 10019-6142 |
| 3 | Telephone: (212) 506-5000 |
| | rjacobsen@orrick.com |
| 4 | |
| 5 | Paul F. Rugani (SBN 342647) |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 6 | 2050 Main Street, Suite 1100 |
| 7 | Irvine, CA 92614-8255 |
| | Telephone: (949) 567-6700 |
| 8 | prugani@orrick.com |
| 9 | *Attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc.* |

## ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: November 21, 2025                          */s/ Dena C. Sharp*
                                                                    Dena C. Sharp

## [~~PROPOSED~~] ORDER

The notation for last day to hear *Daubert* motions is not a date reserved by the Court. Counsel may reserve a date only 14 days before filing a motion.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 21, 2025                          _____
                                                                    HONORABLE BETH LABSON FREEMAN
                                                                    United States District Judge

4
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF