CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 949 567 6700
Facsimile:     +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:     +1 212 506 5000
Facsimile:     +1 212 506 5151

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:     +1 949 567 6710

*Attorneys for Defendant*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**DECLARATION OF CLEMENT S. ROBERTS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR MOTION TO DISMISS BRIEFING SCHEDULE** |

## DECLARATION OF CLEMENT S. ROBERTS

I, Clement S. Roberts, declare as follows:

1. I am a member in good standing of the Bar of the State of California and authorized to practice before this Court. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") in the above-captioned action. I submit this declaration in support of PayPal's Stipulation And [Proposed] Order for Motion to Dismiss Briefing Schedule for the Second Amended Complaint. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. The Parties conferred and mutually agreed that good cause exists for an extended Motion to Dismiss briefing schedule given the nature of the case, number of claims and parallel discovery that will be proceeding in tandem with the Motion to Dismiss Briefing.

3. Accordingly, subject to the Court's approval, the Parties agreed to the following schedule:

- **February 2, 2026**: PayPal's deadline to respond to Plaintiffs' Second Amended Complaint.
- **March 2, 2026**: Plaintiffs' deadline to file an Opposition to PayPal's Motion to Dismiss.
- **March 16, 2026**: PayPal's deadline to file Reply to Plaintiffs' Opposition to its Motion to Dismiss.

4. This is the first modification request for the Motion to Dismiss briefing schedule for the Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2025.

*/s/ Clement S. Roberts*
CLEMENT S. ROBERTS

1

ROBERTS DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE FOR SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-09470-BLF