1  CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
2  GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
4  405 Howard Street
San Francisco, CA 94105-2669
5  Telephone:     +1 949 567 6700
Facsimile:      +1 949 567 6710
6
7
RICHARD A. JACOBSEN (admitted *pro hac vice*)
8  MARC R. SHAPIRO (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
9  51 West 52nd Street
New York, NY 10019-6142
10  Telephone:     +1 212 506 5000
Facsimile:      +1 212 506 5151
11
12  PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
13  ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
14  Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
15  Facsimile:      +1 949 567 6710
16
17  *Attorneys for Defendant*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.
18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE** |

1. Pursuant to Local Rules 6-2 and 7-12, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 21, 2025, the Court entered an Order dismissing Plaintiffs' First Amended Complaint with leave to amend (the "Order");

WHEREAS, pursuant to the Order, Plaintiffs are required to file their Second Amended Complaint by January 5, 2025;

WHEREAS, the Parties agree, subject to Court approval, that a modified Motion to Dismiss schedule is appropriate for the Parties to brief the issues in the forthcoming Second Amended Complaint (*see* Declaration of Clement Roberts, filed herewith);

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE to the following schedule:

**February 2, 2026**: PayPal's deadline to respond to Plaintiffs' Second Amended Complaint.

**March 2, 2026**: Plaintiffs' deadline to file an Opposition to PayPal's Motion to Dismiss.

**March 16, 2026**: PayPal's deadline to file its Reply to Plaintiffs' Opposition to its Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: December 19, 2025

Respectfully submitted,

By: */s/ Clement S. Roberts*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
croberts@orrick.com

Richard A. Jacobsen (*pro hac vice*)
Marc R. Shapiro (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com
mshapiro@orrick.com

Paul F. Rugani (SBN 342647)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
prugani@orrick.com

*Attorney for Defendants PayPal, Inc. and PayPal Holdings, Inc*


By*:* */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice* forthcoming)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

**ATTESTATION OF FILER**

I, Clement S. Roberts, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: December 19, 2025          */s/ Clement S. Roberts*
                                   Clement S. Roberts

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: December 22, 2025

_____
HONORABLE Beth Labson Freeman
United States District Judge