Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Andrew J. Fuller (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Interim Co-Lead Counsel*

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs bring this administrative motion to determine whether material cited in the Second Amended Complaint and designated "Confidential" by third-party subpoena recipient Rakuten Marketing, LLC ("Rakuten") under the Protective Order should be sealed. Dkt. 169. Plaintiffs are not the proponents of sealing.[1] Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated "Confidential" be filed provisionally under seal pending the Court's determination of whether or not the confidentiality designation was appropriate.

This Motion addresses a limited number of paragraphs in the Second Amended Complaint that reference or quote from the Rakuten documents. The unredacted Second Amended Complaint is attached as Exhibit 1 to this Motion. In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Pursuant to the Court's Standing Order, Plaintiffs outline the status of each document in the table below:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Rakuten's Claimed Basis for Sealing |
|---|---|---|---|
| Second Amended Complaint | Non-party Rakuten Marketing, LLC | Portions highlighted in yellow in Section III.D.3 | Refers to material designated "Confidential" pursuant to the Protective Order (Dkt. 169) |

Dated: January 5, 2026

By: */s/ Roger N. Heller*

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com

---

[1] Pursuant to Local Rule 79.5(f)(2), Plaintiffs will serve this motion on Rakuten, as the Designating Party, contemporaneously with filing this motion.

rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Andrew J. Fuller (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Interim Co-Lead Counsel*

ADMIN MOTION TO CONSIDER
SEALING  ANOTHER PARTY'S MATERIAL
Case No. 5:24-cv-9470-BLF

1

### ATTESTATION

2        Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on

3  whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4

5  Dated: January 5, 2026

6                                    */s/ Roger N. Heller*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOTION TO CONSIDER
SEALING  ANOTHER PARTY'S MATERIAL
Case No. 5:24-cv-9470-BLF

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the foregoing was duly served upon all

3    Counsel of record in this action via electronic service, in accordance with the Federal Rules of

4    Civil Procedure, on January 5, 2026.

5                                                    */s/ Roger  N. Heller*
                                                   Roger N. Heller

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOTION TO CONSIDER
SEALING  ANOTHER PARTY'S MATERIAL
Case No. 5:24-cv-9470-BLF