UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIAL** |

**IT IS HEREBY ORDERED THAT:**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed and all attendant documents, the Court hereby **GRANTS / DENIES / GRANTS IN PART** the Motion as follows:

| ECF | Document | Portions to Be Filed Under Seal | Grant | Deny | Grant in Part |
|---|---|---|---|---|---|
|  | Second Amended Complaint | Portions highlighted in yellow in Section III.D.3 |  |  |  |

**IT IS SO ORDERED**

DATED: _____, 2026

_____
The Honorable Beth Labson Freeman
United States District Judge