# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al.,<br><br>                Plaintiffs,<br>   v.<br>PAYPAL INC, et al.,<br><br>                Defendants. | Case No. 5:24-cv-09470-BLF<br><br>**NOTICE REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION**<br><br>[Re: ECF No. 241] |

Plaintiffs filed an administrative motion to consider whether another party's material should be sealed in connection with the second amended complaint. ECF No. 241. Any party that wishes for the portions of the second amended complaint indicated therein to be filed under seal SHALL file a brief and supporting affidavit within one week of the date of this order.

**IT IS SO ORDERED.**

Dated: January 9, 2026

                                              BETH LABSON FREEMAN
                                              United States District Judge