```
1    CLEMENT S. ROBERTS (SBN 209203)
     croberts@orrick.com
2    GEOFFREY MOSS (SBN 258827)
     gmoss@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
4    405 Howard Street
5    San Francisco, CA 94105-2669
     Telephone:    +1 949 567 6700
6    Facsimile:    +1 949 567 6710

7    RICHARD A. JACOBSEN (admitted *pro hac vice*)
8    MARC R. SHAPIRO (admitted *pro hac vice*)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
9    51 West 52nd Street
     New York, NY 10019-6142
10   Telephone:    +1 212 506 5000
11   Facsimile:    +1 212 506 5151

12   PAUL F. RUGANI (SBN 342647)
13   prugani@orrick.com
     ORRICK, HERRINGTON & SUTCLIFFE LLP
14   2050 Main Street, Suite 1100
     Irvine, CA 92614-8255
15   Telephone:    +1 949 567 6700
16   Facsimile:    +1 949 567 6710

17   *Attorneys for Defendants*
     PAYPAL, INC. AND PAYPAL HOLDINGS, INC.
18
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-09470-BLF<br>Judge: Hon. Beth Labson Freeman<br><br>**DECLARATION OF OWEN SPERLING IN SUPPORT OF PAYPAL'S LR 79-5(f)(3) STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED (ECF NO. 241)** |

# DECLARATION OF OWEN SPERLING

I, Owen Sperling, declare as follows:

1. I am an employee of PayPal, Inc. ("PayPal"). I submit this declaration in support of PayPal's LR 79-5(f)(3) Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Material Should be Sealed in Connection with the Second Amended Complaint (the "Statement") and the accompanying Proposed Order.

2. I have personal knowledge of the facts set forth herein and/or know of such facts from my review of the file of this case, and if called to testify, could and would testify competently thereto.

3. PayPal's business partners—*i.e.*, merchants who partner with Honey—are specifically named in Plaintiffs' Second Amended Consolidated Class Action Complaint (the "SAC") in three paragraphs containing disputed allegations regarding PayPal's interactions with those merchants.

| **Document** | **Portions For Which Sealing is Sought** | **Reason for Seeking Sealing** |
|---|---|---|
| Plaintiffs' Second Amended Consolidated Class Action Complaint | Highlighted merchant names, listed in **paragraph 257**, pages 63-64 | Confidential and proprietary business information between PayPal and its non-party business partners that, if disclosed, would harm PayPal's competitive standing. |
| | Highlighted merchant names, listed in **paragraph 258**, pages 64 | |
| | Highlighted merchant names, listed in **paragraph 259**, pages 64 | |

4. None of the listed business partners are parties to the above-captioned action.

5. PayPal and its affiliate partners have a legitimate business interest in protecting against the disclosure of the identity of its business partners in these paragraphs, as disclosing those names in association with disputed allegations concerning business operations can impact the nature of PayPal's current business relationships, contractual negotiations with future business partners, and PayPal's overall competitive standing.

6. The information that PayPal seeks to seal are narrowly tailored, intended to seal only the most competitively sensitive information—the names of PayPal's business partners in these three

1

paragraphs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Chicago, Illinois on January 16, 2026.

*Owen Sperling*
_____
Owen Sperling