CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 949 567 6700
Facsimile:    +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   +1 212 506 5000
Facsimile:    +1 212 506 5151

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:    +1 949 567 6710

*Attorneys for Defendant*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFIED MOTION TO DISMISS BRIEFING SCHEDULE** |

1  Pursuant to Local Rule 6-2 and 7-12, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 21, 2025, the Court entered an Order dismissing Plaintiffs' First Amended Complaint with leave to amend (the "Order").

WHEREAS, pursuant to the Order, Plaintiffs filed their Second Amended Complaint on January 5, 2026.

WHEREAS, on December 22, 2025, the Court entered an Order setting the below Motion to Dismiss briefing schedule:

February 2, 2026: PayPal's deadline to respond to Plaintiffs' Second Amended Complaint.

March 2, 2026: Plaintiffs' deadline to file an Opposition to PayPal's Motion to Dismiss.

March 16, 2026: PayPal's deadline to file its Reply to Plaintiffs' Opposition to its Motion to Dismiss.

WHEREAS, PayPal (defined as PayPal Holdings, Inc. and PayPal Inc.) has requested, and Plaintiffs agree, subject to Court approval, that PayPal shall have an additional one week each to file its response to Plaintiffs' Second Amended Complaint and its reply brief.;

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE to the following schedule:

**February 9, 2026**: PayPal's deadline to respond to Plaintiffs' Second Amended Complaint.

**March 9, 2026**: Plaintiffs' deadline to file an Opposition to PayPal's Motion to Dismiss.

**March 30, 2026** PayPal's deadline to file its Reply to Plaintiffs' Opposition to its Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: January 21, 2026                              Respectfully submitted,

By: */s/ Clement S. Roberts*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

croberts@orrick.com

Richard A. Jacobsen (*pro hac vice*)
Marc R. Shapiro (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com
mshapiro@orrick.com

Paul F. Rugani (SBN 342647)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
prugani@orrick.com

*Attorney for Defendants PayPal, Inc. and PayPal Holdings, Inc*


By*:   /s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

2

STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFIED BRIEFING SCHEDULE
CASE NO. 5:24-cv-09470-BLF

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

STIPULATION AND [PROPOSED] ORDER FOR MODIFIED BRIEFING SCHEDULE
CASE NO. 5:24-cv-09470-BLF

**ATTESTATION OF FILER**

I, Clement S. Roberts, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: January 21, 2026                          */s/ Clement S. Roberts*
                                                 Clement S. Roberts

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 21, 2026      _____
HONORABLE Beth Labson Freeman
United States District Judge