CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 949 567 6700
Facsimile:     +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 5000
Facsimile:     +1 212 506 5151

PAUL F. RUGANI (SBN 342647)
prugani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:    +1 949 567 6700
Facsimile:     +1 949 567 6710

*Attorneys for Defendants*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-09470-BLF<br>Judge: Hon. Beth Labson Freeman<br><br>**[PROPOSED] ORDEDR RE: PAYPAL'S LR 79-5(f)(3) STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONIDER WHETHER MATERIAL SHOULD BE SEALED (ECF NO. 241)** |

# [PROPOSED] ORDER

Upon consideration of Defendants PayPal, Inc. and PayPal Holdings, Inc. (collectively, "PayPal")'s LR 79-5(f)(3) Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Material Should be Sealed in Connection with the Second Amended Complaint, and the supporting Declaration of Owen Sperling in Support of the Statement, and finding that compelling reasons exist, the Court ORDERS the following **MATERIALS TO BE SEALED** in Plaintiffs' Second Amended Complaint:

1. Highlighted merchant names, listed in paragraph 257, pages 63-64;
2. Highlighted merchant names, listed in paragraph 258, pages 64; and
3. Highlighted merchant names, listed in paragraph 259, pages 64.

**IT IS SO ORDERED**:

Dated: January 21, 2026

*[signature]*

Honorable Beth Labson Freeman
United States District Judge

- 1 -

[PROPOSED] ORDER
5:24-CV-09470-BLF