UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PAYPAL HONEY BROWSER
EXTENSION LITIGATION          ,

            Plaintiff(s),

        v.

                              ,

            Defendant(s).

Case No. 5:24-CV-09470-BLF

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Keighley , an active member in good standing of the bar of

New York State , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: PayPal Inc., PayPal Holdings, Inc. in the

above-entitled action. My local co-counsel in this case is Geoffrey Moss , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 258827 .

51 West 52nd Street New York, NY 10019

MY ADDRESS OF RECORD

(212) 506-3584

MY TELEPHONE # OF RECORD

jkeighley@orrick.com

MY EMAIL ADDRESS OF RECORD

355 S. Grand Ave. Ste. 2700, Los Angeles, CA 90071

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 612-2373

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gmoss@orrick.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 4982187 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: February 5, 2026                                    Jennifer Keighley
                                                                APPLICANT

5

6    ════════════════════════════════════════════════════════════

7

8                         ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Jennifer Keighley          is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: February 5, 2026

16

17    _____
                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                          2