# APPENDIX A

Appendix A

| Plaintiffs | Central Allegation of Harm | Comparable Allegations of Harm Against Other Entities |
|---|---|---|
| Storm Productions LLC | Storm Productions Inc alleges that it "would have earned more in Affiliate Commissions but for PayPal's theft and diversion of Affiliate Commissions via its Honey Browser Extension." SAC ¶ 190. "Through the Honey Browser Extension, PayPal stole credit for sales that Storm Productions LLC generated with its affiliate links." *Id.* Storm Productions LLC also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." SAC ¶ 343. | **Capital One**: Storm Productions LLC alleges it "for years . . . has earned substantial commissions on sales generated via affiliate links" and "would have earned more in commissions but for Capital One's scheme to poach commissions via its Capital One Shopping browser extension." Am. Compl. ¶ 134, *In re Capital One Financial Corp., Affiliate Marketing Litigation*, No. 1:25-cv-00023 (E.D. Va. filed Mar. 25, 2025).<br><br>**Microsoft**: Storm Productions LLC alleges it "has earned substantial commissions on sales generated via affiliate links" for years and "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browser extension." Compl. ¶¶ 61–62, *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |
| Brevard Marketing LLC | Brevard Marketing alleges that it "would have earned more in Affiliate Commissions but for PayPal's scheme to poach Affiliate Commissions via its Honey Browser Extension." SAC ¶ 174. "Through the Honey Browser Extension, PayPal stole credit for sales that Brevard Marketing generated with its affiliate links." *Id.* Brevard Marketing also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." SAC ¶ 343. | **RetailMeNot**: Brevard Marketing alleges it "would have earned more in commissions but for Defendants' scheme to poach affiliate commissions via the RetailMeNot browser extension. Through the RetailMeNot browser extension, Defendants stole credit for sales that Brevard Marketing generated with its affiliate links." Compl. ¶ 148, *In re RetailMeNot Browser Extension Litigation*, No. 1:25-cv-00783 (S.D.N.Y. filed May 30, 2025). |

| | | |
|---|---|---|
| Justin Tech Tips | Justin Tech Tips LLC alleges that it "would have earned more in Affiliate Commissions but for PayPal's theft and diversion of Affiliate Commissions via its Honey Browser Extension." SAC ¶ 214. "Through the Honey Browser Extension, PayPal stole credit for sales that Justin Tech Tips generated with its affiliate links." *Id*. Justin Tech Tips LLC Inc. also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." SAC ¶ 343. | **Microsoft**: Justin Tech Tips LLC alleges that it "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browser extension. Through this extension, Microsoft took credit for sales that Justin Tech Tips generated with its affiliate links." Compl. ¶ 55, *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |
| Aaron Ramirez | Aaron Ramirez alleges that he "would have earned more in Affiliate Commissions but for PayPal's theft and diversion of Affiliate Commissions via its Honey Browser Extension." SAC ¶ 166. "Through the Honey Browser Extension, PayPal stole credit for sales that Mr. Ramirez generated with its affiliate links." *Id*. Aaron Ramirez also alleges that PayPal's conduct "deprived Plaintiffs and Class members of the monies that they rightfully earned as the true originators of sales from their affiliate links." SAC ¶ 343. | **Microsoft**: Aaron Ramirez alleges that he "would have earned more in commissions but for Microsoft's scheme to poach commissions via its Microsoft Shopping browsing extension. Through this extension, Microsoft took credit for sales that Mr. Ramirez generated with his affiliate links." Compl. ¶ 24, In re Microsoft Browser Extension Litigation, No. 2:25-cv-00088 (W.D. Wash. filed May 2, 2025). |