# EXHIBIT A

IMPORTANT! PLEASE READ CAREFULLY:

This Agreement states the terms and conditions that apply to your participation in the Dell Home U.S. Affiliates Program ("Program").

By applying for or participating in the Program, you agree to be bound by all of the terms and conditions of the Affiliate Agreement below, some of which may conflict with the terms of the Commission Junction Publisher Service Agreement. To the extent they conflict, these terms and conditions will control. Please DO NOT submit an affiliate application or participate in the Program if you do not agree to all of the terms and conditions of the Affiliate Agreement. If you are already participating in the Program, you agree to be bound by all of the terms and conditions of the Affiliate Agreement by your continued participation in the Program. If you do not agree to be bound by the terms and conditions, you must immediately notify Dell and terminate all uses of Dell's Marks (defined below), any links to Dell's website(s), and your continued participation in the Program.

AFFILIATE AGREEMENT

As used in this Agreement, "you," "your," or "Affiliate" refers to the web affiliate that applies or participates in the Program; "we", "us", or "our" refers to Dell Marketing L.P., its subsidiaries and corporate affiliates ("Dell"). We may cause any of our obligations under this Agreement to be fulfilled by a third party, such as Commission Junction Inc., on our behalf.

This Agreement governs your participation in the Program. It does not apply to your participation in any other programs offered by Dell. These terms and conditions are in addition to, and not in place of, Dell's Privacy Policy and Site Terms.

1 Eligibility; Application for Enrollment; Administrator

1.1 Eligibility. Participation in the Program is limited to parties that lawfully can enter into and form contracts under applicable law. By participating in the Program, you represent that you are of legal age to enter into a contract. Resellers of products that are offered for sale by Dell are not eligible to participate in the Program.

1.2 Application for Enrollment. To begin the enrollment process, you will submit a complete Program application via the Dell.com site or through the Commission Junction network. We will evaluate your application. We may reject your application for any or no reason, including if we determine, in our sole discretion, that Your Marketing Platform(s) is unsuitable for the Program. Unsuitable sites include, but are not limited to, those that are described in section 3.2 below.

1.3 Administrator. This Program is administered by Commission Junction, Inc. ("Administrator" or "CJ'), a third party service provider.

2 DEFINITIONS. Capitalized terms used in this Agreement have the following definitions:

2.1 "Administrator Site" means the Commission Junction, Inc. website at the URL http://www.cj.com.

2.2 "Confidential Information" means any proprietary or confidential information of Dell, whether oral, visual or written in form, and whether or not marked as such. Confidential Information includes any sales data related to the Program (including without limitation,

information obtained from the use of any tracking or reporting functionality within the Program and any fees offered or paid by us.

2.3 "Dell Site" means the U.S. only website of the Dell Home segment currently located at the URL http://www.dell.com/content/default.aspx?c=us&cs=19&l=en&s=dhs
2.4 "Offer" means an offer from us to pay you a specified commission for certain marketing and/or advertising services leading to a Qualifying Link, and such offer is posted on the Administrator Site and is given an identification number designated by the Administrator.

2.5 "Qualifying Link" means a link from Your Marketing Platform(s) to the Dell Site using the required URLs specified in an Offer (or other URL or graphic link expressly provided by Dell for use in connection with an Offer), provided that it is the last link to the Dell Site that a visitor uses during a Session where a sale of a product or a service occurs.

2.6 "Qualifying Product" means a product or service offered on the Dell Site that is the subject of an Offer.

2.7 "Qualifying Product Sales" means sales to Visitors, made through Your Marketing Platform(s), of Qualifying Products and specifically excludes sales of products and services that we believe to have been sold: (a) by phone; (b) through any Dell sales segment other than Dell's Home Segment, including, but not limited to, Auction@DellExchange, Donation@DellExchange, Dell Host, Dell Employee Purchase Program, Dell Small Business Systems Division, Public, or Corporate Accounts; (c) through a non-U.S. Dell site; or (d) to parties reselling product and/or services offered by Dell.

