# EXHIBIT B

**FORM OF MASTER AGREEMENT**

The following form of master agreement (the "Form") can be used by any site owner selling products and services ("Merchant") and any site owner that wishes to promote and link to the Merchant's site ("Affiliate"), to confirm the terms and conditions that will apply to advertising and commission engagements they enter into via The LinkShare Network(tm). The Form also includes certain terms in favor of The LinkShare Network(tm) and LinkShare Corporation which Merchant and Affiliate are required to use as registered members of The LinkShare Network(tm) (see "LinkShare Required Provisions" in the Form).

LinkShare Corporation provides the Form solely for the convenience of participants in the LinkShare Network(tm) and makes no representation or warranty of any kind in relation to the Form, including, but not limited to, any representation that the Form is fair or complete, or that LinkShare Corporation will update it. Participants in The LinkShare Network(tm) use the Form entirely at their own risk.

The Form is a copyright work belonging to LinkShare Corporation (c) LinkShare Corporation 1997). You are permitted to access, copy, download and modify the Form solely for purposes of use as the basis of an agreement between participants in The LinkShare Network(tm). The Form may not be used for any other purpose, including, but not limited to, use as the basis of an agreement between Merchant and Affiliate for transactions that are not conducted through The LinkShare Network(tm).

To confirm your understanding of the above and to obtain access to the Form, please click on the "I Accept" button below. Otherwise click on the "back" button on your browser to return to the previous page.

**MASTER AGREEMENT**

This Master Agreement ("Agreement") is made between Neiman Marcus Group, Inc., ("Merchant") and the undersigned entity ("Affiliate").

**BACKGROUND**

Affiliate and Merchant are each enrolled in The LinkShare Network(tm).

Affiliate and Merchant each desire to establish the general terms and conditions which shall govern advertising and commission arrangements between Affiliate and Merchant that result from their participation in The LinkShare Network(tm).

**TERMS AND CONDITIONS**

In consideration of the promises set forth below, we agree as follows:

1. Offers and Engagements.

1.1. From time to time, Merchant may post on The LinkShare Network(tm) offers to pay to other participants a specified commission in return for certain advertising services leading to a Qualifying Link (defined below). If such offers receive an identification number from The LinkShare Network(tm) they shall be deemed to be an "Offer" for purposes of this Agreement. The term "Offer" shall also include any counter-offers resulting from an Offer.

1.2. If an Offer made by one party is accepted by the other party in accordance with the Offer's terms via The LinkShare Network(tm), an "Engagement" will have been formed. Each Engagement shall have the same identification number as the original Offer that lead to the Engagement and shall be governed by the terms and conditions of this Agreement. However, in the event of any inconsistency between the terms of the specific Engagement and the terms of this Agreement, the terms of the Engagement shall govern.

1.3. At any time prior to Affiliate providing a Qualifying Link, Merchant may, with or without notice, (a) change, suspend or discontinue any aspect of an Offer or an Engagement, or (b) remove, alter, or modify any graphic or banner ad submitted by Merchant for an Offer or an Engagement. Affiliate agrees to promptly implement any request from Merchant to remove, alter or modify any graphic or banner ad submitted by Merchant that is being used by Affiliate as part of an Engagement.

2. Affiliate's Responsibilities.

2.1. Affiliate will link its site to areas within Merchant's site using special URLs specified in the Engagement (the "Required URLs"). Affiliate may post as many links to the Required URLs and the rest of Merchant's site as it likes on Affiliate's site. The position, prominence and nature of links on the Affiliate's site shall comply with any requirements specified in the Engagement, but otherwise will be at the discretion of Affiliate.

2.2. Affiliate agrees not to make any representations, warranties or other statements concerning Merchant, Merchant's site, any of Merchant's products, services, content, or Merchant's site policies, except as expressly authorized by the Engagement, as determined in Merchant's sole discretion.

2.3. Merchant is committed to the mission of eliminating spam email on the Internet. To that end, Merchant rigorously maintains only opt-in email addresses and always permits any email recipient to conveniently opt-out of emails. Merchant is adamant that its Affiliates and affiliates should be similarly diligent. To that end, Affiliate agrees not to send any email or other form of electronic message or advertisement containing Merchant's name, product, web site address, metatag or any other type of identifier to any recipient unless the recipient has directly consented to receive such communication from Affiliate or Affiliate has a pre-existing business relationship with the recipient. In addition, Affiliate agrees to provide a recipient of such communication with the ability to "opt out" of further communications from Affiliate either by calling a toll free number or by sending an "unsubscribe" email to Affiliate. Affiliate agrees that Merchant may, upon reasonable written notice, audit (a) the lists and source(s) of the lists to which Affiliate sends any email or other form of electronic message or advertisement containing Merchant's name, product, web site address, metatag or any other type of identifier, and (b) any email or other form of electronic message or advertisement containing Merchant's name, product, web site address, metatag or any other type of identifier.

