# EXHIBIT C

## CJ Affiliate Software Publishers Policy

CJ Affiliate Network Quality has a policy for software-based publishers ("Software Publishers") to promote complete transparency to CJ and its clients, and to ensure that publishers are clear on what is permissible within the CJ Affiliate network. The "Spirit of the Law" and "Rules" sections below provides a better understanding.

CJ Affiliate allows Software Publishers into the CJ Network provided they perform in accordance with the terms of the CJ Publisher Service Agreement.

**Spirit of the Policy**

At CJ Affiliate, our goal is to provide **transparency and choice** to all of our clients. We strive to be as open and transparent as possible with regards to software operation, distribution, performance in specific traffic situations, and impacts on advertisers' businesses and consumers' behaviors. This transparency allows advertisers and publishers to make good choices for mutually beneficial affiliations, ultimately creating better experiences for consumers.

Consumers
Consumers have the right to understand and acknowledge any CJ Affiliate publisher software installed onto their device or browser. Further, the benefits to the consumer of any such installation must be obvious to the consumer, to CJ Affiliate, and to the advertiser.

Advertisers
Advertisers must have knowledge of any software's function and intent prior to distribution or delivery of traffic. The advertiser has the right to expect that their brand will be appropriately displayed and protected at all times.

Publishers
Publishers must endeavor to provide transparency, drive traffic, and earn commissions within the rules of their advertisers' program terms, and within reasonable consumer expectations. They will act responsibly and responsively in all situations.

CJ Affiliate
CJ Affiliate is responsible for reviewing and approving all software active in the network. It provides the platform for transparency and choice by which all relationships are governed.

**Rules for Software Publishers in the CJ Affiliate Network**

The following rules clarify the requirements for Software Publishers to operate in the CJ Affiliate Network. Software-based activity includes, but is not limited to downloadable software, browser plugins, and browser extensions. Pursuant to the CJ Publisher Service Agreement, any unapproved activity may result in account termination, suspension/deactivation, and/or reversal of commissions.

1. All Software Publisher tools, and any versions of those tools intended for distribution for CJ Affiliate advertisers, must be tested and approved by CJ Affiliate prior to distribution. It is the Software Publisher's responsibility to have any changes or modifications re-tested and approved by CJ Affiliate. Feature enhancements and usability changes are subject to Network Quality approval and must be added and disclosed in the Software Publisher's website description(s).

2. Software Publishers must provide full transparency to CJ Affiliate and its advertisers regarding distribution and functionality. Software Publishers may not bundle their browser extensions for distribution.

3. Software Publishers may only redirect a consumer through a CJ Affiliate link after a consumer has clicked on the downloadable software, browser plugin, or browser extension. Automatic redirect functionality is strictly prohibited.

4. Prior to installation on end users' devices from any download location, Software Publishers must receive opt-in acceptance by end users of an end user license agreement ("EULA") and its privacy policy that clearly and accurately describes the behavior and conduct of the software, including, but not limited to, an explicit description of what activities will trigger the placement of affiliates' cookies.

5. Software uninstallation must always be available, easy, and complete from consumers' browsers and/or operating systems.

6. Immediately prior to the software interacting with a consumer, Software Publishers must: (a) recognize and respect publisher-driven traffic; and (b) review all traffic for evidence of Prior CJ Interactions (defined below). If evidence of Prior CJ Interactions is found and the Software Publisher does not own the domain that referred the consumer to the advertiser, the software is prohibited from operating within the browser window or redirecting the consumer to the advertiser site using a CJ tracking link that contains the Software Publisher's PID. A Software Publisher's extension may activate if a consumer proactively engages with the Software Publisher's software while on the advertiser's site.

Traffic shall be deemed to have had Prior CJ Interactions if any of the following are met, if: (a) the consumer was redirected through a CJ domain; (b) the afsrc=1 code is present in publisher links; and/or (c) the cjevent parameter is present in the advertisers landing page URL parameters ("Prior CJ Affiliate Interactions"). Software Publishers can contact their assigned CJ representative or Client Support to obtain the list of CJ domains.

August 26, 2022

About Us

CJ Media Kit

Advertiser

Our Offices

Agency

Publisher

Careers

Support

Case Studies

What is Affiliate?

Events

Login  |  CJU  |  Developer Portal

© 2026 Commission Junction LLC

Privacy Policy  |  Terms of Use  |  Do Not Sell My Personal Information