# EXHIBIT D

# Affiliate Terms & Conditions

## LinkConnector Affiliate Terms and Conditions

INTRODUCTION: LinkConnector Corporation ("LinkConnector"), of 1001 Winstead Drive, Suite 300, Cary, North Carolina 27513, provides you acc LinkConnector's Merchant Affiliate Programs subject to your compliance with the terms and conditions below ("Agreement"). Please read this Agre carefully. By enrolling or participating as an Affiliate, defined herein, with LinkConnector ("LC Affiliate"), you agree to be bound by these terms conditions and are eligible to receive compensation from a Merchant based on tracked actions of your End Users related to the promotion o Merchant's products or services.  As of November 1, 2019; and in consideration of the mutual promises contained herein, and for other good valuable consideration, the receipt and sufficiency of which are hereby acknowledged; Affiliate and LinkConnector agree as follows…

### 1. DEFINITIONS.

The following terms shall have the meanings set forth below:

"Account Detail" means Affiliate name, Affiliate Sites, Affiliate's contact information—including, but not limited to any contact name, email addr physical address, tax ID and telephone number.

"Adware" means any software application, residing on an End User's machine, with their permission, which is used by LC Affiliate in conjunction v Affiliate Program.

"Affiliate" means a person or company that agrees to promote Merchant Services or the Merchant Site in accordance with Merchant Terms and M Campaign Terms in exchange for a Commission.

"Affiliate Event" means an individual action by an End User; such as a Click Event, Lead Event, Sale Event, Revenue Event, or Go Event; within an ap Campaign that is tracked and recorded in a LinkConnector Transaction Table for which payment has been promised to an LC Affiliate by the Mer

"Affiliate Program" means a pay-for-performance program where an Affiliate receives a commission for sending an End User to the Merchant Site then generates an Affiliate Event.

"Affiliate Promotion" means any link, banner, and other creative used by an Affiliate on any electronic device (e.g., laptop, desktop, mobile phone, printed material (e.g., magazine ad, signage, etc.) to promote a merchant's product or services with the intention of receiving compensation fror merchant through their Affiliate Program.

"Affiliate Site" means the Internet World Wide Web presence operated by or for LC Affiliate, (as modified to comply with the provisions of this Agre and future versions, upgrades, successors and replacements thereof).

"Affiliate Transaction" means any Event caused by the action of an End User which is recorded by LinkConnector and written to the LinkConne Transaction Table.

"Campaign" means a logical grouping of Merchant Links and Events in the LinkConnector network through which Merchants manage their progra way of example, a Campaign might be called 'Book Sales' and include Merchant Links which promote only books and Events which record only sa books.

"Click Event" is an Affiliate Event that allows the Merchant to credit LC Affiliates for incoming clicks originating from an Affiliate Promotion to t Merchant Site. The minimum commission payable to Affiliates for a Click Event is typically $0.02 per click.

"Commission" is the amount payable to Affiliates for Affiliate Events.  The Merchant, generally in the form of either a percentage of the sale amou flat fee, determines commission amounts.

"Cookie Duration" is an Event property representing the period in which an End User can return to Merchant Site and an LC Affiliate might still re Commission.

"Data Protection Regulation" means any applicable data protection, privacy or similar laws that apply to data processed in connection with th Agreement, including for EU citizens any regulations implementing the Data Protection Directive 95/46/EC or GDPR (as applicable) or Privacy a Electronic Communications Directive 2002/58/EC and for US citizens, FTC Guidance, US state and federal legislation relating to data privacy and se

"End User" means an Internet user who clicks to the Merchant Site using a Merchant Link.

"End User Data" means all information and data of an End User collected by LC Affiliate, including, but not limited to, name, address, telephone n and email address.

"Event" is an Affiliate Event.

"Event State" is an Affiliate Event designated as a Valid Event, Pending Event, or Invalid Event.

"Go Event" is an Affiliate Event that allows the Merchant to credit LC Affiliates for outgoing clicks from the Merchant Site. The minimum commis payable to LC Affiliates for a Go Event is typically $0.02 per event.

"Intellectual Property" means all industrial and intellectual property rights existing from time to time including any patents, design rights, regist designs, trademarks, service marks, copyrights, moral rights, trade secrets, know-how, and all applications and registrations therefore, and all go associated therewith.

"Invalid Event" is an Affiliate Event that has been disapproved by Merchant or LinkConnector for payment to LC Affiliate.

