# EXHIBIT E

# impact.com Help Center

● help.impact.com/en/support/solutions/articles/155000006769-stand-down-policy-explained

impact.com's stand-down policy is a best practice that prevents certain partners—particularly those using browser extensions, toolbars, or in-cart solutions—from interfering with the shopping experience if another click has already been recorded from another partner. Once a shopper has engaged with a tracking link (e.g., from a creator, content publisher, cashback program, or coupon site), the `afsrc=1` parameter is automatically appended to the landing page URL for all partner-driven traffic. Any competing extension must withdraw and not attempt to override the original click by triggering pop-ups, activating new tracking links, or altering the customer's path to purchase.

## How it works

1. The consumer clicks on a link from a partner site, which brings them to a brand's landing page.

2. The `afsrc=1` parameter is automatically appended to the landing page URL.

3. The competing partner, e.g., a browser extension, checks the link that redirected the consumer and recognizes it as an impact.com tracking link.

4. The extension is then required to abide by the stand-down policy, and no extension pop-up should be made visible for that consumer.

## Check the stand-down policy in your template terms

You can ensure the stand-down policy is enabled by viewing your template terms' *General Terms* section.

1. From the left navigation bar, select **[Engage] → Contracts → Template Terms**.

2. Hover over the relevant template terms, then select **[More] → View Terms**.

3. Scroll down to the *General Terms* section, then look for *Stand Down Policy*.

## Disable the stand-down policy

**Warning:** Your program's stand-down policy is enabled by default, and we recommend you keep it enabled to establish good partnerships. Explicitly stating that you adhere to a stand-down policy will give partners a better opportunity to maintain their status as a

conversion winner.

1. From the top navigation bar, select **[User profile] → Settings**.

2. On the right, under *Tracking*, select **General**.

3. Below the *Stand Down Policy* section, select **[Checkbox] Activate stand down policy on all template terms**.

4. Select **Save**.