# EXHIBIT F
Redacted

| | |
|---|---|
| From: | Kim, Rich [richard.kim@rakuten.com] |
| Sent: | 6/29/2021 7:04:57 AM |
| To: | John Szendiuch [jszendiuch@paypal.com]; Cotto, Regina [regina.cotto@rakuten.com]; Lauren Palla [lpalla@paypal.com]; Jen Goodwin [jlgoodwin@paypal.com]; Rakuten Marketing Network Quality Team [ra-pubdsa@rakuten.com] |
| CC: | Otzel, Rachel [rachel.otzel@rakuten.com] |
| Subject: | Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._5003l1C9SJ5:ref ] |

Hi John,

I apologize for the delay in replying back to you. I have been informed and happy to update you that we are currently reviewing our DSA policy. I am unsure at this time if there will be any changes, but in the meantime, we do require that the Honey extension get updated so it matches our policy currently, since other extensions are able to do so.

Please let me know when this issue can be resolved. I will update you if our policy changes.

Thank you again for your time!
- Rich

---

**From:** John Szendiuch <jszendiuch@paypal.com>
**Date:** Friday, June 18, 2021 at 1:30 PM
**To:** "Kim, Rich" <richard.kim@rakuten.com>, "Cotto, Regina" <regina.cotto@rakuten.com>, Lauren Palla <lpalla@paypal.com>, Jen Goodwin <jlgoodwin@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._5003l1C9SJ5:ref ]

Hi Rich,

In the situation you describe, you're still asking for behavior that severely limits user choice and shopping tool usefulness. Standing down to incoming traffic is one thing, but asking publishers to jump through hoops to do additional levels of observation on journeys not arriving from a publisher site is overreach. We have always operated with the understanding that we and others would stand down when the top-level tab is refreshed to show the affiliate redirect. Most extensions have been purposely designed to do the refresh and thus maintain showing the redirect specifically for stand down purposes.

When we pioneered and introduced the background redirect to the affiliate space in 2016, we did so with the knowledge that we were prioritizing user experience, but also forgoing forcing stand down signals. Not only is the user experience the priority for us, but interfering with a user's control over how they leverage other shopping extensions is something we would never do.

Opening multiple tabs in the same browser to do shopping / price comparison is a highly typical behavior. Dictating when a user is allowed to engage with a shopping partner in their familiar and desired manner is an anti-user position. Issues of attribution should be addressed with attribution-based solutions. Not anti-user restrictions that hinder innovation and hold the affiliate industry back.

Thanks,

John

**From:** Kim, Rich <richard.kim@rakuten.com>
**Sent:** Wednesday, June 16, 2021 11:39 AM
**To:** John Szendiuch <jszendiuch@paypal.com>; Cotto, Regina <regina.cotto@rakuten.com>; Lauren Palla <lpalla@paypal.com>; Jen Goodwin <jlgoodwin@paypal.com>; ra-pubdsa@rakuten.com <ra-pubdsa@rakuten.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

This message has links and attachments, please check both carefully before opening.

Hi John,

I apologize, I didn't ask this in my last email reply to you, but would you happen to have an ETA on when this issue would be resolved?

Thanks so much!
- Rich

**From:** "Kim, Rich" <richard.kim@rakuten.com>
**Date:** Monday, June 14, 2021 at 2:46 PM
**To:** John Szendiuch <jszendiuch@paypal.com>, "Cotto, Regina" <regina.cotto@rakuten.com>, Lauren Palla <lpalla@paypal.com>, Jen Goodwin <jlgoodwin@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi John,

We currently require that the extension stand down in the window that the offer has been accepted in.

Thanks!
- Rich

**From:** John Szendiuch <jszendiuch@paypal.com>
**Date:** Monday, June 14, 2021 at 1:30 PM
**To:** "Kim, Rich" <richard.kim@rakuten.com>, "Cotto, Regina" <regina.cotto@rakuten.com>, Lauren Palla <lpalla@paypal.com>, Jen Goodwin <jlgoodwin@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi Rich,

Thanks for the video.

I noticed that even when I have two entirely separate instances of my browser open, that the Alaska Airlines extension goes away in both when I activate Honey Gold in one.

Can you clarify what the ask is in these instances? Standing down to activities in an entirely different browser instance seems like a stretch.

Thanks!

- John

---

**From:** Kim, Rich <richard.kim@rakuten.com>
**Sent:** Thursday, June 10, 2021 2:10 PM
**To:** Cotto, Regina <regina.cotto@rakuten.com>; John Szendiuch <jszendiuch@paypal.com>; Lauren Palla <lpalla@paypal.com>; Jen Goodwin <jlgoodwin@paypal.com>; ra-pubdsa@rakuten.com <ra-pubdsa@rakuten.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._5003l1C9SJ5:ref ]

This message has links and attachments, please check both carefully before opening.

