# EXHIBIT G
# Redacted

| | |
|---|---|
| From: | Cotto, Regina [regina.cotto@rakuten.com] |
| Sent: | 12/5/2024 5:45:06 AM |
| To: | Reed Loose II [jrlooseii@paypal.com]; Gaffey, Megan [megan.gaffey@rakuten.com] |
| CC: | Kim, Rich [richard.kim@rakuten.com]; Marni Gusman [mgusman@paypal.com]; Rakuten Advertising Network Quality Team [ra-compliance@rakuten.com]; Otzel, Rachel [rachel.otzel@rakuten.com] |
| Subject: | RE: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ] |

Hi Reed and Marni,

Thank you for your time yesterday. We will take a closer look at the scenario you shared and will provide you an update.

Sincerely,
Regina

---

**From:** Reed Loose II <jrlooseii@paypal.com>
**Sent:** Wednesday, December 4, 2024 7:30 PM
**To:** Cotto, Regina <regina.cotto@rakuten.com>; Gaffey, Megan <megan.gaffey@rakuten.com>
**Cc:** Kim, Rich <richard.kim@rakuten.com>; Marni Gusman <mgusman@paypal.com>; Rakuten Advertising Network Quality Team <ra-compliance@rakuten.com>; Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Fw: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

**[EXTERNAL]** This message comes from an external organization.

Hi everyone,

Thanks for your time today - Marni and I both appreciate everyone making the time last minute to talk!

Forwarding this thread where we initially brought up the reactivation pop. The specific line I had asked about is on page 7 of the Affiliate Network Policy, and states **"If a user clicks on the link of another publisher, the DSA must not warn the user that the DSA's own cookie is going to be overwritten."** Ezaan confirmed that this meant "After accepting an offer from another publisher, the extension must refrain from displaying any sliders or pop-ups to prompt activation, respecting the user's decision and avoiding intrusive interruptions to their browsing experience."

This seems to pretty clearly indicate that the reactivation warning pop up would be in violation of the policy. Let me know if I'm missing something.

Thanks,

Reed Loose
Partnerships Manager, Key Accounts
Mobile: 805.404.0366
Email: jrloosii@paypal.com

**PayPal**

Confidential                                                                                             RAD_PayPal_000121

**From:** Reed Loose II <jrlooseii@paypal.com>
**Sent:** Friday, April 5, 2024 2:21 PM
**To:** Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>; regina.cotto@rakuten.com <regina.cotto@rakuten.com>
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

Hi Ezaan,

Thanks for the answers!

For clarification on point 1, does opening a new tab (but keeping the original redirect tab open) allow for publishers to not standdown in the original tab? While testing standdown, we had activated our own cash back from our site and didn't open another tab where we went direct to ▮▮▮▮. When we went back to the original tab with our parameters/cookie still active, we noticed that the Rakuten extension was popping (screenshot 1), so we were just curious if there's a time limit that exists that allows publishers to pop in a tagged tab after the time limit is up.

On point 2, while also testing standdown, we noticed that if our link was activated manually by users that had previously activated Rakuten's link, there was a pop up that notified the user and had a button to reactivate Rakuten's link (screenshot 2).

We're happy to make whatever adjustments are needed to ensure that we are abiding by the standdown policy, and would appreciate if you could confirm if the two above examples are in compliance with the policy, as our engineering team was unsure what should be implemented on our end.

Thanks!

Reed Loose
Partnerships Manager, Key Accounts
Phone: 805.404.0366
Email: jrlooseii@paypal.com



---

**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Friday, April 5, 2024 6:48 AM
**To:** Reed Loose II <jrlooseii@paypal.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>; regina.cotto@rakuten.com <regina.cotto@rakuten.com>
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

This message has links and attachments, please check both carefully before opening.

Hi Reed,

You can find the answers below:

1: The extension should deactivate or stand down when a user selects an offer from another publisher within the same user journey, ensuring a seamless experience. However, it can reactivate if the user open a new tab/window and visits the advertisers site again.

2: After accepting an offer from another publisher, the extension must refrain from displaying any sliders or pop-ups to prompt activation, respecting the user's decision and avoiding intrusive interruptions to their browsing experience.

