CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
JENNIFER KEIGHLEY (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

*Attorneys for Defendant*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**[PROPOSED ORDER] GRANTING DEFENDANTS PAYPAL, INC.'S AND PAYPAL HOLDINGS, INC. MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered Defendants PayPal, Inc. and PayPal Holdings, Inc.'s ("Defendants") |
| 3 | Motion to Dismiss Plaintiffs' Second Amended Complaint, any opposition to the Motion, any reply |
| 4 | supporting the Motion, and any other materials incorporated by reference in the Complaint or |
| 5 | subject to judicial notice, and having heard arguments of counsel, IT IS HEREBY ORDERED that |
| 6 | the Motion is **GRANTED**. |
| 7 | **IT IS SO ORDERED.** |

Dated this __ day of _____, 2026.

_____
Hon. Beth Labson Freeman
United States District Court Judge