Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**PLAINTIFFS' INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE APPLICATION FOR REAPPOINTMENT** |

Pursuant to the Court's March 25, 2025 Order appointing Plaintiffs' interim Co-Lead Counsel and an Executive Committee to one-year terms, Dkt. 131, Co-Lead Counsel and the Executive Committee respectfully request reappointment and provide the following overview of work performed over the past year in support of that request.

Under the direction of Co-Lead Counsel, this litigation has advanced efficiently to date and remains on schedule for Plaintiffs to move for class certification in September 2026. *See* Dkt. 230. Many Executive Committee members have contributed significantly to the progress of the litigation on multiple fronts over the past year, and other members' work is now beginning in earnest given the litigation milestones ahead.

***Dena C. Sharp of Girard Sharp LLP***, in her capacity as Co-Lead Counsel, has collaborated with her other Co-Lead Counsel to supervise the litigation and direct overall case strategy, coordinate outreach and assignment of work to Executive Committee members, and interface with PayPal's counsel. She and her team, including associates Nina Gliozzo and Anthony Rogari, have led aspects of drafting the Consolidated Class Action Complaint, briefing and arguing the motions to dismiss (particularly as to standing), and managing party and third-party discovery efforts. Additionally, Ms. Sharp and her team are working closely with the other Co-Lead Counsel and members of the Executive Committee to develop subject matter expert work, advance toward class certification, and otherwise prepare the case for trial.

***Nanci E. Nishimura of Cotchett, Pitre & McCarthy, LLP*** serves as Co-Lead Counsel. In this capacity, she has worked with the other Co-Lead Counsel to supervise the litigation, direct overall case strategy, and ensure efficient use of resources. She and her team, including Thomas Loeser and Karin Swope, have played a leadership role in drafting the Consolidated Class Action Complaint, briefing and arguing the motions to dismiss (particularly as to the CFAA and CDAFA claims), and contributing to party and third-party discovery efforts. Ms. Nishimura and her team are working closely with other Co-Lead Counsel and members of the Executive Committee to manage time and expenses reported to the Court in camera each quarter.

***Jason Lichtman of Lieff Cabraser Heimann & Bernstein, LLP*** serves as Co-Lead Counsel. Mr. Lichtman and his team have worked closely with the other Co-Lead Counsel and the Executive Committee to draft the First and Second Amended Complaints, brief and argue the motion to dismiss, and draft and respond to discovery. Among other things, Mr. Lichtman has been the Co-Lead Counsel responsible for substantive briefing; partner Roger Heller has led discovery negotiations with PayPal and the initial arbitration dispute;

PLAINTIFFS' APPLICATION FOR REAPPOINTMENT
CASE NO. 5:24-CV-9470-BLF

associate Danna Elmasry has been involved in arguing the motion to dismiss and in all day-to-day aspects of the litigation; and partner Elizabeth Cabraser continues to provide high level strategic guidance. Mr. Lichtman and his team continue to work closely with Co-Lead Counsel and the Executive Committee to seek discovery and work with subject matter experts ahead of class certification and trial.

***Alexandra (Alex) M. Honeycutt of Milberg, PLLC*** serves as Co-Chair of the Defensive Discovery Committee. Along with her Co-Chair, Ms. Honeycutt has led extensive efforts to communicate and collaborate with the 11 current and 15 former Plaintiffs to gather facts in support of the First and Second Amended Complaints and to support third-party discovery efforts; respond to discovery requests; and collect, review, and produce documents requested in discovery. Ms. Honeycutt continues to work closely with Co-Lead Counsel and Plaintiffs to respond to discovery; collect, review, and produce documents requested in discovery; and support discovery dispute briefing as needed.

***Ashley M. Crooks of Hausfeld LLP*** serves as Co-Chair of the Defensive Discovery Committee. With her Co-Chair, Ms. Crooks has spearheaded extensive defensive discovery efforts, collaborating closely with the 11 current and 15 former Plaintiffs to evaluate and respond to discovery requests, including through extensive document collection and review processes. These efforts have supported the investigations behind the First and Second Amended Complaints, as well as ongoing discovery briefing. Ms. Crooks continues to work closely with Co-Lead Counsel and Plaintiffs to fulfil Plaintiffs' discovery obligations.

***Daniel R. Schwartz of DiCello Levitt LLP*** serves as Chair of the Law and Briefing Committee. In close collaboration with Co-Lead Counsel, Mr. Schwartz played an instrumental role in the motion to dismiss briefing on the First and Second Amended Complaints, developing key arguments and marshaling the factual allegations developed by the Defensive Discovery Committee.

***Jarrett Lee Ellzey of Ellzey Kherkher Sanford & Montgomery LLP*** serves as Creator Class Liaison. Mr. Ellzey has worked closely with the Co-Chairs of the Defensive Discovery Committee to communicate with Plaintiffs, conduct factual investigations, and gather documents in response to discovery requests and to support the First and Second Amended Complaints. Mr. Ellzey continues to work closely with the Committee to fulfil Plaintiffs' discovery obligations.

***David R. Buchanan of Seeger Weiss LLP*** has served as Chair of the Offensive Discovery Committee, spearheading Plaintiffs' discovery efforts of PayPal, managing meet and confers, and coordinating with

technical experts, while working closely with Co-Lead Counsel. In addition, Mr. Buchanan and his team have contributed to Plaintiffs' third-party discovery efforts, including reviewing documents and managing negotiations with subpoena targets.

*Sophia Rios of Berger Montague PC* and her firm have assisted with discovery of PayPal, and early source code negotiations in particular, given the experience the firm gained in the *Capital One* litigation.

*Karina G. Puttieva of Cohen Milstein Sellers & Toll PLLC* has served as Plaintiffs' Third-Party Discovery Lead, directing strategy for Plaintiffs' third-party discovery efforts and coordinating and managing outreach to more than 90 third parties, again in close collaboration with Co-Lead Counsel at Girard Sharp in particular.

*Barrett J. Vahle of Stueve Siegel Hanson LLP* has served as Co-Chair of Expert Discovery. Given experience gained in the *Capital One* litigation, Mr. Vahle and his team have assisted with expert work performed to date.

*Chris Springer of Keller Rohrback L.L.P.* serves as Co-Chair of Expert Discovery. As discovery and expert work is now underway, Co-Lead Counsel expect to call on Mr. Springer and his team to contribute significantly to working with subject matter experts as the case progresses.

*Christopher A. Seeger of Seeger Weiss LLP* serves as Settlement Liaison, with Co-Lead Counsel. While the case is in its early stages, Co-Lead Counsel expect to call on Mr. Seeger and his team at Seeger Weiss to assist with potential resolution as the case proceeds.

PLAINTIFFS' APPLICATION FOR REAPPOINTMENT
CASE NO. 5:24-CV-9470-BLF

Dated:  March 26, 2026

Respectfully submitted,

By: */s/ Jason Lichtman*

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardsharp.com

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-Lead Counsel*

- 4 -

PLAINTIFFS' APPLICATION FOR REAPPOINTMENT
CASE NO. 5:24-CV-9470-BLF

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 26, 2026

/s/ Jason L. Lichtman

PLAINTIFFS' APPLICATION FOR REAPPOINTMENT
CASE NO. 5:24-CV-9470-BLF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on March 26, 2026.


Dated: March 26, 2026

/s/ *Jason L. Lichtman*
                    Jason L. Lichtman

PLAINTIFFS' APPLICATION FOR REAPPOINTMENT
CASE NO. 5:24-CV-9470-BLF