Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

*Interim Co-Lead Counsel*

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

Case No. 5:24-cv-9470-BLF

[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE APPLICATION FOR REAPPOINTMENT**

The Court hereby **GRANTS** Plaintiffs' motion and reappoints interim Co Lead Counsel and the Executive Committee for a one-year term.

**IT IS SO ORDERED**

DATED: March 26, 2026

_____
The Honorable Beth Labson Freeman
United States District Judge