# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**[PROPOSED] ORDER COMPELLING FORMER NAMED PLAINTIFFS TO PRODUCE DOCUMENTS RESPONSE TO PAYPAL'S RULE 45 SUBPOENAS** |

This matter came before the Court on the Parties' Joint Statement regarding discovery from Former Named Plaintiffs ("FNPs").[1]

The Court has considered the Parties' positions and exhibits thereto, the record in this matter, and any argument by counsel.

**IT IS HEREBY ORDERED** that, for the reasons stated in PayPal's position statement in the Parties' Joint Statement, FNPs are compelled to produce materials on a rolling basis beginning 14 days from the date of this Order, which are responsive to RFP Nos. 1, 2, 4, 5, 7 and 8 in PayPal's subpoenas dated January 28, 2026.  FNPs shall complete all productions within 45 days of this Order.

**IT IS SO ORDERED.**

Dated this __ day of _____, 2026.

_____
Hon. Susan van Keulen
United States Magistrate Judge

---

[1] Gymcaddy LLC; Motion Butter, LLC; Stephen Sistek; Reid Tomasko; Sebastian Ventura; Colbow Design LLC; Richard Young; Be Victorious LLC; Christopher Komuves; Eli Silva; John Pugh; David Hiser; Just Josh Inc.; Miniac, LLC; and Shanger Danger LLC.

- 1 -

[PROPOSED] ORDER REGARDING JOINT
STATEMENT REGARDING DISCOVERY DISPUTE
5:24-CV-09470-BLF