# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**[FORMER PLAINTIFFS' PROPOSED] ORDER DENYING PAYPAL'S REQUEST TO ENFORCE ITS SUBPOENAS TO FORMER PLAINTIFFS** |

This matter came before the Court on the dispute over PayPal's subpoenas to fifteen (15) Former Plaintiffs[1] who voluntarily dismissed their claims. *See* Dkt. 243.

The Court has considered PayPal's and Former Plaintiffs' positions and submissions, the record in this matter, and any argument.

For the reasons stated in Former Plaintiffs' portion of the discovery dispute, the Court hereby **DENIES** PayPal's request to enforce the subpoenas.

**IT IS SO ORDERED**

DATED: _____, 2026

_____
The Honorable Susan van Keulen
United States Magistrate Judge

---

[1] Gymcaddy LLC; Motion Butter, LLC; Stephen Sistek; Reid Tomasko; Sebastian Ventura; Colbow Design LLC; Richard Young; Be Victorious LLC; Christopher Komuves; Eli Silva; John Pugh; David Hiser; Just Josh Inc.; Miniac, LLC; and Shanger Danger LLC.

-1-    [PROPOSED] ORDER NO. 5:24-CV-9470-BLF