Dena C. Sharp (SBN 245869)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800
dsharp@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000
ecabraser@lchb.com
rheller@lchb.com
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
650.697.6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Plaintiffs' Interim Class Counsel*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**DECLARATION OF DENA C. SHARP IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**<br><br>Judge: Hon. Beth Labson Freeman |

I, Dena C. Sharp, declare as follows:

1.      I am a partner at Girard Sharp LLP and counsel for Plaintiffs in this matter. I submit this declaration in support of the Joint Stipulation to Extend the ADR Deadline. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2.      On November 21, 2025, the Court entered an Order setting May 15, 2026, as the deadline for the Parties to engage in ADR.

3.      The Parties have conferred and elected to mediate with Robert A. Meyer of JAMS.

4.      The first available and mutually agreeable date for Mr. Meyer and the Parties was July 29, 2026, which the Parties have reserved for an in-person mediation. The Parties have agreed to extend the deadline to engage in an ADR session from May 15, 2026, to and through August 1, 2026, to allow the in-person mediation with Mr. Meyer to proceed as scheduled.

5.      The requested extension will not alter the date of any other event or deadline already fixed by Court order.

6.      The following scheduling modifications have occurred in this case via stipulation:

- The Court extended Plaintiffs' time to file the consolidated complaint (*see* ECF No. 160).
- The Court twice extended the time for the Parties to submit a source code protocol (*see* ECF Nos. 196 and 201).
- The Court extended PayPal's time to file its response to Plaintiffs' Second Amended Complaint and its reply brief (*see* ECF No. 247).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of May, 2026, at San Francisco, California.

/s/ Dena C. Sharp
DENA C. SHARP

1

DECLARATION OF DENA C. SHARP IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND ADR DEADLINE
Case No. 5:24-cv-09470-BLF