Dena C. Sharp (SBN 245869)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800
dsharp@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000
ecabraser@lchb.com
rheller@lchb.com
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
650.697.6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Plaintiffs' Interim Class Counsel*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-09470-BLF<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND ADR DEADLINE**<br><br>Judge: Hon. Beth Labson Freeman |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-09470-BLF

Pursuant to Local Rules 6-2 and 7-12, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 21, 2025, this Court entered an Order setting May 15, 2026, as the deadline for the Parties to engage in ADR (ECF No. 236);

WHEREAS, the Parties have conferred and sought availability from several highly respected mediators for mediation before the May 15, 2026 deadline;

WHEREAS, the Parties have elected to mediate with Robert A. Meyer of JAMS;

WHEREAS, the Parties believe that Mr. Meyer, whose experience includes mediating numerous class actions involving high-profile commercial entities, is well-suited to mediate this case;

WHEREAS, the first available and mutually agreeable date for Mr. Meyer and the Parties was July 29, 2026, which the Parties have reserved for an in-person mediation;

WHEREAS, the Parties agree, subject to the Court's approval, that an extension of the deadline for the Parties to engage in ADR is appropriate to allow the in-person mediation with Mr. Meyer to proceed as scheduled;

WHEREAS, the requested extension will not alter the date of any other event or deadline already fixed by Court order;

WHEREAS, this request will not unduly delay the proceedings and is not being made for any other improper purpose.

WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), the Parties note the following scheduling modifications have occurred in this case via stipulation:

- The Court extended Plaintiffs' time to file the consolidated complaint (*see* ECF No. 160).
- The Court twice extended the time for the Parties to submit a source code protocol (*see* ECF Nos. 196 and 201).
- The Court extended PayPal's time to file its response to Plaintiffs' Second Amended Complaint and its reply brief (*see* ECF No. 247).

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-09470-BLF

NOW, THEREFORE, THE PARTIES STIPULATE, pursuant to Civil L.R. 6-2, and respectfully request that the Court order, that the deadline for the parties to engage in an ADR session be extended through August 1, 2026.


**IT IS SO STIPULATED**

Dated: May 8, 2026                                    Respectfully submitted,


By: */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE &**

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-09470-BLF

**MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

Dated: May 8, 2026

By: */s/ Richard A. Jacobsen*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (949) 567-6700
prugani@orrick.com

Richard A. Jacobsen (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com

Paul F. Rugani (SBN 342647)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: (949) 567-6700
prugani@orrick.com

*Attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc.*

4

**ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: May 8, 2026

/s/ Dena C. Sharp
Dena C. Sharp

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: May 11, 2026

_____

HONORABLE BETH LABSON FREEMAN
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
CASE NO. 5:24-cv-09470-BLF