# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| WENDOVER PRODUCTIONS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL INC, et al.,<br><br>Defendants. | Case No.  5:24-cv-09470-BLF<br><br>**ORDER SETTING ORAL ARGUMENT ON MOTION TO DISMISS AT 10:30 AM ON JUNE 4, 2026** |

The upcoming hearing for Defendants' motion to dismiss is currently set for 9:00 a.m. on June 4, 2026.  The Parties SHALL instead appear at 10:30 a.m. on June 4, 2026, for the hearing.

**IT IS SO ORDERED.**

Dated:  June 2, 2026

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California