CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 949 567 6700
Facsimile:    +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
JENNIFER KEIGHLEY (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151

*Attorneys for Defendants*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1, 6-2, and 7-12, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 22, 2026, the Court entered an Order denying the Motion to Dismiss filed by Defendants PayPal, Inc. and PayPal Holdings, Inc. (collectively, "PayPal");

WHEREAS, PayPal's Answer to Plaintiffs' Second Amended Complaint is currently due July 6, 2026;

WHEREAS, Plaintiffs' Second Amended Complaint consists of 407 paragraphs;

WHEREAS, the Independence Day holiday falls two days before the deadline to Answer;

WHEREAS, PayPal has requested, and Plaintiffs agree, subject to Court approval, that PayPal shall have an additional ten days to file its Answer to Plaintiffs' Second Amended Complaint;

WHEREAS, the proposed extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE to extend PayPal's time to Answer Plaintiffs' Second Amended Complaint to **July 16, 2026**.

**IT IS SO STIPULATED.**

Dated: June 30, 2026                                  Respectfully submitted,


By: */s/ Clement S. Roberts*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
croberts@orrick.com

Richard A. Jacobsen (*pro hac vice*)
Marc R. Shapiro (*pro hac vice*)
Jennifer Keighley (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com
mshapiro@orrick.com
jkeighley@orrick.com

*Attorney for Defendants PayPal, Inc. and PayPal Holdings, Inc*

By*:*   /s/ *Nina R. Gliozzo*
Nina R. Gliozzo (SBN 333569)

Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER PLANTIFFS'
SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-09470-BLF

Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER PLANTIFFS'
SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-09470-BLF

**ATTESTATION OF FILER**

I, Clement S. Roberts, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: June 30, 2026                                    /s/ Clement S. Roberts
                                                         Clement S. Roberts

4

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____                    _____
                                                 HONORABLE Beth Labson Freeman
                                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER PLANTIFFS'
SECOND AMENDED COMPLAINT
CASE NO. 5:24-cv-09470-BLF