Dena C. Sharp (SBN 245869)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dsharp@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
(650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac* vice)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000
ecabraser@lchb.com
rheller@lchb.com
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

*Plaintiffs' Interim Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF GENTS SCENTS LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Beth Labson Freeman |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Gents Scents LLC by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice. This dismissal does not affect the claims of any other Plaintiff in this litigation.

Dated: July 15, 2026                    By: */s/ Thomas E. Loeser*

Nanci E. Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

Dena C. Sharp (SBN 245869)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardharp.com

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

2

NOTICE OF VOLUNTARY DISMISSAL OF GENTS SCENTS LLC
CASE NO. 5:24-cv-09470-BLF

ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

*Interim Co-Lead Counsel*

3

NOTICE OF VOLUNTARY DISMISSAL OF GENTS SCENTS LLC
CASE NO. 5:24-cv-09470-BLF

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: July 15, 2026

/s/ Thomas E. Loeser

NOTICE OF VOLUNTARY DISMISSAL OF GENTS SCENTS LLC
CASE NO. 5:24-cv-09470-BLF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in this action via electronic service, in accordance with the Federal Rules of Civil Procedure, on July 15, 2026.

*/s/ Thomas E. Loeser*

NOTICE OF VOLUNTARY DISMISSAL OF GENTS SCENTS LLC
CASE NO. 5:24-cv-09470-BLF