CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 949 567 6700
Facsimile:    +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
JENNIFER KEIGHLEY (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151


*Attorneys for Defendant*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**DECLARATION OF CLEMENT S. ROBERTS IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

ROBERTS DECLARATION IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF

## DECLARATION OF CLEMENT S. ROBERTS

I, Clement S. Roberts, declare as follows:

1.    I am a member in good standing of the Bar of the State of California and authorized to practice before this Court.  I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc. ("Defendants") in the above-captioned action.  I submit this declaration in support of the Joint Stipulation And [Proposed] Order Regarding Case Schedule.  I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2.    The Parties conferred and mutually agreed that good cause exists to extend the current case schedule given the status of document productions thus far and the expectation of additional voluminous custodial productions, the ongoing production and review of substantial and complex datasets, and a significant number of depositions that have not yet been scheduled and will require flexibility for both parties.

3.    Accordingly, subject to the Court's approval, the Parties agreed to the following schedule:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| PayPal to complete production of transactional data from 87 identified tables for the class period | n/a | August 28, 2026 |
| Substantial completion of document productions and written discovery | August 14, 2026 | October 7, 2026 |
| Plaintiffs' Motion for Class Certification and any Supporting Expert Report(s) | September 1, 2026 | October 26, 2026 |
| Defendants' Response to Motion for Class Certification and any Supporting Expert Report(s) | October 20, 2026 | December 14, 2026 |
| Plaintiffs' Reply in Support of Motion for Class Certification and any Rebuttal Expert Report(s) | November 19, 2026 | January 19, 2027 |

ROBERTS DECLARATION IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF

| Hearing on Plaintiffs' Motion for Class Certification | December 17, 2026 or after, at the Court's convenience | February 11, 2027 or after, at the Court's convenience |
|---|---|---|
| Deadline to Amend Complaint re Class Certification Matters | 30 days after ruling on class certification | 30 days after ruling on class certification (unchanged — relative deadline) |
| Close of Fact Discovery | November 16, 2026 | January 18, 2027 |
| Parties exchange identities and subject matters of affirmative experts offering merits-based opinons | n/a | January 6, 2027 |
| Expert Reports | December 7, 2026 | January 20, 2027 |
| Rebuttal Expert Reports | January 11, 2027 | February 10, 2027 |
| Close of Expert Discovery | February 1, 2027 | March 3, 2027 |
| Motions for Summary Judgment | March 8, 2027 | March 22, 2027 |
| Responses to Motions for Summary Judgment | April 12, 2027 | April 23, 2027 |
| Replies in Support of Motions for Summary Judgment | May 10, 2027 | May 13, 2027 |
| Hearing on Motions for Summary Judgment or Dispositive Motions | June 3, 2027, at 9:00 a.m. | no change |
| Last Day for Hearing on Daubert Motions[1] | August 19, 2027 | no change |
| Last Day to Meet and Confer Pursuant to Local Rule 16-10(b)(5) | August 26, 2027 | no change |
| Joint Final Pretrial Conference Statement and Proposed Order | September 2, 2027 | no change |
| Final Pretrial Conference | September 16, 2027, at 1:30 p.m. | no change |
| Jury Trial | October 18, 2027 | no change |

4.      This is the first case schedule modification request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 4, 2026.

---

[1] The parties may also include *Daubert* motions in their final pretrial motions in limine.

2

ROBERTS DECLARATION IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

CASE NO. 5:24-cv-09470-BLF

/s/ *Clement S. Roberts*

CLEMENT S. ROBERTS

ROBERTS DECLARATION IN SUPPORT OF JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF