CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
GEOFFREY MOSS (SBN 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 949 567 6700
Facsimile:    +1 949 567 6710

RICHARD A. JACOBSEN (admitted *pro hac vice*)
MARC R. SHAPIRO (admitted *pro hac vice*)
JENNIFER KEIGHLEY (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151

*Attorneys for Defendants*
PAYPAL, INC. AND PAYPAL HOLDINGS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | No. 5:24-cv-9470<br>Judge: Hon. Beth Labson Freeman<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

Pursuant to Local Rule 6-1, 6-2, and 7-12, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 21, 2025, this Court entered an Order setting the case deadlines;

WHEREAS, the Parties are in the midst of engaging in voluminous discovery and continue to engage in the meet and confer process regarding the production and review of substantial datasets;

WHEREAS, the Parties continue to engage in negotiations concerning document discovery, and PayPal anticipates making additional voluminous productions;

WHEREAS, PayPal has agreed to make a voluminous production of transactional data, but requires additional time to make that production, which it will endeavor to complete by August 28, 2026;

WHEREAS, in light of the current status of the data and document productions, depositions have not yet been scheduled and will require flexibility for both parties;

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE to the following case deadlines:

| Event | Current Deadline | Revised Deadline |
|-------|------------------|------------------|
| PayPal to complete production of transactional data from 87 identified tables for the class period | n/a | August 28, 2026 |
| Substantial completion of document productions and written discovery | August 14, 2026 | October 7, 2026 |
| Plaintiffs' Motion for Class Certification and any Supporting Expert Report(s) | September 1, 2026 | October 26, 2026 |
| Defendants' Response to Motion for Class Certification and any Supporting Expert Report(s) | October 20, 2026 | December 14, 2026 |
| Plaintiffs' Reply in Support of Motion for Class Certification and any Rebuttal Expert Report(s) | November 19, 2026 | January 19, 2027 |
| Hearing on Plaintiffs' Motion for Class Certification | December 17, 2026 or after, at the Court's convenience | February 11, 2027 or after, at the Court's convenience |

1

| | | |
|---|---|---|
| Deadline to Amend Complaint re Class Certification Matters | 30 days after ruling on class certification | 30 days after ruling on class certification *(unchanged — relative deadline)* |
| Close of Fact Discovery | November 16, 2026 | January 18, 2027 |
| Parties exchange identities and subject matters of affirmative experts offering merits-based opinons | n/a | January 6, 2027 |
| Expert Reports | December 7, 2026 | January 20, 2027 |
| Rebuttal Expert Reports | January 11, 2027 | February 10, 2027 |
| Close of Expert Discovery | February 1, 2027 | March 3, 2027 |
| Motions for Summary Judgment | March 8, 2027 | March 22, 2027 |
| Responses to Motions for Summary Judgment | April 12, 2027 | April 23, 2027 |
| Replies in Support of Motions for Summary Judgment | May 10, 2027 | May 13, 2027 |
| Hearing on Motions for Summary Judgment or Dispositive Motions | June 3, 2027, at 9:00 a.m. | *no change* |
| Last Day for Hearing on *Daubert* Motions[1] | August 19, 2027 | *no change* |
| Last Day to Meet and Confer Pursuant to Local Rule 16-10(b)(5) | August 26, 2027 | *no change* |
| Joint Final Pretrial Conference Statement and Proposed Order | September 2, 2027 | *no change* |
| Final Pretrial Conference | September 16, 2027, at 1:30 p.m. | *no change* |
| Jury Trial | October 18, 2027 | *no change* |

**IT IS SO STIPULATED.**

Dated: August 4, 2026

Respectfully submitted,

By: */s/ Clement. S. Roberts*
Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
croberts@orrick.com

---

[1] The parties may also include *Daubert* motions in their final pretrial motions in limine.

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF

Richard A. Jacobsen (*pro hac vice*)
Marc R. Shapiro (*pro hac vice*)
Jennifer Keighley (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com
mshapiro@orrick.com
jkeighley@orrick.com

*Attorney for Defendants PayPal, Inc. and
PayPal Holdings, Inc*

By*:    /s/ Nina R. Gliozzo*
Nina R. Gliozzo (SBN 333569)

Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ttan@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN &**

3

**BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
Thomas E. Loeser (SBN 202724)
**COTCHETT, PITRE &
MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com
tloeser@cpmlegal.com

Thomas E. Loeser (SBN 202724)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE &
MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
tloeser@cpmlegal.com
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-lead Counsel*

4

## **ATTESTATION OF FILER**

I, Clement S. Roberts, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: August 4, 2026

*/s/ Clement S. Roberts*
Clement S. Roberts

5

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 10, 2026

HONORABLE Beth Labson Freeman
United States District Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE
CASE NO. 5:24-cv-09470-BLF