Dena C. Sharp (SBN 245869)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

Jason L. Lichtman (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com

Nanci Nishimura (SBN 152621)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com

*Interim Co-lead Counsel*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>Judge: Hon. Beth Labson Freeman<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING** |

Pursuant to Civil Local Rule 7-12, the Parties by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs' motion for class certification is due on October 26, 2026, PayPal's response to Plaintiffs' class certification motion is due on December 14, 2026, and Plaintiffs' reply in support of class certification is due on January 19, 2027 (Dkt. 283);

WHEREAS, pursuant to Civil Local Rule 7-4(b) and this Court's Standing Order at § IV.A, the page limits for the Parties' class certification briefs are currently as follows: 25 pages for Plaintiffs' memorandum in support of their motion, 25 pages for PayPal's response, and 15 pages for Plaintiffs' reply;

WHEREAS, Plaintiffs have been working diligently on their motion, and have determined that additional pages are necessary to properly brief the legal, technical, and other factual issues involved, and PayPal agrees that additional pages are necessary for the Parties' respective briefs;

WHEREAS, the Parties have conferred and have agreed, subject to Court approval, to extend the page limits for their class certification briefs as set forth below;

NOW, THEREFORE, subject to the Court's approval, THE PARTIES STIPULATE to the following modified page limits for their class certification briefs:

- 32 pages for Plaintiffs' memorandum in support of their motion
- 35 pages for PayPal's response
- 20 pages for Plaintiffs' reply

**IT IS SO STIPULATED.**

Dated: October 19, 2026

Respectfully submitted,

By: */s/ Roger N. Heller*

Dena C. Sharp (SBN 245869)
Nina R. Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
ngliozzo@girardsharp.com
arogari@girardsharp.com

Elizabeth J. Cabraser (State Bar No. 083151)
Roger N. Heller (State Bar No. 215348)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com

Jason L. Lichtman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
delmasry@lchb.com

Nanci Nishimura (SBN 152621)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
nnishimura@cpmlegal.com

Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Interim Co-Lead Counsel*

By: /s/ *Marc R. Shapiro*

Clement S. Roberts (SBN 209203)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
croberts@orrick.com

Richard A. Jacobsen (*pro hac vice*)
Marc R. Shapiro (*pro hac vice*)
Jennifer Keighley (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
rjacobsen@orrick.com
mshapiro@orrick.com
jkeighley@orrick.com

*Attorneys for Defendants PayPal, Inc. and PayPal Holdings, Inc*

**ATTESTATION OF FILER**

I, Roger N. Heller, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: October 19, 2026 *<u>/s/ Roger N. Heller</u>*

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___________________________ ________________________________________

Honorable Beth Labson Freeman
United States District Judge