United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

Case No. 24-cv-09470-BLF

**ORDER DENYING REQUEST TO EXCEED PAGE LIMIT**

[Re: ECF No. 290]

The Court has considered the parties' joint stipulation to exceed the page limits for the parties' class certification briefing and is not persuaded that any increase is warranted. The request is DENIED.

**IT IS SO ORDERED.**

Dated: October 20, 2026

BETH LABSON FREEMAN
United States District Judge