Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Michael K. Sheen (SBN 288284)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Interim Co-lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**DECLARATION OF ROGER N. HELLER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

I, Roger N. Heller, hereby declare under penalty of perjury:

1. I am an attorney at the law firm of Lieff Cabraser Heimann & Bernstein LLP and represent Plaintiffs in this action. I have personal knowledge of the facts stated in this declaration and, if called to do so, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal.

3. Attached to the Administrative Motion to File Under Seal are the following:

| Document | Description | Designating Party |
|---|---|---|
| Appendix A | Rows describing Plaintiffs' contracts, reflecting materials designated confidential by Plaintiffs or that reveal Plaintiffs' sensitive business information | Plaintiffs |
| Exhibit A2, Backcountry | Entire Document | Plaintiffs |
| Exhibit A3, Dell | Entire Document | Plaintiffs |
| Exhibit A4, eBay | Entire Document | Plaintiffs |
| Exhibit A5, Fanatics | Entire Document | Plaintiffs |
| Exhibit A6, Finish Line | Entire Document | Plaintiffs |
| Exhibit A7, Forever 21 | Entire Document | Plaintiffs |
| Exhibit A11, Saks Fifth Avenue | Entire Document | Plaintiffs |
| Exhibit A14, Staples | Entire Document | Plaintiffs |
| Exhibit A16, Walmart | Entire Document | Plaintiffs |
| Exhibit A17, WeCreat | Entire Document | Plaintiffs |

4. Plaintiffs' Administrative Motion to File Under Seal describes the nature of what Plaintiff requests the Court maintain under seal. Each of the documents and portions of documents sought to be sealed contain highly confidential information that, if sealing were denied, would jeopardize the legitimate privacy and sensitive business interests of Plaintiff.

5. Plaintiffs seek to seal documents containing their personally identifiable information and sensitive business information. If Plaintiffs' PII were disclosed, they could be subject to security risks, as their information could be used by malicious actors.

6. Plaintiffs also seek to seal documents that reflect Plaintiffs' sensitive business information. If disclosed, information reflecting the financial terms of Plaintiffs' agreements with merchants and listing their merchant partners could result in competitive business harms.

7. The information Plaintiff seeks to seal is also protected under the stipulated protective order. Paragraph 13.3 of the Stipulated Protective Order requires materials designated as "Confidential" ("Protected Material") to be filed under seal. Protected Material includes information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). *See* Stipulated Protective Order, ¶¶ 2.3, 2.16 (Dkt. No. 169).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of October 2026, in San Francisco, CA.

*/s/ Roger N. Heller*

Roger N. Heller

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the under seal documents to be served on counsel *via electronic mail*.

*/s/ Roger N. Heller*

Roger N. Heller