**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

Case No. 5:24-cv-09470-BLF

**DECLARATION OF DENA C. SHARP IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Beth Labson Freeman
Date: March 18, 2027
Time: 9:00 am

**CERTAIN EXHIBITS FILED UNDER SEAL**

I, Dena C. Sharp, declare as follows:

1. I am an attorney at the law firm of Girard Sharp LLP.

2. Along with Jason L. Lichtman of Lieff Cabraser Heimann & Bernstein, LLP, and Nanci E. Nishimura of Cotchett, Pitre & McCarthy, LLP, I was appointed and presently serve as Interim Co-Lead Counsel for the Plaintiffs in the above-captioned litigation. ECF Nos. 131, 258.

3. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I make this declaration based on my own personal knowledge. If called upon to do so, I would testify under oath to the matters stated herein.

4. Plaintiffs in this consolidated action allege that PayPal, Inc. and PayPal Holdings, Inc. (together, "PayPal") tortiously interfered with contract and violated the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030, California's Computer Data Access and Fraud Act ("CDAFA"), and California's Unfair Competition Law ("UCL") by using the Honey browser extension to improperly overwrite Class members' Affiliate IDs and wrongfully divert earned affiliate commissions.

5. The initial consolidated complaint was filed on May 9, 2025. ECF No. 161. In their initial consolidated complaint, Plaintiffs alleged that PayPal's conduct constituted unjust enrichment, intentional interference with contract, intentional interference with prospective economic advantage, negligent interference with prospective economic advantage, and conversion. *Id.* Plaintiffs further alleged that PayPal's conduct violated California's UCL, Connecticut's Unfair Trade Practices Act, Hawaii's Unfair and Deceptive Trade Practices Act, New Hampshire's Consumer Protection Act, New York's General Business Law, and Washington's Consumer Protection Act. *Id.*

6. On June 20, 2025, Plaintiffs filed an Amended Consolidated Class Action Complaint ("FAC"). ECF No. 188. Plaintiffs' FAC added allegations that PayPal's conduct violated the CFAA and CDAFA. *Id.*

7. PayPal filed a motion to dismiss Plaintiffs' FAC and a motion to compel arbitration on August 11, 2025. ECF Nos. 204, 205. Plaintiffs filed oppositions to both motions on September 24, 2025 (ECF Nos. 218, 219), and PayPal replied on October 16, 2025. ECF Nos. 220, 221. After hearing argument on the motions, on November 7, 2025, the Court issued an Order Denying the Motion to

Compel Arbitration. ECF No. 232. On November 21, 2025, the Court issued an Order Granting the Motion to Dismiss, and granting leave to file an amended complaint by January 5, 2026. ECF No. 237.

8. On January 5, 2026, Plaintiffs filed a Second Amended Consolidated Class Action Complaint ("SAC") addressing the Court's November 21 motion to dismiss order. ECF No. 242.

9. PayPal moved to dismiss the SAC on February 9, 2026. ECF No. 252. Plaintiffs opposed on March 9, 2026 (ECF No. 255), and PayPal replied on March 30, 2026. ECF No. 259. On June 22, 2026, the Court issued an Order denying PayPal's Motion to Dismiss. ECF No. 277. PayPal answered the SAC on July 16, 2026. ECF No. 281.

10. Plaintiffs in this action drafted and delivered 39 early Rule 34 document requests and one interrogatory in advance of the parties' Rule 26(f) conference. Plaintiffs prepared and filed a protective order, an order governing the handling of electronically-stored information, an order governing privileged materials, and an order governing expert discovery, each of which were entered by the Court. Dkt. Nos. 169, 170, 171, 172.

