**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION | Case No. 5:24-cv-9470-BLF<br><br>**DECLARATION OF DAN BECKER LLC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Dan Becker, on behalf of Dan Becker LLC, declare as follows:

1. Dan Becker LLC is one of the named Plaintiffs in this case. I submit this declaration in support of Plaintiffs' Motion for Class Certification on behalf of Dan Becker LLC. I have personal knowledge of the facts in this declaration, to which I could and would testify if called upon to do so.

2. Dan Becker LLC is an Affiliate Marketer. An Affiliate Marketer is an individual or entity—but not a shopping browser extension—that has partnered with a Class Merchant to promote that Class Merchant's products or services in return for remuneration in the form of referral commissions.

3. Dan Becker LLC has had an affiliate agreement with at least one of the Class Merchants during the Class Period. Class Merchants with which Dan Becker LLC has contracted include Backcountry.

4. In working as an Affiliate Marketer, Dan Becker LLC uses links that include an Affiliate ID. An Affiliate ID is a unique identifier used by Merchants and Affiliate Networks to track purchases resulting from an Affiliate Marketer's referral and attribute the corresponding referral fee to the appropriate Affiliate Marketer.

5. Affiliate marketing agreements with Class Merchants are conventionally facilitated through Affiliate Networks and contain standardized terms. In Dan Becker LLC's experience, Affiliate Marketer agreements with Class Merchants generally (a) define the circumstances under which an Affiliate Marketer earns a commission ("attribution language"); (b) identify the percentage of a transaction that an Affiliate Marketer earns for each successful referral ("commission rate"); (c) specify the period of time after an Affiliate Marketer refers a consumer to a Class Merchant's site during which a consumer's subsequent purchase results in a referral fee ("attribution window"); and (d) describe prohibited conduct. Of these, only the commission rate is generally negotiable.

6. To the best of my knowledge, nothing about Dan Becker LLC's affiliate agreements, affiliate links, or Affiliate IDs is unusual or different in kind from those used by other

Affiliate Marketers Dan Becker LLC is aware of. I am not aware of anything unique to these arrangements that would cause the conduct described in the Complaint to affect Dan Becker LLC differently from other Affiliate Marketers.

7. During the Class Period, Dan Becker LLC published an affiliate link for Backcountry, which included the Affiliate ID, avad=269061.

8. Dan Becker LLC currently has active affiliate agreement with Backcountry, under which Dan Becker LLC continues to publish affiliate links and earn referral commissions. Dan Becker LLC intends to continue this business for the foreseeable future. It is Dan Becker LLC's understanding that the Honey browser extension remains available to consumers and continues to operate in the manner described in the Complaint. Unless that conduct is stopped, Dan Becker LLC expects future commissions will continue to be diverted.

9. Dan Becker LLC seeks to be appointed as a representative of the Nationwide Class and Tortious Interference Subclass. Dan Becker LLC meets the definition of each of these classes for the reasons stated above, and Dan Becker LLC seeks both damages and an order stopping the conduct described in the Complaint.

10. Dan Becker LLC is an entity duly organized and existing under the laws of the State of Wisconsin, with its principal office located in Kenosha, Wisconsin.

11. In this case, Dan Becker LLC seeks to be appointed as a class representative, and Dan Becker LLC will continue to thoroughly prosecute this action on behalf of the class through trial if necessary.

12. Since becoming involved in this case, Dan Becker LLC has had many communications with its attorneys regarding discovery, case updates, case filings, and other matters. Dan Becker LLC has searched for and produced documents, responded to written discovery requests, and verified responses. Dan Becker LLC has reviewed the Complaint in this case and understands the claims being asserted on its behalf and on behalf of the class. Dan Becker LLC has spent approximately 120 hours to date working on this case with Dan Becker LLC's attorneys. I have made myself available for deposition as a representative of Dan Becker LLC

and in my individual capacity, and I am scheduled to be deposed on November 6, 2026. Dan Becker LLC intends to continue working with its attorneys. If appointed by the Court as a class representative, Dan Becker LLC intends to continue to pursue this case by, among other things, reviewing important case filings, participating in the discovery and trial process, staying informed, and participating in discussions with its attorneys regarding significant developments in the case. Dan Becker LLC is committed to working with its attorneys to obtain the best possible result for the class consistent with good faith and sound judgment.

13. Dan Becker LLC understands that if appointed as a class representative, it will be responsible for overseeing the prosecution of this case by its attorneys. Neither I nor Dan Becker LLC have ever operated, owned, or been employed by a shopping browser extension, coupon extension, or similar software product, and neither I nor Dan Becker LLC have any financial interest in PayPal, Honey, or any competing shopping extension. Neither I nor Dan Becker LLC received any payment, commission, or other benefit from PayPal or Honey. Dan Becker LLC is not aware of any way in which it has benefited from the conduct challenged in this case. My interests and the interests of Dan Becker LLC in this matter are consistent with, and not antagonistic to, the interests of the members of each of the classes that Dan Becker LLC seeks to represent. Dan Becker LLC understands and will fulfill the duties of a class representative, including the duties to prosecute this case on behalf of each class as a whole, and to consider the interests of each class as a whole just as it considers its own interests. Dan Becker LLC understands that if a settlement is proposed, it is Dan Becker LLC's duty to evaluate whether it is fair to the class as a whole, and not to accept a settlement that benefits Dan Becker LLC at the expense of other class members.

14. No Class Merchant or affiliate network has terminated Dan Becker LLC's affiliate account or withheld or clawed back commissions because Dan Becker LLC violated a program policy or engaged in prohibited conduct. No Class Merchant or affiliate network has otherwise notified Dan Becker LLC that it violated a program policy or engaged in prohibited conduct. Dan

Becker LLC is not aware of any ongoing dispute between Dan Becker LLC and any Class Merchant.

15. Dan Becker LLC has no agreement with its attorneys under which any payment to Dan Becker LLC is tied to the amount of any settlement or judgment obtained in this case. Dan Becker LLC's retainer agreement does not obligate its attorneys to request any service or incentive award on its behalf, and no such award has been promised to me. Dan Becker LLC understands that at the conclusion of this case Dan Becker LLC's attorneys may ask the Court, in its discretion, to approve a service award recognizing the time and effort Dan Becker LLC has devoted on behalf of the class, and that whether to grant any such award and in what amount is solely for the Court to decide. Dan Becker LLC understands that its right to recover as a class member does not depend on any such award, and Dan Becker LLC will fulfill its duties to the class regardless of whether any award is sought or granted. Dan Becker LLC's interest is in obtaining the best available result for the class as a whole, whether by settlement or by trial, and by monetary or non-monetary relief.

16. Before signing this declaration, I reviewed Dan Becker LLC's responses to Defendant's written discovery in this case, including its interrogatory responses, and the documents Dan Becker LLC has produced. The statements in this declaration are consistent with those responses and documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/23/26, in Kenosha, Wisconsin.

Daniel Becker (Oct 23, 2026 18:01:59 CDT)

Dan Becker, on behalf of Dan Becker LLC