Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Michael K. Sheen (SBN 288284)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Interim Co-lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

Case No. 5:24-cv-9470-BLF

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY RAKUTEN'S MATERIAL SHOULD BE SEALED**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs bring this administrative motion to consider whether relevant evidence designated "CONFIDENTIAL" by Non-Party Rakuten Marketing, LLC ("Rakuten") should be sealed from the public record. Plaintiffs are not the proponents of sealing. Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated confidential by another party or non-party be filed provisionally under seal pending the Court's determination of whether such confidentiality designation was appropriate. *See* ECF No. 169 (Stipulated Protective Order).

This Motion addresses Exhibits 3 and 7 to the Declaration of Dena C. Sharp in Support of Plaintiffs' Motion for Class Certification ("Sharp Declaration"). In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Plaintiffs outline the status of each document in the table below:

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Sharp Declaration, Exhibit 3:<br>Mela Expert Report | Non-Party Rakuten | Portions highlighted in yellow | Refers to material designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (ECF No. 169) |
| Sharp Declaration, Exhibit 7: RAD_PayPal_000059 | Non-Party Rakuten | Entirety of the document | Refers to material designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (ECF No. 169) |

Dated: October 27, 2026

Respectfully submitted,

By: /s/ *Roger N. Heller*

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Michael K. Sheen (SBN 288284)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com
msheen@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

Nanci E. Nishimura (SBN 152621)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

*Interim Co-Lead Counsel*