Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800

Nanci E. Nishimura (SBN 152621)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200,
Burlingame, CA 94010
Telephone: 650.697.6000

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Jason L. Lichtman (*pro hac vice*)
Michael K. Sheen (SBN 288284)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

*Interim Co-lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE PAYPAL HONEY BROWSER EXTENSION LITIGATION

Case No. 5:24-cv-9470-BLF

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY CJ AFFILIATE'S MATERIAL SHOULD BE SEALED**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs bring this administrative motion to consider whether relevant evidence designated "CONFIDENTIAL" by Non-Party CJ Affiliate ("CJ") should be sealed from the public record. Plaintiffs are not the proponents of sealing. Rather, Plaintiffs bring this administrative motion solely because Civil Local Rule 79-5 and the Protective Order require that any information designated confidential by another party or non-party be filed provisionally under seal pending the Court's determination of whether such confidentiality designation was appropriate. *See* ECF No. 169 (Stipulated Protective Order).

This Motion addresses Exhibit 3 to the Declaration of Dena C. Sharp in Support of Plaintiffs' Motion for Class Certification ("Sharp Declaration"). In considering whether documents should be sealed, courts "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). This presumption against sealing may only be overcome if a party "demonstrate[s] compelling reasons to keep the documents under seal." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). Plaintiffs outline the status of each document in the table below:

| **Document** | **Party Claiming Confidentiality** | **Portions to Be Filed Under Seal** | **Basis for Sealing** |
|---|---|---|---|
| Sharp Declaration, Exhibit 3:<br>Mela Expert Report | Non-Party CJ | Portions highlighted in yellow | Refers to material designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (ECF No. 169) |

Dated: October 27, 2026

Respectfully submitted,

By: /s/ *Roger N. Heller*

Elizabeth J. Cabraser (SBN 083151)
Roger N. Heller (SBN 215348)
Michael K. Sheen (SBN 288284)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
rheller@lchb.com
msheen@lchb.com

Jason L. Lichtman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
jlichtman@lchb.com
spetterson@lchb.com
delmasry@lchb.com

Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
Anthony Rogari (SBN 353784)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

Nanci E. Nishimura (SBN 152621)
Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000

*Interim Co-Lead Counsel*