2.8 "Qualifying Product Revenues" means revenues received by Dell from Qualifying Product Sales, excluding shipping and transportation, handling, returns, insurance, concessions, cancellations, returns or restocking fees, gift-wrapping, taxes, service charges, credit card processing fees, bad debt, and promotional or other discounts.

2.9 "Session" means the period between the time a Visitor first clicks on a Qualifying Link on Your Marketing Platform(s) and the time the Visitor makes an online purchase at the Dell Site.
2.10 "Visitor" means any unrelated, unaffiliated third party, and excludes (a) you and any member of your immediate family (parent, spouse, sibling or child and their respective spouses, regardless of where they reside) and those living in the same household of any of the above, whether or not related, and (b) any employee of you or your company, or any person or entity purchasing on behalf of any of them.
2.11 "Your Marketing Platform(s)" means any media channel (including, but not limited to, a World Wide Web site, CAN-SPAM compliant email, pay-per-click search or other media buy, or approved ad-supported software) that you will use to link to the Dell Site as identified in your Program application forms. You may only link to the Dell Site from websites or locations that you have identified to Administrator.
3 YOUR RESPONSIBILITIES

3.1 You are solely responsible for, and we disclaim all liability for, the development, operation and maintenance of Your Marketing Platform(s) and for all materials, information, representations, errors and omissions on Your Marketing Platform(s). Examples include but are not limited to:
· maintaining proper link syntax and conducting proper testing and maintenance to ensure correct and dependable operation of Qualifying Links;
· notifying us and the Administrator of any malfunctioning of the Qualifying Links or other problems with your participation in the Program under this Agreement;
· marketing and advertising the products and services that are the subject of an Offer to the intended target audience of home end users in the U.S., as defined by Dell in its sole discretion.
· ensuring that Your Marketing Platform(s) accurately and adequately discloses, either through a privacy policy or otherwise, how you collect, use, store, and disclose data collected from visitors.
You understand that prices and availability of products on the Dell Site may vary from time to time, and the availability and price of any particular product cannot be guaranteed. It is therefore not recommended that you place individual product pricing on Your Marketing Platform(s); however, if you do place such product pricing on Your Marketing Platform(s), you agree to notify visitors of Your Marketing Platform(s) that prices and availability of products on the Dell Site may change without notice.
If you collect any information from a browser, you must have a clearly visible privacy policy in Your Marketing Platform(s).

3.2 As a condition of your participation in the Program, you agree to not engage in any of the following activities without prior written approval from Dell or Administrator:
(a) Promote (including, without limitation, publish on Your Marketing Platform(s) or link to) sexually explicit materials; violence; discrimination based on race, sex, religion, nationality, disability, sexual orientation, or age; or illegal activities;
(b) Apply for, bid on, acquire, use or benefit from Dell-related search terms including but not limited to Dell-owned trademarks, trade names, slogans or other indicia of source, sponsorship, approval or affiliation ("Dell Marks");
(c) Manipulate search results, including but not limited to using or otherwise incorporating the word "Dell" or any other Dell Mark, or variations or misspellings of any Dell Mark in the domain name, sub-domain name (i.e. before the top-level domain), or metatags of Your Marketing Platform(s);
(d) Register or use, directly or indirectly, any domain name containing any Dell Mark, or any colorable imitation, simulation or typographical variation of any Dell Mark;
(e) Misrepresent Your Marketing Platform(s) or any other web site that you own or control, directly or indirectly, as a Dell website, including without limitation, by "framing" or co-opting the visual "look and feel" of or text from a Dell web site or otherwise expressly or impliedly indicating you are sponsored or authorized by Dell; (f) Violate the intellectual property rights of Dell or any third party, including, without limitation, "scraping" text or using Dell copyrighted material including but not limited to images from a Dell website;