2.4 Affiliate is responsible for notifying Merchant and The LinkShare Network(tm) in writing of any malfunctioning of the Required URLs or other problems with Affiliate's participation in the Engagement within 24 hours of discovery. Merchant will respond promptly to all concerns upon notification by Affiliate.

2.5 Affiliate agrees to abide by all applicable federal, state and local laws, including, without limitation, laws which prohibit a person or company from (a) installing spyware on another person's computer, (b) causing spyware to be installed on another person's computer, or (c) using a context based triggering mechanism to display an advertisement that partially or wholly covers or obscures paid advertising or other content on an Internet website in a way that interferes with a user's ability to view the Internet website.

2.6 Affiliate may not use "www.BergdorfGoodman.com " or any variation thereof as the display URL in any Search Engine or like marketing campaign without the prior written consent of Neiman Marcus Group, Inc., Inc.

Affiliate also agrees not to bid on any keyword in Pay per Click Search Engines (PPCSEs) that is a Merchant Brand Term, (or a derivative of a trademark, or any other word or term that is likely to cause confusion regarding its affiliation with Merchant). Some examples of these keywords include, but are not limited to:

bergdorfgoodman  bergdorf goodman
begdorf goodman bergdorfgoodman
begdorf goodman bergdorfgoodman
begdorf goodman  burgdorf
brigdorf goodmanbrugedofr
Berdgorf goodman  burgdorf
begdorf goodmen burgdorf
begdorf goodman  burgdorfgoodman
burdorf goodman burgdorfgoodman
begdorfgoodman  wwwBergdorfGoodmancom
bergdorfgoodmann  begdorf
bergdorfgoodmans  bergdorf goodman
bergdorfgoodmen  begdorf goodman
bergdorf begdorf goodmann
bergdorf goodman begdorf goodman
bergdorf goodman begdorf goodmann
bergdorf goodman bergdorf goodman
bergdorf goodman bergdorfgoodman
bergdorf goodman begdorfgoodman
bergdorf goodman begdorfgoodmen
bergdorf goodman goods bergdorfgoodmen
bergdorf goodman bergdorfgoodmen
bergdorfgoodman begdorf
bergdorfgoodman begdorf goodman
bergdorfgoodman  begdorfgoodman
bergdorfgoodman begdorfgoodmann
Bergdorf & Goodman bergdorf goodmenn
bergdorf goodmen  bergdorfgoodman
Bergdorf Goodmans  bergdorfgodmen
Bergdorf Goodman Web Site  bergdorfgodmen
Bergdorf Goodman Website bergdorfgoodmen
Bergdorf Goodman Com bergdorfgoodmenn
Bergdorf Goodman Online Store Bergdorf
Bergdorf Goodman Online Stores  bergdorf goodman
Bergdorf Goodman Fashion  bergdorf goodmen
bergdorf goodmen  bergdorf goodmens
bergdorfgoodman bergdorfgoodmans
Bergdorfgoodman bergdorfgoodmans
Bergdorfgoodman On Line bergdorfgoodmans
Bergdorfgoodman Online bergdorfgoodmann
Bergdorfgoodman Online Store  bergdorf goodmen
Bergdorfgoodman Online Stores bergdgorf goodman
Bergdorfgoodman Inc  bergdorfgoodman
bergdorfgoodman bergdorfgoodmen
bergdorfgoodman bergdorfgoodmen
8.1 bergdorf bergdorf goodmen
bergdorf goodman bergdorf goodman
bergdorf goodman bergdorfgoodmen
bergdorfgoodman burgdorf
bergdorfgoodman burgdorf
bergdorf goodman burgdorf

wwwBergdorfGoodmancom

The foregoing list is for guideline purposes only; in other words, it is not a complete list of prohibited keywords which infringe or may infringe Neiman Marcus Group, Inc.'s trademarks. Merchant may, at its sole discretion, modify this list from time to time to include any other word or phrase.