"Lead Event" is an Affiliate Event that allows the Merchant to credit LC Affiliates for End User Data obtained when an End User performs a specifie such as filling out a form, registering for a service, or downloading a file from the Merchant's Site. The minimum commission payable to LC Affiliat Lead Event is typically $1.00 per lead.

"LinkConnector Affiliate Manager" is the web-based interface that can be accessed with one username and password which LC Affiliate uses to m its Merchant Affiliate Program(s). The LinkConnector Affiliate Manager is accessible on LinkConnector's login page at Account Login (https://www.linkconnector.com/account-login/).

"LinkConnector Affiliate Code" is any HTML (Hypertext Markup Language, the authoring language used to create documents on the World Wide JavaScript, or any other program code and tags provided to the LC Affiliate via the LinkConnector Affiliate Manager or directly by LinkConnector code is intended to be either placed as provided into the HTML of approved Affiliate Sites or used in other approved methods of Affiliate Promo

"LinkConnector Services" means the various related content, links, products and services provided by LinkConnector on or through the LinkConr Site.

"LinkConnector Site" means the Internet World Wide Web presence operated by or for LinkConnector, located on the Internet through the http://www.LinkConnector.com (http://www.LinkConnector.com) URL (as modified to comply with the provisions of this Agreement, and future ve upgrades, successors and replacements thereof).

"LinkConnector Transaction Table" means a table in LinkConnector's online database that contains information about End User actions relatec Merchant Links, Events, and related Affiliates.

"Marks" means logos, trademarks, trade names, service marks or other identifying emblems, words or designs of LinkConnector or LC Affiliate, a case may be, to designate and identify itself or the particular products or services its offers.

"Merchant" means a person or company that offers an Affiliate Program through LinkConnector and agrees to pay Affiliates for promoting Merc Services.

"Merchant Affiliate Program" means all of the Merchant's past and present Campaigns within the LinkConnector Services.

"Merchant Campaign Terms" are the terms set by the Merchant as conditions for participating in a particular Merchant's Campaign. At a minimur include this Agreement in its entirety, the Merchant's Terms and any Campaign-specific terms reflected in the Merchant Campaign information av to LC Affiliate online through the LinkConnector Affiliate Manager.

"Merchant Link(s)" means an advertisement in the form of a banner, text link, or object (e.g., HTML creative, Flash creative, etc.) used in an Affi Promotion. When clicked, the link directs an End User to the Merchant Site.

"Merchant Service(s)" means the product(s) or service(s) offered by the Merchant through the Merchant Site.

"Merchant Site" means the Internet World Wide Web presence operated by or for Merchant, (as modified to comply with the provisions of th Agreement, and future versions, upgrades, successors and replacements thereof).

"Merchant Terms" are the terms set by the Merchant as conditions for participating in their Merchant Affiliate Program. At a minimum they inclu Agreement in its entirety and any account-specific terms reflected in the Merchant Campaign information available to LC Affiliate online throug LinkConnector Affiliate Manager.

"Pending Event" is an Affiliate Event that is being considered for approval as a Valid Event or disapproval as an Invalid Event by Merchant o LinkConnector.

"Personal Data" means any information relating to an identified or identifiable natural person ("Data Subject") who can be identified, directly or in in particular by reference to an identifier such as a name, an identification number, location data, an online identifier or to one or more factors sp the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person.

"Revenue Event" is an Affiliate Event that allows the Merchant to reward an Affiliate beyond any Commissions paid for individual Merchant Transa

"Sale Event" is an Affiliate Event that allows the Merchant to credit LC Affiliates for purchases by an End User of Merchant Services on the Mercha The minimum commission payable to LC Affiliates for a Sale Event is typically $1.00 per sale.

"Server-Side Cookie" is information, stored by LinkConnector, about End User actions related to Affiliate Promotion. This information is stored LinkConnector Transaction Table at the time of a click from the End User to the Merchant Site.

"Service Level Guarantee" means the LinkConnector Site will be unavailable to the general public for no more than forty-eight (48) aggregate h during any thirty (30) day period, excluding routine maintenance which shall occur during the hours of 2 a.m. to 7 a.m. Eastern Time no more tha per month.

"Service Level Minimums" means industry standard service levels for like services, including, without limitation, standards for supporting onli transactions, providing accurate and secure transmission of personal, credit card and other information, prevention of unauthorized access to Er Data, and availability of the Affiliate Site to End Users.

"Spyware or Malware" means any software application, residing on an end user machine, without their permission, which is used by LC Affiliat conjunction with an Affiliate Program.