Hi John,

I have made the following video below. Please excuse the quality at 720p. I had to use an older machine as my issues have not been resolved yet. Let me know if you have any questions:

https://rak.box.com/s/lta3r7wr8mqr792fcbn2f4gwbtiezhzz

Thanks!
- Rich

---

**From:** "Kim, Rich" <richard.kim@rakuten.com>
**Date:** Tuesday, June 8, 2021 at 10:49 AM
**To:** "Cotto, Regina" <regina.cotto@rakuten.com>, John Szendiuch <jszendiuch@paypal.com>, Lauren Palla <lpalla@paypal.com>, Jen Goodwin <jlgoodwin@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._5003l1C9SJ5:ref ]

Hi John,

One way to see the redirect link is to click on the tab that opened up, and using a redirect link tool, you can see that click.linksynergy.com was used as a redirect URL.

I will be providing a video of this soon. As of right now, I am unable to record one due to some technical difficulties that I am getting our IT to fix. Once my technical issues are resolved, I'll record and send a video out right away. Please keep in mind though that our policy indicates that the toolbar must recognize other publishers' tracking links. This does not require them to be visible, as you know, since Honey works the same way. Regardless of this, I will send a video like I explained.

Thanks!
- Rich

---

**From:** "Cotto, Regina" <regina.cotto@rakuten.com>
**Date:** Tuesday, June 8, 2021 at 9:32 AM
**To:** John Szendiuch <jszendiuch@paypal.com>, Lauren Palla <lpalla@paypal.com>, Jen Goodwin

&lt;jlgoodwin@paypal.com&gt;, "Kim, Rich" &lt;richard.kim@rakuten.com&gt;, Rakuten Marketing Network Quality Team &lt;ra-pubdsa@rakuten.com&gt;
**Cc:** "Otzel, Rachel" &lt;rachel.otzel@rakuten.com&gt;
**Subject:** RE: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi John,

As per Rich, Alaska Airlines Mileage Plan Shopping Button works the same as Honey, so publisher links might not be visible. However, If you review the video, you will see that Rich highlighted an affiliate code that belong to Alaska Airlines.

Please let us know if you have any other questions. In meantime, please as your Tech team to fix the stand-down issue.

Thanks again!
Regina

---

**From:** John Szendiuch &lt;jszendiuch@paypal.com&gt;
**Sent:** Tuesday, June 8, 2021 9:24 AM
**To:** Cotto, Regina &lt;regina.cotto@rakuten.com&gt;; Lauren Palla &lt;lpalla@paypal.com&gt;; Jen Goodwin &lt;jlgoodwin@paypal.com&gt;; Kim, Rich &lt;richard.kim@rakuten.com&gt;; Rakuten Marketing Network Quality Team &lt;ra-pubdsa@rakuten.com&gt;
**Cc:** Otzel, Rachel &lt;rachel.otzel@rakuten.com&gt;
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi Regina,

So that we've got the right info on hand can you please clarify my original question? While I understand there is a pop in another tab, there is no visible publisher links, linksynergy links, or afsrc=1 to stand down to.

Thanks!

- John

---

**From:** Cotto, Regina &lt;regina.cotto@rakuten.com&gt;
**Sent:** Monday, June 7, 2021 12:06 PM
**To:** Lauren Palla &lt;lpalla@paypal.com&gt;; Jen Goodwin &lt;jlgoodwin@paypal.com&gt;; Kim, Rich &lt;richard.kim@rakuten.com&gt;; John Szendiuch &lt;jszendiuch@paypal.com&gt;; ra-pubdsa@rakuten.com &lt;ra-pubdsa@rakuten.com&gt;
**Cc:** Otzel, Rachel &lt;rachel.otzel@rakuten.com&gt;
**Subject:** RE: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

> This message has links and attachments, please check both carefully before opening.

+Lauren Palla

Thanks John and Jen.

Hi Lauren – since Chris Arreguin is on Paternity leave and this is urgent, would you kindly please assist us here. We need Honey extension to recognize other publisher's traffic and stand down. Please ask your tech team to fix this issue. Let us know if you have any questions.

Thanks!

Sincerely,

Regina Cotto

Sr. Manager, Network Quality and Compliance

215 Park Avenue South, 2nd Floor
New York, NY 10003
rakutenadvertising.com

---

**From:** Jen Goodwin <jlgoodwin@paypal.com>
**Sent:** Monday, June 7, 2021 11:58 AM
**To:** Kim, Rich <richard.kim@rakuten.com>; John Szendiuch <jszendiuch@paypal.com>; Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>; Cotto, Regina <regina.cotto@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi Rich-

I am in the same situation as John. Chris Arreguin is the person would escalate to, and he is OOO for the next several weeks.

Thanks,

Jen

**Jennifer Goodwin**
Senior Manager

773-458-3981

jlgoodwin@paypal.com

---

**From:** Kim, Rich <richard.kim@rakuten.com>
**Sent:** Friday, June 4, 2021 11:36 AM
**To:** John Szendiuch <jszendiuch@paypal.com>; ra-pubdsa@rakuten.com <ra-pubdsa@rakuten.com>
**Cc:** Jen Goodwin <jlgoodwin@paypal.com>; Otzel, Rachel <rachel.otzel@rakuten.com>; Cotto, Regina <regina.cotto@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

This message contains hyperlinks, take precaution before opening these links.

Hi John,

Thanks for that update. By chance, is there someone else in the company we can reach out to in order to get this resolved?