Regards,
-Ezaan


---------------- Original Message ----------------
**From:** Reed Loose II [jrlooseii@paypal.com]
**Sent:** 4/4/2024 5:25 PM
**To:** ra-pubdsa@rakuten.com
**Cc:** rachel.otzel@rakuten.com
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

**[EXTERNAL]** This message comes from an external organization.

Hi Ezaan,

Thanks for the information, it's much appreciated! Having our team look at the policy right now to make sure we have the proper set up in place. A couple of quick questions at first glance:

• Is there a time limit within the redirected tab in which publishers must stand down? I.e. if a user opened a tab, closed their computer and opened it the next day, does stand down need to still be in place?

• When the policy says "If a user clicks on the link of another publisher, the DSA must not warn the user that the DSA's own cookie is going to be overwritten." does that mean that publishers cannot have a pop up that notifies the user that their cookie was overwritten after they click on another publisher's link?

Thanks for the help in getting this all ironed out!

Reed Loose
Partnerships Manager, Key Accounts
Phone: 805.404.0366
Email: jrlooseii@paypal.com



**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Wednesday, April 3, 2024 12:54 PM
**To:** Reed Loose II <jrlooseii@paypal.com>

**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

> This message has links and attachments, please check both carefully before opening.

Hi Reed,

The extension must recognize and stand down when the parameters have ranEAID and ranSiteID in URL. It must also recognize when the user has been redirected through a URL with the keyword "linksynergy", and it must also recognize the linksynergy "lsclick_mid" cookie. Please note that if a user open a new tab or window themselves and not by a redirection then the extension can pop open with an offer again.

You can also see our DSA policy in page 4: https://go.rakutenadvertising.com/hubfs/Affiliate-Network-Policies.pdf

Let us know if you have any other questions.

Regards,
Ezaan


--------------- Original Message ---------------
**From:** Reed Loose II [jrlooseii@paypal.com]
**Sent:** 4/3/2024 3:36 PM
**To:** ra-pubdsa@rakuten.com
**Cc:** rachel.otzel@rakuten.com
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

[EXTERNAL] This message comes from an external organization.

Hi Ezaan,

Thanks for the context and insight! I've let our engineering team know about this discrepancy between where we stand down vs. what's expected in the network. Could you pass along the official stand down guidelines so that our engineering team can ensure that we're aligned?

Thanks,

Reed Loose
Partnerships Manager, Key Accounts
Phone: 805.404.0366
Email: jrlooseii@paypal.com



**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Thursday, March 28, 2024 7:58 AM
**To:** Reed Loose II <jrlooseii@paypal.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

This message has links and attachments, please check both carefully before opening.

Hi Reed,

Hope you are well!

Despite any redirection happening in the background tab, it is imperative that the extension recognizes the given parameters and stand down when another publisher's cookie has been dropped. Please note that the Honey extension can pop back open when the user opens a new tab or window themselves, and not by a redirection.

Please let me know if you require any further clarification or assistance regarding this matter.

Regards,
-Ezaan


--------------- Original Message ---------------
**From:** Reed Loose II [jrlooseii@paypal.com]
**Sent:** 3/28/2024 7:24 AM
**To:** ra-pubdsa@rakuten.com
**Cc:** rachel.otzel@rakuten.com
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

[EXTERNAL] This message comes from an external organization.

Hi Ezaan,

Thank you!

In the example you sent it looks like you switch to the background tab from the foreground tab. In this example, if you were signed into a retailmenot account, there's an option in the foreground tab to direct to site within that tab. In that case, where the user routes to the advertiser's site in the foreground tab, we are standing down. Let me know if you're still seeing the stand down issue in the foreground tab!

Thanks,

Reed Loose
Partnerships Manager, Key Accounts
Phone: 805.404.0356
Email: jrlooseii@paypal.com



**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Wednesday, March 27, 2024 2:28 PM
**To:** Reed Loose II <jrlooseii@paypal.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

This message has links and attachments, please check both carefully before opening.

Hi Reed,

Hope you had a great weekend too!