11. Since then, Plaintiffs have continued to pursue discovery and develop the factual record in the case by, among other things:

a. serving additional document requests;

b. negotiating a set of supplemental responses to Plaintiffs' interrogatory;

c. negotiating production of 61,015 documents from PayPal, including with regard to search terms to query for the production of custodial information, and reviewing those documents;

d. negotiating a voluminous production of PayPal's transactional data;

e. negotiating productions of Honey's source code, and conducting several inspections of the produced source code;

f. conducting a Rule 30(b)(6) deposition of a PayPal corporate designees on September 25, 2026;

g. serving subpoenas for documents and testimony on 95 non-party affiliate networks and merchants and extensively negotiating productions under those subpoenas;

h. setting up an electronic document review platform;

i. retaining and working with a computer science expert; a database expert; an affiliate marketing expert, and a digital marketing expert; and

j. completing other necessary tasks to advance this case.

12. Girard Sharp is a national law firm with extensive experience in prosecuting class actions, including consumer protection and privacy cases. Based in San Francisco, the firm has represented clients throughout the United States in complex consumer, antitrust, securities, civil rights, telecommunications, products liability, and privacy actions since 1995. Girard Sharp has served as class counsel in various complex cases, including *In re JUUL Labs, Inc., Marketing, Sales Practices & Products Liability Litigation*, No. 19-md-02913, 2022 WL 2343268 (N.D. Cal) and *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, No. 3:20-md-02966 (N.D. Cal.). *See also* https://girardsharp.com/wp-content/uploads/2026/10/2026-10-16-Girard-Sharp-Resume.pdf (Girard Sharp resume).

13. Lieff Cabraser Heimann & Bermann is a nationwide plaintiffs' class action firm with 125+ attorneys and main offices in San Francisco and New York. Founded in 1972, the firm has recovered over $129 billion in verdicts and settlements. Lieff Cabraser has a long history of vigorously prosecuting claims, including against some of the largest financial and technology corporations in the world, to protect consumers and employees, including to protect their financial and privacy rights in a digital world. Lieff Cabraser served as class counsel in the following cases, among others: *Bartz v. Anthropic PBC*, 791 F. Supp. 3d 1038, 1054 (N.D. Cal. 2025); *Corker v. Costco Wholesale Corp.*, No. 1:19-cv-290 (W.D. Wash). *See also* https://www.lieffcabraser.com/pdf/Lieff_Cabraser_Firm_Resume.pdf (LCHB resume).

14. Cotchett, Pitre & McCarthy LLP has built a nationwide practice and reputation for prosecuting socially just actions and standing up to the largest corporations in the world. CPM has led many of the most complex technology-related cases in the US, including in the Northen District of California. CPM served as class counsel in the following cases, among others: *In re Bank of America California Unemployment Litigation,* Case No. 3:21-md-2992-GPC-MSB (S.D. Cal.); *In re Zoom Video Comms., Inc. Privacy Litigation*, No. 20-cv-02155-LB (N.D. Cal.); *In re Apple Device Performance*

*Litigation*, Case No. 18-md-2827 (N.D. Cal.); *see also* https://cotchett.sitepilot12.firmseek.com/media/matter/60053_CPM_Firm_Resume.pdf; (CPM resume)

15. The Court has also appointed members of Plaintiffs' Executive Committee. ECF Nos. 131, 258. Hyperlinks to the firm biographies for Plaintiffs' Executive Committee are below:

i. Alexandra (Alex) M. Honeycutt of Milberg, PLLC: https://milberg.com/attorney/alexandra-m-honeycutt/

ii. Ashley M. Crooks of Hausfeld LLP: https://www.hausfeld.com/who-we-are/ashley-m-crooks

iii. David R. Buchanan of Seeger Weiss LLP: https://www.seegerweiss.com/team/david-r-buchanan/

iv. Sophia Rios of Berger Montague PC: https://bergermontague.com/attorneys/sophia-rios/

v. Karina G. Puttieva of Cohen Milstein Sellers & Toll PLLC: https://www.cohenmilstein.com/bio/karina-g-puttieva/

vi. Barrett J. Vahle of Stueve Siegel Hanson LLP: https://www.stuevesiegel.com/attorneys-Vahle

vii. Chris Springer of Keller Rohrback L.L.P.: https://www.kellerrohrback.com/attorney/chris-springer

viii. Daniel R. Schwartz of DiCello Levitt LLP: https://dicellolevitt.com/attorney/daniel-r-schwartz/

ix. Jarrett Lee Ellzey of Ellzey Kherkher Sanford Montgomery, LLP: https://eksm.com/team-member/jarret-lee-ellzey/

x. Christopher A. Seeger of Seeger Weiss LLP: https://www.seegerweiss.com/team/christopher-a-seeger/