(g) Promote marketing or advertising errors, including but not limited to pricing errors on Dell websites,
(h) Promote any Dell offer or promotion that Dell requests that you refrain from promoting, including, but not limited to offers advertised or promoted through other media or channels;
(i) Fail to comply with Dell's site terms policies and guidelines;
(j) Represent Dell or any of its products, services or personnel in a negative manner; (k) Breach of a provision of this Agreement;
(l) Automate the sending of traffic at a rate or in a form that may cause disruption to Dell;
(m) Access or attempt to access an area of any of Dell's web sites for which access is not authorized;
(n) Save e-value codes to extend the intended length of a promotion;
(o) Sell coupons or e-value codes;
(p) Send, or have a third party send, directly or indirectly, electronic mail or direct mail messages that (1) relate to the Program or contain Qualifying Links, Dell's intellectual property, or other materials provided by Dell, and (2) are not in compliance with Your Marketing Platform(s)'s privacy policy or with applicable federal, state, or local laws, including the CAN-SPAM Act of 2003;
(q) Use "adware," "spyware," any other means of distribution that does not comply with the terms of your Publisher Service Agreement with CJ, or any means that Dell considers inappropriate;
(r) Use any device that causes a Qualifying Link to be accessed other than by a Visitor to your website manually and knowingly clicking on such link on Your Marketing Platform;
(s) Provide blog content regarding the Dell Home affiliate program without prior consent directly from the Dell Affiliate Marketing Division.

3.3 In addition, you will not make any representations, warranties or other statements concerning us, Dell Site, Administrator or the Administrator Site; or use comparative statements, promotions, offers, marketing or advertising with respect to any Offer or other Dell promotion, offer, marketing, or advertising. Any and all electronic messages or direct mail pieces sent or initiated by you, directly or indirectly, in connection with the Program must receive Dell's prior written approval and must not identify, suggest, imply, mislead, or be likely to mislead a recipient into believing Dell is the sender or sponsor of such electronic messages.

3.4 You may display Qualifying Links only on Your Marketing Platform(s), and no other sites. The position, prominence and nature of Qualifying Links shall comply with requirements specified in the Offer, on the Administrator Site, or as otherwise communicated to you.

3.5 You agree to cooperate with Dell's customer service personnel in Dell's handling of customer service inquiries and claims related to products or services. You shall not respond to any customer service inquiries regarding Dell products or services and shall immediately refer any customer correspondence, inquiries and complaints related to products or services to http://www.support.dell.com.

3.6 You will keep confidential all Confidential Information, using at least the same degree of care you use in protecting your own proprietary information and trade secrets but in no event less than reasonable care. You may disclose Confidential Information to your employees and agents only on a need-to-know basis and only as necessary for the purposes contemplated by this Agreement. You warrant that any such employees and agents to whom you disclose Confidential Information shall recognize this non-disclosure obligation and you shall cause them to comply with it. Your obligation to preserve the confidentiality of the Confidential Information shall continue after expiration or termination of this Agreement. You may disclose Confidential Information to the extent as may be required by applicable law, in which case you shall first promptly notify Dell.

3.7 You agree to be responsible for the acts, misrepresentations and omissions of your affiliates, sub-affiliates, and subsidiaries that are connected with your participation in the Program. In addition, you agree to be responsible for any noncompliance of this Agreement by your affiliates, sub-affiliates, and subsidiaries; notify us and the Administrator of such noncompliance, and cooperate with us to enforce the terms of this Agreement.

3.8 You agree that you will maintain accurate and complete public ownership information for Your Marketing Platform(s), including but not limited to WHOIS information for any domain name(s) you use in connection with Your Marketing Platform, and that you will not use any identity shield or privacy service to mask your contact details.

3.9 You agree that Administrator may share with Dell any and all information provided by you during registration or in the course of your participation in the Program. This information includes, but is not limited to, your contact information, social security number, tax identification number, and other personally identifying information. Dell will take reasonable steps to maintain the confidentiality of such information.

4 OFFERS

4.1 From time to time, we may, in our sole discretion, post Offers on the Administrator Site. The terms and conditions of an Offer, as posted on the Administrator Site, or otherwise communicated to you, shall be incorporated into and governed by the provisions of this Agreement. However, in the event of any inconsistency between the provisions of an Offer and the provisions of this Agreement, the provisions of the Offer shall govern.

4.2 Except in connection with or as a result of any violation of this Agreement or your Publisher Service Agreement, Dell or CJ may, with seven (7) days notice, (a) change, suspend or discontinue any aspect of an Offer or (b) remove, alter, or modify any communication, graphic or banner ad provided to you pursuant to an Offer. In the event that you breach any provision of this Agreement, Dell or CJ may change, suspend or discontinue any aspect of an Offer with immediate effect.