Affiliate agrees not to employ any so-called "fat-finger" domains or typosquatters redirecting web traffic to the Affiliate's link without first notifying Neiman Marcus Group, Inc. of the use of such domains and registration information pertaining to such domains as Neiman Marcus Group, Inc. shall specify, prior to commencing the use and following termination of the use of a fat-finger domain. A typosquatter or fat-finger domain is any domain that amounts to a misspelling of any registered or unregistered Neiman Marcus Group, Inc. trademark.

Affiliate may not promote paid ads for Neiman Marcus Group, Inc. that are misleading and/or which claim inflated discounts, in Neiman Marcus Group, Inc.'s sole discretion. Affiliate may only promote ads which state the actual discount offered by Affiliate. Affiliate may only promote Neiman Marcus Group, Inc.'s current monthly coupons as authorized for that specific month. Finally, Affiliate agrees not to place the word "Bergdorf Goodman" or any variation of it or close spelling of it, in the Affiliate's site URL in the form of "BergdorfGoodman.com" as a subordinate/top-level domain name or sub-domain. An example of this prohibition is as follows: "BergdorfGoodman.mydomain.com". However, the following example does not violate this prohibition: "mydomain.com/Bergdorf Goodman"

Failure to comply with this Section may result in suspension or termination from Merchant's Affiliate program. If placed on suspension, Affiliate will be prohibited from participating in the Merchant's Affiliate Program for a minimum of 14 days and will be ineligible to receive any commissions on the Merchant sales generate d during the suspension period. After the initial suspension period, and if in complete compliance with this Agreement and the Engagement, Affiliate will have the opportunity to opt back in to the Merchant's Affiliate Program once in complete compliance with this Section. A second violation of this Section may result in permanent termination from the Merchant's affiliate program. Merchant's failure to terminate or otherwise discipline an Affiliate for violations shall not operate as an implicit acceptance of the Affiliate's action or as a waiver of Merchant's right to thereafter seek recourse for past or future violations.

2.7 Affiliate agrees not to employ the use of any type of software download or technology ("Prohibited Software") which attempts to intercept or re-direct traffic or referral fees to or from, any other website without the written consent of Merchant.

2.8 Affiliate will not frame its site so that it is as if your customers are on both your Affiliate site and BergdorfGoodman.com, or in a way that is confusingly similar to Merchant's site, as determined by Merchant in its sole discretion.

2.9 Affiliate will not redirect traffic to Merchant's site where its URL remains in the address when a customer attempts to bookmark, what appears to be, Merchant's site, as determined by Merchant in its sole discretion.

2.10 For Merchant's products listed for sale on Affiliate's site, Affiliate will direct customers only to Merchant's site for the purchase or will purchase the products only from Merchant's site. As an affiliate, you also agree not to crawl the Bergdorf Goodman site to obtain items not available through LinkShare data feed.

2.11 Affiliate will use the product images and descriptions only as provided by Merchant and only in the manner consistent with this agreement for the promotion and sale of Merchant's products.

o Affiliate agrees not to re-sell Neiman Marcus Group, Inc.'s products, purchased from Neiman Marcus Group, Inc., using Neiman Marcus Group, Inc. to fulfill purchase orders as a drop-shipper for Affiliate.

o Affiliate agrees not to re-distribute Neiman Marcus Group, Inc. product feeds or intellectual property to websites which can reasonably be viewed as Neiman Marcus Group, Inc.'s direct competitors. For avoidance of doubt, Neiman Marcus Group, Inc.'s direct competitors, include, but are not limited to Google Base, Froogle, and other similar comparison shopping engines.

o Affiliate agrees not to re-sell Neiman Marcus Group, Inc. Affiliate Services, such as those provided for under this Agreement, to other parties or act as an intermediary seller of access to Neiman Marcus Group, Inc.'s Affiliate services other parties, but instead refer inquiries from third parties about participation in the Merchant's Affiliate program to Neiman Marcus Group, Inc. Affiliate program directly to Neiman Marcus Group, Inc..

o Affiliate agrees not to advertise Neiman Marcus Group, Inc. products taking into account a coupon price without at the same time noting prominently that a coupon is being applied to achieve a lower product price. For avoidance of doubt, when Affiliate, for example, advertises an Neiman Marcus Group, Inc. product selling on Neiman Marcus Group, Inc. site for $100, but there is an active Neiman Marcus Group, Inc. 10% coupon on that product, then Affiliate may only advertise the product for $90, by stating in the advertisement that the $90 price is only available when the Neiman Marcus Group, Inc. coupon is applied to the sale: i.e., "Get this [Bergdorf Goodman product name here] when you use this 10% of coupon at BergdorfGoodman.com."