"Valid Event" is an Affiliate Event that has been approved by Merchant or LinkConnector for payment to LC Affiliate.

All other initially capitalized terms shall have the meanings assigned to them in this Agreement.

## 2. LICENSES/OWNERSHIP OF LINKCONNECTOR SITE.

**2.1** <u>Rights Granted by LC Affiliate.</u>

(a) *License; License Restrictions.* LC Affiliate grants to LinkConnector a nonexclusive, nontransferable, royalty-free (without right to sublicense) lice use and display, during the Term of this Agreement, LC Affiliate Marks, solely for the purpose of linking to the Affiliate Site. LinkConnector agrees Affiliate Marks are and will remain the sole property of LC Affiliate and agrees not to contest the ownership of such LC Affiliate Marks, nor misappropriate LC Affiliate Marks for LinkConnector's own use. Affiliate reserves all rights to control the use of LC Affiliate Marks, and LinkConn shall not change or modify LC Affiliate Marks in any manner without prior written authorization from LC Affiliate.

(b) *Reservation of Rights.* Except as expressly granted in this Agreement, LinkConnector shall have no other rights of any kind in LC Affiliate Marks Affiliate Site. Under no circumstances will anything in this Agreement be construed as granting, by implication, estoppel or otherwise, a license to LC Affiliate's Intellectual Property or proprietary technology other than the use of LC Affiliate Marks in accordance with the terms of this Agreen LinkConnector acknowledges that LC Affiliate Marks and the Affiliate Site are the sole property of LC Affiliate, and this Agreement only grant LinkConnector a limited right to link to the Affiliate Site under the terms and conditions of this Agreement. The LC Affiliate Marks may not be use feature or design element of any other logo without prior written authorization from LC Affiliate.

**2.2** <u>LinkConnector Ownership Rights.</u> All content, writings, graphics, tables, sounds and other materials on the LinkConnector Site, the design, layc general look and feel of the LinkConnector Site, and all Intellectual Property embodied therein or pertaining thereto, (other than LC Affiliate sup materials or LC Affiliate Marks on the LinkConnector Site) shall remain the sole and exclusive property of LinkConnector or its licensors. LinkCon will retain sole control and ownership over the look and feel, content, layout and design of the LinkConnector Site. Nothing under this agreement construed as granting to LC Affiliate any license or right in or to any Intellectual Property of LinkConnector.

## 3. RIGHTS AND OBLIGATIONS OF THE PARTIES.

**3.1** <u>LinkConnector's Rights and Obligations.</u>

(a) LinkConnector shall meet the Service Level Guarantee.

(b) LinkConnector shall be solely and exclusively responsible for all operation, hosting, and maintenance on the LinkConnector Site.

(c) LinkConnector shall provide automated, real-time tracking; reporting; and analysis of Merchant Links and Events on every Affiliate Transact recorded for LC Affiliate.

(d) LinkConnector shall provide monthly Commission processing and payment for LC Affiliate on behalf of Merchant.

(e) LinkConnector has the right to not accept individuals, or any multi-level marketing, franchised, reseller, or third-party websites, and reserves th to not accept Affiliates in certain vertical markets or Affiliates it deems, in its sole discretion, harmful to LinkConnector.

(f) LinkConnector reserves the right, in its sole discretion and without liability, to reject, omit or exclude any Affiliate Site for any reason at any tim or without notice to LC Affiliate and regardless of whether such Affiliate Site was previously accepted.

(g) LinkConnector or Merchant may change the Event State for Events to Invalid Event in the LC Affiliate Account in circumstances of (i) product re (ii) duplicate entry or other clear error; (iii) non-bona fide Event; (iv) LC Affiliate's failure to comply with Merchant Campaign Terms; and (v) non-rec payment from, or refund of payment to, the User by the Merchant for a Sale Event. A Merchant shall not have the right to invalidate Affiliate Trans because of a Merchant's determination that Commissions or fees were paid out through other promotional efforts.

(h) LinkConnector has the right to consider assigning an Affiliate Event to any Affiliate not using Adware, before considering such assignment tc Affiliate using Adware.

(i) LinkConnector shall observe any applicable Data Protection Regulations.

(j) LinkConnector shall provide Data Subjects, defined herein, with information about how Personal Data is being processed on the LinkConnecto

(k) LinkConnector shall notify LC Affiliate in accordance with section 12.7 without undue delay upon becoming aware of a breach affecting Person Additionally, LinkConnector shall provide LC Affiliate with sufficient information to allow LC Affiliate to meet any obligations to report or inform Subjects of the breach under or in connection with any applicable Data Protection Regulation.