Confidential

RAD_PayPal_000226

@jlgoodwin@paypal.com, Jen, since we have you cc'd on here, do you happen to know a way we can get to a resolution?

Thank you,
- Rich

---

**From:** John Szendiuch <jszendiuch@paypal.com>
**Date:** Friday, June 4, 2021 at 5:37 AM
**To:** "Kim, Rich" <richard.kim@rakuten.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** Jen Goodwin <jlgoodwin@paypal.com>, "Otzel, Rachel" <rachel.otzel@rakuten.com>, "Cotto, Regina" <regina.cotto@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._5003l1C9SJ5:ref ]

Hi Rich,

Thanks for reaching out!

I've been trying to have this looked at internally, but my boss Chris Arreguin is out for the next few weeks!  I'll let you know as soon as I have an update.

Have a great weekend!

- John

---

**From:** Kim, Rich <richard.kim@rakuten.com>
**Sent:** Wednesday, June 2, 2021 10:45 AM
**To:** John Szendiuch <jszendiuch@paypal.com>; ra-pubdsa@rakuten.com <ra-pubdsa@rakuten.com>
**Cc:** Jen Goodwin <jlgoodwin@paypal.com>; Otzel, Rachel <rachel.otzel@rakuten.com>; Cotto, Regina <regina.cotto@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500l1C9SJ5:ref ]

> This message contains hyperlinks, take precaution before opening these links.

It's been about 2 weeks since the issue has been reported. Can you provide us with any information if the issue has been resolved, or if there is an ETA on when we can expect it to be fixed?

Thank you,
- Rich

---

**From:** "Kim, Rich" <richard.kim@rakuten.com>
**Date:** Thursday, May 27, 2021 at 10:22 AM
**To:** John Szendiuch <jszendiuch@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "jlgoodwin@paypal.com" <jlgoodwin@paypal.com>, "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500l1C9SJ5:ref ]

Hi John,

Hope all is well on your end. Just checking in again to see if there's been an update to the Honey extension yet that resolves the issue at hand?

Thanks, and stay safe!
- Rich

---

**From:** "Kim, Rich" <richard.kim@rakuten.com>
**Date:** Friday, May 21, 2021 at 10:36 AM
**To:** John Szendiuch <jszendiuch@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "jlgoodwin@paypal.com" <jlgoodwin@paypal.com>, "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi John,

Just checking in to see if there's been any update, or if you have a date when we can expect this issue to be resolved?

I hope you have a good weekend, and thanks for your time!
- Rich

---

**From:** "Kim, Rich" <richard.kim@rakuten.com>
**Date:** Friday, May 14, 2021 at 2:17 PM
**To:** John Szendiuch <jszendiuch@paypal.com>, Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "jlgoodwin@paypal.com" <jlgoodwin@paypal.com>, "Otzel, Rachel" <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi John,

I apologize for the confusion. If you review the video carefully, you can see that a tab opens up on the left side of the first tab in the window. Like how the Honey extension works, it does the redirect from a new tab, then closes the tab when the redirect takes place.

Please let me know when we can expect this issue to be resolved. I hope you have a great weekend too!
- Rich

---

**From:** John Szendiuch <jszendiuch@paypal.com>
**Date:** Friday, May 14, 2021 at 2:00 PM
**To:** Rakuten Marketing Network Quality Team <ra-pubdsa@rakuten.com>
**Cc:** "Kim, Rich" <richard.kim@rakuten.com>
**Subject:** Re: Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

Hi Richard,

Hope all is well! Happy Friday!

Thanks for sending this. I didn't see any affiliate URL in the video! The Rakuten guidelines I've seen say we're supposed to stand down when we see any publisher links, linksynergy links, or afsrc=1.

Confidential

Thanks and have a great weekend!

- John

---

**From:** Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Thursday, May 13, 2021 2:26 PM
**To:** John Szendiuch <jszendiuch@paypal.com>
**Cc:** richard.kim@rakuten.com <richard.kim@rakuten.com>
**Subject:** Rakuten Advertising - DSA Issue - 3268168 - Honey [ ref:_00D1N1ANT0._500311C9SJ5:ref ]

| | This message contains hyperlinks, take precaution before opening these links. |
|---|---|

We've recently received a report that the Honey extension is not standing down after accepting an offer from another extension that is in our network. We were able to replicate this by going to ▮▮▮▮▮▮▮▮ accepting an offer from the Alaska Airlines Mileage Plan Shopping Button, and noticed the Honey extension remaining open with an offer. Please see the video at the following link:

https://rak.box.com/s/d788jpxwf7uqxu8qjg0nltajdm6oku0a

Please let us know when this issue is resolved so we can test and confirm.

Thanks so much!

--

Richard Kim
Analyst, Network Quality and Compliance
rakutenadvertising.com

Media • Performance Marketing • Consumer Insights

Confidential Information (C) Copyright 2020 Rakuten Marketing LLC DBA Rakuten Advertising. All rights reserved.
This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.
If you are not the intended recipient, dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately by replying to sender.

ref:_00D1N1ANT0._500311C9SJ5:ref