I retested the extension today and unfortunately, it's still not standing down even though the user journey has remained within the same tab. You can see a video example:
https://rak.box.com/s/0uawx2jihzzj9hldf8q2se2atqc8h453

Let us know if you have any other questions.

Regards,
-Ezaan


--------------- Original Message ---------------
**From:** Reed Loose II [jrlooseii@paypal.com]
**Sent:** 3/26/2024 7:25 PM
**To:** ra-pubdsa@rakuten.com
**Cc:** rachel.otzel@rakuten.com
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

[EXTERNAL] This message comes from an external organization.

Hi Ezaan,

Hope you had a great weekend! Just wanted to follow up here as I heard back from our engineering team. They confirmed that the second video seems to be due to a bug, which they are currently working on fixing. They did note that in the first video, it seems like that tab is a background tab, whereas we stand down in the current/foreground tab. We walked through the same flow but in the foreground tab, and it seems like we're standing down correctly. Let me know if you have any questions or feedback on the above!

Thanks,

Reed Loose
Partnerships Manager, Key Accounts
Phone: 805.404.0366
Email: jrlooseii@paypal.com



**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Thursday, March 21, 2024 11:49 AM
**To:** Reed Loose II <jrlooseii@paypal.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

This message has links and attachments, please check both carefully before opening.

Hi Reed,

Thanks for the update, please keep us posted.

Regards,
-Ezaan

--------------- Original Message ---------------
**From:** Reed Loose II [jrlooseii@paypal.com]
**Sent:** 3/21/2024 1:39 PM
**To:** ra-pubdsa@rakuten.com
**Cc:** rachel.otzel@rakuten.com
**Subject:** Re: Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [

ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

**[EXTERNAL]** This message comes from an external organization.

Hi Ezaan,

Hope you're doing well too!

Thank you for bringing these issues to my attention - confirming that I've passed these examples along to our engineering team to make sure we're standing down properly. I'll follow up here once I have confirmation from our team that we've implemented the proper fixes. In the meantime, don't hesitate to reach out if there's anything else I can help with!

Thanks,

Reed Loose
Partnerships Manager, Key Accounts
Phone: 805.404.0366
Email: jrlooseii@paypal.com



---

**From:** noreply@salesforce.com <noreply@salesforce.com> on behalf of Rakuten Marketing NetQuality PubDsa <ra-pubdsa@rakuten.com>
**Sent:** Wednesday, March 20, 2024 1:49 PM
**To:** Reed Loose II <jrlooseii@paypal.com>
**Cc:** Otzel, Rachel <rachel.otzel@rakuten.com>
**Subject:** Rakuten Advertising - Issue with Extension - 3268168 - JoinHoney [ ref:!00D1N01ANT0.!5006O02E6XRa:ref ]

This message contains hyperlinks, take precaution before opening these links.

Dear Reed,

Hope you are doing well!

We have found two issues with Honey's Extension that goes against our policy.

First, we found that the application is not standing down even after accepting an offer from another publisher in our network. We were able to replicate this issue by going to RetailMeNot and accepting an offer from ▮▮▮▮▮▮▮▮ Please see the video for an example:
https://rak.box.com/s/tgh5c5aubgiyqyfqntjv2vhyfvo78po6

Second, extension is also not standing down when user is accepting an offer from a different extension. I

was able to replicate this issue by going to ▇▇▇▇'s website, and accepting an offer from the Rakuten Rewards extension. Please follow the link below to see a video example:
https://rak.box.com/s/o7hr96o110taw4ned9dajeemmu5mssxb

Please note that the extension must recognize and stand down when the parameters have ranEAID and ranSiteID. It must also recognize when the user has been redirected through a URL with the keyword "linksynergy", and it must also recognize the linksynergy "lsclick_mid" cookie as well.

Please let us know when this issue is resolved, so we can test to confirm. Let us know if you have any questions!

Regards,

--

Ezaan Akram
Analyst, Network Quality & Compliance
rakutenadvertising.com

**Rakuten** Advertising

Advertising that Outperforms

Confidential Information © 2024 Rakuten Marketing LLC DBA Rakuten Advertising. All rights reserved.
This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.
If you are not the intended recipient, dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately by replying to the sender.

ref:!00D1N01ANT0.!5006O02E6XRa:ref