16. Interim Co-Lead Counsel and the Executive Committee are committed to pursuing the claims asserted on behalf of Plaintiff and the Class members, will fairly and adequately protect the interests of the class members and will continue to apply their resources, experience and skill to vigorously prosecute their claims.

17. The following exhibits, attached hereto, are submitted in support of the Motion for Class Certification:

a. **Appendix A** is a table summarizing the attribution language and attribution windows of the agreements for the Class Merchants identified to date. As specified in the "Custodian" field, Appendix A was compiled from agreements produced in this litigation by PayPal, third-parties, and Plaintiffs, and agreements available from public sources. For each agreement listed in Appendix A, Plaintiffs identify (in the "Bates Number" field) the Bates numbers for the agreement (as to agreements produced in this litigation, all of which PayPal either itself produced or has received in discovery) or the webpage URL (for those agreements obtained from public sources). Some Class Merchants agreements include two parts, both included here: the Merchant's standard terms, and a short form summary incorporating those terms and specifying the commission rate(s) for a given Affiliate Marketer. As explained in Plaintiffs' accompanying motion for class certification, Plaintiffs reserve the right to supplement the list of Class Merchants in Appendix A based on further discovery.

b. Appendix A reflects information that has been designated CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and is being provisionally filed under seal. Given that and the large number of documents listed in Appendix A, and in the interest of avoiding overburdening the Court's filing system, Plaintiffs are not electronically filing the over two-thousand documents included at this time, but Plaintiffs' counsel will provide to the Court and to defense counsel the complete set of agreements listed in Appendix A by way of an external drive. Attached to Appendix A in this filing are the following subset of seventeen exemplar agreements identified in Appendix A, which include: (a) exemplar agreements for the top fifteen Class Merchants in Appendix A based on Affiliate Commissions received by PayPal for Class Qualifying Transactions (as defined and calculated in the Jaffe expert report), and (b) additional exemplar contracts such that a contract is provided for each Class Merchant associated with the Plaintiff-example Class Qualifying Transactions (i.e., for each of the Plaintiffs) described in the accompanying expert report of Jonathan Jaffe:

| # | Class Merchant | Bates Number |
|---|---|---|
| A1 | Ashley HomeStore | Ashley Homestore, Public |
| A2 | Backcountry | PAYPAL_ANGRY SNOWBOARDER_0007257; PAYPAL_DAN BECKER_0000079 |
| A3 | Dell Technologies | PAYPAL_JUSTIN TECH TIPS_0002338 |

| # | Class Merchant | Bates Number |
|---|---|---|
| A4 | eBay | PAYPAL_DANIEL LACHMAN_0015561 (Standard terms); PAYPAL_DANIEL LACHMAN_0015613 (short form summary) |
| A5 | Fanatics | PAYPAL_AARON RAMIREZ_0000791 |
| A6 | Finish Line | PAYPAL_STORM PRODUCTIONS_0000204 (Standard terms); PAYPAL_STORM PRODUCTIONS_0000212 (short form summary) |
| A7 | Forever 21 | PAYPAL_AARON RAMIREZ_0001204 |
| A8 | Lowe's | PAYPAL_9470_0102235 |
| A9 | Macy's | MACYS000001 |
| A10 | Princess Polly US | PAYPAL_9470_0006078 |
| A11 | Saks Fifth Avenue | PAYPAL_9470_0094609 (Standard terms); PAYPAL_STORM PRODUCTIONS_0000314 (short form summary) |
| A12 | Samsung | PAYPAL_9470_0015010 |
| A13 | Sephora | PAYPAL_9470_0006102 |
| A14 | Staples | PAYPAL_AHNTOURAGE MEDIA_0001464 |
| A15 | Udemy | PAYPAL_9470_0010666 |
| A16 | Walmart | Walmart, Public (Standard terms); PAYPAL_BREVARD MARKETING_0000816 (short form summary); PAYPAL_JUST_JOSH_0000078 (short form summary); PAYPAL_JUSTIN TECH TIPS_0001435 (short form summary); PAYPAL_RED BEARD STUDIOS_0000934 (short form summary); |
| A17 | WeCreat | PAYPAL_BREVARD MARKETING_0000716 |
| A18 | Zoro Tools | PAYPAL_9470_0000739 |