4.3 You agree to promptly implement and abide by any request from us to remove, alter or modify any communication, graphic or banner ad appearing on Your Marketing Platform(s) or otherwise communicated by or through you that is being used in connection with an Offer.

4.4 You may only post offers made through the Administrator Site. You may not post other promotions or advertisements that Dell makes through other media or channels without Dell's prior written permission.

5 REFERRAL FEES

5.1 Only Qualifying Links generated by the Administrator will be tracked by Dell for purposes of determining referral fees that you may be eligible to receive. Subject to the provisions of this Agreement, a referral fee may be due and payable based on Qualifying Product Revenues specified in the Offer only if:

- a Visitor to the Dell Site through Your Marketing Platform(s) who purchases a Qualifying Product, accepts delivery of the Qualifying Product at the shipping destination within the 50 United States or District of Columbia for use within the U.S.;
- we receive full payment for the Qualifying Product;
- the Visitor accessed the Dell Site and completed a Qualifying Product Sale online via a Qualifying Link from Your Marketing Platform(s), provided that it is the last link to the Dell Site used during a Session where a sale of a product or a service occurs;
- the relevant Qualifying Product or portion thereof is not returned or canceled;
- the placement of the order did not involve interaction with a live Dell sales representative (e.g., Visitor saves the order for the Qualifying Product in a "Cart" and then calls a Dell sales representative to complete the order); and
- you and/or the Visitor have not received any other fee, discount or other payment from Dell, including but not limited to a Web certificate for the "Refer-A-Friend" program or a discount via the Employer Purchase Plan.

In the event that a Customer purchases a Dell product or service through another Dell sales segment (e.g., Dell Small Business Systems, 'SMB') after accessing the Dell Site through a Qualifying Home Link, Dell will not pay you a referral fee. In addition, if a Customer clicks on a Qualifying Link, but clicks on another Dell sales segment's affiliate, search or other link before making a purchase, Dell will not pay you a referral fee.

5.2 You and your sub-affiliates and subsidiaries may not purchase products during Sessions initiated through the links on Your Marketing Platform(s) for resale or commercial use of any kind, including for your own use or the use of your affiliates or subsidiaries. Such purchases may result (in our sole discretion) in the withholding of referral fees and/or the termination of this Agreement.

5.3 Dell shall have the sole right and responsibility for processing all orders it receives. You acknowledge that all sales by Dell may be subject to terms and conditions determined solely by Dell. Any parties that buy products or services through this Program will be deemed to be customers of Dell. Accordingly, all Dell rules and policies including Dell's privacy policy, and operating procedures concerning customer orders and returns, customer service, customer data, and product sales will apply to those customers. Dell shall not be obligated to you or any third party with respect to a customer's data privacy or be subject to your or any third party's data privacy policy. We may change our policies and operating procedures at any time by notifying you via the Administrator Site or other means.

5.4 Affiliate shall be solely responsible for any payments due in connection with Affiliate's own reward, loyalty, rebate or charitable giving service or programs, and to any sub-affiliate or any third party with which Affiliate shares the fees.

6 REFERRAL FEE PAYMENT

6.1 Unless otherwise stated in an Offer, CJ will pay you a referral fee on Qualifying Product Revenues as set forth below . The referral fee applicable to a particular Qualifying Product Sale shall be set forth in the corresponding Offer. Dell shall only pay a referral fee once for a Qualifying Product Sale that is included in Qualifying Product Revenues.

6.2 Dell's payment of the applicable referral fee for Qualifying Product Sales shall be the only payment due by Dell to you for your participation in the Program.