o Affiliate shall not issue press releases that mention or discuss Neiman Marcus Group, Inc. or the business relationship established or maintained by this Agreement without prior written consent of Neiman Marcus Group, Inc. approving the release. Affiliate shall not use Neiman Marcus Group, Inc.'s name, logo or trademarks in any marketing or promotional materials or disclose that it has entered into this Agreement without Neiman Marcus Group, Inc.'s prior written consent.

o Affiliate shall not disclose specific information without first obtaining Company's prior written consent. Affiliate will not disclose the identity of Company either directly or indirectly. Any information used shall be aggregated with data regarding the activities of other Merchants so that it does not reveal and is not reasonably capable of being used to derive specific information about the results of Company's business conducted through Company's use of the Services.

2.17 Failure to comply with any provision of this Section 2 may result in suspension or termination from Merchant's affiliate program. If placed on suspension, Affiliate will be prohibited from participating in the Merchant's Affiliate Program for a minimum of 14 days and will be ineligible to receive any commissions on the Merchant sales generated during the suspension period. After the initial suspension period, and if in complete compliance with this Agreement and Engagement, Affiliate will have the opportunity to opt back in to the Merchant's Affiliate Program once in complete compliance with this section. A second violation of this Section may result in permanent termination from the Merchant's affiliate program. Merchant's failure to terminate or otherwise discipline an Affiliate for violations shall not operate as an implicit acceptance of the Affiliate's action or as a waiver of Merchant's right to thereafter seek recourse for past or future violations.

In accordance with section 4.2, Affiliate agrees to not use Merchant's content on any web site other than its registered Linkshare web site without the express written permission of Merchant.

3. Commissions.

3.1. Merchant agrees to pay Affiliate the commission specified in the Engagement if Merchant sells to a visitor to Merchant's site (a "Customer") a product or service that is the subject of the Engagement and if that Customer has accessed Merchant's site and purchased the product or service via a Qualifying Link.

3.2. A "Qualifying Link" is a link from Affiliate's site to Merchant's site using one of the Required URLs or any other URL provided by Merchant for use in The LinkShare Network(tm) if it is the last link to the Merchant's site that the Customer uses during a Session where a sale of a product or a service to Customer occurs. A "Session" is the period of time beginning from a Customer's initial contact with Merchant's site via a link from the Affiliate's site and terminating when the Customer either returns to the Merchant's site via a link from a site other than the Affiliate's site or the Engagement expires or is terminated, whichever is sooner.

3.3. Merchant shall have the sole right and responsibility for processing all orders made by Customers. Affiliate acknowledges that all agreements relating to sales to Customers shall be exclusively between Merchant and the Customer.

3.4. All determinations of Qualifying Links and whether a commission is payable will be made by The LinkShare Network(tm), subject to the Engagement, as determined by Merchant, in its sole discretion, and will be final and binding on both Merchant and Affiliate. Merchant, in its discretion, shall set prices for its products or services. Commission will not be paid on orders that have been cancelled within 60 days of the initial transaction.

4. Ownership and Licenses.

4.1. Each party owns and shall retain all right, title and interest in its names, logos, trademarks, service marks, trade dress, copyrights and proprietary technology, including, without limitation, those names, logos, trademarks, service marks, trade dress, copyrights and proprietary technology currently used or which may be developed and/or used by it in the future.

4.2. Subject to Affiliate abiding by the provisions of this Agreement, including, without limitation, Sections 2.2, 2.3, 6.1 and 7.1, Merchant grants Affiliate a revocable, non-exclusive, limited, worldwide license to use, reproduce and transmit the names, logos, trademarks, service marks, trade dress and proprietary technology, and other content (collectively, "IP"), as designated in the Engagement or during the registration process in The LinkShare Network(tm), on Affiliate's site solely for the purpose of creating links from Affiliate's site to Merchant's site during Engagements and as contemplated by this Agreement. Except as expressly set forth in this Agreement or permitted by applicable law, Affiliate may not copy, distribute, modify, reverse engineer, or create derivative works from the same IP. Affiliate may not sublicense, assign or transfer any such licenses for the use of rights in and to the same IP, and any attempt at such sublicense, assignment or transfer is void. Affiliate will not use or negligently or intentionally allow any third party to use the Content for any purpose other than to drive sales to the Merchant's site.

4.3. Affiliate grants Merchant a non-exclusive, worldwide, limited, royalty-free license to use, reproduce and transmit any graphic or banner ad submitted by Affiliate solely for co-branding purposes or as a return link from Merchant's site to Affiliate's site. Merchant will remove such graphic or banner ad immediately upon Affiliate's request.