### 3.2 LC Affiliate's Rights and Obligations.

(a) LC Affiliate shall be solely and exclusively responsible for all operation, hosting, and maintenance on Affiliate Site(s) and shall meet Service L Minimums on any Affiliate Site used in a Merchant Affiliate Program.

(b) Except as provided herein, LC Affiliate may not modify LinkConnector Affiliate Code without prior written consent from LinkConnector or the a Merchant. LC Affiliate may not alter, copy, modify, take, sell, reuse, or divulge any LinkConnector Affiliate Code, except as is necessary to partak Merchant Affiliate Program. Requests for changes to LinkConnector Affiliate Code should be sent to in accordance with section 12.7.

(c) If LinkConnector Affiliate Code is not provided by LinkConnector in the form of JavaScript, LC Affiliate is obligated to update Merchant Links to Commissions, when notified by LinkConnector that a Merchant Link has changed.

(d) LC Affiliate agrees and represents that all information provided for the purpose of enrolling as an Affiliate will be accurate, complete and curr Affiliate is responsible for keeping account information up to date using the Affiliate Manager, including, but not limited to, financial information contact name, phone number, and email.

(e) In addition to and without limiting LC Affiliate obligations under this Agreement, the LC Affiliate is obligated to abide by any Merchant Terms Merchant Campaign Terms applicable to any Campaign in which LC Affiliate participates. If any conflict arises amongst this Agreement and the Me Terms and/or Merchant Campaign Terms, this Agreement shall prevail. If any conflict arises between the Merchant Terms and the Merchant Cam Terms, the Merchant Terms shall prevail.

(f) LC Affiliate is obligated to comply with the CAN SPAM Act of 2003 (Public Law 108-187 or any successor legislation) and any other laws or regu that govern email marketing and communications when promoting any Merchant Affiliate Program.

(g) LC Affiliate may use approved Adware only after receiving written approval from LinkConnector, which LinkConnector may withhold at its s discretion. LC Affiliate may not use Spyware or Malware.

(h) LC Affiliate agrees not to pursue any Affiliate Program directly with any Merchant for which the LC Affiliate has had a relationship in LinkConr with a Merchant's Affiliate Program in the previous six (6) months. LC Affiliate further agrees to contact LinkConnector, in accordance with section contacted directly by any Merchant with the intent to establish any Affiliate Program outside of LinkConnector providing the LC Affiliate has ha relationship with a Merchant's Affiliate Program in LinkConnector in the previous six (6) months.

(i) LC Affiliate agrees that all communications with Merchants using LinkConnector's internal e-mail system provided as part of the LinkConnec Services will be solely related to the promotion or execution of the Merchant Affiliate Program.

# 4. EXCLUSIVITY.

**4.1** The LC Affiliate is not barred by this agreement from participating in any other Affiliate Program offered by a LinkConnector competitor or f participating in any in-house Merchant Affiliate Program.

# 5. PAYMENTS.

**5.1** Commissions. LC Affiliate will receive commission ("Commission") for all Valid Events.

### 5.2 Payment Terms.

(a) All payments are based on Affiliate Events, designated as a Valid Event, Invalid Event, or Pending Event, which are accounted and audited LinkConnector. The Event State shall be considered binding on LC Affiliate.

(b) LC Affiliate will be paid on funded Commissions typically within twenty (20) business days after the end of a calendar month. All accounts w settled in U.S. dollars ($US). No payments will be issued for any amounts less than $100, if issued by check; or for any amounts less than $50, if iss any other payment method (each collectively known as "Minimum Payment"). Any Commissions earned less than the Minimum Payment will carr to the next month. If LinkConnector terminates this Agreement in accordance with section 11.2(a) or if LC Affiliate terminates this Agreement accordance with section 11.2(b) and earned Commissions of less than the Minimum Payment are owed to LC Affiliate, such Commissions shal forfeited to LinkConnector. If a Minimum Payment has not been earned for over 365 days, Commissions older than 365 days shall be forfeited LinkConnector. Also, if a Commissions check is not cashed within 120 days, those Commissions shall be forfeited to LinkConnector.

(c) Every Affiliate account based in the United States must have a unique Employer Identification Number (EIN) or Social Security Number, as app associated with the account. If LC Affiliate is based in the United States, payments exceeding six hundred dollars ($600.00) per calendar year will b to LC Affiliate only after they provide proper tax identification information.