c. Attached as **Appendix B** is a list of the Class Merchants identified to date,

d. Attached as **Appendix C** is Plaintiffs' state law survey.

e. Attached as **Exhibit 1** is Plaintiffs' proposed trial plan.

f. Attached as **Exhibit 2** is Plaintiff's proposed verdict form.

g. Attached as **Exhibit 3** is a true and correct copy of the October 26, 2026 expert report of Professor Carl Mela, Ph.D.

h. Attached as **Exhibit 4** is a true and correct copy of the October 26, 2026 expert report of Professor Zubair Shafiq, Ph.D.

i. Attached as **Exhibit 5** is a true and correct copy of the October 26, 2026 expert report of Jonathan Jaffe.

j. Attached as **Exhibit 6** is a true and correct copy of the October 26, 2026 expert report of Rich Kahn.

k. Attached as **Exhibit 7** is a true and correct copy of a document produced by Rakuten bearing the bates stamp RAD_PayPal_000059. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

l. Attached as **Exhibit 8** is a true and correct copy of a document produced by Awin bearing the bates stamp AWIN_0000140. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

m. Attached as **Exhibit 9** is a true and correct copy of a document produced by IMPACT bearing the bates stamp IMPACT_0000062.

n. Attached as **Exhibit 10** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0053524. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

o. Attached as **Exhibit 11** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0129886. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

p. Attached as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Maia Brawer, taken on September 24, 2026. The transcript has been designated CONFIDENTIAL and has been provisionally filed under seal.

q. Attached as **Exhibit 13** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0015636. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

r. Attached as **Exhibit 14** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0052258. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

s. Attached as **Exhibit 15** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0053063. This document is marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and has been provisionally filed under seal.

t. Attached as **Exhibit 16** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0139110. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

u. Attached as **Exhibit 17** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0000001.

v. Attached as **Exhibit 18** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0000019.

w. Attached as **Exhibit 19** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0053510. This document is marked "HIGHLY CONFIDENTIAL" and has been provisionally filed under seal.

x. Attached as **Exhibit 20** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0139085. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

y. Attached as **Exhibit 21** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0054071. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

z. Attached as **Exhibit 22** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0053918. This document is marked "HIGHLY CONFIDENTIAL – SOURCE CODE" and has been provisionally filed under seal.

aa. Attached as **Exhibit 23** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0020922. This document is marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and has been provisionally filed under seal.

bb. Attached as **Exhibit 24** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0094609. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

cc. Attached as **Exhibit 25** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0052678. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

dd. Attached as **Exhibit 26** is a true and correct copy of a document produced by AvantLink bearing the bates stamp DWS0000079. This document is marked CONFIDENTIAL and has been provisionally filed under seal.

ee. Attached as **Exhibit 27** is a true and correct copy of a document produced by Commission Junction bearing the bates stamp CommJunct_00000482.

ff. Attached as **Exhibit 28** is a true and correct copy of a document produced by Dell bearing the bates stamp DELL_HONEY_0015. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

gg. Attached as **Exhibit 29** is a true and correct copy of a document produced by PayPal bearing the bates stamp PAYPAL_9470_0232243. This document is marked “HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY” and has been provisionally filed under seal.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 26, 2026, in San Francisco, California.

/s/ *Dena C. Sharp*
Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the foregoing under seal exhibits to be served *via electronic mail* on counsel of record for defendants.

/s/ *Dena C. Sharp*

Dena C. Sharp