6.3 If You wish to dispute, in good faith, the amount of any referral fee(s) paid to You hereunder, you must communicate such dispute to Dell and Administrator through the Dell Order Discrepancy Tool located at: http://www.dell.com/content/topics/segtopic.aspx/affiliate_order_discrepancy_form?c=us&cs=04&l=en&s=bsd in reasonable detail within 120 days after the date on which you receive the referral fee payment giving rise to the dispute, and You must respond promptly to Dell's reasonable requests for more information. In such cases, Dell will research the matter and use reasonable commercial efforts to resolve the matter with You informally. After 30 days following the date of your receipt of the applicable referral fee payment, Dell will have no obligation to research any disputed referral fees. For the purposes of this section, you will be deemed to have received the referral fee on the earlier of (a) the date you actually receive such payment or (b) five (5) business days following the date on which the payment is mailed to your designated address.

7 OWNERSHIP AND LICENSES

7.1 You and we acknowledge that each party owns and shall retain all right, title and interest in its names, logos, trademarks, service marks, trade dress, copyrights and proprietary technology, including, without limitation, those names, logos, trademarks, service marks, trade dress, copyrights and proprietary technology currently used or which may be developed and/or used by it in the future.

7.2 During the term of this Agreement, and subject to the terms of this Agreement, we grant you a limited, revocable, non-exclusive, license to use the graphic image and text provided to you through the Administrator Site, which may include Dell Marks solely for the purpose of creating links from Your Marketing Platform(s) to the Dell Site pursuant to this Agreement. Except as expressly set forth in this Agreement, you may not copy, distribute, modify, reverse engineer, or create derivative works from the same. You may not sublicense, assign or transfer any such licenses for the use of the same, and any attempt at such sublicense, assignment or transfer is void. You many not use any of the Dell's intellectual property, including its trademarks or copyrighted materials, other than as provided to you through the Administrator Site. Any prominent use of the Dell Marks on Your Marketing Platform(s) must be approved by Dell prior to publishing. We may revoke your license at any time by giving you notice.

7.3 The Parties understand and agree that Dell Inc. owns the Dell Marks and may be a necessary party in any undertaking to enforce this Agreement. You may not use Dell's names, logos, trademarks, service marks, trade dress, copyrights and proprietary technology, including, without limitation, those names, logos, trademarks, service marks, trade dress, copyrights and proprietary technology currently used or which may be developed and/or used in the future except (i) as expressly approved by Dell and provided through the Administrator Site, (ii) in a manner authorized by Dell and (iii) in a manner that Dell believes, in its sole discretion, to be appropriate.

8 TERM AND TERMINATION

8.1 The term of this Agreement shall begin from the date that Dell notifies you that you have been accepted into the Program and end when terminated by either you or us in accordance with this Agreement.

8.2 Either we or you may terminate this Agreement at any time, for any or no reason, without liability, by giving notice to the other party. Except for termination for breach, your termination by Dell shall be effective seven (7) days after notice, unless a later date is stated in the notice.

8.3 We may immediately terminate this Agreement, in whole or in part, without any notice, if you breach this Agreement or if we determine, in our sole discretion, that your participation in the Program and/or your related actions or activities are unsuitable, offensive or inappropriate. In addition, CJ may disable or deactivate your participation in the Program, and Dell may modify, suspend, or withdraw any pending Offer or payout, withhold payment of associated referral fees pending resolution of any claim of breach of this Agreement, or immediately pursue any other rights and remedies available at law or in equity.

8.4 With respect to you, the termination of this Agreement shall also terminate any outstanding Offer.

8.5 Upon termination of this Agreement for any reason, you will immediately (i) cease use of, and remove from Your Marketing Platform(s), all links to the Dell Site, and all Dell Marks and other materials provided by or on behalf of us to you pursuant hereto or in connection with the Program and (ii) return to Dell any Confidential Information provided to you by Dell.

8.6 You are only eligible to earn referral fees on Qualifying Product Revenues occurring during the term of this Agreement, and referral fees earned through the date of termination will remain payable only if (i) the related Qualifying Products are not canceled or returned, and (ii) the termination was not by Dell for cause. In addition, we may invoice you for referral fees that were paid to you prior to termination if those referral fees relate to Qualifying Products that are subsequently canceled or returned. We may withhold your final payment for a reasonable time to ensure that the correct amount is paid.

8.7 In the event this Agreement is terminated for breach of this Agreement, you agree that you will be liable to Dell, at Dell's option, for repayment of all referral fees earned during the term of this Agreement.