5. Termination.

5.1. Either party may terminate any Engagement at any time by deleting their acceptance of the Engagement through The LinkShare Network(tm). Termination of an Engagement shall not terminate this Agreement or any other Engagement.

5.2. Either party may terminate this Agreement at any time, for any reason, provided that they provide at least five day's prior written notice of such termination to the other party and The LinkShare Network(tm). Termination of this Agreement shall also terminate any outstanding Engagements. However, all rights to payment, causes of action and any provisions that by their terms are intended to survive termination, shall survive termination of this Agreement.

6. Representations.

6.1. Each party represents to the other that (a) it has the authority to enter into this Agreement and sufficient rights to grant any licenses granted hereby; (b) any material which is provided to the other party and displayed on the other party's site will not (i) infringe on any third party's copyright, patent, trademark, trade secret or other proprietary rights or right of publicity or privacy; (ii) violate any applicable law, statute, ordinance or regulation, including, without limitation, any anti-spam or other email or electronic commerce related law(iii) be defamatory or libelous; (iv) be lewd, pornographic or obscene; (v) violate any laws regarding unfair competition, antidiscrimination or false advertising; (vi) promote violence or contain hate speech; or (vii) contain viruses, Trojan horses, worms, time bombs, cancel bots or other similar harmful or deleterious programming routines; (c) it shall not send any email or other form of electronic message or advertisement containing the other's name, product, web site address, metatag or any other type of identifier to any recipient unless the recipient has directly consented to receive such communication from the sender or sender has a pre-existing business relationship with the recipient; and (d) it shall provide any recipient of such communication with the ability to "opt out" of further communications from the sender either by calling a toll free number or by sending an "unsubscribe" email to the sender.

6.2. EXCEPT FOR THE REPRESENTATIONS CONTAINED IN THIS AGREEMENT, NEITHER PARTY MAKES ANY REPRESENTATIONS OR WARRANTIES TO THE OTHER PARTY, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

7. Cross-Indemnification.

7.1. Each party hereby agrees to indemnify, defend and hold harmless the other party and its affiliates, directors, officers, employees and agents, from and against any and all liability, claims, losses, damages, injuries or expenses (including reasonable attorneys' fees) brought by a third party, arising out of a breach, or alleged breach, of any of its representations or obligations herein, including, without limitation, those contained in Sections 2.2, 2.3, 2.5, 4.2 and 6.1 of this Agreement.

8. LinkShare Required Provisions.

8.1.

8.2. The parties agree that LinkShare may rely on any data, notice, instruction or request furnished to LinkShare by either party which is reasonably believed by LinkShare to be genuine and to have been sent or presented by a person reasonably believed by LinkShare to be authorized to act on behalf of one of the parties.

8.3. 8.4. Merchant and Affiliate acknowledge and agree that the nature of the Product is such that in its normal operation it may access and download elements of software data from resources that are external to the computer or device running the Product, such as Product enabled servers. Merchant and Affiliate acknowledge that LinkShare has not undertaken to provide such external resources or servers and specifically disclaims any representation or warranty as to the availability, quality or performance of such resources or whether they may contain any defects which may affect the operation of the Product or Merchant or Affiliate's computer. LinkShare shall not be liable for any failures of any communications facilities or the data accessed with such communications.

9. Limitation of Liability.

9.1. In no event shall either party be liable to the other party for any indirect, special, exemplary, consequential or incidental damages, even if informed of the possibility of such damages. Notwithstanding the foregoing, Affiliate shall be liable to Merchant for any and all damages, losses or expenses (including attorneys' fees and other costs of defense) incurred in connection with all suits, claims, demands, or liabilities arising out of or resulting in any way from any actual or alleged violation by Affiliate of Sections 2.2, 2.3, 4.2, and 6.1, or pursuant to 7.1 of this Agreement.

9.2. The parties agree that The LinkShare Corporation and its affiliates, officers, directors, employees and agents shall not be liable to either party for any indirect, special, exemplary, consequential or incidental damages, even if informed of the possibility of such damages, other than as provided in the LinkShare Required Provisions where in agrees to indemnify one or both of the Parties.

10. General.

10.1. Each party shall act as an independent contractor and shall have no authority to obligate or bind the other in any respect.

10.2. The parties agree that The LinkShare Network(tm) and LinkShare Corporation are intended third party beneficiaries under this Agreement.