(d) Any bank service fees incurred by LinkConnector due to an error in LC Affiliate account information are LC Affiliate's responsibility and will deducted from Commissions due to LC Affiliate.

(e) LinkConnector is hereby released by LC Affiliate for any claim for payment of a Commission until such time as LinkConnector has received pa from the relevant Merchant. LC Affiliate recourse for any earned Commissions not paid to LC Affiliate shall be to make a claim against the relev Merchant(s), and LinkConnector disclaims any and all liability for such payment.

(f) If LinkConnector discovers that LC Affiliate was overpaid in error for any reason, LinkConnector has the right to recover the overpayment from Commissions earned by LC Affiliate.

## 6. REPRESENTATIONS, WARRANTIES AND COVENANTS.

6.1 <u>By LinkConnector.</u> LinkConnector represents, warrants and covenants that (i) it has sufficient rights to grant LC Affiliate the rights and licens forth herein; (ii) to the best of its knowledge, the LinkConnector Services and the LinkConnector Site do not and will not violate any applicable la regulation; (iii) the execution, delivery and performance of this Agreement by it does not conflict with any agreement to which it is a party or by w may be bound; (iv) it has full legal authority to enter into this Agreement and to carry out the provisions hereof; (v) to the best of its knowledge LinkConnector Services and the LinkConnector Site do not infringe in any manner any copyright, patent, trademark, trade secret or other Intelle Property right of any third party; (vi) to the best of its knowledge, the LinkConnector Services and the LinkConnector Site do not breach any duty or rights of any person or entity including, without limitation, rights of publicity or privacy, or has not otherwise resulted in any consumer fraud, p liability, tort, breach of contract, injury, damage or harm of any kind to any person or entity; (vii) the LinkConnector Services and the LinkConnect are not false or misleading; (viii) the LinkConnector Services and the LinkConnector Site do not produce, provide or are in any manner related pornographic products or services (which LinkConnector shall have complete discretion to define); and (ix) the LinkConnector Services and t LinkConnector Site are neither defamatory, libelous, militant, hateful, slanderous or threatening.

6.2 <u>By LC Affiliate.</u> LC Affiliate represents, warrants and covenants that (i) it has sufficient rights to grant LinkConnector the rights and licenses se herein; (ii) to the best of its knowledge, the LC Affiliate and the Affiliate Site do not and will not violate any applicable law or regulation; (iii) the exe delivery and performance of this Agreement by it does not conflict with any agreement to which it is a party or by which it may be bound; (iv) it h legal authority to enter into this Agreement and to carry out the provisions hereof; (v) to the best of its knowledge, the LC Affiliate and the Affiliate not infringe in any manner any copyright, patent, trademark, trade secret or other Intellectual Property right of any third party; (vi) to the best knowledge, the LC Affiliate and the Affiliate Site do not breach any duty toward or rights of any person or entity including, without limitation, rig publicity or privacy, or has not otherwise resulted in any consumer fraud, product liability, tort, breach of contract, injury, damage or harm of any any person or entity; (vii) the LC Affiliate and the Affiliate Site are not false or misleading; (viii) the LC Affiliate and the Affiliate Site do not prod provide or are in any manner related to pornographic products or services (which LinkConnector shall have complete discretion to define), or subsidiaries or foundations funded by such companies whose function is to improve acceptance of such products by the public; (ix) the LC Affilia the Affiliate Site are neither defamatory, libelous, militant, hateful, slanderous or threatening (which LinkConnector shall have complete discreti define); and (x) that LC Affiliate will not engage in pop-up or pop-under advertising using any means involving third party properties and/or ser (software) without prior permission from LinkConnector, which LinkConnector may withhold at its sole discretion.

## 7. DISCLAIMERS; LIMITATION OF LIABILITY.

7.1 <u>Disclaimer of Warranties.</u> EXCEPT AS SET FORTH IN SECTIONS 3 AND 6, LC AFFILIATE'S OBLIGATION TO MEET SERVICE LEVEL MINIMUMS, A LINKCONNECTOR'S OBLIGATION TO MEET A SERVICE LEVEL GUARANTEE, NEITHER PARTY MAKES ANY WARRANTIES OF ANY KIND, EITHER EXPRE IMPLIED, AS TO THE AFFILIATE SITE(S) OR THE LINKCONNECTOR SERVICE INCLUDING, BUT NOT LIMITED TO, A WARRANTY OF FITNESS FOR A PART PURPOSE OR WARRANTY OF MERCHANTABILITY.