8.8 Sections 3 (Your Responsibilities), , 8 (Ownership and Licenses), 9 (Termination), 10 (Representations), 11 (Indemnification), 12 (Limitation of Liability), and 13 (General), including all subsections thereof, and all other provisions that by their terms are intended to survive termination, shall survive termination of this Agreement.

9 REPRESENTATIONS

9.1 You represent and warrant that (a) you have the authority to enter into this Agreement and sufficient rights to grant any licenses expressed herein, and (b) any material displayed on Your Marketing Platform(s) or distributed by you in connection with the Program will not: (i) infringe on Dell's or any third party's copyright, patent, trademark, trade secret or other proprietary rights or right of publicity or privacy; (ii) violate any applicable law, statute, ordinance or regulation; (iii) be defamatory or libelous; (iv) be lewd, pornographic or obscene; (v) violate any laws regarding unfair competition, anti-discrimination or false advertising; (vi) promote violence or contain hate speech; (vii) promote discrimination based on race, age, sex, religion, nationality, sexual orientation or disability; (viii) contain viruses, Trojan horses, worms, time bombs, cancelbots or other similar harmful or deleterious programming routines' or (ix) otherwise constitute an "unsuitable site" as determined by Dell in accordance with the terms outlined in the Section 4.2. above.

9.2 You attest that the information you provide to Dell in your application is both complete and accurate. You warrant that Your Marketing Platform(s) is owned and controlled by you and is a U.S. Site. You further agree that Dell and Administrator may collect, process, and hold personal and other data on you for the purpose of fulfilling the terms and conditions of this Agreement. You agree that information relating to you (including personal data) may be held and processed on servers located outside of your country of residence (including the United States of America) by Dell and Administrator and you agree that such information may be exported to such other countries for the purpose of processing the required information to fulfill our obligations under this Agreement. You agree not to make any representations regarding your relationship with Dell or Administrator.

9.3 You further represent and warrant that you will comply with all applicable Federal, State and local laws, regulations and ordinances, including but not limited to the CAN-SPAM Act.

9.4 You represent and warrant that you will comply with your obligations to Administrator in any agreement that you have with the Administrator in connection with your participation in the Program.

9.5 EXCEPT AS EXPRESSLY PROVIDED IN SECTIONS 10.1 - 10.4, NEITHER WE NOR YOU MAKE ANY REPRESENTATIONS OR WARRANTIES TO THE OTHER PARTY, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. DELL MAKES NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS WITH RESPECT TO THE PROGRAM OR ANY PRODUCTS SOLD THROUGH THE PROGRAM OR THAT THE DELL SITE OR ADMINISTRATOR SITE WILL BE UNINTERRUPTED OR ERROR-FREE AND WE WILL NOT BE RESPONSIBLE FOR CONSEQUENCES OF ANY INTERRUPTIONS OR ERRORS. NEITHER PARTY REPRESENTS OR WARRANTS THAT IT WILL MAKE ANY SALES AS A RESULT OF THIS AGREEMENT.

## 10 INDEMNIFICATION

10.1 You agree to indemnify, defend and hold harmless Dell its affiliates, directors, officers, employees and agents, from and against any and all liability, claims, losses, damages, injuries or expenses (including reasonable attorneys' fees) incurred by Dell, arising out of your breach, or alleged breach, of this Agreement including but not limited to a breach of this Agreement by your affiliate or subsidiary. You shall indemnify and hold Dell harmless from all claims, damages and expenses (including, without limitation, attorney's fees and court costs) relating to your participation in the Program including but not limited to the development, operation, maintenance, contents, information, representations and omission on or arising from Your Marketing Platform(s) and your use of Program information.