10.3. This Agreement has been made in and shall be enforced in accordance with the laws of the state of Merchant's headquarters. Any action to enforce this Agreement shall be brought in the federal or state courts located in that state. If you need to send official correspondence, send it via registered mail to Merchant's headquarters to the attention of Merchant's legal department.

10.4. This Agreement may be agreed to in more than one counterpart, each of which together shall form one and the same instrument. The parties agree that execution may be achieved in any format convenient to the parties.

10.5. The provisions of this Agreement are independent of and separable from each other, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that for any reason any other or others of them may be invalid or unenforceable in whole or in part.

Please note that the following brands (and variations of the designer name (ex: Dior and Christian Dior) cannot be promoted in any manner:

Canada Goose
Celine
Chanel
Christian Louboutin
Chloe
D&G
Dolce & Gabbana
Dries Van Noten
Fendi
Givenchy
Gucci
Oscar de la Renta
Prada
Tom Ford
Yves Saint Laurent
Zegna
La Prairie
Hermes
Vilmer's Daughter
Dyson
Hanacure
Maison Diretto
Westman Atilier
Aesop
Beritlli

10.6 Promotional Requirements

1. All Services and Promotional Posts must:
   a. Comply with all applicable federal, state, and local law, including without limitation the Federal Trade Commission's Guides Concerning the Use of Endorsements and Testimonials in Advertising (16 C.F.R. Part 255), as amended from time to time;
   b. Comply with all applicable third-party requirements, including without limitation policies (e.g., customer agreements, terms of use, etc.) applicable to use of any social media accounts (e.g., for Pinterest, Facebook, Instagram, etc.);
   c. Reflect the honest opinions, findings, beliefs, or experiences of Influencer, and not reflect opinions, findings, beliefs, or experiences of any other person or entity.
   d. Not misrepresent any fact, either literally or contextually;
   e. Not make any claim unless the Influencer possesses and relies upon adequate substantiation to prove the claim (including, when appropriate, competent and reliable scientific evidence);
   f. Not represent directly or by implication that the Influencer is an expert, unless the Influencer's qualifications in fact give the Influencer the expertise she/he is represented as possessing;
   g. Clearly and conspicuously disclose Influencer's relationship with NMG. Without limiting this obligation:
      i. Before making any Promotional Posts, Influencer must disclose in their profile or in a post for each Approved Account that Influencer is acting as a NMG social media Influencer, such as by stating 'I'm excited to be a Neiman Marcus social media Influencer.' This disclosure must remain viewable to fans and followers of the Influencer for the longer of: the Term of the Product Posts remain viewable.
      ii. All Promotional Posts must include a statement that the Promotional Posts are sponsored, such as by including one of the following hashtags: "#ad" or "#sponsored."
      iii. All Promotional Posts that depict, relate to, or refer to an item that NMG has provided or lent to Influencer must disclose this fact, such as by stating: 'Thank you Neiman Marcus for this [item].'
         iv. The above disclosures should be made in close proximity to any statements that Influencer makes about Neiman Marcus or their respective products. This disclosure should be clear and prominent enough for consumers to view it when they are reading Influencer's posts. This means that the disclosure should not be buried behind links or in the Terms and Conditions (or in similar documents). In addition, the consumer should not be required to click on, scroll down or mouse over a link in order to view the disclosure.
   h. Must be in good taste and consistent with NMG's luxury brand image, including, without limitation, not including any content or information that:
      i. Promotes discrimination, prejudice or hate towards any entity, individual, or group;
      ii. Promotes harm, injury, threats, or violence;
      iii. Defames or disparages another entity, individual, or group (including without limitation NMG);
      iv. Harasses, bullies, or annoys other entity, individual, or group;
      v. Is sexually explicit, pornographic, or exploitative to minors;
      vi. Depicts or relates to adult products or services;
      vii. Depicts or relates to illegal substances, drugs, tobacco, firearms, or weapons of any kind;
      viii. Promotes counterfeit or imitation goods;
      ix. Infringes on any third party's Intellectual Property, privacy, or other rights;
      x. Not include any person's (other than Influencer's) name, photograph, image, likeness, voice, or identity.
      xi. Not relate or refer to any contest, sweepstakes, lottery, online gambling, or other promotion.
2. As Influencer will be identified with the NMG brand during the Term, all of the requirements in Section 1 of this Exhibit _ also apply to any other social media activities or posts, comments, or marketing or advertising efforts that Influencer makes during the Term about NMG, NMG personnel, or products or services that NMG sells.