7.2 <u>Limitation of Liability.</u> EXCEPT AS PROVIDED IN SECTION 9, IN NO EVENT SHALL EITHER PARTY, OR ITS RESPECTIVE AFFILIATES, SUBSIDIARIES, F COMPANIES OR THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS OR EMPLOYEES, BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, INCIDE SPECIAL, EXEMPLARY, POTENTIAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, LOSS OF OPPORTUNITY, LOSS OF GOOD LOST PROFITS OR LOST REVENUES) EVEN IF A PARTY HAS BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 8. FORCE MAJEURE.

8.1 A party shall not be considered to be in default in the performance of any obligations under this Agreement when a failure of performance s due to an uncontrollable force. The term "uncontrollable force," as used in this Agreement, shall mean an unanticipated event which is not reaso within the control of the affected party and which by exercise of reasonable due diligence, such affected party could not reasonably have been ex to avoid, overcome or obtain or cause to be obtained a commercially reasonable substitute therefor. Such causes may include, without limitatio following: flood, earthquake, tornado, storm, fire, terrorist attack, explosion, public emergency, civil disobedience, labor dispute, labor or mate shortage, sabotage, restraint by court order or public authority (whether valid or invalid), and action or non-action by or inability to obtain or kee necessary authorizations or approvals from any governmental agency or authority; however, no party shall be relieved of its obligations hereund failure of performance is due to removable or remediable causes which such party fails to remove or remedy using commercially reasonable ef within a reasonable time period. Either party rendered unable to fulfill any of its obligations under this Agreement by reason of an uncontrollable shall give prompt notice of such fact to the other, followed by written confirmation of that notice, and shall exercise due diligence to remove s inability with all reasonable dispatch.

## 9. INDEMNIFICATION.

9.1 <u>By LC Affiliate.</u> LC Affiliate agrees to indemnify, defend and hold harmless LinkConnector and its officers, directors, employees, agents, succe and assigns from and against any and all losses, liabilities, damages, penalties and claims and all related costs and expenses (including reason attorneys' fees) related to claims made by third parties against LinkConnector: (i) alleging that Affiliate Marks or other Intellectual Property infrin patents, copyrights, trademarks or service marks or other Intellectual Property rights of such third parties; (ii) arising out of or relating to Affiliate or the Affiliate Marks; or (iii) due to a breach by LC Affiliate of its warranties, representations, obligations or covenants or otherwise breaches Agreement.

9.2 <u>By LinkConnector.</u> LinkConnector agrees to indemnify, defend and hold harmless LC Affiliate and its officers, directors, employees, agents, suc and assigns from and against any and all losses, liabilities, damages, penalties and claims and all related costs and expenses (including reason attorneys' fees) related to claims made by third parties against LC Affiliate: (i) alleging that LinkConnector's Marks or other Intellectual Property ir

the patents, copyrights, trademarks or service marks or other Intellectual Property rights of such third parties; or (iii) due to a breach by LinkConn its warranties, representations, obligations or covenants or otherwise breaches this Agreement.

**9.3** Procedures. The Indemnified Party shall (i) promptly notify the Indemnifying Party in accordance with section 12.7 of such suit, claim, or proce (ii) give the Indemnifying Party reasonable information, assistance and cooperation required to defend such suit, claim, or proceeding; and (iii) all Indemnifying Party to control the defense of any such action and all negotiations for its settlement or compromise. The Indemnified Party ma represented in the defense of any such claim, at the Indemnified Party's expense, by counsel of the Indemnified Party's selection. The Indemnifyin shall have no liability for settlements or costs incurred without its consent. The Indemnifying Party shall not enter into any settlement that imp liability or restrictions on the Indemnified Party without the Indemnified Party's prior written consent, such consent not to be unreasonably withh delayed.

## 10. OWNERSHIP OF USER DATA; CONFIDENTIALITY.

**10.1** Confidentiality. LinkConnector and LC Affiliate agree that any and all information identified by the other as "Confidential" and/or "Proprieta which, under all of the circumstances, ought reasonably to be treated as Confidential and/or Proprietary, will not be directly or indirectly disclose third person without the express consent of the other party for a period of three (3) years following termination of this Agreement and that neith will make use of Confidential Information except under the terms of this Agreement. These confidentiality obligations shall not apply to any infor which: (i) is or subsequently becomes available to the general public other than through a breach by the receiving party; (ii) is already known to receiving party before disclosure by the disclosing party; (iii) is developed through the independent efforts of the receiving party; (iv) the receivin rightfully receives from a third party without restriction as to confidentiality or use; or (v) is requested pursuant to a subpoena; provided, that the responding to such subpoena gives the other party reasonable notice and opportunity to intervene to quash such subpoena.