## 11 LIMITATION OF LIABILITY

11.1 DELL DOES NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH HEREIN, INCLUDING BUT NOT LIMITED TO ANY LIABILITY FOR PRODUCT NOT BEING AVAILABLE FOR USE, LOST PROFITS, LOSS OF BUSINESS OR FOR LOST OR CORRUPTED DATA OR SOFTWARE, OR THE PROVISION OF SERVICES AND SUPPORT. EXCEPT FOR YOUR INDEMNIFICATION OBLIGATION HEREUNDER OR FOR YOUR BREACH OF SECTION 3.6 (CONFIDENTIALITY) OR ARTICLE 8 (OWNERSHIP AND LICENSES IN IP), IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, SPECIAL, EXEMPLARY, CONSEQUENTIAL OR INCIDENTAL DAMAGES ARISING FROM OR RELATED TO THIS AGREEMENT, THE PROGRAM, OR THE ADMINISTRATOR SITE, EVEN IF INFORMED OF THE POSSIBILITY OF SUCH DAMAGES.

11.2 FURTHER, DELL'S AGGREGATE LIABILITY ARISING FROM THIS AGREEMENT AND THE PROGRAM SHALL NOT EXCEED THE TOTAL REFERRAL FEES PAID OR PAYABLE TO YOU UNDER THIS AGREEMENT FOR THE TWELVE MONTHS PRECEDING THE CLAIM FOR LIABILITY. AFFILIATE AGREES THAT DELL SHALL HAVE NO LIABILITY TO AFFILIATE FOR ANY ACTION OR FAILURE TO ACT BY THE ADMINISTRATOR OR ANY BREACH BY ADMINISTRATOR OF ITS OBLIGATIONS, IF ANY, TO AFFILIATE IN ANY AGREEMENT BETWEEN ADMINISTRATOR AND AFFILIATE IN CONNECTION WITH THE PROGRAM.

## 12 GENERAL

12.1 No Agency. Each party shall act as an independent contractor and shall have no authority to obligate or bind the other party in any respect, and nothing in this Agreement (including any Offer) shall create any partnership, joint ventures, agency, franchise, sales representative or employment relationship between the parties. Neither party shall make any statement, whether on their sites or otherwise, that reasonably would contradict anything in this Agreement.

12.2 Binding Agreement. You acknowledge that you have read this Agreement and agree to all its terms and conditions. You have independently evaluated the desirability of participating in the Program and are not relying on any representation, guarantee, or statement other than as set forth in this Agreement. Your submission of (i) your application to the Program on the Dell Site and (ii) the application to the Administrator on the Administrator Site shall be deemed your agreement to the terms and conditions of this Agreement. This Agreement will be binding and effective between the Parties upon Dell's acceptance of your application.

12.3 Jurisdiction; Venue. THIS AGREEMENT HAS BEEN MADE IN AND SHALL BE CONSTRUED AND ENFORCED IN ACCORDANCE WITH THE LAWS OF THE UNITED STATES AND TEXAS WITHOUT REFERENCE TO RULES GOVERNING CHOICE OF LAWS. ANY ACTION TO ENFORCE THIS AGREEMENT MUST BE BROUGHT IN THE STATE OR FEDERAL COURTS LOCATED IN AUSTIN, TEXAS, AND YOU IRREVOCABLY CONSENT TO THE JURISDICTION OF SUCH COURTS.

12.4 Notice. Any notices required or permitted by this Agreement must be delivered in writing to Dell via registered mail to:

Dell Marketing, L.P.
One Dell Way
Round Rock, Texas 78682
Attention: Dell Home U.S. Affiliates Program Manager
With a copy to: Dell Legal Department

Any notices required or permitted by this Agreement or communications in connection with this Program to be sent to you by Dell will be sent or posted, at Dell's option (i) via e-mail at the address you provided Dell on your application to the Program, (ii) on the Dell Site, or (iii) on the Administrator Site.

12.5 Non-Exclusive Agreement. You acknowledge that this Agreement is a non-exclusive agreement. You understand that we may at any time (directly or indirectly) solicit referrals from third parties, including third parties who may be your competitors, on terms that may be similar to or different from those contained in this Agreement. We also may associate with or operate sites that are similar to or compete with Your Marketing Platform(s).

12.6 Severability. The provisions of this Agreement are independent of and separable from each other, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that for any reason any other or others of them may be invalid or unenforceable in whole or in part.