**10.2** Privacy of Consumer Financial Information. Notwithstanding anything in this Agreement to the contrary, if it is necessary for LC Affiliate to d any End User Data to LinkConnector for any reason, LinkConnector agrees that at no time shall LinkConnector use or disclose any such End Use that LinkConnector may obtain in connection with this Agreement, except as required by law; provided that nothing herein shall require LC Affili disclose End User Data to LinkConnector.

## 11. TERM OF AGREEMENT AND TERMINATION.

If LC Affiliate is dissatisfied with LinkConnector, any Merchant Affiliate Program, or with any of the terms and conditions contained herein, LC Aff sole and exclusive remedy is to terminate Affiliate account. LC Affiliate may cancel their account with LinkConnector at any time by sending not accordance with section 12.7.

**11.1** Term. The term of this Agreement shall begin on the date the LC Affiliate applies for an account and shall continue until terminated by any actions enumerated in section 11.2.

**11.2** Termination. This Agreement will terminate in the event of any of the following:

(a) Immediately after a material breach, provided that the non-breaching party gives the other notice in accordance with section 12.7 of a materia by the other of this Agreement and a request for a cure, unless the breach is cured that day.

(b) Immediately once notice of termination by either party is received by the other party in accordance with section 12.7.

**11.3** Effect of Termination.

(a) Upon termination of this Agreement, all licenses granted to LC Affiliate and LinkConnector hereunder shall automatically terminate.

**11.4** Survival. Sections 5 (to the extent the payment obligations accrue prior to termination), 7, 9, 10, 11.3 and 12 shall survive any expiration termination of this Agreement.

**11.5** Suspension. LinkConnector reserves the right, at its sole discretion to suspend the LC Affiliate if it suspects a material breach of section 3. LinkConnector takes action to suspend, LinkConnector may do so immediately, but LinkConnector is not relieved of its obligation to notify the LC per section 11.2(a).

## 12. GENERAL

**12.1** Choice of Law. The Parties agree that this Agreement shall be governed by and interpreted in accordance with the laws of the State of No Carolina (including by not limited to the Uniform Electronic Transactions Act as enacted in North Carolina), without regard to conflict of laws pro thereof. Furthermore, the parties agree that any dispute (including litigation) that arises between the parties shall have its venue in the state or f courts of Wake County, North Carolina.

**12.2** Assignment. LC Affiliate may not assign all or any portion of this Agreement without the prior written consent of LinkConnector, which conse be withheld at LinkConnector's sole discretion.

**12.3** Relationship of the Parties. No partnership, joint venture, employment, agency, franchise, or other form of agreement or relationship is imp intended by this Agreement. The parties shall be independent contractors for all purposes in connection with this Agreement.

**12.4** Entire Agreement. The parties agree that this Agreement constitutes the entire agreement between the parties as of the date hereof with res the subject matter hereof and supersedes all prior and contemporaneous communications, whether oral or written. The parties agree that t Agreement may be modified or amended from time to time hereafter by LinkConnector as it deems necessary and LC Affiliate agrees (in conside for LinkConnector agreeing to continue doing business with LC Affiliate) to be bound by such amendments after indicating their agreement thr LinkConnector's Affiliate Manager.

**12.5** <u>Press Releases.</u> Neither party shall issue any press release or announcement relating to the relationship contemplated by this Agreement w the prior written consent of the other party.

**12.6** <u>Counterparts.</u> This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which t together shall constitute one and the same instrument.

**12.7** <u>Notices.</u> All notices, requests, consents, and other communications under this Agreement from LC Affiliate shall be in writing and shall be de delivered (i) two business days after being sent by registered or certified mail, return receipt requested, postage prepaid or (ii) one business day being sent via a reputable nationwide overnight courier service guaranteeing next business day delivery. If from LinkConnector to LC Affiliat immediately upon email to the primary contact email address is deemed an acceptable means of notification. In each case to the intended recip set forth below:

If to LC Affiliate by email to the primary contact email address listed in the account summary,

If to LinkConnector, at 1001 Winstead Drive, Suite 300, Cary, North Carolina 27513, Attention: Choots Humphries, or via email using the form avai http://www.linkconnector.com/member/contact.htm (http://www.linkconnector.com/member/contact.htm) or at such other address or address may have been furnished in writing by LinkConnector to the other Party in the manner set forth in this section, with a copy to Richard Stephen Stephenson & Stephenson, LLP, 1100 Crescent Green, Suite 220, Cary, NC 27518 regarding any legal communications.