12.7 Assignment; Waiver. You may not assign this Agreement, by operation of law or otherwise, without our prior written consent, which may be withheld in our sole discretion. Subject to that restriction, this Agreement will be binding on, inure to the benefit of, and enforceable against the parties and their respective successors and assigns. Our failure to enforce your strict performance of any provision of this Agreement will not constitute a waiver of our right to subsequently enforce such provision or any other provision of this Agreement.

12.8 Equitable Relief. The parties agree that any breach of either of the party's obligations regarding trademarks, service marks or trade names, confidentiality, links or the removal of links, and/or user data may result in irreparable injury for which there may be no adequate remedy at law. Therefore, in the event of any breach or threatened breach of a party's obligations regarding these matters, the aggrieved party will be entitled to equitable relief, in addition to its other available legal remedies, in a court of competent jurisdiction.

12.9 Obligation to Mediate in Good Faith and Arbitration. Except as provided in this Agreement, before either party initiates a claim against the other party relating to this Agreement, the Parties agree to mediate all disputes and claims arising out of or relating to this Agreement, the Parties' performance under it, or its breach. To this end, either Party may request in writing, after informal discussions have failed to resolve a dispute or claim that each Party designate an officer or other management employee with authority to bind the Party to meet in good faith and attempt to resolve the dispute or claim through mediation. During their discussions, each Party will honor the other's reasonable requests for information that is not privileged and relates to the dispute or claim. This Section does not apply if (i) the expiration of the statute of limitations for a cause of action is imminent, or (ii) a Party is seeking equitable relief as permitted herein. If, after a reasonable period the claim is not resolved through mediation, or if the expiration of the statute of limitations for a cause of action is imminent, then the claim shall be resolved exclusively and finally by binding arbitration administered by the National Arbitration Forum (NAF) under its Code of Procedure then in effect (available via the Internet at http://www.arb-forum.com, or via telephone at 1-800-474-2371). The arbitration will be limited solely to the dispute or controversy between you and Dell. Neither you nor Dell shall be entitled to join or consolidate claims by or against other affiliate, or arbitrate any claim as a representative or class action or in a private attorney general capacity. This transaction involves interstate commerce, and this provision shall be governed by the Federal Arbitration Act 9 U.S.C. sec. 1-16 (FAA). Any award of the arbitrator(s) shall be final and binding on each of the Parties, and may be entered as a judgment in any court of competent jurisdiction. Dell will be responsible for paying any arbitration filing fees and fees required to obtain a hearing to the extent such fees exceed the amount of the filing fee for initiating a claim in the court of general jurisdiction in the state in which you reside. Each Party shall pay for its own costs and attorneys' fees, if any. However, if any Party prevails on a statutory claim that affords the prevailing Party attorneys' fees, or if there is a written agreement providing for fees, the Arbitrator may award reasonable fees to the prevailing Party, under the standards for fee shifting provided by law. Information may be obtained and claims may be filed with the NAF at P.O. Box 50191, Minneapolis, MN 55405.

12.10 Force Majeure. You acknowledge that Dell's and the Administrator's servers, equipment, and services (e.g. tracking and reporting) may be subject to temporary modifications or shutdowns due to causes beyond Dell's or the Administrator's reasonable control. Such temporary service interruptions will not constitute a material breach of this Agreement. Dell and the Administrator will use commercially reasonable efforts to provide the services contemplated under this Agreement and to remedy any temporary interruptions or other problems that adversely affect the Program.

12.11 Entire Agreement and Modifications. This Agreement constitutes the entire agreement between you and us with respect to the specific subject matter hereof. We may modify any of the terms and conditions contained in this Agreement, at any time and in our sole discretion, by posting a change notice or a new agreement on the Dell Site or the Administrator Site or providing you notice of such modification via e-mail. Modifications may include, for example, changes in the scope of available referral fees, referral fee

schedules, payment procedures, and Program rules. IF ANY MODIFICATION IS UNACCEPTABLE TO YOU, YOUR ONLY RECOURSE IS TO TERMINATE THIS AGREEMENT. YOUR CONTINUED PARTICIPATION IN THE PROGRAM FOLLOWING OUR NOTICE OF MODIFICATION AS PERMITTED HEREIN WILL CONSTITUTE YOUR BINDING ACCEPTANCE OF THE CHANGE.