**12.8** <u>Section Headings.</u> Section headings are for descriptive purposes only and shall not be used to interpret the meaning of this Agreemen

**12.9** <u>Attorneys' Fees.</u> If either party fails to pay any amounts due under this Agreement or otherwise breaches this Agreement and the non-brea party retains an attorney to collect such amounts or remedy such breach, then the breaching party shall be obligated to pay any amounts due h including said non-breaching reasonable attorneys' fees incurred in collecting such amounts and court costs.

**12.10** <u>Non-Waiver.</u> No delay or omission of either party in exercising any right accruing upon any default of the other party shall impair any such be construed to be a waiver thereof, and every such right may be exercised at any time during the continuance of such default. A waiver by eithe parties of a breach or a default under any of the terms and conditions of this Agreement by the other party shall not be construed to be a waiver t A waiver by either of the parties of a breach or a default under any of the terms and conditions of this Agreement by the other party shall not construed to be a waiver of any subsequent breach or default of any other term or condition of this Agreement.

**12.11** <u>Tax Status and Obligations</u>.  LinkConnector is not obligated to provide LC Affiliate with tax and/or legal advice and nothing communicate LinkConnector to LC Affiliate shall be construed as such.  LC Affiliate is obligated to independently assess and comply with all relevant tax and requirements and is responsible for its own sales tax collection and reporting obligations arising from Commissions earned through the Merc Affiliate Programs.  Any Merchant information provided to LC Affiliate, including Merchant address, shall be provided accurately; however, LC Af not LinkConnector, is responsible for verifying the accuracy of information provided to LinkConnector by a Merchant.

Merchants (/merchants/why-lc/)
Why LC (https://www.linkconnector.com/merchants/why-lc/)
LC Differences (https://www.linkconnector.com/merchants/lc-differences/)
Featured Affiliates (https://www.linkconnector.com/merchants/featured-affiliates/)
Account Types (https://www.linkconnector.com/merchants/account-types/)
Get Started (https://www.linkconnector.com/merchants/merchant-application/)

Affiliates (/affiliates/why-affiliates-love-lc)
Why Affiliates Love LC (https://www.linkconnector.com/affiliates/why-affiliates-love-lc/)
Featured Merchants (https://www.linkconnector.com/affiliates/featured-merchants/)
Featured Affiliates (https://www.linkconnector.com/affiliates/featured-affiliates/)
Apply Now (https://www.linkconnector.com/affiliates/affiliate-application/)

Differentiators (/lc-differentiators)
Affiliate Relationships (/lc-differentiators/#affiliate-relationships)
Brand Control (/lc-differentiators/#brand-control)
FraudFREE Promise (/lc-differentiators/#fraud-free-promise)
Coupon Compliance (/lc-differentiators/#coupon-compliance)
Coupon Attribution (/lc-differentiators/#coupon-attribution)
Infinity Codes (/lc-differentiators/#infinity-codes)
Adaptive Attribution (/lc-differentiators/#adaptive-attribution)
SEO & SEM Integration (/lc-differentiators/#seo-sem-integration)
Shareable Offers (/lc-differentiators/#shareable-offers)
Cross Platform Tracking (/lc-differentiators/#cross-platform-tracking)

About (/about/industry-recognition/)
Industry Recognition (https://www.linkconnector.com/about/industry-recognition/)
Testimonials (https://www.linkconnector.com/about/customer-testimonials/)
Our Team (https://www.linkconnector.com/about/our-team/)
Upcoming Events (https://www.linkconnector.com/about/upcoming-events/)
Press Releases (/about/press-releases/)
Blog (http://blog.linkconnector.com/)
Contact Us (https://www.linkconnector.com/about/contact-us/)

(http://thepma.org/)   (https://www.linkconnector.com/ta.php?lc=000001056148001860&atid=0000680371890060002380312)

(https://www.linkconnector.com/ta.php?lc=000001044511001860&atid=0200680460460060002391113)

(http://mthink.com/best-cps-affiliate-networks/)

(https://blog.linkconnector.com/performance-marketing-news/2023-partnership-awards-winner/)

Home (/) | Privacy Policy (/privacy-policy) | Site Map (/site-map)

© 2026 LinkConnector Corporation. All rights reserved.